# U.S. Bankruptcy Court
## Western District of Texas

In re:

Case No. **20–50805–rbk**

Chapter No. **11**

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, SERIES U**
Debtor

Adv. Proc. No. **20–05027–rbk**

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, SERIES UVALDE RANCH, KRISJENN RANCH, LLC, SERIES PIPELINE ROW**
Plaintiff
v.
**DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP**
Defendant

### *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

**Clerk, U.S. Bankruptcy Court**
**Western District of Texas**
**615 E. Houston St, Rm 597**
**San Antonio, TX 78205**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

**Ronald J. Smeberg**
**The Smeberg Law Firm, PLLC**
**2010 W Kings Hwy**
**San Antonio, TX 78201–4926**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**05/01/2020**



**Barry D. Knight, Clerk Of Court**

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _Ronald J. Smeberg_____ (name), certify that service of this summons and a copy of the complaint was made __05/05/2020_____ (date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), to Michael Black, counsel for Defendant(s). Additionally, this summons and copy of the complaint was served on 05/22/2020 by:

☑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:   and by certified mail, return receipt requested to Ken Simmons 298 Pico St., Many, LA 71449, Darin Borders 706 Southview Circle, Center, TX 75935, and Daniel Moore 896 N. Walnut St. @ US 123 Bypass, Seneca, SC 29678.

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of follows: [Describe briefly] _____, as

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __05-26-20_____    Signature    _/s/ Ronald J. Smeberg_____

       Print Name:      __Ronald J. Smeberg_____

       Business Address:     __111 W Sunset, San Antonio, TX 78209__

                           _____



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

SAN ANTONIO, TX 78209

Certified Mail Fee        $3.55
$                    $2.85          0201
Extra Services & Fees (check box, add fee as appropriate)    02
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery  $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$        $0.70
Total Postage and Fees                    05/05/2020
$        $7.10

Sent To
Street and Apt. No.
City, State, ZIP+4

7019 1640 0000 8865 3385

PS Form 3800, A

DMA Properties, Inc.
c/o Burns & Black, PLLC
Burns & Black, PLLC
750 Rittiman Road
San Antonio, TX 78209-5500



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN ANTONIO, TX 78209

| Certified Mail Fee | | |
|---|---|---|
| $ | $3.55 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postmark
Here

0201
02

Postage
$ $0.70

Total Postage and
$ $7.10

05/05/2020

Sent To
Longbranch Energy, LP
c/o Burns & Black, PLLC

Street and Apt. N
Burns & Black, PLLC

City, State, ZIP+4
750 Rittiman Road
San Antonio, TX 78209-5500

PS Form 3800

7019 0160 0000 8080 3331



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CENTER, TX 75935

| Certified Mail Fee | | | | |
| $3.55 | | | 0201 | |
| $ | | $2.85 | 05 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here | |
| ☐ Adult Signature Required | $ | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | | |
| Postage | | | | |
| $ | $0.70 | | | |
| Total Postage and | | | 05/22/2020 | |
| $ | $7.10 | | | |

Sent To

Street and Apt. N

City, State, ZIP+

Darin Borders
706 Southview Circle
Center, Texas 75935

PS Form 3800,

7019 1640 0000 8857 5281



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SENECA, SC 29678

| Certified Mail Fee | | | | |
| $3.55 | | | 0201 | |
| $ | | $2.85 | 05 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here | |
| ☐ Adult Signature Required | $ | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | | |
| Postage | | | | |
| $ | $0.70 | | | |
| Total Postage and | | | 05/22/2020 | |
| $ | $7.10 | | | |

Sent To

Street and Apt. No.

City, State, ZIP+4

Daniel Moore
896 N. Walnut St. @ US 123
Bypass
Seneca, SC 29678

PS Form 3800, A

7019 1640 0000 8857 5298



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MANY, LA 71449

| Certified Mail Fee | | | | |
| $3.55 | | | 0201 | |
| $ | | $2.85 | 05 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here | |
| ☐ Adult Signature Required | $ | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | | |
| Postage | | | | |
| $ | $0.70 | | | |
| Total Postage and | | | 05/22/2020 | |
| $ | $7.10 | | | |

Sent To

Street and Apt. No.,

City, State, ZIP+4

Ken Simmons
298 Pico St.
Many, Louisiana 71449

PS Form 3800, A

7019 1640 0000 8857 5304