# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk
Judge: Ronald B. King

**Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## ORDER REQUIRING STATEMENT REGARDING CONSENT

The Court, having considered the guidance from the United States Supreme Court in *Wellness Int'l Network, Ltd. v. Sharif (In re Sharif)*, ––– U.S. ––––, 135 S. Ct. 1932, 1948 n.13 (2015), finds that the following Order should be entered.

IT IS ORDERED *AND NOTICE IS HEREBY GIVEN* AS FOLLOWS:

1. Within 21 days after the date of entry of this Order, each party in this adversary proceeding shall file and serve a "Statement Regarding Consent."

2. In such Statement Regarding Consent, each party shall expressly state that the party consents to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding, OR, that the party does not consent to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

3. If any party is added to, joined, or served in this adversary proceeding after the entry of this Order, such additional party shall file and serve a separate Statement Regarding Consent at the same time as the first pleading is filed by such additional party.

4. Nothing contained in this Order shall constitute a finding or determination by the Court that consent of the parties is required for the Court to enter final orders and a final judgment in this adversary proceeding.

Dated: 6/3/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Rosa Gonzalez