## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § § § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § | |
| *Plaintiffs*, | § § | Adversary No. 20-05027 |
| v. | § § § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § § | |
| *Defendants*. | § § | |

| | |
|---|---|
| DMA Properties, Inc., § § *Cross-Plaintiff/Third-Party Plaintiff* § § v. § § KrisJenn Ranch, LLC, KrisJenn Ranch, § LLC–Series Uvalde Ranch, and KrisJenn § Ranch, LLC–Series Pipeline ROW, Black § Duck Properties, LLC, Larry Wright, and § John Terrill, § § *Cross-Defendants/Third-Party* § *Defendants* § § | Adversary No. 20-05027 |

**PROPOSED ORDER**

On this day the Court considered Frank Daniel Moore's Motion to Intervene. Having reviewed the parties' briefing, the governing law, and the case file as a whole, the Court finds the motion is meritorious and should be granted.

It is therefore ORDERED that Frank Daniel Moore's Motion to Intervene is GRANTED.

# # #

Order Prepared By:

/s/ Michael Black
Michael Black
State Bar No. 02384400
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com

*Attorneys for Frank Daniel Moore, Longbranch Energy, LP and DMA Properties, Inc.*

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

Moore respectfully requests that the following parties (in addition to counsel listed above) receive copies of this order if signed:

    Mr. Ronald J. Smeberg
    MULLER SMEBERG, PLLC
    111 West Sunset Road
    San Antonio, Texas 78209
    ron@smeberg.com

    *Counsel for KrisJenn Ranch, LLC,*
    *KrisJenn Ranch, LLC–Series Uvalde Ranch,*
    *and KrisJenn Ranch, LLC–Series Pipeline ROW*


    Shane P. Tobin
    OFFICE OF THE UNITED STATES TRUSTEE
    903 San Jacinto Blvd, Room 230
    Austin, Texas 78701
    shane.p.tobin@usdoj.gov

    *United States Trustee*

    Jeffery Duke
    State Bar No. 24056609
    DUKE BANISTER MILLER & MILLER
    22310 Grand Corner Drive, Suite 110
    Katy, Texas 77494
    jduke@dbmmlaw.com

    *Counsel for Longbranch Energy, LP*