# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U** , Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## ORDER REQUIRING STATEMENT REGARDING CONSENT

The Court, having considered the guidance from the United States Supreme Court in *Wellness Int'l Network, Ltd. v. Sharif (In re Sharif)*, ––– U.S. ––––, 135 S. Ct. 1932, 1948 n.13 (2015), finds that the following Order should be entered.

IT IS ORDERED *AND NOTICE IS HEREBY GIVEN* AS FOLLOWS:

1. Within 21 days after the date of entry of this Order, each party in this adversary proceeding shall file and serve a "Statement Regarding Consent."

2. In such Statement Regarding Consent, each party shall expressly state that the party consents to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding, OR, that the party does not consent to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

3. If any party is added to, joined, or served in this adversary proceeding after the entry of this Order, such additional party shall file and serve a separate Statement Regarding Consent at the same time as the first pleading is filed by such additional party.

4. Nothing contained in this Order shall constitute a finding or determination by the Court that consent of the parties is required for the Court to enter final orders and a final judgment in this adversary proceeding.

Dated:  6/3/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Rosa Gonzalez

United States Bankruptcy Court
Western District of Texas

```
Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
        Plaintiff                                    Adv. Proc. No. 20-05027-rbk

DMA Properties, Inc.,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-5        User: gonzalezr        Page 1 of 1            Date Rcvd: Jun 03, 2020
                            Form ID: 266            Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
3pd            +Black Duck Properties, LLC,   410 Spyglass Road,   McQueeney, TX 78123-3418
3pp             DMA Properties, Inc.,   c/o Burns & Black, PLLC,   Burns & Black, PLLC,   750 Rittiman Road,
                San Antonio, TX 78209-5500
3pd            +John Terrill,   12712 Arrowhead Lane,   Oklahoma City, OK 73120-8829
pla             Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,   410 Spyglass Rd,
                McQueeney, TX 78123-3418
3pd            +Larry Wright,   410 Spyglass Road,   McQueeney, TX 78123-3418
dft             Longbranch Energy, LP,   c/o Burns & Black, PLLC,   Burns & Black, PLLC,   750 Rittiman Road,
                San Antonio, TX 78209-5500
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Jun 04 2020 00:35:39   U.S. Trustees Office,
               P. O. Box 1539,   San Antonio, TX 78295-1539
                                                                          TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           U.S. Trustees Office,   P. O. Box 1539,   San Antonio, TX 78295-1539
dft*           DMA Properties, Inc.,   c/o Burns & Black, PLLC,   Burns & Black, PLLC,   750 Rittiman Road,
               San Antonio, TX 78209-5500
cd*            Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,   410 Spyglass Rd,
               McQueeney, TX 78123-3418
                                                                 TOTALS: 0, * 3, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
        Austin Hammer Krist  on behalf of Defendant  DMA Properties, Inc. akrist@clevelandterrazas.com
        Charles John Muller, IV  on behalf of Plaintiff  Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
        Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com,
        mary.ables-miller@chamberlainlaw.com
        Ronald J. Smeberg  on behalf of Plaintiff  Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series
        Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com,  ronaldsmeberg@yahoo.com
                                                                          TOTAL: 3
```