IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

___

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| § | | |
| *Plaintiffs* § | | |
| v. § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

___

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Counter Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | |
| *Counter-Defendants/Third-Party* § | | |
| *Defendants* | | |

**KRISKENN RANCH, LLC, KRISKENN RANCH, LLC-SERIES UVALDE RANCH,
AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN
INTEREST TO BLACK DUCK PROPERTIES, LLC'S UNOPPOSED MOTION TO
<u>EXTEND TIME TO ANSWER TO DMA PROPERTIES, INC.'S COUNTERCLAIM</u>**

COME NOW Debtors, Plaintiffs, Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC (collectively the "Debtors"), and file this Unopposed

Motion to Extend Time to Answer DMA Properties, Inc.'s Counterclaim and would show the Court as follows:

1. DMA Properties, Inc. filed its Counterclaim and Third Party Complaint on June 1, 2020. Accordingly, the Debtors' response is due on or before June 22, 2020.

2. The Debtors share a common principal, Larry Wright.

3. Mr. Wright has been ill and unable to confer with counsel for the last week. Due to his illness, counsel for the Debtors has conferred with counsel for DMA Properties, Inc. and sought agreement on a one-week extension of time to file their answer. Based on the circumstances, counsel for DMA Properties, Inc. has agreed to such an extension.

WHEREFORE PREMESIS CONSIDERED, Debtors, pray that the Court grant this agreed motion and extend the deadline to respond to DMA Properties, Inc.'s counterclaim by one week until June 29, 2020, and for all other further relief to which they may be entitled.

Dated: June 22, 2020

                    Respectfully submitted,

                    MULLER SMEBERG, PLLC

By:   /s/ *Ronald J. Smeberg*
       RONALD J. SMEBERG
       State Bar No. 24033967
       ron@smeberg.com
       MULLER SMEBERG, PLLC
       111 W. Sunset Rd.
       San Antonio, TX 78209
       Telephone: 210-664-5000
       Facsimile: 210-598-7357
       ATTORNEY FOR DEBTORS

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 22, 2020 I conferred with Michael Black, counsel for DMA Properties, Inc., about the relief requested in this motion. Upon such conference, DMA Properties, Inc. is unopposed to the relief requested in the above motion.

                /s/ *Ronald J. Smeberg*
                Ronald. J. Smeberg

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020 true and correct copies of the foregoing will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

                */s/ Ronald J. Smeberg*
                Ronald J. Smeberg

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**NOTICE PARTIES**

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

Michael Black
Burns & Black, PLLC
750 Rittiman Road
San Antonio, Texas 78209