

**The relief described hereinbelow is SO ORDERED.**

**Signed June 23, 2020.**

_____
Ronald B. King
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |

_____

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| | § | |
| *Plaintiffs* | § | |
| **v.** | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |

_____

| | |
|---|---|
| **DMA PROPERTIES, INC** | § |
| *Counter-Plaintiff/Third Party Plaintiff* | § |
| **v.** | § |
| **KRISJENN RANCH, LLC,** | § |
| **KRISJENN RANCH, LLC-SERIES** | § |
| **UVALDE RANCH, and KRISJENN** | § |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § |

**BLACK DUCK PROPERTIES, LLC,**      §
**LARRY WRIGHT, and JOHN TERRILL**      §
    *Counter-Defendants/Third-Party Defendants* §

### ORDER ON KRISKENN RANCH, LLC, KRISKENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER TO DMA PROPERTIES, INC.'S COUNTERCLAIM

On this day came to be heard Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's (collectively the "Debtors"), Unopposed Motion to Extend Time to Answer DMA Properties, Inc.'s Counterclaim (the "Motion"). Finding that good cause exists for the relief requested, with no objection being made to the Motion, and after careful consideration of all matters before it, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's deadline to respond to DMA Properties, Inc.'s Counterclaim and Third-Party Complaint is hereby extended by one week. It is further ORDERED that the Debtors shall file their response no later than June 29, 2020.

###

**SUBMITTED BY:**

MULLER SMEBERG, PLLC

 /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
ron@smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
ATTORNEY FOR DEBTORS