**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS SAN**
**ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| | | |
| *Plaintiffs* | § | |
| **v.** | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |

---

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| **v.** | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW AND KRISJENN RANCH, LLC, AS SUCCESSOR IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S STATEMENT OF CONSENT**

Debtors, Claimants, and Third-Party Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, KrisJenn Ranch, LLC-Series Pipeline Row, and Krisjenn, Llc, As Successor In Interest To Black Duck Properties, LLC (collectively the "Debtors"), hereby consent to entry of final orders and a final judgment by the Bankruptcy Court (an Article I bankruptcy judge) in this adversary proceeding

1

Respectfully submitted,

MULLER SMEBERG, PLLC

By: ____/s/ *Ronald J. Smeberg*_____.
    RONALD J. SMEBERG
    State Bar No. 24033967
    MULLER SMEBERG, PLLC
    111 W. Sunset Rd.
    San Antonio, TX 78209
    210-664-5000 (Tel)
    210-598-7357 (Fax)
    ron@smeberg.com
    ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that on this the 5th day of June, 2020, true copy and correct copy of the above and

foregoing document was served, in accordance with the Federal Rules of Civil Procedure, on the following

party via facsimile and electronic mail and all parties requesting electronic service:

Michael Black
750 Rittiman Road
San Antonio, Texas 78209

By: ____/s/ *Ronald J. Smeberg*_____
    RONALD J. SMEBERG

2