

**The relief described hereinbelow is SO ORDERED.**

**Signed June 23, 2020.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| § | | |
| *Plaintiffs* § | | |
| v. § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Counter-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | |

| | |
|---|---|
| **BLACK DUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL** | § |
| *Counter-Defendants/Third-Party Defendants* | § |

### ORDER ON KRISKENN RANCH, LLC, KRISKENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER TO DMA PROPERTIES, INC.'S COUNTERCLAIM

On this day came to be heard Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's (collectively the "Debtors"), Unopposed Motion to Extend Time to Answer DMA Properties, Inc.'s Counterclaim (the "Motion"). Finding that good cause exists for the relief requested, with no objection being made to the Motion, and after careful consideration of all matters before it, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's deadline to respond to DMA Properties, Inc.'s Counterclaim and Third-Party Complaint is hereby extended by one week. It is further ORDERED that the Debtors shall file their response no later than June 29, 2020.

###

**SUBMITTED BY:**

MULLER SMEBERG, PLLC

 /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
ron@smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
ATTORNEY FOR DEBTORS

```
                          United States Bankruptcy Court
                            Western District of Texas

Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
        Plaintiff                                          Adv. Proc. No. 20-05027-rbk

DMA Properties, Inc.,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: lunae                  Page 1 of 1              Date Rcvd: Jun 23, 2020
                               Form ID: pdfintp             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
aty            +Christopher S. Johns,    JOHNS & COUNSEL PLLC,    14101 Highway 290 West,    Suite 400A,
                Austin, TX 78737-9376
aty            +Jeffery Duke,    DUKE BANISTER MILLER & MILLER,    22310 Grand Corner Drive,    Suite 110,
                Katy, TX 77494-7467
aty            +Michael Black,    BURNS & BLACK PLLC,    750 Rittiman Road,    San Antonio, TX 78209-5500
aty            +Timothy Cleveland,    CLEVELAND TERRAZAS PLLC,    4611 Bee Cave Road,    Suite  306B,
                Austin, TX 78746-5284
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion07.cc.ecf@usdoj.gov Jun 24 2020 02:14:39     US Trustee,
                606 N Carancahua,    Corpus Christi, TX 78401-0680
ust             E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Jun 24 2020 02:14:34
                United States Trustee - SA12,    US Trustee's Office,    615 E Houston, Suite 533,    PO Box 1539,
                San Antonio, TX  78295-1539
intp            E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Jun 24 2020 02:14:34     U.S. Trustees Office,
                P. O. Box 1539,   San Antonio, TX  78295-1539
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*            U.S. Trustees Office,   P. O. Box 1539,   San Antonio, TX  78295-1539
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Austin Hammer Krist    on behalf of Defendant    DMA Properties, Inc. akrist@clevelandterrazas.com
          Austin Hammer Krist    on behalf of Third Pty Plaintif Frank Daniel Moore
           akrist@clevelandterrazas.com
          Austin Hammer Krist    on behalf of Interested Party Frank Daniel Moore
           akrist@clevelandterrazas.com
          Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
           Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com,
           mary.ables-miller@chamberlainlaw.com
          Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series
           Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com,  ronaldsmeberg@yahoo.com
                                                                                              TOTAL: 5
```