# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    VIA TELEPHONE: (888)278–0296; AC:9198559

    on    **8/3/20  at  02:00 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278–0296 Access Code 9198559# IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 23 Amended Motion to Quash Third–Party Subpoena and Objections Filed by Charles John Muller IV, Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. (related document(s): 22 Motion to Quash Third–Party Subpoena and Objections Filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. Hearing Scheduled For 8/3/2020 at 2:00 PM at VIA TELEPHONE–Conference Dial–In Number: (888)278–0296; Access Code: 9198559 (Castleberry, Deanna)

Dated:  7/16/20

                                                                                              Barry D. Knight
                                                                                       Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]

United States Bankruptcy Court
Western District of Texas

Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
    Plaintiff
                                      Adv. Proc. No. 20-05027-rbk

DMA Properties, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-5        User: castleber        Page 1 of 2        Date Rcvd: Jul 16, 2020
                          Form ID: 137        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
```
aty          +Christopher S. Johns,    JOHNS & COUNSEL PLLC,    14101 Highway 290 West,    Suite 400A,
              Austin, TX 78737-9376
aty          +Jeffery Duke,    DUKE BANISTER MILLER & MILLER,    22310 Grand Corner Drive,    Suite 110,
              Katy, TX 77494-7467
aty          +Michael Black,    BURNS & BLACK PLLC,    750 Rittiman Road,    San Antonio, TX 78209-5500
aty          +Timothy Cleveland,    CLEVELAND TERRAZAS PLLC,    4611 Bee Cave Road,    Suite  306B,
              Austin, TX 78746-5284
3pd          +Black Duck Properties, LLC,    410 Spyglass Road,    McQueeney, TX 78123-3418
3pp           DMA Properties, Inc.,    c/o Burns & Black, PLLC,    Burns & Black, PLLC,    750 Rittiman Road,
              San Antonio, TX  78209-5500
3pp          +Frank Daniel Moore,    88 Wild Swan Lake,    Minnesott Beach, NC 28510-8507
3pd          +John Terrill,    12712 Arrowhead Lane,    Oklahoma City, OK 73120-8829
pla           Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,    410 Spyglass Rd,
              McQueeney, TX  78123-3418
3pd          +Larry Wright,    410 Spyglass Road,    McQueeney, TX 78123-3418
dft           Longbranch Energy, LP,    c/o Burns & Black, PLLC,    Burns & Black, PLLC,    750 Rittiman Road,
              San Antonio, TX  78209-5500
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
intp          E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Jul 17 2020 02:29:00      U.S. Trustees Office,
              P. O. Box 1539,    San Antonio, TX  78295-1539
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*          U.S. Trustees Office,    P. O. Box 1539,    San Antonio, TX  78295-1539
dft*          DMA Properties, Inc.,    c/o Burns & Black, PLLC,    Burns & Black, PLLC,    750 Rittiman Road,
              San Antonio, TX  78209-5500
3pd*         +John Terrill,    12712 Arrowhead Lane,    Oklahoma City, OK 73120-8829
cd*           Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,    410 Spyglass Rd,
              McQueeney, TX  78123-3418
cd*           Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,    410 Spyglass Rd,
              McQueeney, TX  78123-3418
3pd*         +Larry Wright,    410 Spyglass Road,    McQueeney, TX 78123-3418
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
```
              Austin Hammer Krist    on behalf of Interested Party Frank Daniel Moore
               akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Third Pty Plaintif     DMA Properties, Inc.
               akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Defendant    DMA Properties, Inc. akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Third Pty Plaintif Frank Daniel Moore
               akrist@clevelandterrazas.com
              Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
               Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com,
               mary.ables-miller@chamberlainlaw.com
              Charles John Muller, IV    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch,
               LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row
               john.muller@chamberlainlaw.com,    mary.ables-miller@chamberlainlaw.com
```

```
District/off: 0542-5          User: castleber           Page 2 of 2           Date Rcvd: Jul 16, 2020
                              Form ID: 137              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
          Ronald J. Smeberg    on behalf of 3rd Pty Defendant    Black Duck Properties, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com
          Ronald J. Smeberg    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

                                                                                                   TOTAL: 9