# Exhibit 3:
# December 2, 2015 Email Chain

## Re: Business formation

**Larry Wright**
Wed 12/2/2015 8:55 PM
To: Daniel Moore <palmettolandandfarms@hotmail.com>
Cc: Hagan Cohle <hscohle@yahoo.com>

Daniel-I definetly agree. This Llc. was specifically formed to purchase assets from Nuverra to resell. It should take all of our joint efforts!! Black Duck would also be an excellent vehicle for any other future prospects that the three of us decide to pursue as a group. I just feel it is better to go in with a plan😛

Thanks,
Larry

On Dec 2, 2015, at 7:28 PM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Duties for me would consist of introducing opportunities that I feel or choose to present to KrisJenn and if KrisJenn chooses to engage.... then we run it through Black Duck. I will also bring buyers but feel we should and will all use whatever resources that are available to us individually or collectively therefore I think we should all take on that duty. As far as the Nuverra deal I feel I should be able to provide that buyer for the team. Let me know if that is how yall see it as well.
>
> Thanks,
> Daniel Moore
>
> ---
>
> Subject: Re: Business formation
> From: larrymwright54@yahoo.com
> Date: Wed, 2 Dec 2015 11:57:01 -0600
> CC: palmettolandandfarms@hotmail.com
> To: hscohle@yahoo.com
>
> Black Duck-Approved-Larry
>
> God Bless,
> Larry
>
> On Dec 2, 2015, at 10:52 AM, Hagan Cohle <hscohle@yahoo.com> wrote:
>
>> Larry and Daniel,

The below email is what I sent to Mike Rodgers yesterday on the formation of our new entity. I have not gotten confirmation that the name is available just yet, but he emailed this morning and was having his secretary do the search and reserve one of them if one is. Please reply "approved" if all is satisfactory.

Hagan Cohle
Manager-KrisJenn Ranch, LLC
512-751-4653

----- Forwarded Message -----
**From:** Hagan Cohle <hscohle@yahoo.com>
**To:** Michael Rodgers <mrodgers@caglaw.net>; "gvinall@caglaw.net" <gvinall@caglaw.net>
**Cc:** Larry Wright <larrymwright54@yahoo.com>
**Sent:** Tuesday, December 1, 2015 3:36 PM
**Subject:** Business formation

Hi Mike,

Larry has requested I contact you to form a new entity (LLC-S Corp) for a new venture. He wanted me to verify the availability of the below names. He would like to set it up with the following characteristics:

Ownership:

50% KrisJenn Ranch, LLC (another branch of business we can define as "real estate")

50% SCMED Oilfield Consulting-
Member: Frank D Moore
Email: palmettolandandfarms@hotmail.com

Other Managers:
Hagan Cohle-Treasurer

Purpose:
To purchase property and options from Nuverra Environmental Solutions, as well as other properties in the state of Texas.

Duties:
KrisJenn Ranch, LLC-To provide earnest money for transactions
SCMED Oilfield Consulting-To bring buyers of property to the table

Business Name:

1st Choice
Wood Duck Properties, LLC

2nd Choice
Black Duck Properties, LLC

Please just contact me with any further information that you need to get it going. Thank you!

Hagan Cohle
Manager-KrisJenn Ranch, LLC
512-751-4653