# Exhibit 4:
# February 19, 2016 Email Chain

## RE: Black Duck Properties, LLC

Daniel Moore
Fri 2/19/2016, 12:50 PM
To: mrodgers@caglaw.net <mrodgers@caglaw.net>

I received it from my CPA..thank you for your time.

---

From: mrodgers@caglaw.net
To: palmettolandandfarms@hotmail.com
Subject: Re: Black Duck Properties, LLC
Date: Fri, 19 Feb 2016 17:05:02 +0000

Daniel - I don't. I would think the irs has it. How about your CPA? I am out of the office today but will call you Monday.

Mike Rodgers

On Feb 18, 2016, at 4:14 PM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Mike,
>
> I am in desperate need to track down my Fed ID number for SCMED Oilfield. Do have any paper that could provide this for me to give to the IRS?
>
> Thank You,
> Daniel Moore
> 843-631-0576
>
> ---
>
> From: mrodgers@caglaw.net
> To: palmettolandandfarms@hotmail.com
> Subject: RE: Black Duck Properties, LLC
> Date: Wed, 13 Jan 2016 20:43:45 +0000
>
> Daniel,
>
> I will make that change. We will need to file the 2014 & 2015 franchise tax forms to get the entity reinstated. Have you been using a CPA; if so, who? If you haven't been using a CPA, then I may need to call you to get some info, so what is your phone #?

Also, are you the only Member (owner) of the LLC?

Thanks.

Mike

**Michael H. Rodgers**
**Attorney & Counselor**
**Granstaff, Gaedke & Edgmon, PC**
5535 Fredericksburg Rd., Suite 110
San Antonio, TX 78229
Phone: 210-348-6600 ext. 214
Fax: 210-366-0892

This email transmission and any attached files may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and delete this email.

The information in this communication is not intended to amend, alter, change or form any contract or agreement unless there is an attachment to this e-mail containing the terms, amendments or alterations that has been signed by hand (not keyboard). Written text within the body of this communication is only intended to facilitate negotiations.

**From:** Daniel Moore [mailto:palmettolandandfarms@hotmail.com]
**Sent:** Wednesday, January 13, 2016 2:37 PM
**To:** Michael Rodgers
**Subject:** RE: Black Duck Properties, LLC

You have my permission to reinstate it. Also, when I formed my LLCS I lived in South Carolina so I had to use a business partners address in texas, but now I reside here. Can you please change the address on file to the below so all future correspondence comes directly to me? It's currently going to a Mason Stevens, who I am no longer partners with.

1021 oak turn
new braunfels tx 78132

Thanks,
Daniel

---

From: mrodgers@caglaw.net
To: hscohle@yahoo.com
CC: palmettolandandfarms@hotmail.com
Subject: RE: Black Duck Properties, LLC
Date: Wed, 13 Jan 2016 19:40:25 +0000

Thanks Hagan.


Frank – do I have your permission to get SCMED Oilfield Consulting, LLC, reinstated?


**Michael H. Rodgers**
**Attorney & Counselor**
**Granstaff, Gaedke & Edgmon, PC**
5535 Fredericksburg Rd., Suite 110
San Antonio, TX 78229
Phone: 210-348-6600 ext. 214
Fax: 210-366-0892

This email transmission and any attached files may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and delete this email.

The information in this communication is not intended to amend, alter, change or form any contract or agreement unless there is an attachment to this e-mail containing the terms, amendments or alterations that has been signed by hand (not keyboard). Written text within the body of this communication is only intended to facilitate negotiations.

**From:** Hagan Cohle [mailto:hscohle@yahoo.com]
**Sent:** Tuesday, January 12, 2016 12:25 PM
**To:** Michael Rodgers
**Cc:** Disp Well-inv Daniel Moore
**Subject:** Re: Black Duck Properties, LLC

Thanks Mike. Can you reinstate it for him? If so please do so. I'll copy him in the event you need further information.

Regards,

Hagan Cohle

On Jan 12, 2016, at 11:55 AM, Michael Rodgers <mrodgers@caglaw.net> wrote:

> Hagan,
>
> We will mail the documents to the address that you gave Gwen yesterday.
>
> Also, FYI, Frank needs to get SCMED Oilfield Consulting, LLC, reinstated as a legal entity. See attached. This needs to be done ASAP.
>
> Mike
>
> **Michael H. Rodgers**
> **Attorney & Counselor**
> **Granstaff, Gaedke & Edgmon, PC**
> 5535 Fredericksburg Rd., Suite 110
> San Antonio, TX 78229
> Phone: 210-348-6600 ext. 214
> Fax: 210-366-0892
>
> This email transmission and any attached files may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and delete this email.
>
> The information in this communication is not intended to amend, alter, change or form any contract or agreement unless there is an attachment to this e-mail containing the terms, amendments or alterations that has been signed by hand (not keyboard). Written text within the body of this communication is only intended to facilitate negotiations.
>
> **From:** Hagan Cohle [mailto:hscohle@yahoo.com]
> **Sent:** Tuesday, January 12, 2016 11:06 AM
> **To:** Michael Rodgers

**Cc:** Larry Wright

**Subject:** Re: Black Duck Properties, LLC

Hi Mike,

I've discussed all of the below with our partner and we are good to move forward. If you will please mail the documents to us for signatures that would be great.

Regards,

Hagan Cohle

On Jan 12, 2016, at 7:25 AM, Michael Rodgers <mrodgers@caglaw.net> wrote:

> Hagan,
>
> Thanks. I will make sure Company Agreement includes those provisions. The ownership is as you stated.
>
> Do y'all want me to mail the documents to be signed, or do y'all want to come in to the office with Frank so we can further discuss the agreement?
>
> Mike
>
> **Michael H. Rodgers**
> **Attorney & Counselor**
> **Granstaff, Gaedke & Edgmon, PC**
> **5535 Fredericksburg Rd., Suite 110**
> **San Antonio, TX 78229**
> **Phone: 210-348-6600 ext. 214**
> **Fax: 210-366-0892**
>
> This email transmission and any attached files may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have

received this email in error, please notify us immediately and delete this email.

The information in this communication is not intended to amend, alter, change or form any contract or agreement unless there is an attachment to this e-mail containing the terms, amendments or alterations that has been signed by hand (not keyboard). Written text within the body of this communication is only intended to facilitate negotiations.

**From:** Hagan Cohle [mailto:hscohle@yahoo.com]
**Sent:** Monday, January 11, 2016 5:49 PM
**To:** Michael Rodgers
**Cc:** Larry Wright
**Subject:** Re: Black Duck Properties, LLC

I think the standard agreement on transfer in the event of death is fine, and I am in agreement on the push/pull. If that would have been in place between the investors in the well we would have avoided a lot of heartache. I also want to confirm that in the company agreement we will have the ownership interests defined as I submitted in my initial email to you.

50% KrisJenn Ranch LLC
50% SCMED Oilfield Consulting

Regards,

Hagan Cohle

On Jan 11, 2016, at 2:40 PM, Michael Rodgers <mrodgers@caglaw.net> wrote:

> Hagan & Larry,
>
> I'm working on finalizing the Company Agreement for Black Duck Properties, LLC. Since you are partnering with an outside party on this one, I thought you might want some transfer restrictions. Our typical Company Agreement allows transfers due to death, divorce, etc, to an immediate family member. The more restrictive

provision would allow current Members the opportunity to buy-out the deceased, divorced, etc Member.

Which way do y'all want it?

Also, oftentimes with unrelated partners we put a push-pull provision in the agreement whereby one partner can offer to buy out another partner for a certain amount, but if the partner doesn't want to sell then he is required to buy out the offering partner. Do you want this type of provision?

Call if you want to discuss.

Mike

**Michael H. Rodgers**
**Attorney & Counselor**
**Granstaff, Gaedke & Edgmon, PC**
**5535 Fredericksburg Rd., Suite 110**
**San Antonio, TX 78229**
**Phone: 210-348-6600 ext. 214**
**Fax: 210-366-0892**

This email transmission and any attached files may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and delete this email.

The information in this communication is not intended to amend, alter, change or form any contract or agreement unless there is an attachment to this e-mail containing the terms, amendments or alterations that has been signed by hand (not

keyboard). Written text within the body of this communication is only intended to facilitate negotiations.

<SCMED Oilfield Consulting LLC Franchise Tax Account Status.pdf>