# Exhibit 5:
# March 10, 2016 Email Chain

**From:** Hagan Cohle <hscohle@yahoo.com>
**Sent:** Thursday, March 10, 2016 5:05:58 PM
**To:** Disp Well-inv Daniel Moore
**Subject:** Black Duck LLC

For your records, attached are copies of all documents pertaining to Black Ducks formation.

Regards,

Hagan Cohle

Begin forwarded message:

> **From:** Gwen Vinall <gvinall@caglaw.net>
> **Date:** March 10, 2016 at 4:00:48 PM CST
> **To:** Hagan Cohle <hscohle@yahoo.com>
> **Subject: RE: Black duck**
>
> Hagan, I attached the entire LLC for your records.
>
> -----Original Message-----
> From: Hagan Cohle [mailto:hscohle@yahoo.com]
> Sent: Thursday, March 10, 2016 3:44 PM
> To: Gwen Vinall
> Subject: Black duck
>
> Hi Gwen-I just received the binder on Black Duck. Do you have an electronic file of the Company Agreement so I don't have to copy 40 pages? Thank you!
>
> Regards,
>
> Hagan Cohle