# Exhibit 9:
# February 21, 2017 Email 1

## Fw: ROW Concerns

Daniel Moore

Tue 2/21/2017, 9:55 AM

To: hscohle@yahoo.com <hscohle@yahoo.com>

Hope Larry takes this the way i entended, which is to help us all understand what we are doing.

---

**From:** Daniel Moore <palmettolandandfarms@hotmail.com>
**Sent:** Tuesday, February 21, 2017 9:52 AM
**To:** larrymwright54@yahoo.com
**Subject:** ROW Concerns

Larry,

I am sending this email to express my concerns about the way I feel the negotiations on the ROW are headed. I honestly have no idea what you are negotiating with Andrew and Steves. I do know what I have heard on the conference calls I have been a part of. A few things that are really extremely clear to me is that everyone on those calls has a clear understanding that you have closed the transaction with Rod, we own  210 acres on the south end, 500 acres on the North end, have built 8 SWDs in S TX, have owned drill rigs, drilled oil wells, have congressman in pocket, have RRC in pocket, have all the land we need for SWDs ( WITH NO ROYALTIES TO BE PAID ) have enough water to yield a 50 million dollar payback inside of 17 months with produced water alone not counting skim etc, mentioned Tailwater and how they pissed you off ( they didn't do anything wrong) and BP investments are in a office near Tailwater in Dallas, have had 50 companies call you since you closed the ROW, and so on ....

In no way am I trying to preach to you or judge you in any way. Again, I have no clue exactly what you have discussed in private with some of these people. I do know that I cannot and will not be ok to attend any further calls, meeting or discussions of any kind regarding the ROW and these groups. I just do not personally feel ( for all the money in the world ) it is right to negotiate based on a completely false position of strength. I know a ton of big money seems to be made in such a way but it is not a strategy I am able to understand. I am really confused why this road was taken, simply because ( in my strong opinion) none of the statements in question will or would have made the deal any better. The project is as soiled as anything we have ever seen, and we control it and have 100% exclusive rights to make any deal with anyone in the world we want to make a deal with. We were working with Rod to get a structure worked out to take possession in a way to combat others ( if they reached out ) feeling like we will not close thus, covering every detail we can think of to help, by possibly, avoiding a delay making a deal. Never to my knowledge was anyone thinking it was to go tell everyone we closed and own it.

I understand you have a large amount of money in this deal and maybe freaking out a little. I sincerely hope you consider this email and my thoughts as a good friend expressing thoughts, and as a friend I feel i owe it to you to express my concerns. I also owe it to myself and family to express these concerns because while you have a lot of money and ownership in the deal, i have a lot of creation time and work in the deal. And above all we made a deal between us and we have all done our part. So if this deal blows up in our face because of negotiations that were based on false representation by our group, it would factually being wrong. I know your actions are to attempt to do nothing short of creating a great outcome for everyone, but i just want to make sure we are considering a bad outcome scenario that could take place if the attempts backfire.

I will keep working all of my angles that are ongoing and keep you updated! We are adults and i do not want you to be upset because i am sharing my true feeling with you. As you know, never hesitate to call if you need anything at all.

Thanks,
Daniel Moore