# Exhibit 10:
# February 21, 2017 Email 2

## Express pipe line Row

**Larry Wright** <larrymwright54@yahoo.com>
Tue 2/21/2017, 1:29 PM
To: Andrew (Drew) Wilmot (39 Yrs Old ) <drew@purposedventures.com>
Cc: Steve Smith <ttlinvestments3137@gmail.com>; Jerry Hosemann <Jerry@purposedventures.com>; Daniel Moore <palmettolandandfarms@hotmail.com>

Drew- I need to clarify some things before we move forward. I was super stressed in coming up with the additional monies to extend the contract on Feb 14th. I Was was able to sell some of my assets to allow the 5 month extension to July 14th, 2017. My partner, Daniel Moore met with the seller-Rod Roberts of Lancer Resources before I put up the additional earnest money. Rod had told Daniel that he would have our back so we could negotiate from a secure position of strength if we put up the additional earnest monies. Some ideas were some type of owner finance with copy of deed I sent you. The due date on that note would be July 14th,2017. Daniel has not finalized that and doesn't like the fact I have now said the deal is closed, which I agree. Rod is working on those details now with Daniel, but we should consider July 15th the drop dead date. FYI-Black Duck bought the Express pipeline contract from Darin Borders and his Company in early 2016. Darin has stayed on as a 15% partner. Darin owns the land in Nacogdoches and Juoquin Tx. Blackduck owns 85% of Contract of which Daniel Moore owns 35% and Larry Wright(KrisJENN Ranch LLC.) owns 50%.

Daniel and I both agree that if we didn't disclose this it would cause delay tactics with MVP and or Pinnacle or any other group. We probably should re-access our game plans. I apologize to You- Drew, Steve,Jerry and Daniel for this non-disclosure as I started playing this as a game of No-Limit Holdem. My intention was not to mislead anyone here!!! In looking back, I did not to represent BlackDuck from that position of Strength. BlackDuck owns this Contract and very valuable asset and can sell it to anyone!!!! Thank You and

God Bless,
Larry