# Exhibit 11:
# July 13, 2017 Email

### The Express Gas Pipeline, LP to Black Duck Properties, LLC

Chase Palmer <cpalmerplf@gmail.com>
Thu 7/13/2017, 10:51 PM
**To:** Larry <larrymwright54@yahoo.com>; Hagan Cohle <hscohle@yahoo.com>; Disp Well-inv Daniel Moore <palmettolandandfarms@hotmail.com>; Darin Borders <darinborders@gmail.com>
**Cc:** Rod Roberts <rod@lancerresources.com>; Chase Palmer <cpalmerplf@gmail.com>

📎 1 attachments (82 KB)
Extension of Closing Date Agreement.pdf;

Mr. Wright,

  As we discussed by phone earlier today, please find enclosed herewith the Extension of Closing Date Agreement.  Please acknowledge your receipt of this email and let me know when you will be providing signed copies of the Agreement.  If you have any questions or concerns, please give me a call early in the morning, as time is of the essence.  Thanks for taking the time to talk with us today.

--------------------
Chase Palmer
Palmer Law Firm, Inc.
301 N. Wellington Street
Marshall, Texas 75670
Phone - (903)935-9303
Fax - (903)935-0822

CONFIDENTIALITY NOTICE : THIS MESSAGE CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND REVIEW BY ANYONE OTHER THAN THE INTENDED RECIPIENT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT, WORK PRODUCT AND/OR OTHER APPLICABLE PRIVILEGES.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY BY TELEPHONE AND DELETE THE MESSAGE FROM YOUR SYSTEM.