# Exhibit 13:
# July 17, 2017 Email Chain 1

## Fw: The Express Gas Pipeline, LP to Black Duck Properties, LLC

**Hagan Cohle** <hscohle@yahoo.com>
Mon 7/17/2017 1:29 PM

**To:** Chase Palmer <cpalmerplf@gmail.com>; Daniel Moore <palmettolandandfarms@hotmail.com>; Larry Wright <larrymwright54@yahoo.com>

📎 1 attachments (103 KB)
Extension of Closing Date-Daniel Moore.pdf;

Chase,

Please see below authorization from Daniel Moore to accept my signature on his behalf for the agreed upon Extension of Closing. I have attached an executed copy per his instruction. Please let me know that you are in receipt of this email and if you need anything further.

Hagan Cohle
Manager-KrisJenn Ranch, LLC
512-751-4653


----- Forwarded Message -----
**From:** Daniel Moore <palmettolandandfarms@hotmail.com>
**To:** Larry <larrymwright54@yahoo.com>; Hagan Cohle <hscohle@yahoo.com>
**Sent:** Monday, July 17, 2017 10:17 AM
**Subject:** Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC

Larry,

To whom it may concern:

I Frank Daniel Moore, herby grant Larry Wright and/or Hagan Cohle full authority to sign on my behalf for Black Duck Properties LLC regarding any and all documents that may require my signature to extend or close the transaction between Black Duck Properties and Lancer Resources et al.

Daniel Moore
Manager and Co Owner of:
Black Duck Properties, LLC

---

**From:** Hagan Cohle <hscohle@yahoo.com>
**Sent:** Friday, July 14, 2017 2:56 PM
**To:** Chase Palmer; Larry; Disp Well-inv Daniel Moore; Darin Borders
**Subject:** Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC