# Exhibit 14:
# July 17, 2017 Email Chain 2

## Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC

Larry Wright
Mon 7/17/2017 11:30 AM
To: Daniel Moore <palmettolandandfarms@hotmail.com>
Cc: Hagan Cohle <hscohle@yahoo.com>

Perfect.  Now Get Joe on board!!!! 😛😊🙏🙏🌟✨

Larry

On Jul 17, 2017, at 10:27 AM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Larry,
>
> To whom it may concern,
>
> My license ( ID ) expired on 4/12/2017. I am in the middle of moving to the Carolinas and cannot renew my license until the home I am purchasing closes on July 26th because I must be able to provide proof of address to the DMV in order to get a new license. Therefore, It is impossible for me to have a document notarized without a current picture ID. If any of my signatures needed do not require a notary public .... then I can and would be more than happy to sign those documents. I do not want any documents signed on my behalf ( goes without saying ) that we have not discussed and agreed prior to one of you signing for me.
>
> Thanks,
>
> Daniel
>
> ---
>
> **From:** Daniel Moore <palmettolandandfarms@hotmail.com>
> **Sent:** Monday, July 17, 2017 11:17 AM
> **To:** Larry; Hagan Cohle
> **Subject:** Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC
>
> Larry,

To whom it may concern:

I Frank Daniel Moore, herby grant Larry Wright and/or Hagan Cohle full authority to sign on my behalf for Black Duck Properties LLC regarding any and all documents that may require my signature to extend or close the transaction between Black Duck Properties and Lancer Resources et al.

Daniel Moore

Manager and Co Owner of:

Black Duck Properties, LLC

---

**From:** Hagan Cohle <hscohle@yahoo.com>
**Sent:** Friday, July 14, 2017 2:56 PM
**To:** Chase Palmer; Larry; Disp Well-inv Daniel Moore; Darin Borders
**Subject:** Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC

Chase,

Please see attached "Extension of Closing Date Agreement" signed by Larry Wright and Hagan Cohle. Please confirm receipt.

Hagan Cohle
Manager-KrisJenn Ranch, LLC
512-751-4653

---

**From:** Chase Palmer <cpalmerplf@gmail.com>
**To:** Larry <larrymwright54@yahoo.com>; Hagan Cohle <hscohle@yahoo.com>; Disp Well-inv Daniel Moore <palmettolandandfarms@hotmail.com>; Darin Borders <darinborders@gmail.com>
**Cc:** Rod Roberts <rod@lancerresources.com>; Chase Palmer <cpalmerplf@gmail.com>
**Sent:** Thursday, July 13, 2017 9:51 PM
**Subject:** The Express Gas Pipeline, LP to Black Duck Properties, LLC

Mr. Wright,
  As we discussed by phone earlier today, please find enclosed herewith the Extension of Closing Date Agreement. Please acknowledge your receipt of this email and let me know when you will be providing signed copies of the Agreement. If you have any questions or concerns, please

give me a call early in the morning, as time is of the essence. Thanks for taking the time to talk with us today.

--------------------
Chase Palmer
Palmer Law Firm, Inc.
301 N. Wellington Street
Marshall, Texas 75670
Phone - (903)935-9303
Fax - (903)935-0822

CONFIDENTIALITY NOTICE : THIS MESSAGE CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND REVIEW BY ANYONE OTHER THAN THE INTENDED RECIPIENT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT, WORK PRODUCT AND/OR OTHER APPLICABLE PRIVILEGES. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY BY TELEPHONE AND DELETE THE MESSAGE FROM YOUR SYSTEM.