# Exhibit 24:
# TCRG Purchase Agreement

# PURCHASE AND SALE AGREEMENT

## BETWEEN

## BLACK DUCK PROPERTIES, LLC

### AS SELLER

## AND

## TCRG EAST TEXAS PIPELINE 1, LLC

### AS PURCHASER

## DATED AS OF MARCH 22, 2018

## PURCHASE AND SALE AGREEMENT

This Purchase and Sale Agreement ("Agreement") is made and entered into to be effective this 22nd day of March 2018 (the "Effective Date") by and between TCRG East Texas Pipeline 1, LLC, a Texas limited liability company ("Purchaser") and Black Duck Properties, LLC, a Texas limited liability company ("Seller"), collectively the Parties.

WHEREAS, Seller owns various easements, right of ways, either of record or beneficially and Seller desires to sell to Purchaser and Purchaser desires to purchase from Seller same with all of the rights of Seller hereinafter described, in the manner and upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the foregoing, of the mutual promises hereinafter set forth and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

### ARTICLE I
### GENERAL TERMS AND CONDITIONS OF PURCHASE AND SALE

1.1    PURCHASE AND SALE.  Subject to the terms and conditions set forth in this Contract, Seller agrees to sell and convey to Purchaser, and Purchaser agrees to purchase and accept from Seller, for the Purchase Price (defined in Section 2 hereof), the Assets (as defined in Section 1.2).

1.2    ASSETS. As used herein, the term 'Assets' means the following:

(a)    ROWs.  All of Seller's right, title and interest in and to (i) the states and rights arising under any and all of Seller's Right of Way Agreements (the "ROW Agreements") as identified on Exhibit "A" forming fifty-three (53) right of way tracts of land through sixty-five (65) (+- five (5) miles) contiguous miles of rights of way as identified on Exhibit "A-1" (the "ROWs") comprised of easements that are valid and in full force and effect to permit the construction of a substitute pipeline for the transportation of water  across any portion of the ROWs together with all improvements and fixtures thereon, if any, and all easements, rights-of-way, licenses, interests, rights, permits for the production, treatment, transportation, sale or disposal of oil, gas, and other minerals or water produced and appurtenances to the extent appertaining, if any, and any Permits, Personal Property, and Intangible Property free and clear of all liens, claims, easements, rights-of-way, reservations, restrictions, encroachments, tenancies and any other type of encumbrance (collectively, the "Encumbrances").

(b)    All of Seller's interest in fixtures, personal property, facilities and equipment, used or held for use or charged to ROW Agreements and the ROWs and/or the ROWs; and

(c)    All books, files, data and records in Seller's possession relating to the ROWs, or the maintenance or operation thereof, that Seller is not otherwise precluded from transferring to a third party by proscription of contract (the 'Records').

(d)    Limited Assumption of Liabilities. Purchaser assumes all liabilities and obligations under the ROW Agreements respecting the ROWs (the "Specifically Assumed Liabilities"). Purchaser shall not assume or be bound by any obligations or liabilities of the Seller other than the Specifically Assumed Liabilities. Seller shall remain liable for all of Seller's liabilities and obligations other than the Specifically Assumed Liabilities

1.3    EFFECTIVE TIME. Possession and ownership of the Assets shall be transferred from Seller to Purchaser at the Closing (the 'Effective Time'). Seller shall be entitled to any production revenues or other amounts realized from and accruing to the Assets prior to the Effective Time and shall be liable for the payment of all expenses attributable to the Assets prior to the Effective Time except expenses attributable to obligations assumed by Purchaser in Section 9.3. Purchaser shall be entitled to any production revenues or other amounts realized from and accruing to the Assets and arising subsequent to the Effective Time and shall be liable for the payment of all expenses attributable to the Assets subsequent to the Effective Time and attributable to pre-Effective Time obligations assumed by Purchaser in Section 9.3.

## ARTICLE II
## PURCHASE AND SALE

2.1    PURCHASE PRICE. The cash purchase price for the Assets shall be Two Million Five Hundred Thousand US Dollars ($2,500,000.00) (the 'Purchase Price'). In addition, Seller shall receive via a Limited Assignment of Interest in Water Pipeline a Sixteen Percent (16%) carried interest in the Northern Water Project as defined in said Limited Assignment. A true and correct copy of said Limited Assignment of Interest in Water Pipeline is attached hereto as Exhibit 'B' and is incorporated herein as if fully copied and set forth at length.

2.2    ADJUSTMENTS TO PURCHASE PRICE. The Purchase Price for the Assets shall be adjusted as follows and the resulting amount shall be referred to herein as the 'Adjusted Purchase Price':

(a)    Reduced by the $500,000.00 non-refundable deposit acknowledged to have been previously received by Seller prior to the Effective Date; and

(b)    Pro-ration of property taxes.

2.3        ALLOCATION OF PURCHASE PRICE.

(a)    At closing, Purchaser shall pay Seller the Purchase Price for the purchased Assets allocated under Internal Revenue Code Section 1060 as follows and as set forth in IRS Form 8594, attached hereto as attached hereto as Exhibit 'D' and incorporated herein as though fully set forth at length:

PURCHASE AND SALE AGREEMENT.                    Page 3

| Class I: | Cash and cash equivalents | $0 |
| Class II: | Actively traded personal property | $0 |
| Class III: | Accounts Receivables credit card receivables | $0 |
| Class IV: | Inventory | $0 |
| Class V: | All assets not in I – IV, VI and VII | $2,500,000.00 |
| Class VI: | Sec. 197 intangibles | $0 |
| Class VII: | Goodwill and going concern | $0 |

**Total: Purchase Price:**                                    **$2,500,000.00**

(b)     Seller and the Purchaser each represent to the other that they will file Internal Revenue Service Form 8594, "Asset Acquisition Statement Under Section 1060", with their Federal income tax returns for the respective tax years for which the transactions contemplated hereby must be reported. The Seller and the Purchaser each further represent to the other that on such Form, they will report the information regarding the Purchase Price and the allocation thereof as are set forth in this Agreement.

(c)     Seller and Purchaser shall, execute at Closing IRS Form 8594, attached hereto as Exhibit 'D', allocating the assets being purchased pursuant to this Agreement for all purposes (including Tax and financial accounting purposes) in the manner determined by Purchaser in its sole and exclusive discretion, provided, however, that the portion of the Purchase Price allocated to fixed assets shall not be greater than the fair market value of the fixed assets as of the Closing Date.

(d)     Purchaser and Seller shall file all Tax Returns (including amended returns and claims for a refund) and information reports in a manner consistent with such IRS Form 8594 allocation. In doing so, Seller is obligated to recognize or give effect to Purchaser's allocations of the Purchase Price to the respective Assets as set forth in Exhibit 'D.'

## ARTICLE III
## TITLE MATTERS

3.1    SELLER'S TITLE.

(a)     CASUALTY LOSS. As used herein, the term 'Casualty Loss' shall mean, with respect to all or any portion of any of the Assets, any destruction by fire, blowout, storm or other casualty prior to Closing. Seller shall promptly notify Purchaser of any Casualty Loss of which Seller becomes aware. Purchaser shall assume any Casualty Loss which occurs during the Adjustment Period as to any Asset operated by Purchaser and Seller shall transfer to Purchaser all rights to insurance proceeds, claims, awards and other payments arising out of such Casualty Loss. If any Casualty Loss occurs during the Adjustment Period to any of the Assets not operated by Purchaser and such Casualty Loss may be repaired prior to Closing and, when repaired, the value of such Asset shall not be materially diminished, then Seller may repair such Casualty Loss prior to Closing and

PURCHASE AND SALE AGREEMENT.                    Page 4

shall immediately notify Purchaser of such election.  If Seller elects to repair such Casualty Loss in respect of an Asset not operated by Purchaser and such repair is not completed prior to Closing or the repair completed by Seller does not cause the value of such Asset to be substantially the same as such value prior to the Casualty Loss, or Seller does not elect to repair the Casualty Loss, then Purchaser may elect to (i) cause Seller to retain the Asset affected by the Casualty Loss, and to treat the Casualty Loss as a Defective Interest, in which case Seller shall retain all insurance proceeds relating to the Casualty Loss or (ii) require Seller to (1) transfer to Purchaser such Asset notwithstanding such Casualty Loss, (2) transfer to Purchaser all rights to unpaid insurance proceeds, claims, awards and other payments arising out of such Casualty Loss, and (3) pay to Purchaser all sums paid to Seller as insurance proceeds, awards or other payment arising out of such Casualty Loss.

**ARTICLE IV**
**PRE-CLOSING, AND CLOSING ACTIONS**

4.1   TIME AND PLACE OF CLOSING.

(a)   The parties hereto shall use their best efforts to consummate the purchase and sale transaction as contemplated by this Agreement (the 'Closing') at a location mutually agreeable to the Seller and Purchaser on or before April 1, 2018 or as soon thereafter that the conditions to Closing set forth in this Agreement are satisfied, but in no event shall Closing occur after May 1, 2018 unless otherwise agreed to in writing by Purchaser and Seller.

(b)   The date on which the Closing occurs is herein referred to as the 'Closing Date'.  The Conveyance shall be effective as of the Closing Date.

4.2   ACCESS TO RECORDS. Between the date of this Agreement and the Closing Date, Seller shall, subject to Section 4.6 hereof, give Purchaser and its representatives access to, and the right to copy, at Purchaser's expense, the Records in Seller's possession directly relating to the Assets, but only to the extent that Seller may do so without violating any confidentiality or contractual obligation to a third party and to the extent that Seller has authority to grant such access.  Such access by Purchaser shall be limited to Seller's normal business hours, by appointment only, and shall be without disruption of Seller's normal and usual operations.

4.3   GOVERNMENT REVIEWS.  Seller and Purchaser shall in a timely manner (a) make all required filings, if any, with and prepare applications to and conduct negotiations with, each governmental agency as to which such filings, applications or negotiations are necessary or appropriate in the consummation of the transactions contemplated hereby, and (b) provide such information as each may reasonably request to make such filings, prepare such applications and conduct such negotiations.  Each party shall cooperate with and use all reasonable efforts to assist the other with respect to such filings, applications and negotiations.

4.4   PRE-CLOSING ACTION. Seller and Purchaser shall use all reasonable efforts to cause all of the conditions precedent to the consummation of the transactions contemplated by this Agreement applicable to each of them to be met as promptly as possible and to take all such other actions as may be reasonably necessary to effectuate the consummation of the transactions contemplated by this Agreement.

4.5    PUBLIC ANNOUNCEMENTS. Each party hereto shall consult with the other party hereto prior to any public announcement by such party regarding the existence of this Agreement, the contents hereof or the transactions contemplated hereby.

4.6    INDEMNITY REGARDING ACCESS. Purchaser agrees to indemnify, defend and hold harmless Seller, its directors, officers, employees, agents and representatives from and against any and all claims, liabilities, losses, costs and expenses (including, without limitation, court costs, expenses of litigation and reasonable attorneys' fees) in connection with personal injuries, including death or property damage arising out of or relating to the access of Purchaser, its officers, employees, and representatives to the Assets and to the records and other related information as permitted under this Agreement.

## ARTICLE V
## REPRESENTATIONS AND WARRANTIES OF SELLER

5.1    EXISTENCE. Seller is a limited liability company duly formed, validly existing and in good standing under the laws of the State of Texas and is duly registered to do business as a domestic limited liability company in the State of Texas where the Assets are located.

5.2    POWER. Seller has the power to enter into and perform this Agreement and the transactions contemplated by this Agreement. Subject to preferential purchase rights and restrictions on assignment of the type generally found in the oil and gas industry, and to rights to consent by, required notices to, and filings with or other actions by governmental entities where the same are customarily obtained subsequent to the assignment of oil and gas interests, the execution, delivery and performance of this Agreement by Seller, and the transactions contemplated by this Agreement, will not violate (a) any provision of the certificate or agreement of formation of Seller, (b) any material agreement or instrument to which Seller is a party or by which Seller or any of the Assets are bound, (c) any judgment, order, ruling, or decree applicable to Seller as a party in interest, or (d) any law, rule or regulation applicable to Seller relating to the Assets other than a violation which would not have a material adverse effect on Seller or the Assets.

5.3    AUTHORIZATION AND ENFORCEABILITY. The execution, delivery and performance of this Agreement, and the transaction contemplated hereby, have been duly and validly authorized by all necessary action on the part of Seller and that Seller is a Texas limited liability company and that each individual executing or attesting this Agreement on behalf of such limited liability company covenants, warrants and represents that he is duly authorized to execute or attest and deliver this Agreement on behalf of such limited liability company in accordance with the company or operating agreement of Seller, as the case may be, or an amendment thereto, now in effect. This Agreement constitutes the valid and binding obligation of Seller, enforceable in accordance with its terms except as such enforceability be limited by applicable bankruptcy or other similar laws affecting the rights and remedies of creditors generally as well as to general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law).

5.4    LIABILITY FOR BROKERS' FEES. Purchaser shall not directly or indirectly incur any liability or expense, as a result of undertakings or agreements of Seller, for brokerage fees, finder's

PURCHASE AND SALE AGREEMENT.                Page 6

fees, agent's commissions or other similar forms of compensation in connection with this Agreement or any agreement or transaction contemplated hereby. Seller agrees to indemnify and hold Purchaser harmless from all liability arising from any claim for brokerage fees, finder's fees, agent's commissions or other similar forms of compensation in connection with this Agreement or any agreement or transaction contemplated hereby, including without limitation, the cost of reasonable counsel fees in connection therewith.

5.5     CLAIMS AND LITIGATION. To the actual knowledge of Seller, there are no claims, actions, suits or proceedings pending or threatened against Seller which, if determined adversely to Seller, would have a material adverse affect on the Assets or which would materially and adversely affect Seller's ability to perform its obligations under this Agreement.

5.6     TAXES AND ASSESSMENTS. To the actual knowledge of Seller, all material ad valorem, production, severance, excise, and similar taxes and assessments based upon or measured by the ownership of or the production of hydrocarbons from the Assets which have become due and payable have been properly paid or are being challenged in good faith by Seller, all applicable tax returns have been filed, and Seller knows of no claim by any applicable taxing authority against Seller in connection with the payment of such taxes.

5.7     CONSENTS AND PREFERENTIAL RIGHTS.  All required notices in respect of consents to assignment and preferential rights to purchase relating to the Assets set forth on Schedule 3.5 shall be prepared by Purchaser for execution by Seller on forms customarily used in the industry and shall be furnished to Purchaser at Closing. Seller shall use its best efforts to cause such consents and preferential rights to purchase to be obtained and delivered on or before Closing. Purchaser shall cooperate with the Seller in seeking to obtain such consents and preferential rights. Should a third party fail to exercise its preferential right to purchase as to any portion of the Assets prior to Closing, such portion of the Assets shall be conveyed to Purchaser subject to such right and Purchaser agrees to perform the obligations of Seller with respect to such preferential rights.

5.8     ENVIRONMENTAL LAWS. To the actual knowledge of Seller and as to that portion of the Assets not operated by Purchaser, (i) such Assets are in compliance in all material respects with all Environmental Laws (as hereinafter defined) and all orders or requirements of any court or federal, state, or local governmental authority, and possess and are in compliance with all required permits, licenses, or similar authorizations, (ii) such Assets and related operations are not subject to any existing or threatened suit, investigation, or proceeding related to any obligation under any Environmental Law, and (iii) there is no liability (contingent or otherwise) in connection with the release or threatened release into the environment of any Hazardous Substance (as defined below) as a result of or in connection with such Assets or the operations related thereto. As used in this Agreement, the term 'Environmental Laws' shall mean any and all laws, regulations, ordinances and judicial interpretations pertaining the prevention, abatement or elimination of pollution or to the protection of public health or the environment that are in effect in all jurisdictions in which any of the Assets or related operations are located or conducted, including, without limitation, the federal Comprehensive Environmental Response, Compensation and Liability Act ('CERCLA'), the Resource Conservation and Recovery Act, the Clean Water Act, the Safe Drinking Water Act, the Toxic Substance Control Act, the Hazardous Materials Act and the Clean Air Act and the term 'Hazardous Substance' shall have the meaning described under Section 101 of CERCLA at 42 U.S.C. Section

9601(14), except that it shall also include petroleum, natural gas, natural gas liquids, nitrous oxide, carbon monoxide and sulphur oxide.

5.9     INTENTIONALLY LEFT BLANK.

5.10    INTENTIONALLY LEFT BLANK.

5.11    ASSETS; TITLE TO ASSETS.  Seller owns good and marketable title, free and clear of all liens or encumbrances, to all of the Assets, including the ROWs and ROW AGREEMENTS. Seller is selling, conveying and transferring the ROWs and ROW Agreements described on the Deed, Conveyance and Assignment to Purchaser attached hereto and as Exhibit 'C' and incorporated herein as if fully copied and set forth at length on an "AS IS, WHERE IS" basis.

5.12    INTENTIONALLY LEFT BLANK.

5.13    FURTHER ASSURANCES.  From the date of execution of this Agreement, without the prior written consent of Purchaser, Seller will not: (i) enter into any new agreements or commitments with respect to the Assets; (ii) incur any liabilities other than in the ordinary course for normal operating expenses  associated with individual Wells; (iii) abandon, or consent to abandonment of, any producing or shut-in Well or any injection well located on the premises associated with the Assets, nor release or abandon all or any portion of the Leases; (iv) modify or terminate any of the agreements relating to the Assets or waive any right thereunder; (v) encumber, sell or otherwise dispose of any of the Assets; and (vi) purchase any additional interests.

5.14    MATERIAL AGREEMENTS.  All agreements with respect to which Seller is a party and Purchaser is not a party and that are material to the ownership or value of the Assets and, as to such agreements, (i) all are in full force and effect; (ii) all payments due thereunder have been made by Seller; (iii) Seller is not in breach or default thereunder; (iv) no other party is in breach or default with respect to its obligations thereunder; and (v) neither Seller nor any other party to any such contract has given or threatened to give notice of any action to terminate, cancel, rescind or procure a judicial reformation of any such contract.

5.15    INTENTIONALLY LEFT BLANK.

## ARTICLE VI
## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser represents and warrants to Seller the following:

6.1     EXISTENCE.  Purchaser is a corporation duly organized, validly existing and in good standing under the laws of the State of Texas and is duly qualified to do business as a foreign corporation in the state(s) where the Assets are located, except where the failure to so qualify would not have a material adverse effect on Purchaser or its properties.

6.2     POWER.  Purchaser has the corporate power to enter into and perform this Agreement and the transactions contemplated by this Agreement. Subject to preferential purchase rights and

PURCHASE AND SALE AGREEMENT.               Page 8

restrictions on assignment of the type generally found in the oil and gas industry, and to rights to consent by, required notices to, and filings with or other actions by governmental entities where the same are customarily obtained subsequent to the assignment of oil and gas interests, the execution, delivery and performance of this Agreement by Purchaser, and the transactions contemplated by this Agreement, will not violate (a) any provision of the certificate of incorporation or bylaws of Purchaser, (b) any material agreement or instrument to which Purchaser is a party or by which Purchaser or any of the Assets are bound, (c) any judgment, order, ruling, or decree applicable to Purchaser as a party in interest, or (d) any law, rule or regulation applicable to Purchaser relating to the Assets other than a violation which would not have a material adverse effect on Purchaser.

6.3    AUTHORIZATION AND ENFORCEABILITY. The execution, delivery and performance of this Agreement, and the transaction contemplated hereby, have been duly and validly authorized by all necessary action on the part of Purchaser. This Agreement constitutes the valid and binding obligation of Purchaser, enforceable in accordance with its terms except as such enforceability may be limited by applicable bankruptcy or other similar laws affecting the rights and remedies of creditors generally as well as to general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law).

6.5    CLAIMS AND LITIGATION. To the actual knowledge of Purchaser, there are no claims, actions, suits, or proceedings pending or threatened against Purchaser which, if determined adversely to Purchaser, would materially and adversely affect Purchaser's ability to perform its obligations under this Agreement.

6.6    PURCHASER'S DETERMINATION OF TITLE. Purchaser has independently determined that the ROW Agreements are valid, existing legal instruments in full force and effect and that the ROWs form fifty-three (53) right of way tracts of land through sixty-five (65) (+- five (5) miles) contiguous miles of rights of way as identified on Exhibit "A-1" (the "ROWs").

## ARTICLE VII
## CONDITIONS TO CLOSING

7.1    CONDITIONS OF SELLER TO CLOSING. The obligations of Seller to consummate the transaction contemplated by this Agreement are subject, at the option of Seller, to the satisfaction on or prior to Closing of each of the following conditions:

(a)    REPRESENTATIONS. The representations and warranties of Purchaser set forth in this Agreement herein shall be true and correct in all material respects as of the date of this Agreement and as of the Closing Date as though made on and as of the Closing Date.

(b)    PERFORMANCE. Purchaser shall have performed all obligations, covenants and agreements hereunder and shall have complied with all covenants and conditions applicable to it contained in this Agreement prior to or on the Closing Date.

(c)     PENDING MATTERS.  No suit, action or other proceeding by a third party or a governmental authority shall be pending or threatened which seeks to restrain, enjoin or otherwise prohibit, the consummation of the transactions contemplated by this Agreement.

7.2     CONDITIONS OF PURCHASER TO CLOSING. The obligations of Purchaser to consummate the transaction contemplated by this Agreement are subject, at the option of Purchaser, to the satisfaction on or prior to Closing of each of the following conditions:

(a)  INTENTIONALLY LEFT BLANK
(b)     REPRESENTATIONS.  The representations and warranties of Seller set forth in this Agreement shall be true and correct in all material respects as of the date of this Agreement and as of the Closing Date as though made on and as of the Closing Date.

(c)     PERFORMANCE.  Seller shall have performed all obligations, covenants and agreements hereunder and shall have complied with all covenants and conditions applicable to it contained in this Agreement prior to or on the Closing Date and shall have executed and delivered the Conveyance on the Closing Date.

(d)     PENDING MATTERS.  No suit, action or other proceeding by a third party or governmental authority shall be pending or threatened to restrain, enjoin or otherwise prohibit, the consummation of the transactions contemplated by this Agreement.

7.3     OBLIGATIONS OF SELLER AT CLOSING. At the Closing, upon the terms and subject to the conditions of this Agreement, Seller shall execute and deliver or cause to be executed and delivered to Purchaser, among other things, the following:

(a)     Conveyances of title to the Assets via a Deed, Conveyance and Assignment from Seller to Purchaser in substantial form as Exhibit 'C' attached hereto and incorporated herein as if fully copied and set forth at length, in sufficient original counterparts to allow recording; and

(b)     Certificate by an authorized member of Seller dated as of Closing, certifying on behalf of Seller that the conditions set forth in Sections 7.1 (b) and 7.1 (c) have been fulfilled;

7.4     OBLIGATIONS OF PURCHASER AT CLOSING. At the Closing, upon the terms and subject to the conditions of this Agreement, Purchaser shall execute and deliver or cause to be executed and delivered to Seller, among other things, the following:

(a)     Conveyances of title to the Assets via a Deed, Conveyance and Assignment from Seller to Purchaser in substantial form as Exhibit 'C' attached hereto and incorporated herein as if fully copied and set forth at length, in sufficient original counterparts to allow recording;

(b)     A wire transfer of the Adjusted Purchase Price, as required hereunder; and

(c)     Delivery of the fully executed Limited Assignment of Interest in Water Pipeline in the form attached hereto as Exhibit 'B;' and

PURCHASE AND SALE AGREEMENT.          Page 10

(d)    Certificate by an authorized attorney-in-fact or corporate officer of Purchaser dated as of Closing, certifying on behalf of Purchaser that the conditions set forth in Sections 7.1 (a) and 7.1 (b) have been fulfilled.

## ARTICLE VIII
## TERMINATION AND AMENDMENT

8.1    TERMINATION. This Agreement may be terminated at any time prior to the Closing Date: (a) by the mutual prior written consent of Seller and Purchaser, (b) INTENTIONALLY LEFT BLANK (c) at the option of the non-breaching party if the other party is in material default of its obligations under this Agreement, or (d) by Seller or Buyer, if Closing has not occurred by May 1, 2018   Any party shall exercise a right of termination provided above by written notice to the other party.

8.2    EFFECT OF TERMINATION. If this Agreement is terminated pursuant to Section 8.1(a), or (d), this Agreement shall become void and of no further force or effect (except for the provisions of Section 4.6 which shall continue in full force and effect).

## ARTICLE IX
## POST-CLOSING OBLIGATIONS

9.1    INTENTIONALLY LEFT BLANK.

9.2    INTENTIONALLY LEFT BLANK.

9.3    ASSUMPTION AND INDEMNITY. If the Closing occurs,

(a)    Purchaser assumes all obligations that are attributable to the Assets from and after the Effective Time including, but not limited to, any obligation to cash balance or to allow third parties to make-up gas according to the terms and conditions of the applicable gas balancing or other contracts or governing law, rule or regulation, all obligations to properly plug and abandon all wells now or thereafter located on the Leases and restore the surface of the Leases in accordance with applicable lease or other agreements and governmental (including environmental) laws, orders, and regulations (regardless of whether any such obligation to plug, abandon and restore is attributable to periods of time prior to or after the Effective Time) and the obligation to pay ad valorem and similar production taxes with respect to the Assets as set forth in Sections 10.4 and 2.2(b);

(b)    Purchaser agrees to indemnify, defend and hold harmless Seller, its affiliates, officers, directors, agents and representatives from and against any and all claims, liabilities, losses, costs and expenses (including, without limitation, court costs, expenses of litigation and reasonable attorneys' fees) that are attributable to the Assets after the Effective Time (including, without limitation, (i) the obligation to cash balance or to allow third parties to make-up gas according to the terms and conditions of the applicable gas balancing or other contracts or governing law, rule or regulation, (ii) the obligation to properly plug and abandon all wells now or hereafter located on the

PURCHASE AND SALE AGREEMENT.          Page 11

Leases, (iii) the obligation to restore the surface of the Leases in accordance with applicable lease or other agreements and governmental laws, orders and regulations, and (iv) damage to property, or injury to or death of persons attributable to the Assets and occurring after the Effective Time). Notwithstanding the foregoing, Purchasers' indemnification obligations exclude liabilities in respect of Environmental Laws as to the Assets and to conditions that existed prior to the Effective Time;

(c)     Seller agrees to indemnify, defend and hold harmless Purchaser, its affiliates, officers, directors, agents and representatives from and against any and all claims, liabilities, losses, costs and expenses (including, without limitation, court costs, expenses of litigation and reasonable attorneys' fees) that are attributable to the Assets before the Effective Time (other than (i) the obligation to cash balance or to allow third parties to make-up gas according to the terms and conditions of the applicable gas balancing or other contracts or governing law, rule or regulation, (ii) the obligation to properly plug and abandon wells now or hereafter located on the Leases, (iii) the obligation to restore the surface of the Leases in accordance with applicable lease or other agreements and governmental laws, orders and regulations, and (iv) damage to property, or injury to or death of persons attributable to the Assets and occurring prior to the Effective Time). Notwithstanding the foregoing, Seller's indemnification obligations include liabilities in respect of Environmental Laws as to the Assets and to conditions that existed prior to the Effective Time; and

(d)     The indemnity, defense and hold harmless obligations set forth above shall not apply to (i) any amount that was taken into account as an adjustment to the Purchase Price pursuant to the provisions of this Agreement, (ii) any liability of one party to the other party under the provisions of this Agreement, (iii) any liability Purchaser would ordinarily have vis-a-vis Seller under the terms of applicable operating agreements, and (iv) either party's costs and expenses with respect to the negotiation and consummation of this Agreement and the purchase and sale of the Assets.

9.4     RECORDING. As soon as practicable after Closing, Purchaser shall record the conveyances in the appropriate counties.

9.5     FURTHER ASSURANCES. After Closing, Seller and Purchaser agree to take such further actions and to execute, acknowledge and deliver all such further documents that are necessary or useful in carrying out the purposes of this Agreement or of any document delivered pursuant to this Agreement.

## ARTICLE X
## MISCELLANEOUS

10.1     COUNTERPARTS. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original instrument, but all such counterparts together shall constitute but one agreement.

10.2     NOTICE. All notices which are required or may be given pursuant to this Agreement shall be sufficient in all respects if given in writing and delivered personally, by overnight courier, by telecopy or by registered or certified mail, postage prepaid, as follows:

If to Seller:

PURCHASE AND SALE AGREEMENT.          Page 12

> Black Duck Properties, LLC
> Attn. Larry M. Wright
> 410 Spyglass Road
> McQueney, Texas 78123

With a copy to:

> Granstaff, Gaedke & Edgmon, P.C.
> 5535 Fredericksburg Road, Suite 110
> San Antonio, Texas 78229
> Attn: David P. Strolle, Jr.
> Telephone: 210-348-6600 Ext. 203
> Telecopier: 210-366-0892
> Email: dstrolle@caglaw.net

If to Purchaser:

> TCRG East Texas Pipeline 1, LLC,
> Attn: Robert L. Patton, Jr.
> 5201 Camp Bowie Blvd., Suite 200
> Fort Worth, Texas 76107
> Telephone: 817-626-9898
> Telecopier: 817-624-1374

All notices shall be deemed to have been duly given at the time of receipt by the party to which such notice is addressed.

10.3    SALES TAX, RECORDING FEES AND SIMILAR COSTS. Purchaser shall bear any tax, recording fees and similar costs incurred and imposed upon, or with respect to, the property transfers contemplated hereby.

10.4    AD VALOREM TAXES. All unpaid ad valorem and similar taxes that are payable with respect to the Assets for all periods ending on or prior to the Effective Time shall be as estimated by the parties and shall be an adjustment to the Purchase Price. In the case of tax periods that included but did not end on the Effective Time, taxes shall be prorated to the Effective Time and be an adjustment to the Purchase Price. Purchaser shall pay all such taxes payable for all such periods which are adjusted or prorated.

10.5    EXPENSES. All expenses incurred by Seller in connection with or related to the authorization, preparation or execution of this Agreement, the Conveyance and the Exhibits and Schedules hereto and thereto, and all other matters related to the Closing, including without limitation, all fees and expenses of counsel, accountants and financial advisers employed by Seller, shall be borne solely and entirely by Seller; and all such expenses incurred by Purchaser shall be borne solely and entirely by Purchaser.

PURCHASE AND SALE AGREEMENT.          Page 13

10.6    GOVERNING LAW. This Agreement and the legal relations between the parties shall be governed by and construed in accordance with the laws of the State of Texas without regard to principles of conflicts of laws otherwise applicable to such determinations. In the event any dispute arises with respect to this Agreement, the parties hereby consent to jurisdiction and litigation of such disputes in the State of Texas.

10.7    CAPTIONS. The captions in this Agreement are for convenience only and shall not be considered a part of or affect the construction or interpretation of any provision of this Agreement.

10.8    WAIVERS. Any failure by any party or parties to comply with any of its or their obligations, agreements or conditions herein contained may be waived in writing, but not in any other manner, by the party or parties to whom such compliance is owed. No waiver of, or consent to a change in, any of the provisions of this Agreement shall be deemed or shall constitute a waiver of, or consent to a change in, other provisions hereof (whether or not similar) nor shall such waiver constitute a continuing waiver unless otherwise expressly provided.

10.9    ASSIGNMENT. No party shall assign all or any part of this Agreement, nor shall any party assign or delegate any of its rights or duties hereunder, without the prior written consent of the other party and any assignment made without such consent shall be void except as otherwise provided in this Section.

10.10   ENTIRE AGREEMENT. This Agreement and the documents to be executed hereunder and the Exhibits and Schedules attached hereto constitute the entire agreement between the parties pertaining to the subject matter hereof, and supersede all prior agreements, understandings, negotiations and discussions, whether oral or written, of the parties pertaining to the subject matter hereof.

10.11   SURVIVAL. The representations and warranties of Seller and Purchaser set forth in Articles V and VI of this Agreement shall survive the Closing and shall only be applicable for one hundred eighty (180) days thereafter.

10.12 AMENDMENT.

        (a)    At any time prior to the Closing Date this Agreement may be amended or modified in any respect by the parties by an agreement in writing executed in the same manner as this Agreement.

        (b)    No supplement, modification, waiver or termination of this Agreement shall be binding unless executed in writing by the party to be bound thereby.

10.13   EXHIBITS AND SCHEDULES. All Exhibits and Schedules attached to or referred to in this Agreement are incorporated into and made a part of this Agreement.

IN WITNESS WHEREOF, this Agreement has been signed by each of the parties hereto, all as of the date above written.

**SELLER:**

Black Duck Properties, LLC, a Texas limited liability company

By: _____
Larry Wright,
Its Sole Manager

**PURCHASER:**

TCRG East Texas Pipeline 1, LLC, a Texas limited liability company

By: _____
Robert L. Patton, Jr.,
Its Sole Manager

[The Remainder of this Page Intentionally Left Blank]

## ACKNOWLEDGEMENT

STATE OF TEXAS      )
                  ) ss.
COUNTY OF  Bexar    )

      Be it known, that on this  22  day of  March , 2018, before me, the undersigned authority, personally came and appeared Larry Wright  to me personally known and known by me to be the person whose genuine signature is Purchase and Sale Agreement, who signed said document before me and who acknowledged, in my presence, that he signed the above foregoing document as his own free act and deed and for the uses and purposes therein set forth and apparent.

      In witness whereof, the said appeared has signed these presents and I have hereunto affixed my hand and seal on the day and date first above written.

> BRYAN PAUL MYERS
> NOTARY PUBLIC STATE OF TEXAS
> MY COMM. EXP 4/18/2020
> NOTARY ID 13062353-8

Notary Public in and for the State of Texas
My Commission Expires:    4/18/2020
(Seal)

## ACKNOWLEDGEMENT

STATE OF TEXAS      )
                  ) ss.
COUNTY OF  Tarrant )

      Be it known, that on this  22nd  day of  March , 2018, before me, the undersigned authority, personally came and appeared Robert L. Patton, Jr.  to me personally known and known by me to be the person whose genuine signature is Purchase and Sale Agreement, who signed said document before me and who acknowledged, in my presence, that he signed the above foregoing document as his own free act and deed and for the uses and purposes therein set forth and apparent.

      In witness whereof, the said appeared has signed these presents and I have hereunto affixed my hand and seal on the day and date first above written.

> CHERYL L COUCH
> NOTARY PUBLIC
> ID# 125016597
> State of Texas
> Comm. Exp. 04-28-2022

Notary Public in and for the State of Texas
My Commission Expires:    04/28/22
(Seal)

[The Remainder of this Page Intentionally Left Blank]

PURCHASE AND SALE AGREEMENT.          Page 16

**EXHIBIT 'A'**
**TO PURCHASE AND SALE AGREEMENT**
**BETWEEN BLACK DUCK PROPERTIES, LLC**
**AND TCRG EAST TEXAS PIPELINE 1, LLC**

List of Right of Way Agreements ("ROW Agreements")

| Date | Grantor | Grantee | Book | Page |
|---|---|---|---|---|
| 02/03/13 | Van J. Smith | Gulf Pipe Line Co. | 81 | 7 |
| 01/27/14 | E.W. Cockrell | Gulf Pipe Line Co. and Gulf Production Co. | 79 | 582 |
| 01/28/14 | D.D. Bezer, et ux | Gulf Pipe Line Co. | 79 | 609 |
| 01/28/14 | I.E. Bazer, et ux. | Gulf Pipe Line Co. | 79 | 597 |
| 01/28/14 | W.H. Cammack | Gulf Pipe Line Co. | 79 | 594 |
| 01/28/14 | W.H. Cammack | Gulf Pipe Line Co. | 79 | 594 |
| 01/28/14 | W.H. Cammack | Gulf Pipe Line Co. | 79 | 594 |
| 01/28/14 | Bridie Carter, et vir. | Gulf Pipe Line Co | 79 | 592 |
| 01/28/14 | Mrs. W.J. Cockrell | Gulf Pipe Line Co | 79 | 593 |
| 01/28/14 | J.R. Joplin, et ux. | Gulf Pipe Line Co. | 79 | 574 |
| 01/28/14 | Ralph Jopling, et ux. | Gulf Pipe Line Co. | 81 | 19 |
| 01/28/14 | J.D. Majors, et ux. | Gulf Pipe Line Co. | 81 | 27 |
| 01/28/14 | J.W. Majors | Gulf Pipe Line Co. | 81 | 14 |
| 01/28/14 | A.W. Mathews, et ux | Gulf Pipe Line Co. | 81 | 24 |
| 01/18/14 | W.R. Rains | Gulf Pipe Line Co. | 79 | 595 |
| 01/29/14 | Luke Motley | Gulf Pipe Line Co. | 81 | 8 |
| 01/29/14 | J.L. Norman | Gulf Pipe Line Co. | 81 | 18 |
| 01/29/14 | W.J. Shadowens, et ux. | Gulf Pipe Line Co. | 79 | 596 |
| 01/29/14 | John Turner, et ux. | Gulf Pipe Line Co. | 81 | 25 |
| 01/29/14 | John Turner, et ux. | Gulf Pipe Line Co. | 81 | 25-26 |
| 01/29/14 | John Turner, et us | Gulf Pipe Line Co. | 81 | 25-26 |
| 01/31/14 | J.H. Hughes | Gulf Pipe Line Co. | 79 | 562 |
| 01/31/14 | J.R. Lewis | Gulf Pipe Line Co. | 79 | 576 |
| 02/02/14 | Charles F. Flakes | Gulf Pipe Line Co. | 79 | 607 |
| 02/02/14 | W.E. Parker | Gulf Pipe Line Co. | 81 | 16 |
| 02/02/14 | W.W. Rider, et ux. | Gulf Pipe Line Co. | 81 | 21 |
| 02/02/14 | J.H. Wall | Gulf Pipe Line Co. | 79 | 605 |
| 02/02/14 | Ben B. White, et ux | Gulf Pipe Line Co. | 79 | 573 |
| 02/02/14 | W.D. White, et ux | Gulf Pipe Line Co. | 79 | 598 |
| 02/03/14 | Luis Hooper, et al. | Gulf Pipe Line Co | 79 | 579 |
| 02/03/14 | J. Nathan King | Gulf Pipe Line Co. | 79 | 564 |
| 02/03/14 | J. Nathan King | Gulf Pipe Line Co. | 79 | 564 |
| 02/03/14 | C. Riley, et ux. | Gulf Pipe Line Co. | 79 | 611 |
| 02/03/14 | Jno. A. White, et ux. | Gulf Pipe Line Co. | 79 | 571 |
| 02/04/14 | M.M. Bowlin, et ux. | Gulf Pipe Line Co | 79 | 578 |
| 02/04/14 | John Kyle, et ux. | Gulf Pipe Line Co. | 79 | 563 |
| 02/04/14 | J.R. Weir | Gulf Pipe Line Co | 79 | 568 |
| 02/05/14 | C.C. Hayden | Gulf Pipe Line Co. | 79 | 576 |
| 02/06/14 | W.L. Foster, et ux. | Gulf Pipe Line Co. | 79 | 572 |
| 02/06/14 | C.M. Horton, et ux. | Gulf Pipe Line Co. | 79 | 565 |
| 02/06/14 | O.M. Ramsey, et al | Gulf Pipe Line Co. | 79 | 599 |

Shelby County, Texas

| 02/06/14 | B.A. Roper | Gulf Pipe Line Co. | 79 | 561 |
|---|---|---|---|---|
| 02/07/14 | F.M. Bridwell, et al. | Gulf Pipe Line Co. | 79 | 550 |
| 02/09/14 | Rev. Mack Jones, et al. | Gulf Pipe Line Co. | 79 | 603 |
| 02/10/14 | G.W. Crenshaw, et ux. | Gulf Pipe Line Co. | 79 | 567 |
| 02/10/07 | J.H. Cruger, et ux. | Gulf Pipe Line Co. | 79 | 600 |
| 02/10/14 | F.D. Haden, et ux. | Gulf Pipe Line Co. | 81 | 8 |
| 02/10/14 | Henry Sears, et ux | Gulf Pipe Line Co. | 79 | 569 |
| 02/11/14 | W.A. Cooper, et ux. | Gulf Pipe Line Co. | 79 | 557 |
| 02/11/14 | W.R. Harris, et ux. | Gulf Pipe Line Co. | 79 | 553 |
| 02/11/14 | J.M. Whiteside | Gulf Pipe Line Co. | 79 | 543 |
| 02/11/14 | C.O. Worsham, et ux | Gulf Pipe Line Co. | 79 | 554 |
| 02/11/14 | W.T. Worsham, et ux | Gulf Pipe Line Co. | 79 | 556 |
| 02/12/14 | W.F. Andrews | Gulf Pipe Line Co. | 78 | 562 |
| 02/12/14 | S.W. Wallace | Gulf Pipe Line Co. | 81 | 5 |
| 02/13/14 | E.H. Andrews, et ux | Gulf Pipe Line Co. | 79 | 560 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr, et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr. et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr. et al. | Gulf Pipe Line Co | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr, et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipe Line Co | 79 | 610 |
| 02/13/14 | W.M. Byrn | Gulf Pipe Line Co. | 79 | 602 |
| 02/14/14 | F.O. Johnson | Gulf Pipe Line Co. | 79 | 580 |
| 02/14/14 | Allen Porter, Agent for Robert Porter | Gulf Pipe Line Co. | 79 | 604 |
| 02/16/14 | J.F. Beasley, et ux. | Gulf Pipe Line Co. | 81 | 11 |
| 02/16/14 | M.M. Carroll Jr. | Gulf Pipe Line Co. | 79 | 581 |
| 02/16/14 | W.I. Deffenbaugh | Gulf Pipe Line Co. | 79 | 606 |
| 02/16/14 | G.W. Hanson, et ux. | Gulf Pipe Line Co. | 79 | 583 |
| 02/17/14 | E.A. Booth | Gulf Pipe Line Co. | 79 | 603 |
| 02/17/14 | Zach Brinson | Gulf Pipe Line Co. | 79 | 558 |
| 02/17/14 | J.B. Broadus, et ux. | Gulf Pipe Line Co. | 79 | 547 |
| 02/17/14 | J.R. Foster, et ux. | Gulf Pipe Line Co. | 79 | 612 |
| 02/17/14 | J.R. Foster, et ux | Gulf Pipe Line Co. | 79 | 612 |
| 02/17/14 | J.L. Gilbert, et ux. | Gulf Pipe Line Co. | 81 | 23 |
| 02/18/14 | W.L. Barron, et ux. | Gulf Pipe Line Co. | 81 | 547 |
| 02/18/14 | J.T. Caldwell, et ux. | Gulf Pipe Line Co. | 79 | 546 |
| 02/18/14 | C.H. Freeman, et ux. | Gulf Pipe Line Co. | 79 | 545 |
| 02/18/07 | J.L. Hart | Gulf Pipe Line Co | 79 | 570 |
| 02/18/14 | H.J. Hennigan, et ux | Gulf Pipe Line Co | 79 | 544 |
| 02/18/14 | R.A. Whiddon, et ux | Gulf Pipe Line Co | 79 | 585 |
| 02/18/14 | W.A. Whiddon, et ux | Gulf Pipe Line Co. | 79 | 584 |

## Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| 02/18/14 | F.M. Whiteside, et ux. | Gulf Pipe Line Co | 79 | 551 |
| 02/19/14 | J.D. Sholer | Gulf Pipe Line Co. | 79 | 613 |
| 02/19/14 | Whiddon, J.E., Gdn. for his two minor children Mary Etta Whiddon & James Floid Whiddon | Gulf Pipe Line Co. | 79 | 549 |
| 02/20/14 | R.A. Rushing, by W.A. Whiddon, Agt. | Gulf Pipe Line Co. | 81 | 478 |
| 02/23/14 | Cohron Davis, et ux. | Gulf Pipe Line Co. | 79 | 591 |
| 02/23/14 | Ima Odom, et al. | Gulf Pipe Line Co. | 81 | 9 |
| 02/23/14 | J.B. Paramore, et ux. | Gulf Pipe Line Co. | 81 | 15 |
| 02/23/14 | J.W. Sholar | Gulf Pipe Line Co. | 81 | 20 |
| 02/23/14 | R. Sholar | Gulf Pipe Line Co. | 81 | 17 |
| 02/23/14 | W F. Taley, et ux. | Gulf Pipe Line Co | 79 | 589 |
| 02/24/14 | W.R. Crawford, et ux | Gulf Pipe Line Co. | 79 | 588 |
| 02/24/14 | C.P. Hooper, et ux. | Gulf Pipe Line Co. | 79 | 587 |
| 03/07/14 | L.N. Muren | Gulf Pipe Line Co. | 81 | 13 |
| 03/28/14 | H. Bryant, et al. | Gulf Pipe Line Co. | 81 | 10 |
| 05/26/14 | F.J. Hobbs | Gulf Pipe Line Co. | 81 | 548 |
| 12/16/14 | I.W. Willimas | Gulf Pipe Line Co. | 79 | 559 |
| 02/18/24 | W.F. Hollister, et ux | Gulf Pipe Line Co | 79 | 552 |
| 07/09/24 | F.M. Bridwell | Gulf Pipe Line Co. and Gulf Production Co | 124 | 440 |
| 07/09/24 | Mrs. W.H. Harris | Gulf Pipe Line Co. and Gulf Production Co | 124 | 441 |
| 07/09/24 | F.M. Whiteside, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 464 |
| 07/09/24 | Mrs. J.M. Whiteside | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 438 |
| 07/09/24 | W.T. Worsham | Gulf Pipe Line Co and Gulf Production Co. | 124 | 443 |
| 07/10/24 | E.H. Androws, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 124 | 446 |
| 07/10/24 | E.A. Booth | Gulf Pipe Line Co and Gulf Production Co | 124 | 463 |
| 07/10/24 | F.L. Brinson, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 458 |
| 07/10/24 | F.L. Brinson, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 124 | 458 |
| 07/10/24 | F.L. Brinson, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 458 |
| 07/10/24 | Zach Brinson | Gulf Pipe Line Co. | 127 | 456 |

PURCHASE AND SALE AGREEMENT.          Page 20

Shelby County, Texas

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and Gulf Production Co. |  |  |
| 07/10/24 | W.M. Byrn | Gulf Pipe Line Co and Gulf Production Co | 124 | 459 |
| 07/10/24 | G.W Crenshaw. et ux | Gulf Pipe Line Co and Gulf Production Co. | 124 | 448 |
| 07/10/24 | J H. Cruger, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 445 |
| 07/10/24 | Mrs. F D. Haden | Gulf Pipe Line Co and Gulf Production Co. | 124 | 462 |
| 07/10/24 | C O. Worsham. et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 442 |
| 07/11/24 | F.H. Bailey, et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 453 |
| 07/11/24 | F. H. Bailey. et ux | Gulf Pipe Line Co and Gulf Production Co. | 124 | 453 |
| 07/11/24 | F H. Bailey. et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 453 |
| 07/11/24 | Arthur Bussey, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 452 |
| 07/11/24 | John Bussey, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 450 |
| 07/11/24 | Phil Bussy Jr., et ux | Gulf Pipe Line Co. and Gulf Production Co | 124 | 455 |
| 07/11/24 | J.G. Ellington | Gulf Pipe Line Co. and Gulf Production Co | 124 | 437 |
| 07/11/24 | F.O. Johnson | Gulf Pipe Line Co and Gulf Production Co. | 124 | 460 |
| 07/11/24 | I.N. Williams | Gulf Pipe Line Co and Gulf Production Co. | 124 | 449 |
| 07/14/24 | E W. Cockrell, et ux | Gulf Pipe Line Co. and Gulf Production Co | 124 | 479 |
| 07/14/24 | Mrs. G.W. Hanson Adm. of G.W. Hanson Est | Gulf Pipe Line Co and Gulf Production Co | 124 | 481 |
| 07/14/24 | T A. King | Gulf Pipe Line Co. | 124 | 478 |

Shelby County, Texas

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and Gulf Production Co. |  |  |
| 07/14/24 | Ima Odom Nutt, et al. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 485 |
| 07/14/24 | Mrs. W.F. Talley | Gulf Pipe Line Co and Gulf Production Co. | 124 | 476 |
| 07/14/24 | A.O. Whiddon | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 480 |
| 07/15/24 | Paul Barron, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 471 |
| 07/15/24 | J.T. Carroll | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 470 |
| 07/15/24 | C.H. Freeman, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 469 |
| 07/15/24 | Mrs. B.J. Hennigan | Gulf Pipe Line Co. and Gulf Production Co | 124 | 484 |
| 07/15/24 | C.P. Hooper, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 473 |
| 07/15/24 | J.D Sholar | Gulf Pipe Line Co and Gulf Production Co | 124 | 483 |
| 07/16/24 | W.R. Crawford, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 467 |
| 07/17/24 | J.T. Caldwell, et al. | Gulf Pipe Line Co. and Gulf Production Co | 131 | 497 |
| 07/21/24 | Arthur Bussey, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 498 |
| 07/21/24 | Mack Jones, et al. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 493 |
| 07/21/24 | C.D. Scogin | Gulf Pipe Line Co and Gulf Production Co | 124 | 491 |
| 07/21/24 | H.S. Varnell, et ux | Gulf Pipe Line Co and Gulf Production Co. | 124 | 495 |
| 07/22/24 | Cleveland Bussey | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 492 |
| 08/01/24 | W A Cooper | Gulf Pipe Line Co | 124 | 520 |

## Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co. | | |
| 10/14/24 | Pierce Whiteside, et al. | Gulf Pipe Line Co and Gulf Production Co | 123 | 632 |
| 04/30/25 | J.A. Deaton, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 506 |
| 04/30/25 | Claude E. Fallr | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 52 |
| 04/30/25 | Alvin Gunter | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 503 |
| 04/30/25 | J.R. Jopling, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 55 |
| 04/30/25 | J.N. Majors | Gulf Pipe Line Co. and Gulf Production Co | 127 | 54 |
| 04/30/25 | C.C. McDonald | Gulf Pipe Line Co. and Gulf Production Co | 127 | 56 |
| 04/30/25 | Grover C. Peddy | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 500 |
| 04/30/25 | C. Riley, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 502 |
| 04/30/25 | F.B Taylor | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 504 |
| 04/30/25 | J.R. Weir, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 141 |
| 05/01/25 | Mrs. W. A. Bou and by J.L. Davis, Attorney-in-Fact | Gulf Pipe Line Co. and Gulf Production Co | 126 | 568 |
| 05/01/25 | Cicero Jopling, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 552 |
| 05/01/25 | J. N. King | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 62 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co. and Gulf Production Co | 127 | 187 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co. and Gulf Production Co | 127 | 187 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co | 127 | 187 |

### Shelby County, Texas

| Date | Name | Grantee | Vol | Page |
|---|---|---|---|---|
| | | and Gulf Production Co | | |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 569 |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co and Gulf Production Co | 126 | 569 |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 569 |
| 05/01/25 | Robert Porter | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 61 |
| 05/01/25 | Walter Scates, et ux. | Gulf Pipe Line Co and Gulf Production Co | 127 | 63 |
| 05/01/25 | A.H. Womack, et ux | Gulf Pipe Line Co and Gulf Production Co | 126 | 566 |
| 05/02/25 | M.M. Bowlin, et ux | Gulf Pipe Line Co and Gulf Production Co. | 126 | 556 |
| 05/02/25 | H. Bryant, et al | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 562 |
| 05/02/25 | Harvey Crawford | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 364 |
| 05/02/25 | John Davis | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 551 |
| 05/02/25 | J.B. Foster by J.R. Foster, Gdn. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 60 |
| 05/02/25 | J R Foster, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 559 |
| 05/02/25 | Mrs. W.L. Foster | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 560 |
| 05/02/25 | P.L. Hooper, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 600 |
| 05/02/25 | J.R. Lewis | Gulf Pipe Line Co. and Gulf Production Co | 126 | 555 |
| 05/02/25 | Luke Motley | Gulf Pipe Line Co. and Gulf Production Co | 126 | 554 |
| 05/02/25 | A.N. Neal, et ux. | Gulf Pipe Line Co | 126 | 559 |

PURCHASE AND SALE AGREEMENT.          Page 24

## Shelby County, Texas

|          |                                                                    |                                                     |     |     |
|----------|--------------------------------------------------------------------|-----------------------------------------------------|-----|-----|
|          |                                                                    | and Gulf Production Co.                              |     |     |
| 05/02/25 | Mrs. O.M. Ramsey                                                    | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 583 |
| 05/04/25 | C.H. Horton, et ux.                                                 | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 532 |
| 05/04/25 | J.D. Majors, et ux.                                                 | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 550 |
| 05/04/25 | H.M. Mitchell, et ux.                                               | Gulf Pipe Line Co and Gulf Production Co            | 126 | 548 |
| 05/04/25 | Dewey Parrish, et ux.                                               | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 537 |
| 05/04/25 | Allen Samford, et ux.                                               | Gulf Pipe Line Co and Gulf Production Co            | 126 | 539 |
| 05/04/25 | Elbert B. Samford by E B Samford, Agent and Attorney-In-Fact       | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 536 |
| 05/04/25 | J. B. Samford by E.B. Samford, Agent and Attorney-In-Fact          | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 535 |
| 05/04/25 | W.A Samford, et ux                                                  | Gulf Pipe Line Co and Gulf Production Co.           | 126 | 541 |
| 05/04/25 | W J. Shadowens, et ux.                                              | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 547 |
| 05/04/25 | R. Sholar, et ux                                                    | Gulf Pipe Line Co. and Gulf Production Co.          | 126 | 542 |
| 05/05/25 | Annie Broadus                                                       | Gulf Pipe Line Co. and Gulf Production Co.          | 127 | 138 |
| 05/05/25 | E.W. Cockrell                                                       | Gulf Pipe Line Co and Gulf Production Co.           | 127 | 142 |
| 05/05/25 | J.W. Sholar, et ux                                                  | Gulf Pipe Line Co. and Gulf Production Co           | 126 | 548 |
| 05/05/25 | Mrs. Bloom Wagstaff, et vir.                                        | Gulf Pipe Line Co. and Gulf Production Co           | 126 | 529 |
| 05/05/25 | W.J. Walker, et al                                                  | Gulf Pipe Line Co. and Gulf Production Co           | 126 | 533 |

## Shelby County, Texas

| Date | Name | Grantee | | |
|---|---|---|---|---|
| 05/05/25 | B.C. Wheat, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 530 |
| 05/05/25 | B.C. Wheat, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 530 |
| 05/07/25 | D.D. Bazer, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 58 |
| 05/16/25 | Ralph Jopling, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 602 |
| 05/26/25 | Alma Davis, et vr. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 139 |
| 05/26/25 | George B. Goff, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 189 |
| 05/27/25 | Mary White, et al | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 216 |
| 07/31/25 | Robert Spivey , | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 347 |
| 08/05/25 | Mrs. Viola Rushing by A.O. Whiddon, Agent & Attorney-In-Fact | Gulf Pipe Line Co. and Gulf Production Co. | | |
| 08/25/25 | W.F. Hollister, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 128 | 172 |
| 08/27/25 | Mrs. Viola Rushing A.O. Whiddon, Agent & Attorney-In-Fact | Gulf Pipe Line Co. and Gulf Production Co. | | |
| 08/31/25 | C.H. Horton, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 128 | 190 |
| 09/08/25 | Arthur Bussey, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 503 |
| 09/23/25 | Mrs. M. Lochabay | Gulf Pipe Line Co. and Gulf Production Co. | 128 | 254 |
| 06/12/26 | C.C. Hayden | Gulf Pipe Line Co. and Gulf Production Co. | 131 | 137 |
| 07/17/42 | Texas Highway Dept. | Texas Eastern Transmission Corp. | | |
| 07/17/42 | Texas Highway Dept | Texas Eastern Transmission Corp | | |
| 05/04/48 | L.B. Dean | Gulf Refining Co | 276 | 615 |

Rusk County, Texas

| Date | Grantor | Grantee | Book | Page |
|---|---|---|---|---|
| 07/08/54 | Ruby L. Dumas, et vir. | Texas Eastern Transmission Corp | 530 | 153 |
| 08/23/54 | Commissioners Court, Panola Co. Texas | Texas Eastern Transmission Corp | | |
| 06/27/10 | J.A. Anderson, et ux. | Gulf Pipe Line Co | 67 | 150 |
| 06/27/10 | M.J. Barton, et ux. | Gulf Pipe Line Co | 67 | 138 |
| 06/27/10 | T.S. Barton, et ux | Gulf Pipe Line Co. | 67 | 1400 |
| 06/27/10 | R.F. Garrison, et ux. | Gulf Pipe Line Co | 67 | 144 |
| 06/27/10 | F.L. Hudgins, et ux. | Gulf Pipe Line Co | 67 | 135 |
| 06/27/10 | J.R. Latimer, et ux | Gulf Pipe Line Co | 67 | 142 |
| 06/27/10 | S.M. Moore, et ux. | Gulf Pipe Line Co | 67 | 134 |
| 07/06/10 | M.L. Moore, et al. | Gulf Pipe Line Co. | 67 | 130 |
| 07/21/10 | W.Y. Garrison | Gulf Pipe Line Co. | 67 | 146 |
| 07/29/10 | S.M. Moore, Agent for Nannie Fountain, et al | Gulf Pipe Line Co | 67 | 132 |
| 07/29/10 | The Brown Brick & Tile Co. | Gulf Pipe Line Co | 67 | 183 |
| 08/02/10 | J.R. Latimer | Gulf Pipe Line Co | 67 | 152 |
| 08/20/10 | R.F. Garrison | Gulf Pipe Line Co | 67 | 182 |
| 11/16/10 | E.A. Blount | Gulf Pipe Line Co | 1676 | 741 |
| 12/07/10 | E.A. Blount | Gulf Pipe Line Co | 1677 | 111 |
| 05/01/14 | Mrs. M.L. Moore | Gulf Pipe Line Co | 83 | 193 |
| 07/03/23 | Marion C. Skelton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 612 |
| 07/03/24 | Nora Anderson | Gulf Pipe Line Co & Gulf Production Co | 123 | 627 |
| 07/03/24 | M.J. Barton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 629 |
| 07/03/24 | T.S. Barton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 614 |
| 07/03/24 | R.F. Garrison, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 618 |
| 07/03/24 | J.R. Latimer, et ux | Gulf Pipe Line Co & Gulf Production Co | 123 | 617 |
| 07/03/24 | G.W. Young | Gulf Pipe Line Co & Gulf Production Co. | 123 | 611 |
| 07/05/24 | George Harris, et ux. | Gulf Pipe Line Co & Gulf Production Co. | 123 | 609 |
| 07/08/24 | Earnest Weaver, et al. | Gulf Pipe Line Co & Gulf Production Co | 123 | 615 |
| 07/09/24 | Jack Garrison, et ux | Gulf Pipe Line Co & Gulf Production Co | 123 | 634 |
| 10/28/42 | S.M. Adams | Gulf Refining Co. & Gulf Oil Co | 360 | 190 |

\

## Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Oil Corp. | | |
| 05/04/48 | C.H. Horton, et ux. | Gulf Refining Co. and Gulf Oil Corp. | 276 | 616 |
| 05/04/48 | R.W. Todd | Gulf Refining Co. and Gulf Oil Corp. | 276 | 617 |
| 05/06/48 | J.R. Anderson | Gulf Refining Co. and Gulf Oil Corp. | 277 | 329 |
| 11/09/51 | Earl Hanson, et al. | Gulf Refining Co | 306 | 192 |
| 06/10/52 | M.E. Bowlin, et ux. | Gulf Refining Co and Gulf Oil Corp | 311 | 255 |
| 08/10/52 | H.Q. Hoard, et ux. | Gulf Refining Co. and Gulf Oil Corp. | 311 | 256 |
| 03/23/54 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. | | |
| 04/20/55 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. | | |
| 04/20/55 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. | | |
| 11/02/59 | Gulf Refining Co. | Texas Eastern Transmission Corp. | 381 | 347 |
| 12/18/59 | Gulf, Colorado& Sante Fe R.R. Co. and Gulf Refining Co. | Texas Eastern Transmission Corp | | |
| 09/29/71 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. | | |

PURCHASE AND SALE AGREEMENT.          Page 28

Nacogdoches County, Texas

| Date | Grantor | Grantee | Book | Page |
|------|---------|---------|------|------|
| 06/27/10 | Tom Crawford, et al. | Gulf Pipeline Co. | 72 | 647 |
| 06/27/10 | J.W. Hartt et al. | Gulf Pipeline Co. | 74 | 16 |
| 06/27/10 | T.J. Melton, et al. | Gulf Pipeline Co. | 75 | 77 |
| 06/27/10 | J.A. Slay , | Gulf Pipeline Co. | 72 | 644 |
| 06/28/10 | G.W. Faulkner, et ux. | Gulf Pipeline Co. | 74 | 21 |
| 06/28/10 | A.J. Fears, et ux. | Gulf Pipeline Co | 72 | 642 |
| 06/28/10 | Mrs. M I. Strode | Gulf Pipeline Co. | 74 | 189 |
| 06/28/10 | Dora Tims, et al. | Gulf Pipeline Co. | 74 | 192 |
| 06/29/10 | S.W. Hunt, et ux | Gulf Pipeline Co. | 75 | 75 |
| 06/29/10 | F.W. Parrott | Gulf Pipeline Co. | 72 | 631 |
| 06/29/10 | Arthur Peterson, et al | Gulf Pipeline Co | 75 | 73 |
| 06/29/10 | J.L. William, et ux. | Gulf Pipeline Co. | 75 | 68 |
| 06/30/10 | J.W Boyd, et ux | Gulf Pipeline Co. | 74 | 22 |
| 06/30/10 | R.H. Burns, et ux. | Gulf Pipeline Co. | 74 | 63 |
| 06/30/10 | T J Peterson | Gulf Pipeline Co. | 75 | 66 |
| 06/30/10 | John M Richards, et ux | Gulf Pipeline Co. | 74 | 39 |
| 07/01/10 | W.G. Hartt, et ux | Gulf Pipeline Co. | 74 | 8 |
| 07/04/10 | Angelina County Lumber Co. | Gulf Pipeline Co. | 72 | 634 |
| 07/04/19 | S.C. Parrott, et al | Gulf Pipeline Co. | 74 | 107 |
| 07/05/10 | Joe Manchaca, et ux | Gulf Pipeline Co. | 74 | 24 |
| 07/05/10 | S Michelli | Gulf Pipeline Co. | 74 | 31 |
| 07/05/10 | T Supulvado, et ux | Gulf Pipeline Co. | 74 | 31 |
| 07/06/10 | M Peterson, et ux | Gulf Pipeline Co | 74 | 17 |
| 07/08/10 | Tom Hinjosa, et ux. | Gulf Pipeline Co. | 74 | 4 |
| 07/08/10 | F.M. Richards, et ux. | Gulf Pipeline Co. | 74 | 23 |
| 07/09/10 | Chas Hoya, et al. | Gulf Pipeline Co. | 72 | 637 |
| 07/14/10 | Alice Fears | Gulf Pipeline Co. | 72 | 633 |
| 07/18/10 | Eleseo Cordova, et ux. | Gulf Pipeline Co. | 74 | 29 |
| 07/18/10 | J.H. Summers | Gulf Pipeline Co. | 74 | 2 |
| 07/19/10 | Josh Henson | Gulf Pipeline Co. | 74 | 10 |
| 07/19/10 | V.E. Rathbone | Gulf Pipeline Co. | 74 | 38 |
| 07/20/10 | A.M. Evans, et ux. | Gulf Pipeline Co. | 74 | 13 |
| | | | | |
| 07/20/10 | Dixon Greer | Gulf Pipeline Co | 72 | 630 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/20/10 | Elma Greer | Gulf Pipeline Co | 72 | 629 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/20/10 | Chas Hoya | Gulf Pipeline Co | 74 | 6 |

PURCHASE AND SALE AGREEMENT.          Page 29

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 07/20/10 | Mrs. Antonia Manchaca, et al | Gulf Pipeline Co. | 74 | 33 |
| 07/20/10 | Mrs. J.E. Patterson, et al. | Gulf Pipeline Co. | 90 | 429 |
| 07/20/10 | Moses Tims, et ux. | Gulf Pipeline Co | 74 | 27 |
| 07/20/10 | Eli Westfall, et al | Gulf Pipeline Co | 74 | 101 |
| 07/21/10 | Jessie Greer | Gulf Pipeline Co | 74 | 131 |
| 07/29/10 | C.S. Means, et ux. | Gulf Pipeline Co | 74 | 58 |
| As Amended By: | | | | |
| 04/23/89 | Cendant Mobility Services Corp. | Lancer Resources Company | 1331 | 24 |
| 07/30/10 | Gladys Simpson, et al | Gulf Pipeline Co. | 74 | 190 |
| 08/03/10 | Ida Barton, et vir. | Gulf Pipeline Co. | 75 | 68 |
| 08/08/10 | J.L. Williams | Gulf Pipeline Co. | 74 | 110 |
| 08/22/10 | Louis J. Wortham | Gulf Pipeline Co. | 74 | 62 |
| 08/23/10 | Eli Westfall, et al | Gulf Pipeline Co | 75 | 65 |
| 08/25/10 | Fred W. Halacher, et ux | Gulf Pipeline Co | 74 | 123 |
| 08/27/10 | Geo. S. McCarty, Ind. And as Gdn. | Gulf Pipeline Co. | 740 | 238 |
| 08/27/10 | Mrs. M.I. Strode, Ind. Et al. | Gulf Pipeline Co. | 74 | 102 |
| 09/01/10 | W.B. Melton, et ux. | Gulf Pipeline Co. | 74 | 507 |
| 09/01/10 | S.A. Smith, et ux. | Gulf Pipeline Co. | 75 | 30 |
| 09/30/10 | W.L. Moody | Gulf Pipeline Co | 74 | 143 |
| 11/10/10 | Thos. E. Baker, et al. | Gulf Pipeline Co | 74 | 188 |
| 11/12/10 | W.H. Davidson | Gulf Pipeline Co. | 75 | 77 |
| 11/16/10 | E.A. Blount | Gulf Pipeline Co | 1676 | 741 |
| 12/07/10 | E.A. Blount | Gulf Pipeline Co | 75 | 447 |
| 02/27/14 | S.C. Parrott, et al. | Gulf Pipeline Co | 82 | 422 |
| 02/28/14 | Mrs. Antonia Manchaca | Gulf Pipeline Co. | 85 | 55 |
| 03/02/14 | T.L. Blackshear | Gulf Pipeline Co | 82 | 382 |
| 03/02/14 | Mrs. F.W. Harlacher | Gulf Pipeline Co. | 85 | 53 |
| 03/02/14 | Josh Henson | Gulf Pipeline Co. | 82 | 407 |
| 03/02/14 | S.W. Hunt, et ux. | Gulf Pipeline Co. | 82 | 406 |
| 03/02/14 | Mrs. J.W. Strode | Gulf Pipeline Co. | 82 | 429 |
| 03/02/14 | R.C. White | Gulf Pipeline Co. | 82 | 435 |
| 03/03/14 | Angelina County Lumber Co. | Gulf Pipeline Co | 82 | 376 |
| 03/03/14 | E.A. Blount | Gulf Pipeline Co | 82 | 383 |
| 03/03/14 | G.A. Blount | Gulf Pipeline Co | 82 | 379 |
| 03/03/14 | G.A. Blount | Gulf Pipeline Co | 82 | 379 |
| 03/03/14 | Mrs. J.E. Patterson, et al | Gulf Pipeline Co | 82 | 424 |
| 03/03/14 | T. Supulvado, et ux. | Gulf Pipeline Co | 82 | 426 |
| 03/04/14 | W.G. Aartt | Gulf Pipeline Co | 82 | 410 |
| 03/05/14 | G.W. Faulkner, et ux | Gulf Pipeline Co | 85 | 52 |
| 03/05/14 | Alex Fears, et ux | Gulf Pipeline Co | 85 | 62 |

## Nacogdoches County, Texas

| Date | Grantor | Grantee | Vol | Page |
|---|---|---|---|---|
| 03/05/14 | W.H. Hollis, et ux | Gulf Pipeline Co. | 82 | 405 |
| 03/05/14 | Moses Tims, et ux | Gulf Pipeline Co. | 85 | 59 |
| 03/06/14 | R.L. Collins, et ux. | Gulf Pipeline Co. | 82 | 385 |
| 03/06/14 | Ed Tims, et ux | Gulf Pipeline Co. | 82 | 433 |
| 03/25/14 | Alice Fears | Gulf Pipeline Co. | 82 | 391 |
| 03/26/14 | Bunyan Greer | Gulf Pipeline Co. | 82 | 392 |
| 03/26/14 | Dixon Greer | Gulf Pipeline Co. | 82 | 395 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 03/26/14 | Miss Elma Greer | Gulf Pipeline Co. | 82 | 394 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp. | Lancer Resources Company | 1331 | 24 |
| 04/08/14 | Mrs. Jessie Greer | Gulf Pipeline Co. | 85 | 58 |
| 04/08/14 | Mrs. S.C. Parrott | Gulf Pipeline Co. | 85 | 58 |
| 04/08/14 | G.W. Tillory, Jr. | Gulf Pipeline Co. | 85 | 58 |
| 04/09/14 | Don Coasar BeBlazzeon | Gulf Pipeline Co. | 85 | 51 |
| 04/10/14 | J.W. Christian | Gulf Pipeline Co. | 82 | 366 |
| 05/09/14 | Tom Hinjosa, et ux | Gulf Pipeline Co. | 82 | 404 |
| 06/23/24 | C.W. Strode | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 601 |
| 06/23/24 | Mrs. M.I. Strode | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 600 |
| 06/30/24 | A.B. Crawford | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 626 |
| 06/30/24 | Tom Crawford, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 621 |
| 06/30/24 | Mart Melton | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 629 |
| 06/30/24 | Mrs. J.A. Slay | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 628 |
| 06/30/24 | Selener Smith, et vir | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 623 |
| 06/30/24 | E.D. Stubblefield, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 625 |
| 07/01/24 | D.F. Barton, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 14 |
| 07/01/24 | J.W. Boyd, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 17 |
| 07/01/24 | G.F. Garrison | Gulf Pipe Line Co. & Gulf Production Co. | 124 | 14 |
| 07/01/24 | J.W. Hartt, Ind. and as Attorney in fact | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 619 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 07/01/24 | J.M. McMillan | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 620 |
| 07/01/24 | T.J. Peterson | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 13 |
| 07/24/24 | W.O. Richards, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 15 |
| 07/01/24 | Wm. B. Worthham | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 10 |
| 07/02/24 | D.M. McDuffie | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 25 |
| 07/02/24 | W.B. Melton, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 8 |
| 07/03/24 | Max W. Hart | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 11 |
| 07/14/24 | Mrs. Annie Mullins, Ind. et al | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 37 |
| Replaced by | | | | |
| 01/19/01 | Acme Brick Company | Lancer Resources Company | 1575 | 80 |
| 07/16/24 | R.H. Burns, et al | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 81 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.E. Stripling | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 130 |

PURCHASE AND SALE AGREEMENT.          Page 32

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 04/28/25 | G.W. Tillery, Jr., | Gulf Pipe Line Co. & Gulf Production Co | 114 | 131 |
| 04/29/25 | Mrs. F.W. Halacher | Gulf Pipe Line Co. & Gulf Production Co | 114 | 135 |
| 04/30/25 | Itasca P. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 132 |
| 05/05/25 | J. Thos. Hall | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 188 |
| 05/07/25 | L.L. Martin, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 182 |
| 05/08/25 | R.A. Hall | Gulf Pipe Line Co. & Gulf Production Co | 114 | 191 |
| 05/08/25 | Mrs. A.L. Ramsey, et al | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 219 |
| 05/09/25 | Josh Henson | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 229 |
| 05/09/25 | G.L. Olds, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 206 |
| 05/11/25 | Robert Berger | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 177 |
| 05/11/25 | Anna Brewer, Ind. and as Gdn | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 179 |
| 05/11/25 | R.J. Christian, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 172 |
| 05/11/25 | Rho Cox | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 178 |
| 05/11/25 | Josh Henson | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 185 |
| 05/11/25 | J.M. Miller, et al | Gulf Pipe Line Co. & Gulf Production Co | 114 | 175 |
| 05/11/25 | Nacogdoches Ice Cream Co. | Gulf Pipe Line Co. & Gulf Production Co | 114 | 171 |
| 05/11/25 | R. Partin, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 184 |
| 05/11/25 | Marion Earl Reid, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 166 |
| 05/11/25 | Edwin Tillery | Gulf Pipe Line Co. & Gulf Production Co | 114 | 169 |
| 05/12/25 | A. Bockman, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 181 |
| 05/12/25 | A.T. Garrard et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 193 |

Nacogdoches County, Texas

| 05/12/25 | Mrs. W V Loveless | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 195 |
|---|---|---|---|---|
| 05/12/25 | L B Mast, et al | Gulf Pipe Line Co. & Gulf Production Co | 114 | 237 |
| As Amended by | | | | |
| 05/29/2002 | AT Mast III John C Mast, Patricia Mast George, & HGT Group, LP | Lancer Resources Company | 1747 | 97 |
| 05/12/25 | J T Smith, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 221 |
| 05/12/25 | I.L. Sturdevant | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 174 |
| 05/13/25 | Mrs. Julia Curl | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 218 |
| 05/13/25 | Geo. T McNess | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 192 |
| 05/13/25 | J.W. Millard | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 215 |
| 05/14/25 | R. Partin, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 209 |
| 05/14/25 | Bill Thorn, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 232 |
| 05/14/25 | Jim W. Weatherly, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 227 |
| 05/15/25 | Itasca P Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 216 |
| 05/15/25 | G. W Falkner, | Gulf Pipe Line Co. & Gulf Production Co | 114 | 231 |
| 05/15/25 | Bob T Millard, et al | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 149 |
| 05/15/25 | Bob T. Millard, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 225 |
| 05/15/25 | L.S. Taylor et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 474 |
| As Amended By: | | | | |
| 07/01/99 | Nacogdoches Trade Days, L.C. | Lancer Resources Company | 1371 | 169 |
| 05/19/25 | Mrs. Jessie Greer | Gulf Pipe Line Co. & Gulf Production Co | 114 | 235 |
| 05/21/25 | J.R. Gray, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 234 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 05/29/25 | Ollie Falkner, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 259 |
| 05/29/25 | Alex Fears, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 261 |
| 07/31/25 | Mrs. Elma Armfield | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 326 |
| As Amended By. | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/31/25 | T.L. Blackshear | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 335 |
| 07/31/25 | Dixon Greer | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 328 |
| As Amended By; | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/01/25 | E. S. Greer, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 329 |
| 07/31/25 | R.C. White | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 333 |
| 08/01/25 | W.C. Howard | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 330 |
| 08/01/25 | C.H. Muckelroy, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 336 |
| 08/01/25 | Mrs. J.W. Strode | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 339 |
| 08/01/25 | J.F. Wagner, et ux. | Gulf Pipe Line Co. & Gulf Production Co | 114 | 332 |
| 08/06/25 | C.H. Loeckle | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 341 |
| 08/21/25 | James D. Greer | Gulf Pipe Line Co. & Gulf Production Co | 114 | 371 |
| 08/21/25 | J.D. Skeeters | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 369 |
| 02/23/26 | George W. Tillery, Jr., Gdn., et al. | Gulf Pipe Line Co. & Gulf Production Co. | | |
| 11/22/26 | J.E. Garrett | Gulf Pipe Line Co. & Gulf Production Co | 117 | 241 |
| 05/09/28 | Mrs. A.L. Ramsey, Gdn., et al. | Gulf Pipe Line Co | 122 | 213 |
| 07/02/28 | J.H. Summers, Jr. | Gulf Pipe Line Co. & Gulf Production Co | 122 | 234 |
| 09/10/29 | J.H. Franklin, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 126 | 52 |

PURCHASE AND SALE AGREEMENT.  Page 35

Nacogdoches County, Texas

| 11/27/34 | Rosa Prince, et al | Gulf Pipe Line Co. & Gulf Production Co | 138 | 306 |
|---|---|---|---|---|
| 06/03/42 | Ollie Falkner, et ux. | Gulf Pipe Line Co. & Gulf Production Co | 157 | 527 |
| 06/03/42 | Dock Sexton, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 529 |
| 06/04/42 | Thos E. Baker | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 530 |
| 06/04/42 | W. W Falkner, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 520 |
| 06/04/42 | W F. Greer, et al | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 517 |
| 06/04/42 | L. B. Mast, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 519 |
| 07/18/42 | State Hwy. Dept. | Gulf Refining Co | | |
| 07/18/42 | State Hwy. Dept. | Gulf Refining Co | | |
| 10/28/42 | J. R. Gray, et al. | Gulf Pipe Line Co. & Gulf Production Co | 160 | 323 |
| 05/24/49 | State Hwy. Dept | Gulf Refining Co | | |
| 10/08/49 | State Hwy. Dept. | Gulf Refining Co. | | |
| 12/04/51 | Thomas E. Laird, et ux. | Gulf Refining Co. | 223 | 369 |
| 10/19/54 | Texas Hwy. Dept. | Gulf Refining Co. | | |
| 09/03/59 | J.W. Sutton, et al. | Texas Eastern Transmission Corp. | 285 | 32 |
| 11/02/59 | Gulf Refining Company | Texas Eastern Transmission Corp | 285 | 581 |
| 11/02/59 | Gulf Refining Company | Texas Eastern Transmission Corp. | 285 | 581 |
| 03/02/60 | Gulf Refining Co. and Texas & New Orleans RR Co. | Texas Eastern Transmission Corp | | N/R |
| 03/02/60 | Gulf Refining Co. and Texas & New Orleans RR Co. | Texas Eastern Transmission Corp | | N/R |
| 12/18/64 | Texas Hwy. Dept | Texas Eastern Transmission Corp | | |
| 01/17/69 | Texas Eastern Transmission | E W. Roark | 353 | 741 |
| 12/12/73 | Moore Business Forms, Inc. | Texas Eastern Transmission Corp. | 387 | 349 |
| 01/13/76 | Bethel Baptist Church | Texas Eastern Transmission Corp | 404 | 254 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 05/29/81 | Lenvel Standland, et al. | Texas Eastern Transmission Corp | 465 | 124 |
| 02/16/83 | Big Red Enterprises, Inc. | Texas Eastern Transmission Corp. | 485 | 211 |
| 02/21/83 | Glenn Layton | Texas Eastern Transmission Corp. | 485 | 205 |
| 03/03/83 | East Texas Portable Building Co. | Texas Eastern Transmission Corp | 485 | 200 |

## Angelina County, Texas

| Date | Grantor | Grantee | Book | Page |
|---|---|---|---|---|
| 07/02/10 | W.H. Bonner | Gulf Pipe Line Co | 40 | 543 |
| 07/02/10 | W.F. Heaton | Gulf Pipe Line Co | 30 | 421 |
| 07/02/10 | M.A. Modissett, et al. | Gulf Pipe Line Co. | 30 | 100 |
| 07/04/10 | Andy Modissett | Gulf Pipe Line Co | 30 | 43 |
| 07/06/10 | J.L. Calvert | Gulf Pipe Line Co. | 30 | 44 |
| 02/27/14 | W.E. Massingill | Gulf Pipe Line Co | 35 | 677 |
| 02/27/14 | J.C. Modissett, et ux. | Gulf Pipe Line Co | 35 | 678 |
| 02/27/14 | M.A. Modissett, et. al. | Gulf Pipe Line Co | 35 | 679 |
| 03/04/14 | J.W. Spears | Gulf Pipe Line Co | 35 | 680 |
| 03/27/14 | W.F. Heaton, et ux. | Gulf Pipe Line Co | 35 | 681 |
| 04/25/25 | E.C. Heaton, et al. | Gulf Pipe Line Co. & Gulf Production Co | 63 | 157 |
| 04/25/25 | Mrs. W.E. Massingill | Gulf Pipe Line Co. & Gulf Production Co | 63 | 160 |
| 04/25/25 | Mrs. Martha A Modisett | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 159 |
| 04/25/25 | J.W Spears | Gulf Pipe Line Co. & Gulf Production Co | 63 | 158 |
| 04/29/25 | J.C. Modisett, et ux. | Gulf Pipe Line Co. & Gulf Production Co | 63 | 175 |
| 08/02/42 | J.C. Modisett, et ux. | Gulf Refining Co. & Gulf Oil Corp. | 101 | 204 |
| 08/29/50 | Texas Hwy. Dept | Gulf Refining Co | | |
| 12/02/59 | Gulf Refining Co. | Texas Eastern Transmission Corp. | 236 | 564 |

**EXHIBIT 'A-1'**
**TO PURCHASE AND SALE AGREEMENT**
**BETWEEN BLACK DUCK PROPERTIES, LLC**
**AND TCRG EAST TEXAS PIPELINE 1, LLC**



**EXHIBIT 'B'**

TO PURCHASE AND SALE AGREEMENT
BETWEEN BLACK DUCK PROPERTIES, LLC
AND ONE INDUSTRIES EAST TEXAS PIPELINE 1, LLC

*Limited Assignment of Net Revenue Interest in Water Pipeline*
LIMITED ASSIGNMENT OF INTEREST IN WATER PIPELINE

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF _____ | § | |

ASSIGNOR      TCRG East Texas Pipeline 1, LLC
              a Texas limited liability company
              By its General Partner, One Industry, Inc.
              5201 Camp Bowie Blvd, Ste. 200
              Fort Worth, TX 76107

ASSIGNEE      Black Duck Properties, LLC
              Attn. Larry M. Wright
              410 Spyglass Road
              McQueeney, Texas 78123

TCRG East Texas Pipeline 1, LLC, a Texas limited liability company ("Assignor"), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), the receipt and sufficiency of which is acknowledged by the Assignor, and subject to the terms and provisions herein after set forth has BARGAINED, SOLD, ASSIGNED, and CONVEYED and by these presents does BARGAIN, SELL, ASSIGN, and CONVEY to Black Duck Properties, LLC ("Assignee"), whose address is 410 Spyglass Road, McQueeney, Texas, 78123, an undivided sixteen percent (16%) Interest in and to: (1) the Northern Water Project free of the costs of acquiring the rights of way; constructing a water pipeline there-under; and equipping same for the gathering, treating, transporting, delivering and disposing of water, and free of all monthly operating costs required for the treating, transporting, delivering and disposing of water; and (2) 16% of 8/8 of the Net Revenue received and realized by the Northern Water Project for gathering, treating, transporting, delivering and disposing of water for third parties through the Northern Water Project. The Northern Water Project is defined as the pipeline to be constructed along the Express Gas pipeline right-of-ways as depicted on the plat attached hereto as "Exhibit A" as an addendum and incorporated herein as if fully copied and set forth herein at length, (the "ROWs"). This Limited Assignment of Interest in Water Pipeline is intended to convey an interest in produced water, clean water and skim oil. In no event shall this instrument be construed or otherwise interpreted to assign any interest in oil other than skim oil, gas and other minerals that may be transferred through any pipeline or ROW that is the subject of this instrument.

The phrases "Net Revenue" or "Net Revenue Interest" as used herein is hereby defined as the gross income received by Northern Water Project for gathering, treating, transporting, delivering and disposing of water; less and except all costs and expenses attributable to gathering, treating, transporting, delivering and disposing of water; and less all Federal and State taxes and other monthly operating costs. Net Revenues shall be calculated separately each month for water operations and the sixteen percent (16%) Net Revenue shall be payable monthly to Assignee. Assignee shall never be required to pay any of the costs set forth herein. In the event Assignor shall sell, convey, transfer and/or assign all or any part of its interest in the Northern Water Project, such sale, conveyance, transfer and/or assignment shall remain subject to this instrument, and any such interest so sold, conveyed, transferred and/or assigned is and shall remain burdened by the terms and provisions hereof.

TO HAVE AND TO HOLD Assignee's right to a sixteen percent (16%) interest in the Northern Water project and a sixteen percent (16%) of 8/8 of the Net Revenue there from, together with all and singular the rights and appurtenances belonging in any way to Assignee's right to a sixteen percent (16%) interest in the Northern Water Project and a sixteen percent (16%) of 8/8 of the Net Revenue there from, subject to the terms and provisions stated above, to Assignee, its successors, and assigns forever, and Assignor binds itself, and its personal representatives, successors and assigns to warrant and forever defend all and singular Assignee's sixteen-percent (16%) interest in the Northern Water project and a sixteen percent (16%) of 8/8 of the Net Revenue there from to Assignee and its successors, and assigns against every person and/or entity lawfully claiming or to claim all or any part of Assignee's right to sixteen-percent (16%) interest in the Northern Water project and a sixteen percent (16%) of 8/8 of the Net Revenue there from by, through and/or under Assignor but not otherwise, subject to the provisions stated above.

EFFECTIVE March _____ 2018.

**ASSIGNOR:**

TCRG East Texas Pipeline 1, LLC, a Texas limited liability company

BY: _____

Robert L. Patton, Jr, Its Manager

**ASSIGNEE:**

Black Duck Properties, LLC, a Texas Limited Liability Company

BY_____

Larry M. Wright, Member/Manager

STATE OF TEXAS              }
COUNTY OF TARRANT          }

BEFORE ME, on this day personally appeared Robert L Patton, Jr., known to me to be the person whose name is subscribed to the foregoing instrument as Manager of and on behalf of TCRG East Texas Pipeline 1, LLC, a Texas limited liability company, and acknowledged to me that he executed the same for purposes and considerations and in the capacity as therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this March 22, 2018

CHERYL L COUCH
NOTARY PUBLIC
ID# 125016597
State of Texas
Comm. Exp. 04-28-2022

Notary Public in and for the State of Texas
Commission Expires: 04/28/22

STATE OF TEXAS              }
COUNTY OF _____        }

BEFORE ME, on this day personally appeared Larry M. Wright known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for purposes and considerations and in the capacity as therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this March _____ 2018.

_____
Notary Public in and for the State of Texas
Commission Expires:_____

"EXHIBIT A"



**EXHIBIT 'C'**
**TO PURCHASE AND SALE AGREEMENT**
**BETWEEN BLACK DUCK PROPERTIES, LLC**
**AND TCRG EAST TEXAS PIPELINE 1, LLC**

**[INSERT LEGAL DESCRIPTION OF THE LAND]**

**DEED, CONVEYANCE, ASSIGNMENT AND BILL OF SALE**

BLACK DUCK PROPERTIES, LLC, a Texas limited liability company, doing business at 410 Spyglass Road, McQueney, Texas 78123, ('Assignor'), for the payment of Ten and no/100 Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged and subject to the terms and conditions hereof, hereby grants, sells, assigns, and conveys to TCRG East Texas Pipeline 1, LLC, a Texas limited liability company ('Assignee'), 5201 Camp Bowie Blvd., Suite 200, Fort Worth, Texas 76107 all of Assignor's right, title and interest (including, without limitation, overriding royalties and royalties) in and to the following described pipeline system and related facilities (the P-21 Pipeline), rights of way, easements and permits, leases and other rights and properties described herein situated in the State of Texas that Black Duck Properties acquired by Deed, Convey and Assignment from The Express Pipeline Connection, LLC recorded at Vogue 3522, Page 466 of the Real Property Records of Nacogdoches, Texas in the Real Property Records of Shelby County, Texas, that The Express Pipeline Connection, LLC acquired by Deed, Conveyance and Assignment from TE Products Pipeline Company, LP,(TEPCO) to Lancers Resources Company recorded at Volume 742, page 72 of the Real Property Records of Shelby County, Texas at Volume 824, page 29 of the Real Property Records of Nacogdoches County, Texas; and at Volume 889, Page 40 of the Official Public Records of Angelina County, Texas and by Correction Deed, Conveyance and Assignment from Lancer Resources , LP, to The Express Gas Pipeline , LP, recorded as Document Number 2009-00252651 of the Official Public Records of Angelina County, Texas; recorded as Document Number 133189 in Volume 3001, Page 80 of the Real Property Records of Nacogdoches County, Texas; at Volume 2911, Page 596 of the Real Property Records of Rusk County, Texas, and as Document Number 20090000958 the Real Property Records of Shelby County, Texas; (collectedly referred to herein as the "Express Pipeline"). as identified on Exhibit "A" forming fifty-three (53) right of way tracts of land through sixty-five (65) (+- five (5) miles) contiguous miles of rights of way as identified on Exhibit "A-1" (the "ROWs") comprised of easements that are valid and in full force and effect to permit the construction of a substitute pipeline for the transportation of water  across any portion of the ROWs together with all improvements and fixtures thereon, if any, and all easements, rights-of-way, licenses, interests, rights, and appurtenances to the extent appertaining, if any.

I.
**RIGHTS-OF-WAY, EASEMENTS AND PERMITS**

All rights-of-way, easements, permits, privileges, grants and consents of Express for the construction, laying, maintenance, operation and removal of pipeline facilities in the State of Texas as set forth on Exhibits "A" and "A-1" attached hereto and by this reference made a part hereof.

## II.

TO HAVE AND TO HOLD all of the above-described premises, rights and properties, together with all and singular the rights, privileges, hereditaments and appurtenances belonging to or in any way appertaining to any or all of the premises, rights or properties hereinabove described and conveyed, unto TCRG East Texas Pipeline, LLC, its successors and assigns forever; and Black Duck Properties, LLC does hereby bind itself and its successors to warrant specially and forever defend the same unto said TCRG East Texas Pipeline, LLC, its successors and assigns, against every person whomsoever claiming or to claim the same, or any part thereof, by, through or under the Black Duck Properties, LLC, but not otherwise. This Deed, Conveyance and Assignment and all conveyances and transfers hereunder shall be subject to all liens, mortgages, taxes (except ad valorem taxes) restrictions, leases (both surface use; and oil, gas and mineral leases), easements, rights-of-way, licenses, exceptions, reservations, outstanding interest and other conditions of title or encumbrances of whatever nature, to the extent such matters are pf record in Angelina, Nacogdoches, Rusk and Shelby Counties, in Texas and to all matters that are a current survey or visual inspection would reflect.

## III.

Black Duck Properties, LLC is hereby sold, transferred, assigned, conveyed and delivered to TCRG East Texas Pipeline, LLC without recourse (even as to the return of the purchase price), and without covenant or warranty of any kind, express, implied, or statutory except as otherwise provided in said Purchase Agreement. WITHOUT LIMITATION OF THE GENERALITY OF THE IMMEDIATELY PRECEEDING SENTENCE AND IN ADDITION TO ANY DISCLAIMERS SET FORTH IN THE PURCHASE AND SALE AGREEMENT, THE EXPRESS GAS PIPELINE, LP HEREBY (i) EXPRESSLY DISCLAIMS AND NEGATES ANY REPRESENTATION OF ANY WARRANTY, EXPRESS, IMPLIED AT COMMON LAW, BY STATUTE OR OTHERWISE, RELATING TO (A) THE CONDITION, PURPOSE, DESIGN, QUALITY, PERFORMANCE, EXISTENCE, CLASS, CERTIFICATE, MAINTENANCE, SPECIFICATION, ABSENCE OF LATENT DEFECTS, OR ANY OTHER MATTER WHATSOEVER OF THE SUBJECT ASSETS (INCLUDING, WITHOUT LIMITATION, ANY IMPLIED OR EXPRESS WARRANTY OF MERCHANTABILITY, OR OF FITNESS FOR A PARTICULAR PURPOSE) OR (B) ANY INFRINGEMENT BY THE EXPRESS GAS PIPELINE, LP OR ANY OF ITS AFFILIATES ON ANY PATENT OR PROPERTY RIGHT OF ANY THIRD PARTY; AND (ii) NEGATES ANY RIGHTS OF BLACK DUCK PROPERTIES, LLC UNDER STATUTES OR AT COMMON LAW TO CLAIM DIMINUTION OF CONSIDERATION AND ANY CLAIMS BY TCRG EAST TEXAS PIPELINE, LLC FOR DAMAGES BECAUSE OF REDHIBITORY VICES OR DEFECTS, WHETHER KNOWN OR UNKNOWN, IT BEING THE INTENTION OF TCRG EAST TEXAS PIPELINE, LLC AND Black Duck Properties, LLC THAT THE SUBJECT ASSETS ARE TO BE CONVEYED IN THEIR PRESENT CONDITION AND STATE OF REPAIR OR DISREPAIR.

[The Remainder of this Page Intentionally Left Blank]

IV.

IN WITNESS WHEREOF, this Deed, Conveyance and Assignment is being executed in counterparts, all of which are identical, on the dates shown below, but effective as of 7:00 a.m of the __day of _____, 2018. Each of such counterparts shall for all purposes be deemed to be an original, provided all of such counterparts shall together constitute but one of the same instrument.

EXECUTED to be effective for all purposes as of the Effective Time.

**ASSIGNOR:**

Black Duck Properties, LLC, a Texas limited liability company

By:_____
   Larry Wright,
      Its Sole Manager

**ASSIGNEE:**

TCRG East Texas Pipeline 1, LLC, a Texas limited liability company

By:_____
   Robert L. Patton, Jr.,
      Its Sole Manager

[The Remainder of this Page Intentionally Left Blank]

## ACKNOWLEDGEMENT

STATE OF TEXAS      )
                                        ) ss.
COUNTY OF _____ )

Be it known, that on this _____ day of _____, 2018, before me, the undersigned authority, personally came and appeared Larry Wright to me personally known and known by me to be the person whose genuine signature is affixed to the foregoing document, who signed said document before me and who acknowledged, in my presence, that he signed the above foregoing document as his own free act and deed and for the uses and purposes therein set forth and apparent.

In witness whereof, the said appeared has signed these presents and I have hereunto affixed my hand and seal on the day and date first above written.

Notary Public in and for the State of Texas
My Commission Expires:      _____
(Seal)

## ACKNOWLEDGEMENT

STATE OF TEXAS      )
                                        ) ss.
COUNTY OF _____ )

Be it known, that on this _____ day of _____, 2018, before me, the undersigned authority, personally came and appeared Robert L. Patton, Jr. to me personally known and known by me to be the person whose genuine signature is affixed to the foregoing document, who signed said document before me and who acknowledged, in my presence, that he signed the above foregoing document as his own free act and deed and for the uses and purposes therein set forth and apparent.

In witness whereof, the said appeared has signed these presents and I have hereunto affixed my hand and seal on the day and date first above written.

Notary Public in and for the State of Texas
My Commission Expires:      _____
(Seal)

[The Remainder of this Page Intentionally Left Blank]

PLEASE RETURN RECORDED INSTRUMENT TO:

TCRG East Texas Pipeline 1, LLC,
Attn: General Counsel
5201 Camp Bowie Blvd., Suite 200
Fort Worth, Texas 76107
Telephone: 817-626-9898
Telecopier: 817-624-1374

## EXHIBIT 'A'
## TO DEED, CONVEYANCE, ASSIGNMENT AND BILL OF SALE

Shelby County, Texas

| 02/05/14 | B.A. Roper | Gulf Pipe Line Co. | 79 | 561 |
|---|---|---|---|---|
| 02/07/14 | F.M. Bridwell, et al | Gulf Pipe Line Co. | 79 | 550 |
| 02/09/14 | Rev. Mack Jones, et al. | Gulf Pipe Line Co. | 79 | 603 |
| 02/10/14 | G.W. Crenshaw, et ux | Gulf Pipe Line Co. | 79 | 567 |
| 02/10/07 | J.H. Cruger, et ux. | Gulf Pipe Line Co. | 79 | 600 |
| 02/10/14 | F.D. Haden, et ux. | Gulf Pipe Line Co. | 81 | 6 |
| 02/10/14 | Henry Sears, et ux. | Gulf Pipe Line Co. | 79 | 569 |
| 02/11/14 | W.A. Cooper, et ux. | Gulf Pipe Lino Co. | 79 | 557 |
| 02/11/14 | W.R. Harris, et ux. | Gulf Pipe Line Co | 79 | 553 |
| 02/11/14 | J.M. Whiteside | Gulf Pipe Line Co | 79 | 543 |
| 02/11/14 | C.O. Worsham, et ux. | Gulf Pipe Line Co | 79 | 554 |
| 02/11/14 | W.T. Worsham, et ux | Gulf Pipe Line Co. | 79 | 556 |
| 02/12/14 | W.F. Andrews | Gulf Pipe Line Co. | 79 | 562 |
| 02/12/14 | S.W. Wallace | Gulf Pipe Line Co. | 81 | 5 |
| 02/13/14 | E.H. Andrews, et ux. | Gulf Pipe Line Co. | 79 | 560 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pibo Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr. et al. | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr. et al. | Gulf Pipe Lino Co | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr. et al. | Gulf Pipe Line Co | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipe Line Co | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipe Lino Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipa Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipe Line Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al. | Gulf Pipa Lino Co. | 79 | 610 |
| 02/13/14 | Phil Bussy, Jr., et al | Gulf Pipe Line Co | 79 | 610 |
| 02/13/14 | W.M. Byrn | Gulf Pipe Line Co. | 79 | 602 |
| 02/14/14 | F.O. Johnson | Gulf Pipe Line Co. | 79 | 580 |
| 02/14/14 | Allen Porter, Agent for Robert Porter | Gulf Pipe Line Co. | 79 | 604 |
| 02/16/14 | J.F. Beasley, et ux. | Gulf Pipe Lino Co. | 81 | 11 |
| 02/16/14 | M.M. Carroll, Jr. | Gulf Pipe Line Co. | 79 | 581 |
| 02/16/14 | W.I. Deffenbaugh | Gulf Pipe Line Co. | 79 | 606 |
| 02/16/14 | G.W. Hanson, et ux. | Gulf Pipe Line Co. | 79 | 583 |
| 02/17/14 | E.A. Booth | Gulf Pipe Line Co. | 79 | 603 |
| 02/17/14 | Zoch Brinson | Gulf Pipe Line Co | 79 | 558 |
| 02/17/14 | J.B. Broadus, et ux | Gulf Pipe Line Co | 79 | 547 |
| 02/17/14 | J.R. Foster, et ux | Gulf Pipe Line Co | 79 | 612 |
| 02/17/14 | J.R. Foster, et ux. | Gulf Pipe Lino Co. | 79 | 612 |
| 02/17/14 | J.L. Gilbert, et ux. | Gulf Pipe Line Co | 81 | 23 |
| 02/18/14 | W.L. Barron, et ux. | Gulf Pipe Line Co. | 81 | 547 |
| 02/18/14 | J.T. Caldwell, et ux. | Gulf Pipe Line Co. | 79 | 546 |
| 02/16/14 | C.H. Freeman, et ux. | Gulf Pipe Line Co. | 79 | 545 |
| 02/18/07 | J.L. Hart | Gulf Pipe Lino Co | 79 | 570 |
| 02/18/14 | H.J. Hennigan, et ux. | Gulf Pipe Line Co | 79 | 544 |
| 02/18/14 | R.A. Whiddon, et ux. | Gulf Pipe Line Co | 79 | 585 |
| 02/18/14 | W.A. Whiddon, et ux | Gulf Pipe Line Co. | 79 | 584 |

### Shelby County, Texas

| Date | Name | Grantee | Vol | Pg |
|---|---|---|---|---|
| 02/18/14 | F.M. Whiteside, et ux. | Gulf Pipe Line Co | 79 | 551 |
| 02/19/14 | J.D. Sholer | Gulf Pipe Line Co. | 79 | 613 |
| 02/19/14 | Whiddon, J.E., Gdn. for his two minor children Mary Etta Whiddon & James Floid Whiddon | Gulf Pipe Line Co. | 79 | 549 |
| 02/20/14 | R.A. Rushing, by W.A. Whiddon, Agt. | Gulf Pipe Line Co. | 81 | 478 |
| 02/23/14 | Cohron Davis, et ux | Gulf Pipe Line Co. | 79 | 591 |
| 02/23/14 | Ima Odom, et al. | Gulf Pipe Line Co. | 81 | 9 |
| 02/23/14 | J.B. Paramore, et ux. | Gulf Pipe Line Co. | 81 | 15 |
| 02/23/14 | J.W. Sholar | Gulf Pipe Line Co. | 81 | 20 |
| 02/23/14 | R. Sholar. | Gulf Pipe Line Co. | 81 | 17 |
| 02/23/14 | W.F. Taley, et ux. | Gulf Pipe Line Co | 79 | 589 |
| 02/24/14 | W.R. Crawford, et ux | Gulf Pipe Line Co | 79 | 588 |
| 02/24/14 | C.P. Hooper, et ux. | Gulf Pipe Line Co. | 79 | 587 |
| 03/07/14 | L.N. Muren. | Gulf Pipe Line Co. | 81 | 13 |
| 03/28/14 | H. Bryant, et al. | Gulf Pipe Line Co. | 81 | 10 |
| 05/26/14 | F.J. Hobbs | Gulf Pipe Line Co. | 81 | 548 |
| 12/16/14 | I.W. Willimas | Gulf Pipe Line Co. | 79 | 559 |
| 02/18/24 | W.F. Hollister, et ux | Gulf Pipe Line Co | 79 | 552 |
| 07/09/24 | F.M. Bridwell | Gulf Pipe Line Co and Gulf Production Co | 124 | 440 |
| 07/09/24 | Mrs. W.H. Harris | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 441 |
| 07/09/24 | F.M. Whiteside, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 464 |
| 07/09/24 | Mrs. J.M. Whiteside | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 438 |
| 07/09/24 | W.T. Worsham | Gulf Pipe Line Co and Gulf Production Co. | 124 | 443 |
| 07/10/24 | E.H. Andrews, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 124 | 446 |
| 07/10/24 | E.A. Booth | Gulf Pipe Line Co and Gulf Production Co | 124 | 463 |
| 07/10/24 | F.L. Brinson, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 124 | 458 |
| 07/10/24 | F.L. Brinson, et ux | Gulf Pipe Line Co. and Gulf Production Co | 124 | 458 |
| 07/10/24 | F.L. Brinson, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 458 |
| 07/10/24 | Zach Brinson | Gulf Pipe Line Co. | 127 | 456 |

Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co. | | |
| 07/10/24 | W.M. Byrn | Gulf Pipe Line Co and Gulf Production Co | 124 | 459 |
| 07/10/24 | G.W Crenshaw, et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 448 |
| 07/10/24 | J H. Cruger, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 445 |
| 07/10/24 | Mrs. F D. Haden | Gulf Pipe Line Co and Gulf Production Co | 124 | 462 |
| 07/10/24 | C.O. Worsham, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 442 |
| 07/11/24 | F H. Bailey, et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 453 |
| 07/11/24 | F. H. Bailey, et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 453 |
| 07/11/24 | F H. Bailey, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 453 |
| 07/11/24 | Arthur Bussey, et ux. | Gulf Pipe Line Co and Gulf Production Co | 124 | 452 |
| 07/11/24 | John Bussey, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 450 |
| 07/11/24 | Phil Bussy Jr., et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 455 |
| 07/11/24 | J G. Ellington | Gulf Pipe Line Co. and Gulf Production Co | 124 | 437 |
| 07/11/24 | F.O Johnson | Gulf Pipe Line Co and Gulf Production Co. | 124 | 460 |
| 07/11/24 | I.N. Williams | Gulf Pipe Line Co and Gulf Production Co. | 124 | 449 |
| 07/14/24 | E W. Cockrell, et ux | Gulf Pipe Line Co and Gulf Production Co | 124 | 479 |
| 07/14/24 | Mrs. G.W. Hanson Adm. of G.W. Hanson Est. | Gulf Pipe Line Co and Gulf Production Co | 124 | 481 |
| 07/14/24 | T A King | Gulf Pipe Line Co. | 124 | 478 |

Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co. | | |
| 07/14/24 | Ima Odom Nutt, et al | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 485 |
| 07/14/24 | Mrs. W.F. Talley | Gulf Pipe Line Co and Gulf Production Co. | 124 | 476 |
| 07/14/24 | A.O. Whiddon | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 480 |
| 07/15/24 | Paul Barron, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 124 | 471 |
| 07/15/24 | J.T. Carroll | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 470 |
| 07/15/24 | C.H. Freeman, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 469 |
| 07/15/24 | Mrs. B.J. Hennigan | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 484 |
| 07/15/24 | C.P. Hooper, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 473 |
| 07/15/24 | J.D Sholar | Gulf Pipe Line Co and Gulf Production Co. | 124 | 483 |
| 07/16/24 | W.R. Crawford, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 467 |
| 07/17/24 | J.T. Caldwell, et al | Gulf Pipe Line Co. and Gulf Production Co. | 131 | 497 |
| 07/21/24 | Arthur Bussey, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 496 |
| 07/21/24 | Mack Jones, et al. | Gulf Pipe Line Co. and Gulf Production Co. | 124 | 493 |
| 07/21/24 | C.D. Scogin | Gulf Pipe Line Co and Gulf Production Co | 124 | 491 |
| 07/21/24 | H.S. Varnell, et ux | Gulf Pipe Line Co and Gulf Production Co. | 124 | 495 |
| 07/22/24 | Cleveland Bussey | Gulf Pipe Line Co. and Gulf Production Co | 124 | 492 |
| 08/01/24 | W.A Cooper | Gulf Pipe Line Co | 124 | 520 |

Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co. | | |
| 10/14/24 | Pierce Whiteside, et al. | Gulf Pipe Line Co and Gulf Production Co. | 123 | 632 |
| 04/30/25 | J.A. Deaton, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 506 |
| 04/30/25 | Claude E. Fallir | Gulf Pipe Line Co. and Gulf Production Co | 127 | 52 |
| 04/30/25 | Alvin Gunter | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 503 |
| 04/30/25 | J.R. Jopling, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 55 |
| 04/30/25 | J.N. Majors | Gulf Pipe Line Co. and Gulf Production Co | 127 | 54 |
| 04/30/25 | C.C. McDona'd | Gulf Pipe Line Co and Gulf Production Co | 127 | 56 |
| 04/30/25 | Grover C. Peddy | Gulf Pipe Line Co and Gulf Production Co. | 126 | 500 |
| 04/30/25 | C. Riley, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 502 |
| 04/30/25 | F.B Taylor | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 504 |
| 04/30/25 | J.R. Weir, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 141 |
| 05/01/25 | Mrs. W. A. Bou and by J.L. Davis, Attorney-in-Fact | Gulf Pipe Line Co. and Gulf Production Co | 126 | 568 |
| 05/01/25 | Cicero Jopling, et ux | Gulf Pipe Line Co and Gulf Production Co. | 126 | 552 |
| 05/01/25 | J. N. King | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 62 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co and Gulf Production Co | 127 | 187 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co and Gulf Production Co | 127 | 187 |
| 05/01/25 | J.O. McCarver | Gulf Pipe Line Co. | 127 | 187 |

### Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co | | |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 569 |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co and Gulf Production Co | 126 | 569 |
| 05/01/25 | Luke Motley | Gulf Pipe Line Co and Gulf Production Co | 126 | 569 |
| 05/01/25 | Robert Porter | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 61 |
| 05/01/25 | Walter Scates, et ux. | Gulf Pipe Line Co and Gulf Production Co | 127 | 63 |
| 05/01/25 | A.H. Womack, et ux | Gulf Pipe Line Co and Gulf Production Co | 126 | 566 |
| 05/02/25 | M.M. Bowlin, et ux | Gulf Pipe Line Co and Gulf Production Co. | 126 | 556 |
| 05/02/25 | H. Bryant, et al. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 562 |
| 05/02/25 | Harvey Crawford | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 364 |
| 05/02/25 | John Davis | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 551 |
| 05/02/25 | J.B. Foster by J.R Foster, Gdn. | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 60 |
| 05/02/25 | J R Foster, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 559 |
| 05/02/25 | Mrs W L. Foster | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 560 |
| 05/02/25 | P.L. Hooper, et ux. | Gulf Pipe Line Co and Gulf Production Co | 126 | 600 |
| 05/02/25 | J.R. Lewis | Gulf Pipe Line Co. and Gulf Production Co | 126 | 555 |
| 05/02/25 | Luke Motley | Gulf Pipe Line Co. and Gulf Production Co | 126 | 554 |
| 05/02/25 | A N. Neal, et ux. | Gulf Pipe Line Co | 126 | 559 |

Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| | | and Gulf Production Co. | | |
| 05/02/25 | Mrs. O M. Ramsey | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 563 |
| 05/04/25 | C.H. Horton, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 126 | 532 |
| 05/04/25 | J.D. Majors, et ux. | Gulf Pipe Line Co and Gulf Production Co. | 126 | 550 |
| 05/04/25 | H.M. Mitchell, et ux. | Gulf Pipe Line Co and Gulf Production Co | 126 | 548 |
| 05/04/25 | Dewey Parrish, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 537 |
| 05/04/25 | Allen Samford, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 126 | 539 |
| 05/04/25 | Elbert B  Samford by E B Samford, Agent and Attorney-In-Fact | Gulf Pipe Line Co and Gulf Production Co. | 126 | 536 |
| 05/04/25 | J. B. Samford by E B. Samford,  Agent and Attorney-In-Fact | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 535 |
| 05/04/25 | W.A. Samford, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 541 |
| 05/04/25 | W.J. Shadowens, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 547 |
| 05/04/25 | R. Sholar, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 542 |
| 05/05/25 | Annie Broadus | Gulf Pipe Line Co. and Gulf Production Co. | 127 | 138 |
| 05/05/25 | E.W. Cockrell | Gulf Pipe Line Co and Gulf Production Co. | 127 | 142 |
| 05/05/25 | J.W. Sholar, et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 549 |
| 05/05/25 | Mrs. Bloom Wagstaff, et vir. | Gulf Pipe Line Co and Gulf Production Co | 126 | 529 |
| 05/05/25 | W.J. Walker, et al | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 533 |

### Shelby County, Texas

| | | | | |
|---|---|---|---|---|
| 05/05/25 | B.C. Wheat, et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 530 |
| 05/05/25 | B.C. Wheat. et ux | Gulf Pipe Line Co. and Gulf Production Co. | 126 | 530 |
| 05/07/25 | D.D. Bazer, et ux | Gulf Pipe Line Co and Gulf Production Co. | 127 | 58 |
| 05/16/25 | Ralph Jopling. et ux | Gulf Pipe Line Co and Gulf Production Co. | 126 | 602 |
| 05/26/25 | Alma Davis, et v.r. | Gulf Pipe Line Co and Gulf Production Co. | 127 | 139 |
| 05/26/25 | George B. Goff, et ux. | Gulf Pipe Line Co. and Gulf Production Co | 127 | 189 |
| 05/27/25 | Mary White. et al. | Gulf Pipe Line Co and Gulf Production Co | 127 | 216 |
| 07/31/25 | Robert Spivey , | Gulf Pipe Line Co and Gulf Production Co. | 127 | 347 |
| 08/05/25 | Mrs. Viola Rushing by A O. Whiddon, Agent & Attorney-in-Fact | Gulf Pipe Line Co. and Gulf Production Co. | | |
| 08/25/25 | W.F. Hollister. et ux. | Gulf Pipe Line Co. and Gulf Production Co. | 128 | 172 |
| 08/27/25 | Mrs. Viola Rushing A.O. Whiddon, Agent & Attorney-in-Fact | Gulf Pipe Line Co. and Gulf Production Co. | | |
| 08/31/25 | C.H. Horton. et ux | Gulf Pipe Line Co and Gulf Production Co | 128 | 190 |
| 09/08/25 | Arthur Bussey, et ux | Gulf Pipe Line Co and Gulf Production Co | 127 | 503 |
| 09/23/25 | Mrs M Lochabay | Gulf Pipe Line Co. and Gulf Production Co. | 128 | 254 |
| 06/12/26 | C.C. Hayden | Gulf Pipe Line Co and Gulf Production Co | 131 | 137 |
| 07/17/42 | Texas Highway Dept. | Texas Eastern Transmission Corp. | | |
| 07/17/42 | Texas Highway Dept | Texas Eastern Transmission Corp | | |
| 05/04/48 | L.B. Dean | Gulf Refining Co | 276 | 615 |

## Rusk County, Texas

| Date | Grantor | Grantee | Book | Page |
|------|---------|---------|------|------|
| 07/08/54 | Ruby L. Dumas, et vir. | Texas Eastern Transmission Corp | 530 | 153 |
| 08/23/54 | Commissioners Court, Panola Co. Texas | Texas Eastern Transmission Corp | | |
| 06/27/10 | J.A. Anderson, et ux | Gulf Pipe Line Co | 67 | 150 |
| 06/27/10 | M.J. Barton, et ux | Gulf Pipe Line Co | 67 | 138 |
| 06/27/10 | T.S. Barton, et ux | Gulf Pipe Line Co | 67 | 140 |
| 06/27/10 | R.F. Garrison, et ux | Gulf Pipe Line Co | 67 | 144 |
| 06/27/10 | F L. Hudgins, et ux | Gulf Pipe Line Co | 67 | 136 |
| 06/27/10 | J.R. Latimer, et ux | Gulf Pipe Line Co | 67 | 142 |
| 06/27/10 | S M. Moore, et ux. | Gulf Pipe Line Co | 67 | 134 |
| 07/06/10 | M L. Moore, et al. | Gulf Pipe Line Co | 67 | 130 |
| 07/21/10 | W.Y. Garrison | Gulf Pipe Line Co. | 67 | 146 |
| 07/29/10 | S.M. Moore, Agent for Nannie Fountain, et al | Gulf Pipe Line Co. | 67 | 132 |
| 07/29/10 | The Brown Brick & Tile Co. | Gulf Pipe Line Co | 67 | 183 |
| 08/02/10 | J.R. Latimer | Gulf Pipe Line Co | 67 | 152 |
| 08/20/10 | R.F. Garrison | Gulf Pipe Line Co | 67 | 182 |
| 11/16/10 | E.A. Blount | Gulf Pipe Line Co | 1676 | 741 |
| 12/07/10 | E A. Blount | Gulf Pipe Line Co. | 1677 | 111 |
| 05/01/14 | Mrs. M L. Moore | Gulf Pipe Line Co. | 83 | 193 |
| 07/03/23 | Marion C. Skelton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 612 |
| 07/03/24 | Nora Anderson | Gulf Pipe Line Co & Gulf Production Co | 123 | 627 |
| 07/03/24 | M.J. Barton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 629 |
| 07/03/24 | T.S. Barton, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 614 |
| 07/03/24 | R.F. Garrison, et ux. | Gulf Pipe Line Co & Gulf Production Co | 123 | 618 |
| 07/03/24 | J.R. Latimer, et ux | Gulf Pipe Line Co & Gulf Production Co | 123 | 617 |
| 07/03/24 | G W Young | Gulf Pipe Line Co. & Gulf Production Co. | 123 | 611 |
| 07/05/24 | George Harris, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 123 | 609 |
| 07/08/24 | Earnest Weaver, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 123 | 615 |
| 07/09/24 | Jack Garrison, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 123 | 634 |
| 10/28/42 | S.M. Adams | Gulf Refining Co. & Gulf Oil Co. | 350 | 190 |

\

Shelby County, Texas

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and Gulf Oil Corp. |  |  |
| 05/04/48 | C.H. Horton, et ux. | Gulf Refining Co. and Gulf Oil Corp. | 276 | 616 |
| 05/04/48 | R.W. Todd | Gulf Refining Co. and Gulf Oil Corp. | 276 | 617 |
| 05/06/48 | J.R. Anderson | Gulf Refining Co. and Gulf Oil Corp. | 277 | 329 |
| 11/09/51 | Earl Hanson, et al. | Gulf Refining Co | 306 | 192 |
| 06/10/52 | M E. Bowlin, et ux. | Gulf Refining Co and Gulf Oil Corp | 311 | 258 |
| 08/10/52 | H.Q. Hoard, et ux. | Gulf Refining Co. and Gulf Oil Corp. | 311 | 256 |
| 03/23/54 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. |  |  |
| 04/20/55 | Texas Hwy. Dept | Texas Eastern Transmission Corp. |  |  |
| 04/20/55 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. |  |  |
| 11/02/59 | Gulf Refining Co. | Texas Eastern Transmission Corp. | 381 | 347 |
| 12/18/59 | Gulf, Colorado& Sante Fe R.R. Co. and Gulf Refining Co | Texas Eastern Transmission Corp |  |  |
| 09/29/71 | Texas Hwy. Dept. | Texas Eastern Transmission Corp. |  |  |

PURCHASE AND SALE AGREEMENT.                Page 57

Nacogdoches County, Texas

| Date | Grantor | Grantee | Book | Page |
|------|---------|---------|------|------|
| 06/27/10 | Tom Crawford, et al. | Gulf Pipeline Co. | 72 | 647 |
| 06/27/10 | J.W. Hartt, et al. | Gulf Pipeline Co. | 74 | 16 |
| 06/27/10 | T.J. Melton, et al. | Gulf Pipeline Co. | 75 | 77 |
| 06/27/10 | J.A. Slay , | Gulf Pipeline Co. | 72 | 644 |
| 06/28/10 | G.W. Faulkner, et ux. | Gulf Pipeline Co. | 74 | 21 |
| 06/28/10 | A.J. Fears, et ux. | Gulf Pipeline Co | 72 | 642 |
| 06/28/10 | Mrs. M.I. Strode | Gulf Pipeline Co. | 74 | 189 |
| 06/28/10 | Dora Tims, et al. | Gulf Pipeline Co. | 74 | 192 |
| 06/29/10 | S.W. Hunt, et ux | Gulf Pipeline Co. | 75 | 75 |
| 06/29/10 | F.W. Parrott | Gulf Pipeline Co. | 72 | 631 |
| 06/29/10 | Arthur Peterson, et al. | Gulf Pipeline Co | 75 | 73 |
| 06/29/10 | J.L. William, et ux. | Gulf Pipeline Co. | 75 | 68 |
| 06/30/10 | J.W. Boyd, et ux | Gulf Pipeline Co. | 74 | 22 |
| 06/30/10 | R.H. Burns, et ux. | Gulf Pipeline Co. | 74 | 63 |
| 06/30/10 | T.J. Peterson | Gulf Pipeline Co. | 75 | 66 |
| 06/30/10 | John M. Richards, et ux | Gulf Pipeline Co. | 74 | 39 |
| 07/01/10 | W.G. Hartt, et ux | Gulf Pipeline Co. | 74 | 8 |
| 07/04/10 | Angelina County Lumber Co, | Gulf Pipeline Co. | 72 | 634 |
| 07/04/19 | S.C. Parrott, et al | Gulf Pipeline Co. | 74 | 107 |
| 07/05/10 | Joe Manchaca, et ux | Gulf Pipeline Co. | 74 | 24 |
| 07/05/10 | S. Michelli | Gulf Pipeline Co. | 74 | 31 |
| 07/05/10 | T. Supulvado, et ux | Gulf Pipeline Co. | 74 | 31 |
| 07/06/10 | M. Peterson, et ux | Gulf Pipeline Co. | 74 | 17 |
| 07/08/10 | Tom Hinjosa, et ux. | Gulf Pipeline Co. | 74 | 4 |
| 07/08/10 | F.M. Richards, et ux. | Gulf Pipeline Co. | 74 | 23 |
| 07/09/10 | Chas Hoya, et al | Gulf Pipeline Co. | 72 | 637 |
| 07/14/10 | Alice Fears | Gulf Pipeline Co. | 72 | 633 |
| 07/18/10 | Elareo Cordova, et ux. | Gulf Pipeline Co. | 74 | 29 |
| 07/18/10 | J.H. Summers | Gulf Pipeline Co. | 74 | 2 |
| 07/19/10 | Josh Henson | Gulf Pipeline Co | 74 | 10 |
| 07/19/10 | V.E. Rathbone | Gulf Pipeline Co. | 74 | 38 |
| 07/20/10 | A.M. Evans, et ux | Gulf Pipeline Co. | 74 | 13 |
| 07/20/10 | Dixon Greer | Gulf Pipeline Co | 72 | 630 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/20/10 | Elma Greer | Gulf Pipeline Co. | 72 | 629 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/20/10 | Chas Hoya | Gulf Pipeline Co. | 74 | 6 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 07/20/10 | Mrs. Antonia Manchaca  et al | Gulf Pipeline Co. | 74 | 33 |
| 07/20/10 | Mrs. J.E. Patterson, et al. | Gulf Pipeline Co. | 90 | 429 |
| 07/20/10 | Moses Tims, et ux. | Gulf Pipeline Co | 74 | 27 |
| 07/20/10 | Eli Westfall, et al | Gulf Pipeline Co | 74 | 101 |
| 07/21/10 | Jessie Grier | Gulf Pipeline Co | 74 | 131 |
| 07/29/10 | C.S. Means, et ux. | Gulf Pipeline Co. | 74 | 58 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/30/10 | Gladys Simpson, et al. | Gulf Pipeline Co. | 74 | 190 |
| 08/03/10 | Ida Barton, et vir. | Gulf Pipeline Co. | 75 | 68 |
| 08/08/10 | J.L. Williams | Gulf Pipeline Co. | 74 | 110 |
| 08/22/10 | Louis J. Wortham | Gulf Pipeline Co. | 74 | 62 |
| 08/23/10 | Eli Westfall, et al | Gulf Pipeline Co | 75 | 65 |
| 08/25/10 | Fred W. Halacher, et ux | Gulf Pipeline Co | 74 | 123 |
| 08/27/10 | Geo. S. McCarty, Ind. And as Gdn. | Gulf Pipeline Co. | 749 | 238 |
| 08/27/10 | Mrs. M.I. Strode, Ind. Et al. | Gulf Pipeline Co. | 74 | 102 |
| 09/01/10 | W.B. Melton, et ux. | Gulf Pipeline Co | 74 | 507 |
| 09/01/10 | S.A. Smith, et ux. | Gulf Pipeline Co. | 75 | 30 |
| 09/30/10 | W.L. Moody | Gulf Pipe Line Co. | 74 | 143 |
| 11/10/10 | Thos. E. Baker, et al. | Gulf Pipe Line Co | 74 | 188 |
| 11/12/10 | W.H. Davidson | Gulf Pipe Line Co | 75 | 77 |
| 11/16/10 | E.A. Blount | Gulf Pipe Line Co. | 1676 | 741 |
| 12/07/10 | E.A. Blount | Gulf Pipeline Co | 75 | 447 |
| 02/27/14 | S.C. Parroll, et al. | Gulf Pipeline Co | 82 | 422 |
| 02/28/14 | Mrs. Antonia Manchaca | Gulf Pipeline Co. | 85 | 55 |
| 03/02/14 | T.L. Blackshear | Gulf Pipeline Co. | 82 | 382 |
| 03/02/14 | Mrs. F.W. Harlacher | Gulf Pipeline Co. | 85 | 53 |
| 03/02/14 | Josh Henson | Gulf Pipeline Co. | 82 | 407 |
| 03/02/14 | S.W. Hunt. et ux. | Gulf Pipeline Co. | 82 | 406 |
| 03/02/14 | Mrs. J.W. Stroce | Gulf Pipeline Co. | 82 | 429 |
| 03/02/14 | R.C. White | Gulf Pipeline Co. | 82 | 435 |
| 03/03/14 | Angelina County Lumber Co. | Gulf Pipeline Co | 82 | 376 |
| 03/03/14 | E.A. Blount | Gulf Pipeline Co | 82 | 383 |
| 03/03/14 | G.A. Blount | Gulf Pipeline Co. | 82 | 379 |
| 03/03/14 | G.A. Blount | Gulf Pipeline Co. | 82 | 379 |
| 03/03/14 | Mrs. J.E. Patterson, et al | Gulf Pipel ne Co | 82 | 424 |
| 03/03/14 | T. Supulvado, et ux. | Gulf Pipel ne Co | 82 | 426 |
| 03/04/14 | W.G. Aarti | Gulf Pipeline Co. | 82 | 410 |
| 03/05/14 | G.W. Faulkner, et ux | Gulf Pipel ne Co | 85 | 52 |
| 03/05/14 | Alex Fearn, et ux. | Gulf Pipeline Co. | 85 | 62 |

Nacogdoches County, Texas

| 03/05/14 | W.H. Hollis, et ux. | Gulf Pipeline Co. | 82 | 405 |
|---|---|---|---|---|
| 03/05/14 | Moses Tinis, et ux. | Gulf Pipeline Co. | 85 | 59 |
| 03/06/14 | R.L. Collins, et ux. | Gulf Pipeline Co. | 82 | 385 |
| 03/06/14 | Ed Tims, et ux | Gulf Pipeline Co | 82 | 433 |
| 03/25/14 | Alice Fears | Gulf Pipeline Co. | 82 | 391 |
| 03/26/14 | Bunyan Greer | Gulf Pipeline Co. | 82 | 392 |
| 03/26/14 | Dixon Greer | Gulf Pipeline Co. | 82 | 395 |
| As Amended By. | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 03/26/14 | Miss Elma Greer | Gulf Pipeline Co. | 82 | 394 |
| As Amended By. | | | | |
| 04/23/99 | Cendant Mobility Services Corp. | Lancer Resources Company | 1331 | 24 |
| 04/08/14 | Mrs. Jessie Greer | Gulf Pipeline Co. | 85 | 58 |
| 04/08/14 | Mrs. S.C. Parrott | Gulf Pipeline Co. | 85 | 58 |
| 04/08/14 | G.W. Tillary, Jr. | Gulf Pipeline Co. | 85 | 58 |
| 04/09/14 | Don Coasar BeBrozzeon | Gulf Pipeline Co | 85 | 51 |
| 04/10/14 | J.W. Christian | Gulf Pipeline Co. | 82 | 386 |
| 05/09/14 | Tom Hinjosa, et ux. | Gulf Pipeline Co. | 82 | 404 |
| 08/23/24 | C.W. Strode | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 601 |
| 06/23/24 | Mrs. M.I. Strode | Gulf Pipe Line Co. & Gulf Production Co | 110 | 600 |
| 06/30/24 | A.B. Crawford | Gulf Pipe Line Co. & Gulf Production Co | 110 | 626 |
| 06/30/24 | Tom Crawford, et ux | Gulf Pipe Line Co. & Gulf Production Co | 110 | 621 |
| 06/30/24 | Mart Melton | Gulf Pipe Line Co. & Gulf Production Co | 110 | 629 |
| 06/30/24 | Mrs. J.A. Slay | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 628 |
| 06/30/24 | Selener Smith, et vir. | Gulf Pipe Line Co. & Gulf Production Co | 110 | 623 |
| 06/30/24 | E.D. Stubblefield, et ux | Gulf Pipe Line Co. & Gulf Production Co | 110 | 625 |
| 07/01/24 | D.F. Barton, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 14 |
| 07/01/24 | J.W. Boyd, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 17 |
| 07/01/24 | G.F. Garrison | Gulf Pipe Line Co. & Gulf Production Co. | 124 | 14 |
| 07/01/24 | J.W. Hartl, Ind. and as Attorney in fact | Gulf Pipe Line Co. & Gulf Production Co | 110 | 619 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 07/01/24 | J.M. McMillan | Gulf Pipe Line Co. & Gulf Production Co. | 110 | 620 |
| 07/01/24 | T.J. Peterson | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 13 |
| 07/24/24 | W.O. Richards, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 15 |
| 07/01/24 | Wm. B Worthham | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 10 |
| 07/02/24 | D M. McDuffie | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 25 |
| 07/02/24 | W.B. Melton, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 8 |
| 07/03/24 | Max W. Hart | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 11 |
| 07/14/24 | Mrs. Annie Mulins, Ind et al | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 37 |
| Replaced by | | | | |
| 01/19/01 | Acme Brick Company | Lancer Resources Company | 1575 | 80 |
| 07/16/24 | R.H. Burns, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 112 | 81 |
| 04/28/25 | G A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 134 |
| 04/28/25 | G.A. Blount | Gulf Pipe Line Co & Gulf Production Co | 114 | 134 |
| 04/28/25 | G.E. Stripling | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 130 |

PURCHASE AND SALE AGREEMENT.        Page 61

<u>Nacogdoches County, Texas</u>

| 04/28/25 | G.W. Tillery, Jr., | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 131 |
|---|---|---|---|---|
| 04/29/25 | Mrs F.W Halecher | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 135 |
| 04/30/25 | Itasca P. Blount | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 132 |
| 05/05/25 | J. Thos. Hall | Gulf Pipe Line Co & Gulf Production Co. | 114 | 188 |
| 05/07/25 | L.L. Martin , et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 182 |
| 05/08/25 | R.A. Hall | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 191 |
| 05/08/25 | Mrs. A.L. Ramsey, et al | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 219 |
| 05/09/25 | Josh Henson | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 229 |
| 05/09/25 | G.L. Olds, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 206 |
| 05/11/25 | Robert Berger | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 177 |
| 05/11/25 | Anna Brewer, Ind. and as Gdn | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 179 |
| 05/11/25 | R.J. Christian, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 172 |
| 05/11/25 | Rho Cox | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 178 |
| 05/11/25 | Josh Henson | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 165 |
| 05/11/25 | J.M. Miller, et al | Gulf Pipe Line Co. & Gulf Production Co | 114 | 175 |
| 05/11/25 | Nacogdoches Ice Cream Co. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 171 |
| 05/11/25 | R. Partin, et ux | Gulf Pipe Line Co & Gulf Production Co. | 114 | 184 |
| 05/11/25 | Marion Earl Reid, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 166 |
| 05/11/25 | Edwin Tillery | Gulf Pipe Line Co. & Gulf Production Co | 114 | 169 |
| 05/12/25 | A. Bockman , et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 181 |
| 05/12/25 | A.T. Garrard et ux. | Gulf Pipe Line Co & Gulf Production Co. | 114 | 193 |

Nacogdoches County, Texas

| 05/12/25 | Mrs. W V Loveless | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 195 |
|---|---|---|---|---|
| 05/12/25 | L B Mast, et al | Gulf Pipe Line Co. & Gulf Production Co | 114 | 237 |
| As Amended by | | | | |
| 05/29/2002 | AT Mast III  John C Mast, Patricla Mast George, & HGT Group, LP | Lancer Resources Company | 1747 | 97 |
| 05/12/25 | J T Smith, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 221 |
| 05/12/25 | I.L. Sturdevant | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 174 |
| 05/13/25 | Mrs. Julia Curl | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 218 |
| 05/13/25 | Geo. T McNess | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 192 |
| 05/13/25 | J.W Millord | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 215 |
| 05/14/25 | R. Partin, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 209 |
| 05/14/25 | Bill Thern, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 232 |
| 05/14/25 | Jim W. Weatherly, et ux | Gulf Pipe Line Co. & Gulf Production Co | 114 | 227 |
| 05/15/25 | Itasca P Blount | Gulf Pipe Line Co. & Gulf Production Co | 114 | 216 |
| 05/15/25 | G. W Falkner. | Gulf Pipe Line Co. & Gulf Production Co | 114 | 231 |
| 05/15/25 | Bob T Millard, et al | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 149 |
| 05/15/25 | Bob T. Millard, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 225 |
| 05/15/25 | L.S. Taylor  et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 474 |
| As Amended By. | | | | |
| 07/01/99 | Nacogdoches Trade Days, L.C. | Lancer Resources Company | 1371 | 169 |
| 05/19/25 | Mrs. Jessie Greer | Gulf Pipe Line Co. & Gulf Production Co | 114 | 235 |
| 05/21/25 | J.R. Gray, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 234 |

Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 05/29/25 | Ollie Falkner, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 259 |
| 05/29/25 | Alex Fears, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 261 |
| 07/31/25 | Mrs. Elma Armfield | Gulf Pipe Line Co. & Gulf Production Co | 114 | 328 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/31/25 | T.L. Blackshear | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 335 |
| 07/31/25 | Dixon Greer | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 328 |
| As Amended By: | | | | |
| 04/23/99 | Cendant Mobility Services Corp | Lancer Resources Company | 1331 | 24 |
| 07/01/25 | E. S. Greer, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 329 |
| 07/31/25 | R.C. White | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 333 |
| 08/01/25 | W.C. Howard | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 330 |
| 08/01/25 | C.H. Muckelroy, et ux | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 336 |
| 08/01/25 | Mrs. J.W. Strode | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 339 |
| 08/01/25 | J.F. Wagner, et ux. | Gulf Pipe Line Co. & Gulf Production Co | 114 | 332 |
| 08/06/25 | C.H. Loeckle | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 341 |
| 08/21/25 | James D. Greer | Gulf Pipe Line Co. & Gulf Production Co | 114 | 371 |
| 08/21/25 | J.D. Skeelers | Gulf Pipe Line Co. & Gulf Production Co. | 114 | 369 |
| 02/23/26 | George W. Tillery, Jr., Gdn., et al. | Gulf Pipe Line Co. & Gulf Production Co. | | |
| 11/22/26 | J.E. Garrett | Gulf Pipe Line Co. & Gulf Production Co | 117 | 241 |
| 05/09/28 | Mrs. A.L. Ramsey, Gdn., et al. | Gulf Pipe Line Co | 122 | 213 |
| 07/02/28 | J.H. Summers, Jr. | Gulf Pipe Line Co. & Gulf Production Co | 122 | 234 |
| 09/10/29 | J.H. Franklin, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 126 | 52 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 11/27/34 | Rosa Prince, et al | Gulf Pipe Line Co. & Gulf Production Co | 138 | 306 |
| 06/03/42 | Ollie Falkner, et ux. | Gulf Pipe Line Co. & Gulf Production Co | 157 | 527 |
| 06/03/42 | Dock Sexton, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 529 |
| 06/04/42 | Thos E. Baker | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 530 |
| 06/04/42 | W. W Falkner, et ux | Gulf Pipe Line Co. & Gulf Production Co | 157 | 520 |
| 06/04/42 | W.F. Greer, et al | Gulf Pipe Line Co & Gulf Production Co. | 157 | 517 |
| 06/04/42 | L. B. Mast, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 157 | 519 |
| 07/18/42 | State Hwy. Dept | Gulf Refining Co | | |
| 07/18/42 | State Hwy. Dept. | Gulf Refining Co | | |
| 10/28/42 | J. R. Gray, et al. | Gulf Pipe Line Co. & Gulf Production Co | 160 | 323 |
| 05/24/49 | State Hwy. Dept. | Gulf Refining Co | | |
| 10/08/49 | State Hwy Dept. | Gulf Refining Co. | | |
| 12/04/51 | Thomas E Laird, et ux. | Gulf Refining Co. | 223 | 369 |
| 10/19/54 | Texas Hwy. Dept. | Gulf Refining Co. | | |
| 09/03/59 | J.W. Sutton, et al. | Texas Eastern Transmission Corp. | 285 | 32 |
| 11/02/59 | Gulf Refining Company | Texas Eastern Transmission Corp | 285 | 581 |
| 11/02/59 | Gulf Refining Company | Texas Eastern Transmission Corp. | 285 | 581 |
| 03/02/60 | Gulf Refining Co. and Texas & New Orleans RR Co. | Texas Eastern Transmission Corp | | N/R |
| 03/02/60 | Gulf Refining Co. and Texas & New Orleans RR Co | Texas Eastern Transmission Corp. | | N/R |
| 12/18/64 | Texas Hwy Dept | Texas Eastern Transmission Corp | | |
| 01/17/69 | Texas Eastern Transmission | E W. Roark | 353 | 741 |
| 12/12/73 | Moore Business Forms, Inc. | Texas Eastern Transmission Corp. | 387 | 349 |
| 01/13/76 | Bethel Baptist Church | Texas Eastern Transmission Corp | 404 | 254 |

## Nacogdoches County, Texas

| | | | | |
|---|---|---|---|---|
| 05/29/81 | Lenvel Standland, et al. | Texas Eastern Transmission Corp | 465 | 124 |
| 02/16/83 | Big Red Enterprises, Inc. | Texas Eastern Transmission Corp. | 485 | 211 |
| 02/21/83 | Glenn Layton | Texas Eastern Transmission Corp. | 485 | 205 |
| 03/03/83 | East Texas Portable Building Co. | Texas Eastern Transmission Corp | 485 | 200 |

## Angelina County, Texas

| Date | Grantor | Grantee | Book | Page |
|---|---|---|---|---|
| 07/02/10 | W.H. Bonner | Gulf Pipe Line Co | 40 | 543 |
| 07/02/10 | W.F. Heaton | Gulf Pipe Line Co | 30 | 421 |
| 07/02/10 | M.A. Modissett, et. al. | Gulf Pipe Line Co | 30 | 100 |
| 07/04/10 | Andy Modissett | Gulf Pipe Line Co. | 30 | 43 |
| 07/06/10 | J.L. Calvert | Gulf Pipe Line Co. | 30 | 44 |
| 02/27/14 | W.E. Massingill | Gulf Pipe Line Co | 35 | 677 |
| 02/27/14 | J.C. Modissett, et ux. | Gulf Pipe Line Co | 35 | 678 |
| 02/27/14 | M.A. Modissett, et. al. | Gulf Pipe Line Co | 35 | 679 |
| 03/04/14 | J.W. Spears | Gulf Pipe Line Co | 35 | 680 |
| 03/27/14 | W.F. Heaton, et ux. | Gulf Pipe Line Co | 35 | 681 |
| 04/25/25 | E.C. Heaton, et al. | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 157 |
| 04/25/25 | Mrs. W.E. Massingill | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 160 |
| 04/25/25 | Mrs. Martha A Modisett | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 159 |
| 04/25/25 | J.W Spears | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 158 |
| 04/29/25 | J.C. Modisett, et ux. | Gulf Pipe Line Co. & Gulf Production Co. | 63 | 175 |
| 08/02/42 | J.C. Modisett, et ux. | Gulf Refining Co. & Gulf Oil Corp. | 101 | 204 |
| 08/29/50 | Texas Hwy. Dept. | Gulf Refining Co | | |
| 12/02/59 | Gulf Refining Co. | Texas Eastern Transmission Corp. | 238 | 584 |

PURCHASE AND SALE AGREEMENT.          Page 66

## EXHIBIT 'A-1'
## TO DEED, CONVEYANCE, ASSIGNMENT AND BILL OF SALE



1.  Approximately 64.97 miles (more or less) of 8" nominal outside diameter pipeline and appurtenances that is located generally as set forth in the immediately following paragraph 2 and is depicted on the line drawing attached as Exhibit "A" and by this reference made a part hereof.

2.  8" PIPELINE FROM LUFKIN TO TEXAS/LOUISANA STATE LINE

    COMMENCING at a point within Gulf Refining Company's Lufkin Station Site in the Vincinti Mitchell Survey, Angelina County, Texas, as described by easement, recorded in Volume 236, Page 584, of the Deed Records of said County and State;

    THENCE running generally in a northeasterly direction in Angelina County, Texas, a distance of approximately 2.39 miles to a point on the West Bank of the Angelina River on property now or formerly owned by Mrs. W. E. Massengill in the Goguett Survey, as described by the easement recorded in Volume 63, Page 160, of the Deed records of said County;

    THENCE crossing the Angelina River in an easterly direction, leaving Angelina County, Texas and entering Nacogdoches County, Texas, to a point on the East Bank of said Angelina River on property now or formerly owned by Mrs. S. C. Parrott, et. Al., as described by easement recorded in Volume 74, Page 107, of the Deed Records of said Nacogdoches County;

    THENCE running generally in a northeasterly direction across Nacogdoches County, Texas, a distance of approximately 30 miles to a point on the County line between Nacogdoches and Rusk Counties, Texas and on the north line of property now or formerly owned by J. Kelly as described by easement recorded in Volume 74, Page 38, of the Deed Records of Nacogdoches County, Texas;

    THENCE entering Rusk County, Texas at a point on the south line of property now or formerly owned by Spencer Eliot Brick Company, as described by easement recorded in Volume 67, Page 183, of the Deed Records of Rusk County, Texas;

    THENCE running generally in a northeasterly direction across Rusk County, Texas, a distance of approximately 6.46 miles to a point on the West Bank of the Attoyac River on property now or formerly owned by

PURCHA

Mrs. M. L. Moore, as described by easement recorded in Volume 67, page 130, of the Deed Records of Rusk County, Texas;

THENCE crossing the Attoyac River, leaving Rusk County, Texas and entering Shelby County, Texas, to a point on the East Bank of said Attoyac River.

THENCE entering Shelby County, Texas at a point on the south or west line of property now or formerly owned by Gulf Refining Company as described by easement recorded in Volume 381, Page 347 of the Deed Records of Shelby County, Texas;

THENCE continuing in an easterly direction to property now or formerly owned by Texas Eastern Transmission Corporation as described in Deed recorded in Volume 381, Page 344 of the Deed Records of Shelby County Texas;

COMMENCING at a point on the south or west line of property now or formerly owned by J. M. Whiteside, as described by easement recorded in Volume 79, Page 543, of the Deed Records of Shelby County, Texas;

THENCE running generally in an easterly direction across Shelby County Texas, a distance of approximately 28 miles to a point on the West Bank of the Sabine River on property now or formerly owned by J. T. Caldwell as described by easement recorded in Volume 131, Page 497, of the Deed Records of Shelby County, Texas.

RIGHTS OF WAY, EASEMENTS AND PERMITS

**EXHIBIT 'D'**
**TO PURCHASE AND SALE AGREEMENT**
**BETWEEN BLACK DUCK PROPERTIES, LLC**
**AND TCRG EAST TEXAS PIPELINE 1, LLC**

| Form **8594**<br>(Rev. December 2012)<br>Department of the Treasury<br>Internal Revenue Service | **Asset Acquisition Statement**<br>**Under Section 1060**<br>▶ Attach to your income tax return.<br>▶ Information about Form 8594 and its separate instructions is at *www.irs.gov/form8594* | OMB No. 1545-1021<br>Attachment<br>Sequence No. **169** |
|---|---|---|

| Name as shown on return | Identifying number as shown on return |
|---|---|
| TCRG East Texas Pipeline 1, LLC | 81-5359720 |

Check the box that identifies you:
☐ Purchaser          ☐ Seller

**Part I  General Information**

| 1  Name of other party to the transaction | Other party's identifying number |
|---|---|
| Black Duck Properties, LLC | |

Address (number, street, and room or suite no.)

410 Spyglass Road

City or town, state, and ZIP code

McQueney, Texas 78123

| 2  Date of sale | 3  Total sales price (consideration) |
|---|---|
| | $2,500,000.00 |

**Part II  Original Statement of Assets Transferred**

| 4  Assets | Aggregate fair market value (actual amount for Class I) | Allocation of sales price |
|---|---|---|
| Class I | $ 0 | $ 0 |
| Class II | $ 0 | $ 0 |
| Class III | $ 0 | $ 0 |
| Class IV | $ 0 | $ 0 |
| Class V | $ 2,500,000.00 | $ 2,500,000.00 |
| Class VI and VII | $ 0 | $ 0 |
| Total | $ 2,500,000.00 | $ 2,500,000.00 |

5  Did the purchaser and seller provide for an allocation of the sales price in the sales contract or in another written document signed by both parties? . . . . . . . . . . . . . . . . . . . . . . .  ☑ Yes  ☐ No

If "Yes," are the aggregate fair market values (FMV) listed for each of asset Classes I, II, III, IV, V, VI, and VII the amounts agreed upon in your sales contract or in a separate written document? . . . . . . . . .  ☑ Yes  ☐ No

6  In the purchase of the group of assets (or stock), did the purchaser also purchase a license or a covenant not to compete, or enter into a lease agreement, employment contract, management contract, or similar arrangement with the seller (or managers, directors, owners, or employees of the seller)? . . . . . .  ☐ Yes  ☑ No

If "Yes," attach a statement that specifies (a) the type of agreement and (b) the maximum amount of consideration (not including interest) paid or to be paid under the agreement. See instructions.

| For Paperwork Reduction Act Notice, see separate instructions. | Cat. No. 63768Z | Form **8594** (Rev. 12-2012) |
|---|---|---|

PURCHASE AND SALE AGREEMENT.          Page 71

Form 8594 (Rev. 12-2012)                                                                 Page **2**

**Part III** Supplemental Statement—Complete only if amending an original statement or previously filed supplemental statement because of an increase or decrease in consideration. See Instructions.

7  Tax year and tax return form number with which the original Form 8594 and any supplemental statements were filed.

| 8  Assets | Allocation of sales price as previously reported | Increase or (decrease) | Redetermined allocation of sales price |
|---|---|---|---|
| Class I | $0 | $0 | $0 |
| Class II | $0 | $0 | $0 |
| Class III | $0 | $0 | $0 |
| Class IV | $0 | $0 | $0 |
| Class V | $0 | $0 | $2,500,000.00 |
| Class VI and VII | $0 | $0 | $0 |
| Total | $2,500,000.00 | | $2,500,000.00 |

9  Reason(s) for increase or decrease. Attach additional sheets if more space is needed.

Supplemental Response to Question 6: If "Yes," attach a statement that specifies

(a) the type of agreement:  Purchase and Sale Agreement of Assets dated _____, 2018:

(b) the maximum amount of consideration (not including interest) paid: $2,500,000.00

Form 8594 (Rev. 12-2012)

PURCHASE AND SALE AGREEMENT.                    Page 72