# Exhibit 26:
# April 9, 2018 Email Chain 1

### RE: Black Duck Properties / East TX Pipeline Agreement

John Terrill <john@synergyadvisorsgroup.com>
Mon 4/9/2018, 5:14 PM
To: Daniel Moore <palmettolandandfarms@hotmail.com>

Please call me at 405-706-3831.

**From:** Daniel Moore <palmettolandandfarms@hotmail.com>
**Sent:** Monday, April 9, 2018 4:08 PM
**To:** John Terrill <john@synergyadvisorsgroup.com>; larrymwright54@yahoo.com; Darin Borders <darinborders@gmail.com>
**Subject:** Black Duck Properties / East TX Pipeline Agreement

John,

After discussions with Larry Wright and Darin Borders, it is my understanding that your group has made a deal on the P-21 Express Pipeline ROW. I wanted to send an email to congratulate both you and Larry and also personally provide you with my agreement ( attached to this email ) that runs with the project. If you ever need anything at all please do not hesitate to contact me. I have knowledge about this project and i am willing to help in anyway i can per your request. Look forward to a successful future on the Express Pipeline ROW!

Kindest Regards,

Daniel Moore

## Express Pipeline Conflict

Daniel Moore
Mon 4/9/2018, 8:27 PM
To: larrymwright54@yahoo.com <larrymwright54@yahoo.com>; Darin Borders <darinborders@gmail.com>

Larry and Darin,

As you know, I sent John Terrill a copy of my agreement that is attached to the Express Pipeline. Personally, I cannot think of any circumstance that would not require all of us to do the same. Why would that ever be a problem under an "up and up" deal? Because it was my personal agreement it seems more than reasonable for me to take the responsibility to make sure my personal agreement is in-fact disclosed. Perfect example: According to John Terrill it was not ever mentioned. John replied to my email ( that i felt was very positive ) by providing me his phone number and asking me to call him. I did, and some of what he touched on is as follows:

1) He said that the first he had ever heard of any such deal was from Darin last week in the meeting.
2) He said that he asked Darin to provide the document for his review but never received anything from Darin. I told him that Darin and I asked Larry about it and that Larry said he has provided them all of the documents including our 20% agreements. Again, He said he has never seen or heard of any such documents until then and now.
3) He said the deal is absolutely 100% closed with Black Duck.
4) He said that his group is not going to want to honor anything beyond what Larry represented and provided to them, and that he recommends that Darin and I need to desperately get with Larry and see what we can work out. He would like to know where that goes and seemed to be very understanding to the situation after receiving my actual agreement for the first time.
5) He said that his group has been working on this and running title for a long time and it has taken forever to get this closed. He said he was very "perplexed" at the idea that he has never heard of this deal between us or any deal between us 3 other than Larry would be paying us something out of his own shares. he did say he would be willing to discuss paying us our shares individually and directly if we provide him with the amounts.
6) He said that Larry should provide us with the contract and did say that it is a carried interest on a WATERLINE ONLY. However, they did buy all rights for any use that may or may not involve a waterline.


I am sure there is plenty more but right now i am trying to wrap my head around Larrys last email calling me a low down human with all the facts saying otherwise... how or who could possibly say i have been anything but 100% honest and forth coming?

I see no reasons to discuss how or why Larry hates me so much, because it seems irrelevant at this point. None of us want to cause any problems for ourselves or the project so i think it is a must do for us to have a calm and honest talk to address how to move forward and what

we are all willing to except for the sake of each other and the project. At the very least we need to all be able to consider what the situation calls for in the next step in the unfortunate event we cannot resolve the current situation. I personally do not feel things are ever as bad as they seem and that we can get this done IF everyone involved acts in good faith, honest and willing to forgive some wrongful acts of conduct. I am willing to do all i can and assure you both that i do not feel i am in anyway "the lowest of the lowest type of human being"...

Larry- I understand this is not a convenient time for you ( i had to deal with this myself all last week on my vacation ) and i do not know why we did not address this prior to this week. However, ( to put it lightly )... it is an extremely important situation that needs to be handled without delay. Let us know what time is best for you to have a conference call with Darin and i at some point over the next day or two and we will make ourselves available at your convenience. Please understand that Darin nor myself has a clue what you have agreed to, we just know what our agreements with you requires you to uphold. According to John we have been non existent and that is not acceptable or legal if that is the truth! All i want to do is make it all ok between us so that we can move forward in our own directions in piece and with no hard feelings... Life is short.  But Larry, i feel you have to decide to participate and help us all get there because without your willingness to work this out amicably .. it is simply not possible!

Thanks,
Daniel Moore