# Exhibit 29:
# April 10, 2018 Email Chain

**From:** Larry Wright <larrymwright54@yahoo.com>
**Date:** April 10, 2018 at 2:20:48 PM CDT
**To:** John Terrill-Synergy -Silverado <John@SynergyAdvisorsGroup.com>
**Cc:** darinborders@gmail.com
**Subject: Fwd: Agreement**

Ty
Larry

Begin forwarded message:

> **From:** Larry Wright <larrymwright54@yahoo.com>
> **Date:** April 10, 2018 at 3:18:30 PM EDT
> **To:** Darin Borders <drborders@yahoo.com>
> **Subject: Re: Agreement**
>
> Darin-I'll be back in the US on Tuesday. I will send you copies of every thing then.
>
> Johns group paid $500,000 down and closes with an additional $2,000,000 for a total of $2,500,000 for all of the assets owned by Blackduck received from Rod Roberts at Closing in 2017. BlackDuck receives 15%Carried Interest in the new JV .   You and Daniel, each get 20% of the 15% carried Interest for the life of the project. Larry gets 60% of the 15% carried Int.  The JV will fund the entire project with no charges to us ever.  Once revenue starts coming in, we will receive monthly payments. The only question is, BlackDuck has to get their cost of $6,000,000 plus in full before anyone splits anything.  Hope this helps.
>
> Ty,
> Larry
>
>> On Apr 10, 2018, at 11:28 AM, Darin Borders <drborders@yahoo.com> wrote:
>>
>> Hi Larry ,
>>
>> I would like to to review the closing documents to better understand the structure with Synergy , can you or John provide me with those documents .
>>
>> Thx
>>
>> Darin Borders

Sent from my iPhone