# Exhibit 30:
# April 11, 2018 Email Chain

**From:** David Strolle <Dstrolle@caglaw.net>
**Sent:** Wednesday, April 11, 2018 10:32 AM
**To:** palmettolandandfarms@hotmail.com
**Cc:** John Terrill (john@synergyadvisorsgroup.com); larrymwright54@yahoo.com
**Subject:** RE: ROW Pipeline Project

Mr. Moore:

As you know this firm represents Larry M. Wright and Black Duck Properties, LLC. In this regard I have seen several emails from you that make it clear that you do not understand your position in this matter. Black Duck Properties, LLC purchased the P-21 Express Gas pipeline/ROW and Black Duck Properties, LLC is the owner of that pipeline/ROW. Neither DMA Properties, Inc. nor you individually own any interest in Black Duck Properties, LLC. DMA Properties, Inc. owns a 20% net profits interest in payments received by Black Duck Properties, LLC related to the P-21 Express Gas pipeline/ROW. This does not provide DMA Properties, Inc. with any right to review or approve any potential transaction entered into by Black Duck Properties, LLC and certainly DOES NOT AS A MATTER OF LAW grant DMA Properties, Inc. any right to interfere with any potential transaction. Of course you individually have no interest in any of these matters. I can assure you that the pending transaction has not closed and your actions, which I must assume were taken on behalf of DMA Properties, Inc., have jeopardized this potential transaction. In the event that this transaction does not close because of your actions please be advised that Black Duck Properties, LLC will hold DMA Properties, Inc. liable for any and all damages.

Please consider this as formal written notice that DMA Properties, Inc. does not have any right to contact any person or entity concerning the P-21 Express Gas pipeline/ROW. If this notice is ignored and damages result, please consider this as notice that DMA Properties, Inc. and you personally will be held strictly liable for all such damages caused by your reckless and intentional actions. Please do not bother responding or attempting to convince me that you have done nothing wrong and have caused no issues. I know better and am providing you with this notice in a final effort to immediately stop your continued interference with the efforts of Black Duck Properties, LLC to recover the significant investment made by Black Duck Properties, LLC and eventually obtain net profits for all concerned.

*David P. Strolle, Jr.*

Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

**From:** Daniel Moore [mailto:palmettolandandfarms@hotmail.com]
**Sent:** Monday, April 09, 2018 5:04 PM
**To:** Larry Wright
**Cc:** Darin Borders; David Strolle
**Subject:** Re: ROW Pipeline Project

So me making sure you provided John with my agreement ( that you already told Darin and I both you have given John .. which is not correct ) to make sure I am responsible and protect my interest kills a deal how???


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------

From: Daniel Moore <palmettolandandfarms@hotmail.com>
Date: 4/9/18 5:59 PM (GMT-05:00)
To: Larry Wright <larrymwright54@yahoo.com>
Cc: Darin Borders <darinborders@gmail.com>, David Strolle <dstrolle@caglaw.net>
Subject: Re: ROW Pipeline Project

John called me and said the deal is 100% closed. Not sure how I could kill it? Nor would I ever do such a thing. If someone being dishonest kills a deal.. that is not my problem or burden to bare.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Larry Wright <larrymwright54@yahoo.com>
Date: 4/9/18 5:40 PM (GMT-05:00)
To: Daniel Moore <palmettolandandfarms@hotmail.com>
Cc: Darin Borders <darinborders@gmail.com>, David Strolle <dstrolle@caglaw.net>
Subject: Re: ROW Pipeline Project

Daniel-we just came into port and I read this email and the one you sent to John Terrell. You are beyond the lowest of the lowest type of human being I have ever met. You better pray to your God that you didn't kill this deal. Your tortuous interference email accomplished absolutely nothing. You couldn't even wait one week, so your greed got in the way again and of course ruined my vacation!!!
   You have no rights to contact my client nor did you ever have permission. Yours and Darin's 20% profits deal speaks on its own merits and no longer ever requires your intervention.


Larry Wright

On Apr 9, 2018, at 10:28 AM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Larry,
>
> I have received a request ( Saturday ) to further discuss the ROW with a potential buyer/funding source. Before i respond, i need you to verify that you are: (1) in possession of a written offer? (2) When will you be sending that offer to Darin and I for our review in order to see if we all are willing to ( or need too ) accept the terms moving forward. (3) Have you received the funds that you were expecting to be wired from your buyers?? and what happens if you do not by April 15th? .. I know you said you already have been paid $500,000.00 from them and that it is non-refundable. I cannot understand how that was possible for them to do before Darin and I agreed to anything. That said, I hope to understand it all more clearly once we review the offer ... because of that hope, I will hold most of my concerns and questions until I have all the details. That will hopefully drastically reduce the scope of my current questions and concerns. (4) John Terrell ?? ( or the gentleman that met with Darin ) asked Darin to send him a copy of our individual agreements regarding the ROW. You have since informed me that you have provided all of the documents to him and therefore we do not need to send him anything. Is that still the case? I do not want to drop the ball caused by any further miscommunications , so if you have given them the agreements on our behalf.. great, please confirm. If not, ( i know you are on a 2 week vacation ) we will go ahead and do so. I do not have any of his contact info to provide him his requested documents.. i assume Darin does?

Hope you have a wonderful vacation!

Regards,
Daniel