# Exhibit 31:
# April 16, 2019 Email

**From:** Daniel Moore <palmettolandandfarms@hotmail.com>
**Sent:** Tuesday, April 16, 2019 6:01 PM
**To:** aseger@thesegerfirm.com; Chris Johns; Christie Hebert; dmapropertiesinc@outlook.com
**Subject:** Fw: False allegations and claims answered with facts

**From:** Larry Wright <larrymwright54@yahoo.com>
**Sent:** Tuesday, April 16, 2019 4:15:35 PM
**To:** Daniel Moore; Darin Borders
**Cc:** Dstrolle@caglaw.net
**Subject:** False allegations and claims answered with facts

Daniel-I'm at a loss what your are trying to do and destroy.  I'm afraid the only thing you are going to to do is destroy Darin's chance to make any money on this deal.   Of course that would destroy your chance too and We are prepared to protect my good reputation!!!!





FW: Status of Wire (2)

Daniel Moore  From: palmettolandandfarms@  09/16/16 at 5:21 PM

Daniel Moore <palmettolandandfarms@hotmail.com> 09/16/16 at 5:26 PM
To: Chase Palmer, Darin Borders
CC: Rod Roberts, hscohle@yahoo.com, larrymwright54@yahoo.com

Chase,

Please copy Mr Larry Wright and Hagan Cohle (copied on this email) on any and all future emails. They are the controlling parties of this deal from the buyers side.

Regards,
Daniel Moore

From: cpalmerplf@gmail.com
Date: Fri, 16 Sep 2016 13:38:45 -0500
Subject: Status of Wire
To: palmettolandandfarms@hotmail.com; darinborders@gmail.com
CC: rod@lancerresources.com

Gentlemen,
I am currently in meetings, but would request a status update on the wire transfer. I have not received any notification that the amendment extension has funded. Please advise. Thanks.

2



Email screenshot — Fwd: Re: The Express Gas Pipeline

From Chase Palmer (Palmer Law Firm, 301 N. Wellington Street, Marshall, Texas 75670) to Larry Wright, forwarding a conversation with Daniel Moore regarding a 90-day extension, $500,000 non-refundable payment, $2,000,000 balance, and closing on or before October 14, 2017.



As you can see on 7/17/17, you gave full authority to close any way I could, no questions asked. You can put all the spin on this you want, but the facts speak for themselves.

    There are several reasons for why you did this. First you made an end run on me and BlackDuck with Faryx and Joe Michael on May 28th, 2017. Chase Palmer confirmed the agreement and you confirmed on May 28th at 1:39 pm. You immediately put BlackDuck into a default situation without ever running it by us till way later. Chase Palmer had to provide these documents to me on 7/14/17 at 11:12am. I have no proof Darrin that you were part of this mutiny?? Then on 7/14/17 at 3:32 pm you had your little blowup with Rod Roberts and Chase. I had to come in to salvage any way I could to close and save the over $1,000,000 in non refundable earnest money that I had wired to Rod Roberts from KrisJenn Ranch LLC(not one penny every came from BlackDuck)!!!!!! In the last dealings you never got my approval or ever thought about my earnest money that was on deposit, that You maliciously put at risk!!!! And again you can spin it any way you want.

The last thing you did when you gave up on closing was offered me $1.5 million not to close. You assured me Joe Michael of Faryx would have me the money. Again, I'm not sure you were part of this or not Darrin? Two days before I closed, you and Joe had completely giving up on me ever closing!!!!

In effect, when I did close, It was only after BlackDuck defaulted on its earnest money Contract. Joe Michael and Daniel Moore went silent for two days. Y'all were in shock and Non-believe when you found out I closed. I'm SURE that spoiled your's and Joes plans! Well guest what? The facts will prove that BlackDuck defaulted and yall's 20% each went into the trash can. Rod made a new deal with me on such a short time line that it would be impossible to get a Bank loan. I scrambled and made an outrageously high 17% interest rate loan thru KrisJenn. KrisJenn Ranch bought the Express!!!!

I have held all of this bottled up for quite a while. I'm not sure you knew any of this Darrin. I pray you weren't involved

4

or there wouldn't be any need for this email.    I agree I didn't make the Best deal the World ever saw when I sold, but I still after everything that has happened ....... tried to keep y'all in the picture with Honor.   But as both of you have agreed many times in emails that I have Kept: Is that I had full authority.    My belief is that I can arbitrarily end yall's 20% right now.   I would prefer to get KrisJenn even, then all of us make some money.  Daniel if you keep bothering my buyers, I will have no option, but to end the 20% and file Malicious charges against you and all of your forfeited Companies in the Sate of Texas.  I pray Darrin, you were not a part of any of the above and you did everything you said you would for the benefit of the water project.

If I don't get some type of answer, Daniel that you have backed off with yourself and your attorney Harassing my buyers by April 23rd.   Then I will proceed to kill the 20% each of you own.  I will just give the buyers yall's 4%  (Darrin did you hire an attorney yet and put Crockett(Buyers attorney)on Notice) If not I can have KrisJenn assign your percentage now.  I can do your's also Daniel.    Yall's choice -live with the deal and make more money than you ever dreamed of/or kill the deal.    And on a last note, I'm not ever interested in arguing agin with you Daniel or the way you spin everything.   I can continue from this point forward if you want on a strictly business relationship.  Darrin,I think we are in that Business relationship.  Thank you and waiting to hear back.

God Bless,
Larry Wright
KrisJenn Ranch LLC