# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC, Series Uvalde Ranch,
Krisjenn Ranch, LLC, Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    VIA TELEPHONE: (888)278−0296; AC:9198559

    on    **8/17/20 at 10:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278−0296 Access Code 9198559# IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 28 Motion For Partial Summary Judgment on the Interpretation of DMA's Net−Profits Interest Agreement Filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc.. Hearing Scheduled For 8/17/2020 at 10:30 AM at VIA TELEPHONE−Conference Dial−In Number: (888)278−0296; Access Code: 9198559 (Castleberry, Deanna)

Dated: 7/27/20

                                            Barry D. Knight
                                            Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]