

**The relief described hereinbelow is SO ORDERED.**

**Signed August 03, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| _In re_: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| _Debtor_ | § | Case No. 20-50805 |
| | § | |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § | |
| | § | Adversary No. 20-05027 |
| _Plaintiffs_, | § | |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § | |
| | § | |
| _Defendants_. | § | |

| DMA Properties, Inc. and Frank Daniel Moore, | § |   |
|---|---|---|
|   | § |   |
| *Cross-Plaintiffs/Third-Party Plaintiffs,* | § |   |
|   | § |   |
| v. | § | Adversary No. 20-05027 |
|   | § |   |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | § |   |
|   | § |   |
| *Cross-Defendants/Third-Party Defendants.* | § |   |

## INTERIM ORDER

On this day, the Court held a hearing on Plaintiffs' Motion to Quash Subpoena. Having reviewed the parties' briefing, the governing law, and the case file as a whole, the Court hereafter enters the following:

IT IS ORDERED that Plaintiffs shall prepare and submit a privilege log by August 14, 2020; and

IT IS FURTHER ORDERED that the Court will consider Plaintiffs' remaining privilege objections on August 17, 2020 at 10:30 a.m., as the parties already have a hearing scheduled for that date.

###

Order Prepared By:

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ Natalie F. Wilson
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

DMA Properties, Inc. respectfully requests that the following parties (in addition to counsel list above) receive copies of this order if signed:

Ronald Smeberg
Charles John Muller, IV
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
ron@smeberg.com
john@muller-smeberg.com

*Counsel for Plaintiffs KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com

*Counsel for Defendant Longbranch Energy, LP*

Ronald Smeberg
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
ron@smeberg.com

*Counsel for Third-Party Defendant Black Duck Properties, LLC*

Shane P. Tobin
OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov

*United States Trustee*

Larry Wright
410 Spyglass Road
McQueeney, TX 78123

*Third-Party Defendant, pro se*

John Terrill
12712 Arrowhead Lane
Oklahoma City, OK 73120

*Third-Party Defendant, pro se*