# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| *In re*: | § |
| | § Chapter 11 |
| KrisJenn Ranch, LLC, | § |
| | § |
| *Debtor* | § Case No. 20-50805-RBK |

| | |
|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § |
| *Plaintiffs*, | § Adversary No. 20-05027-RBK § |
| v. | § § |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § |
| *Defendants*. | § § |

| | |
|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § § |
| *Cross-Plaintiffs/Third-Party Plaintiffs*, | § § |
| v. | § Adversary No. 20-05027-RBK § |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | § § § § § § |
| *Cross-Defendants/Third-Party Defendants.* | § § |

### STIPULATION REGARDING ANSWER DEADLINE FOR THIRD PARTY DEFENDANT LARRY WRIGHT

TO THE HON. RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

COME NOW Third-Party Plaintiffs DMA Properties, Inc. and Frank Daniel Moore (together, "Moore") and Third-Party Defendant Larry Wright (together with Moore, the "Parties") and stipulate and agree as follows:

1. On May 1, 2020, Krisjenn Ranch, LLC; Krisjenn Ranch, LLC, Series Uvalde Ranch; Krisjenn Ranch, LLC, Series Pipeline Row (together, "Debtors") initiated the above-captioned adversary by filing a complaint against DMA Properties, Inc. ("DMA") and others. *See* Adv. Dkt. 1.

2. On June 1, 2020, DMA filed its Counterclaim and a Third-Party Complaint against Larry Wright, among others. *See* Adv. Dkt. 6.

3. Summons was issued to Wright on June 2, 2020. *See* Adv. Dkt. 7. Summons was reissued on June 12, 2020 and the Clerk of Court noted Wright's Answer due on July 13, 2020. *See* Adv. Dkt. 13.

4. No return of service on Wright has been filed.

5. On or about July 23, 2020, Wright engaged attorney William Germany to represent him in connection with the above-captioned adversary.

6. Mr. Germany accepted service of the Third-Party Complaint on behalf of Wright.

NOW THEREFORE,

A. The Parties agree and stipulate that Wright's Answer or other responsive pleading to the Third-Party Complaint [Dkt. 6] shall be **August 14, 2020**.

IT IS SO STIPULATED.

Dated August 5, 2020.

[Remainder of page intentionally left blank, signature pages follow]

| | |
|---|---|
| LANGLEY & BANACK, INC.<br>745 East Mulberry, Suite 700<br>San Antonio, Texas 78212<br>Telephone: (210) 736-6600<br>Facsimile: (210) 735-6889<br>Email: nwilson@langleybanack.com<br><br>By : /s/ *Natalie F. Wilson*<br>    NATALIE F. WILSON<br>    State Bar No. 24076779<br><br>COUNSEL FOR Defendants/Third Party Plaintiffs DMA Properties, Inc. and Frank Daniel Moore | BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209<br>Email: wgermany@bsklaw.com<br>Telephone: (210) 824-3278<br>Telecopier: (210) 824-3937<br><br>By: /s/ *William P. Germany (w/ permission)*<br>    WILLIAM P. GERMANY<br>    State Bar No. 24069777<br><br>COUNSEL FOR Third Party Defendant Larry Wright |

## Certificate of Service

    I hereby certify that on August 5, 2020 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>Email: john@muller-smeberg.com<br>Muller Smeberg, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br><br>Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Plaintiffs Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row** | Michael Black<br>Email: mblack@burnsandblack.com<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br><br>Jeffery Duke<br>Email: jduke@dbmmlaw.com<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br><br>**Counsel to Defendant Longbranch Energy, LP** |
| Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Third-Party Defendant Black Duck Properties, LLC** | Shane P. Tobin<br>Email: shane.p.tobin@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br><br>**United States Trustee** |
| William P. Germany<br>Email: wgermany@bsklaw.com<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209<br><br>**COUNSEL FOR Third Party Defendant Larry Wright** | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>**Third Party Defendant,** *pro se* |

                      /s/ *Natalie F. Wilson*
                      NATALIE F. WILSON