**The relief described hereinbelow is SO ORDERED.**

**Signed August 03, 2020.**



_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| *In re*: § | |
| § | Chapter 11 |
| KrisJenn Ranch, LLC, § | |
| § | |
| *Debtor* § | Case No. 20-50805 |
| § | |

| | |
|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, § § § § § | |
| § | Adversary No. 20-05027 |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | |
| DMA Properties, Inc. and Longbranch Energy, LP, § § | |
| § | |
| *Defendants*. § | |

| | |
|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § § |
| *Cross-Plaintiffs/Third-Party Plaintiffs,* | § § § |
| v. | §  Adversary No. 20-05027 |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | § § § § § § § § |
| *Cross-Defendants/Third-Party Defendants.* | § |

# INTERIM ORDER

On this day, the Court held a hearing on Plaintiffs' Motion to Quash Subpoena. Having reviewed the parties' briefing, the governing law, and the case file as a whole, the Court hereafter enters the following:

IT IS ORDERED that Plaintiffs shall prepare and submit a privilege log by August 14, 2020; and

IT IS FURTHER ORDERED that the Court will consider Plaintiffs' remaining privilege objections on August 17, 2020 at 10:30 a.m., as the parties already have a hearing scheduled for that date.

###

Order Prepared By:

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ Natalie F. Wilson
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

DMA Properties, Inc. respectfully requests that the following parties (in addition to counsel list above) receive copies of this order if signed:

Ronald Smeberg
Charles John Muller, IV
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
ron@smeberg.com
john@muller-smeberg.com

*Counsel for Plaintiffs KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com

*Counsel for Defendant Longbranch Energy, LP*

Ronald Smeberg
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
ron@smeberg.com

*Counsel for Third-Party Defendant Black Duck Properties, LLC*

Shane P. Tobin
OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov

*United States Trustee*

4

Larry Wright
410 Spyglass Road
McQueeney, TX 78123

*Third-Party Defendant, pro se*

John Terrill
12712 Arrowhead Lane
Oklahoma City, OK 73120

*Third-Party Defendant, pro se*

```
                        United States Bankruptcy Court
                         Western District of Texas
Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
        Plaintiff                                               Adv. Proc. No. 20-05027-rbk
DMA Properties, Inc.,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: lunae              Page 1 of 2          Date Rcvd: Aug 04, 2020
                              Form ID: pdfintp         Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
aty            +Christopher S. Johns,    JOHNS & COUNSEL PLLC,    14101 Highway 290 West,    Suite 400A,
                 Austin, TX 78737-9376
aty            +Jeffery Duke,   DUKE BANISTER MILLER & MILLER,    22310 Grand Corner Drive,    Suite 110,
                 Katy, TX 77494-7467
aty            +Michael Black,    BURNS & BLACK PLLC,    750 Rittiman Road,    San Antonio, TX 78209-5500
aty            +Timothy Cleveland,    CLEVELAND TERRAZAS PLLC,    4611 Bee Cave Road,   Suite  306B,
                 Austin, TX 78746-5284
3pd            +John Terrill,    12712 Arrowhead Lane,    Oklahoma City, OK 73120-8829
3pd            +Larry Wright,    410 Spyglass Road,   McQueeney, TX 78123-3418
               +Natalie F Wilson,    Langley & Banack,    745 E Mulberry Ave, Suite 700,
                 San Antonio, TX 78212-3172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion07.cc.ecf@usdoj.gov Aug 05 2020 01:43:53     US Trustee,
                 606 N Carancahua,    Corpus Christi, TX 78401-0680
ust             E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Aug 05 2020 01:43:46
                 United States Trustee - SA12,    US Trustee's Office,   615 E Houston, Suite 533,   PO Box 1539,
                 San Antonio, TX  78295-1539
intp            E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Aug 05 2020 01:43:46    U.S. Trustees Office,
                 P. O. Box 1539,    San Antonio, TX  78295-1539
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*             U.S. Trustees Office,    P. O. Box 1539,   San Antonio, TX  78295-1539
3pd*           +John Terrill,    12712 Arrowhead Lane,   Oklahoma City, OK 73120-8829
3pd*           +Larry Wright,    410 Spyglass Road,   McQueeney, TX 78123-3418
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Austin Hammer Krist    on behalf of Interested Party Frank Daniel Moore
               akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Third Pty Plaintif    DMA Properties, Inc.
               akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Defendant    DMA Properties, Inc. akrist@clevelandterrazas.com
              Austin Hammer Krist    on behalf of Third Pty Plaintif Frank Daniel Moore
               akrist@clevelandterrazas.com
              Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
               Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com,
               mary.ables-miller@chamberlainlaw.com
              Charles John Muller, IV    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch,
               LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row
               john.muller@chamberlainlaw.com,   mary.ables-miller@chamberlainlaw.com
              Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series
               Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com,  ronaldsmeberg@yahoo.com
              Ronald J. Smeberg    on behalf of 3rd Pty Defendant    Black Duck Properties, LLC ron@smeberg.com,
               ronaldsmeberg@yahoo.com
              Ronald J. Smeberg    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
               Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com,
               ronaldsmeberg@yahoo.com
```

```
District/off: 0542-5           User: lunae              Page 2 of 2             Date Rcvd: Aug 04, 2020
                               Form ID: pdfintp         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        TOTAL: 9