IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN | § | ADVERSARY CASE NO. 20-05027-rbk |
| RANCH, LLC, SERIES UVALDE | § | |
| RANCH, KRISJENN RANCH, LLC, | § | LEAD BANKRUPTCY CASE NO. |
| SERIES PIPELINE ROW | § | 20-50805-rbk |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DMA PROPERTIES, INC. AND | § | |
| LONGBRANCH ENERGY, LP | § | |
|     Defendants. | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned of JONES, ALLEN & FUQUAY, L.L.P. hereby appears on behalf of McLEOD OIL, LLC, and respectfully requests that all notices which are required to be given in this case and all papers which are required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure, be served upon JONES, ALLEN & FUQUAY, L.L.P. at the address, telephone and facsimile number listed below:

Laura L. Worsham, Esq.
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243
Telephone: (214) 343-7400
Facsimile: (214) 343-7455
E-mail: lworsham@jonesallen.com

Respectfully submitted,

**JONES, ALLEN & FUQUAY, L.L.P.**
8828 Greenville Avenue
Dallas, Texas 75243
Telephone: (214) 343-7400
Facsimile: (214) 343-7455

By: */s/ Laura L. Worsham*
　　Laura L. Worsham
　　State Bar No. 22008050

Attorneys for McLEOD OIL, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above Notice of Appearance has been served electronically on all counsel of record on this 12th day of August, 2020:

　　/s/ Laura L. Worsham
　　Laura L. Worsham