

**The relief described hereinbelow is SO ORDERED.**

**Signed August 14, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | Chapter 11 | |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | Case No. 20-50805 | |
| § | | |
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW** as successors in interest to § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| v. § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | Adversary No. 20-05027 | |
| *Defendants* § | | |
| **DMA PROPERTIES, INC.** § | | |
| *Counter-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | Adversary No. 20-05027 | |
| *Counter-Defendants/Third-Party Defendants* § | | |

**ORDER ON AGREED JOINT MOTION TO EXTEND DEADLINES FOR THIRD-PARTY DEFENDANT LARRY WRIGHT'S RESPONSE TO THIRD-PARTY PLAINTIFFS DMA PROPERTIES, INC. AND FRANK DANIEL MOORE'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

On this day came to be heard Third-Party Defendant Larry Wright and Third-Party Plaintiffs DMA Properties, Inc. and Frank Daniel Moore's Joint Motion to Extend Deadlines for Larry Wright's Response Date to DMA Properties, Inc. and Frank Daniel Moore's Partial Motion for Summary Judgment (collectively, the "Agreed Parties"). Debtors' KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW ("Debtors") joined in the Motion after it was filed, and have also agreed to the extensions herein. Finding that good cause exists for the relief requested, with no objection being made to the Motion, and after consideration of all matters before it, the Court is of the opinion that the Agreed Parties' requests should be granted.

It is therefore ORDERED that the hearing on DMA Properties, Inc.'s Motion For Partial Summary Judgment On The Interpretation of DMA's Net-Profits Interest Agreement shall be continued to the date and time set forth above; and it is further

ORDERED that Larry Wright's response date to DMA Properties, Inc. and Frank Daniel Moore's Partial Motion for Summary Judgment be extended to September 14, 2020; and it is further

ORDERED that the deadline to file and serve the Debtors' response to DMA Properties, Inc. and Frank Daniel Moore's Partial Motion for Summary Judgment shall be extended to September 14, 2020; and it is further

ORDERED that the hearing on Debtors' Amended Motion to Quash Third-Party Subpoena and Objections shall be continued to the date and time set forth above; and it is further

ORDERED that the deadline to submit the privilege log for documents requested from David Strolle shall be extended to September 14, 2020; and it is further

ORDERED that **DMA Properties, Inc. and Frank Daniel Moore's Partial Motion for Summary Judgment set for hearing on August 17, 2020 be removed from the August 17, 2020 docket and be reset to September 22, 2020 @10am. VIA Telephone Dial 1-888-278-0296 Access Code 9198559;** and it is further

ORDERED that **Debtors' Amended Motion to Quash Third-Party Subpoena and Objections set for hearing on August 17, 2020 be removed from the August 17, 2020 docket and be reset to September 22, 2020 @10am. VIA Telephone Dial 1-888-278-0296 Access Code 9198559.** Ms. Wilson shall be responsible for notice to parties.

###

**AGREED AND SUBMITTED BY:**

BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
Email: wgermany@bsklaw.com

 /s/ *William P. Germany*
WILLIAM P. GERMANY
State Bar No. 24069777
*Attorney for Third-Party Defendant Larry Wright*


LANGLEY & BANACK, INC.
745 East Mulberry, Suite 700
San Antonio, Texas   78212
Telephone:  (210) 736-6600
Facsimile:  (210) 735-6889
Email:  nwilson@langleybanack.com

 /s/ *Natalie F. Wilson*
NATALIE F. WILSON
State Bar No. 24076779
*Counsel for Defendants/Third-Party Plaintiffs*
*DMA Properties, Inc. and Frank Daniel Moore*


MULLER SMEBERG, PLLC

By:   /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209

Telephone: 210-664-5000
Facsimile: 210-598-7357
*Counsel for Debtor Entities KrisJenn Ranch, LLC*
*KrisJenn Ranch, LLC Series Pipeline ROW ,*
*KrisJenn Ranch, LLC Series Uvalde Ranch*
*as successors to Black Duck Properties, LLC*