# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  VIA TELEPHONE: (888)278–0296; AC:9198559

on  **9/22/20 at 10:00 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278–0296 Access Code 9198559# IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 41 Motion For Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc.. Hearing Scheduled For 9/22/2020 at 10:00 AM at VIA TELEPHONE–Conference Dial–In Number: (888)278–0296; Access Code: 9198559 (Castleberry, Deanna)

Dated:  8/17/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]