

**The relief described hereinbelow is SO ORDERED.**

**Signed August 17, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, | § | |
| LLC-SERIES UVALDE RANCH, AND | § | |
| KRISJENN RANCH, LLC-SERIES PIPELINE | § | |
| ROW, AS SUCCESSORS IN INTEREST TO | § | |
| BLACK DUCK PROPERTIES, LLC, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH | § | |
| ENERGY, LP. | § | |

**ORDER SETTING TRIAL ON THE MERITS**

On this date came on for review the docket sheet in the above-referenced adversary proceeding, and it appears to the Court that trial on the merits should be set.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that a 3-day trial on the merits in this proceeding is hereby set to begin on **DECEMBER 7, 2020, AT 10:30 A.M.**, in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas.

Pursuant to this Court's Amended Order Regarding Court Operations in Response to the COVID-19 Pandemic, dated May 29, 2020, all parties are required to appear telephonically by dialing into the Court's teleconference hearing system. For this proceeding, dial (888) 278-0296 and input Access Code 9198559 when prompted. If parties will be offering exhibits and calling witnesses, they must contact the Courtroom Deputy, Deanna Castleberry, for instructions for hearing this trial by WebEx.

# # #