# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| KRISJENN RANCH, LLC | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE | § | |
| ROW as successors in interest to | § | |
| BLACKDUCK PROPERTIES, LLC, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| DMA PROPERTIES, INC., and | § | |
| LONGBRANCH ENERGY, LP, | § | Adversary No. 20-05027 |
| *Defendants* | § | |

| | | |
|---|---|---|
| DMA PROPERTIES, INC | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE ROW, | § | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, | § | |
| LARRY WRIGHT, and JOHN TERRILL | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | § | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION FOR LEAVE TO FILE <u>THEIR FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES</u>**

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE RONALD B. KING:

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC (collectively the "Debtors"), and file this Motion for Leave to File Their First Amended Answer and Affirmative Defenses (the "Motion") to DMA Properties, Inc. and Frank Daniel Moore's Counterclaims and Third Party Claims (Dkt. Nos. 6 & 14).

## BACKGROUND

1. DMA Properties, Inc. filed its Counterclaim and Third-Party Complaint on June 1, 2020. (Dkt. No. 5).

2. The Debtors answered DMA Properties, Inc.'s Counterclaim and Third-Party claim on June 29, 2020. (Dkt. No. 20).

3. Frank Daniel Moore filed his Counterclaim and Third-Party Complaint on June 12, 2020. (Dkt. No. 14).

4. The Debtors answered Frank Daniel Moore's Counterclaim and Third-Party Complaints on July 6, 2020. (Dkt. No. 21).

5. Trial is currently set for December 7, 2020. (Dkt. No. 44). Minimal discovery has been conducted and a Motion for Summary Judgment is currently set for September 22, 2020.

6. Debtors now seek to amend their answer to DMA Properties, Inc.'s Counterclaim and Third-Party Complaint. A true and correct copy of their proposed First Amended Answer is attached hereto as Exhibit A.

7. Debtors now seek to amend their answer to Frank Daniel Moore's Counterclaim and Third-Party Complaint. A true and correct copy of their proposed First Amended Answer is attached hereto as Exhibit B.

## ARGUMENTS AND AUTHORITY

8. Rule 15 of the Federal Rules of Civil Procedure provides in relevant part that ". . . a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." FED. R. CIV. P. 15(a).

9. The United States Supreme Court has declared that Rule 15(a)'s directive that leave to amend "shall be freely given when justice so requires" is a "mandate . . . to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Foman court further declared that:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, [or] undue prejudice to the opposing party by virtue of allowance of the amendment . . .the leave sought should, as the rules require, be "freely given."

*Id*. (quoting Rule 15(a)).

10. No prejudice would result from granting the relief requested in this Motion. Discovery is in its initial stages and trial is more set more than 90 days from the date on which the relief sought herein has been requested. Further, the deadline for filing for leave to amend pleadings has not passed. Accordingly, the Debtors respectfully request the Court grant leave to amend their Answers to DMA and Moore's Counterclaims.

WHEREFORE PREMISES CONSIDERED KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC respectfully request that the Court grant its Motion for Leave to File their First Amended Answers and Affirmative Defenses to DMA Properties, Inc. and Frank Daniel Moore's Counterclaims. Debtors further request that the Court order that the Debtors' First Amended Pleadings, attached hereto as Exhibits A and B, be filed among the pleadings in this case and grant it any other relief to which they are entitled.

Dated: August 19, 2020

                                              Respectfully submitted,

                                              MULLER SMEBERG, PLLC

By:   /s/ *John Muller*
       C. John Muller IV
       State Bar No. 24070306
       john@muller-smeberg.com
       Ronald J. Smeberg
       State Bar No. 24033967
       ron@smeberg.com
       Ezekiel J. Perez
       State Bar No. 24096782
       zeke@muller-smeberg.com
       111 W. Sunset Rd.
       San Antonio, TX 78209
       Telephone: 210-664-5000
       Facsimile: 210-598-7357

       ATTORNEY FOR DEBTORS

## CERTIFICATE OF CONFERENCE

    I hereby certify that on August 19, 2020 I conferred with counsel for DMA Properties, Inc. and Frank Daniel Moore, about the relief requested in this motion. Upon such conference, Ms. Wilson has indicated that they are opposed to the relief requested in the above motion.

                                      /s/ *Ezekiel J .Perez*
                                      Ezekiel. J. Perez

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 19th day of August 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

David P. Strolle, Jr.
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

            /s/ *John Muller*
            C. John Muller IV