

**The relief described hereinbelow is SO ORDERED.**

**Signed August 20, 2020.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| v. | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |
| **DMA PROPERTIES, INC.** | § | |
| *Counter-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* | § | |

# ORDER GRANTING AN EXPEDITED HEARING ON DEBTOR'S MOTION TO CONTINUE DMA PROPERTIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DMA'S OWNERSHIP INTEREST IN THE BIGFOOT NOTE PAYMENT

On consideration of Debtors' Motion for Expedited Consideration of Debtors' Motion to Continue DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payment (the "Motion"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a **hearing on Debtors' Motion to Continue DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payment is set for 08/25/2020 9:30am.  VIA Telephone Dial 1-888-278-0296 Access Code 9198559;**  and it is further

ORDERED that Debtors shall serve notice of this hearing on all parties on Debtor's service list attached to the motion.

###

**PREPARED AND ENTRY REQUESTED BY**

    MULLER SMEBERG, PLLC

By:   /s/ *John Muller*
    C. John Muller IV
    State Bar No. 24070306
    john@muller-smeberg.com
    Ronald J. Smeberg
    State Bar No. 24033967
    ron@smeberg.com
    Ezekiel John Perez
    State Bar No. 24096782
    zeke@muller-smeberg.com
    111 W. Sunset Rd.
    San Antonio, Texas 78209
    Telephone: (210) 664-5000
    Facsimile: (210) 598-7357
    ATTORNEY FOR DEBTORS