## Case Information

Bigfoot Energy Services LLC vs. Black Duck Properties, LLC, KrisJenn Ranch, L.L.C.,KrisJenn Ranch, L.L.C. a Texas Limited Liability Co.-Series Uvalde Ranch and DMA Properties, LLC

2019-355

| Location | Case Category | Case Type | Case Filed Date | Judge |
|---|---|---|---|---|
| Panola County - District Clerk - District Court | Civil - Other Civil | Other Civil | 4/27/2020 | Rafferty, LeAnn Kay |

## Parties [14]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | Bigfoot Energy Services LLC | ROBERT SHERMAN |
| Defendant | Black Duck Properties, LLC | |
| Defendant | DMA Properties, LLC | Christopher S. Johns |
| Defendant | KrisJenn Ranch, L.L.C. | David P. Strolle |
| Defendant | KrisJenn Ranch, L.L.C. a Texas Limited Liability Co.-Series Uvalde Ranch and DMA Properties, LLC | |
| Counter-Petitioner | KrisJenn Ranch, L.L.C. | David P. Strolle |
| Counter-Petitioner | Black Duck Properties, LLC | |
| Counter-Petitioner | KrisJenn Ranch, L.L.C. a Texas Limited Liability Co.-Series Uvalde Ranch and DMA Properties, LLC | Ronald J. Smeberg |
| Counter-Petitioner | LARRY WRIGHT | |
| Counter-Respondent | DMA Properties, LLC | Christopher S. Johns |
| Cross-Defendant | KrisJenn Ranch, L.L.C. | David P. Strolle |
| Cross-Defendant | Black Duck Properties, LLC | |
| Cross-Defendant | KrisJenn Ranch, L.L.C. a Texas Limited Liability Co.-Series Uvalde Ranch and DMA Properties, LLC | |
| Cross-Plaintiff | DMA Properties, LLC | Christopher S. Johns |

## Filings [15]

| Date | Filing Type | Filing Description | Documents |
|---|---|---|---|
| 9/24/2019 | Plaintiff's Original Petition (OCA) * | Plaintiff's Interpleader Petition | petition.pdf |
| 9/24/2019 | Letter * | Letter to the Clerk | clerk letter.pdf |
| 9/30/2019 | Petition * | Proposed Interpleader Order | order.interpleader.pdf |
| 10/1/2019 | No Fee Documents | Letter requesting issuance and service | clerk service request letter.pdf |
| 10/18/2019 | Answer/Response | Defendants Answer to Interpleader Petition and Claim to Funds | Def's Answer to Interpleader Petition and Claim to Funds w. Attachments.pdf |
| 11/26/2019 | Answer/Response | Claimant-Defendant DMA Properties, Inc.'s Answer to Interpleader Petition and Cross-Claims | Moore 2019-11-25 Answer to Interpleader Petition and Cross-Claims.pdf |
| 11/26/2019 | Counter Claim/Cross Action/Interpleader/Intervention/Third Party | DMA Properties, Inc.'s Third-Party Petition | Moore 2019-11-25 DMA 3rd Party Petition.pdf |
| 11/26/2019 | Counter Claim/Cross Action/Interpleader/Intervention/Third Party | Petition in Intervention | Moore 2019-11-25 Petition in Intervention.pdf |
| 11/26/2019 | Letter * | Citation Request | Moore 2019-11-25 Citation Request.pdf |
| 12/27/2019 | Counter Claim/Cross Action/Interpleader/Intervention/Third Party | THIRD PARTY DEFENDANT, LARRY WRIGHT'S PLEA IN ABATEMENT, ORIGINAL ANSWER AND COUNTERCLAIM TO THIRD PARTY PETITION | Plea in Abatement, Original Answer and Counterclaim. final signed.pdf |
| 1/27/2020 | Answer/Response | Original Answer of Third Party Plaintiff DMA Properties, Inc. to Third Party Defendant Larry Wright's Counterclaim | Moore 2020-01-27 DMA Properties, Inc.'s Answer to Third Party Counter-claims.pdf |
| 4/7/2020 | Motion (No Fee) | DMA Properties Motion for Partial Summary Judgment | Moore 2020-04-05 Motion for Partial Summary Judgment in Interpleader Action.pdf |
| 4/20/2020 | Proposed Order | ORDER SETTING HEARING FOR PARTIAL SUMMARY JUDGMENT FOR HEARING BY SUBMISSION | Moore 20.4.14 Proposed Order Setting MSJ Hearing.pdf |
| 4/24/2020 | Proposed Order | Proposed Order Setting MSJ Hearing | Moore 20.4.22 Proposed Order Setting MSJ Hearing.pdf |
| 4/27/2020 | Notice | Debtor's Notice of Bankruptcy Filing | Bigfoot - Defs Notice of BK Case Filing Cause No. 2019-355.pdf |

© 2020 Tyler Technologies, Inc. | All Rights Reserved
Version: 2020.0.4.3113

EMPOWERED BY TYLER TECHNOLOGIES