Filed 4/24/2020 10:53 AM
Lindsey Smith, District Clerk
Panola County, Texas
By: April Ham, Deputy Clerk
2019-355

Cause No. 2019-355

| | | |
|---|---|---|
| Bigfoot Energy Services, LLC, § | | In the District Court |
|     *Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | | |
| Black Duck Properties, LLC, KrisJenn § | | of Panola County, Texas |
| Ranch, LLC, KrisJenn Ranch, LLC, a § | | |
| Texas Limited Liability Company–Series § | | |
| Uvalde Ranch, and DMA Properties, § | | |
| Inc., § | | |
|     *Defendants.* § | | 123rd Judicial District |

| | | |
|---|---|---|
| DMA Properties, Inc., § | | In the District Court |
|     *Cross-Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | | |
| Black Duck Properties, LLC, KrisJenn § | | of Panola County, Texas |
| Ranch, LLC, and KrisJenn Ranch, LLC, § | | |
| a Texas Limited Liability Company– § | | |
| Series Uvalde Ranch, § | | |
|     *Cross-Defendants.* § | | 123rd Judicial District |

### ORDER SETTING MOTION FOR PARTIAL SUMMARY JUDGMENT FOR HEARING

Cross-Plaintiff and Defendant DMA Properties, Inc.'s motion for partial summary judgment filed April 7, 2020 is hereby set for hearing on Wednesday, May 6, 2020 at 2 P.M. via Zoom Video Conferencing. The Meeting ID for the hearing is 982 0831 7171 and the password is 265336. The hearing via Zoom Video Conference can be accessed using the following URL address: https://txcourts.zoom.us/j/98208317171.

SIGNED this the __23__ day of April 2020.

_LeAnn K Rafferty_
PRESIDING JUDGE