# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** <br> **KRISJENN RANCH, LLC** <br> *Debtor* | § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 20-50805 |
| **KRISJENN RANCH, LLC and** <br> **KRISJENN RANCH, LLC-SERIES** <br> **UVALDE RANCH, and KRISJENN** <br> **RANCH, LLC-SERIES PIPELINE** <br> **ROW as successors in interest to** <br> **BLACKDUCK PROPERTIES, LLC,** <br> *Plaintiffs* <br> v. <br> **DMA PROPERTIES, INC., and** <br> **LONGBRANCH ENERGY, LP,** <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br><br><br> Adversary No. 20-05027 |
| **DMA PROPERTIES, INC.** <br> *Counter-Plaintiff/Third Party Plaintiff* <br> v. <br> **KRISJENN RANCH, LLC,** <br> **KRISJENN RANCH, LLC-SERIES** <br> **UVALDE RANCH, and KRISJENN** <br> **RANCH, LLC-SERIES PIPELINE ROW,** <br> **BLACKDUCK PROPERTIES, LLC,** <br> **LARRY WRIGHT, and JOHN TERRILL** <br> *Counter-Defendants/Third-Party Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br><br> Adversary No. 20-05027 |

## NOTICE OF RESET HEARING

Please take notice that the Court has RESET the hearing before the Honorable Ronald B. King, United States Chief Bankruptcy Judge, to consider and act upon the following:

    **ON:**    23 Amended Motion to Quash Third-Party Subpoena and Objections
              22 Motion to Quash Third-Party Subpoena and Objections
              28 Motion For Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement

    **RESET:**    For 9/22/2020 at 10:00 AM at VIA WEBEX
                (Reset from 8/1/2020)

    **LOCATION:**    www.**ao-courts.webex.com/meet/King**

No further notice of this hearing will be sent

> LANGLEY & BANACK, INC.
> 745 East Mulberry, Suite 700
> San Antonio, Texas 78212
> Telephone: (210) 736-6600
> Facsimile: (210) 735-6889
> Email: nwilson@langleybanack.com
>
> /s/ *Natalie F. Wilson*
> NATALIE F. WILSON
> State Bar No. 24076779
>
> *Counsel for Defendants/Third-Party Plaintiffs*
> *DMA Properties, Inc. and Frank Daniel Moore*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 25, 2020 a true and correct copy of the foregoing document was served on the below parties by First Class Mail, email and or by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.

**Charles John Muller, IV**
Muller Smeberg, PLLC
111 W. Sunset
San Antonio, TX 78209
210-695-6685
Fax : 210-598-7357
Email: john@muller-smeberg.com

**Ronald J. Smeberg**
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
(210) 695-6684
Fax : (210) 598-7357
Email: ron@smeberg.com

**Michael Black**
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
210-829-2022
Fax : 210-829-2021
Email: mblack@burnsandblack.com

**William P Germany**
Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209
210-824-3278
Fax : 210-824-3937
Email: wgermany@bsklaw.com

*Natalie F. Wilson*
Natalie F. Wilson