

**The relief described hereinbelow is SO ORDERED.**

**Signed August 25, 2020.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| v. § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |
| **DMA PROPERTIES, INC.** § | | |
| *Counter-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* § | | |

**ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION TO CONTINUE DMA PROPERTIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DMA'S OWNERSHIP INTEREST IN THE BIGFOOT NOTE PAYMENTS**

On this day came to be heard KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC's (the "Debtors") Motion to Continue DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments (the "Motion"). Finding that good cause exists for the relief requested, and after consideration of all matters before it, the Court is of the opinion that the Debtors' requests should be granted.

It is therefore ORDERED that the hearing on DMA Properties, Inc.'s Motion For Partial Summary Judgment On DMA's Ownership Interest in the Bigfoot Note Payments shall be continued to the date and time set forth above; and it is further

ORDERED that the deadline to file and serve the Debtors' response to DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments shall be extended to October 6, 2020; and it is further

ORDERED that **DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments set for hearing on September 22, 2020 is continued until October 13, 2020 @9:30am. VIA Telephone Dial 888-278-0296 Access Code 91998559.**

###

**PREPARED AND ENTRY REQUESTED BY**

    MULLER SMEBERG, PLLC

By:   /s/ *John Muller*
    C. John Muller IV
    State Bar No. 24070306
    john@muller-smeberg.com
    Ronald J. Smeberg
    State Bar No. 24033967
    ron@smeberg.com
    Ezekiel John Perez
    State Bar No. 24096782
    zeke@muller-smeberg.com
    111 W. Sunset Rd.
    San Antonio, Texas 78209
    Telephone: (210) 664-5000
    Facsimile: (210) 598-7357

    ATTORNEY FOR DEBTORS