

**The relief described hereinbelow is SO ORDERED.**

**Signed September 08, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | |
| *Debtor* § | **Case No. 20-50805** |
| § | |
| **KRISJENN RANCH, LLC and** § | |
| **KRISJENN RANCH, LLC-SERIES** § | |
| **UVALDE RANCH, and KRISJENN** § | |
| **RANCH, LLC-SERIES PIPELINE** § | |
| **ROW as successors in interest to** § | |
| **BLACKDUCK PROPERTIES, LLC,** § | |
| *Plaintiffs* § | |
| **v.** § | |
| **DMA PROPERTIES, INC., and** § | |
| **LONGBRANCH ENERGY, LP,** § | **Adversary No. 20-05027** |
| *Defendants* § | |
| **DMA PROPERTIES, INC.** § | |
| *Counter-Plaintiff/Third Party Plaintiff* § | |
| **v.** § | |
| **KRISJENN RANCH, LLC,** § | |
| **KRISJENN RANCH, LLC-SERIES** § | |
| **UVALDE RANCH, and KRISJENN** § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | |
| **BLACKDUCK PROPERTIES, LLC,** § | |
| **LARRY WRIGHT, and JOHN TERRILL** § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* § | |

**ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED ANSWERS**

On this day came to be considered Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC (collectively the "Debtors") Motion for Leave To File Their First Amended Answer and Affirmative Defenses. Having considered the motion, the Court finds that the motion is with merit and should be granted.

It is therefore ORDERED that the First Amended Answers in the above cause—attached to the instant motion as Exhibits A and B—are hereby accepted as filed in this case and shall be so reflected in the docket.

SO ORDERED.

###

PREPARED AND
SUBMITTED BY:

C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEYS FOR DEBTORS