IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br>KRISJENN RANCH, LLC<br>    *Debtor* | § § § § | Chapter 11<br><br>Case No. 20-50805 |

_____

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and<br>KRISJENN RANCH, LLC-SERIES<br>UVALDE RANCH, and KRISJENN<br>RANCH, LLC-SERIES PIPELINE<br>ROW as successors in interest to<br>BLACKDUCK PROPERTIES, LLC,<br>    *Plaintiffs*<br><br>v.<br><br>DMA PROPERTIES, INC., and<br>LONGBRANCH ENERGY, LP,<br>    *Defendants* | § § § § § § § § § § § § § § | Adversary No. 20-05027 |

_____

| | | |
|---|---|---|
| DMA PROPERTIES, INC<br>    *Cross-Plaintiff/Third Party Plaintiff*<br>v.<br><br>KRISJENN RANCH, LLC,<br>KRISJENN RANCH, LLC-SERIES<br>UVALDE RANCH, and KRISJENN<br>RANCH, LLC-SERIES PIPELINE ROW,<br>BLACK DUCK PROPERTIES, LLC,<br>LARRY WRIGHT, and JOHN TERRILL<br>    *Cross-Defendants/Third-Party*<br>    *Defendants* | § § § § § § § § § § § § § | Adversary No. 20-05027 |

**THIRD-PARTY DEFENDANT LARRY WRIGHT'S
MOTION FOR LEAVE TO FILE HIS FIRST AMENDED
ANSWERS AND AFFIRMATIVE DEFENSES**

1

COMES NOW Third-Party Defendant LARRY WRIGHT and files this Motion for Leave to File His First Amended Answers and Affirmative Defenses to DMA Properties, Inc. and Frank Daniel Moore's Third-Party Claims (Dkt. Nos. 6 & 14).

**Background**

1. DMA Properties, Inc. filed its Counterclaim and Third-Party Complaint on June 1, 2020. (Dkt. No. 5).

2. Third-Party Defendant Larry Wright was never served, but agreed to appear with an agreed upon answer date of August 14, 2020, and answered on that date. (Dkt. No. 39).

3. Frank Daniel Moore filed his Counterclaim and Third-Party Complaint on June 12, 2020. (Dkt. No. 14).

4. Third-Party Defendant Larry Wright was not served, but agreed to appear with an agreed upon answer date of August 14, 2020, and answered on that date. (Dkt. No. 40).

5. Trial is currently set for December 7, 2020. (Dkt. No. 44). Minimal discovery has been conducted and a Motion for Summary Judgment is currently set for September 22, 2020.

6. Third-Party Defendant Larry Wright seeks to amend his Answer to DMA Properties, Inc.'s Counterclaim and Third-Party Complaint. A true and correct copy of his proposed First Amended Answer is attached hereto as Exhibit 1.

7. Third-Party Defendant Larry Wright seeks to amended his Answer to Frank Daniel Moore's Counterclaim and Third-Party Complaint. A true and correct copy of his proposed First Amended Answer is attached hereto as Exhibit 2.

## Arguments and Authority

8. Rule 15 of the Federal Rules of Civil Procedure provides in relevant part that ". . . a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

9. The United States Supreme Court has declared that Rule 15(a)'s directive that leave to amend "shall be freely given when justice so requires" is a "mandate . . . to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The *Foman* court further declared that:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, [or] undue prejudice to the opposing party by virtue of allowance of the amendment . . . the leave sought should, as the rules require, be "freely given."

*Id.* (quoting Rule 15(a)).

10. No prejudice would result from granting the relief requested in this Motion. Discovery is in its initial stages and trial is more set more than 90 days from the date on which the relief sought herein has been requested. Further, the deadline for filing for leave to amend pleadings has not passed. Accordingly, Third-Party Defendant Larry Wright respectfully requests the Court grant leave to amend his Answers and Affirmative Defenses to DMA and Moore's Counterclaims.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant Larry Wright respectfully requests that the Court grant his Motion for Leave to File His First Amended Answer and Affirmative Defenses to DMA Properties, Inc. and Frank Daniel Moore's Third-Party claims against him. Third-Party Defendant Larry Wright further requests that the Court order that his First Amended Pleadings, attached hereto as Exhibits 1 and 2, be filed among

the pleadings in this case and that the Court grant him any and all other relief to which he is entitled.

    Respectfully submitted,

    BAYNE, SNELL & KRAUSE
    1250 N.E. Loop 410, Suite 725
    San Antonio, Texas 78209
    Telephone: (210) 824-3278
    Facsimile: (210) 824-3937
    Email: wgermany@bsklaw.com
    By: */s/ William P. Germany*
        WILLIAM P. GERMANY
        State Bar No. 24069777
    *Attorney for Third-Party Defendant Larry Wright*

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 14th day of September, 2020:

C. John Muller IV
Email: john@muller-smeberg.com
Ronald J. Smeberg
Email: ron@muller-smeberg.com
Muller Smeberg, PLLC
111 W. Sunset
San Antonio, TX 78209
Counsel to Plaintiffs KrisJenn Ranch, LLC,
KrisJenn Ranch, LLC, Series Uvalde Ranch,
KrisJenn Ranch, LLC, Series Pipeline Row

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP and
DMA Properties, Inc.

4

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue I Suite 700
San Antonio, TX 78212
210-736-6600
nwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

David P. Strolle, Jr.
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

5

John Terrill
12712 Arrowhead Lane
Oklahoma City, OK 73120

                                                   /s/ *William P. Germany*
                                                   WILLIAM P. GERMANY