# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| ROW as successors in interest to | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| v. | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |
| **DMA PROPERTIES, INC.** | § | |
| *Counter-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* | § | |

### ORDER ON THIRD-PARTY DEFENDANT LARRY WRIGHTS' MOTION FOR LEAVE TO FILE HIS FIRST AMENDED ANSWERS AND AFFIRMATIVE DEFENSES

On this day came on to be considered Third-Party Defendant Larry Wright's Motion for Leave to File His First Amended Answer and Affirmative Defenses to Third-Party Defendants DMA Properties, Inc. and Frank Daniel Moore's Third-Party claims against him. Having considered the Motion, the Court finds that the motion is with merit and should be granted.

It is therefore ORDERED that the First Amended Answer and Affirmative Defenses in the above cause—attached to the instant motion as Exhibits 1 and 2—are hereby accepted as filed in this case and shall be so reflected in the docket.

SO ORDERED.

###

**SUBMITTED BY:**

BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
Email: wgermany@bsklaw.com

*/s/ William P. Germany*
WILLIAM P. GERMANY
State Bar No. 24069777
*Attorney for Third-Party Defendant Larry Wright*