IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br>KRISJENN RANCH, LLC<br>*Debtor* | § § § § | Chapter 11<br><br>Case No. 20-50805 |
| KRISJENN RANCH, LLC and<br>KRISJENN RANCH, LLC-SERIES<br>UVALDE RANCH, and KRISJENN<br>RANCH, LLC-SERIES PIPELINE<br>ROW as successors in interest to<br>BLACKDUCK PROPERTIES, LLC,<br>*Plaintiffs*<br><br>v.<br><br>DMA PROPERTIES, INC., and<br>LONGBRANCH ENERGY, LP,<br>*Defendants* | § § § § § § § § § § § § § | Adversary No. 20-05027 |
| DMA PROPERTIES, INC<br>*Cross-Plaintiff/Third Party Plaintiff*<br>v.<br><br>KRISJENN RANCH, LLC,<br>KRISJENN RANCH, LLC-SERIES<br>UVALDE RANCH, and KRISJENN<br>RANCH, LLC-SERIES PIPELINE ROW,<br>BLACK DUCK PROPERTIES, LLC,<br>LARRY WRIGHT, and JOHN TERRILL<br>*Cross-Defendants/Third-Party<br>Defendants* | § § § § § § § § § § § § § | Adversary No. 20-05027 |

## OBJECTION AND MOTION TO QUASH SUBPOENA SEEKING THE DEPOSITION OF DAVID STROLLE

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

*Motion to Quash Deposition*            1

David Strolle ("Deponent"), hereby make his objection and moves this Honorable Court to quash the deposition of Deponent currently scheduled for Friday October 2, 2020 at 9:30 A.M. at the offices of Johns & Counsel PLLC, 14101 Highway 290 West, Suite 400A, Austin, Texas 78737, and would show the Court as follows:

1. On September 8, 2020, Deponent was served with an unsigned Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding) ("the Subpoena") a true and correct copy of which is attached to this Motion as Exhibit A. The Deponent is a practicing attorney who previously represented debtor and other parties to this matter. Counsel for DMA Properties, Inc. did not make any effort to contact Deponent prior to scheduling the deposition to confer regarding the time and/or location of the deposition. Accordingly, Deponent objects to the time and place of the deposition. Had DMA Properties, Inc.'s counsel conferred with Deponent, available dates would have been provided and Deponent would have requested that any such deposition occur at his offices in San Antonio, Texas.

2. Counsel for DMA Properties, Inc. previously served Deponent with a Subpoena Duces Tecum requesting Deponent produce certain documents including documents that Deponent believes are protected by privilege. This privilege issue remains pending at this time.

3. Deponent requests that the deposition as scheduled should be quashed because of the following reasons:

    A. the Subpoena is facially defective as it was not signed by either the clerk or the attorney as required by Federal Rule of Civil Procedure 45(a)(3);

    B. the deposition will require the disclosure of privileged or other protected matters in violation of Federal Rule of Civil Procedure 45(d)(3)(A)(iii);

and,

C. the subpoena subjects Deponent to undue burden in violation of Federal Rule of Civil Procedure 45(d)(3)(A)(iv).

WHEREFORE, Deponent, David Strolle, respectfully requests that the Court set this matter for hearing and issue an order quashing the deposition of David Strolle currently scheduled for October 2, 2020 at the offices of Johns & Counsel PLLC, 14101 Highway 290 West, Suite 400A, Austin, Texas 78737.

Dated: September 14, 2020

Respectfully submitted,

By: /s/ David Strolle
David P. Strolle, Jr.
State Bar No. 19408700
dstrolle@caglaw.net
GRANSTAFF, GAEDKE &
EDGMON, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, TX 78229
Telephone: 210-348-6600
Facsimile: 210-366-0892

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 14th day of September 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP and
DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

*Motion to Quash Deposition*      4

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

Ezekiel J. Perez
State Bar No. 24096782
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
zeke@muller-smeberg.com

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

For the Western District of Texas, San Antonio Division

In re KrisJenn Ranch, LLC
Debtor

*(Complete if issued in an adversary proceeding)*

KrisJenn Ranch, LLC et al.,
Plaintiff

v.

DMA Properties, Inc. and Longbranch Energy, LP
Defendant

Case No. 20-50805

Chapter 11

Adv. Proc. No. 20-05027

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: David Strolle, 5535 Fredericksburg Road, Suite 110, San Antonio, TX 78229
*(Name of person to whom the subpoena is directed)*

[X] *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE Johns & Counsel PLLC<br>14101 Highway 290 West, Suite 400A, Austin, TX 78737 | DATE AND TIME<br>October 2, 2020 at 9:30 am |
|---|---|

The deposition will be recorded by this method:
certified court reporter

[ ] *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
**Exhibit A** (attached) details the documents and information to be produced

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/4/2020

CLERK OF COURT

OR

_____     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
DMA Properties and Daniel Moore, who issues or requests this subpoena, are:
Chris Johns, 14101 Highway 290 West, Suite 400A, Austin, TX 78737, cjohns@johnsandcounsel.com, 512-399-3150

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).