IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br>**KRISJENN RANCH, LLC**<br>*Debtor* | §<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-50805** |
| **KRISJENN RANCH, LLC and**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE**<br>**ROW as successors in interest to**<br>**BLACKDUCK PROPERTIES, LLC,**<br>*Plaintiffs*<br><br>v.<br><br>**DMA PROPERTIES, INC., and**<br>**LONGBRANCH ENERGY, LP,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 20-05027** |
| **DMA PROPERTIES, INC**<br>*Cross-Plaintiff/Third Party Plaintiff*<br>v.<br><br>**KRISJENN RANCH, LLC,**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE ROW,**<br>**BLACK DUCK PROPERTIES, LLC,**<br>**LARRY WRIGHT, and JOHN TERRILL**<br>*Cross-Defendants/Third-Party*<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 20-05027** |

## NOTICE OF FILING OF PRIVILEGE LOG

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

Pursuant to the previous written order of this Honorable Court (Docket #42), David Strolle ("Deponent"), hereby files the attached Privilege Log identifying privileged communications and the privilege or privileges that Deponent believes are applicable to each listed communication. In the event that this Honorable Court determines that some or all of the documents identified in the Privilege Log should be subject to an "in camera" inspection, Deponent will make the underlying communications available to the Court for review.

WHEREFORE, Deponent, David Strolle, respectfully requests that the Court uphold the privileges asserted in the attached Privilege Log and for such other relief as is just under the circumstances.

Dated: September 14, 2020

                              Respectfully submitted,

By:    /s/ David Strolle
        David P. Strolle, Jr.
        State Bar No. 19408700
        dstrolle@caglaw.net
        GRANSTAFF, GAEDKE &
        EDGMON, P.C.
        5535 Fredericksburg Road, Suite 110
        San Antonio, TX 78229
        Telephone: 210-348-6600
        Facsimile: 210-366-0892

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 14th day of September 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP and
DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

Ezekiel J. Perez
State Bar No. 24096782
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
zeke@muller-smeberg.com

**Privilege Log**

| # | Document Name/Bates Range | Document Type | Document Date | Author | Recipient | Persons With Access | Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 1 | LW336 | email | 6/26/19 | David Strolle | Craig Crockett, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Craig Crockett, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication regarding filed lien release | Workproduct made in anticipation of litigation |
| 2 | LW337 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication regarding correspondence about impending litigation | Workproduct made in anticipation of litigation |
| 3 | LW338 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication regarding correspondence about impending litigation | Workproduct made in anticipation of litigation |
| 4 | LW339-40 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication regarding correspondence about impending litigation | Workproduct made in anticipation of litigation |
| 5 | LW341 | email | 12/26/19 | David Strolle | William Kuhlmann, Larry Wright | David Strolle, Tracy George, William Kihlmann, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 6 | LW342-43 | email | 6/26/19 | Tracy George | David Strolle | David Strolle, Tracy George | Interoffice communication regarding filing of documents | Workproduct made in anticipation of litigation |
| 7 | LW344-45 | email | 6/28/19 | David Strolle | Craig Crockett, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Craig Crockett, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 8 | LW346 | email | 6/26/19 | David Strolle | Craig Crockett | David Strolle, Tracy George, Craig Crockett | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 9 | LW347-49 | email | 6/28/19 | Craig Crockett | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 10 | LW350-51 | email | 6/28/19 | Craig Crockett | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 11 | LW352-53 | email | 6/26/19 | Craig Crockett | David Strolle | David Strolle, Tracy George, Craig Crockett | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 12 | LW354 | email | 6/26/19 | Craig Crockett | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 13 | LW355 | email | 6/26/19 | Craig Crockett | David Strolle | David Strolle, Tracy George, Craig Crockett | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 14 | LW356-58 | email | 6/28/19 | David Strolle | Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | David Strolle, Larry Wright, Derick Rodgers, Ricardo Cedillo, Tracy George | Communication concerning release of lien | Confidential Attorney-client communication/workproduct made in anticipation of litigation |

| # | Bates | Type | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 15 | LW359-61 | email | 12/20/19 | David Strolle | William Kuhlmann, Larry Wright, John McLeod, Adam McLeod, Nathaniel Kuhlmann | William Kuhlmann, Larry Wright, John McLeod, Adam McLeod, Nathaniel Kuhlmann, David Strolle, Tracy George | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 16 | LW362-63 | email | 12/19/19 | David Strolle | William Kuhlmann, Larry Wright | David Strolle, Tracy George, William Kihlmann, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 17 | LW364 | email | 9/10/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Client communication regarding proposed response to Bigfoot demand. | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 18 | LW365-66 | email | 7/30/19 | David Strolle | Larry Wright | Derick Rodgers, Sarah Van Sciver, David Strolle | Communication regarding follow-up to commuincation from Craig Crockett. | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 19 | LW367-69 | email | 6/21/19 | Larry Wright | David Strolle | Derick Rodgers, Sarah Van Sciver, David Strolle | Client communication regarding Express Pipeline | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 20 | LW370-74 | email | 6/13/19 | Ricardo Cedillo | Derick Rodgers, Sarah Van Sciver, David Strolle | Derick Rodgers, Sarah Van Sciver, David Strolle, Ricardo Cedillo | Communication concerning litigation | Workproduct made in anticipation of litigation |
| 21 | LW375-79 | email | 6/13/19 | David Strolle | Ricardo Cedillo, Larry Wright | Ricardo Cedillo, Larry Wright, David Strolle | Communication concerning correspondence from Craig Crockett | Workproduct made in anticipation of litigation |
| 22 | LW380-84 | email | 6/21/19 | Larry Wright | David Strolle, Derick Rogers, Ricardo Cedillo | David Strolle, Derick Rogers, Ricardo Cedillo, Larry Wright | Communication concerning interpretation of agreement with Moore to assign interest | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 23 | LW385-89 | email | 6/21/19 | Larry Wright | David Strolle | David Strolle, Tracy George, Larry Wright | Communication concerning interpretation of agreement with Moore to assign interest | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 24 | LW390 | email | 9/3/19 | David Strolle | Larry Wright, Tracy George | David Strolle, Tracy George, Larry Wright | Communication regarding correspondence from Bigfoot's counsel | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 25 | LW391-93 | email | 8/20/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication regarding follow-up to commuincation from Craig Crockett. | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 26 | LW394-96 | email | 5/31/19 | Larry Wright | David Strolle, John Terrill | David Strolle, Tracy George, Larry Wright, John Terrill | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 27 | LW397-98 | email | 5/31/19 | Larry Wright | David Strolle, John Terrill | David Strolle, Tracy George, Larry Wright, John Terrill | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 28 | LW399-400 | email | 6/11/19 | Larry Wright | David Strolle, John Terrill | David Strolle, Tracy George, Larry Wright, John Terrill | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 29 | LW401-08 | email | 5/6/19 | Larry Wright | David Strolle | David Strolle, Tracy George, Larry Wright | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 30 | LW409-17 | email | 5/7/19 | Larry Wright | David Strolle | David Strolle, Tracy George, Larry Wright | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 31 | LW418-25 | email | 4/23/19 | Larry Wright | David Strolle | David Strolle, Tracy George, Larry Wright | Communication concerning interpretation of agreement with Moore to assign interest | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 32 | LW426-36 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication concerning correpsondence from Andrew Seger | Workproduct made in anticipation of litigation |
| 33 | LW436-42 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication concerning communication from Darin Borders | Workproduct made in anticipation of litigation |
| 34 | LW443-50 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication concerning correpsondence from Andrew Seger | Workproduct made in anticipation of litigation |

| # | Bates | Type | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 35 | LW451-59 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication concerning correpsondence from Andrew Seger | Workproduct made in anticipation of litigation |
| 36 | LW460-61 | email | 5/22/19 | Larry Wright | David Strolle, John Terrill | David Strolle, Tracy George, Larry Wright, John Terrill | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 37 | LW462-64 | email | 5/22/19 | Larry Wright | David Strolle, John Terrill | David Strolle, Tracy George, Larry Wright, John Terrill | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 38 | LW465-67 | email | 5/22/19 | Larry Wright | David Strolle | David Strolle, Tracy George, Larry Wright | Communication concerning proposed edits to draft communication | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 39 | LW468-70 | email | 5/22/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning proposed edits to draft communication | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 40 | LW471-72 | email | 11/13/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication regarding communcation from David Johns | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 41 | LW473-74 | email | 11/13/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning correspondence from Chris Johns | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 42 | LW475 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Communication concerning correspondence from Darin Borders | Workproduct made in anticipation of litigation |
| 43 | LW476-79 | email | 12/18/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Corresondence concerning drafting of loan documents | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 44 | LW480-83 | email | 12/18/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Corresondence concerning drafting of loan documents | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 45 | LW484-86 | email | 12/20/19 | David Strolle | Larry Wright, Tracy George | David Strolle, Tracy George, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 46 | LW487-88 | email | 12/23/19 | David Strolle | Larry Wright, Tracy George | David Strolle, Tracy George, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 47 | LW489-91 | email | 12/19/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning proposed edits to draft document | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 48 | LW492-93 | email | 2/26/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning communication from Christopher Johns | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 49 | LW494-95 | email | 2/26/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning communication from Christopher Johns | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 50 | LW496-97 | email | 2/26/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning communication from Christopher Johns | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 51 | LW498-502 | email | 6/17/19 | David Strolle | Tracy George | David Strolle, Tracy George | Interoffice communication regardingimpending litigation | Workproduct made in anticipation of litigation |
| 52 | LW503-05 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Interoffice communication regardingimpending litigation | Workproduct made in anticipation of litigation |
| 53 | LW506-08 | email | 3/31/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 54 | LW509-11 | email | 3/31/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 55 | LW512-14 | email | 3/31/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 56 | LW515-17 | email | 3/31/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 57 | LW518-20 | email | 6/11/19 | David Strolle | Tracy George | David Strolle, Tracy George | Interoffice communication regardingimpending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |

| # | Bates | Type | Date | From | To | Cc | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 58 | LW521 | email | 12/26/19 | David Strolle | William Kuhlmann, Larry Wright | David Strolle, Tracy George, William Kihlmann, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 59 | LW522 | email | 12/19/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning proposed edits to draft document | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 60 | LW523-24 | email | 10/3/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning impending litigation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 61 | LW525-27 | email | 10/11/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Communication concerning litigation and representation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 62 | LW528 | email | 6/11/19 | David Strolle | Ricardo Cedillo, Larry Wright | David Strolle, Ricardo Cedillo, Larry Wright, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 63 | LW529-33 | email | 6/28/19 | Derick Rodgers | David Strolle, Larry Wright, Ricardo Cedillo, Tracy George | David Strolle, Tracy George, Ricardo Cedillo, Derick Rodgers, Larry Wright | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 64 | LW534-38 | email | 6/28/19 | Derick Rodgers | David Strolle, Larry Wright, Ricardo Cedillo, Tracy George | David Strolle, Tracy George, Ricardo Cedillo, Derick Rodgers, Larry Wright | Communication concerning litigation and representation | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 65 | LW539-42 | email | 12/18/19 | David Strolle | Larry Wright, Tracy George | David Strolle, Tracy George, Larry Wright | Communication concerning proposed edits to draft document | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 66 | LW543-47 | email | 12/19/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 67 | LW548-50 | email | 12/20/19 | David Strolle | William Kuhlmann, Larry Wright, John McLeod, Adam McLeod, Nathaniel Kuhlmann | William Kuhlmann, Larry Wright, John McLeod, Adam McLeod, Nathaniel Kuhlmann, David Strolle, Tracy George | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 68 | LW551-55 | email | 6/18/19 | David Strolle | Craig Crockett, Beau Phillips, Derick Rodgers, Larry Wright | Craig Crockett, Beau Phillips, Derick Rodgers, Larry Wright, David Strolle, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 69 | LW556-62 | email | 6/24/19 | David Strolle | Craig Crockett, Beau Phillips, Derick Rodgers, Larry Wright | Craig Crockett, Beau Phillips, Derick Rodgers, Larry Wright, David Strolle, Tracy George | Communication concerning impending litigation | Workproduct made in anticipation of litigation |
| 70 | LW563-64 | email | 12/19/19 | David Strolle | William Kuhlmann, Larry Wright | David Strolle, Tracy George, William Kihlmann, Larry Wright | Correspondence concerning negotiations with William Kuhlmann | Workproduct made in anticipation of litigation |
| 71 | LW565-66 | email | 12/16/19 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Corespondence regarding second loan modification | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 72 | LW567-69 | email | 12/1819 | David Strolle | Larry Wright | David Strolle, Tracy George, Larry Wright | Corespondence regarding second loan modification | Confidential Attorney-client communication/workproduct made in anticipation of litigation |
| 73 | LW570-72 | email | 6/26/19 | Ricardo Cedillo | Derick Rodgers, David Strolle | Ricardo Cedillo, Derick Rodgers, David Strolle, Tracy George | Communication concerning litigation and representation | Workproduct made in anticipation of litigation |