# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § § § § | Chapter 11 |
| KrisJenn Ranch, LLC, | | |
| *Debtor* | | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § § § § § § § | Adversary No. 20-05027 |
| *Plaintiffs*, | | |
| v. | | |
| DMA Properties, Inc. and Longbranch Energy, LP, | | |
| *Defendants*. | | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § § § § § § § § § § § | Adversary No. 20-05027 |
| *Cross-Plaintiffs/Third-Party Plaintiffs*, | | |
| v. | | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | | |

*Cross-Defendants/Third-Party Defendants*.

**DMA PROPERTIES, INC.'S WITNESS & EXHIBIT LIST FOR HEARING ON SEPTEMBER 22, 2020**

NOW COMES DMA Properties, Inc. ("Movant"), and submits this Witness and Exhibit List for the Hearing to be conducted on Tuesday September 22, 2020 at 10:00 A.M. before the Honorable Craig A. Gargotta.

## WITNESSES

1. Movant does not anticipate any live witnesses, but reserves the right to call any witnesses designated by any other party, as well as call witnesses as required to rebut the testimony of any witness.

## EXHIBITS

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Frank Daniel Moore | | | | | | |
| 2. | Declaration of Darin Borders | | | | | | |
| 3. | December 2, 2015 Email Chain | | | | | | |
| 4. | February 19, 2016 Email Chain | | | | | | |
| 5. | March 10, 2016 Email Chain | | | | | | |
| 6. | Black Duck Company Agreement | | | | | | |
| 7. | Purchase Agreement | | | | | | |
| 8. | Longbranch Assignment | | | | | | |
| 9. | February 21, 2017 Email 1 | | | | | | |
| 10. | February 21, 2017 Email 2 | | | | | | |
| 11. | July 13, 2017 Email | | | | | | |
| 12. | Extension of Closing Date | | | | | | |
| 13. | July 17, 2017 Email Chain 1 | | | | | | |
| 14. | July 17, 2017 Email Chain 2 | | | | | | |
| 15. | Black Duck Deed | | | | | | |
| 16. | KrisJenn Ranch Deed of Trust | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17. | Loan Documents | | | | | | |
| 18. | February 4, 2018 Email Chain | | | | | | |
| 19. | February 7, 2018 Email Chain | | | | | | |
| 20. | DMA Agreement | | | | | | |
| 21. | Letter of Intent | | | | | | |
| 22. | Terrill Affidavit | | | | | | |
| 23. | TCRG LLC Agreement | | | | | | |
| 24. | TCRG Purchase Agreement | | | | | | |
| 25. | TCRG Deed | | | | | | |
| 26. | April 9, 2018 Email Chain 1 | | | | | | |
| 27. | April 9, 2018 Email Chain 2 | | | | | | |
| 28. | April 9, 2018 Email Chain 3 | | | | | | |
| 29. | April 10, 2018 Email Chain | | | | | | |
| 30. | April 11, 2018 Email Chain | | | | | | |
| 31. | April 16, 2019 Email | | | | | | |
| 32. | Release of Lien | | | | | | |
| 33. | Option Agreement | | | | | | |
| 34. | Excerpt of May 21, 2020 Hearing Transcript | | | | | | |

1. Movant reserves the right to introduce any exhibit designated by any other party in interest.

2. Movant further reserves the right to supplement and/or amend this list or introduce any evidence necessary for rebuttal.

Date: September 15, 2020

Respectfully submitted,

/s/ *Natalie F. Wilson*
**LANGLEY & BANACK, INCORPORATED**

745 E. Mulberry, Suite 700
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
Email:  nwilson@langleybanack.com

COUNSEL TO DMA PROPERTIES, INC.

CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2020, a true and correct copy of the above and foregoing instrument was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below.

| | |
|---|---|
| Charles John Muller, IV<br>Email: john@muller-smeberg.com<br>Muller Smeberg, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br><br>Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Plaintiffs Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row** | Michael Black<br>Email: mblack@burnsandblack.com<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br><br>Jeffery Duke<br>Email: jduke@dbmmlaw.com<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br><br>**Counsel to Defendant Longbranch Energy, LP** |
| Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Third-Party Defendant Black Duck Properties, LLC** | Shane P. Tobin<br>Email: shane.p.tobin@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br><br>**United States Trustee** |
| William P. Germany<br>Email: wgermany@bsklaw.com<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209<br><br>**COUNSEL FOR Third Party Defendant Larry Wright** | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>**Third Party Defendant,** *pro se* |

                                       /s/ *Natalie F. Wilson*
                                       NATALIE F. WILSON