

**The relief described hereinbelow is SO ORDERED.**

**Signed September 15, 2020.**

_____
                **Ronald B. King**
      **Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

_____

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

_____

| | |
|---|---|
| **DMA PROPERTIES, INC** | § |
|  *Cross-Plaintiff/Third Party Plaintiff* | § |
| | § |
| **v.** | § |
| | § |
| **KRISJENN RANCH, LLC,** | § |
| **KRISJENN RANCH, LLC-SERIES** | § |
| **UVALDE RANCH, and KRISJENN** | § |
| **RANCH, LLC-SERIES PIPELINE ROW,** | §    Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL** | § |
|  *Cross-Defendants/Third-Party* | § |
|   *Defendants* | § |

## ORDER GRANTING AGREED JOINT MOTION TO MODIFY SCHEDULING ORDER

CAME ON for consideration the Agreed Joint Motion to Modify Scheduling Order ("Motion") Plaintiffs KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch, and KrisJenn Ranch, LLC – Series Pipeline ROW (together, "Plaintiffs," "KrisJenn Ranch" and/or "KJR"), Defendants / Counter-Plaintiffs DMA Properties, Inc. and Frank Daniel Moore (together, "DMA"), and Defendant Longbranch Energy, LP ("Longbranch") (collectively KrisJenn Ranch, DMA and Longbranch are sometimes referred to herein as "the Parties"). The Court, having considered the Motion, the representations of counsel, and the record in this case finds that: (i) the Court has jurisdiction over the Motion, (ii) the Motion is a core matter on which the Court can enter final order, (iii) venue is proper in this district, (iv) notice of the Motion as proper under the circumstances, and (v) the Motion is well taken and should be granted. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Scheduling Order (Dkt. 24) shall be amended as set forth in the Agreed Amended Scheduling Order attached hereto as **Exhibit A**.

**It is so ordered**.

# # #

AGREED TO AND SUBMITTED BY

MULLER SMEBERG, PLLC
111 West Sunset Road
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357
Email: john@muller-smeberg.com
      ron@smeberg.com
      zeke@muller-smeberg.com

By:   /s/ *C. John Muller IV*
C. JOHN MULLER IV
State Bar No. 24070306
RONALD J. SMEBERG
State Bar No. 24033967
EZEKIEL J. PEREZ
State Bar No. 24096782

*Counsel for Debtors / Plaintiffs / Counter-Defendants / Third-Party Defendants, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch, and KrisJenn Ranch, LLC – Series Pipeline ROW*

LANGLEY & BANACK, INC.
745 East Mulberry, Suite 700
San Antonio, Texas 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889
Email: nwilson@langleybanack.com

By:   /s/ *Natalie F. Wilson*
NATALIE F. WILSON
State Bar No. 24076779

JOHNS & COUNSEL, PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78212
Telephone: (512) 399-3150
Facsimile: (512) 572-8005
Email: cjohns@johnsandcounsel.com
      chebert@johnsandcounsel.com

By: /s/ *Christopher S. Johns*
CHRISTOPHER S. JOHNS
State Bar No. 24044849
CHRISTEN MASON HEBERT
State Bar No. 24099898

AND

CLEVELAND | TERRAZAS, PLLC
4611 Bee Cave Road, Suite 306B4
Austin, Texas 78746
Telephone: (210) 689-8698
Email: tcleveland@clevelandterrazas.com
   akrist@clevelandterrazas.com

By: /s/ *Timothy Cleveland*
TIMOTHY CLEVELAND
State Bar No. 24055318
AUSTIN H. KRIST
State Bar No. 24106170

*Counsel for Defendants/Third-Party Plaintiffs*
*DMA Properties, Inc. and Frank Daniel Moore*


BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas 78209
Telephone: (210) 829-2022
Facsimile: (210) 829-2021
Email: mblack@burnsandblack.com

By: /s/ *Michael J. Black*
MICHAEL J. BLACK
State Bar No. 02384400

*Counsel for Defendant Longbranch Energy, LP*

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |

| | |
|---|---|
| **KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW, BLACK DUCK PROPERTIES, LLC, LARRY WRIGHT, and JOHN TERRILL** §§§§§§§ *Cross-Defendants/Third-Party Defendants* | Adversary No. 20-05027 |

## JOINT AMENDED SCHEDLING ORDER
### [Relates to Dkt. 24]

Pursuant to Rule 16, Federal Rules of Civil Procedure, and the agreement of the Parties, the Court issues the following amended scheduling order.
IT IS ORDERED THAT:

1. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before **10/14/20**. See L. Rule 7015.

2. All parties asserting or resisting claims for relief shall serve on all other parties, but not file, the disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before 7/30/20.

3. The parties shall complete discovery on or before **11/18/20**. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances.

4. All dispositive motions shall be filed and served on all other parties on or before 10/26/20 and shall be limited to 20 pages. See L. Rule 7007(a) for the definition of dispositive motions and page limits. Responses shall be filed and served on all other parties not later than 21 days of the service of the motion and shall be limited to 20 pages. See L. Rule 7007(b)(2). Any replies shall be filed and served on all other parties not later than 7 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. See L. Rule 7007(c).

5. Motions other than Rule 12 or 56 are governed by L. Rule 7007, 9013, and 9014 where applicable.

6. Trial is set for 12/7/20 at 10:30 AM at **VIA WEBEX, ao-courts.webex.com/meet/ King (for a hearing with Judge King)**

7. A joint pre−trial order and proposed findings of fact and conclusions of law are due 11/30/20. See L. Rule 7016(c) and (d).

8. Exhibits and a witness list are to be exchanged three business days in advance of trial. See L. Rule 7016(f). In addition, counsel are encouraged to present and provide electronic versions of exhibits where practicable. Use and presentation of electronic exhibits should be coordinated through the courtroom deputy.

9. Counsel are reminded that, with regard to any paper that is filed, compliance with Fed. R. Civ. P. 5.2 is mandatory. As such, counsel should ensure that appropriate redactions are made.

10. This Scheduling Order does not specifically address the discovery of electronically stored information (ESI). To the extent the parties believe that ESI is subject to discovery, the parties are directed to reach an agreement on production of ESI. The parties are encouraged to use the template developed by the Seventh Circuit Electronic Discovery Pilot Program. See (http://www.discoverypilot.com). Any party may bring any dispute regarding the discovery of ESI, but it must be brought to the Court's attention by motion 30 days after Rule 26(a)(1) disclosures are made.

11. Counsel residing outside the State of Texas shall designate local counsel in writing, giving the street address, telephone number and mailing address. The designation shall be filed with the Clerk of the Court in this proceeding, and a copy shall be sent to all other counsel of record in this proceeding. This provision may be waived by the Court upon motion of counsel and service upon other parties.

12. All discovery must be commenced and completed by the discovery deadline provided in this Order.
    a. Designation of experts shall be an issue at any pretrial conference.
    b. Counsel are encouraged to resolve discovery disputes by agreement. Motions to compel, motions for protective orders and similar motions, while not prohibited, may result in sanctions being imposed on the losing party or both parties as provided in Fed. R. Bankr. P. 7037 & 9011 or 28 U.S.C. section 1927, if a hearing is required thereon.
    c. If applicable, parties may file dispositive motions under Fed. R. Bankr. P. 7012 & 7056 and Fed. R. Civ. P. 12(b) & 56. Such motions, if filed, must be filed by the deadline for dispositive motions in this Order. Responses to motions under FRBP 12 and 56 must be filed within 21 days after the Motion is filed. All other motions in this adversary proceeding, unless unopposed, require the filing of a written response within 14 days, or the motion may be granted without a hearing.
    d. All discovery shall be commenced at a time which allows for the full response time provided by applicable rules on or before the discovery deadline. E.g., if the discovery deadline is July 15, interrogatories must be actually delivered on or before June 15 in order to allow thirty days for answers. If the interrogatories are mailed, then they must be mailed on or before June 12, pursuant to Fed. R. Bankr. P. 9006(f), to allow three additional days for service by mail.
    e. The Court may, upon motion and for cause shown, extend, reduce, or otherwise modify the deadlines set out in the Scheduling Order. Mere agreement of the parties to such extensions or modifications is not of itself sufficient cause.

13. Counsel and unrepresented parties must confer prior to the date the Pre−Trial Order is required to be filed, to fully explore the possibility of settlement, to stipulate to matters not in dispute and to simplify the issues. The Pre−Trial Order shall contain a certificate to the effect that the conference of counsel has been held. Counsel must also confer in an effort to determine whether the original time estimate for trial is correct or should be revised. If the parties wish to

have a pre−trial conference with the Court, a pre−trial conference should be requested as early as possible, but at least 60 days prior to the trial.

**IT IS SO ORDERED.**

# # #

AGREED TO AND SUBMITTED BY:

MULLER SMEBERG, PLLC
111 West Sunset Road
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357
Email: john@muller-smeberg.com
ron@smeberg.com
zeke@muller-smeberg.com

By: /s/ *C. John Muller IV*
C. John Muller IV
State Bar No. 24070306
Ronald J. Smeberg
State Bar No. 24033967
Ezekiel J. Perez
State Bar No. 24096782

*Counsel for Debtors / Plaintiffs / Counter-Defendants /*
*Third-Party Defendants, KrisJenn Ranch, LLC,*
*KrisJenn Ranch, LLC – Series Uvalde Ranch, and*
*KrisJenn Ranch, LLC – Series Pipeline ROW*

LANGLEY & BANACK, INC.
745 East Mulberry, Suite 700
San Antonio, Texas 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889
Email: nwilson@langleybanack.com

By: /s/ *Natalie F. Wilson*
NATALIE F. WILSON
State Bar No. 24076779

L & B 24000/0002/L1837744.DOCX/

JOHNS & COUNSEL, PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78212
Telephone:  (512) 399-3150
Facsimile:  (512) 572-8005
Email:  cjohns@johnsandcounsel.com
  chebert@johnsandcounsel.com

By:  /s/ *Christopher S. Johns*
  CHRISTOPHER S. JOHNS
  State Bar No. 24044849
  CHRISTEN MASON HEBERT
  State Bar No. 24099898

AND

CLEVELAND | TERRAZAS, PLLC
4611 Bee Cave Road, Suite 306B4
Austin, Texas 78746
Telephone:  (210) 689-8698
Email:  tcleveland@clevelandterrazas.com
  akrist@clevelandterrazas.com

By:  /s/ *Timothy Cleveland*
  TIMOTHY CLEVELAND
  State Bar No. 24055318
  AUSTIN H. KRIST
  State Bar No. 24106170

*Counsel for Defendants/Third-Party Plaintiffs*
*DMA Properties, Inc. and Frank Daniel Moore*

BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas   78209
Telephone:  (210) 829-2022
Facsimile:  (210) 829-2021
Email:  mblack@burnsandblack.com

By:  /s/ *Michael J. Black*
  MICHAEL J. BLACK
  State Bar No. 02384400

*Counsel for Defendant Longbranch Energy, LP*