# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   SEE WEBEX LINK BELOW

on   **10/13/20 at 10:30 AM**

WEBEX TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278–0296 Access Code 9198559# IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 65 Objection and Motion to Quash Subpoena Seeking the Deposition of David Strolle filed by Ronald J. Smeberg for Interested Party David Strolle) Hearing Scheduled For 10/13/2020 at 10:30 AM at https://us–courts.webex.com/meet/King (Castleberry, Deanna)

Dated: 9/21/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]