

**The relief described hereinbelow is SO ORDERED.**

**Signed September 22, 2020.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, | § | |
| LLC-SERIES UVALDE RANCH, AND | § | |
| KRISJENN RANCH, LLC-SERIES PIPELINE | § | |
| ROW, AS SUCCESSORS IN INTEREST TO | § | |
| BLACK DUCK PROPERTIES, LLC, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH | § | |
| ENERGY, LP. | § | |

**ORDER DENYING MOTION**

On September 22, 2020 came on to be heard *DMA Properties, Inc.'s Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement* (ECF No. 28),

and the Court is of the opinion that the *Motion* should be denied for the reasons stated on the record pursuant to FED. R. BANKR. P. 7052 and 9014.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above referenced *Motion* is hereby **DENIED**.

# # #