The relief described hereinbelow is SO ORDERED.

Signed September 28, 2020.



_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

_____

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

_____

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| **v.** § | | |
| § | | |

L & B 24000/0002/L1843217.DOCX/

| | |
|---|---|
| **KRISJENN RANCH, LLC,** § | |
| **KRISJENN RANCH, LLC-SERIES** § | |
| **UVALDE RANCH, and KRISJENN** § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** § | |
| **LARRY WRIGHT, and JOHN TERRILL** § | |
| *Cross-Defendants/Third-Party* § | |
| *Defendants* § | |

**ORDER PARTIALLY SUSTAINING AND PARTIALLY OVERULLING KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES' FIRST AMENDED OBJECTIONS AND MOTION TO QUASH THIRD PARTY SUBPOENA**

On this day came to be considered KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row's (collectively the "Debtors") First Amended Objections and Motion to Quash Third-Party Subpoena directed at David Strolle (the "Motion") (Dkt. No. 23). Having considered the filings and arguments of counsel, this Court finds the Motion should be denied in part and granted in part.

It is therefore ORDERED that the Debtors' objections to those items identified in David Strolle's Privilege Log (the "Log") (Dkt. No. 67) as items number 1, 5, 7, 8, 13, 14, 15, 16, 66, 67, 68, and 69 (the "Documents") are overruled.

It is further ORDERED that David Strolle shall produce the Documents to Austin Krist and Timothy Cleveland no later than October 2, 2020 and that David Strolle shall use his best efforts to produce the Documents to Austin Krist and Timothy Cleveland by September 28, 2010.

It is further ORDERED that the Debtors' Objections and claims of privilege are sustained as to all other entries on the Log, without prejudice to DMA Properties' right to reassert their challenges to those claims.

# # #

**PREPARED AND SUBMITTED BY:**

_____
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
*Attorneys for Debtors*

**AGREED:**

_____
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Ste. 400A
Austin, Texas 78737
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 2406170
CLEVELAND | TERRAZAS, PLLC
4611 Bee Cave Road, Ste. 306B
Austin, Texas 78746
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

Natalie Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Ste. 700
San Antonio, Texas 78212
nwilson@langleybanack.com
*Attorneys for DMA Properties and Frank Daniel Moore*