**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| *Debtor* | § | Case No. 20-50805-RBK |
| | § | |

---

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § | |
| | § | |
| *Plaintiffs*, | § | Adversary No. 20-05027-RBK |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § | |
| | § | |
| *Defendants*. | § | |
| | § | |

---

| | | |
|---|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § | |
| | § | |
| *Cross-Plaintiffs/Third-Party Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027-RBK |
| | § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | § § § § § | |
| | § | |
| *Cross-Defendants/Third-Party Defendants.* | § | |

### RESPONSE TO OBJECTION AND MOTION TO QUASH SUBPOENA SEEKING THE DEPOSITION OF DAVID STROLLE
### [RELATES TO DKT. 65]

In his motion to quash, Mr. Strolle objects and seeks to quash his subpoena to testify at a deposition in this case on three grounds: (1) he was served with an unsigned subpoena; (2) he objects to the date and time of the deposition; and (3) he believes his deposition will require disclosure of privileged or other protected matters. After conferring with Mr. Strolle on available dates and the option to conduct the deposition via video conference, Mr. Strolle was served with a revised subpoena that was signed by counsel. As agreed, Mr. Strolle's deposition will now be conducted on October 21, 2020 at his office via video conference.

The only remaining objection is Mr. Strolle's argument that his deposition will require the disclosure of privileged matters. Mr. Strolle previously served as counsel to Black Duck Properties, LLC. Earlier in this case, the Court reviewed Mr. Strolle's objections to producing documents and ruled Mr. Moore was entitled to documents and communications for the time period running from Black Duck's formation to his resignation from Black Duck. Such documents and communications were not privileged.

Further, as confirmed by counsel for the Debtors in a hearing before the Court on September 22, 2020, documents and communications shared with third parties are also not privileged.

Counsel for Mr. Moore and DMA Properties intend to limit the questions posed to Mr. Strolle to the following topics (1) Mr. Strolle's legal services to Black Duck while Mr. Moore was a manager of Black Duck; (2) services Mr. Strolle provided to KrisJenn

Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, KrisJenn Ranch, LLC–Series Pipeline ROW, and Mr. Wright that raised a conflict of interest with Mr. Strolle's representation of Black Duck during Mr. Moore's tenure as manager; and (3) communications with third parties. These three areas are not privileged.

If counsel for Mr. Moore and DMA Properties inadvertently asks questions about topics outside these three areas, Mr. Strolle may object. Mr. Moore and DMA Properties expressly reserve their right to ask the Court to review non-meritorious privilege objections.

Respectfully submitted,

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ Natalie F. Wilson
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

5

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>MULLER SMEBERG, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john@muller-smeberg.com<br><br>*Counsel for Plaintiffs KrisJenn Ranch,*<br>*LLC, Krisjenn Ranch, LLC, Series*<br>*Uvalde Ranch, KrisJenn Ranch, LLC,*<br>*Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Defendant Longbranch*<br>*Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Third-Party Defendant Black*<br>*Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

\_\_/s/ Christopher S. Johns_____

Christopher S. Johns