**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-5805 |
| | § | |
| **KrisJenn Ranch, LLC** | § | Chapter 11 |
| | § | |
| *Debtor* | § | Adv. Proc. No. 20-05027 |
| | § | |

## ORDER
## ON NON-PARTY TCRG EAST TEXAS PIPELINE, 1, LLC'S MOTION TO QUASH DEFENDANT DMA PROPERTIES AND FRANK DANIEL MOORE'S SUBPOENA AND OBJECTIONS

*1*

CAME TO BE HEARD on this day Non-Party TCRG East Texas Pipeline 1, LLC's Motion to Quash Defendant DMA Properties and Frank Daniel Moore's Subpoena and Objections, and appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby ORDERED that the Motion is granted as set forth herein; and it is further ORDERED that the Third-Party Subpoena to Non-Party TCRG East Texas Pipeline 1, LLC is quashed in its entirety.

_____
CHIEF BANKRUPCY JUDGE RONALD B. KING
UNITED STATES BANKRUPTCY JUDGE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO WORTH DIVISION

************************ End of Order *************************