# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| KRISJENN RANCH, LLC | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE | § | |
| ROW as successors in interest to | § | |
| BLACKDUCK PROPERTIES, LLC, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| DMA PROPERTIES, INC., and | § | |
| LONGBRANCH ENERGY, LP, | § | Adversary No. 20-05027 |
| *Defendants* | § | |

___

| | | |
|---|---|---|
| DMA PROPERTIES, INC | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE ROW, | § | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, | § | |
| LARRY WRIGHT, and JOHN TERRILL | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | § | |

**SUPPLEMENT TO KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S RESPONSE TO DMA PROPERTIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT <u>ON DMA'S OWNERSHIP INTEREST IN THE BIGFOOT NOTE PAYMENTS</u>**

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC (collectively the "Debtors"), files this Supplement to Debtors' Response to Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments, which was inadvertently missing from Debtors' Response to DMA's Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments, and would respectfully attach as follows:

1. Exhibit D to KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as Successors In Interests to Black Duck Properties, LLC's Response to DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments

WHEREFORE PREMISES CONSIDERED Debtors pray that this Court grant leave to supplement with the attached Exhibit D and for all other such further relief to which they may be entitled.

Dated: October 7, 2020

2

Respectfully submitted,

**MULLER SMEBERG, PLLC**

By:   /s/ *John Muller*
     C. John Muller IV
     State Bar No. 24070306
     john@muller-smeberg.com
     Ronald J. Smeberg
     State Bar No. 24033967
     ron@smeberg.com
     Ezekiel J. Perez
     State Bar No. 24096782
     zeke@muller-smeberg.com
     MULLER SMEBERG, PLLC
     111 W. Sunset Rd.
     San Antonio, TX 78209
     Telephone: 210-664-5000
     Facsimile: 210-598-7357

    ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 7th day of October 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
nwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

David P. Strolle, Jr.
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

      /s/ *John Muller*
      C. John Muller IV

4

# EXHIBIT D

Date: 7/14/17 4:24 PM (GMT-05:00)

To: Daniel Moore <palmettolandandfarms@hotmail.com>

Cc: Hagan Cohle <hscohle@yahoo.com>, Rod Roberts <rod@lancerresources.com>, Larry <larrymwright54@yahoo.com>, Darin Borders <darinborders@gmail.com>

Subject: Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC


Mr. Moore,

 I am dealing directly with Mr. Wright.  I will defer your email to Mr. Wright.


--------------------

Chase Palmer
Palmer Law Firm, Inc.

301 N. Wellington Street
Marshall, Texas 75670
Phone - (903)935-9303

Fax - (903)935-0822

CONFIDENTIALITY NOTICE : THIS MESSAGE CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND REVIEW BY ANYONE OTHER THAN THE INTENDED RECIPIENT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT, WORK PRODUCT AND/OR OTHER APPLICABLE PRIVILEGES.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY BY TELEPHONE AND DELETE THE MESSAGE FROM YOUR SYSTEM.


On Fri, Jul 14, 2017 at 3:15 PM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Let me try again. We all expected things that didn't happen and would have appreciated a lot. Darren Borders tells me Rod says if we do not have the sign documents by 2pm then the deal us dead and he is keeping Larry's f_____ing money. Simple question: Are you telling me that if I do not personally send you the signature w notary today or Monday then your groups illusion or opinion is that Larry's out of his money and the deal is off? I am traveling across country with 3 kids, dogs, wife etc.. I have never dealt with demands like yours before. You run a hard line when it's time to sign shit the way you want it... but do nothing to put documents together when requested by the group that's paid $925k ... what is your stance? I am ready to quit the kitty shit.
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
>
> From: Chase Palmer <cpalmerplf@gmail.com>

Date: 7/14/17 3:49 PM (GMT-05:00)

To: Daniel Moore <palmettolandandfarms@hotmail. com>

Cc: Hagan Cohle <hscohle@yahoo.com>, Rod Roberts <rod@lancerresources.com>, Larry <larrymwright54@yahoo.com>, Darin Borders <darinborders@gmail.com>

Subject: Re: The Express Gas Pipeline, LP to Black Duck Properties, LLC

Mr. Moore,

  Please have the document executed and returned as soon as possible, preferably today.  If you can stop at a bank and sign the document before a Notary and have them fax that signature page to my fax number (903-930-0822), that would be appreciated and expected.

--------------------

Chase Palmer
Palmer Law Firm, Inc.

301 N. Wellington Street
Marshall, Texas 75670
Phone - (903)935-9303

Fax - (903)935-0822

CONFIDENTIALITY NOTICE : THIS MESSAGE CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND REVIEW BY ANYONE OTHER THAN THE INTENDED RECIPIENT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT, WORK PRODUCT AND/OR OTHER APPLICABLE PRIVILEGES.   IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY BY TELEPHONE AND DELETE THE MESSAGE FROM YOUR SYSTEM.

On Fri, Jul 14, 2017 at 2:43 PM, Daniel Moore <palmettolandandfarms@hotmail. com> wrote:

> Chase, I am traveling to SC. Will you accept Larry's signature on behalf of Black Duck Properties? Or do you insist on my signature with notary today?
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
>
> From: Chase Palmer <cpalmerplf@gmail.com>
>
> Date: 7/14/17 3:17 PM (GMT-05:00)
>
> To: Hagan Cohle <hscohle@yahoo.com>, Rod Roberts <rod@lancerresources.com>