**The relief described hereinbelow is SO ORDERED.**

**Signed October 13, 2020.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP. | § | |

**ORDER DISMISSING MOTION AS MOOT**

On October 13, 2020, came on to be heard *Non-Party Hagan Cohle's Motion to Quash Defendant DMA Properties and Frank Daniel Moore's Subpoena and Objections* (ECF No. 73), and it appears to the Court that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

# # #