

**The relief described hereinbelow is SO ORDERED.**

**Signed October 13, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, | § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP., | § | |
| DEFENDANTS. | § | |

### ORDER DENYING MOTION

On October 13, 2020 came on to be heard the Plaintiffs' *Motion for Leave to File Sur-Reply to Third Party Plaintiffs DMA Properties, Inc.'s Reply in Support of the Motion for Partial Summary Judgment on*

2

*DMA's Ownership Interest in the Bigfoot Note Payments* (ECF No. 94), and the Court is of the opinion that the *Motion* should be denied.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above referenced *Motion* is hereby **DENIED**.

# # #