

**The relief described hereinbelow is SO ORDERED.**

**Signed October 14, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § | |
| | § | Adversary No. 20-05027 |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § | |
| | § | |
| *Defendants*. | § | |

| | |
|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, § § § | |
| *Cross-Plaintiffs/Third-Party Plaintiffs,* § § | |
| v. § § | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, § § § § § § § | |
| *Cross-Defendants/Third-Party Defendants.* § | |

### ORDER DENYING THE OBJECTION AND MOTION TO QUASH SUBPOENA SEEKING THE DEPOSITION OF DAVID STROLLE

### [RELATES TO ADV. DKT. NO. 65]

On this day, the Court considered the Objection and Motion to Quash Subpoena Seeking Deposition of David Strolle and the representations of the parties that they have reached a consensual resolution of the same. Therefore, the Court finds the Objection and Motion to Quash Subpoena Seeking Deposition of David Strolle [Dkt. 65] should be DENIED AS MOOT.

IT IS SO ORDERED.

# # #

Order Prepared By:

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ Natalie F. Wilson
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Counsel for Frank Daniel Moore and DMA Properties, Inc.*

Approved as to Form:

/s/ Robert E. Valdez
Robert E. Valdez
VALDEZ & TREVIÑO, ATTORNEYS AT LAW
8023 Vantage Dr., Suite 700
San Antonio, TX 78230
revaldez@valdeztrevino.com

*Counsel for David Strolle*

4