# EXHIBIT 1

| | |
|---|---|
| **From:** | David Strolle |
| **To:** | Craig Crockett |
| **Cc:** | Beau Phillips; drodgers@lawdcm.com; larrymwright54@yahoo.com |
| **Subject:** | RE: Northern Water Project |
| **Date:** | Tuesday, June 18, 2019 11:09:00 AM |

Craig:

I respectfully disagree with you concerning the alleged violations of the Purchase and Sale Agreement. Nevertheless, please be advised that we are in the process of scheduling a mediation of the DMA/Moore and Longbranch/Borders issues. We are attempting to schedule the mediation next week.

In the interim, I am attempting to address your concerns regarding the Deed of Trust filed in Uvalde County. When I contacted the Uvalde County clerk yesterday they advised that they use document numbers rather than volume and page and therefore they could not provide me with a copy of the document that you are referencing. At this point, in order to avoid any potential confusion, I request that you send me a copy of the Deed of Trust in question.

Thank you and please let me know if you have any remaining questions or need any additional information concerning this matter.

David P. Strolle, Jr.

Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

**From:** Craig Crockett [mailto:craig@tcrg.com]
**Sent:** Thursday, June 13, 2019 9:19 AM
**To:** David Strolle
**Cc:** Beau Phillips
**Subject:** RE: Northern Water Project

David

As I see it, your client fraudulently failed to disclose the existence of the encumbrances created by the DMA/Moore assignment, the Borders/Longbranch assignment and the August 14, 2017 Deed of Trust filed in Vol. 4288, Pg. 578 in the Real Property of Uvalde County, and in doing so, your client violated Sections 5.2, 5.3, 5.5, 5.7, 5.11, 5.14(a), 7.2(a), 7.3 and 9.3(c) of the Purchase and Sale Agreement.

When a lawsuit is filed against your client and Mr. Terril for fraud, I would anticipate that DMA/Moore, Borders/Longbranch and/or my client will seek the remedy of disgorgement of the ill-gotten gain; that is, total disgorgement of your client's interest and Mr. Terril's/Synergy's interest. I

think your client would do well to recognize this and resolve these claims immediately commensurate with the risk of total disgorgement and damages.

Regarding the August 14, 2017 Deed of Trust filed in Vol. 4288, Pg. 578 in the Real Property of Uvalde County, **within fifteen (15) days of this email,** please provide me a file marked release in the Real Property of Uvalde County demonstrating removal of the encumbrance created by the August 14, 2017 Deed of Trust filed in Vol. 4288, Pg. 578 in the Real Property of Uvalde County.

Thank you for your time and consideration to these matters. I look forward to hearing from you soon.

**Craig M. Crockett**
**General Counsel**
**Texas Capitalization Resource Group, Inc.**
**2509 Merrick Street**
**Fort Worth, Texas 76107**
**Telephone: 817-626-9898**
**Telecopier: 817-624-1374**
**Cell: 817-999-4112**
**E-Mail: craig@tcrg.com**

**The contents of this email and any attachments to it may contain privileged and confidential information from Texas Capitalization Resource Group, Inc. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to from Texas Capitalization Resource Group, Inc. or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify from Texas Capitalization Resource Group, Inc. by e-mail immediately.**

**From:** David Strolle <Dstrolle@caglaw.net>
**Sent:** Tuesday, June 11, 2019 2:38 PM
**To:** Craig Crockett <craig@tcrg.com>
**Subject:** Northern Water Project

Craig:

We tried to resolve the issues with Mr. Borders and Mr. Moore, but they would not ever tell us what they want. We are going to move forward as fast as possible to let the courts determine what their interest is. I can assure you that Mr. Wright and I believe Mr. Terrill are doing everything they can to resolve these issues; however, as you know it takes two parties to make a deal and if one side is unreasonable a deal cannot be made.

I hope to have more to report to you soon concerning this matter.

**LW 00365**