# EXHIBIT F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| Debtor | § | Case No. 20-50805 |
| | § | |
| | § | |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § | |
| | § | Adversary No. 20-05027 |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DMA Properties, Inc., | § § | |
| Cross-Plaintiff/Third-Party Plaintiff | § § | |
| v. | § § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | § § § § § § | Adversary No. 20-05027 |
| Cross-Defendants/Third-Party Defendants | § § § | |
| | § | |

1

## DMA PROPERTIES' RESPONSES AND OBJECTIONS
## TO KRISJENN'S FIRST REQUESTS FOR PRODUCTION

DMA Properties and Frank Daniel Moore hereby serve their responses and objections to KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW First Requests for Production.

Respectfully,

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-mail on the 21st day of July 2020:

Ronald J. Smeberg
MULLER SMEBERG, PLLC
111 West Sunset Road
San Antonio, Texas 78209
ron@smeberg.com

*Counsel for KrisJenn Ranch, LLC,*
*KrisJenn Ranch, LLC–Series Uvalde Ranch,*
*and KrisJenn Ranch, LLC–Series Pipeline ROW*

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209

*Counsel for Longbranch Energy, LP*

/s/ Timothy Cleveland
Timothy Cleveland

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

This preliminary statement and these general objections are incorporated in the response to every request for production and interrogatory below. DMA is attempting to answer and respond to Defendants' requests for production and interrogatories in good faith and based on their understanding of the requests. DMA's discovery efforts and investigation of facts pertaining to DMA's claims are ongoing, and DMA reserve the right to supplement these responses as the case progresses.

DMA generally objects to any request that can be read to include a request for privileged information. Additionally, DMA is willing to confer with Defendants in good faith regarding any and all objections asserted in response to these requests.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce your entire file for the Right-of-Way, including any files concerning a potential pipeline or any other projects related to the Right-of-Way.

> **RESPONSE**: DMA will produce all files related to the Right-of-Way that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents and communications relating to the Right-of-Way or any potential pipeline or other project related to the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications related to the Right-of-Way that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 3:** Produce any pro formas, presentations, brochures, financial projections, and/or any other investment materials relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

4

>**RESPONSE**: DMA will produce all documents responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 4:** Produce all valuations and/or appraisals relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

>**RESPONSE**: DMA will produce all documents responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 5:** Produce all communications with Wright relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

>**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 6:** Produce all minutes of any meetings of DMA that relate to the Right-of-Way.

>**RESPONSE**: DMA will produce all documents responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 7:** Produce all communications with Moore relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

>**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 8:** Produce all communications with Pigg relating to the Right-of-Way, including, but not limited to, any potential pipeline or other projects relating to the Right-of-Way.

>**RESPONSE**: DMA will produce all nonprivileged communications responsive to this

request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 9:** Produce all communications with Terrill relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 10:** Produce all communications with TCRG relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 11:** Produce all communications with any third party (including Borders) relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client, work-product, or other applicable privilege.

**REQUEST FOR PRODUCTION NO. 12:** Produce all agreements between you and Terrill.

**RESPONSE**: DMA objects that this request is overbroad and seeks information that is outside the scope of discovery because it is not relevant to any of the parties' pending claims or defenses. Subject to that objection, DMA will produce all agreements with Terrill relating to the Right-of-Way that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 13:** Produce all agreements between you and Longbranch.

**RESPONSE**: DMA objects that this request is overbroad and seeks information that is outside the scope of discovery because it is not relevant to any of the parties'

pending claims or defenses. Subject to that objection, DMA will produce all agreements with Longbranch relating to the Right-of-Way that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 14:** Produce all agreements between you and any third party relating to the Right-of-Way, including any potential pipeline or other projects relating to the Right-of-Way.

**RESPONSE**: DMA will produce all documents responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 15:** Produce all minutes of any meetings of DMA that relate to the Right-of-Way.

**RESPONSE**: DMA objects that this response is duplicative and redundant with Request for Production No. 6. Subject to that objection, DMA will produce all documents responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 16:** Produce all documents that reflect any agreements and/or transactions between DMA and Longbranch.

**RESPONSE**: DMA objects that this request is duplicative and redundant with Request for Production No. 13. DMA also objects that this request is overbroad and seeks information that is outside the scope of discovery because it is not relevant to any of the parties' pending claims or defenses. Subject to those objections, DMA will produce all agreements with Longbranch relating to the Right-of-Way that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 17:** Produce all communications with Wright relating to Black Duck.

**RESPONSE**: DMA objects that this request is overbroad and seeks information outside the scope of discovery. Specifically, this request seeks "all communications" relating to Black Duck, irrespective of any nexus between those communications and the parties' pending claims or defenses. Subject to those

7

>>objections, DMA will produce all communications related to DMA's claims that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 18:** Produce all communications with Longbranch relating to Black Duck.

>**RESPONSE**: DMA objects that this request is overbroad and seeks information outside the scope of discovery. Specifically, this request seeks "all communications" relating to Black Duck, irrespective of any nexus between those communications and the parties' pending claims or defenses. Subject to those objections, DMA will produce all communications related to DMA's claims that are located after conducting a reasonably diligent search, except to the extent those communications are protected by attorney-client, work-product, or other applicable privilege.

**REQUEST FOR PRODUCTION NO. 19:** Produce all communications with Pigg relating to Black Duck.

>**RESPONSE**: DMA objects that this request is overbroad and seeks information outside the scope of discovery. Specifically, this request seeks "all communications" relating to Black Duck, irrespective of any nexus between those communications and the parties' pending claims or defenses. Subject to those objections, DMA will produce all communications related to DMA's claims that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 20:** Produce all communications with Terrill relating to Black Duck.

>**RESPONSE**: DMA objects that this request is overbroad and seeks information outside the scope of discovery. Specifically, this request seeks "all communications" relating to Black Duck, irrespective of any nexus between those communications and the parties' pending claims or defenses. Subject to those objections, DMA will produce all nonprivileged communications related to DMA's claims that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 21:** Produce all communications with TCRG relating to Black Duck.

>**RESPONSE**: DMA objects that this request is overbroad and seeks information outside the

scope of discovery. Specifically, this request seeks "all communications" relating to Black Duck, irrespective of any nexus between those communications and the parties' pending claims or defenses. Subject to those objections, DMA will produce all communications related to DMA's claims that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 22:** Produce all documents and communications relating to any inquiries by Moore and/or Borders related to any lease of the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 23:** Produce all documents and communications relating to any inquiries by Moore and/or Borders related to any purchase of the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 24:** Produce all documents and communications relating to Longbranch's assignment of the option to buy the Right-of-Way to Black Duck.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 25:** Produce all documents and communications relating to any 20% net-profits interest assigned to Longbranch by Black Duck.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 26:** Produce all documents and communications relating to the Longbranch Assignment.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 27:** Produce all communications with Wright relating to the Longbranch Assignment.

> **RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 28:** Produce all communications with Longbranch relating to the Longbranch Assignment.

> **RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 29:** Produce all communications with Pigg relating to the Longbranch Assignment.

> **RESPONSE**: DMA will produce all nonprivileged communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 30:** Produce all communications with Terrill relating to the Longbranch Assignment.

> **RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 31:** Produce all communications with TCRG relating to the Longbranch Assignment.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent those files are protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 32:** Produce all communications with Pigg relating to the DMA Agreement.

**RESPONSE**: DMA will produce all nonprivileged communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 33:** Produce all communications with Terrill relating to the DMA Agreement.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 34:** Produce all documents and communications relating to any letter of intent signed by Wright and Terrill.

**RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 35:** Produce all documents and communications relating to any inquiries by Moore and/or Borders related to any monetization, leasing, or selling of the Right-of-Way.

**RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 36:** Produce all communications with any lender, relating to financing for the purchase or sale of the Right-of-Way.

**RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 37:** Produce all documents and communications relating to Moore's resignation from Black Duck.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 38:** Produce all documents and communications relating to any 20% net-profits interest assigned to Moore/DMA Properties by Black Duck.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 39:** Produce all documents and communications relating to the DMA Agreement.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 40:** Produce all communications with Borders relating to the DMA Agreement.

> **RESPONSE**: DMA will produce all communications responsive to this request that are located after conducting a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 41:** Produce all communications with Moore relating to the DMA Agreement.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 42:** Produce all documents and communications relating to any inquiries by third parties related to any monetization of the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 43:** Produce all documents and communications relating to any inquiries by third parties related to leasing or renting the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.

**REQUEST FOR PRODUCTION NO. 44:** Produce all documents and communications relating to any inquiries by third parties related to purchasing or selling the Right-of-Way.

> **RESPONSE**: DMA will produce all documents and communications responsive to this request that are located after conducting a reasonably diligent search, except to the extent protected by attorney-client or work-product privilege.