IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: <br> **KRISJENN RANCH, LLC,** <br> *Debtor* | § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 20-50805 |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** <br> **KRISJENN RANCH, LLC-SERIES** <br> **UVALDE RANCH, and KRISJENN** <br> **RANCH, LLC-SERIES PIPELINE** <br> **ROW as successors in interest to** <br> **BLACKDUCK PROPERTIES, LLC,** <br> *Plaintiffs* <br><br> v. <br><br> **DMA PROPERTIES, INC., and** <br> **LONGBRANCH ENERGY, LP,** <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br><br><br><br> Adversary No. 20-05027 |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC,** <br> *Cross-Plaintiff/Third Party Plaintiff* <br><br> v. <br><br> **KRISJENN RANCH, LLC,** <br> **KRISJENN RANCH, LLC-SERIES** <br> **UVALDE RANCH, and KRISJENN** <br> **RANCH, LLC-SERIES PIPELINE ROW,** <br> **BLACK DUCK PROPERTIES, LLC,** <br> **LARRY WRIGHT, and JOHN TERRILL,** <br> *Cross-Defendants/Third-Party Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> Adversary No. 20-05027 |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION REQUESTING EXPEDITED CONSIDERATION OF MOTION TO COMPEL DISCOVERY RESPONSES FROM <u>DMA PROPERTIES, INC. AND FRANK DANIEL MOORE</u>**

1

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**DEBTOR HAS REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors"), and submit this Motion Requesting Expedited Consideration of Debtor's Motion to Compel Discovery Responses to the Debtors First and Second Discovery Requests to DMA Properties, Inc. ("DMA") and Frank Daniel Moore ("Moore") (the "Motion"), and in support thereof respectfully shows the Court as follows:

## BACKGROUND

1. On August 19, 2020, the Debtors propounded their:

    a. First Set of Interrogatories to DMA;

    b. First Set of Interrogatories to Moore;

    c. Second Set of Requests for Production to DMA;

    d. First Set of Requests for Production to Moore; and

    e. Second Set of Requests for Production to Moore (collectively the "Discovery Requests").

2. On September 21, 2020, approximately thirty-three days later, DMA and Moore served their responses to the Discovery Requests. True and correct copies of the responses are attached hereto as Exhibits A, B, C, D, and E, respectively (collectively the "Second Discovery Responses").

3. Prior, on June 5, 2020, the Debtors propounded their First Set of Requests for Production to DMA. The parties agreed to an extension of time to respond. On July 21, 2020 DMA provided its responses and objections. A true and correct copy of DMA's responses are attached hereto as Exhibit F (Exhibits A through F are collectively referred to as the "Discovery Responses").

4. On September 23, 2020, counsel for Debtors indicated that they would be withdrawing notices of intent to depose Moore and the corporate representatives of DMA and SCMED Oilfield Consulting, Inc. ("SCMED"), previously scheduled on September 25, 2020, on the basis that written discovery objections and document production issues remained outstanding. Additionally, Debtors requested, but not received, alternative deposition dates for Moore, DMA, and SCMED.

5. On August 21, 2020 DMA produced a number of disorganized documents, merged into a single PDF file. These documents, Bates labeled DMA 000001-005824, have never been identified or referenced in any written discovery response in this case.

6. Discovery in this matter is set to close on November 18, 2020. As such, the time to produce and process responsive documents and depose the Third-Party Plaintiffs will soon conclude.

7. On October 20, 2020, Debtors filed Motion to Compel Discovery Responses from DMA Properties, Inc. and Frank Daniel Moore [Doc. 108].

8. The Court has the motion for hearing set on November 16, 2020 at 2:00 p.m., two days prior to the end of discovery.

**RELIEF REQUESTED**

9. Debtors request expedited consideration of their Motion to Compel Discovery Responses to the Debtors First and Second Discovery Requests to DMA Properties, Inc. and Frank Daniel Moore.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court grant this request and set the Motion to Compel Discovery Responses to the Debtors First and Second Discovery Requests to DMA Properties, Inc. and Frank Daniel Moore to be heard at the Court's earliest convenience.

Dated: October 21, 2020

Respectfully submitted,

MULLER SMEBERG, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEY FOR DEBTORS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 23, 2020 I conferred with counsel for DMA Properties, Inc. and LongBranch Energy, LP about the relief requested in this motion. Upon such conference, counsel has indicated that they are opposed to the relief requested in the above motion.

/s/ *John Muller*
C. John Muller IV

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 26th day of October 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
nwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

    /s/ *John Muller*
    C. John Muller IV