

**The relief described hereinbelow is SO ORDERED.**

**Signed October 26, 2020.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC,** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

___

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

___

| | |
|---|---|
| **DMA PROPERTIES, INC,** § | |
| *Cross-Plaintiff/Third Party Plaintiff* § | |
| § | |

| | |
|---|---|
| v. | § |
| | § |
| **KRISJENN RANCH, LLC,** | § |
| **KRISJENN RANCH, LLC-SERIES** | § |
| **UVALDE RANCH, and KRISJENN** | § |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL,** | § |
| *Cross-Defendants/Third-Party* | § |
| *Defendants* | § |

## ORDER SETTING EXPEDITED HEARING OF KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION REQUESTING EXPEDITED CONSIDERATION OF MOTION TO COMPEL DISCOVERY RESPONSES FROM DMA PROPERTIES, INC. AND <u>FRANK DANIEL MOORE</u>

On Consideration of Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors"), Motion Requesting Expedited Consideration of Debtor's Motion to Compel Discovery Responses to the Debtors First and Second Discovery Requests to DMA Properties, Inc. and Frank Daniel Moore, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a **hearing on the following shall be heard on November 2, 2020 @2pm.**

<span style="color:red">**VIA Telephone 888-278-0296 Access Code 9198559.**</span>

**[DOC. NO. 108] KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DMA PROPERTIES, INC. AND FRANK DANIEL MOORE**

it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

###

Respectfully submitted,

MULLER SMEBERG, PLLC

By:   /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEY FOR DEBTORS