# EXHIBIT E

From: Hagan Cohle hscohle@yahoo.com
Subject: Fw: Pre Express pipeline and Row closing requirements
Date: Jul 5, 2020 at 1:39:00 PM
To: larrymwright54@gmail.com

Hagan Cohle

----- Forwarded Message -----
**From:** Larry Wright <larrymwright54@yahoo.com>
**To:** Daniel Moore <palmettolandandfarms@hotmail.com>; Hagan Cohle-son N Law <hscohle@yahoo.com>
**Sent:** Thursday, August 3, 2017, 01:09:56 PM CDT
**Subject:** Pre Express pipeline and Row closing requirements

Daniel and Hagan- Daniel, I will need a letter from you and Hagan authorizing me to sign all closing documents(For Blackduck) on the purchase of Express Pipeline.
 Daniel-At the time of closing, krisjenn Ranch LLC, will be owed $5,000,000 plus interest before any profits will be distributed. I will need a letter from you understanding and agreeing to this to put into the Corporate Minutes of Blackduck Resources.
 Also, because you are good at this and understand our Journey, Please put a 3rd letter together for the Corporate minutes of Blackduck Resources. Please spell out our deal as you understand it -that involves Foryx:
Something like this:
1. Krisjenn Ranch 50%
2. Daniel Moores entity 35%
3. Darren Borders 15%

I would also agree to the above terms to any other deal that you bring to the table. FYI -Your entity that owns 50% of Blackduck is now listed as Inactive in Texas. You should file the appropriate reports to get it activated or we can put a new entity there or just you personally. We need to be up to date before I close.

If Foryx(Joes Deal) fails to close(The deal I want to close) 😢😢. Then, What would be the fair ownership of Krisjenn Ranch in this project with Blackduck to move forward with other buyers?

Guys-I'm just trying to get ahead of the curve ball before the closing on August 14.

Ty,
Larry