IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| v. | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |
| **DMA PROPERTIES, INC.** | § | |
| *Counter-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* | § | |

# ORDER ON DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DMA PROPERTIES, INC.'S CLAIMS

On this day came to be heard KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC's (the "Debtors") Motion for Partial Summary Judgment on DMA Properties, Inc.'s Bigfoot Note claims, breach of contract claim relating to the Pipeline, money had and received claim relating to the Pipeline, and tortious interference claim relating to the Pipeline (the "Motion"). Finding that good cause exists for the relief requested, and after consideration of all matters before it, the Court is of the opinion that the Debtors' Motion should be granted.

It is therefore **ORDERED** that the Motion for Partial Summary Judgment on DMA Properties, Inc.'s Bigfoot Note claims, breach of contract claim relating to the Pipeline, money had and received claim relating to the Pipeline, and tortious interference claim relating to the Pipeline is **GRANTED**.

###

**PREPARED AND ENTRY REQUESTED BY**

    MULLER SMEBERG, PLLC

By:   /s/ *John Muller* _____
    C. John Muller IV
    State Bar No. 24070306
    john@muller-smeberg.com
    Ronald J. Smeberg
    State Bar No. 24033967
    ron@smeberg.com
    Ezekiel John Perez
    State Bar No. 24096782
    zeke@muller-smeberg.com
    111 W. Sunset Rd.
    San Antonio, Texas 78209
    Telephone: (210) 664-5000
    Facsimile: (210) 598-7357

    ATTORNEY FOR DEBTORS