# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,**
**Krisjenn Ranch, LLC,**
**Series Uvalde Ranch,**
**Krisjenn Ranch, LLC,**
**Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    VIA TELEPHONE: (888)278–0296; AC:9198559

    on    **11/23/20  at  02:00 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278–0296 Access Code 9198559# (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 117 Motion For Partial Summary Judgment on Frank Daniel Moore's Claims Filed by Charles John Muller IV, Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row, Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row. AND 118 Motion For Partial Summary Judgment on DMA'S Claims Filed by Charles John Muller IV, Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row, Krisjenn Ranch, LLC. Krisjenn Ranch, LLC. Series Uvalde Ranch, Krisjenn Ranch, LLC. Series Pipeline Row. Hearing Scheduled For 11/23/2020 at 2:00 PM at VIA TELEPHONE–Conference Dial–In Number: (888)278–0296; Access Code: 9198559 (Castleberry, Deanna)

Dated:  10/27/20

                                                                 Barry D. Knight

Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]