# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

  at     VIA TELEPHONE: (888)278–0296; AC:9198559

  on   **11/23/20  at  02:00 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (888) 278–0296 Access Code 9198559# (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings Filed by Austin Hammer Krist for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. Hearing Scheduled For 11/23/2020 at 2:00 PM at VIA TELEPHONE–Conference Dial–In Number: (888)278–0296; Access Code: 9198559 (Castleberry, Deanna)

Dated:  10/29/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]