IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| KRISJENN RANCH, LLC, § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE § | | |
| ROW as successors in interest to § | | |
| BLACKDUCK PROPERTIES, LLC, § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| DMA PROPERTIES, INC., and § | | |
| LONGBRANCH ENERGY, LP, § | | Adversary No. 20-05027 |
| *Defendants* § | | |

___

| | | |
|---|---|---|
| DMA PROPERTIES, INC, § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| v. § | | |
| § | | |
| KRISJENN RANCH, LLC, § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE ROW, § | | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, § | | |
| LARRY WRIGHT, and JOHN TERRILL, § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION REQUESTING EXPEDITED CONSIDERATION OF OBJECTIONS TO DMA PROPERTIES, INC. AND FRANK DANIEL MOORE'S AMENDED COUNTERCLAIMS AND THIRD-PARTY CLAIMS**

1

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**DEBTORS HAVE REQUESTED EXPEDITED CONSIDERATION OF THIS OBJECTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS OBJECTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS OBJECTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors"), and submit this Motion Requesting Expedited Consideration of Debtor's Objection to DMA Properties, Inc. ("DMA") and Frank Daniel Moore's Amended Counterclaims and Third-Party Claims (the "Objection"), and in support thereof respectfully shows the Court as follows:

## BACKGROUND

1. The parties were required to "file all amended or supplemental pleadings and shall join additional parties on or before **10/14/20**." (Dkt. # 69, ¶ 1).

2. DMA and Moore conferred with Debtors asking if they were opposed to DMA and Moore's amended counterclaims.

3. Debtors asked to see the amended counterclaims before stating whether they objected or not. However, DMA and Moore refused to show the amended counterclaims to Debtors.

4. In the spirit of cooperation, Debtors agreed not to oppose DMA and Moore's pleadings against Debtors so long as DMA and Moore reciprocated.

5. However, Debtors did not contemplate that DMA and Moore would attempt to join additional parties to the case only 54 days prior to trial.

6. DMA and Moore filed their amended counterclaims with motion for leave of court to file on October 14, 2020. (Dkts. # 100, 100-1, 100-2). The amended counterclaims added David Strolle; Granstaff, Gaedke, & Edgmon, P.C.; and McLeod Oil as additional third-party defendants.

7. Debtors did not join any additional parties in their amended pleading.

8. Debtors would have opposed DMA and Moore's amended counterclaims had they known DMA and Moore intended to add additional parties to the case.

9. Debtors now file this objection to DMA and Moore's request to permissively join additional parties through their amended counterclaims.

## RELIEF REQUESTED

10. Debtors request expedited consideration of their Objection to DMA Properties, Inc. and Frank Daniel Moore's Amended Counterclaims and Third-Party Claims.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request that the Court grant this request and set the Objection to DMA Properties, Inc. ("DMA") and Frank Daniel Moore's Amended Counterclaims and Third-Party Claims to be heard at the Court's earliest convenience.

Dated: October 29, 2020

Respectfully submitted,

MULLER SMEBERG, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that on October 28, 2020 I conferred with counsel for DMA Properties, Inc. and Frank Daniel Moore about the relief requested in this motion. Upon such conference, counsel has indicated that they are opposed to the relief requested in the above motion.

                                           /s/ *John Muller*
                                           C. John Muller IV

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 29th day of October 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
nwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

   /s/ *John Muller*
C. John Muller IV