

**The relief described hereinbelow is SO ORDERED.**

**Signed November 02, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, | § | |
| LLC-SERIES UVALDE RANCH, AND | § | |
| KRISJENN RANCH, LLC-SERIES PIPELINE | § | |
| ROW, AS SUCCESSORS IN INTEREST TO | § | |
| BLACK DUCK PROPERTIES, LLC, | § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH | § | |
| ENERGY, LP., | § | |
| DEFENDANTS. | | |

ORDER DISMISSING MOTION AS MOOT

On this day came on to be considered *DMA Properties, Inc., Frank Daniel Moore, Longbranch Energy, LP's Motion to Continue Trial Date* (ECF No. 129), and the Court is of the opinion that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above referenced *Motion* is hereby

**DISMISSED AS MOOT**.

### #