The relief described hereinbelow is SO ORDERED.

Signed November 04, 2020.

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, | § § § § § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP, | § § | |
| DEFENDANTS. | | |

**ORDER GRANTING MOTION TO CONTINUE TRIAL DATE**

On November 3, 2020, came on to be heard *DMA Properties, Inc., Frank Daniel Moore, Longbranch Energy, LP's Motion to Continue Trial Date* (ECF No. 130), and the Court is of the opinion that the *Motion* should be granted.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the discovery deadline in the above-referenced adversary proceeding is hereby *extended* to **DECEMBER 11, 2020**. It is further **ORDERED, ADJUDGED, AND DECREED** that the trial date in the above-referenced adversary proceeding is hereby *continued and reset* for a three-day trial to begin on **JANUARY 11, 2021 AT 10:30 A.M.**, in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas.

Pursuant to this Court's Amended Order Regarding Court Operations in Response to the COVID-19 Pandemic, dated May 29, 2020, all parties are required to appear telephonically by dialing into the Court's teleconference hearing system. For this proceeding, dial (650) 479-3207 and input Access Code 160-686-6761 when prompted. If parties will be offering exhibits and calling witnesses, they must contact the Courtroom Deputy, Deanna Castleberry, for instructions for hearing this trial by WebEx.

# # #