**The relief described hereinbelow is SO ORDERED.**

**Signed November 04, 2020.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC, | § § | CASE NO. 20-50805-RBK |
| DEBTOR | § § § | CHAPTER 11 |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, PLAINTIFFS, | § § § § § § § § | |
| VS. | § § | ADVERSARY NO. 20-05027-RBK |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP, DEFENDANTS. | § § § | |

**ORDER VACATING PRIOR ORDER**

On this day came on to be considered the docket sheet in the above-referenced case, and it appears to the Court that this Court's prior *Order* (ECF No. 134) granting *Longbranch's Unopposed Motion for Leave to Amend* (ECF No. 101) should be vacated.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Order* is hereby **VACATED**.

# # #