

**The relief described hereinbelow is SO ORDERED.**

**Signed November 09, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC, | § § | CASE NO. 20-50805-RBK |
| DEBTOR | § § | CHAPTER 11 |
| | § § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, PLAINTIFFS, | § § § § § § § | |
| VS. | § § | ADVERSARY NO. 20-05027-RBK |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP, DEFENDANTS. | § § § | |

**ORDER GRANTING IN PART, DENYING IN PART
LONGBRANCH'S UNOPPOSED MOTION FOR LEAVE TO AMEND**

On this day came on to be considered *Longbranch's Unopposed Motion for Leave to Amend* (ECF No. 101). In its *Motion*, Longbranch requests leave to add counterclaims against KrisJenn and its series, as well as Larry Wright, John Terrill, and McLeod Oil. It appears to the Court that there

is good cause to grant the *Motion* in part and deny the *Motion* in part. Accordingly, Longbranch is granted leave to amend its pleading to add counterclaims but is denied leave to add any additional third-party defendants.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Order* is hereby **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that the defendant, *Longbranch Energy, LP*, is **GRANTED** leave to amend its pleadings to add counterclaims and is **DENIED** leave to amend its pleadings to add any additional third-party defendants.

# # #