

**The relief described hereinbelow is SO ORDERED.**

**Signed November 12, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| KRISJENN RANCH, LLC, § | CASE NO. 20-50805-RBK |
| § | | |
| DEBTOR § | CHAPTER 11 |
| § | | |
| § | | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, § | | |
| LLC-SERIES UVALDE RANCH, AND § | | |
| KRISJENN RANCH, LLC-SERIES PIPELINE § | | |
| ROW, AS SUCCESSORS IN INTEREST TO § | | |
| BLACK DUCK PROPERTIES, LLC, § | | |
| PLAINTIFFS, § | | |
| VS. § | ADVERSARY NO. 20-05027-RBK |
| § | | |
| DMA PROPERTIES, INC. AND LONGBRANCH § | | |
| ENERGY, LP, § | | |
| DEFENDANTS. | | |

**ORDER GRANTING IN PART, DENYING IN PART**
**DMA AND MOORE'S UNOPPOSED MOTION FOR LEAVE TO AMEND**

On November 12, 2020, came on to be heard *DMA and Moore's Unopposed Motion for Leave to Amend* (ECF No. 100). In their *Motion*, DMA and Frank Daniel Moore request leave to amend their counterclaims and to add McLeod Oil, LLC and David Strolle as additional third-party

2

defendants. It appears to the Court that there is good cause to grant the *Motion* in part and deny the *Motion* in part. Accordingly, DMA and Moore are granted leave to amend their counterclaims but are denied leave to add any additional third-party defendants.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Order* is hereby **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that the movants, ***DMA Properties, Inc. and Frank Daniel Moore***, are **GRANTED** leave to amend their counterclaims and are **DENIED** leave to amend their pleadings to add any additional third-party defendants.

### #