**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § § § § § § | Chapter 11 |
| KrisJenn Ranch, LLC, | | |
| *Debtor* | | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | | Adversary No. 20-05027 |
| v. | | |
| DMA Properties, Inc. and Longbranch Energy, LP, | | |
| *Defendants*. | | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § § § § § § § § § § § § § § | |
| *Cross-Plaintiffs/Third-Party Plaintiffs,* | | |
| v. | | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, and John Terrill, | | |
| *Cross-Defendants/Third-Party Defendants.* | | |

### UNOPPOSED MOTION TO CONTINUE HEARING SET FOR NOVEMBER 23, 2020

TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

**COME NOW** DMA Properties, Inc. and Frank Daniel Moore (together, "Movants") and file their *Unopposed Motion to Continue Hearing Set For November 23, 2020*. In support thereof, the Movants respectfully show as follows:

1. On October 26, 2020, Debtors filed their Motion For Partial Summary Judgment on Frank Daniel Moore's Claims [Dkt. 117] and Motion For Partial Summary Judgment on DMA's Claims [Dkt. 118] (together, the "Debtors' Summary Judgment Motions").

2. Currently, the Debtors' Summary Judgment Motions are set for hearing on November 23, 2020.

3. Movants respectfully request that the hearing be re-scheduled for December 7, 2020 and that the deadline for Movants to file their Responses to the Debtors' Summary Judgment Motions be set for November 30, 2020.

4. This continuance is not sought for the purpose of delay and will not cause a delay in the trial on the merits of this matter, which is set to commence on January 11, 2021.

5. Tim Cleveland, counsel for Movants, has conferred with Debtors' counsel regarding the relief sought herein. Debtors' counsel is not opposed.

WHEREFORE, PREMISES CONSIDERED, Movants pray that the Court enter an order continuing the hearing on Debtors' Summary Judgment Motions to December 7, 2020, setting the deadline for Movants to file their responses thereto by November 30, 2020, and for such other relief to which they may be entitled at law or equity.

Dated November 12, 2020.

Respectfully submitted,

/s/ *Christopher S. Johns*

Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ *Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ *Natalie F. Wilson*
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, a true and correct copy of the above and foregoing instrument was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below.

| | |
|---|---|
| Charles John Muller, IV<br>Email: john@muller-smeberg.com<br>Muller Smeberg, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br><br>Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Plaintiffs Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row** | Michael Black<br>Email: mblack@burnsandblack.com<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br><br>Jeffery Duke<br>Email: jduke@dbmmlaw.com<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br><br>**Counsel to Defendant Longbranch Energy, LP** |
| Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Third-Party Defendant Black Duck Properties, LLC** | Shane P. Tobin<br>Email: shane.p.tobin@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br><br>**United States Trustee** |
| William P. Germany<br>Email: wgermany@bsklaw.com<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209<br><br>**COUNSEL FOR Third Party Defendant Larry Wright** | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>**Third Party Defendant,** *pro se* |

/s/ *Natalie F. Wilson*
NATALIE F. WILSON