

**The relief described hereinbelow is SO ORDERED.**

**Signed November 16, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § | |
| *Plaintiffs*, | § § | Adversary No. 20-05027 |
| v. | § § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § § | |
| *Defendants*. | § § | |

| | |
|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, § § *Cross-Plaintiffs/Third-Party Plaintiffs,* § § v. § § § KrisJenn Ranch, LLC, KrisJenn Ranch, LLC– § Series Uvalde Ranch, and KrisJenn Ranch, § LLC–Series Pipeline ROW, Black Duck § Properties, LLC, Larry Wright, and John § Terrill, § § *Cross-Defendants/Third-Party Defendants.* § § | Adversary No. 20-05027 |

### AMENDED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING SET FOR NOVEMBER 23, 2020

**ON THIS DAY** the Court considered the *Unopposed Motion to Continue Hearing Set For November 23, 2020* (the "Motion") filed by DMA Properties, Inc. and Frank Daniel Moore (together, "Movants"). The Court finds that (i) it has jurisdiction over the Motion, (ii) this is a core matter pursuant to 28 U.S.C. § 157(b)(2), (iii) notice was proper under the circumstances, and (iv) the Motion is well-taken and should be GRANTED. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the **hearing on the Debtors' Summary Judgment Motions currently set for November 23, 2020 shall be continued to December 7, 2020 at 2:00 p.m.** **VIA Telephone Dial (650) 479-3207  Access Code: (160) 686-6761.** It is further

**ORDERED** that Movants shall file their Responses to the Debtors' Summary Judgment Motions by November 30, 2020. It is further

**ORDERED** that no further notice of the continued hearing is necessary.

**IT IS SO ORDERED.**

# # #

Order prepared by:

Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com


Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com


Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com


Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA*