# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479–3207; AC 160–686–6761

on    **12/7/20 at 02:00 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479–3207 Access Code 160–686–6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 161 Motion to Dismiss New Counterclaims Under Rule 12(b)(6) Filed by Austin Hammer Krist for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintif Frank Daniel Moore. (related document(s): 138 Second Amended Adversary Complaint filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (Smeberg, Ronald) (related document(s): 1 Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP Hearing Scheduled For 12/7/2020 at 2:00 PM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–686–6761 (Castleberry, Deanna)

Dated: 11/18/20

Barry D. Knight

Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]