**The relief described hereinbelow is SO ORDERED.**

**Signed November 17, 2020.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § | |
| *Plaintiffs*, | § § | Adversary No. 20-05027 |
| v. | § § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § § | |
| *Defendants*. | § | |

| | |
|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, § § § § *Counter-Plaintiffs and Third-Party Plaintiff,* § § § v. § § § KrisJenn Ranch, LLC, KrisJenn Ranch, § LLC–Series Uvalde Ranch, KrisJenn § Ranch, LLC–Series Pipeline ROW, Black § Duck Properties, LLC, Larry Wright, and § John Terrill, § § *Third-Party/Counterdefendants.* § | Adversary No. 20-05027 |

## ORDER

On November 2, 2020, the Court held a hearing on Nonparty TCRG East Texas Pipeline 1, LLC ("TCRG")'s Amended Motion to Quash [#86] a subpoena issued by DMA Properties, Inc. and Frank Daniel Moore (collectively, "DMA"). At the hearing, TCRG and DMA informed the Court that they had reached an agreement regarding the subpoena, and the Court hereafter orders as follows:

It is ORDERED that TCRG shall produce documents responsive to the subpoena by November 25, 2020. TCRG shall not be required to produce a privilege log in connection with the production so long as TCRG does not withhold any communications with counsel for Larry Wright, Black Duck Properties, LLC, KrisJenn Ranch LLC or its series, or any other third parties that would destroy such privilege.

It is further ORDERED that TCRG shall appear for a deposition on or before December 11, 2020, or at a later date upon agreement of the parties.

It is finally ORDERED that TCRG's Motion to Quash is DISMISSED AS MOOT in light of the agreement between the parties and the orders set forth herein.

# # #

Order submitted by

Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

*/s/Katrina A. Kershner*
Katrina A. Kershner
State Bar No. 24038995
K. Kershner Law
14228 Midway, Suite 214
Dallas, TX 75244
(214) 535-5226
Katrina_kershner@yahoo.com

*Attorney for TCRG East Texas Pipeline, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>MULLER SMEBERG, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john@muller-smeberg.com<br><br>*Counsel for Plaintiffs KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Defendant Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Third-Party Defendant Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

                                                 /s/ Christopher S. Johns
                                                 Christopher S. Johns