# Exhibit 18:
# February 4, 2018 Email Chain

## Re: Agreement Terms On Black Duck Properties / Finial Version

Larry Wright <larrymwright54@yahoo.com>
Sun 2/4/2018, 12:26 PM
To: Daniel Moore <palmettolandandfarms@hotmail.com>

I, Larry Wright hereby fully accept and approve to the terms and conditions of this email

Larry

On Feb 3, 2018, at 10:25 PM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> Larry, I prefer to keep it like it is below. Because Black Duck controls 40% according to your email you have no control of the 60% at this time, therefore Darins 20% and my 20% is accounted for and will remain protected. Plus, I am confident that we will all make enough money on the ROW to where 5% on way or the other will still allow a substantial profit once we get the deal done. Also, I feel like I may be able to actually find a way to get enough money together in the next couple weeks to buy your 50%, but the little extra at 60% to buy you out is a big difference to me at this point in time to possibly scratch together.
>
> PLEASE CONFIRM THE TERMS OF THE EMAIL AGREEMENT USING THE SAME WORDING AS MY APPROVAL. I DO NOT WANT ANY ISSUES GOING FOWARD ABOUT WHAT THE TERMS ARE AND WILL BE.
>
> Best,
> Daniel Moore
>
> ---
>
> **From:** Larry Wright <larrymwright54@yahoo.com>
> **Sent:** Saturday, February 3, 2018 10:58 PM
> **To:** Daniel Moore
> **Subject:** Re: Agreement Terms On Black Duck Properties / Finial Version
>
> Daniel-You pick because you said you were not happy with 20% and in the long run that could make you way more money by taking the 25%. I'm in full agreement either way you choose.
>
> Ty
> Larry
>
> On Feb 3, 2018, at 9:38 PM, Daniel Moore <palmettolandandfarms@hotmail.com>

wrote:

It makes me absolutely no difference. I just want to get this all cleaned up and official.

Your call.

Thanks,
Daniel

---

**From:** Larry Wright <larrymwright54@yahoo.com>
**Sent:** Saturday, February 3, 2018 10:27 PM
**To:** Daniel Moore
**Subject:** Re: Agreement Terms On Black Duck Properties / Finial Version

Daniel-Life sometimes is a give and take. Would you rather have the 25% in the Express pipeline and keep the Harris note the way it is. I'm fine with that also.
Ty,
Larry

On Feb 3, 2018, at 9:24 PM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

> This email is for Larry Wright and Daniel Moore to agree to fully accept and approve, or deny the following changes:
>
> 1) Larry Wright and Daniel Moore have agreed to remove Daniel Moore from all aspects that involve BLACK DUCK PROPERTIES,LLC
>
> 2) Larry Wright herby guarantees that he has the authority and will be responsible to have all members and any other necessary parties ( if any ) execute the proper forms to approve the complete removal of Daniel Moore from Black Duck Properties,LLC
>
> 3) On behalf of Black Duck Properties, Larry Wright has full authority and agrees to sign the proper

forms needed to legally transfer the following items from Black Duck and to DMA Properties, INC or any other Entity owned by Daniel Moore of Daniels choice, and that the transfer along with any and all other necessary documents will take place on or before 5pm on February 23, 2018. Following Items to be transferred:

- No less than 50% carried interest and 50% entitlement on all terms and conditions and monies owed on the Note to Black Duck Properties and Big Foot regarding the Harris SWD. Harris SWD is 100% FREE AND CLEAR OF ANY AND ALL DEBTS.
- Daniel and or assigns has until Feb.23, 2018 to buy out of the remaining 50% of the Harris from Larry Wright for a sum of ( price is contingent on current due payment being made to DMA Properties on or before 2/8/18 ) $124,193.00.
- No less than 20% Carried Interest in the P-21 Express Pipeline. The document will be under the exact same terms and conditions as the "Agreement For Assignment and Assumption Of Specific Contract " that was and is still binding for LongBranch Energy ( Darin Borders ) and Black Duck Properties, other than only language in that agreement that is referring to the assignment of the actual contract, the carried interest amount will be 20% and the applicable terms will be to DMA Properties, LLC or its assigns of choice instead of LongBranch Energy. This will be drafted and fully executed by all necessary parties mentioned in this binding email agreement on or before 5pm on Feb. 23, 2018.
- Black Duck Properties will assign all rights regarding the Madisonville SWD Permits over to DMA Properties and or assigns of DMAs choice free and clear of all encumbrances. DMA agrees to pay Black Duck 50% of any amounts of monies made ( if any ) on the Madisonville SWD for a period of two years from the starting date of Feb. 23, 2018.

All terms and conditions in this email will override and cancel out any and all past agreements (including: written, email or oral agreements ) and will become the sole and superior governing source between these parties from the time and date of the email response from Larry Wright simply stating that he "Fully accepts and approves"

The terms and conditions to this agreement will expire at noon on 2/05/18 if not accepted by all parties on this email before that time and date arrives.

I, Daniel Moore herby fully accept and approve to the terms and conditions of this email.