# Exhibit 21:
# Letter of Intent

February 9, 2018

Black Duck, LLC
Attn: Larry Wright

Dear Mr. Wright,

This letter is to memorialize our agreement regarding the sale of the assets of Black Duck, LLC ("Seller) to Synergy Global Mineral and Royalty Co. ("Buyer").

1. **Purchase Price**

("Buyer") agrees to purchase all current assets of Black Duck, LLC for a purchase price of two million five hundred thousand dollars ($2,500,000.00) plus Seller will retain a sixteen percent (16%) carried interest in the completed Northern Water Project joint venture which will have an approximate value of $15,000,000.00..

2. **Deposit**

Upon execution of this letter, Buyer will tender five hundred thousand dollars ($500,000.00) as a deposit. This deposit is fully refundable only if Seller is unable to deliver marketable title by the date of closing or within a reasonable period of time and is otherwise non-refundable. The remaining $2,000,000.00 of the Purchase Price shall be payable at closing.

3. **Closing Date**

The closing shall occur upon the ability of the Seller to delivery marketable title for the East Texas right of way (also known as the Express Gas Pipeline), Buyer to deliver a mutually acceptable Joint Venture Agreement and by agreement of the parties.

If the foregoing terms and conditions are acceptable, please sign and return this letter to Buyer.

Sincerely,

_____
Chris Edwards


_____
John Terrill

_____
Edward Wallace

_____
Karl Richter

Agreed and accepted by:

_____
Larry Wright