# Exhibit 37: Assignment of Note



## ASSIGNMENT

WHEREAS, Black Duck Properties, LLC, a Texas Limited Liability Company ("Borrower") previously borrowed, pursuant to a written Real Estate Lien Note, Four Million One Hundred Thousand dollars ($4,100,000.00) from Lender, KrisJenn Ranch, LLC, a Texas Limited Liability Company and KrisJenn Ranch, LLC a Texas Limited Liability Company-Series Uvalde Ranch ("the Note").

The Note is dated August 14th, 2017 and by the terms of the Note, was due and payable in full on or before August 14th, 2018. Borrower has not paid the Note according to its terms and Lender has foreclosed on the Note and the collateral which includes Borrowers interest in the Express Gas Pipeline.

FOR AND IN CONSIDERATION of partial payment of the balance due and owing on the Note dated August 14, 2017 and other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged, Black Duck Properties, LLC ("Assignor") hereby transfers, assigns and delivers to KrisJenn Ranch, LLC and KrisJenn Ranch, LLC, a Texas Limited Liability Company-Series Uvalde Ranch ("Assignee") one hundred percent (100%) of Assignor's interest in that one certain Promissory Note dated March 20, 2017 wherein Bigfoot Energy Services LLC is the Borrower and Black Duck Properties, LLC is the Lender in the original principal amount of Four Hundred Fifty Thousand dollars ($450,000.00) payable quarterly with interest at six percent (6%) ("The Note") plus the Security Agreement dated March 20, 2017 between Bigfoot Energy Services LLC and Assignor securing payment of the Note ("Security Agreement") together with any and all other rights, titles, interests, and equity of Assignor in and to the Note and Security Agreement to have and to hold unto said Assignee and their heirs, successors and assigns forever.

ASSIGNOR:

BLACK DUCK PROPERTIES, LLC,
a Texas Limited Liability Company.

Date: October 12, 2018

_____
LARRY M. WRIGHT, Sole Member/Manager

ACCEPTED BY ASSIGNEE:

KrisJenn Ranch, LLC, a Texas Limited Liability Company
and KrisJenn Ranch, LLC a Texas Limited Liability Company-Series Uvalde Ranch

_____
LARRY M. WRIGHT, Member/Manager

**EXHIBIT D**

Unofficial Copy