# Exhibit 38:
# January 31, 2018 Email

| | |
|---|---|
| **From:** | Daniel Moore <palmettolandandfarms@hotmail.com> |
| **Sent:** | Wednesday, January 31, 2018 9:05 AM |
| **To:** | larrymwright54@yahoo.com |
| **Subject:** | ROW Taxes |

Larry,

I recall you mentioning on a phone call a few days ago, that you had only $1,100.00 in your bank account. That was a bit of a shock. You also mentioned that you were getting something done that would pay you $500,000.00. This is none of my business. However, I want to verify your intentions of telling me that? Do you have the ability to remain or maintain your position as the investor or "backer?" I will do everything I can to work on a common goal! That said, If you are in a financial position that causes unpaid taxes or any other must pay expenses to maintain the ROW then please give the group a heads up. This may not be of any concern but I want to make sure. If any of us are working on a deal and it gets crushed because of something like any unpaid taxes etc.. that would all but possibly seal our fate on the ROW. In other words, If there are any major problems approaching this project due to finances or any other reasons... then we all need to understand the full extent of such forecast so we can all act accordingly. I assume all is ok to this regard unless Darin and I hear otherwise from you. What I do know is that you have put up collateral for some of the funds and you want to get this all to a closing ASAP in order to satisfy your loan. That is obviously understandable. What I don't know is your financial situation and did not feel it was or is my business or concern until you mentioned only have $1,000.00. Honestly, I assumed when you took over and decided to close the ROW, I had no doubt ( in my mind ) that you would only do that if you were able to handle that amount of investment regardless if you got a loan or paid cash. Please understand that this email is purely and solely out of concern and wanting to fully understand what needs to be done on the ROW to combat any issues (if any) before its to late. I do not want any 3 of us to expose our name and word to potential buyers or investors and then have a ball hit us out of left field... do to not knowing what was going on.

As you know I am talking and meeting with my SC group and need to make sure we can deliver on our side without having to become unreasonable with timelines because we actually have one. I say that because you have mentioned several times that Feb is your 1st big payment due on your note. I assume that is why you were getting $500k. Obviously, I cannot get anything done by Feb.

Kindest Regards,
Daniel

MOORE025588