# Exhibit 39: Assignment of Claims

## Assignment of Claims

On this day, March _6_, 2020, SCMED Oilfield Consulting, LLC, through its sole member and principal Frank Daniel Moore, hereby assigns, transfers, sells, and conveys unto Frank Daniel Moore any and all claims, causes of action, and affirmative defenses SCMED Oilfield Consulting, LLC may have or assert against KrisJenn Ranch, LLC-Series Pipeline ROW or any other person or entity claiming an interest in the right-of-way commonly known as the P-21 or Express pipeline right-of-way, for and in consideration of the sum of TEN Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged. This assignment is in addition to the assignments made on November 25, 2019 and December 20, 2019.

_____       3-6-2020
Frank Daniel Moore                                      Date
Principal for SCMED Oilfield Consulting, LLC

**Accepted by Assignee:**

Frank Daniel Moore in his individual capacity

_____       3-6-2020
Frank Daniel Moore                                      Date

## Assignment of Claims

On this day, November 25, 2019, SCMED Oilfield Consulting, LLC, through its sole member and principal Frank Daniel Moore, hereby assigns, transfers, sells, and conveys unto Frank Daniel Moore any and all claims, causes of action, and affirmative defenses SCMED Oilfield Consulting, LCC may have or assert against Larry Wright, Black Duck Properties, LLC, KrisJenn Ranch, LLC, and/or KrisJenn Ranch, LLC, a Texas Limited Liability Company-Series Uvalde Ranch for and in consideration of the sum of TEN Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

_____        11/25/2019
Frank Daniel Moore                        Date
Principal for SCMED Oilfield Consulting, LLC

**Accepted by Assignee:**

Frank Daniel Moore in his individual capacity

_____        11/25/2019
Frank Daniel Moore                        Date

## Acknowledgment

**STATE OF:** Arkansas
**CITY OF:** Pope

I, Helen M Carr, a Notary Public in and for said County and State, certify that Frank Daniel Moore, personally known to me to be the same person who signed above, appeared before me today in said State and County, and acknowledged and delivered the instrument to be their free act and deed.

Given under my hand this 25th of Nov, 2019.

My Commission expires: 11/20/2022

_____
                                    Notary Public

[SEAL]

*OFFICIAL SEAL*
Helen M. Carr
Pope County, Arkansas
Commission Expires
Nov 20, 2022
COMMISSION #12397023

## Assignment of Claims

On this day, December 20th, 2019, SCMED Oilfield Consulting, LLC, through its sole member and principal Frank Daniel Moore, hereby assigns, transfers, sells, and conveys unto Frank Daniel Moore any and all claims, causes of action, and affirmative defenses SCMED Oilfield Consulting, LCC may have or assert against TCRG East Texas Pipeline 1, LLC, John Terrill, David Strolle, and/or Granstaff, Gaedke, & Edgmon, P.C. for and in consideration of the sum of TEN Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged. This assignment is in addition to the assignment made on November 25, 2019.

_____    12-20-2019
Frank Daniel Moore                       Date
Principal for SCMED Oilfield Consulting, LLC

**Accepted by Assignee:**

Frank Daniel Moore in his individual capacity

_____    12-20-2019
Frank Daniel Moore                       Date

## Acknowledgment

STATE OF: NC
County OF: Burke

I, Christopher Scott Leonhardt, a Notary Public in and for said County and State, certify that Frank Daniel Moore, personally known to me to be the same person who signed above, appeared before me today in said State and County, and acknowledged and delivered the instrument to be their free act and deed.

Given under my hand this 20th of December, 2019.

My Commission expires: 11/22/2020

[SEAL]                                   Notary Public

(Notary seal: CHRISTOPHER SCOTT LEONHARDT, NOTARY PUBLIC, BURKE COUNTY, NC)