# Exhibit 40:
# Certificate of Termination



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State

December 20, 2018

Attn: Tracy L. George

Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Ste. 110
San Antonio, TX 78229 USA

----
RE: BLACK DUCK PROPERTIES, LLC
File Number: 802358133

It has been our pleasure to file the Certificate of Termination for the referenced entity. Enclosed is the certificate evidencing filing. Payment of the filing fee is acknowledged by this letter.

If we may be of further service at any time, please let us know.

Sincerely,


Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

*Come visit us on the internet at http://www.sos.state.tx.us*

Phone: (512) 463-5555
Prepared by: Lisa Sartin

Fax: (512) 463-5709
TID: 10323

Dial: 7-1-1 for Relay Services
Document: 857063270002

WRIGHT-001513



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### BLACK DUCK PROPERTIES, LLC
File Number: 802358133

The undersigned, as Deputy Secretary of State of Texas, hereby certifies that the Certificate of Termination for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Deputy Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 12/19/2018

Effective: 12/19/2018

Jose A. Esparza
Deputy Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555　　Fax: (512) 463-5709　　Dial: 7-1-1 for Relay Services
Prepared by: Lisa Sartin　　TID: 10307　　Document: 857063270002

WRIGHT-001514

Form 651
(Revised 05/11)
Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: $40



**Certificate of Termination of a Domestic Entity**

This space reserved for office use.
FILED
In the Office of the
Secretary of State of Texas
DEC 19 2018
Corporations Section
COPY

## Entity Information

1. The name of the domestic entity is: **BLACK DUCK PROPERTIES, LLC**

2. The entity is organized as a **LIMITED LIABILTY COMPANY** under the laws of Texas.
   *e.g., for-profit corporation, limited partnership, etc.*

3. The date of formation of the entity is: **12/28/2015**
   *mm/dd/yyyy*

4. The file number issued to the entity by the secretary of state is: **802358133**

## Governing Persons

5. The names and addresses of each of the entity's governing persons are: (see Item 5 instructions)

**GOVERNING PERSON 1**

Name: LARRY M. WRIGHT

Address: 410 SPYGLASS ROAD | McQUEENEY | TX | USA | 78123
Street or Mailing Address | City | State | Country | Zip Code

**GOVERNING PERSON 2**

Name: HAGAN COHLE

Address: 3209 FORT WORTH TRAIL | AUSTIN | TX | USA | 78748
Street or Mailing Address | City | State | Country | Zip Code

**GOVERNING PERSON 3**

Name:

Address:
Street or Mailing Address | City | State | Country | Zip Code

**GOVERNING PERSON 4**

Name:

Address:
Street or Mailing Address | City | State | Country | Zip Code

Form 651                                4

WRIGHT-001515

## Event Requiring Winding Up
(See Item 6 instructions.)

6. The nature of the event requiring winding up is set forth below: (You must select either A, B, C, D, or E.)

☑ A. A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

☐ B. The period of duration specified in the governing documents of the entity has expired.

☐ C. The occurrence of an event specified in the governing documents of the entity that requires the winding up, dissolution, or termination of the entity

☐ D. The occurrence of an event specified in the Texas Business Organizations Code that requires the winding up, dissolution, or termination of the entity

OR

☐ E. A court decree requiring the winding up, dissolution, or termination of the entity has been rendered under the provisions of the Texas Business Organizations Code or other law.

## Completion of Winding Up

7. The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____
mm/dd/yyyy

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
mm/dd/yyyy

The following event or fact will cause the document to take effect in the manner described below:

## Tax Certificate
(Required)

☑ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 11/14/18

By: BLACK DUCK PROPERTIES, LLC
Name of entity (see Execution instructions)

*Larry M. Wright*
Signature of authorized individual (see Execution instructions)

LARRY M. WRIGHT
Printed or typed name of authorized individual

Form 651

5

WRIGHT-001516

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State
### Packing Slip

December 20, 2018

Page 1 of 1

Attn: Tracy L. George
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Ste. 110
San Antonio, TX 78229

Batch Number: 85706327

Client ID: 10513757

Batch Date: 12-19-2018

Return Method: Fax and Mail   210-366-0892

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 857063270002 | Expedited | BLACK DUCK PROPERTIES, LLC | 0 | $25.00 |
| 857063270002 | Certificate of Termination | BLACK DUCK PROPERTIES, LLC | 0 | $40.00 |
| 857063270003 | Convenience Fee | | | $1.76 |
| | | | Total Fees: | $66.76 |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Credit Card | Received | ************5818 | $66.76 |
| | | Total: | $66.76 |

Total Amount Charged to Client Account:   $0.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

There is a 2.7% convenience fee on credit card payments. This additional amount will be computed and shown on your credit card statement when the credit card transaction is settled.

User ID: LSARTIN

*Come visit us on the Internet @ http://www.sos.state.tx.us*

Phone: (512) 463-5555      FAX: (512) 463-5709      Dial: 7-1-1 for Relay Services

WRIGHT-001517