# Exhibit 41:
# Harris SWD Agreement

HARRIS SWD AGREEMENT

Larry M. Wright on behalf of himself and Black Duck Properties, LLC and Frank D. Moore on behalf of himself and DMA Properties, Inc. and all parties to this this specific agreement on behalf of the binding "Email Agreement" ( attached as Exhibit A ) dated Feb. 3, 2018 acknowledge that this "Harris SWD Agreement" is ONLY to address the obligations regarding the Harris SWD mentioned in the "Email Agreement" and all parties herby agree as follows:

DMA Properties, Inc. is entitled to receive 50% of all Gross Monies received by Black Duck Properties, LLC including its successors and assigns for the remainder of all payments due to Black Duck Properties, LLC from Big Foot per the terms and conditions of the Note payments as originally negotiated and accepted by and between Big Foot and Black Duck Properties, LLC. Furthermore, In the event and for any reasons whatsoever Big Foot including but not limited to any of its successors or assigns fails to make the payments, then it is understood that DMA Properties, Inc. is a 50% carried interest party and will be entitled to 50% of any and all scenarios or outcomes including the full terms and conditions regarding the FULL original agreement by and between Black Duck Properties, LLC and Big Foot including but not limited to the Note payment and its terms and conditions.

Note Payments due to DMA Properties, Inc:

DMA Properties, Inc. will be paid 50% of all Gross monies received on the "Note" payments starting on Feb,7 2018, and for the remainder of all payments received. Black Duck Properties, LLC and its successors and assigns will deposit any and all payments ( if a deposit is needed ) into there account within no more than three business days from receiving the payment, and will also mail the payment to DMA Properties, Inc. ( ADDRESS: 88 Wild Swan Lane, Minnesott Beach, N.C 28510 ) within three business days of the funds being available. In the event funds do not process within 10 days of being deposited, DMA Properties, Inc. is entitled to all relative information regarding why the funds are not available.

DMA Properties, INC.

_____ Date 3-2-18

Frank D. Moore, Principle

Black Duck Properties, LLC

_____ Date: 2-21-18

Larry M. Wright, President

Page 1 of 2

EXHIBIT A

EMAIL AGREEMENT DATED FEBUARY 3RD 2018 AND ACCEPTED BY LARRY M. WRIGHT ON FEBUARY 4TH 2018.

INITIALS:

FDM _[signed]_     LMW _[signed]_