# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# San Antonio Division

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/13/2020** was filed on **11/30/2020**. The following deadlines apply:

The parties have until **December 7, 2020** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **December 21, 2020**.

If a request for redaction is filed, the redacted transcript is due **December 31, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **March 1, 2021** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Christine M. Sitzes, Federal Court Reporters of San Antonio, Inc., (210) 340−6464**, or you may view the document at the clerk's office public terminal.

Dated: 12/1/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Emilio Luna

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]

United States Bankruptcy Court

Western District of Texas

Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
    Plaintiff

DMA Properties, Inc.,
    Defendant

Adv. Proc. No. 20-05027-rbk

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 259 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Christen Mason Hebert, Johns & Counsel PLLC, 14101 Hwy 290 West, Suite 400A, Austin, TX 78737-9376 |
| aty | + | Christopher S. Johns, JOHNS & COUNSEL PLLC, 14101 Highway 290 West, Suite 400A, Austin, TX 78737-9376 |
| aty | + | Timothy Cleveland, CLEVELAND TERRAZAS PLLC, 4611 Bee Cave Road, Suite 306B, Austin, TX 78746-5284 |
| | + | Robert E. Valdez, Valdez & Trevino, PC, 8023 Vantage Dr, Suite 700, San Antonio, TX 78230-4726 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion07.cc.ecf@usdoj.gov | Dec 02 2020 04:04:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 02 2020 04:04:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0542-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 259 | Total Noticed: 6 |

Austin Hammer Krist
    on behalf of Third Pty Plaintif Frank Daniel Moore akrist@clevelandterrazas.com

Austin Hammer Krist
    on behalf of Interested Party Frank Daniel Moore akrist@clevelandterrazas.com

Austin Hammer Krist
    on behalf of Defendant DMA Properties Inc. akrist@clevelandterrazas.com

Austin Hammer Krist
    on behalf of Defendant Longbranch Energy LP akrist@clevelandterrazas.com

Austin Hammer Krist
    on behalf of Third Pty Plaintif DMA Properties Inc. akrist@clevelandterrazas.com

Charles John Muller, IV
    on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john.muller@cjma.law, mary.ables-miller@chamberlainlaw.com

Charles John Muller, IV
    on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john.muller@cjma.law, mary.ables-miller@chamberlainlaw.com

Katrina Angelyn Kershner
    on behalf of Defendant TRCG East TX Pipeline LLC katrina_kershner@yahoo.com

Laura L. Worsham
    on behalf of Creditor McLeod Oil LLC lworsham@jonesallen.com, kmcdonald@jonesallen.com

Michael J. Black
    on behalf of Defendant Longbranch Energy LP mblack@burnsandblack.com

Natalie F. Wilson
    on behalf of Defendant DMA Properties Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Third Pty Plaintif Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Third Pty Plaintif DMA Properties Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Defendant Longbranch Energy LP nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Interested Party Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Ronald J Smeberg
    on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com

Ronald J Smeberg
    on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com

Ronald J. Smeberg
    on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
    on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
    on behalf of 3rd Pty Defendant Black Duck Properties LLC ron@smeberg.com, ronaldsmeberg@yahoo.com

William P Germany
    on behalf of 3rd Pty Defendant Larry Wright wgermany@bsklaw.com terri@bsklaw.com

William P Germany
    on behalf of Interested Party Hagan Cohle wgermany@bsklaw.com terri@bsklaw.com

TOTAL: 22