# EXHIBIT A

## Fwd: Express Pipeline Agreement

From: Larry Wright (larrymwright54@yahoo.com)

To: drodgers@lawdcm.com; larrymwright54@gmail.com

Date: Saturday, February 1, 2020, 10:19 PM CST

Derrick-Daniel and Darin agreeing to what a Blackduck sale would look like.

Sent from my iPad

Begin forwarded message:

> **From:** Larry Wright <larrymwright54@yahoo.com>
> **Date:** April 4, 2019 at 9:56:14 PM CDT
> **To:** Dstrolle@caglaw.net
> **Cc:** John Terrill-Synergy -Silverado <John@SynergyAdvisorsGroup.com>
> **Subject: Fwd: Express Pipeline Agreement**
>
> David-This is the game changer I was talking about.
>
> Larry
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Daniel Moore <palmettolandandfarms@hotmail.com>
>> **Date:** September 20, 2016 at 12:10:33 PM CDT
>> **To:** <hscohle@yahoo.com>
>> **Cc:** <larrymwright54@yahoo.com>
>> **Subject: FW: Express Pipeline Agreement**
>>
>> From: drborders@yahoo.com
>> Subject: Re: Express Pipeline Agreement
>> Date: Tue, 20 Sep 2016 11:53:11 -0500
>> To: palmettolandandfarms@hotmail.com
>>
>> I agree
>>
>> Sent from my iPhone
>>
>> On Sep 20, 2016, at 10:50 AM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:
>>
>>> So we agree that we do not want Larry to sell the deal for $1,000,000.00 thus leaving us with 100k and that being the end of our profit share? We really need a royalty at the very least to add to the sale of a contract?
>>>
>>> From: drborders@yahoo.com
>>> Subject: Re: Express Pipeline Agreement
>>> Date: Tue, 20 Sep 2016 10:31:47 -0500

To: palmettolandandfarms@hotmail.com

I do believe it would be fair for us to have a opportunity to match any deal that Larry can make , meaning I believe it would be fair for us to have a first right of refusal in the deal ,
We made the deal with Larry hoping to have the time to put the bigger deal together which would ultimately put all of us in a better position and potentially make us a whole lot of money , I understand Larry wanting to explore his options and I will back whatever yall decide , but it sure seems like we Are in a good position and with the new terms and time that we negotiated I would hope that Larry would give us a little time to the put deal together , the further along we get then the more value for all of us , this could potentially be a billion dollar deal if managed correctly , it's easy to draw a map from here to a huge secure cash flow , this is a simple deal with unimaginable upside ,just need a little time

Darin

Darin

Sent from my iPhone

On Sep 20, 2016, at 9:45 AM, Daniel Moore <palmettolandandfarms@hotmail.com> wrote:

Darin,

Per our conversations over the past few weeks I wanted to make sure we are on the same page prior to my meeting with Larry and Hagan. As you know Larry has been speaking with a few potential investors/buyers that seem to be willing to buy him/ all of us out. As you and I discussed , it was clear to me that we are on the same page. Can I speak for you when I say that we are not wanting Larry to sell the option on the pipeline for $1,000,000.00. That would ( per our agreement ) leave us with approximately $100,000.00 each and we would have no further participation if Larry walked away? Furthermore, even if Larry does get us 2 cents that only leaves us with 0.04 cents per/bbl that will run with the land. While that is better than nothing, is it fair to say that you and I feel it is to premature knowing we have 4-5 months to get a better deal? Is it fair to say that we gave up our control and took a risk on getting 20% (each)of what Larry actually receives so that we could have the TIME to put together a solid deal.

I am going to let Larry know that we sincerely understand and agree that it is his right to make the deal he sees fit and we accept that what we end up with is ultimately in his hands, however, we would like a first right of refusal on any deals he is willing to take.

Please confirm you agree with the terms of this email.

Thanks,
Daniel Moore