

**The relief described hereinbelow is SO ORDERED.**

**Signed December 07, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| KRISJENN RANCH, LLC, § | CASE NO. 20-50805-RBK | |
| § | | |
| DEBTOR § | CHAPTER 11 | |
| § | | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, § | | |
| LLC-SERIES UVALDE RANCH, AND § | | |
| KRISJENN RANCH, LLC-SERIES PIPELINE § | | |
| ROW, AS SUCCESSORS IN INTEREST TO § | | |
| BLACK DUCK PROPERTIES, LLC, § | | |
| PLAINTIFFS, § | | |
| VS. § | ADVERSARY NO. 20-05027-RBK | |
| § | | |
| DMA PROPERTIES, INC. AND LONGBRANCH § | | |
| ENERGY, LP, § | | |
| DEFENDANTS. § | | |

### ORDER DENYING MOTION

On December 7, 2020, came on to be heard the *Debtors' Motion for Partial Summary Judgment on Frank Daniel Moore's Claims* (ECF No. 117), and the Court is of the opinion that the *Motion* should be denied.

2

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DENIED**.

# # #