**The relief described hereinbelow is SO ORDERED.**

**Signed December 07, 2020.**



_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, | § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP, | § | |
| DEFENDANTS. | § | |

**ORDER DENYING MOTION**

On December 7, 2020, came on to be heard *DMA, Moore, and Longbranch's Motion to Dismiss New Counterclaims Under Rule 12(b)(6)* (ECF No. 161), and it appears to the Court that the *Motion* should be denied.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DENIED**.

# # #