# Ezekiel Perez

| | |
|---|---|
| **From:** | Ezekiel Perez |
| **Sent:** | Thursday, December 17, 2020 4:49 PM |
| **To:** | Tim Cleveland; Austin Krist |
| **Cc:** | John Muller; cjohns@johnsandcounsel.com; chebert@johnsandcounsel.com; nwilson@langleybanack.com; ron@smeberg.com |
| **Subject:** | RE: TCRG Deposition |

Tim,

We have just conferred with Ms. Kershner regarding TCRG's deposition and now understand that you have withdrawn your subpoena and agreed to accept documents by agreement in exchange for passing on the oral deposition of TCRG's corporate representative. We have asked that Ms. Kershner provide us with a copy of what was produced to you and it has been made clear that TCRG will not accommodate our request. Will you agree to provide these documents to the Debtors? As you are aware, we had anticipated cross-noticing TCRG's deposition to ensure that the time and place was mutually acceptable and in conformity with the Court's ruling. Will you please provide us with your available dates in the coming week? We will be issuing subpoenas to both TCRG and Craig Crockett seeking those documents produced to you as well as their oral testimony. Thank you.

**From:** Ezekiel Perez
**Sent:** Wednesday, December 16, 2020 5:01 PM
**To:** Tim Cleveland <tcleveland@clevelandterrazas.com>; Austin Krist <akrist@clevelandterrazas.com>
**Cc:** John Muller <john.muller@cjma.law>
**Subject:** RE: TCRG Deposition

Tim,
I hope that you are well. What is the status of the TCRG deposition? The date prescribed by the order has elapsed and we are getting close to trial. With the holidays coming up, we are running short on time. Please advise. Thank you.

**From:** Tim Cleveland <tcleveland@clevelandterrazas.com>
**Sent:** Tuesday, November 24, 2020 11:26 AM
**To:** Ezekiel Perez <zeke.perez@cjma.law>; Austin Krist <akrist@clevelandterrazas.com>
**Cc:** John Muller <john.muller@cjma.law>
**Subject:** RE: TCRG Deposition

Not yet, we are waiting on available dates from TCRG's counsel. The order states that it must occur by December 7 or 14. I will follow up with her.

Tim Cleveland

CLEVELAND | TERRAZAS PLLC

303 Camp Craft Road, Suite 325
Austin, Texas 78746
tcleveland@clevelandterrazas.com

512-689-8698

[www.clevelandterrazas.com](www.clevelandterrazas.com)

---

**From:** Ezekiel Perez <zeke.perez@cjma.law>
**Sent:** Tuesday, November 24, 2020 11:24 AM
**To:** Tim Cleveland <tcleveland@clevelandterrazas.com>; Austin Krist <akrist@clevelandterrazas.com>
**Cc:** John Muller <john.muller@cjma.law>
**Subject:** TCRG Deposition

Tim and Austin,

I hope that you are well. We were reviewing our calendar and realized that we have not received a depo notice for TCRG. Did you amend your notice for that deposition, as discussed at the hearing? If so, what is the revised date and time? Thank you.

*Ezekiel J. Perez*

Associate Attorney

**CJ Muller & Associates, PLLC**

111 W. Sunset Rd., San Antonio, TX 78209

Main: (210) 664-5000

zeke.perez@cjma.law

NOTICE: This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it from your computer. Thank you.