IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br>**KRISJENN RANCH, LLC,**<br>*Debtor* | §<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-50805 |
| **KRISJENN RANCH, LLC and**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE**<br>**ROW as successors in interest to**<br>**BLACKDUCK PROPERTIES, LLC,**<br>*Plaintiffs*<br><br>v.<br><br>**DMA PROPERTIES, INC., and**<br>**LONGBRANCH ENERGY, LP,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 20-05027 |
| **DMA PROPERTIES, INC,**<br>*Cross-Plaintiff/Third Party Plaintiff*<br><br>v.<br><br>**KRISJENN RANCH, LLC,**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE ROW,**<br>**BLACK DUCK PROPERTIES, LLC,**<br>**LARRY WRIGHT, and JOHN TERRILL,**<br>*Cross-Defendants/Third-Party*<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 20-05027 |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DMA PROPERTIES, INC., <u>FRANK DANIEL MOORE, AND LONGBRANCH ENERGY, LP</u>**

*Motion to Expedite Motion to Compel*

1

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**DEBTORS HAVE REQUESTED EXPEDITED CONSIDERATION OF THIS OBJECTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS OBJECTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS OBJECTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors"), and submit this Motion Requesting Expedited Consideration of Debtor's Motion to Compel Discovery Responses to the Debtors' Written Discovery Requests to DMA Properties, Inc. ("DMA"), Frank Daniel Moore ("Moore"), and Longbranch Energy, LP ("Longbranch") and the oral testimony of Longbranch (the "Motion"), and in support thereof respectfully shows the Court as follows:

1. This case is presently set for trial on January 11, 2021.

2. DMA, Moore, and Longbranch have engaged in clear instances of discovery abuse including but not limited to violating a court order to withdraw objections, withholding documents, refusing to testify as to non-privileged communications, and making secret deals with non-parties in an effort to conduct a trial by ambush.

3. In an effort to ensure they are adequately prepared for trial, Debtors have filed their Motion to Compel Discovery Responses to the Debtors' Written Discovery Requests to DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP. Dkt. No. 190.

4. Debtors now request expedited consideration of their Motion to Compel Discovery Responses to the Debtors' Written Discovery Requests to DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP. Having this matter heard before the Court closes for the holidays is vital to ensuring that Debtors have adequate time to prepare for trial.

WHEREFORE PREMISES CONSIDERED, Debtors respectfully request that the Court grant this request and set their Motion to Compel Discovery Responses to the Debtors' Written Discovery Requests to DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP.to be heard at the Court's earliest convenience.

Dated: December 18, 2020

Respectfully submitted,

MULLER SMEBERG, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEY FOR DEBTORS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 16, 2020 I conferred with counsel for DMA Properties, Inc. and LongBranch Energy, LP on the record about the expedited request for relief requested in this motion. Upon such conference, counsel has indicated that they are not opposed to the relief requested sought.

/s/ *John Muller*
C. John Muller IV

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 18th day of December 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

        /s/ *John Muller*
        C. John Muller IV