IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: <br> **KRISJENN RANCH, LLC,** <br> *Debtor* | § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 20-50805 |
| **KRISJENN RANCH, LLC and KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW as successors in interest to BLACKDUCK PROPERTIES, LLC,** <br> *Plaintiffs* <br><br> v. <br><br> **DMA PROPERTIES, INC., and LONGBRANCH ENERGY, LP,** <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br><br><br><br> Adversary No. 20-05027 |
| **DMA PROPERTIES, INC,** <br> *Cross-Plaintiff/Third Party Plaintiff* <br><br> v. <br><br> **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW, BLACK DUCK PROPERTIES, LLC, LARRY WRIGHT, and JOHN TERRILL,** <br> *Cross-Defendants/Third-Party Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> Adversary No. 20-05027 |

## NOTICE OF EXPEDITED HEARING

PLEASE TAKE NOTICE that an expedited telephonic hearing has been set on December 21, 2020, at 2:00 p.m., on the following motion:

1

**[DOC. NO. 190] MOTION TO COMPEL DISCOVERY RESPONSES FROM DMA PROPERTIES, INC., FRANK DANIEL MOORE AND LONGBRANCH ENERGY, LP.**

Dial in information is as follows: (650) 479-3207 Access Code 160-686-6761.

Dated: December 18, 2020

        Respectfully submitted,

        MULLER SMEBERG, PLLC

        /s/ *John Muller*
        C. John Muller IV
        State Bar No. 24070306
        john@muller-smeberg.com
        Ezekiel J. Perez
        State Bar No. 24096782
        zeke@muller-smeberg.com
        111 W. Sunset Rd.
        San Antonio, TX 78209
        Telephone: 210-664-5000
        Facsimile: 210-598-7357

        ATTORNEY FOR DEBTORS

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 18th day of December 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

  /s/ *John Muller*
C. John Muller IV