

**The relief described hereinbelow is SO ORDERED.**

**Signed January 05, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, | § | |
| LLC-SERIES UVALDE RANCH, AND | § | |
| KRISJENN RANCH, LLC-SERIES PIPELINE | § | |
| ROW, AS SUCCESSORS IN INTEREST TO | § | |
| BLACK DUCK PROPERTIES, LLC, | § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH | § | |
| ENERGY, LP, | § | |
| DEFENDANTS. | § | |

### ORDER DENYING PLAINTIFFS' MOTION
### FOR LEAVE TO FILE THEIR THIRD AMENDED COMPLAINT

On this day came on to be considered the Plaintiffs' *Motion for Leave to File Their Third Amended Complaint* (ECF No. 200), and it appears to the Court that the *Motion* should be denied.

In their *Motion*, Plaintiffs request leave to amend their *Second Amended Adversary Complaint* (ECF

No. 141) to add claims against Frank Daniel Moore and Longbranch Energy, LP for fraud, breach of fiduciary duty, nondischargeability under 11 U.S.C. § 523(a)(2), and exemplary damages. It appears to the Court that there is good cause to deny the *Motion* because the pleadings deadline in the scheduling order has passed and the proposed amendments would cause undue prejudice to the Defendants. Additionally, the proposed new cause of action for nondischargability against non-debtors is futile. Accordingly, Plaintiffs are denied leave to amend their complaint.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DENIED**.

# # #