# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | |
|---|---|
| **DMA PROPERTIES, INC** § | |

1

|  |  |
|---|---|
| *Cross-Plaintiff/Third Party Plaintiff* | § |
| v. | § |
|  | § |
| **KRISJENN RANCH, LLC,** | § |
| **KRISJENN RANCH, LLC-SERIES** | § |
| **UVALDE RANCH, and KRISJENN** | § |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL** | § |
| *Cross-Defendants/Third-Party* | § |
| *Defendants* | § |

# ORDER

On this day came to be heard Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, (collectively the "Debtors") Motion to Compel (Dkt. 190). The Court having examined the pleadings, exhibits, and arguments of the parties finds that the Motion to Compel should be granted, in part, as follows:

IT IS ORDERED, ADJUDGED, AND DECREED:

1. that the following fact has been stipulated between the parties and/or is now deemed to be admitted by Counter-Plaintiffs based upon their representation to the Court, claims of privilege, and other actions in this case: "George Pigg represented Longbranch Energy, LP in connection with the Longbranch Assignment, and not Black Duck Properties, LLC";

2. that DMA and Moore shall produce all text messages that are responsive to Debtors' written discovery requests on or before January 4, 2020;

3. that Frank Daniel Moore will be re-deposed by Debtors' counsel on January 6, 2020; and

4. that, at the time of his deposition, Moore will make all cell phones that have been owned and/or used by him since June 1, 2015 available for inspection and copying.

The Court's ruling on Debtor's request for attorney's fee will be reserved for the time of trial.

### 

2

**PREPARED AND SUBMITTED BY:**

CJ MULLER & ASSOCIATES, PLLC

 /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEYS FOR DEBTORS

3