# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § § § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § § | |
| *Plaintiffs*, | § § | Adversary No. 20-05027 |
| v. | § § | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § § | |
| *Counterplaintiffs*, | § § | |
| v. | § § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | § § § § § | Adversary No. 20-05027 |
| *Counterdefendants*. | § § § | |

1

**LONGBRANCH, DMA, AND MOORE'S DEPOSITION DESIGNATIONS**

Longbranch Energy, DMA Properties, and Frank Daniel Moore hereby provide the following deposition designations in advance of trial.

First, nonparty witnesses Adam McLeod is expected to be unavailable to testify at trial and will be presented by deposition designation. Under Federal Rule of Civil Procedure 32(a)(4), a party may use the deposition of a witness "for any purpose" if the witness is unavailable at the time of trial. In turn, a witness is "unavailable" under Rule 32(a)(4) if the witness is more than 100 miles from the place of hearing or trial. As is established in his deposition testimony, Adam McLeod lives and resides more than 100 miles from San Antonio. Correspondingly, his deposition may be used for any purpose. Longbranch, DMA, and Moore designate the following portions of the deposition transcript for use at trial:

| Adam McLeod | |
|---|---|
| 6:16-22 | 170:18-171:14 |
| 7:11-17 | 172:8 |
| 8:8-12 | 173:2-174:5 |
| 9:15-20 | 175:5-16 |
| 11:7-12:5 | 176:18-176:15 |
| 16:13-17 | 178:11-25 |
| 17:25-18:7 | 179:3-18 |
| 38:2-25 | 181:13-22 |
| 41:5-42:17 | 182:13-21 |
| 43:16-44:20 | 183:3-9 |
| 46:17-47:13 | 203:25-204:5 |
| 47:20-48:12 | 206:9-12 |
| 63:15-64:6 | 206:19-207:5 |
| 64:21-65:22 | 235:23-237:4 |
| 66:7-13 | 237:17-238:10 |
| 66:20-67:10 | |
| 67:23-68:6 | |
| 70:18-71:19 | |
| 80:7-23 | |
| 110:5-113:11 | |
| 166:5-12 | |
| 167:22 | |

Second, under Federal Rule of Civil Procedure 32(a)(3), an adverse party may use the deposition of a corporate representative for any purpose. On September 29, 2020, Larry Wright gave deposition testimony in his capacity as the corporate representative for KrisJenn Ranch, LLC and its series. Longbranch, DMA, and Moore designate the following portions of the deposition transcript for use at trial:

| **Larry Wright (09/29)** | |
|---|---|
| 8:21-9:10 | |
| 15:21-16:4 | |
| 16:21-17:22 | |
| 196:1-10 | |
| 212:6-9 | |
| 214:3-215:2 | |
| 215:19-216:8 | |
| 216:13-19 | |
| 224:18-225:9 | |
| 240:19-241:5. | |
| 242:4-243:4 | |
| 244:8-246:21 | |

DMA, Moore, and Longbranch will provide highlighted copies of the transcripts to the Court at the time of trial.

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com

*Counsel for Longbranch Energy*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2021 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>MULLER SMEBERG, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john@muller-smeberg.com<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

                                                */s/ Christopher S. Johns*
                                                Christopher S. Johns