## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |

---

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| **v.** | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | § | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND
KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST
TO BLACK DUCK PROPERTIES, LLC, AND LARRY WRIGHT'S
EXHIBIT AND WITNESS LIST**

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn

Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively

the "Debtors"), and Larry Wright, individually, and submit the following list of exhibits to be offered and witnesses who may or will be called to testify at the January 11, 2021, trial on the merits:

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | OFFERED | ACCEPTED | REJECTED |
|---|---|---|---|---|
| 1 | Email August 5, 2016 with attached Memo July 14, 2010 | | | |
| 2 | Email FW on January 10, 2019 referring to Email July 20, 2014 | | | |
| 3 | Email December 2, 2015 Subject: Business Formation | | | |
| 4 | Email FW on January 10, 2019 referring to Email February 5, 2016 | | | |
| 5 | Black Duck Company Agreement | | | |
| 6 | Email February 19, 2016 | | | |
| 7 | Email May 13, 2016 through June 3, 2016 | | | |
| 8 | Email March 31, 2016 | | | |
| 9 | Email April 17, 2016 | | | |
| 10 | Email May 13, 2016 | | | |
| 11 | Email June 8, 2016 | | | |

| 12 | Email June 8, 2016 through June 9, 2016 | | | |
|----|----|----|----|----|
| 13 | Agreement for Assignment | | | |
| 14 | Email July 15, 2016 | | | |
| 15 | Email September 20, 2016 | | | |
| 16 | Email September 28, 2016 | | | |
| 17 | Email October 13, 2016 | | | |
| 18 | Email November 8, 2016 | | | |
| 19 | Receipt of Payment | | | |
| 20 | Email February 21, 2017 | | | |
| 21 | Email February 21, 2017 | | | |
| 22 | Email March 2, 2017 | | | |
| 23 | Promissory Note | | | |
| 24 | Email FW on January 10, 2019 referring to Email April 25, 2017 | | | |
| 25 | Email April 8, 2017 | | | |

| | | | | |
|---|---|---|---|---|
| 26 | Email April 17, 2017 | | | |
| 27 | Email April 24, 2017 | | | |
| 28 | Email FW on January 10, 2019 referring to Email May 25, 2017 | | | |
| 29 | Email May 31, 2017 | | | |
| 30 | Email FW on January 10, 2019 referring to Email June 30, 2017 | | | |
| 31 | Consent of Members July 13, 2017 | | | |
| 32 | Extension of Closing Date July 14, 2017 | | | |
| 33 | Email July 17, 2017 | | | |
| 34 | Email August 3, 2017 | | | |
| 35 | Email October 9, 2017 | | | |
| 36 | Deed, Conveyance and Assignment August 11, 2017 | | | |
| 37 | Real Estate Lien Note Asilo August  14, 2017 | | | |
| 38 | Real Estate Lien Notes August  14, 2017 | | | |
| 39 | Email April 9, 2018 with attachment Recorded Longbranch Assignment dated October 2, 2017 | | | |

| | | | | |
|---|---|---|---|---|
| 40 | Email January 9, 2018 | | | |
| 41 | **** Electronically Filed Document**** Deed of Trust for Loan to KrisJenn | | | |
| 42 | Email FW on January 10, 2019 referring to Email January 17, 2018 | | | |
| 43 | Email January 31, 2018 | | | |
| 44 | Email February 1, 2018 | | | |
| 45 | Email FW on January 10, 2019 referring to Email February 2, 2018 | | | |
| 46 | Email February 2, 2018 | | | |
| 47 | Email February 3, 2018 | | | |
| 48 | Email February 3, 2018 | | | |
| 49 | Email February 3, 2018 | | | |
| 50 | Email February 5, 2018 | | | |
| 51 | 00193765 VOL: 3610 PG:414 Agreement | | | |
| 52 | Email February 7, 2018 | | | |
| 53 | Email February 7, 2018 | | | |

| | | | | |
|---|---|---|---|---|
| 54 | Email February 8, 2018 through April 9, 2018 | | | |
| 55 | Email FW on December 4, 2020 referring to Email February 8-9, 2018 | | | |
| 56 | TCRG Company Agreement | | | |
| 57 | Email February 20, 2018 | | | |
| 58 | Harris SWD Agreement | | | |
| 59 | Email March 20, 2018 | | | |
| 60 | Assignment and Resignation Agreement | | | |
| 61 | Deed, Conveyance, Assignment and Bill of Sale | | | |
| 62 | Email FW on January 10, 2019 referring to Email April 9-11, 2018 | | | |
| 63 | Email April 9, 2018 with Attachment | | | |
| 64 | Email April 9, 2018 with Attachment | | | |
| 65 | Email April 9, 2018 with Attachment | | | |
| 66 | Email April 9-11, 2018 | | | |
| 67 | Email April 10, 2018 | | | |

| | | | | |
|---|---|---|---|---|
| 68 | Email April 10 through July 24, 2018 | | | |
| 69 | Email April 11, 2018 | | | |
| 70 | Email FW on December 7, 2020 referring to Email April 10 through July 24, 2018 | | | |
| 71 | Instrument Number: 2018-4273 | | | |
| 72 | Guaranty of Debt | | | |
| 73 | Notice of Default | | | |
| 74 | Letter October 12, 2018 | | | |
| 75 | Email November 7, 2018 | | | |
| 76 | Email December 19, 2018 | | | |
| 77 | Letter December 21, 2018 | | | |
| 78 | Email FW on December 7, 2020 referring to Email July 24, 2018 | | | |
| 79 | Intentionally left blank. | | | |
| 80 | Email FW on December 7, 2020 referring to Emails December 19, 2018 and April 4, 2019 | | | |
| 81 | Email January 31, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 82 | Email February 1, 2019 | | | |
| 83 | Term Note | | | |
| 84 | Loan Agreement | | | |
| 85 | Release of Lien | | | |
| 86 | Email February 19, 2019 | | | |
| 87 | Letter February 26, 2019 | | | |
| 88 | Letter March 5, 2019 | | | |
| 89 | Email FW on December 7, 2020 referring to Email April 3, 2019 | | | |
| 90 | Email April 5, 2019 | | | |
| 91 | Email April 13, 2019 | | | |
| 92 | Email April 16, 2019 | | | |
| 93 | Email April 23, 2019 | | | |
| 94 | Email May 3, 2019 | | | |
| 95 | Email May 21, 2019 | | | |

| 96 | Email May 31, 2019 | | | |
|---|---|---|---|---|
| 97 | Compromise Settlement Agreement | | | |
| 98 | Johns&Counsel Supplement to Engagement Agreement and Contract for Contingent Fee | | | |
| 99 | Email September 16, 2020 | | | |
| 100 | Text messages produced by Longbranch Energy, LP, | | | |
| 101 | Text messages produced by Longbranch Energy, LP, | | | |
| 102 | Tax Forfeiture January 29, 2016 | | | |
| 103 | Email February 20, 2018 | | | |
| 104 | December 19, 2018 Certificate of Termination. | | | |

Debtors and Wright reserve the right to request admission of exhibits designated by any other party.

Witnesses who may be called to testify are as follows:

1. Larry Wright
   c/o William Germany
   BAYNE, SNELL & KRAUSE
   1250 N.E. Loop 410, Suite 725
   San Antonio, TX 78209
   wgermany@bsklaw.com

2.  Frank Daniel Moore
    c/o Timothy Cleveland
    Austin Krist
    Cleveland | Terrazas PLLC
    303 Camp Craft Road, Suite 325
    Austin, Texas 78746
    (512) 689-8698
    tcleveland@clevelandterrazas.com
    akrist@clevelandterrazas.com

3.  Darin Borders
    c/o Timothy Cleveland
    Austin Krist
    Cleveland | Terrazas PLLC
    303 Camp Craft Road, Suite 325
    Austin, Texas 78746
    (512) 689-8698
    tcleveland@clevelandterrazas.com
    akrist@clevelandterrazas.com

4.  Hagan Cohle
    c/o William Germany
    BAYNE, SNELL & KRAUSE
    1250 N.E. Loop 410, Suite 725
    San Antonio, TX 78209
    wgermany@bsklaw.com

5.  Craig Crockett
    2509 Merrick Street
    Fort Worth, Texas 76107
    (817) 626-9898
    Craig@TCRG.com

6.  David Strolle
    (210) 348-6600
    Dstrolle@caglaw.net

7.  John Terrill
    12712 Arrowhead Lane
    Oklahoma City, OK 73120

8.  Adam McCleod
    c/o William D. Kuhlmann, Jr.
    ALBERT, NEELY & KUHLMANN, L.L.P.
    1600 Oil and Gas Building
    309 West Seventh Street

Fort Worth, Texas 76102

Debtors and Wright reserve the right to call rebuttal witnesses and any witness designated by another party.

Dated: January 8, 2021.

Respectfully submitted,

MULLER SMEBERG, PLLC

By: _/s/ John Muller_____
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEYS FOR DEBTORS

BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
Email: wgermany@bsklaw.com

By: _/s/ William P. Germany_____
WILLIAM P. GERMANY
State Bar No. 24069777
ATTORNEY FOR THIRD-PARTY
DEFENDANT LARRY WRIGHT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 8th day of January 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite
400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES
TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

  /s/ John Muller
C. John Muller IV

\