**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § § | CHAPTER 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § § § | CASE NO. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § § | ADVERSARY NO. 20-05027 |
| *Plaintiffs*, | § § | |
| v. | § § | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § § § | |
| *Counterplaintiffs*, | § § | |
| v. | § § § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | § § § § § § | ADVERSARY NO. 20-05027 |
| *Counterdefendants*. | § § § | |

1

# AMENDED EXHIBIT LIST
# FOR LONGBRANCH, DMA, AND MOORE

Longbranch Energy, DMA Properties, and Frank Daniel Moore hereby submit their amended exhibit list for trial.

| PX | DX | Marked | Obj. | Admit | Description |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Longbranch Assignment |
|  | 2 |  |  |  | DMA Agreement |
|  | 3 |  |  |  | Email Agreement |
|  | 4 |  |  |  | Harris SWD Agreement |
|  | 5 |  |  |  | Black Duck Company Agreement |
|  | 6 |  |  |  | Purchase & Sale Agreement between Express and Longbranch |
|  | 7 |  |  |  | Bigfoot Promissory Note |
|  | 8 |  |  |  | Assignment of Note from Black Duck to KrisJenn |
|  | 9 |  |  |  | Deed Conveying Express Pipeline from Express to Black Duck |
|  | 10 |  |  |  | KrisJenn Deed of Trust (Renewal and Modification of KrisJenn Note Held by Asilo) |
|  | 11 |  |  |  | Deed of Trust (KrisJenn Loan to Black Duck) |
|  | 12 |  |  |  | Solaris Offer Letter |
|  | 13 |  |  |  | SCMED Assignments |
|  | 14 |  |  |  | Terrill Affidavit |
|  | 15 |  |  |  | TCRG LLC Agreement |
|  | 16 |  |  |  | TCRG Purchase Agreement |
|  | 17 |  |  |  | TCRG Deed (Conveyance from Black Duck to TCRG) |
|  | 18 |  |  |  | TCRG Reconveyance to KrisJenn Ranch, LLC-Series Pipeline ROW |
|  | 19 |  |  |  | TCRG Compromise Settlement Agreement |
|  | 20 |  |  |  | Release of Lien (filed by KrisJenn in Rusk County on June 28, 2019) |
|  | 21 |  |  |  | Letter from KrisJenn to Bigfoot re: Assignment and Foreclosure (Oct. 12, 2018) |
|  | 22 |  |  |  | Letter of Intent re: Terrill Purchase of ROW from Black Duck (Feb. 9, 2018) |
|  | 23 |  |  |  | Certificate of Termination for Black Duck, LLC |
|  | 24 |  |  |  | Extension of Closing Date |
|  | 25 |  |  |  | Option Agreement with McLeod Oil, LLC (Dec. 20, 2019) |
|  | 26 |  |  |  | Note Between Black Duck and KrisJenn (Aug. 14, 2017) |
|  | 27 |  |  |  | Deed of Trust re: Loan from KrisJenn to Black Duck (executed January 18, 2018) |

| | 28 | | | | Email re: Formation of Black Duck (Dec. 2, 2015) |
|---|---|---|---|---|---|
| | 29 | | | | Email re: SCMED (Feb. 19, 2016) |
| | 30 | | | | Email re: Formation of Black Duck (March 10, 2016) |
| | 31 | | | | Email from Moore to Wright (Feb. 21, 2017) |
| | 32 | | | | Email from Wright (Feb. 21, 2017) |
| | 33 | | | | Email re: Extension of Closing Date (July 13, 2017) |
| | 34 | | | | Email re: Moore Authorization for Extension (July 17, 2017) |
| | 35 | | | | Email re: Limits of Moore Authorization (July 17, 2017) |
| | 36 | | | | Email re: Wright Funding for ROW (Jan. 31, 2018) |
| | 37 | | | | Email re: Net Profits Hypothetical (Feb. 7, 2018) |
| | 38 | | | | Email from Moore to Terrill (April 9, 2018) |
| | 39 | | | | Email from Borders to Terrill, Wright, and Moore (April 9, 2018) |
| | 40 | | | | Email from Moore to Wright and Borders (April 9, 2018) |
| | 41 | | | | Email from Wright to Borders re: TCRG Sale Terms (April 10, 2018) |
| | 42 | | | | Emails between Wright, Moore, and Strolle re: TCRG Sale (April 9-11, 2018) |
| | 43 | | | | Emails between Wright and Moore re: Harris SWD Payments (Oct. 22 - Nov. 6, 2018) |
| | 44 | | | | Emails between Wright and Moore re: IRS Audit (Nov. 8, 2018) |
| | 45 | | | | Email from Wright Threatening to "Kill" DMA and Longbranch's Interests (April 16, 2019) |
| | 46 | | | | Minutes of Black Duck Special Meeting (Aug. 14, 2017) |
| | 47 | | | | Minutes of Black Duck Special Meeting (Nov. 14, 2018) |
| | 48 | | | | Email from Strolle to Larry re: Longbranch Interest (April 4, 2019) |
| | 49 | | | | Initial Bankruptcy Schedule for KrisJenn Ranch, LLC |
| | 50 | | | | Emails between Wright and Strolle re: McLeod Loan Modification (Dec. 13, 2019) |
| | 51 | | | | Emails between Wright and McLeod re: Handshake Deal (July 15, 2020) |
| | 52 | | | | Email from Wright (Sept. 16, 2020) |
| | 53 | | | | Email from Wright to McLeod (April 14, 2020) |
| | 54 | | | | McLeod Notice of Event of Default |
| | 55 | | | | Asilo Master Statement |
| | 56 | | | | Wright Notes re: Loan vs. Capital Contribution |
| | 57 | | | | Black Duck Consent (July 13, 2017) |
| | 58 | | | | Notice of Default from Wright to Himself (Sept. 27, 2018) |

| | | | | | |
|---|---|---|---|---|---|
| | 59 | | | | Wright Tabulations re: Harris SWD |
| | 60 | | | | TCRG Business Affidavit |
| | 61 | | | | TCRG 0001-0012 |
| | 62 | | | | Texts between Wright and Borders |
| | 63 | | | | Email on or about May 13, 2016 where Moore and Wright set out terms of 20/20/60 |
| | 64 | | | | Letter from Strolle re: Wright sale of points on the waterline to fund debt |
| | 65 | | | | Joint Venture Documents and Email(s) |
| | 66 | | | | Certified Balance of Funds in Panola County Court |
| | 67 | | | | Strolle Email re: Borders and ROW Project Interference |
| | 68 | | | | Right-of-Way Marker |
| | 69 | | | | Emails between Wright, Moore, and Borders re: ROW Status |
| | 70 | | | | Wright Email to Borders on April 4, 2019 |
| | 71 | | | | Minutes of Black Duck Special Meeting (Jan. 18, 2016) |
| | 72 | | | | Emails between Moore, Borders, and Wright (Feb. 8-9, 2018) |
| | 73 | | | | Emails between Moore and Wright (April 13, 2019) |
| | 74 | | | | Pipeline Maps |
| | 75 | | | | Pipeline Image |
| | 76 | | | | McLeod Business Records Affidavit |
| | 77 | | | | Email from Strolle to Wright (Feb. 6, 2018) |
| | 78 | | | | Email from Strolle to Wright (March 7, 2018) |

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

5

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com

*Counsel for Longbranch Energy*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2021 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>MULLER SMEBERG, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john@muller-smeberg.com<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

      /s/ Christopher S. Johns
      Christopher S. Johns