| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

*Please Read Instructions:*

| 1. NAME Natalie Wilson / Langley & Banack, Inc. | 2. PHONE NUMBER (210) 736-6600 | 3. DATE 1/27/2021 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL nwilson@langleybanack.com | 5. CITY San Antonio | 6. STATE TX | 7. ZIP CODE 78212 |

| 8. CASE NUMBER 20-5027-rbk (Adversary) | 9. JUDGE Ronald B. King | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM  Jan.11,12,13,15,21 | 11. TO |

| 12. CASE NAME KrisJenn Ranch et al. v. DMA Properties, Inc. et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY San Antonio | 14. STATE TX |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire proceeding thus far | Jan. 11,12,13,15 & 21 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | **FILED** |
| 3-Day | ☒ | | NO. OF COPIES | | JAN 27 2021 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | U.S. BANKRUPTCY COURT |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | BY _____ DEPUTY |
| REALTIME | ☐ | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE _(signature)_ for NATALIE WILSON | PROCESSED BY _(signature)_ |
|---|---|
| 19. DATE 1/27/2021 | PHONE NUMBER (210) 472-6720 ext. 5738 |

TRANSCRIPT TO BE PREPARED BY
Exceptional Reporting Services, Inc.
P.O. Box 8365
Corpus Christi, TX 78468

COURT ADDRESS
615 E. Houston, Ste 597
San Antonio, TX 78205

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 1/27/21 | _(initials)_ |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 1/27/21 _(initials)_ | TOTAL CHARGES  0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT  0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE  0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY