*TRIAL on*

**#1 Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP**

## EXHIBIT AND WITNESS LIST

A0 187 (REV. 4/82)

| Krisjenn Ranch LLC. vs. DMA Properties, et.al. | | DISTRICT COURT<br>Western District<br>San Antonio Division |
|---|---|---|
| **PLAINTIFF'S ATTORNEY**<br><br>Charles Muller | **DEFENDANT'S ATTORNEY**<br><br>Tim Cleveland | **DOCKET NUMBER**<br>20-5027K (BK 20-50805) |
| | | **TRIAL DATE(S)**<br>01-11-21: 1-12-21: 1-13-21: 1-15-21: 1-21-21 AND 02-11-21 |
| **PRESIDING JUDGE**<br><br>RONALD B. KING | **ELECTRONIC COURT RECORDING OPERATOR**<br>Rosa Gonzalez, Terrance Kanyumbu, Emilio Luna, Rosa Gonzalez, Maria Esquivel & Maria Esquivel | **COURTROOM DEPUTY**<br><br>Deanna Castleberry<br><br>FILED |

FILED
FEB 11 2021
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **DMA Properties, Inc. Longbranch Energy TRCG East Texas Witness & Exhibits** |
| | 1-78 | 1-11-21 | XXXX | 1-11-21 | SEE ATTACHED Binder (List of Exhibits) |
| | | | | | **Krisjenn Ranch, LLC. et.al. Witness & Exhibits** |
| 1-104 | | 1-11-21 | XXXX | 1-11-21 | SEE ATTACHED 3 Binder's (List of Exhibits) |
| W/1 | | 1-11-21 | --------- | --------- | **Larry Wright** |
| W/2 | | 1-12-21 | --------- | --------- | **Larry Wright** |
| W/3 | | 1-12-21 | --------- | --------- | **Craig Crockett** |

| | | | | |
|---|---|---|---|---|
| | | | | |
| W/4 | | 1-12-21 | -------- | -------- | John Terrill |
| W/5 | | 1-12-21 | -------- | -------- | Darin Borders |
| | | | | |
| W/6 | | 1-13-21 | -------- | -------- | Darin Borders |
| | | | | |
| | W/7 | 1-15-21 | -------- | -------- | Frank Daniel Moore |
| 106 | | 1-15-21 | XXXX | 01-15-21 | 1-15-21 |
| | | | | |
| | | | | |
| | W/8 | 1-21-21 | -------- | -------- | Frank Daniel Moore |
| | 79 | 1-21-21 | XXXX | 1-21-21 | Email from Daniel Moore dated 02/18/2016 regarding the Express Gas |
| | | | | |
| W/9 | | 1-21-21 | -------- | -------- | John Terrill (rebuttal) |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | CHAPTER 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| *Debtor* | § | CASE NO. 20-50805 |
| | § | |
| | § | |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § | |
| | § | ADVERSARY NO. 20-05027 |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § | |
| | § | |
| *Counterplaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | § § § § | ADVERSARY NO. 20-05027 |
| | § | |
| *Counterdefendants.* | § | |
| | § | |
| | § | |

1

## AMENDED EXHIBIT LIST
## FOR LONGBRANCH, DMA, AND MOORE

Longbranch Energy, DMA Properties, and Frank Daniel Moore hereby submit their amended exhibit list for trial.

| PX | DX | Marked | Obj. | Admit | Description |
|----|----|--------|------|-------|-------------|
| | 1 | 1/11/21 | | 1/11/21 | Longbranch Assignment |
| | 2 | | | | DMA Agreement |
| | 3 | | | | Email Agreement |
| | 4 | | | | Harris SWD Agreement |
| | 5 | | | | Black Duck Company Agreement |
| | 6 | | | | Purchase & Sale Agreement between Express and Longbranch |
| | 7 | | | | Bigfoot Promissory Note |
| | 8 | | | | Assignment of Note from Black Duck to KrisJenn |
| | 9 | | | | Deed Conveying Express Pipeline from Express to Black Duck |
| | 10 | | | | KrisJenn Deed of Trust (Renewal and Modification of KrisJenn Note Held by Asilo) |
| | 11 | | | | Deed of Trust (KrisJenn Loan to Black Duck) |
| | 12 | | | | Solaris Offer Letter |
| | 13 | | | | SCMED Assignments |
| | 14 | | | | Terrill Affidavit |
| | 15 | | | | TCRG LLC Agreement |
| | 16 | | | | TCRG Purchase Agreement |
| | 17 | | | | TCRG Deed (Conveyance from Black Duck to TCRG) |
| | 18 | | | | TCRG Reconveyance to KrisJenn Ranch, LLC-Series Pipeline ROW |
| | 19 | | | | TCRG Compromise Settlement Agreement |
| | 20 | | | | Release of Lien (filed by KrisJenn in Rusk County on June 28, 2019) |
| | 21 | | | | Letter from KrisJenn to Bigfoot re: Assignment and Foreclosure (Oct. 12, 2018) |
| | 22 | | | | Letter of Intent re: Terrill Purchase of ROW from Black Duck (Feb. 9, 2018) |
| | 23 | | | | Certificate of Termination for Black Duck, LLC |
| | 24 | | | | Extension of Closing Date |
| | 25 | | | | Option Agreement with McLeod Oil, LLC (Dec. 20, 2019) |
| | 26 | | | | Note Between Black Duck and KrisJenn (Aug. 14, 2017) |
| | 27 | | | | Deed of Trust re: Loan from KrisJenn to Black Duck (executed January 18, 2018) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | 1/11/21 | | | 1/11/21 | | Email re: Formation of Black Duck (Dec. 2, 2015) |
| 29 | | | | | | Email re: SCMED (Feb. 19, 2016) |
| 30 | | | | | | Email re: Formation of Black Duck (March 10, 2016) |
| 31 | | | | | | Email from Moore to Wright (Feb. 21, 2017) |
| 32 | | | | | | Email from Wright (Feb. 21, 2017) |
| 33 | | | | | | Email re: Extension of Closing Date (July 13, 2017) |
| 34 | | | | | | Email re: Moore Authorization for Extension (July 17, 2017) |
| 35 | | | | | | Email re: Limits of Moore Authorization (July 17, 2017) |
| 36 | | | | | | Email re: Wright Funding for ROW (Jan. 31, 2018) |
| 37 | | | | | | Email re: Net Profits Hypothetical (Feb. 7, 2018) |
| 38 | | | | | | Email from Moore to Terrill (April 9, 2018) |
| 39 | | | | | | Email from Borders to Terrill, Wright, and Moore (April 9, 2018) |
| 40 | | | | | | Email from Moore to Wright and Borders (April 9, 2018) |
| 41 | | | | | | Email from Wright to Borders re: TCRG Sale Terms (April 10, 2018) |
| 42 | | | | | | Emails between Wright, Moore, and Strolle re: TCRG Sale (April 9-11, 2018) |
| 43 | | | | | | Emails between Wright and Moore re: Harris SWD Payments (Oct. 22 - Nov. 6, 2018) |
| 44 | | | | | | Emails between Wright and Moore re: IRS Audit (Nov. 8, 2018) |
| 45 | | | | | | Email from Wright Threatening to "Kill" DMA and Longbranch's Interests (April 16, 2019) |
| 46 | | | | | | Minutes of Black Duck Special Meeting (Aug. 14, 2017) |
| 47 | | | | | | Minutes of Black Duck Special Meeting (Nov. 14, 2018) |
| 48 | | | | | | Email from Strolle to Larry re: Longbranch Interest (April 4, 2019) |
| 49 | | | | | | Initial Bankruptcy Schedule for KrisJenn Ranch, LLC |
| 50 | | | | | | Emails between Wright and Strolle re: McLeod Loan Modification (Dec. 13, 2019) |
| 51 | | | | | | Emails between Wright and McLeod re: Handshake Deal (July 15, 2020) |
| 52 | | | | | | Email from Wright (Sept. 16, 2020) |
| 53 | | | | | | Email from Wright to McLeod (April 14, 2020) |
| 54 | | | | | | McLeod Notice of Event of Default |
| 55 | | | | | | Asilo Master Statement |
| 56 | | | | | | Wright Notes re: Loan vs. Capital Contribution |
| 57 | | | | | | Black Duck Consent (July 13, 2017) |
| 58 | | | | | | Notice of Default from Wright to Himself (Sept. 27, 2018) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 59 | 1/11/21 | | | 1/11/21 | Wright Tabulations re: Harris SWD |
| | 60 | | | | | TCRG Business Affidavit |
| | 61 | | | | | TCRG 0001-0012 |
| | 62 | | | | | Texts between Wright and Borders |
| | 63 | | | | | Email on or about May 13, 2016 where Moore and Wright set out terms of 20/20/60 |
| | 64 | | | | | Letter from Strolle re: Wright sale of points on the waterline to fund debt |
| | 65 | | | | | Joint Venture Documents and Email(s) |
| | 66 | | | | | Certified Balance of Funds in Panola County Court |
| | 67 | | | | | Strolle Email re: Borders and ROW Project Interference |
| | 68 | | | | | Right-of-Way Marker |
| | 69 | | | | | Emails between Wright, Moore, and Borders re: ROW Status |
| | 70 | | | | | Wright Email to Borders on April 4, 2019 |
| | 71 | | | | | Minutes of Black Duck Special Meeting (Jan. 18, 2016) |
| | 72 | | | | | Emails between Moore, Borders, and Wright (Feb. 8-9, 2018) |
| | 73 | | | | | Emails between Moore and Wright (April 13, 2019) |
| | 74 | | | | | Pipeline Maps |
| | 75 | | | | | Pipeline Image |
| | 76 | | | | | McLeod Business Records Affidavit |
| | 77 | | | | | Email from Strolle to Wright (Feb. 6, 2018) |
| | 78 | | | | | Email from Strolle to Wright (March 7, 2018) |

4

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

*Attorneys for Longbranch Energy, DMA
Properties, and Frank Daniel Moore*

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

5

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com

*Counsel for Longbranch Energy*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | Adversary No. 20-05027 |
| *Defendants* | § | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| **v.** | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND**
**KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST**
**TO BLACK DUCK PROPERTIES, LLC, AND LARRY WRIGHT'S**
**EXHIBIT AND WITNESS LIST**

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn

Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively

the "Debtors"), and Larry Wright, individually, and submit the following list of exhibits to be offered and witnesses who may or will be called to testify at the January 11, 2021, trial on the merits:

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | OFFERED | ACCEPTED | REJECTED |
|---|---|---|---|---|
| 1 | Email August 5, 2016 with attached Memo July 14, 2010 | 1/11/21 | 1/11/21 | |
| 2 | Email FW on January 10, 2019 referring to Email July 20, 2014 | | | |
| 3 | Email December 2, 2015 Subject: Business Formation | | | |
| 4 | Email FW on January 10, 2019 referring to Email February 5, 2016 | | | |
| 5 | Black Duck Company Agreement | | | |
| 6 | Email February 19, 2016 | | | |
| 7 | Email May 13, 2016 through June 3, 2016 | | | |
| 8 | Email March 31, 2016 | | | |
| 9 | Email April 17, 2016 | | | |
| 10 | Email May 13, 2016 | | | |
| 11 | Email June 8, 2016 | | | |

| 12 | Email June 8, 2016 through June 9, 2016 | 1/11/21 | 1/11/21 | |
| 13 | Agreement for Assignment | | | |
| 14 | Email July 15, 2016 | | | |
| 15 | Email September 20, 2016 | | | |
| 16 | Email September 28, 2016 | | | |
| 17 | Email October 13, 2016 | | | |
| 18 | Email November 8, 2016 | | | |
| 19 | Receipt of Payment | | | |
| 20 | Email February 21, 2017 | | | |
| 21 | Email February 21, 2017 | | | |
| 22 | Email March 2, 2017 | | | |
| 23 | Promissory Note | | | |
| 24 | Email FW on January 10, 2019 referring to Email April 25, 2017 | | | |
| 25 | Email April 8, 2017 | | | |

| 26 | Email April 17, 2017 | 1/11/21 | 1/11/21 | |
| 27 | Email April 24, 2017 | | | |
| 28 | Email FW on January 10, 2019 referring to Email May 25, 2017 | | | |
| 29 | Email May 31, 2017 | | | |
| 30 | Email FW on January 10, 2019 referring to Email June 30, 2017 | | | |
| 31 | Consent of Members July 13, 2017 | | | |
| 32 | Extension of Closing Date July 14, 2017 | | | |
| 33 | Email July 17, 2017 | | | |
| 34 | Email August 3, 2017 | | | |
| 35 | Email October 9, 2017 | | | |
| 36 | Deed, Conveyance and Assignment August 11, 2017 | | | |
| 37 | Real Estate Lien Note Asilo August  14, 2017 | | | |
| 38 | Real Estate Lien Notes August  14, 2017 | | | |
| 39 | Email April 9, 2018 with attachment Recorded Longbranch Assignment dated October 2, 2017 | | | |

| 40 | Email January 9, 2018 | 1/11/21 | 1/11/21 | |
|---|---|---|---|---|
| 41 | **** Electronically Filed Document**** Deed of Trust for Loan to KrisJenn | | | |
| 42 | Email FW on January 10, 2019 referring to Email January 17, 2018 | | | |
| 43 | Email January 31, 2018 | | | |
| 44 | Email February 1, 2018 | | | |
| 45 | Email FW on January 10, 2019 referring to Email February 2, 2018 | | | |
| 46 | Email February 2, 2018 | | | |
| 47 | Email February 3, 2018 | | | |
| 48 | Email February 3, 2018 | | | |
| 49 | Email February 3, 2018 | | | |
| 50 | Email February 5, 2018 | | | |
| 51 | 00193765 VOL: 3610 PG:414 Agreement | | | |
| 52 | Email February 7, 2018 | | | |
| 53 | Email February 7, 2018 | | | |

| | | | | |
|---|---|---|---|---|
| 54 | Email February 8, 2018 through April 9, 2018 | 1/11/21 | 1/11/21 | |
| 55 | Email FW on December 4, 2020 referring to Email February 8-9, 2018 | | | |
| 56 | TCRG Company Agreement | | | |
| 57 | Email February 20, 2018 | | | |
| 58 | Harris SWD Agreement | | | |
| 59 | Email March 20, 2018 | | | |
| 60 | Assignment and Resignation Agreement | | | |
| 61 | Deed, Conveyance, Assignment and Bill of Sale | | | |
| 62 | Email FW on January 10, 2019 referring to Email April 9-11, 2018 | | | |
| 63 | Email April 9, 2018 with Attachment | | | |
| 64 | Email April 9, 2018 with Attachment | | | |
| 65 | Email April 9, 2018 with Attachment | | | |
| 66 | Email April 9-11, 2018 | | | |
| 67 | Email April 10, 2018 | | | |

| 68 | Email April 10 through July 24, 2018 | 1/11/21 | 1/11/21 | |
| 69 | Email April 11, 2018 | | | |
| 70 | Email FW on December 7, 2020 referring to Email April 10 through July 24, 2018 | | | |
| 71 | Instrument Number: 2018-4273 | | | |
| 72 | Guaranty of Debt | | | |
| 73 | Notice of Default | | | |
| 74 | Letter October 12, 2018 | | | |
| 75 | Email November 7, 2018 | | | |
| 76 | Email December 19, 2018 | | | |
| 77 | Letter December 21, 2018 | | | |
| 78 | Email FW on December 7, 2020 referring to Email July 24, 2018 | | | |
| 79 | Intentionally left blank. | | | |
| 80 | Email FW on December 7, 2020 referring to Emails December 19, 2018 and April 4, 2019 | | | |
| 81 | Email January 31, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 82 | Email February 1, 2019 | 1/11/21 | 1/11/21 | |
| 83 | Term Note | | | |
| 84 | Loan Agreement | | | |
| 85 | Release of Lien | | | |
| 86 | Email February 19, 2019 | | | |
| 87 | Letter February 26, 2019 | | | |
| 88 | Letter March 5, 2019 | | | |
| 89 | Email FW on December 7, 2020 referring to Email April 3, 2019 | | | |
| 90 | Email April 5, 2019 | | | |
| 91 | Email April 13, 2019 | | | |
| 92 | Email April 16, 2019 | | | |
| 93 | Email April 23, 2019 | | | |
| 94 | Email May 3, 2019 | | | |
| 95 | Email May 21, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 96 | Email May 31, 2019 | 1/11/21 | 1/11/21 | |
| 97 | Compromise Settlement Agreement | | | |
| 98 | Johns&Counsel Supplement to Engagement Agreement and Contract for Contingent Fee | | | |
| 99 | Email September 16, 2020 | | | |
| 100 | Text messages produced by Longbranch Energy, LP, | | | |
| 101 | Text messages produced by Longbranch Energy, LP, | | | |
| 102 | Tax Forfeiture January 29, 2016 | | | |
| 103 | Email February 20, 2018 | | | |
| 104 | December 19, 2018 Certificate of Termination. | | | |

Debtors and Wright reserve the right to request admission of exhibits designated by any other party.

Witnesses who may be called to testify are as follows:

1. Larry Wright
   c/o William Germany
   BAYNE, SNELL & KRAUSE
   1250 N.E. Loop 410, Suite 725
   San Antonio, TX 78209
   wgermany@bsklaw.com

2. Frank Daniel Moore
   c/o Timothy Cleveland
   Austin Krist
   Cleveland | Terrazas PLLC
   303 Camp Craft Road, Suite 325
   Austin, Texas 78746
   (512) 689-8698
   tcleveland@clevelandterrazas.com
   akrist@clevelandterrazas.com

3. Darin Borders
   c/o Timothy Cleveland
   Austin Krist
   Cleveland | Terrazas PLLC
   303 Camp Craft Road, Suite 325
   Austin, Texas 78746
   (512) 689-8698
   tcleveland@clevelandterrazas.com
   akrist@clevelandterrazas.com

4. Hagan Cohle
   c/o William Germany
   BAYNE, SNELL & KRAUSE
   1250 N.E. Loop 410, Suite 725
   San Antonio, TX 78209
   wgermany@bsklaw.com

5. Craig Crockett
   2509 Merrick Street
   Fort Worth, Texas 76107
   (817) 626-9898
   Craig@TCRG.com

6. David Strolle
   (210) 348-6600
   Dstrolle@caglaw.net

7. John Terrill
   12712 Arrowhead Lane
   Oklahoma City, OK 73120

8. Adam McCleod
   c/o William D. Kuhlmann, Jr.
   ALBERT, NEELY & KUHLMANN, L.L.P.
   1600 Oil and Gas Building
   309 West Seventh Street

Fort Worth, Texas 76102

Debtors and Wright reserve the right to call rebuttal witnesses and any witness designated by another party.

Dated: January 8, 2021.

Respectfully submitted,

MULLER SMEBERG, PLLC

By: _/s/ John Muller_____
C. John Muller IV
State Bar No. 24070306
john@muller-smeberg.com
Ezekiel J. Perez
State Bar No. 24096782
zeke@muller-smeberg.com
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357

ATTORNEYS FOR DEBTORS


BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
Email: wgermany@bsklaw.com

By: _/s/ William P. Germany_____
WILLIAM P. GERMANY
State Bar No. 24069777
ATTORNEY FOR THIRD-PARTY
DEFENDANT LARRY WRIGHT