# EXHIBIT 2:
# (Billing Records)

# Initial Case Development, Pleadings, and Summary Judgment

| Date | Time Keeper | Expense | Hours | Rate | Total |
|------|-------------|---------|-------|------|-------|
| 11/12/2019 | Christie Hebert | Continued drafting response in interpleader action; called Moore to learn more facts | 4.25 | $375.00 | $1,592.93 |
| 11/13/2019 | Christie Hebert | Reviewed case status and communications from Daniel Moore; continued drafting interpleader filing | 0.80 | $375.00 | $300.00 |
| 11/14/2019 | Christie Hebert | Drafted answer in interpleader action; drafted and discussed email to clients; drafted and revised motion to strike in interpleader action | 6.51 | $375.00 | $2,441.25 |
| 11/15/2019 | Christie Hebert | Revised motion to strike in interpleader action; reviewed additional emails from Daniel Moore for supporting facts | 4.11 | $375.00 | $1,540.16 |
| 11/18/2019 | Christopher Johns | Big Foot: drafted and revised pleading for interpleader action | 1.70 | $450.00 | $765.00 |
| 11/20/2019 | Christie Hebert | Reviewed Harris SWD pleadings; discussed interplay between Shelby and Panola cases | 2.12 | $375.00 | $795.00 |
| 11/21/2019 | Christie Hebert | Reviewed Tim Cleveland's feedback on Harris SWD pleadings; Revised pleadings and emailed them to Daniel Moore | 1.56 | $375.00 | $585.00 |
| 11/21/2019 | Christopher Johns | Big Foot: drafted and revised pleading for interpleader action | 1.30 | $450.00 | $585.00 |
| 11/25/2019 | Christie Hebert | Conferred with Andrew Seger, Tim Cleveland, and Chris Johns about Interpleader action; drafted assignment of claims; revised interpleader answer and petitions; compiled exhibits | 7.51 | $375.00 | $2,816.25 |
| 11/25/2019 | Christopher Johns | Big Foot: Researched causes of action and remedies, including constructive trust, for interpleader action pleading | 0.80 | $450.00 | $360.00 |
| 12/2/2019 | Christie Hebert | Reviewed case status; discussed filing and follow-up to-dos for Interpleader filings; found answer from Wright; reviewed answer | 2.25 | $375.00 | $843.75 |
| 12/30/2019 | Christie Hebert | Reviewed plea in abatement filed | 0.75 | $375.00 | $281.25 |
| 3/2/2020 | Christie Hebert | Discussed motion for summary judgement in in Harris SWD case | 0.38 | $375.00 | $140.63 |
| 3/6/2020 | Christie Hebert | Discussed process for drafting MSJ in interpleader action with Ali Nasser | 0.17 | $375.00 | $63.75 |

| Date | Time Keeper | Expense | Hours | Rate | Total |
|------|-------------|---------|-------|------|-------|
| 3/9/2020 | Christie Hebert | Discussed summary judgment arguments in Harris SWD with Ali | 0.75 | $375.00 | $281.25 |
| 3/10/2020 | Christie Hebert | Outlined motion for summary judgment in Harris SWD with Ali Nasser and Chris | 1.00 | $375.00 | $375.00 |
| 3/17/2020 | Christie Hebert | Discussed the interpleader case with Chris Johns and the status of efforts in the case | 0.06 | $375.00 | $21.04 |
| 3/17/2020 | Christopher Johns | Drafted and revised motion for partial summary judgment on Harris SWD lawsuit | 3.82 | $450.00 | $1,719.00 |
| 3/18/2020 | Christie Hebert | Reviewed motion for summary judgment in Harris SWD case; provided feedback on motion to Ali Nasser; discussed next steps with Ali and Chris Johns; researched property interest in note payments; talked through research questions with Ali | 1.75 | $375.00 | $656.25 |
| 3/19/2020 | Christopher Johns | [Harris SWD]: Researched case law on split partials; revised motion for summary judgment on Harris SWD | 0.92 | $450.00 | $414.00 |
| 3/20/2020 | Christie Hebert | Discussed summary judgment motion with Ali Nasser | 0.16 | $375.00 | $60.00 |
| 3/23/2020 | Christie Hebert | Reviewed and revised second draft of motion for summary judgment | 3.04 | $375.00 | $1,140.00 |
| 3/24/2020 | Christie Hebert | Revised draft motion for summary judgment in Harris SWD case | 1.75 | $375.00 | $656.25 |
| 3/25/2020 | Christie Hebert | Revised and commented on draft of motion for summary judgment in Harris SWD case; provided feedback to Ali | 4.05 | $375.00 | $1,518.75 |
| 3/25/2020 | Christopher Johns | Drafted and revised motion for partial summary judgment on the Harris SWD | 1.12 | $450.00 | $504.00 |
| 3/26/2020 | Christopher Johns | Revised motion for partial summary judgment | 0.19 | $450.00 | $85.50 |
| 3/27/2020 | Christie Hebert | Reviewed and revised motion for summary judgment in Harris SWD case | 3.21 | $375.00 | $1,203.75 |
| 3/29/2020 | Christie Hebert | Continued revising motion for summary judgment in Harris SWD case; researched security interests | 5.24 | $375.00 | $1,965.00 |
| 3/30/2020 | Christie Hebert | Revised motion for summary judgment; conferred with Andy Seger | 1.80 | $375.00 | $675.00 |
| 3/31/2020 | Christie Hebert | Revised motion for summary judgment | 6.46 | $375.00 | $2,422.50 |

| Date | Time Keeper | Expense | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/1/2020 | Christie Hebert | Reviewed revisions to draft msj; discussed draft with Austin Krist | 0.25 | $375.00 | $93.75 |
| 4/2/2020 | Christie Hebert | Revised Moore declaration; revised draft MSJ based on feedback from Austin Krist; discussed exhibits with Ali Nasser; contacted Moore for review of declaration and MSJ | 3.04 | $375.00 | $1,140.00 |
| 4/3/2020 | Christopher Johns | Drafted and revised Bigfoot motion for summary judgment | 3.88 | $450.00 | $1,746.00 |
| 4/6/2020 | Christie Hebert | Prepared MSJ for filing; answered questions on filing requirements; conferred with Austin Krist | 0.50 | $375.00 | $187.50 |
| 4/6/2020 | Christopher Johns | Bigfoot dispute: revised motion for summary judgment | 1.62 | $450.00 | $729.00 |
| 4/7/2020 | David Johns | Prepared exhibits for interpleader MSJ | 1.00 | $100.00 | $100.00 |
| 4/13/2020 | Christie Hebert | Conferred with Tim Cleveland and Austin Krist on next steps and status of the lawsuit; Reviewed emails and local rules about setting hearing in Panola county; Drafted proposed order and emailed opposing counsel | 0.77 | $375.00 | $288.34 |
| 4/13/2020 | Christopher Johns | Call with co-counsel about interpleader | 0.58 | $450.00 | $262.85 |
| 4/22/2020 | Christie Hebert | Reviewed proposed order in Harris SWD case; began preparing for zoom hearing | 0.44 | $375.00 | $165.00 |
| 4/24/2020 | Christie Hebert | emailed potential local counsel for Harris SWD motion for summary judgment | 0.55 | $375.00 | $206.25 |
| 4/27/2020 | Christopher Johns | Harris SWD case: Prepared for MSJ hearing; reviewed bankruptcy filings; spoke with team about plan for dealing with bankruptcy proceedings | 3.26 | $450.00 | $1,467.00 |
| 4/30/2020 | Christie Hebert | conferred with D. Moore via phone | 0.17 | $375.00 | $63.75 |
| 7/30/2020 | Christie Hebert | discussed response to requests for disclosure with A. Krist; emailed legal team about MSJ deadline | 0.77 | $375.00 | $288.75 |
| 7/30/2020 | Christopher Johns | Spoke with Daniel and Tim; drafted second motion for partial summary judgment (Harris SWD) | 4.40 | $450.00 | $1,980.00 |
| 7/31/2020 | Christie Hebert | corresponded with team; call with N. Wilson | 0.44 | $375.00 | $165.00 |
| 7/31/2020 | Christopher Johns | Discussion of MSJ on Harris SWD | 0.44 | $450.00 | $198.00 |
| 8/11/2020 | Christie Hebert | conferred with legal team about hearing on DMA Agreement MSJ; emailed about hearing continuance; brainstormed for Harris SWD MSJ | 0.50 | $375.00 | $187.50 |

| Date | Time Keeper | Expense | Hours | Rate | Total |
|------|-------------|---------|-------|------|-------|
| 8/12/2020 | Christie Hebert | prepared draft of motion for summary judgment on Harris SWD agreement; | 4.65 | $375.00 | $1,743.75 |
| 8/12/2020 | Christopher Johns | Spoke with team about offer from Wright's entities; drafted and revised | 2.77 | $450.00 | $1,246.50 |
| 8/13/2020 | Christie Hebert | created and formatted chart for motion for partial summary judgment on Harris SWD matter; revised draft MSJ; discussed fact on note payments with Daniel; updated Daniel on case deadlines; drafted proposed order; reviewed exhibits with D. Johns | 2.82 | $375.00 | $1,057.50 |
| 8/13/2020 | Christopher Johns | Revised motion for partial summary judgment on Harris SWD; spoke with client and Tim | 2.60 | $450.00 | $1,170.00 |
| 8/17/2020 | David Johns | Managed case filings and sent them to Daniel | 0.15 | $100.00 | $15.00 |
| 8/18/2020 | David Johns | Obtained hearing information and sent it to Daniel | 0.15 | $100.00 | $15.00 |
| 8/20/2020 | Christie Hebert | Reviewed filings from opposing counsel; met with legal team and prepared for hearing on motion to continue MSJ; began trial preparation discussion and MSJ hearing discussions; called D. Moore | 1.42 | $375.00 | $532.50 |
| 8/20/2020 | Christopher Johns | Phone conference with bankruptcy counsel to discuss KrisJenn's motions to continue MSJ hearing on Harris SWD; discussed items for trial preparation | 0.88 | $450.00 | $396.00 |
| 8/25/2020 | David Johns | Obtained hearing information and sent it to Daniel | 0.15 | $100.00 | $15.00 |
| 10/9/2020 | Christie Hebert | Drafted and edited reply in support of motion for summary judgment on Harris SWD | 3.64 | $375.00 | $1,365.00 |
| 10/9/2020 | Christopher Johns | Revised reply in support of motion for partial summary judgment on Harris SWD | 2.30 | $450.00 | $1,035.00 |
| 10/10/2020 | Christie Hebert | Revised reply in support of MSJ on harris SWD | 1.25 | $375.00 | $468.75 |
| 10/11/2020 | Christie Hebert | began preparing for hearing on Tuesday | 1.50 | $375.00 | $562.50 |
| 10/12/2020 | Christie Hebert | drafted powerpoint presentation; practiced for hearing; re-read cases | 11.60 | $375.00 | $4,350.00 |
| 10/12/2020 | David Johns | Managed case filings and sent them and hearing information to Daniel and Darin | 0.30 | $100.00 | $30.00 |

| Date | Time Keeper | Expense | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/13/2020 | Christie Hebert | prepared for and attended hearing on MSJ re: Harris SWD | 5.26 | $375.00 | $1,972.50 |
| 10/13/2020 | Christopher Johns | Prepared Christie for argument on Harris SWD MSJ; reviewed PowerPoint for same; participated in Harris SWD MSJ hearing | 2.40 | $450.00 | $1,080.00 |
| 10/13/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.30 | $100.00 | $30.00 |
| 11/5/2020 | Christie Hebert | conferred with Robert Sherman of Bigfoot Energy; emailed Sherman to confirm conversations; emailed opposing counsel to confirm next steps on Harris SWD; discussed payments with opposing counsel; emailed opposing counsel excel to support math on payments due | 1.25 | $375.00 | $468.75 |
| 11/5/2020 | Christopher Johns | Discussed status of Harris SWD with C. Hebert. Call with Daniel. | 4.20 | $450.00 | $1,890.00 |
| 12/2/2020 | Christie Hebert | Revised joint motion and proposed re: Bigfoot note payments; drafted joint motion and proposed order for Panola County | 3.10 | $375.00 | $1,162.50 |
| 12/4/2020 | Christie Hebert | Discussed draft agreed filings for Bigfoot note with N. Wilson; revised filing based on advice from Natalie | 2.21 | $375.00 | $828.75 |
| | | **Subtotal** | **157.33** | | **$61,832.83** |

**Expenses**

| Date | Expense | QTY | Amount | Total |
|---|---|---|---|---|
| 12/2/2019 | Obtaining copy of KrisJenn interpleader answer | 1 | $2.55 | $2.55 |
| 11/26/2019 | eFile 038820957: Answer to Interpleader Petition and Cross-Claims | 1 | $131.70 | $131.70 |
| 12/29/2020 | Report of court registry balance for Panola County interpleader case | 1 | $3.00 | $3.00 |
| | **Subtotal** | | | **$137.25** |

# Detailed Statement of Account

| Date | Invoice | Amount | Payments Received | Balance Due |
|---|---|---|---|---|
| 4/2/2021 | 202104001 | $61,970.08 | $0.00 | $61,970.08 |
| | | | **Subtotal** | **$61,970.08** |
| | | | **Total Amount Due** | **$61,970.08** |

Please make all amounts payable to: Johns & Hebert PLLC

# Deposition of Larry Wright

# INVOICE

From **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | |
|---|---|
| Invoice ID | **3453** |
| Issue Date | 04/05/2021 |
| Due Date | 04/20/2021 (Net 15) |
| Subject | Invoice for Services Rendered |

Invoice For **Moore, Daniel**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|

Page 1 of 4



| | | | | |
|---|---|---|---|---|
| | | | | |
| Attorney Fee | Black Duck - 09/24/2020 - Legal Services / Tim Cleveland: Prepare for depositions; phone calls with clients; phone call with counsel for McLeods re discovery issues; discussion with counsel re settlement offer; calls with clients and counsel re same. | 5.00 | $450.00 | **$2,250.00** |
| | | | | |
| Attorney Fee | Black Duck - 09/25/2020 - Legal Services / Tim Cleveland: Prepare for KrisJenn depositions; phone calls with client and C. Johns re same; correspond with opposing counsel. | 4.10 | $450.00 | **$1,845.00** |
| Attorney Fee | Black Duck - 09/26/2020 - Legal Services / Tim Cleveland: Prepare for depositions. | 0.40 | $450.00 | **$180.00** |
| | | | | |
| Attorney Fee | Black Duck - 09/28/2020 - Legal Services / Tim Cleveland: Prepare for Wright deposition. | 10.50 | $450.00 | **$4,725.00** |
| Attorney Fee | Black Duck - 09/29/2020 - Legal Services / Austin Krist: Coordination and assistance regarding deposition of L. Wright. | 0.30 | $310.00 | **$93.00** |
| Attorney Fee | Black Duck - 09/29/2020 - Legal Services / Tim Cleveland: Deposition of L. Wright; calls with clients and counsel. | 11.10 | $450.00 | **$4,995.00** |
| Attorney Fee | Black Duck - 09/30/2020 - Legal Services / Austin Krist: Coordination regarding deposition logistics; review meeting minutes produced for Black Duck. | 1.10 | $310.00 | **$341.00** |
| Attorney Fee | Black Duck - 09/30/2020 - Legal Services / Tim Cleveland: Prepare for and continue deposition of L. Wright; calls with counsel and clients re same. | 11.50 | $450.00 | **$5,175.00** |

**Amount Due**   **$48,471.70**

Trial and Preparation for Trial

# johns&hebert pllc

14101 West Highway 290, Suite 400A
Austin, Texas 78737
512-399-3150
hello@johnshebert.com

# INVOICE

Invoice #  202104002
Date:   4/2/2021
Due On:   4/17/2021

**Daniel Moore**

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments | | Total Amount Due |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $40,095.50 | ) - ( | $0.00 | ) = | **$40,095.50** |

## Pre-trial

### Service Performed

| Date | Time Keeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2020 | Christie Hebert | Prepared for trial with team; revised disclosures | 2.95 | $375.00 | $1,106.25 |
| 12/9/2020 | Christopher Johns | Prepared for trial; witness lists; exhibit lists; divided tasks with team | 2.07 | $450.00 | $931.50 |
| 12/9/2020 | David Johns | Managed case filings and sent them to | 0.08 | $100.00 | $7.50 |
| 12/10/2020 | Christie Hebert | Revised disclosures; researched statements in schedules as judicial admissions | 0.54 | $375.00 | $202.50 |
| 12/10/2020 | Christopher Johns | | 1.40 | $450.00 | $630.00 |
| 12/11/2020 | Christie Hebert | received email from opposing counsel; called N. Wilson on bankruptcy procedure; emailed Robert Sherman at Bigfoot; conferred with C. Johns and D. Moore | 0.75 | $375.00 | $281.25 |
| 12/11/2020 | Christopher Johns | Revised disclosures; spoke with team and clients about damages calculations and other potential remedies | 4.60 | $450.00 | $2,070.00 |
| 12/14/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.15 | $100.00 | $15.00 |
| 12/15/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.08 | $100.00 | $7.50 |
| 12/16/2020 | David Johns | Retrieved deposition information and sent it to Daniel | 0.15 | $100.00 | $15.00 |
| 12/18/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.23 | $100.00 | $22.50 |
| 12/21/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.08 | $100.00 | $7.50 |

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12/22/2020 | Christie Hebert | Reviewed and revised pretrial order; conferred with A. Krist re: discovery hearing; reviewed exhibit list | 1.63 | $375.00 | $609.38 |
| 12/22/2020 | Christopher Johns | Reviewed and prepared exhibits for pre-admission at trial | 1.95 | $450.00 | $877.50 |
| 12/23/2020 | Christie Hebert | Reviewed amended answers for filing | 0.25 | $375.00 | $93.75 |
| 12/23/2020 | Christopher Johns | Spoke with clients; reviewed documents for potential inclusion as exhibits for trial | 1.55 | $450.00 | $697.50 |
| 12/26/2020 | David Johns | Managed case filings and sent them to Daniel and Darin | 0.15 | $100.00 | $15.00 |
| 12/28/2020 | Christie Hebert | Called A. Krist re: status of deliverables; called D. Moore re: status of text messages | 1.00 | $375.00 | $375.00 |
| 12/28/2020 | Christopher Johns | Reviewed and revised draft joint pretrial order | 1.41 | $450.00 | $632.25 |
| 12/28/2020 | David Johns | Forwarded deposition transcripts to Daniel and Darin. Called Daniel to discuss. | 0.20 | $100.00 | $20.00 |
| 12/30/2020 | Christie Hebert | Reviewed text messages between D. Moore and D. Borders with D. Moore, D. Borders, and J. Duke; discussed potential exhibits; began review of findings of fact and conclusions of law | 2.50 | $375.00 | $937.50 |
| 12/30/2020 | Christopher Johns | Worked on findings of fact and conclusions of law | 1.25 | $450.00 | $562.50 |
| 12/30/2020 | David Johns | Managed filings and send them to Daniel and Darin | 0.15 | $100.00 | $15.00 |
| 12/31/2020 | Christie Hebert | Revised findings of fact and conclusions of law | 3.50 | $375.00 | $1,312.50 |
| 1/1/2021 | Christopher Johns | Prepared additional exhibits for potential admission at trial | 0.40 | $450.00 | $180.00 |
| 1/2/2021 | Christie Hebert | Reviewed exhibits and flagged additional exhibits for use | 1.50 | $375.00 | $562.50 |
| 1/2/2021 | Christopher Johns | Reviewed and selected exhibits for potential admission at trial | 0.65 | $450.00 | $292.50 |
| 1/3/2021 | Christie Hebert | edited response to motion for leave to amend | 0.25 | $375.00 | $93.75 |
| 1/3/2021 | Christopher Johns | Revised draft response to KrisJenn's motion for leave to amend; reviewed exhibits potentially relevant to Daniel's trial examination | 0.60 | $450.00 | $270.00 |

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 1/4/2021 | Christie Hebert | conferred with A. Krist, J. Duke, T. Cleveland, and C. Johns re: trial strategy and tasks for the week; discussed damages models at length; revised findings of fact and conclusions of law; compiled exhibits; began drafting DX for D. Borders; conferred with D. Moore on facts | 4.50 | $375.00 | $1,687.50 |
| 1/4/2021 | Christopher Johns | Revised opposition to motion to amend pleading; reviewed elements chart for each parties' claims; reviewed and revised proposed findings of fact and conclusions of law; spoke with team about trial assignments; prepared Daniel for direct examination and cross-examination; dealt with McLeod business-records-affidavit issue; reviewed our side's draft exhibit list (2.8h non-Harris SWD claims, 1.3h Harris SWD claims) | 2.80 | $450.00 | $1,260.00 |
| 1/4/2021 | David Johns | Searched production for pipeline markers. Searched for deposition transcripts and coordinated with A. Krist on getting McLeods' transcripts. Sent notarized transcripts to court reporter. | 0.58 | $100.00 | $58.00 |
| 1/5/2021 | Christie Hebert | Completed initial draft of DX for Borders; conferred with A. Krist re: exhibits and task list; calls with D. Moore, C. Johns, and A. Krist re: Moore exhibits; began review of Plaintiff's exhibits | 5.20 | $375.00 | $1,950.00 |
| 1/5/2021 | Christopher Johns | Prepared outline for Moore direct examination; prepared Moore | 5.70 | $450.00 | $2,565.00 |
| 1/5/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. Created map of the pipeline ROW | 0.66 | $100.00 | $66.00 |

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 1/6/2021 | Christie Hebert | Attended deposition for D. Moore; conferred with opposing counsel; prepared D. Moore for examination; debriefed with A. Krist and T. Cleveland; practiced DX with Darin Borders; revised D. Borders DX outline; finished reviewing and taking notes on all of Plaintiff's exhibits | 6.00 | $375.00 | $2,250.00 |
| 1/6/2021 | Christopher Johns | Prepared direct-exam outline and practiced with Moore | 2.80 | $450.00 | $1,260.00 |
| 1/6/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. Created map of the pipeline ROW | 2.04 | $100.00 | $204.00 |
| 1/7/2021 | Christie Hebert | worked on exhibits with A. Krist; reviewed and discussed filing with A. Krist; prepared for trial; conferred with C. Johns; call with N. Wilson; call with T. Cleveland re: trial narratives; drafted opening statement | 3.94 | $375.00 | $1,477.50 |
| 1/7/2021 | Christopher Johns | Reviewed trial exhibits; shared and discussed with Moore; prepared Moore for examination | 6.40 | $450.00 | $2,880.00 |
| 1/7/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. Created map of the pipeline ROW, Assembled trial binders. | 3.42 | $100.00 | $342.00 |
| 1/8/2021 | Christie Hebert | discussed facts of case with D. Moore; reconfigured case theory based on evidence available; outlined case theory to team; discussed case theory with T. Cleveland; reviewed evidence with C. Johns; revised opening statement | 4.20 | $375.00 | $1,575.00 |
| 1/8/2021 | Christopher Johns | Prepared direct-exam outline for Moore; discussed exam with Moore; responded to complaints about Moore's text messages | 6.70 | $450.00 | $3,015.00 |
| 1/8/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. Assembled trial binders. | 2.78 | $100.00 | $278.00 |

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 1/9/2021 | Christie Hebert | Continued revising opening statement; began drafting and revising powerpoint presentation; practiced opening; reviewed key evidence to incorporate into opening | 3.40 | $375.00 | $1,275.00 |
| 1/9/2021 | Christopher Johns | Prepared Christie for opening statement; prepared Daniel for cross-examination and examination (1.9h non-Harris SWD claims, 1.5h Harris SWD claims) | 3.40 | $450.00 | $1,530.00 |
| 1/9/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. | 0.19 | $100.00 | $19.00 |
| 1/10/2021 | Christie Hebert | revised opening statement and powerpoint; practiced; revised opening statement and powerpoint based on feedback from third party and C. Johns; continued revising examination outline for D. Borders | 5.10 | $375.00 | $1,912.50 |
| 1/10/2021 | Christopher Johns | Mooted Christie for her opening statement; prepared Daniel for cross-examination and examination, focusing especially on damages theories (1.6h non-Harris SWD claims, 1.2h Harris SWD claims) | 2.80 | $450.00 | $1,260.00 |
| 1/10/2021 | David Johns | Managed case filings and sent them to attorneys and clients. Searched for documents Christie needed in our production. | 1.06 | $100.00 | $106.00 |
| | | **Subtotal** | **105.66** | | **$39,813.63** |

**Expenses**

| Date | Expense | QTY | Amount | Total |
|------|---------|-----|--------|-------|
| 1/8/2021 | Trial binder printouts | 3216 | $0.04 | $128.64 |
| 1/8/2021 | Hearing binder tabs | 1 | $32.43 | $32.43 |
| 1/31/2021 | PACER searches and documents 2020Q4 | 1 | $120.80 | $120.80 |
| | **Subtotal** | | | **$281.87** |

## Detailed Statement of Account

| Date | Invoice | Amount | Payments Received | Balance Due |
|------|---------|--------|-------------------|-------------|
| 4/2/2021 | 202104002 | $40,095.50 | $0.00 | $40,095.50 |
| | | | **Subtotal** | **$40,095.50** |
| | | | **Total Amount Due** | **$40,095.50** |

Please make all amounts payable to: Johns & Hebert PLLC

# johns&hebert pllc

14101 West Highway 290, Suite 400A
Austin, Texas 78737
512-399-3150
hello@johnshebert.com

# INVOICE

Invoice #  202104003
Date:  4/2/2021
Due On:  4/17/2021

**Daniel Moore**

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments | | Total Amount Due |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $25,614.63 | ) - ( | $0.00 | ) = | **$25,614.63** |

## Trial

### Service Performed

| Date | Time Keeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/11/2021 | Christie Hebert | conferred with legal team; gave opening statement; attended trial and took notes on testimony of Mr. Wright; flagged exhibits for Borders's testimony in response to Wright testimony; discussed strategy with legal team; identified additional grounds for cross examination of Mr. Wright; met with D. Borders and J. Duke to prepare Borders's testimony | 5.60 | $375.00 | $2,100.00 |
| 1/11/2021 | Christopher Johns | Prepared for and participated in trial | 4.70 | $450.00 | $2,115.00 |
| 1/11/2021 | David Johns | Discussed trial prep with C. Hebert and C. Johns and worked with clients to get connected to the meeting | 0.43 | $100.00 | $42.50 |
| 1/12/2021 | Christie Hebert | Attended trial; took extensive notes; met with team to discuss case status and key points for upcoming witness examination; conferred with D. Borders and J. Duke multiple times re: testimony and exhibits; substantially revised examination outline; flagged specific points in exhibits to facilitate handoff | 8.20 | $375.00 | $3,075.00 |
| 1/12/2021 | Christopher Johns | Prepared for and participated in trial | 4.80 | $450.00 | $2,160.00 |
| 1/12/2021 | David Johns | Supported attorneys during trial. Located documents needed. | 2.58 | $100.00 | $257.50 |
| 1/13/2021 | Christie Hebert | Prepared for Borders's examination; met with Borders to discuss remaining issues; defended Borders' examination; took Borders's testimony; conferred with legal team | 5.50 | $375.00 | $2,062.50 |

Page 1 of 3

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 1/13/2021 | Christopher Johns | Prepared for and participated in trial | 5.10 | $450.00 | $2,295.00 |
| 1/13/2021 | David Johns | Supported attorneys during trial. Located documents needed. | 4.50 | $100.00 | $450.00 |
| 1/14/2021 | Christie Hebert | conferred with N. Wilson re: successes of Borders's testimony and additional points to cover in Moore's testimony | 0.25 | $375.00 | $93.75 |
| 1/14/2021 | Christopher Johns | Revised Moore exam outline; prepared Moore; reviewed claims charts | 3.05 | $450.00 | $1,372.50 |
| 1/14/2021 | David Johns | Supported attorneys during trial. Located documents needed. | 0.08 | $100.00 | $8.00 |
| 1/15/2021 | Christie Hebert | attended trial; took notes on Moore's testimony; helped prepare closing argument powerpoint; ran through closing arguments with T. Cleveland and A. Krist; identified additional documents for redirect; discussed remedies with C. Johns | 3.40 | $375.00 | $1,275.00 |
| 1/15/2021 | Christopher Johns | Prepared for and participated in trial | 5.35 | $450.00 | $2,407.50 |
| 1/15/2021 | David Johns | Supported attorneys during trial. Located documents needed. | 3.87 | $100.00 | $386.50 |
| 1/20/2021 | Christie Hebert | strategized for end of trial with T. Cleveland, A. Krist, and C. Johns; met with T. Cleveland and N. Wilson; reviewed revised powerpoint | 0.50 | $375.00 | $185.63 |
| 1/20/2021 | Christopher Johns | Prepared Daniel for cross-examination and redirect examination | 0.55 | $450.00 | $247.50 |
| 1/21/2021 | Christie Hebert | conferred with T. Cleveland and A. Krist re: closing points and law; attended trial; call with D. Moore | 1.59 | $375.00 | $596.25 |
| 1/21/2021 | Christopher Johns | Prepared Moore for cross-examination and redirect; attended trial; spoke with clients and trial team to prepare for trial on Monday | 2.37 | $450.00 | $1,066.50 |
| 1/21/2021 | David Johns | Supported attorneys during trial. Located documents needed. | 2.18 | $100.00 | $217.50 |
| 1/22/2021 | Christopher Johns | Spoke with clients about exhibit concerns; spoke with clients about closing arguments | 0.44 | $450.00 | $198.00 |
| 1/25/2021 | Christopher Johns | Spoke with clients and prepared Tim Cleveland for closing argument | 0.95 | $450.00 | $427.50 |
| 1/25/2021 | David Johns | Sent trial information to Darin. Re-calendared continuation of trial. | 0.11 | $100.00 | $11.00 |
| 1/27/2021 | David Johns | Sent case filings to attorneys and clients | 0.05 | $100.00 | $5.00 |

| Date | Time Keeper | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 2/2/2021 | David Johns | Sent case filings to attorneys and clients | 0.05 | $100.00 | $5.00 |
| 2/3/2021 | David Johns | Sent case filings to attorneys and clients | 0.05 | $100.00 | $5.00 |
| 2/9/2021 | Christie Hebert | Reviewed opening statement of opposing counsel for items to respond to in closing; looked for evidence produced in discovery for clients | 0.50 | $375.00 | $187.50 |
| 2/9/2021 | Christopher Johns | Emailed trial team about Bates-label ranges for potential substituted exhibits | 0.15 | $450.00 | $67.50 |
| 2/9/2021 | David Johns | Archived transcripts | 0.05 | $100.00 | $5.00 |
| 2/10/2021 | Christie Hebert | Reviewed trial transcripts and flagged testimony responsive to four issues that we wanted to respond to in closing | 1.70 | $375.00 | $637.50 |
| 2/10/2021 | Christopher Johns | Communicated with trial team about potential substituted exhibits and whether it would be necessary to put D. Moore back on the stand to authenticate them | 0.25 | $450.00 | $112.50 |
| 2/10/2021 | David Johns | Sent instructions for joining the trial to clients and attorneys. Archived transcripts. | 0.09 | $100.00 | $9.00 |
| 2/11/2021 | Christie Hebert | attended the closing arguments; debriefed with T. Cleveland, A. Krist, and C. Johns | 1.50 | $375.00 | $562.50 |
| 2/11/2021 | Christopher Johns | Prepared for and attended trail; debriefed with clients afterward | 2.15 | $450.00 | $967.50 |
| | | **Subtotal** | **72.62** | | **$25,614.63** |

## Detailed Statement of Account

| Date | Invoice | Amount | Payments Received | Balance Due |
|------|---------|--------|-------------------|-------------|
| 4/2/2021 | 202104003 | $25,614.63 | $0.00 | $25,614.63 |
| | | | **Subtotal** | **$25,614.63** |
| | | | **Total Amount Due** | **$25,614.63** |

Please make all amounts payable to: Johns & Hebert PLLC

# INVOICE

From  **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3449** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/01/2020 - Legal Services / Austin Krist: Process production and amend discovery responses. | 1.66 | $310.00 | **$514.60** |
| Attorney Fee | Black Duck - 11/01/2020 - Legal Services / Tim Cleveland: Phone call with counsel for TCRG; correspondence with C. Johns et al re same; additional phone call with counsel for TCRG re hearing, production, and deposition; phone call with A. Krist re hearing prep. | 1.20 | $450.00 | **$540.00** |
| Attorney Fee | Black Duck - 11/02/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding hearings; draft motion to compel analysis for T. Cleveland; attend hearing on motion to quash and motion to compel; subsequent discussion with T. Cleveland. | 2.40 | $310.00 | **$744.00** |
| Attorney Fee | Black Duck - 11/02/2020 - Legal Services / Tim Cleveland: Phone calls with C. Johns; phone calls with D. Moore; prepare for hearing; attend hearing; phone call with TCRG counsel; phone call with D. Moore and D. Borders. | 4.60 | $450.00 | **$2,070.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Attention to deadlines related to hearing and court orders entered on 11/3; revise proposed order regarding motion to compel; preparation for hearing; correspondence with C. Johns regarding ████████████ discussion with T. Cleveland; correspondence from opposing counsel regarding proposed order. | 1.00 | $310.00 | **$310.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial strategy and upcoming discovery tasks. | 0.40 | $310.00 | **$124.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Attend hearing on motion for continuance. | 0.50 | $310.00 | **$155.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Kevin Terrazas: Discuss status and next steps with T. Cleveland. | 0.10 | $400.00 | **$40.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Tim Cleveland: Several phone calls with client re case issues; review and analyze pleadings and documents in preparation for trial; review motions and orders in preparation for conference with Judge King; correspond with client re ███████; phone call with C. Johns. | 5.10 | $450.00 | **$2,295.00** |
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Austin Krist: Correspondence with counsel regarding document production. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Austin Krist: Coordinate and process document production. | 2.80 | $310.00 | **$868.00** |
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Tim Cleveland: Phone call with D. Moore; phone call with C. Johns; attention to trial issues; discussion with A. Krist re discovery issues. | 1.10 | $450.00 | **$495.00** |
| Attorney Fee | Black Duck - 11/05/2020 - Legal Services / Austin Krist: Coordinate and process document production; compile privilege log. | 4.40 | $310.00 | **$1,364.00** |
| Attorney Fee | Black Duck - 11/05/2020 - Legal Services / Tim Cleveland: Prepare for and attend strategy call with clients and counsel; additional call with D. Moore; review and revise court order. | 1.80 | $450.00 | **$810.00** |
| Attorney Fee | Black Duck - 11/06/2020 - Legal Services / Austin Krist: Compile and draft privilege log; finalize amended responses; process privilege log. | 6.20 | $310.00 | **$1,922.00** |
| Attorney Fee | Black Duck - 11/06/2020 - Legal Services / Tim Cleveland: Attention to case strategy decisions; call with counsel re same. | 0.40 | $450.00 | **$180.00** |
| Attorney Fee | Black Duck - 11/09/2020 - Legal Services / Austin Krist: Attention to recent case filings and order entered by Judge King; correspondence with T. Cleveland ███████ ███████ | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 11/09/2020 - Legal Services / Tim Cleveland: Correspond with trial team re ███████; correspond with D. Moore re deposition prep. | 0.30 | $450.00 | **$135.00** |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding ███████ ███████ | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Austin Krist: Review KrisJenn production. | 0.30 | $310.00 | **$93.00** |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Tim Cleveland: Correspond with client and counsel re hearing and related case issues. | 0.30 | $450.00 | **$135.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding case status and strategy; correspondence from C. Johns regarding ███████ ███████████████████ | 0.61 | $310.00 | **$189.10** |
| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Austin Krist: Correspondence from J. Muller regarding discovery responses; related correspondence with T. Cleveland; correspondence with N. Wilson regarding upcoming hearing on motion for leave to amend; | 0.30 | $310.00 | **$93.00** |
| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Tim Cleveland: Trial prep. | 4.10 | $450.00 | **$1,845.00** |
| Attorney Fee | Black Duck - 11/12/2020 - Legal Services / Austin Krist: Collect documents for D. Moore deposition. | 0.70 | $310.00 | **$217.00** |
| Attorney Fee | Black Duck - 11/12/2020 - Legal Services / Tim Cleveland: Calls with clients; calls with counsel; prepare for and attend federal court hearing; correspond with client re deposition prep. | 2.80 | $450.00 | **$1,260.00** |
| Attorney Fee | Black Duck - 11/13/2020 - Legal Services / Austin Krist: Review discovery requests from KrisJenn. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 11/13/2020 - Legal Services / Austin Krist: Draft proposed order regarding TQL motion to quash; draft motion to dismiss counterclaims. | 0.50 | $310.00 | **$155.00** |
| Attorney Fee | Black Duck - 11/16/2020 - Legal Services / Austin Krist: Draft motion to dismiss; correspondence and discussion with T. Cleveland regarding ████████████████ call chambers regarding status of hearing on motion to compel; review interrogatory responses; research effect of filing partial motion to dismiss on timing of answer; finalize and upload proposed order re: TCRG motion to quash; draft proposed order granting motion to dismiss; finalize and file motion. | 4.70 | $310.00 | **$1,457.00** |
| Attorney Fee | Black Duck - 11/16/2020 - Legal Services / Tim Cleveland: Prepare for trial; attention to mediation and deposition issues. | 3.20 | $450.00 | **$1,440.00** |
| Attorney Fee | Black Duck - 11/17/2020 - Legal Services / Austin Krist: Correspondence from J. Muller; correspondence with C. Johns regarding discovery ████████████████ | 0.30 | $310.00 | **$93.00** |
| Attorney Fee | Black Duck - 11/17/2020 - Legal Services / Tim Cleveland: Trial prep. | 1.90 | $450.00 | **$855.00** |
| Attorney Fee | Black Duck - 11/18/2020 - Legal Services / Austin Krist: Correspondence with D. Moore. | 0.12 | $310.00 | **$37.20** |
| Attorney Fee | Black Duck - 11/18/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.60 | $450.00 | **$270.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Review recent filings in bankruptcy court and order from court regarding hearing on motion to dismiss. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial strategy; coordinate with clerks regarding preparation for summary judgment hearing and trial. | 0.40 | $310.00 | **$124.00** |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Call D. Moore regarding interrogatories; review partial MSJ. | 1.30 | $310.00 | **$403.00** |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Kevin Terrazas: Discuss ▇▇▇▇ with T. Cleveland. | 0.20 | $400.00 | **$80.00** |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 2.30 | $450.00 | **$1,035.00** |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding ▇▇▇▇▇▇ ▇▇▇▇; review case law on horizontal privity; revise interrogatory responses; call with C. Johns and C. Hebert regarding summary judgment response. | 4.40 | $310.00 | **$1,364.00** |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Kevin Terrazas: Discuss mediation and strategy with T. Cleveland. | 0.10 | $400.00 | **$40.00** |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 1.40 | $450.00 | **$630.00** |
| Attorney Fee | Black Duck - 11/23/2020 - Legal Services / Austin Krist: Correspondence with T. Cleveland regarding motion to amend pleadings; discussion with T. Cleveland regarding case status and ▇▇▇▇▇▇ | 1.40 | $310.00 | **$434.00** |
| Attorney Fee | Black Duck - 11/23/2020 - Legal Services / Tim Cleveland: Correspond with A. Krist re hearing; prepare for trial. | 2.50 | $450.00 | **$1,125.00** |
| Attorney Fee | Black Duck - 11/24/2020 - Legal Services / Austin Krist: Draft summary-judgment response. | 6.33 | $310.00 | **$1,962.30** |
| Attorney Fee | Black Duck - 11/24/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.80 | $450.00 | **$360.00** |
| Attorney Fee | Black Duck - 11/25/2020 - Legal Services / Austin Krist: Draft summary judgment responses; related legal research and correspondence with cocounsel. | 7.67 | $310.00 | **$2,377.70** |
| Attorney Fee | Black Duck - 11/25/2020 - Legal Services / Tim Cleveland: Discussion with A. Krist re summary judgment response and case issues; prepare for trial. | 1.00 | $450.00 | **$450.00** |

| Attorney Fee | Black Duck - 11/27/2020 - Legal Services / Austin Krist: Finish drafting Moore response to motion for summary judgment; draft DMA response to motion for summary judgment. | 6.10 | $310.00 | $1,891.00 |
| Attorney Fee | Black Duck - 11/29/2020 - Legal Services / Tim Cleveland: Correspond with J. Muller re mediation. | 0.10 | $450.00 | $45.00 |
| Attorney Fee | Black Duck - 11/30/2020 - Legal Services / Austin Krist: Revise responses to summary judgment motions; assemble exhibits; correspondence with cocounsel. | 5.12 | $310.00 | $1,587.20 |
| Attorney Fee | Black Duck - 11/30/2020 - Legal Services / Tim Cleveland: Correspond with C. Johns; correspond with clients re ███████ phone call with B. Kuhlmann; phone call with C. Johns; | 1.30 | $450.00 | $585.00 |

**Amount Due**   **$35,416.10**

# INVOICE

From  **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | |
|---|---|---|
| Invoice ID | **3450** | |
| Issue Date | 04/05/2021 | |
| Due Date | 04/20/2021 (Net 15) | |
| Subject | Invoice for Services Rendered | |

Invoice For  **Moore, Daniel**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial exhibits. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Tim Cleveland: Prepare for trial; correspond with clients re mediation; phone call with J. Muller; discussion with A. Krist re trial issues. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Correspondence from T. Cleveland and N. Wilson regarding pretrial updates. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Review KrisJenn discovery responses to second set of requests. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Correspondence with T. Cleveland regarding D. Moore deposition preparation; call with C. Hebert and C. Johns regarding same; revise interrogatory responses; correspondence with cocounsel and opposing counsel regarding same. | 1.30 | $310.00 | **$403.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Tim Cleveland: Prepare for Moore deposition; phone call with counsel re same; phone calls with client; phone call with C. Johns. | 2.60 | $450.00 | **$1,170.00** |
| Attorney Fee | Black Duck - 12/03/2020 - Legal Services / Austin Krist: Correspondence with D. Moore and cocounsel regarding ███████████████████████ | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/03/2020 - Legal Services / Tim Cleveland: Prepare client for deposition; phone calls with counsel re same and case strategy; lengthy phone call with mediator W. Shelton; phone call with C. Johns and C. Hebert re same. | 4.20 | $450.00 | **$1,890.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/04/2020 - Legal Services / Austin Krist: Correspondence with clerk and T. Cleveland regarding preparation for summary-judgment hearing; related review of summary judgment responses and exhibits; review replies filed by KrisJenn. | 2.01 | $310.00 | **$623.10** |
| Attorney Fee | Black Duck - 12/04/2020 - Legal Services / Tim Cleveland: Phone call with C. Johns and client re deposition; prepare mediation submission email to W. Shelton. | 0.70 | $450.00 | **$315.00** |
| Attorney Fee | Black Duck - 12/05/2020 - Legal Services / Tim Cleveland: Phone call with client re deposition and related case issues. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/06/2020 - Legal Services / Tim Cleveland: Prepare for mediation; prepare for summary judgment hearing; phone call with C. Johns re trial preparation and assignments. | 2.00 | $450.00 | **$900.00** |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Austin Krist: Correspondence from D. Moore regarding trial prep and ███████████████ discussion with T. Cleveland regarding ████████████████████████ | 3.98 | $310.00 | **$1,233.80** |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Trey Arbuckle: Discuss mediation strategy with T. Cleveland. | 0.20 | $275.00 | **$55.00** |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Tim Cleveland: Prepare for and attend hearing on summary judgment motions and motion to dismiss; discussion with C. Johns re same and mediation strategy; prepare for mediation. | 7.00 | $450.00 | **$3,150.00** |
| Attorney Fee | Black Duck - 12/08/2020 - Legal Services / Austin Krist: Research regarding ███████████ draft research memo; correspondence with cocounsel. | 1.50 | $310.00 | **$465.00** |
| Attorney Fee | Black Duck - 12/08/2020 - Legal Services / Tim Cleveland: Prepare for and attend mediation with clients and counsel; prepare for trial during meetings; phone calls with C. Johns and A. Seger re case issues and trial preparation. | 5.60 | $450.00 | **$2,520.00** |
| Attorney Fee | Black Duck - 12/09/2020 - Legal Services / Austin Krist: Draft Longbranch discovery responses. | 7.71 | $310.00 | **$2,390.10** |
| Attorney Fee | Black Duck - 12/09/2020 - Legal Services / Tim Cleveland: Prepare for and attend lengthy trial prep meeting with C. Johns, C. Hebert, and A. Krist. | 5.00 | $450.00 | **$2,250.00** |
| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Austin Krist: Draft Longbranch discovery responses; call with C. Hebert and D. Borders; process and organize Borders document production. | 4.64 | $310.00 | **$1,438.40** |
| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Kevin Terrazas: Discuss trial and next steps with T. Cleveland. | 0.10 | $400.00 | **$40.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Tim Cleveland: Prepare business records affidavits for McLeod and TCRG; review depositions of McLeod and L. Wright for trial prep and designations; discuss discovery responses and related issues with counsel. | 3.00 | $450.00 | **$1,350.00** |
| Attorney Fee | Black Duck - 12/11/2020 - Legal Services / Austin Krist: Call with D. Borders regarding ███████████ revise responses; related review of production; revise DMA/Moore/Longbranch disclosures. | 3.72 | $310.00 | **$1,153.20** |
| Attorney Fee | Black Duck - 12/11/2020 - Legal Services / Tim Cleveland: Discussion with counsel re discovery responses; review and revise disclosures and responses. | 1.50 | $450.00 | **$675.00** |
| Attorney Fee | Black Duck - 12/14/2020 - Legal Services / Austin Krist: Call and correspondence with C. Hebert regarding production of additional documents; attention to deadline to file answer following court order on motion to dismiss; process additional documents for production. | 0.59 | $310.00 | **$182.90** |
| Attorney Fee | Black Duck - 12/14/2020 - Legal Services / Tim Cleveland: Attention to correspondence from counsel; prepare for trial. | 0.40 | $450.00 | **$180.00** |
| Attorney Fee | Black Duck - 12/15/2020 - Legal Services / Austin Krist: Correspondence from A. Seger; call with C. Johns. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/15/2020 - Legal Services / Tim Cleveland: Discussions with counsel re Borders deposition and related issues. | 2.20 | $450.00 | **$990.00** |
| Attorney Fee | Black Duck - 12/16/2020 - Legal Services / Austin Krist: Draft proposed pretrial order. | 3.80 | $310.00 | **$1,178.00** |
| Attorney Fee | Black Duck - 12/16/2020 - Legal Services / Tim Cleveland: Correspond with counsel re deposition and related issues. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/17/2020 - Legal Services / Austin Krist: Draft pretrial order and findings of fact and conclusions of law; process text messages from Borders for production. | 4.53 | $310.00 | **$1,404.30** |
| Attorney Fee | Black Duck - 12/17/2020 - Legal Services / Tim Cleveland: Attention to correspondence related to discovery issues. | 0.30 | $450.00 | **$135.00** |
| Attorney Fee | Black Duck - 12/18/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding discovery complaints by KrisJenn; draft correspondence with KrisJenn; call with K. Kirschner. | 0.80 | $310.00 | **$248.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/18/2020 - Legal Services / Tim Cleveland: Review emergency motions from Wright; phone call with K. Kershner; discussion with A. Krist re same; prepare correspondence with J. Muller re motion to compel issues and hearing. | 1.80 | $450.00 | **$810.00** |
| Attorney Fee | Black Duck - 12/20/2020 - Legal Services / Austin Krist: Incorporate revisions to proposed pretrial order. | 2.33 | $310.00 | **$722.30** |
| Attorney Fee | Black Duck - 12/20/2020 - Legal Services / Tim Cleveland: Correspond with C. Hebert and A. Krist re case issues. | 0.10 | $450.00 | **$45.00** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Austin Krist: Finalize response to motion to compel; call with C. Hebert; call with K. Kershner; call with T. Cleveland; correspondence with C. Hebert regarding ███████████ preparation for hearing on motion to compel; argue at hearing on motion to compel. | 1.30 | $310.00 | **$403.00** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Austin Krist: Draft joint pretrial order; assemble exhibits for trial | 6.73 | $310.00 | **$2,086.30** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Tim Cleveland: Review response to motion to compel; correspond with C. Hebert and A. Krist re same; phone call with A. Krist re hearing. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/22/2020 - Legal Services / Austin Krist: Attend hearing on motion to compel; discuss same with T. Cleveland; call with D. Moore to discuss same; call with D. Borders to discuss same; research federal rule on ███████████ ███████████ | 3.70 | $310.00 | **$1,147.00** |
| Attorney Fee | Black Duck - 12/22/2020 - Legal Services / Tim Cleveland: Discussion with A. Krist re hearing; phone call with client; correspond with counsel. | 1.50 | $450.00 | **$675.00** |
| Attorney Fee | Black Duck - 12/23/2020 - Legal Services / Austin Krist: Draft DMA and Longbranch answers to KrisJenn's second amended complaint; related correspondence with cocounsel. | 1.60 | $310.00 | **$496.00** |
| Attorney Fee | Black Duck - 12/23/2020 - Legal Services / Austin Krist: Draft deficiency letter to KrisJenn regarding Wright text messages. | 0.41 | $310.00 | **$127.10** |
| Attorney Fee | Black Duck - 12/24/2020 - Legal Services / Tim Cleveland: Attention to case issues. | 0.20 | $450.00 | **$90.00** |
| Attorney Fee | Black Duck - 12/28/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding pretrial order; revise pretrial order. | 5.21 | $310.00 | **$1,615.10** |
| Attorney Fee | Black Duck - 12/28/2020 - Legal Services / Tim Cleveland: Review pretrial order and discuss same with A. Krist; prepare for L. Wright cross. | 0.60 | $450.00 | **$270.00** |

| Attorney Fee | Black Duck - 12/29/2020 - Legal Services / Austin Krist: Draft proposed findings of fact and conclusions of law. | 1.83 | $310.00 | **$567.30** |
| Attorney Fee | Black Duck - 12/29/2020 - Legal Services / Tim Cleveland: Prepare for cross exam of L. Wright. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/30/2020 - Legal Services / Austin Krist: Draft proposed findings of fact and conclusions of law; call with C. Hebert. | 5.27 | $310.00 | **$1,633.70** |
| Attorney Fee | Black Duck - 12/30/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.60 | $450.00 | **$270.00** |
| Attorney Fee | Black Duck - 12/31/2020 - Legal Services / Tim Cleveland: Correspond with counsel re case issues and trial prep; phone call with Austin Krist re same. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/31/2020 - Legal Services / Austin Krist: Review proposed order from KrisJenn and motion for leave to amend; call with T. Cleveland regarding proposed order from KrisJenn and motion for leave to amend; related correspondence with opposing counsel. | 0.30 | $310.00 | **$93.00** |

**Amount Due**     **$39,019.60**

# INVOICE

From **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3451** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/03/2021 - Legal Services / Austin Krist: Draft response in opposition to motion for leave to add new claims against our clients. | 3.67 | $310.00 | **$1,137.70** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Incorporate C. Hebert and C. Johns revisions to response; finalize and file same. | 0.72 | $310.00 | **$223.20** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Review and revise findings of fact and conclusions of law to incorporate and address proposed revisions and comments from C. Hebert; revise exhibit list. | 5.15 | $310.00 | **$1,596.50** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Revise proposed order from KrisJenn regarding discovery hearing; related correspondence and discussion with T. Cleveland. | 0.25 | $310.00 | **$77.50** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Call with T. Cleveland and C. Hebert regarding trial preparation. | 1.63 | $310.00 | **$505.30** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 3.50 | $450.00 | **$1,575.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Austin Krist: Compile and review exhibits; calls with D. Moore; call with C. Hebert regarding multiple exhibit issues; call with A. Seger re: court ruling; call with Court regarding exhibits; call with C. Johns and D. Moore regarding exhibits for trial; coordinate with clerk regarding exhibits; prepare cross examination outline for Strolle; discuss deficiency letter with T. Cleveland; draft notice of witness unavailability; prepare for deposition of D. Moore. | 7.70 | $310.00 | **$2,387.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Kevin Terrazas: Discuss trial exhibits and lists with A. Krist. | 0.10 | $400.00 | **$40.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 6.90 | $450.00 | **$3,105.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Litigation Clerk: M. Williamson - Prepare exhibit list and exhibits for trial. | 7.30 | $85.00 | **$620.50** |
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Austin Krist: Preparation for deposition of D. Moore; amend deposition designations; attend deposition of D. Moore; related calls with D. Moore and C. Hebert; call with J. Muller. | 7.97 | $310.00 | **$2,470.70** |
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Litigation Clerk: M. Williamson - Continue working on exhibits and exhibit list; prepare trial binders. | 6.80 | $85.00 | **$578.00** |
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.20 | $450.00 | **$2,790.00** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Austin Krist: Coordinate and review exhibits for trial; review KrisJenn's proposed findings of facts and conclusions of law; discuss trial strategy with T. Cleveland; calls with C. Hebert regarding trial preparation; draft letter to KrisJenn regarding phone inspection; draft response to KrisJenn motion for leave to file findings and conclusions; related correspondence with opposing counsel. | 7.71 | $310.00 | **$2,390.10** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Litigation Clerk: M. Williamson - Continue working on exhibits for trial. | 9.30 | $85.00 | **$790.50** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.10 | $450.00 | **$2,745.00** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Austin Krist: Preparation for trial. | 8.13 | $310.00 | **$2,520.30** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Litigation Clerk: M. Williamson - Deliver exhibits to court; finalize exhibit binders. | 3.80 | $85.00 | **$323.00** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 8.50 | $450.00 | **$3,825.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Kevin Terrazas: Discuss trial themes and documents with T. Cleveland. | 0.50 | $400.00 | **$200.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Austin Krist: Trial preparation for cross examination of H. Cohle and D. Strolle. | 1.90 | $310.00 | **$589.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.00 | $450.00 | **$2,700.00** |
| Attorney Fee | Black Duck - 01/10/2021 - Legal Services / Austin Krist: Preparation for trial. | 3.76 | $310.00 | **$1,165.60** |
| Attorney Fee | Black Duck - 01/10/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 8.00 | $450.00 | **$3,600.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/11/2021 - Legal Services / Austin Krist: Trial. | 12.41 | $310.00 | **$3,847.10** |
| Attorney Fee | Black Duck - 01/11/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 13.00 | $450.00 | **$5,850.00** |
| Attorney Fee | Black Duck - 01/12/2021 - Legal Services / Austin Krist: Trial. | 11.75 | $310.00 | **$3,642.50** |
| Attorney Fee | Black Duck - 01/12/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 13.40 | $450.00 | **$6,030.00** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Austin Krist: Trial. | 9.83 | $310.00 | **$3,047.30** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Kevin Terrazas: Discuss exhibits and trial strategy with A. Krist. | 0.20 | $400.00 | **$80.00** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 8.30 | $450.00 | **$3,735.00** |
| Attorney Fee | Black Duck - 01/14/2021 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding closing. | 0.82 | $310.00 | **$254.20** |
| Attorney Fee | Black Duck - 01/14/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 8.60 | $450.00 | **$3,870.00** |
| Attorney Fee | Black Duck - 01/15/2021 - Legal Services / Austin Krist: Trial. | 9.63 | $310.00 | **$2,985.30** |
| Attorney Fee | Black Duck - 01/15/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 10.00 | $450.00 | **$4,500.00** |
| Attorney Fee | Black Duck - 01/18/2021 - Legal Services / Tim Cleveland: Phone call with C. Johns re closing; correspond with D. Borders. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 01/20/2021 - Legal Services / Austin Krist: Call with T. Cleveland and cocounsel regarding trial strategy; correspondence with opposing counsel regarding depositions; revise powerpoint at instruction of T. Cleveland. | 0.60 | $310.00 | **$186.00** |
| Attorney Fee | Black Duck - 01/20/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 3.00 | $450.00 | **$1,350.00** |
| Attorney Fee | Black Duck - 01/21/2021 - Legal Services / Austin Krist: Trial and related preparation for closing. | 5.10 | $310.00 | **$1,581.00** |
| Attorney Fee | Black Duck - 01/21/2021 - Legal Services / Tim Cleveland: Prepare for and attend trial. | 5.30 | $450.00 | **$2,385.00** |
| Attorney Fee | Black Duck - 01/22/2021 - Legal Services / Austin Krist: Correspondence with counsel regarding trial evidence. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 01/24/2021 - Legal Services / Tim Cleveland: Phone call with D. Moore; correspond with trial team. | 0.30 | $450.00 | **$135.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/25/2021 - Legal Services / Austin Krist: Call with T. Cleveland regarding trial and closing; prepare for closing; trial. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 01/25/2021 - Legal Services / Tim Cleveland: Phone call with C. Johns re case issues; continue preparing for trial; phone calls and correpsondence related to Debtors' illness and reschedule. | 1.40 | $450.00 | **$630.00** |
| Attorney Fee | Black Duck - 01/26/2021 - Legal Services / Tim Cleveland: Correspond with C. Johns. | 0.10 | $450.00 | **$45.00** |
| Attorney Fee | Black Duck - 01/28/2021 - Legal Services / Austin Krist: Correspondence with cocounsel regarding trial exhibits. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 01/28/2021 - Legal Services / Tim Cleveland: Phone calls with client; correspond with counsel. | 0.50 | $450.00 | **$225.00** |

**Amount Due**   **$82,682.30**

# INVOICE

From  **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3452** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 02/01/2021 - Legal Services / Austin Krist: Call with cocounsel regarding ███████████ related correspondence regarding same. | 0.80 | $310.00 | **$248.00** |
| Attorney Fee | Black Duck - 02/01/2021 - Legal Services / Tim Cleveland: Call with counsel re case issues and strategy. | 1.00 | $450.00 | **$450.00** |
| Attorney Fee | Black Duck - 02/04/2021 - Legal Services / Austin Krist: Correspondence with N. Wilson regarding ██████████ ████████ | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 02/04/2021 - Legal Services / Tim Cleveland: Phone call with C. JOhns re case issues. | 0.20 | $450.00 | **$90.00** |
| Attorney Fee | Black Duck - 02/08/2021 - Legal Services / Tim Cleveland: Phone call with counsel re case issues and strategy. | 1.00 | $450.00 | **$450.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Austin Krist: Coordinate with N. Wilson regarding trial transcripts. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Austin Krist: Call with D. Moore; related discussion with T. Cleveland regarding closing; review of trial transcripts | 0.70 | $310.00 | **$217.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Tim Cleveland: Review trial transcripts in preparation for closing; phone call with C. Johns re same; discussion with A. Krist re same | 2.10 | $450.00 | **$945.00** |
| Attorney Fee | Black Duck - 02/10/2021 - Legal Services / Austin Krist: Revise closing presentation and prepare for closing; correspondence regarding trial transcripts with cocounsel and closing. | 2.40 | $310.00 | **$744.00** |
| Attorney Fee | Black Duck - 02/10/2021 - Legal Services / Tim Cleveland: Prepare for closing argument at trial. | 6.10 | $450.00 | **$2,745.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 02/11/2021 - Legal Services / Austin Krist: Trial and related preparation for closing. | 4.47 | $310.00 | $1,385.70 |
| Attorney Fee | Black Duck - 02/11/2021 - Legal Services / Tim Cleveland: Prepare for and attend trial; numerous calls following trial. | 7.00 | $450.00 | $3,150.00 |
| Attorney Fee | Black Duck - 02/12/2021 - Legal Services / Tim Cleveland: Case follow up. | 0.30 | $450.00 | $135.00 |

**Amount Due**     **$10,652.70**