# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § § | |
| *Debtor* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § | |
| *Plaintiffs*, | § § | Adversary No. 20-05027 |
| v. | § § | |
| DMA Properties, Inc. and Longbranch Energy, LP, | § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Frank Daniel Moore, | § § § | |
| *Counter-Plaintiffs and Third-Party Plaintiff,* | § § § § | |
| v. | § § | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | § § § § § | |
| *Third-Party/Counterdefendants*. | § § § § | |

## DMA PROPERTIES'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

1. Pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, Defendant/Third Party Plaintiff DMA Properties, Inc. hereby appeals to the United States District Court for the Western District of Texas from the Final Judgment [Dkt. 237] and the accompanying findings of fact and conclusions of law set out in the Opinion [Dkt. 236] entered by the United States Chief Bankruptcy Judge Ronald B. King on March 24, 2021, in the above-referenced adversary proceeding.

2. **Parties**. The names of all parties to the foregoing Judgment and Opinion appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

   a. **Appellant/Defendant-Third Party Plaintiff DMA Properties, Inc.,** represented by

   | | |
   |---|---|
   | Timothy Cleveland<br>Austin Krist<br>CLEVELAND TERRAZAS PLLC<br>4611 Bee Cave Road<br>Suite 306B<br>Austin, TX 78746<br>512-689-8698<br>Email:<br>tcleveland@clevelandterrazas.com<br>akrist@clevelandterrazas.com | Christen Mason Hebert<br>Christopher S. Johns<br>Johns & Hebert PLLC[1]<br>14101 Hwy 290 West, Suite 400A<br>Austin, TX 78737<br>(512) 399-3150<br>Fax : (512) 572-8005<br>Email:<br>chebert@johnsandcounsel.com<br>cjohns@johnsandcounsel.com |

---

[1] Previously known as Johns & Counsel, PLLC.

| | |
|---|---|
| Natalie F. Wilson<br>Langley & Banack, Inc<br>745 E Mulberry, Suite 700<br>San Antonio, TX 78212<br>210-736-6600<br>Fax : 210-735-6889<br>Email: nwilson@langleybanack.com | |

b. **Appellees/Plaintiffs/Third Party Defendants KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; and KrisJenn Ranch, LLC-Series Pipeline Row** represented by:

Charles John Muller, IV
111 W. Sunset Rd.
San Antonio, TX, 78209
210-664-5000
Email: john.muller@cjma.law

Ronald J. Smeberg
Email: ron@smeberg.com
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926

c. **Appellee/Plaintiff/Third Party Defendant Black Duck Properties, LLC** represented by

Ronald J. Smeberg
Email: ron@smeberg.com
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926

d. **Appellee/Plaintiff/Third Party Defendant Larry Wright**, represented by

William P Germany
Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209
210-824-3278
Fax : 210-824-3937
Email: wgermany@bsklaw.com

  e. **Appellee/ Third-Party Defendant John Terrill**, *pro se*

  John Terrill
  12712 Arrowhead Lane
  Oklahoma City, OK 73120

3. **Opinion & Judgment appealed from:** Opinion and Final Judgment [#236, #237] entered on March 24, 2021 in the above-captioned case and attached hereto as **Exhibit A**.

               Respectfully submitted,

               /s/ *Christopher S. Johns*
               Christopher S. Johns
               State Bar No. 24044849
               Christen Mason Hebert
               State Bar No. 24099898
               JOHNS & HEBERT PLLC
               14101 Highway 290 West, Suite 400A
               Austin, Texas 78737
               512-399-3150
               512-572-8005 fax
               cjohns@johnsandcounsel.com
               chebert@johnsandcounsel.com

               /s/ *Timothy Cleveland*
               Timothy Cleveland
               State Bar No. 24055318
               Austin H. Krist
               State Bar No. 24106170
               CLEVELAND | TERRAZAS PLLC
               4611 Bee Cave Road, Suite 306B
               Austin, Texas 78746
               512-689-8698
               tcleveland@clevelandterrazas.com
               akrist@clevelandterrazas.com

/s/ *Natalie F. Wilson*
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, a true and correct copy of the above and foregoing instrument was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below.

| | |
|---|---|
| Charles John Muller, IV<br>Email: john@muller-smeberg.com<br>CJ Muller & Associates, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br><br>**Counsel to KrisJenn Ranch, LLC and its series** | Michael Black<br>Email: mblack@burnsandblack.com<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br><br>Jeffery Duke<br>Email: jduke@dbmmlaw.com<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br><br>**Counsel to Defendant Longbranch Energy, LP** |
| Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>**Counsel to Black Duck Properties, LLC** | Shane P. Tobin<br>Email: shane.p.tobin@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br><br>**United States Trustee** |
| William P. Germany<br>Email: wgermany@bsklaw.com<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209<br><br>**Counsel to Larry Wright** | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>**Third Party Defendant,** *pro se* |

/s/ *Austin Krist*
Austin Krist