## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |
| | § | |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § | |
| | § | Adversary No. 20-05027 |
| *Plaintiffs*, | § § | |
| | § | |
| v. | § | |
| | § | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § | |
| | § | |
| *Counterplaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | § § § § | Adversary No. 20-05027 |
| | § | |
| *Counterdefendants.* | § | |
| | § | |

## APPELLANT'S DESIGNATION OF ITEMS FOR APPELLATE RECORD

TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Federal Rule of Bankruptcy Procedure 8009, DMA Properties, Inc. and Frank Daniel Moore (together, the "Appellant"), appellant in the appeal noticed on April 7, 2021 [Dkt. 242], submit this Appellant's Designation of Items to be Included in the Record on Appeal ("Appellant's Designation of Record") in the above-captioned case and respectfully requests that the Clerk forward the items listed herein to the District Court for inclusion in the record in connection with the appeal.

Appellant notes that *DMA Properties's Motion for Attorneys' Fees and Motion to Amend Judgment* [Dkt. 240] is currently pending before the Bankruptcy Court.  Appellant therefore reserves the right to supplement this Appellant's Designation of Record.

The Appellant respectfully designates the items listed below (including all exhibits, certificates, and submissions attached thereto) to be included in the appellate record:

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 1 | Original Complaint Requesting Declaratory Judgment | 05/01/2020 |
| | 3 | Amended Complaint | 05/05/2020 |
| | 5 | Answer to Complaint | 06/01/2020 |
| | 6 | Counterclaim against Krisjenn Rnach, LLC, Krisjenn Rnach, LLC Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third Party-Complaint against John Terrill, Black Duck Properties, LLC, Larry Wright | 06/01/2020 |
| | 9 | Frank Daniel Moore's Unopposed Motion to Intervene | 06/05/2020 |
| | 11 | Order Regarding Motion to Intervene | 06/08/2020 |
| | 14 | Counterclaim against Krisjenn Rnach, LLC, Krisjenn Rnach, LLC Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, | 06/12/2020 |

|  |  |  |  |
|---|---|---|---|
|  |  | Third Party-Complaint against John Terrill, Black Duck Properties, LLC, Larry Wright |  |
|  | 17 | Statement regarding consent | 06/24/2020 |
|  | 18 | Statement regarding consent | 06/24/2020 |
|  | 20 | Answer to Counterclaim | 06/29/2020 |
|  | 21 | Answer and Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims | 07/06/2020 |
|  | 28 | Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interests Agreement | 07/24/2020 |
|  | 39 | Third-Party Defendant Larry Wright's Answer and Affirmative Defenses to Third-Party Plaintiff DMA Properties, Inc.'s Third-Party Claims | 08/14/2020 |
|  | 40 | Third-Party Defendant Larry Wright's Answer and Affirmative Defenses to Third-Party Plaintiff Frank Daniel Moore's Third-Party Claims | 08/14/2020 |
|  | 60 | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's First Amended Answer and Affiarmtive Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims | 09/09/2020 |
|  | 61 | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's First Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Counterclaims and Third-Party Claims | 09/09/2020 |
|  | 66 | Response to Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement | 09/14/2020 |
|  | 68 | DMA Properties, Inc.'s Witness & Exhibit List for Hearing on September 22, 2020 | 9/15/2020 |
|  | 72 | Reply to Response to Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement | 09/21/2020 |
|  | 74 | Order Denying Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement | 09/22/2020 |

| | 100 | DMA and Moore's Unopposed Motion for Leave to Amend Counterclaims and Third-Party Claims | 10/14/2020 |
|---|---|---|---|
| | 101 | Longbranch's Unopposed Motion for Leave to Amend Pleadings | 10/14/2020 |
| | 122 | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's Second Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Counterclaims and Third-Party Claims | 10/28/2020 |
| | 123 | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipeline Row, as successors in interest to Black Duck Properties, LLC's Second Amended Answer and Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims | 10/28/2020 |
| | 124 | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipeline Row's Objection to DMA and Moore's Amended Counterclaims and Third-Party Claims | 10/28/2020 |
| | 138 | Second Amended Adversary Complaint | 11/02/2020 |
| | 139 | Counterclaims and Third Party Claims | 11/03/2020 |
| | 140 | Notice of Withdrawal of Document No. 38 | 11/03/2020 |
| | 141 | Second Amended Complaint | 11/03/2020 |
| | 143 | Order Vacating Prior Order | 11/04/2020 |
| | 152 | Order Granting in Part, Denying in Part Longbranch's Unopposed Motion to Leave to Amend | 11/9/2020 |
| | 154 | Order Granting in Part, Denying in Part DMA and Moore's Unopposed Motion for Leave to Amend | 11/12/2020 |
| | 155 | Order Dismissing Objections and DMA and Moore's Amended Counterclaims and Third-Party Claims as Moot | 11/12/2020 |
| | 161 | DMA's, Moore's, and Longbranch's Motion to Dismiss New Counterclaims under Rule 12(b)(6) | 11/16/2020 |
| | 162 | Larry Wright's Answer & Affirmative Defenses to Third Party Longbranch Energy, LP's Third-Party Claims` | 11/17/2020 |

| | 163 | Answer and Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Counterclaims and Third-Party Claims | 11/18/2020 |
|---|---|---|---|
| | 172 | Amended Counterclaims and Third-Party Claims filed by Third Party Plaintiff DMA Properties, Inc. | 11/30/2020 |
| | 173 | Amended Counterclaims and Third-Party Claims filed by Third Party Plaintiff Frank Daniel Moore | 11/30/2020 |
| | 177 | Debtors' Response to DMA, Moore, and Longbranch's Motion to Dismiss New Counterclaims Under Rule 12(b)(6) | 12/04/2020 |
| | 182 | Order Denying Motion to Dismiss New Counterclaims Under Rule 12(b)(6) | 12/04/2020 |
| | 186 | Debtor's Third Answer to Moore's Amended Counterclaims and Third-Party Complaint | 12/14/2020 |
| | 187 | Debtor's Third Answer to DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint | 12/14/2020 |
| | 188 | Third Party Defendant Larry Wright's Second Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Amended Third-Party Claims | 12/14/2020 |
| | 189 | Third Party Defendant Larry Wright's Second Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Third-Party Claims | 12/14/2020 |
| | 197 | Answer to Second Amended Complaint | 12/23/2020 |
| | 199 | Proposed Pre-Trial Order for Third Party Plaintiffs DMA Properties, Inc. | 12/30/2020 |
| | 202 | Debtors' Exhibit and Witness List | 01/04/21 |
| | 203 | Proposed Pretrial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/04/2021 |
| | 204 | Exhibit List for Third Party Plaintiff DMA Properties, Inc. & Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/04/2021 |

| | | | |
|---|---|---|---|
| | 205 | Proposed Findings of Fact and Conclusions of Law for Third Party Plaintiff DMA Properties, Inc. & Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/04/2021 |
| | 206 | Order Regarding Motion for Leave to File Third Amended Complaint | 01/05/21 |
| | 208 | Deposition Designations for Third Party Plaintiff DMA Properties, Inc. & Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/05/2021 |
| | 209 | Amended Deposition Designations for Third Party Plaintiff DMA Properties, Inc. & Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/06/2021 |
| | 215 | Modified Debtor Plaintiff and Third Party Defendant's Witness and Exhibits List | 01/08/2021 |
| | 216 | Modified Proposed Pre-Trial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/08/2021 |
| | 217 | Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/08/2021 |
| | 220 | Amended Exhibit List for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Party Plaintiff Frank Daniel Moore | 01/10/2021 |
| | 221 | Deposition Designations from Deposition of Adam McLeod | 01/15/2021 |
| | 222 | Deposition Designations from Deposition of Larry Wright in his capacity as Corporate Representative of Krisjenn Ranch, LLC | 01/15/2021 |
| | 236 | Judge's Opinion | 03/24/2021 |
| | 237 | Final Judgment | 03/24/2021 |
| | 240 | DMA Properties' Motion for Attorneys' Fees and Motion to Amend Judgment | 04/07/2021 |

| | 241 | Notice of Appeal filed by Third Party Plaintiff DMA Properties, Inc. | 04/07/2021 |
| | 242 | Notice of Appeal field by Defendant Longbranch Energy, LP | 04/07/2021 |
| | | | |
| | 230 | Exhibits and Witness | 02/11/2021 |
| | | Longbranch Energy, DMA Properties, & Frank Daniel Moore's Trial Exhibits DX 1- DX 78 | |
| | | Debtor/Plaintiffs/Counter-Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde Ranch, and Krisjenn Ranch, LLC-Series Pipelines Row, and Larry Wright's Trial Exhibits 1-104 | |
| | | | |
| | | Transcript of Proceeding January 11, 2021 (previously ordered) | |
| | | Transcript of Proceeding January 12, 2021 (previously ordered) | |
| | | Transcript of Proceeding January 13, 2021 (previously ordered) | |
| | | Transcript of Proceeding January 15, 2021 (previously ordered) | |
| | | Transcript of Proceeding January 21, 2021 | |
| | | Transcript of Proceeding February 11, 2021 | |
| | | | |
| | | Docket Sheet for *Krisjenn Ranch, LLC v. DMA Properties, Inc. et al. (In re Krisjenn Ranch, LLC),* Adv. No. 20-05027-rbk | |
| | | | |
| | | | |
| | | | |
| | | | |

Dated: April 21, 2021

Respectfully submitted,


/s/ *Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & HEBERT PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

/s/ *Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ *Natalie F. Wilson*
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, a true and correct copy of the above and foregoing instrument was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC,*<br>*Krisjenn Ranch, LLC, Series Uvalde*<br>*Ranch, KrisJenn Ranch, LLC, Series*<br>*Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

/s/ *Natalie F. Wilson*
Natalie F. Wilson