# EXHIBIT B

# INVOICE

From **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | |
|---|---|
| Invoice ID | **3453** |
| Issue Date | 04/05/2021 |
| Due Date | 04/20/2021 (Net 15) |
| Subject | Invoice for Services Rendered |

Invoice For **Moore, Daniel**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|

Ex. 2 (Billing Records) - Page 9 of 37



Ex. 2 (Billing Records) - Page 10 of 37

Ex. 2 (Billing Records) - Page 11 of 37

| | | | | |
|---|---|---|---|---|
| ████████████████ | | | | |
| Attorney Fee | Black Duck - 09/24/2020 - Legal Services / Tim Cleveland: Prepare for depositions; phone calls with clients; phone call with counsel for McLeods re discovery issues; discussion with counsel re settlement offer; calls with clients and counsel re same. | 5.00 | $450.00 | **$2,250.00** |
| ████████████████ | | | | |
| Attorney Fee | Black Duck - 09/25/2020 - Legal Services / Tim Cleveland: Prepare for KrisJenn depositions; phone calls with client and C. Johns re same; correspond with opposing counsel. | 4.10 | $450.00 | **$1,845.00** |
| Attorney Fee | Black Duck - 09/26/2020 - Legal Services / Tim Cleveland: Prepare for depositions. | 0.40 | $450.00 | **$180.00** |
| ████████████████ | | | | |
| Attorney Fee | Black Duck - 09/28/2020 - Legal Services / Tim Cleveland: Prepare for Wright deposition. | 10.50 | $450.00 | **$4,725.00** |
| Attorney Fee | Black Duck - 09/29/2020 - Legal Services / Austin Krist: Coordination and assistance regarding deposition of L. Wright. | 0.30 | $310.00 | **$93.00** |
| Attorney Fee | Black Duck - 09/29/2020 - Legal Services / Tim Cleveland: Deposition of L. Wright; calls with clients and counsel. | 11.10 | $450.00 | **$4,995.00** |
| Attorney Fee | Black Duck - 09/30/2020 - Legal Services / Austin Krist: Coordination regarding deposition logistics; review meeting minutes produced for Black Duck. | 1.10 | $310.00 | **$341.00** |
| Attorney Fee | Black Duck - 09/30/2020 - Legal Services / Tim Cleveland: Prepare for and continue deposition of L. Wright; calls with counsel and clients re same. | 11.50 | $450.00 | **$5,175.00** |

|  | **Amount Due** | **$48,471.70** |
|---|---|---|

# INVOICE

From   **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | |
|---|---|
| Invoice ID | **3449** |
| Issue Date | 04/05/2021 |
| Due Date | 04/20/2021 (Net 15) |
| Subject | Invoice for Services Rendered |

Invoice For   **Moore, Daniel**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/01/2020 - Legal Services / Austin Krist: Process production and amend discovery responses. | 1.66 | $310.00 | **$514.60** |
| Attorney Fee | Black Duck - 11/01/2020 - Legal Services / Tim Cleveland: Phone call with counsel for TCRG; correspondence with C. Johns et al re same; additional phone call with counsel for TCRG re hearing, production, and deposition; phone call with A. Krist re hearing prep. | 1.20 | $450.00 | **$540.00** |
| Attorney Fee | Black Duck - 11/02/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding hearings; draft motion to compel analysis for T. Cleveland; attend hearing on motion to quash and motion to compel; subsequent discussion with T. Cleveland. | 2.40 | $310.00 | **$744.00** |
| Attorney Fee | Black Duck - 11/02/2020 - Legal Services / Tim Cleveland: Phone calls with C. Johns; phone calls with D. Moore; prepare for hearing; attend hearing; phone call with TCRG counsel; phone call with D. Moore and D. Borders. | 4.60 | $450.00 | **$2,070.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Attention to deadlines related to hearing and court orders entered on 11/3; revise proposed order regarding motion to compel; preparation for hearing; correspondence with C. Johns regarding ████████████ discussion with T. Cleveland; correspondence from opposing counsel regarding proposed order. | 1.00 | $310.00 | **$310.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial strategy and upcoming discovery tasks. | 0.40 | $310.00 | **$124.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Austin Krist: Attend hearing on motion for continuance. | 0.50 | $310.00 | **$155.00** |
| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Kevin Terrazas: Discuss status and next steps with T. Cleveland. | 0.10 | $400.00 | **$40.00** |

| Attorney Fee | Black Duck - 11/03/2020 - Legal Services / Tim Cleveland: Several phone calls with client re case issues; review and analyze pleadings and documents in preparation for trial; review motions and orders in preparation for conference with Judge King; correspond with client re ███████; phone call with C. Johns. | 5.10 | $450.00 | $2,295.00 |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Austin Krist: Correspondence with counsel regarding document production. | 0.10 | $310.00 | $31.00 |
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Austin Krist: Coordinate and process document production. | 2.80 | $310.00 | $868.00 |
| Attorney Fee | Black Duck - 11/04/2020 - Legal Services / Tim Cleveland: Phone call with D. Moore; phone call with C. Johns; attention to trial issues; discussion with A. Krist re discovery issues. | 1.10 | $450.00 | $495.00 |
| Attorney Fee | Black Duck - 11/05/2020 - Legal Services / Austin Krist: Coordinate and process document production; compile privilege log. | 4.40 | $310.00 | $1,364.00 |
| Attorney Fee | Black Duck - 11/05/2020 - Legal Services / Tim Cleveland: Prepare for and attend strategy call with clients and counsel; additional call with D. Moore; review and revise court order. | 1.80 | $450.00 | $810.00 |
| Attorney Fee | Black Duck - 11/06/2020 - Legal Services / Austin Krist: Compile and draft privilege log; finalize amended responses; process privilege log. | 6.20 | $310.00 | $1,922.00 |
| Attorney Fee | Black Duck - 11/06/2020 - Legal Services / Tim Cleveland: Attention to case strategy decisions; call with counsel re same. | 0.40 | $450.00 | $180.00 |
| Attorney Fee | Black Duck - 11/09/2020 - Legal Services / Austin Krist: Attention to recent case filings and order entered by Judge King; correspondence with T. Cleveland ███████ ████████████ | 0.20 | $310.00 | $62.00 |
| Attorney Fee | Black Duck - 11/09/2020 - Legal Services / Tim Cleveland: Correspond with trial team re ███████; correspond with D. Moore re deposition prep. | 0.30 | $450.00 | $135.00 |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding ███████ ████████ | 0.10 | $310.00 | $31.00 |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Austin Krist: Review KrisJenn production. | 0.30 | $310.00 | $93.00 |
| Attorney Fee | Black Duck - 11/10/2020 - Legal Services / Tim Cleveland: Correspond with client and counsel re hearing and related case issues. | 0.30 | $450.00 | $135.00 |

| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding case status and strategy; correspondence from C. Johns regarding ████████████ | 0.61 | $310.00 | $189.10 |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Austin Krist: Correspondence from J. Muller regarding discovery responses; related correspondence with T. Cleveland; correspondence with N. Wilson regarding upcoming hearing on motion for leave to amend; | 0.30 | $310.00 | $93.00 |
| Attorney Fee | Black Duck - 11/11/2020 - Legal Services / Tim Cleveland: Trial prep. | 4.10 | $450.00 | $1,845.00 |
| Attorney Fee | Black Duck - 11/12/2020 - Legal Services / Austin Krist: Collect documents for D. Moore deposition. | 0.70 | $310.00 | $217.00 |
| Attorney Fee | Black Duck - 11/12/2020 - Legal Services / Tim Cleveland: Calls with clients; calls with counsel; prepare for and attend federal court hearing; correspond with client re deposition prep. | 2.80 | $450.00 | $1,260.00 |
| Attorney Fee | Black Duck - 11/13/2020 - Legal Services / Austin Krist: Review discovery requests from KrisJenn. | 0.20 | $310.00 | $62.00 |
| Attorney Fee | Black Duck - 11/13/2020 - Legal Services / Austin Krist: Draft proposed order regarding TQL motion to quash; draft motion to dismiss counterclaims. | 0.50 | $310.00 | $155.00 |
| Attorney Fee | Black Duck - 11/16/2020 - Legal Services / Austin Krist: Draft motion to dismiss; correspondence and discussion with T. Cleveland regarding ██████████ call chambers regarding status of hearing on motion to compel; review interrogatory responses; research effect of filing partial motion to dismiss on timing of answer; finalize and upload proposed order re: TCRG motion to quash; draft proposed order granting motion to dismiss; finalize and file motion. | 4.70 | $310.00 | $1,457.00 |
| Attorney Fee | Black Duck - 11/16/2020 - Legal Services / Tim Cleveland: Prepare for trial; attention to mediation and deposition issues. | 3.20 | $450.00 | $1,440.00 |
| Attorney Fee | Black Duck - 11/17/2020 - Legal Services / Austin Krist: Correspondence from J. Muller; correspondence with C. Johns regarding discovery ██████████████ | 0.30 | $310.00 | $93.00 |
| Attorney Fee | Black Duck - 11/17/2020 - Legal Services / Tim Cleveland: Trial prep. | 1.90 | $450.00 | $855.00 |
| Attorney Fee | Black Duck - 11/18/2020 - Legal Services / Austin Krist: Correspondence with D. Moore. | 0.12 | $310.00 | $37.20 |
| Attorney Fee | Black Duck - 11/18/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.60 | $450.00 | $270.00 |

| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Review recent filings in bankruptcy court and order from court regarding hearing on motion to dismiss. | 0.10 | $310.00 | $31.00 |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial strategy; coordinate with clerks regarding preparation for summary judgment hearing and trial. | 0.40 | $310.00 | $124.00 |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Austin Krist: Call D. Moore regarding interrogatories; review partial MSJ. | 1.30 | $310.00 | $403.00 |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Kevin Terrazas: Discuss ████ with T. Cleveland. | 0.20 | $400.00 | $80.00 |
| Attorney Fee | Black Duck - 11/19/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 2.30 | $450.00 | $1,035.00 |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding ████████ ████ , review case law on horizontal privity; revise interrogatory responses; call with C. Johns and C. Hebert regarding summary judgment response. | 4.40 | $310.00 | $1,364.00 |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Kevin Terrazas: Discuss mediation and strategy with T. Cleveland. | 0.10 | $400.00 | $40.00 |
| Attorney Fee | Black Duck - 11/20/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 1.40 | $450.00 | $630.00 |
| Attorney Fee | Black Duck - 11/23/2020 - Legal Services / Austin Krist: Correspondence with T. Cleveland regarding motion to amend pleadings; discussion with T. Cleveland regarding case status and ████ | 1.40 | $310.00 | $434.00 |
| Attorney Fee | Black Duck - 11/23/2020 - Legal Services / Tim Cleveland: Correspond with A. Krist re hearing; prepare for trial. | 2.50 | $450.00 | $1,125.00 |
| Attorney Fee | Black Duck - 11/24/2020 - Legal Services / Austin Krist: Draft summary-judgment response. | 6.33 | $310.00 | $1,962.30 |
| Attorney Fee | Black Duck - 11/24/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.80 | $450.00 | $360.00 |
| Attorney Fee | Black Duck - 11/25/2020 - Legal Services / Austin Krist: Draft summary judgment responses; related legal research and correspondence with cocounsel. | 7.67 | $310.00 | $2,377.70 |
| Attorney Fee | Black Duck - 11/25/2020 - Legal Services / Tim Cleveland: Discussion with A. Krist re summary judgment response and case issues; prepare for trial. | 1.00 | $450.00 | $450.00 |

| Attorney Fee | Black Duck - 11/27/2020 - Legal Services / Austin Krist: Finish drafting Moore response to motion for summary judgment; draft DMA response to motion for summary judgment. | 6.10 | $310.00 | $1,891.00 |
| Attorney Fee | Black Duck - 11/29/2020 - Legal Services / Tim Cleveland: Correspond with J. Muller re mediation. | 0.10 | $450.00 | $45.00 |
| Attorney Fee | Black Duck - 11/30/2020 - Legal Services / Austin Krist: Revise responses to summary judgment motions; assemble exhibits; correspondence with cocounsel. | 5.12 | $310.00 | $1,587.20 |
| Attorney Fee | Black Duck - 11/30/2020 - Legal Services / Tim Cleveland: Correspond with C. Johns; correspond with clients re ▬▬▬▬ phone call with B. Kuhlmann; phone call with C. Johns; | 1.30 | $450.00 | $585.00 |

**Amount Due**    **$35,416.10**

# INVOICE

From **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3450** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding trial exhibits. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/01/2020 - Legal Services / Tim Cleveland: Prepare for trial; correspond with clients re mediation; phone call with J. Muller; discussion with A. Krist re trial issues. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Correspondence from T. Cleveland and N. Wilson regarding pretrial updates. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Review KrisJenn discovery responses to second set of requests. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Austin Krist: Correspondence with T. Cleveland regarding D. Moore deposition preparation; call with C. Hebert and C. Johns regarding same; revise interrogatory responses; correspondence with cocounsel and opposing counsel regarding same. | 1.30 | $310.00 | **$403.00** |
| Attorney Fee | Black Duck - 12/02/2020 - Legal Services / Tim Cleveland: Prepare for Moore deposition; phone call with counsel re same; phone calls with client; phone call with C. Johns. | 2.60 | $450.00 | **$1,170.00** |
| Attorney Fee | Black Duck - 12/03/2020 - Legal Services / Austin Krist: Correspondence with D. Moore and cocounsel regarding ███████ | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/03/2020 - Legal Services / Tim Cleveland: Prepare client for deposition; phone calls with counsel re same and case strategy; lengthy phone call with mediator W. Shelton; phone call with C. Johns and C. Hebert re same. | 4.20 | $450.00 | **$1,890.00** |

| Attorney Fee | Black Duck - 12/04/2020 - Legal Services / Austin Krist: Correspondence with clerk and T. Cleveland regarding preparation for summary-judgment hearing; related review of summary judgment responses and exhibits; review replies filed by KrisJenn. | 2.01 | $310.00 | $623.10 |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/04/2020 - Legal Services / Tim Cleveland: Phone call with C. Johns and client re deposition; prepare mediation submission email to W. Shelton. | 0.70 | $450.00 | $315.00 |
| Attorney Fee | Black Duck - 12/05/2020 - Legal Services / Tim Cleveland: Phone call with client re deposition and related case issues. | 0.50 | $450.00 | $225.00 |
| Attorney Fee | Black Duck - 12/06/2020 - Legal Services / Tim Cleveland: Prepare for mediation; prepare for summary judgment hearing; phone call with C. Johns re trial preparation and assignments. | 2.00 | $450.00 | $900.00 |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Austin Krist: Correspondence from D. Moore regarding trial prep and ▮▮▮▮▮▮▮▮▮▮▮▮ discussion with T. Cleveland regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.98 | $310.00 | $1,233.80 |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Trey Arbuckle: Discuss mediation strategy with T. Cleveland. | 0.20 | $275.00 | $55.00 |
| Attorney Fee | Black Duck - 12/07/2020 - Legal Services / Tim Cleveland: Prepare for and attend hearing on summary judgment motions and motion to dismiss; discussion with C. Johns re same and mediation strategy; prepare for mediation. | 7.00 | $450.00 | $3,150.00 |
| Attorney Fee | Black Duck - 12/08/2020 - Legal Services / Austin Krist: Research regarding ▮▮▮▮▮▮▮▮▮▮ draft research memo; correspondence with cocounsel. | 1.50 | $310.00 | $465.00 |
| Attorney Fee | Black Duck - 12/08/2020 - Legal Services / Tim Cleveland: Prepare for and attend mediation with clients and counsel; prepare for trial during meetings; phone calls with C. Johns and A. Seger re case issues and trial preparation. | 5.60 | $450.00 | $2,520.00 |
| Attorney Fee | Black Duck - 12/09/2020 - Legal Services / Austin Krist: Draft Longbranch discovery responses. | 7.71 | $310.00 | $2,390.10 |
| Attorney Fee | Black Duck - 12/09/2020 - Legal Services / Tim Cleveland: Prepare for and attend lengthy trial prep meeting with C. Johns, C. Hebert, and A. Krist. | 5.00 | $450.00 | $2,250.00 |
| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Austin Krist: Draft Longbranch discovery responses; call with C. Hebert and D. Borders; process and organize Borders document production. | 4.64 | $310.00 | $1,438.40 |
| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Kevin Terrazas: Discuss trial and next steps with T. Cleveland. | 0.10 | $400.00 | $40.00 |

| Attorney Fee | Black Duck - 12/10/2020 - Legal Services / Tim Cleveland: Prepare business records affidavits for McLeod and TCRG; review depositions of McLeod and L. Wright for trial prep and designations; discuss discovery responses and related issues with counsel. | 3.00 | $450.00 | **$1,350.00** |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/11/2020 - Legal Services / Austin Krist: Call with D. Borders regarding ████████ revise responses; related review of production; revise DMA/Moore/Longbranch disclosures. | 3.72 | $310.00 | **$1,153.20** |
| Attorney Fee | Black Duck - 12/11/2020 - Legal Services / Tim Cleveland: Discussion with counsel re discovery responses; review and revise disclosures and responses. | 1.50 | $450.00 | **$675.00** |
| Attorney Fee | Black Duck - 12/14/2020 - Legal Services / Austin Krist: Call and correspondence with C. Hebert regarding production of additional documents; attention to deadline to file answer following court order on motion to dismiss; process additional documents for production. | 0.59 | $310.00 | **$182.90** |
| Attorney Fee | Black Duck - 12/14/2020 - Legal Services / Tim Cleveland: Attention to correspondence from counsel; prepare for trial. | 0.40 | $450.00 | **$180.00** |
| Attorney Fee | Black Duck - 12/15/2020 - Legal Services / Austin Krist: Correspondence from A. Seger; call with C. Johns. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 12/15/2020 - Legal Services / Tim Cleveland: Discussions with counsel re Borders deposition and related issues. | 2.20 | $450.00 | **$990.00** |
| Attorney Fee | Black Duck - 12/16/2020 - Legal Services / Austin Krist: Draft proposed pretrial order. | 3.80 | $310.00 | **$1,178.00** |
| Attorney Fee | Black Duck - 12/16/2020 - Legal Services / Tim Cleveland: Correspond with counsel re deposition and related issues. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/17/2020 - Legal Services / Austin Krist: Draft pretrial order and findings of fact and conclusions of law; process text messages from Borders for production. | 4.53 | $310.00 | **$1,404.30** |
| Attorney Fee | Black Duck - 12/17/2020 - Legal Services / Tim Cleveland: Attention to correspondence related to discovery issues. | 0.30 | $450.00 | **$135.00** |
| Attorney Fee | Black Duck - 12/18/2020 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding discovery complaints by KrisJenn; draft correspondence with KrisJenn; call with K. Kirschner. | 0.80 | $310.00 | **$248.00** |

| | | | | |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/18/2020 - Legal Services / Tim Cleveland: Review emergency motions from Wright; phone call with K. Kershner; discussion with A. Krist re same; prepare correspondence with J. Muller re motion to compel issues and hearing. | 1.80 | $450.00 | **$810.00** |
| Attorney Fee | Black Duck - 12/20/2020 - Legal Services / Austin Krist: Incorporate revisions to proposed pretrial order. | 2.33 | $310.00 | **$722.30** |
| Attorney Fee | Black Duck - 12/20/2020 - Legal Services / Tim Cleveland: Correspond with C. Hebert and A. Krist re case issues. | 0.10 | $450.00 | **$45.00** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Austin Krist: Finalize response to motion to compel; call with C. Hebert; call with K. Kershner; call with T. Cleveland; correspondence with C. Hebert regarding ███████████ preparation for hearing on motion to compel; argue at hearing on motion to compel. | 1.30 | $310.00 | **$403.00** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Austin Krist: Draft joint pretrial order; assemble exhibits for trial | 6.73 | $310.00 | **$2,086.30** |
| Attorney Fee | Black Duck - 12/21/2020 - Legal Services / Tim Cleveland: Review response to motion to compel; correspond with C. Hebert and A. Krist re same; phone call with A. Krist re hearing. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/22/2020 - Legal Services / Austin Krist: Attend hearing on motion to compel; discuss same with T. Cleveland; call with D. Moore to discuss same; call with D. Borders to discuss same; research federal rule on ██████████ ██████████ | 3.70 | $310.00 | **$1,147.00** |
| Attorney Fee | Black Duck - 12/22/2020 - Legal Services / Tim Cleveland: Discussion with A. Krist re hearing; phone call with client; correspond with counsel. | 1.50 | $450.00 | **$675.00** |
| Attorney Fee | Black Duck - 12/23/2020 - Legal Services / Austin Krist: Draft DMA and Longbranch answers to KrisJenn's second amended complaint; related correspondence with cocounsel. | 1.60 | $310.00 | **$496.00** |
| Attorney Fee | Black Duck - 12/23/2020 - Legal Services / Austin Krist: Draft deficiency letter to KrisJenn regarding Wright text messages. | 0.41 | $310.00 | **$127.10** |
| Attorney Fee | Black Duck - 12/24/2020 - Legal Services / Tim Cleveland: Attention to case issues. | 0.20 | $450.00 | **$90.00** |
| Attorney Fee | Black Duck - 12/28/2020 - Legal Services / Austin Krist: Correspondence with cocounsel regarding pretrial order; revise pretrial order. | 5.21 | $310.00 | **$1,615.10** |
| Attorney Fee | Black Duck - 12/28/2020 - Legal Services / Tim Cleveland: Review pretrial order and discuss same with A. Krist; prepare for L. Wright cross. | 0.60 | $450.00 | **$270.00** |

| Attorney Fee | Black Duck - 12/29/2020 - Legal Services / Austin Krist: Draft proposed findings of fact and conclusions of law. | 1.83 | $310.00 | **$567.30** |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 12/29/2020 - Legal Services / Tim Cleveland: Prepare for cross exam of L. Wright. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/30/2020 - Legal Services / Austin Krist: Draft proposed findings of fact and conclusions of law; call with C. Hebert. | 5.27 | $310.00 | **$1,633.70** |
| Attorney Fee | Black Duck - 12/30/2020 - Legal Services / Tim Cleveland: Prepare for trial. | 0.60 | $450.00 | **$270.00** |
| Attorney Fee | Black Duck - 12/31/2020 - Legal Services / Tim Cleveland: Correspond with counsel re case issues and trial prep; phone call with Austin Krist re same. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 12/31/2020 - Legal Services / Austin Krist: Review proposed order from KrisJenn and motion for leave to amend; call with T. Cleveland regarding proposed order from KrisJenn and motion for leave to amend; related correspondence with opposing counsel. | 0.30 | $310.00 | **$93.00** |

**Amount Due**     **$39,019.60**

# INVOICE

From **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3451** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/03/2021 - Legal Services / Austin Krist: Draft response in opposition to motion for leave to add new claims against our clients. | 3.67 | $310.00 | **$1,137.70** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Incorporate C. Hebert and C. Johns revisions to response; finalize and file same. | 0.72 | $310.00 | **$223.20** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Review and revise findings of fact and conclusions of law to incorporate and address proposed revisions and comments from C. Hebert; revise exhibit list. | 5.15 | $310.00 | **$1,596.50** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Revise proposed order from KrisJenn regarding discovery hearing; related correspondence and discussion with T. Cleveland. | 0.25 | $310.00 | **$77.50** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Austin Krist: Call with T. Cleveland and C. Hebert regarding trial preparation. | 1.63 | $310.00 | **$505.30** |
| Attorney Fee | Black Duck - 01/04/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 3.50 | $450.00 | **$1,575.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Austin Krist: Compile and review exhibits; calls with D. Moore; call with C. Hebert regarding multiple exhibit issues; call with A. Seger re: court ruling; call with Court regarding exhibits; call with C. Johns and D. Moore regarding exhibits for trial; coordinate with clerk regarding exhibits; prepare cross examination outline for Strolle; discuss deficiency letter with T. Cleveland; draft notice of witness unavailability; prepare for deposition of D. Moore. | 7.70 | $310.00 | **$2,387.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Kevin Terrazas: Discuss trial exhibits and lists with A. Krist. | 0.10 | $400.00 | **$40.00** |
| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 6.90 | $450.00 | **$3,105.00** |

| Attorney Fee | Black Duck - 01/05/2021 - Legal Services / Litigation Clerk: M. Williamson - Prepare exhibit list and exhibits for trial. | 7.30 | $85.00 | **$620.50** |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Austin Krist: Preparation for deposition of D. Moore; amend deposition designations; attend deposition of D. Moore; related calls with D. Moore and C. Hebert; call with J. Muller. | 7.97 | $310.00 | **$2,470.70** |
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Litigation Clerk: M. Williamson - Continue working on exhibits and exhibit list; prepare trial binders. | 6.80 | $85.00 | **$578.00** |
| Attorney Fee | Black Duck - 01/06/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.20 | $450.00 | **$2,790.00** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Austin Krist: Coordinate and review exhibits for trial; review KrisJenn's proposed findings of facts and conclusions of law; discuss trial strategy with T. Cleveland; calls with C. Hebert regarding trial preparation; draft letter to KrisJenn regarding phone inspection; draft response to KrisJenn motion for leave to file findings and conclusions; related correspondence with opposing counsel. | 7.71 | $310.00 | **$2,390.10** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Litigation Clerk: M. Williamson - Continue working on exhibits for trial. | 9.30 | $85.00 | **$790.50** |
| Attorney Fee | Black Duck - 01/07/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.10 | $450.00 | **$2,745.00** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Austin Krist: Preparation for trial. | 8.13 | $310.00 | **$2,520.30** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Litigation Clerk: M. Williamson - Deliver exhibits to court; finalize exhibit binders. | 3.80 | $85.00 | **$323.00** |
| Attorney Fee | Black Duck - 01/08/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 8.50 | $450.00 | **$3,825.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Kevin Terrazas: Discuss trial themes and documents with T. Cleveland. | 0.50 | $400.00 | **$200.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Austin Krist: Trial preparation for cross examination of H. Cohle and D. Strolle. | 1.90 | $310.00 | **$589.00** |
| Attorney Fee | Black Duck - 01/09/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 6.00 | $450.00 | **$2,700.00** |
| Attorney Fee | Black Duck - 01/10/2021 - Legal Services / Austin Krist: Preparation for trial. | 3.76 | $310.00 | **$1,165.60** |
| Attorney Fee | Black Duck - 01/10/2021 - Legal Services / Tim Cleveland: Continue preparations for trial. | 8.00 | $450.00 | **$3,600.00** |

| Attorney Fee | Black Duck - 01/11/2021 - Legal Services / Austin Krist: Trial. | 12.41 | $310.00 | **$3,847.10** |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/11/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 13.00 | $450.00 | **$5,850.00** |
| Attorney Fee | Black Duck - 01/12/2021 - Legal Services / Austin Krist: Trial. | 11.75 | $310.00 | **$3,642.50** |
| Attorney Fee | Black Duck - 01/12/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 13.40 | $450.00 | **$6,030.00** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Austin Krist: Trial. | 9.83 | $310.00 | **$3,047.30** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Kevin Terrazas: Discuss exhibits and trial strategy with A. Krist. | 0.20 | $400.00 | **$80.00** |
| Attorney Fee | Black Duck - 01/13/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 8.30 | $450.00 | **$3,735.00** |
| Attorney Fee | Black Duck - 01/14/2021 - Legal Services / Austin Krist: Discussion with T. Cleveland regarding closing. | 0.82 | $310.00 | **$254.20** |
| Attorney Fee | Black Duck - 01/14/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 8.60 | $450.00 | **$3,870.00** |
| Attorney Fee | Black Duck - 01/15/2021 - Legal Services / Austin Krist: Trial. | 9.63 | $310.00 | **$2,985.30** |
| Attorney Fee | Black Duck - 01/15/2021 - Legal Services / Tim Cleveland: Prepare for and continue attending trial. | 10.00 | $450.00 | **$4,500.00** |
| Attorney Fee | Black Duck - 01/18/2021 - Legal Services / Tim Cleveland: Phone call with C. Johns re closing; correspond with D. Borders. | 0.50 | $450.00 | **$225.00** |
| Attorney Fee | Black Duck - 01/20/2021 - Legal Services / Austin Krist: Call with T. Cleveland and cocounsel regarding trial strategy; correspondence with opposing counsel regarding depositions; revise powerpoint at instruction of T. Cleveland. | 0.60 | $310.00 | **$186.00** |
| Attorney Fee | Black Duck - 01/20/2021 - Legal Services / Tim Cleveland: Prepare for trial. | 3.00 | $450.00 | **$1,350.00** |
| Attorney Fee | Black Duck - 01/21/2021 - Legal Services / Austin Krist: Trial and related preparation for closing. | 5.10 | $310.00 | **$1,581.00** |
| Attorney Fee | Black Duck - 01/21/2021 - Legal Services / Tim Cleveland: Prepare for and attend trial. | 5.30 | $450.00 | **$2,385.00** |
| Attorney Fee | Black Duck - 01/22/2021 - Legal Services / Austin Krist: Correspondence with counsel regarding trial evidence. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 01/24/2021 - Legal Services / Tim Cleveland: Phone call with D. Moore; correspond with trial team. | 0.30 | $450.00 | **$135.00** |

Ex. 2 (Billing Records) - Page 34 of 37

| Attorney Fee | Black Duck - 01/25/2021 - Legal Services / Austin Krist: Call with T. Cleveland regarding trial and closing; prepare for closing; trial. | 0.20 | $310.00 | **$62.00** |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 01/25/2021 - Legal Services / Tim Cleveland: Phone call with C. Johns re case issues; continue preparing for trial; phone calls and correpsondence related to Debtors' illness and reschedule. | 1.40 | $450.00 | **$630.00** |
| Attorney Fee | Black Duck - 01/26/2021 - Legal Services / Tim Cleveland: Correspond with C. Johns. | 0.10 | $450.00 | **$45.00** |
| Attorney Fee | Black Duck - 01/28/2021 - Legal Services / Austin Krist: Correspondence with cocounsel regarding trial exhibits. | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 01/28/2021 - Legal Services / Tim Cleveland: Phone calls with client; correspond with counsel. | 0.50 | $450.00 | **$225.00** |

**Amount Due**     **$82,682.30**

# INVOICE

From    **Cleveland Terrazas PLLC**
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

| | | | |
|---|---|---|---|
| Invoice ID | **3452** | Invoice For | **Moore, Daniel** |
| Issue Date | 04/05/2021 | | |
| Due Date | 04/20/2021 (Net 15) | | |
| Subject | Invoice for Services Rendered | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Attorney Fee | Black Duck - 02/01/2021 - Legal Services / Austin Krist: Call with cocounsel regarding ███████ related correspondence regarding same. | 0.80 | $310.00 | **$248.00** |
| Attorney Fee | Black Duck - 02/01/2021 - Legal Services / Tim Cleveland: Call with counsel re case issues and strategy. | 1.00 | $450.00 | **$450.00** |
| Attorney Fee | Black Duck - 02/04/2021 - Legal Services / Austin Krist: Correspondence with N. Wilson regarding ███████ ███████ | 0.10 | $310.00 | **$31.00** |
| Attorney Fee | Black Duck - 02/04/2021 - Legal Services / Tim Cleveland: Phone call with C. JOhns re case issues. | 0.20 | $450.00 | **$90.00** |
| Attorney Fee | Black Duck - 02/08/2021 - Legal Services / Tim Cleveland: Phone call with counsel re case issues and strategy. | 1.00 | $450.00 | **$450.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Austin Krist: Coordinate with N. Wilson regarding trial transcripts. | 0.20 | $310.00 | **$62.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Austin Krist: Call with D. Moore; related discussion with T. Cleveland regarding closing; review of trial transcripts | 0.70 | $310.00 | **$217.00** |
| Attorney Fee | Black Duck - 02/09/2021 - Legal Services / Tim Cleveland: Review trial transcripts in preparation for closing; phone call with C. Johns re same; discussion with A. Krist re same | 2.10 | $450.00 | **$945.00** |
| Attorney Fee | Black Duck - 02/10/2021 - Legal Services / Austin Krist: Revise closing presentation and prepare for closing; correspondence regarding trial transcripts with cocounsel and closing. | 2.40 | $310.00 | **$744.00** |
| Attorney Fee | Black Duck - 02/10/2021 - Legal Services / Tim Cleveland: Prepare for closing argument at trial. | 6.10 | $450.00 | **$2,745.00** |

| Attorney Fee | Black Duck - 02/11/2021 - Legal Services / Austin Krist: Trial and related preparation for closing. | 4.47 | $310.00 | $1,385.70 |
| Attorney Fee | Black Duck - 02/11/2021 - Legal Services / Tim Cleveland: Prepare for and attend trial; numerous calls following trial. | 7.00 | $450.00 | $3,150.00 |
| Attorney Fee | Black Duck - 02/12/2021 - Legal Services / Tim Cleveland: Case follow up. | 0.30 | $450.00 | $135.00 |

**Amount Due**     **$10,652.70**