# EXHIBIT C

4/1/2021     Langley & Banack, Incorporated     Report: TIME12

9:58 AM    20-05027-rbk   Doc#251-3 Filed 04/27/21 Entered 04/27/21 19:50:25   Exhibit Wilson Decl.   Page 2 of 13

Parameter Set: AR-T&ERPT    Date Range (Time): Beginning to 4/1/2021 Disb: Beginning Time to 4/1/2021    (Wilson Decl. & Billing Records) Pg 14 of 20    Currency: USD

| Client: | 24000 | DMA Properties, Inc. | | Bill Tkpr: | 0194 | Wilson, Natalie F. | Client Last Payment: | 3/10/2021 |
| Matter: | 0002 | sJenn Ranch, LLC et al v. DMA Propert | | Resp Tkpr: | 0194 | Wilson, Natalie F. | Matter Last Billed: | 3/10/2021 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|------|------|-------|--------|------|--------|----------------------------------|---------|
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| 0194 | 8/13/2020 | 0.80 | $300.00 | 375.00 | ██ | Revise SWD MSJ to conform to bankruptcy court requirements, draft proposed order. | 2269373 |
| ███ | ████ | ██ | ██ | ██ █ | | ████████████████████ | ██ |
| 0194 | 8/20/2020 | 0.30 | $112.50 | 375.00 | ██ | Receive various motions from opposing counsel, brief review of same, email communications with litigation team regarding request to continue MPSJ Bigfoot Note Hearing. | 2272264 |

4/1/2021
9:58 AM
Parameter Set: AR-T&ERPT

220-05027-mbk Doc#251-3 Filed 04/27/21 Entered 04/27/21 19:50:25 Exhibit Wilson Dec
Date Range (Time): Beginning to 4/1/2021 Disb Beginning to 4/1/2021
& Billing Records) Pg 15 of 20

Report: TIME12
Page 3 of 13
Currency: USD

Langley & Banack, Incorporated

| Client: | 24000 | DMA Properties, Inc. | Bill Tkpr: | 0194 | Wilson, Natalie F. | Client Last Payment: | 3/10/2021 |
| Matter: | 0002 | sJenn Ranch, LLC et al v. DMA Propert | Resp Tkpr: | 0194 | Wilson, Natalie F. | Matter Last Billed: | 3/10/2021 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|------|------|-------|--------|------|--------|----------------------------------|---------|
| 0194 | 8/23/2020 | 1.20 | $450.00 | 375.00 | ■ | Draft Response in Opposition to Motion to Continue, including brief legal research regarding movant's burden for obtaining continuance under FRCP 56(d). | 2273397 |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| 0194 | 8/24/2020 | 0.40 | $150.00 | 375.00 | | Finalize and file Response to Motion to Continue Hearing on Bigfoot MPSJ. | 2273974 |
| 0194 | 8/24/2020 | 0.10 | $37.50 | 375.00 | | Review KrisJenn Supplement to Motion to Continue. | 2274071 |
| 0194 | 8/25/2020 | 0.70 | $262.50 | 375.00 | | Appear at hearing on Motion to Con inue Bigfoot MPSJ. | 2274390 |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| 0194 | 9/14/2020 | 0.40 | $150.00 | 375.00 | | Brief analysis of Debtor's Response to SWD MPSJ, communicate with co-counsel regarding ████████ | 2283293 |
| ██ | ██ | ██ | ██ | ██ | ██ | ███████████████████ | ██ |
| 0194 | 9/16/2020 | 0.40 | $150.00 | 375.00 | | Confer with co-counsel regarding strategy for response to SWD MPSJ. | 2283860 |
| 0194 | 9/21/2020 | 2.50 | $937.50 | 375.00 | | Participate in moot MPSJ argument. | 2285660 |
| 0194 | 9/21/2020 | 0.20 | $75.00 | 375.00 | | Review KrisJenn August MOR to determine if there is anything relevant to MSJ hearing ████████ | 2286257 |

| Client: | 24000 | DMA Properties, Inc. | | Bill Tkpr: | 0194 | Wilson, Natalie F. | Client Last Payment: | 3/10/2021 |
| Matter: | 0002 | sJenn Ranch, LLC et al v. DMA Propert | | Resp Tkpr: | 0194 | Wilson, Natalie F. | Matter Last Billed: | 3/10/2021 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 0194 | 10/8/2020 | 0.80 | $300.00 | 375.00 | | Prepare for summary judgment hearing | ‡29509‡ |
| 0194 | 10/12/2020 | 0.20 | $75.00 | 375.00 | | Correspondence with court and co-counsel confirming MSJ hearing by Webex | 2296075 |
| 0194 | 10/12/2020 | 0.20 | $75.00 | 375.00 | | Brief review of sur-reply and evidentiary objections, communication with C. Hebert regarding same | 2296090 |
| 0194 | 10/13/2020 | 1.60 | $600.00 | 375.00 | | Appear telephonically at hearing on Motion for Partial Summary Judgment | 2296470 |
| 0194 | 10/13/2020 | 0.40 | $150.00 | 375.00 | | Revise post-hearing orders on MPSJ and Motion to Quash Strolle deposition | 2296471 |
| 0194 | 10/30/2020 | 0.50 | $187.50 | 375.00 | | Communications with Debtor's counsel and C. Hebert regarding proposal for consensual resolution of Bigfoot Note issue | 2305102 |
| 0194 | 11/3/2020 | 0.60 | $225.00 | 375.00 | | Conference with C. Hebert and J. Muller regarding resolution of Bigfoot note payments. | 2306905 |

4/1/2021
9:58 AM
Parameter Set: AR-T&ERPT

Langley & Banack, Incorporated

Report: TIME12

20-05027-nbk Doc#251-3 Filed 04/27/21 Entered 04/27/21 19:50:25 Exhibit (Wilson Decl. 13

Date Range (Time): Beginning of Time to 4/1/2021 & Billing Records) Pg 17 of 20 Time to 4/1/2021

Currency: USD

| Client: | 24000 | DMA Properties, Inc. | | Bill Tkpr: | 0194 | Wilson, Natalie F. | Client Last Payment: | 3/10/2021 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0002 | sJenn Ranch, LLC et al v. DMA Propert | | Resp Tkpr: | 0194 | Wilson, Natalie F. | Matter Last Billed: | 3/10/2021 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ██ | █ | ████████████████ | ███ |
| ███ | ███ | ███ | ███ | ██ | █ | ████████████████ | ███ |
| 0194 | 12/11/2020 | 0.30 | $112.50 | 375.00 | | Call with C. Hebert regarding ██████ funds held in Panola County Registry | 2322288 |

| Time ID | Date | Hours | Amount | Rate | Description |
|---|---|---|---|---|---|
| 2269373 | 8/13/2020 | 0.8 | 300 | 375 | Revise SWD MSJ to conform to bankruptcy court requirements, draft proposed order |
| 2272264 | 8/20/2020 | 0.3 | 112.5 | 375 | Receive various motions from opposing counsel, breif review of same, email communications with litigation team regarding request to continue MPSJ Bigfoot Note Hearing |
| 2273397 | 8/23/2020 | 1.2 | 450 | 375 | Draft Response in Opposition to Motion to Continue, icnludign breif legal research regarding movamnt's burden for obtaining continuance under FRCP 56(d) |
| 2273974 | 8/24/2020 | 0.4 | 150 | 375 | Finalize and file Repsonse to Motion to Continue Hearing on Bigfoot MPSJ |
| 2270471 | 8/24/2020 | 0.1 | 37.5 | 375 | Review KrisJenn Supplement to Motion to Continue |
| 2274390 | 8/25/2020 | 0.7 | 262.5 | 375 | Appear at hearing on motion to Continue Bigfoot MPSJ |
| 2283293 | 9/14/2020 | 0.4 | 150 | 375 | Brief analysis of debtor's Response to SWD MPSJ, communicate with co-counsel [readacted for work-product] |
| 2283860 | 9/16/2020 | 0.4 | 150 | 375 | Confer with co-counsel regarding straetgy for response to SWD MPSJ |
| 2285660 | 9/21/2020 | 2.5 | 937.5 | 375 | Participate in moot MPSJ argument |
| 2286257 | 9/21/2020 | 0.2 | 75 | 375 | Review KrisJenn August MOR to determine if there is anything relevant to MSJ hearing [redacted for work product] |
| 2295096 | 10/8/2020 | 0.8 | 300 | 375 | Prepare for summary judgment hearing |
| 2296075 | 10/12/2020 | 0.2 | 75 | 375 | Correspondence with court and co-counsel confirming MSJ hearing by Webex |
| 2296090 | 10/12/2020 | 0.2 | 75 | 375 | Brief review of sur-reply and evidentiary objections, communication with C. Hebert regarding same |
| 2296470 | 10/13/2020 | 1.6 | 600 | 375 | Appear telephonically at hearing on Motion for Partial Summary Judgment |
| 2296471 | 10/13/2020 | 0.4 | 150 | 375 | Revise post-hearing orders on MPSJ and Motion to Quash Strolle deposition |
| 2305102 | 10/30/2020 | 0.5 | 187.5 | 375 | Communcations with Debtor's counsel and C. Hebert regarding proposal for consensual resoltuion of Bigfoot Note issue |
| 2306905 | 11/3/2020 | 0.6 | 225 | 375 | Conference with C. Hebert and J. Muller regarding resolution of Bigfoot note payments |
| 2322288 | 12/11/2020 | 0.3 | 112.5 | 375 | Call with C. Hebert regarding [redacted for work product] funds held in Panola County Registry [redacted for work product] |

| | |
|---|---|
| | |
| | 4350 |
| | 11.6 |
| | |
| **Total** | |