# EXHIBIT E

# STATE BAR OF TEXAS

## DEPARTMENT OF RESEARCH & ANALYSIS



*2015 HOURLY FACT SHEET*

Published August 2016
Analysis by Invariance Dynamics Consulting – Nils Greger Olsson, PhD

*P.O. Box 12487, Austin, TX  78711    (800) 204-2222, ext. 1724 or (512) 427-1724    research@texasbar.com*

## *Introduction*

This hourly rate report is published periodically about the economics of law practice in Texas. To make such information available to attorneys, the State Bar's Department of Research and Analysis conducted the Texas Attorney Survey – Status 2015 on March 21, 2016. A goal of the survey was to obtain information on hourly rates charged in 2015 by Texas attorneys.

This report presents the data collected on the hourly rates of 4,260 licensed and practicing, full-time private practitioners who provided hourly rate information for the calendar year 2015. The report provides detailed breakdowns of hourly rates by sex, race, ethnicity, age, law firm size, years of experience, area of practice, and region of the state. A comparison to 2013 hourly rates is also provided for select demographics.

The questionnaire was emailed on March 21, 2016, to all active State Bar of Texas attorneys who have not opted out of taking surveys (N = 94,150). The survey's response rate was 12.5 percent, with a total of 11,793 attorneys responding to at least a portion of the survey. A more detailed description of the methodology and a copy of the questionnaire are included at the end of this report (Appendix A).

This report on hourly rates displays the median hourly rates by category. The median hourly rate is the preferred measure of average hourly rates, rather than the mean, because it more accurately represents the typical rates. Rates are only reported on categories with 6 or more responses.

## 2015 and 2013 Overall Hourly Rates[1]: Distribution Statistics

This *distribution statistics* table on the right shows the following statistics of 2015 hourly rates:

i. The **mean (average):** of reported hourly rates.
ii. The **75th percentile**[2]: 75 percent of attorneys charge at or less.
iii. The **median (50th percentile)**: the hourly rate charged at the midpoint of a rank ordering of attorneys' rates (50 percent of attorneys charge the median or less).
iv. The **25th percentile**, the rate that 25 percent of attorneys charge at or less than.

When possible, the 2013 hourly rate medians are shown for the comparison.

[1]If an attorney's hourly rate varied by area of practice, a simple average for that attorney was calculated.

| 2015 Hourly Rate | Private Practitioners (n= 4,260) |
|---|---|
| Average (Mean) | $288 |
| 75th Percentile | $350 |
| **Median (50th Percentile)** | **$260** |
| 25th Percentile | $200 |

| 2013 Hourly Rate | Private Practitioners (n= 4,951) |
|---|---|
| **Median** | **$242** |
| Increase or decrease in medians (2015 - 2013) | $18 |
| Percent change in medians (2015 - 2013) / 2013 | 7.4% |

## *Hourly Rate Summary Findings*

Below are summary findings from the 2015 survey. Articles will be published in the *Texas Bar Journal* to provide detailed information on notable findings.

All hourly rate information provided in this report is for full-time private practitioners only.

### Hourly Rates by Demographic Category
- ➢ The median hourly rate reported for all full-time private practitioners increased by 7.4 percent ($242 to $260) from 2013 to 2015.
- ➢ The median hourly rate reported for women attorneys increased by 9.6 percent ($228 to $250) from 2013 to 2015. This compares to a 11.3 percent ($247 to $275) increase for male attorneys.
- ➢ The median hourly rate reported for racial minority attorneys increased by 14.7 percent ($218 to $250) from 2013 to 2015. This compares to a 6.1 percent increase ($245 to $260) for white attorneys.
- ➢ There is a direct relationship between median hourly rates and years of experience, age, and firm size. Information on median hourly rates reported in 2015 for these categories include:
  - o Years of experience: Rates increase as attorneys obtain more experience. In 2015, rates ranged from $200 for attorneys who had 2 or less years of experience to $300 for attorneys who had more than 25 years of experience.
  - o Age: Rates increase as attorneys age. In 2015, rates ranged from $180 for attorneys who were 21 to 25 years of age to $300 for attorneys who were more than 65 years of age.
  - o Firm size: Rates increase as firm sizes increase. In 2015, rates ranged from $250 for attorneys who worked as solo practitioners to $425 for attorneys who were in firms with more than 400 attorneys.
- ➢ Detailed information on hourly rates reported by practice area can be found on pages 6-7, and 9-11.

### Hourly Rates by Geographic Region
- ➢ Overall median hourly rate findings by geographic region include:
  - o All metropolitan regions: Rates for attorneys in metropolitan regions increased by 8.2 percent ($243 to $263) from 2013 to 2015.
  - o Non-metropolitan areas: Rates for attorneys in non-metropolitan areas increased by 20.6 percent ($199 to $240) from 2013 to 2015.
  - o Out of state/country: Rates for attorneys out of state/country increased by 9.7 percent ($269 to $295) from 2013 to 2015.
- ➢ Detailed information on hourly rates by geographic region can be found on pages 8-13.

# Table of Contents

**Hourly Rates by Demographic Category** ................................................................................. **1-7**

Hourly Rate Ranges of Full-Time Private Practitioners ................................................ 1

All Full-Time Private Practitioners ..................................................................................... 2

Sex ............................................................................................................................................ 2

Race and Ethnicity .............................................................................................................. 2

Years of Experience ............................................................................................................. 3

Age ........................................................................................................................................... 4

Firm Size ................................................................................................................................. 5

Practice Area ....................................................................................................................... 6-7

**Hourly Rates by Geographic Region** ................................................................................. **8-13**

Region ..................................................................................................................................... 8

Practice Area by Region .................................................................................................. 9-11

Region by Years of Experience ....................................................................................... 12

Region by Firm Size ........................................................................................................... 13

**Appendix** ................................................................................................................................... **14-24**

Method .................................................................................................................................. 14

Geographic Regions ......................................................................................................... 15-16

**Survey Instrument** ................................................................................................................ **17-24**

## Median Hourly Rates by Demographic Category
### *Hourly Rate Ranges of 2015 and 2013 – Full-Time Private Practitioners*



2013 Median Hourly Rate = $242
2015 Median Hourly Rate = $260
2013 to 2015 Percent Change = 7.4%
2013 to 2015 Difference = +$18

| | $75 or less | $76 to $100 | $101 to $125 | $126 to $150 | $151 to $175 | $176 to $200 | $201 to $225 | $226 to $250 | $251 to $275 | $276 to $300 | $301 to $325 | $326 to $350 | $351 to $400 | $401 to $450 | $451 to $500 | More than $500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 0.9% | 1.0% | 0.8% | 4.4% | 6.1% | 13.4% | 7.3% | 15.3% | 7.0% | 11.8% | 4.5% | 7.9% | 8.0% | 4.0% | 2.4% | 5.1% |
| 2013 | 1.1% | 1.0% | 1.6% | 6.8% | 7.1% | 14.7% | 7.7% | 15.5% | 6.5% | 11.8% | 4.1% | 5.3% | 6.4% | 3.5% | 2.4% | 4.6% |

*Note: If an attorney's hourly rate varied by area of practice, a simple average was calculated.

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rate by Sex, Race, and Ethnicity

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | **2013** | **2015** | **Difference** | **Percent Change** |
| **All Full-Time Private Practitioners** | | | | |
| Full-Time attorneys | **$242** (N = 4,951) | **$260** (N = 4,260) | **$18** | **7.4%** |
| **Sex** | | | | |
| Male | **$247** (N = 3,271) | **$275** (N = 2,749) | **$28** | **11.3%** |
| Female | **$228** (N = 1,458) | **$250** (N = 1,406) | **$22** | **9.6%** |
| **Race** | | | | |
| White | **$245** (N = 3,958) | **$260** (N = 3,730) | **$15** | **6.1%** |
| All Racial Minorities (For 2013, this included Hispanic or Latino) | **$218** (N = 732) | **$250** (N = 371) | **$32** | **14.7%** |
| Black or African American | **$220** (N = 132) | **$250** (N = 110) | **$30** | **13.6%** |
| American Indian or Alaska Native | **$200** (N = 14) | **$250** (N = 24) | **$50** | **25.0%** |
| Asian (above was "Asian/Pacific Islander in 2013) | **$230** (N = 107) | **$250** (N = 89) | **$20** | **8.7%** |
| Native Hawaiian or Other Pacific Islander | **N/A** N/A | ~ | **N/A** | **N/A** |
| Two or More Races | **$233** (N = 65) | **$264** (N = 74) | **$31** | **13.2%** |
| Other Race | **$238** (N = 53) | **$250** (N = 70) | **$12** | **5.0%** |
| **Ethnicity** | | | | |
| Hispanic or Latino | **$203** (N = 361) | **$250** (N = 376) | **$47** | **23.2%** |
| Not Hispanic or Latino | **N/A** N/A | **$265** (N = 3,721) | **N/A** | **N/A** |

If multiple rates provided, by practice area, they were averaged for overall hourly rate. Rates are reported only for groups with six or more observations. Otherwise the tilde is shown (~).

## Hourly Rates by Demographic Category
### *2013 and 2015 Median Hourly Rate by Years of Experience*

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| Years of Experience | 2013 | 2015 | Difference | Percent Change |
| 2 or less years | $185 (N = 590) | $200 (N = 475) | $15 | 8.1% |
| 3 to 6 years | $218 (N = 790) | $250 (N = 759) | $32 | 14.7% |
| 7 to 10 years | $239 (N = 533) | $250 (N = 483) | $11 | 4.6% |
| 11 to 15 years | $245 (N = 498) | $258 (N = 483) | $13 | 5.4% |
| 16 to 20 years | $261 (N = 437) | $300 (N = 382) | $39 | 14.9% |
| 21 to 25 years | $264 (N = 504) | $300 (N = 383) | $36 | 13.6% |
| Over 25 years | $281 (N = 1,399) | $300 (N = 1,194) | $19 | 6.8% |

Note: Years of experience based on year first licensed in any jurisdiction.

# Hourly Rates by Demographic Category
## *2013 and 2015 Median Hourly Rate by Age*

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | **2013** | **2015** | **Difference** | **Percent Change** |
| **Age** | | | | |
| 21 to 25 years | **$150** (N = 26) | **$180** (N = 49) | **$30** | **20.0%** |
| 26 to 30 years | **$192** (N = 624) | **$200** (N = 567) | **$8** | **4.2%** |
| 31 to 35 years | **$227** (N = 686) | **$250** (N = 672) | **$23** | **10.1%** |
| 36 to 40 years | **$237** (N = 512) | **$250** (N = 466) | **$13** | **5.5%** |
| 41 to 45 years | **$240** (N = 499) | **$254** (N = 444) | **$14** | **5.9%** |
| 46 to 50 years | **$262** (N = 500) | **$290** (N = 398) | **$28** | **10.7%** |
| 51 to 55 years | **$268** (N = 530) | **$275** (N = 426) | **$7** | **2.6%** |
| 56 to 60 years | **$269** (N = 546) | **$300** (N = 428) | **$31** | **11.5%** |
| 61 to 65 years | **$270** (N = 397) | **$300** (N = 367) | **$30** | **11.1%** |
| More than 65 years | **$279** (N = 401) | **$300** (N = 325) | **$21** | **7.5%** |

# Hourly Rates by Demographic Category
## *2013 and 2015 Median Hourly Rates by Firm Size*

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | 2013 | 2015 | Difference | Percent Change |
| **Firm Size** | | | | |
| Solo Practitioners | $230 (N = 1,539) | $250 (N = 1,101) | $20 | 8.7% |
| 2 to 5 attorneys | $237 (N = 1,336) | $250 (N = 1,101) | $13 | 5.5% |
| 6 to 10 attorneys | $236 (N = 488) | $250 (N = 511) | $14 | 5.9% |
| 11 to 24 attorneys | $231 (N = 468) | $250 (N = 437) | $19 | 8.2% |
| 25 to 40 attorneys | $236 (N = 271) | $250 (N = 264) | $14 | 5.9% |
| 41 to 60 attorneys | $248 (N = 114) | $280 (N = 123) | $32 | 12.9% |
| 61 to 100 attorneys | $266 (N = 129) | $257 (N = 84) | -$9 | -3.5% |
| 101 to 200 attorneys | $304 (N = 117) | $333 (N = 93) | $29 | 9.6% |
| 201 to 400 | $378 (N = 117) | $359 (N = 137) | -$19 | -5.1% |
| More than 400 attorneys | $452 (N = 347) | $425 (N = 318) | -$27 | -6.0% |

## Hourly Rates by Demographic Category
### *2013 and 2015 Median Hourly Rates by Practice Area*

| Practice Area | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | **2013** | **2015** | **Difference** | **Percent Change** |
| Administrative and Public | **$243** (N = 132) | **$271** (N = 88) | $28 | 11.6% |
| ADR | **$278** (N = 65) | **$300** (N = 30) | $22 | 7.9% |
| Antitrust | **$463** (N = 19) | **$485** (N = 13) | $22 | 4.8% |
| Appellate | **$258** (N = 190) | **$295** (N = 162) | $37 | 14.3% |
| Aviation | **$230** (N = 11) | **$310** (N = 11) | $80 | 34.8% |
| Bankruptcy | **$259** (N = 218) | **$300** (N = 106) | $41 | 15.8% |
| Business | **$248** (N = 841) | **$285** (N = 879) | $37 | 14.9% |
| Construction | **$235** (N = 197) | **$250** (N = 215) | $15 | 6.4% |
| Consumer | **$233** (N = 128) | **$243** (N = 88) | $10 | 4.1% |
| Creditor-Debtor | **$211** (N = 200) | **$250** (N = 159) | $39 | 18.5% |
| Criminal | **$190** (N = 519) | **$200** (N = 149) | $10 | 5.3% |
| Elder Law | **$228** (N = 97) | **$250** (N = 58) | $22 | 9.6% |
| Entertainment | **$307** (N = 15) | **$300** (N = 19) | -$7 | -2.3% |
| Environmental | **$321** (N = 59) | **$308** (N = 54) | -$14 | -4.2% |
| Ethics-Legal Malpractice | **$279** (N = 29) | **$273** (N = 30) | -$7 | -2.3% |
| Family | **$227** (N = 1,071) | **$250** (N = 916) | $23 | 10.1% |
| Government/Administrative | **$196** (N = 143) | **$225** (N = 126) | $29 | 14.8% |
| Health Care | **$247** (N = 116) | **$255** (N = 112) | $8 | 3.2% |
| Immigration | **$196** (N = 87) | **$270** (N = 12) | $74 | 37.8% |

Note:  Attorneys could report working in more than one practice area. For example, if an attorney reported working in both family law and criminal law they were counted in both.

# Hourly Rates by Demographic Category
## *2013 and 2015 Median Hourly Rates by Practice Area (Continued)*

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| Practice Area | 2013 | 2015 | Difference | Percent Change |
| Insurance | $183 (N = 269) | $195 (N = 271) | $12 | 6.6% |
| Intellectual Property | $331 (N = 267) | $365 (N = 208) | $34 | 10.3% |
| International | $350 (N = 36) | $385 (N = 31) | $35 | 10.0% |
| Juvenile | $147 (N = 47) | $100 (N = 27) | -$47 | -32.0% |
| Labor-Employment | $256 (N = 335) | $278 (N = 282) | $22 | 8.4% |
| Law Office Management | $241 (N = 15) | ~ | N/A | N/A |
| Litigation: Commercial | $265 (N = 1,299) | $283 (N = 1209) | $18 | 6.6% |
| Litigation: Personal Injury | $189 (N = 599) | $185 (N = 431) | -$4 | -2.1% |
| Military | ~ | ~ | N/A | N/A |
| Oil & Gas | $240 (N = 350) | $255 (N = 302) | $15 | 6.3% |
| Other | $237 (N = 265) | $260 (N = 183) | $23 | 9.7% |
| Public Utility Law | $259 (N = 44) | $308 (N = 30) | $49 | 18.7% |
| Real Estate | $237 (N = 731) | $250 (N = 612) | $13 | 5.5% |
| School Law | $208 (N = 56) | $225 (N = 48) | $17 | 8.2% |
| Securities Law | $338 (N = 83) | $385 (N = 78) | $47 | 13.9% |
| Social Security Law | $194 (N = 12) | ~ | N/A | N/A |
| Taxation | $292 (N = 151) | $350 (N = 172) | $58 | 19.9% |
| Technology | $290 (N = 30) | $375 (N = 25) | $85 | 29.3% |
| Wills-Trusts-Probate | $232 (N = 867) | $250 (N = 602) | $18 | 7.8% |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise the tilde is shown (~).

# Hourly Rates by Geographic Region
## *2013 and 2015 Median Hourly Rates by Region*

| | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | **2013** | **2015** | **Difference** | **Percent Change** |
| **Region** | | | | |
| All Metropolitan Regions | **$243** (N = 4,234) | **$263** (N = 3,644) | **$20** | **8.2%** |
| Houston-The Woodlands-Sugarland MSA | **$249** (N = 1,257) | **$275** (N = 1,134) | **$26** | **10.4%** |
| Dallas-Fort Worth-Arlington MSA | **$249** (N = 1,368) | **$275** (N = 1,144) | **$26** | **10.4%** |
| Austin-Round Rock MSA | **$259** (N = 574) | **$300** (N = 449) | **$41** | **15.8%** |
| San Antonio-New Braunfels MSA | **$225** (N = 358) | **$250** (N = 341) | **$25** | **11.1%** |
| El Paso MSA | **$203** (N = 61) | **$200** (N = 62) | **-$3** | **-1.5%** |
| Corpus Christi MSA | **$229** (N = 59) | **$250** (N = 50) | **$21** | **9.2%** |
| Beaumont-Port Arthur MSA | **$218** (N = 46) | **$232** (N = 42) | **$14** | **6.4%** |
| Central Texas MSAs | **$199** (N = 55) | **$225** (N = 51) | **$26** | **13.1%** |
| East & NE Texas MSAs | **$225** (N = 162) | **$250** (N = 139) | **$25** | **11.1%** |
| South Texas MSAs | **$198** (N = 97) | **$225** (N = 79) | **$27** | **13.6%** |
| West Texas MSAs | **$224** (N = 197) | **$225** (N = 153) | **$1** | **0.4%** |
| Non-Metro Areas | **$199** (N = 191) | **$240** (N = 154) | **$41** | **20.6%** |
| Out of State/Country | **$269** (N = 251) | **$295** (N = 278) | **$26** | **9.7%** |

# Hourly Rates by Practice Area by Geographic Region
## *2015 Median Hourly Rates*

| Practice Area by | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015 Median Hourly Rates by Practice Area by Region** | | | | | | | | | | | | | |
| Administrative and Public | **$300** (N = 15) | **$250** (N = 13) | **$300** (N = 37) | **$200** | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | **$208** |
| ADR | **$350** (N = 8) | **$385** (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Antitrust | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Appellate | **$325** (N = 45) | **$275** (N = 46) | **$340** (N = 19) | **$250** (N = 9) | ~ | ~ | ~ | ~ | ~ | ~ | **$195** (N = 11) | ~ | **$198** (N = 12) |
| Aviation | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Bankruptcy | **$300** (N = 31) | **$340** (N = 39) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | **$355** (N = 8) |
| Business | **$300** (N = 240) | **$300** (N = 282) | **$300** (N = 79) | **$278** (N = 62) | **$245** (N = 8) | **$250** (N = 7) | **$275** (N = 9) | **$250** (N = 10) | **$250** (N = 36) | **$250** (N = 11) | **$225** (N = 34) | **$238** (N = 18) | **$305** (N = 63) |
| Construction | **$240** (N = 59) | **$250** (N = 71) | **$275** (N = 21) | **$250** (N = 23) | ~ | ~ | ~ | ~ | ~ | **$200** (N = 8) | ~ | ~ | **$280** (N = 11) |
| Consumer | **$200** (N = 20) | **$225** (N = 25) | **$275** (N = 9) | **$250** (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | **$250** (N = 9) |
| Creditor-Debtor | **$250** (N = 45) | **$265** (N = 45) | **$250** (N = 10) | **$200** (N = 11) | ~ | ~ | ~ | ~ | **$250** (N = 6) | ~ | **$195** (N = 9) | ~ | **$230** (N = 13) |
| Criminal | **$200** (N = 27) | **$238** (N = 30) | **$190** (N = 8) | **$200** (N = 14) | ~ | ~ | ~ | ~ | **$160** (N = 7) | ~ | **$175** (N = 6) | **$175** (N = 20) | **$238** (N = 12) |
| Elder Law | **$233** (N = 8) | **$250** (N = 17) | **$263** | **$225** (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | **$225** (N = 6) | ~ |
| Entertainment | ~ | **$300** (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |

Note:  Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

# Hourly Rates by Practice Area by Geographic Region (continued)
## *2015 Median Hourly Rates*

| Practice Area by Region | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental | $388 (N = 12) | $418 (N = 6) | $300 (N = 16) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $330 (N = 12) |
| Ethics-Legal Malpractice | $350 (N = 7) | $240 (N = 12) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Family | $260 (N = 219) | $250 (N = 242) | $268 (N = 82) | $225 (N = 98) | $213 (N = 10) | $213 (N = 8) | $200 (N = 7) | $219 (N = 26) | $250 (N = 47) | $250 (N = 17) | $250 (N = 38) | $250 (N = 61) | $250 (N = 23) |
| Government/Administrative | $250 (N = 24) | $213 (N = 24) | $263 (N = 24) | $238 (N = 6) | ~ | ~ | ~ | ~ | ~ | $200 (N = 10) | ~ | $225 (N = 7) | $225 (N = 8) |
| Health Care | $200 (N = 17) | $240 (N = 32) | $340 (N = 16) | $180 (N = 15) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $300 (N = 10) |
| Immigration | $295 (N = 6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Insurance | $200 (N = 92) | $185 (N = 61) | $213 (N = 24) | $175 (N = 20) | $175 | ~ | ~ | ~ | ~ | $200 (N = 7) | $190 (N = 7) | ~ | $185 (N = 27) |
| Intellectual Property | $345 (N = 48) | $370 (N = 68) | $400 (N = 39) | ~ | ~ | ~ | ~ | ~ | $350 (N = 9) | ~ | ~ | ~ | $400 (N = 25) |
| International | $435 (N = 13) | $313 (N = 6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $525 (N = 7) |
| Juvenile | ~ | $100 (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $100 | ~ |
| Labor-Employment | $285 (N = 65) | $280 (N = 81) | $300 (N = 33) | $258 (N = 24) | $205 (N = 10) | ~ | ~ | ~ | $240 (N = 9) | $225 (N = 10) | $225 (N = 6) | ~ | $300 (N = 21) |
| Law Office Management | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Litigation: Commercial | $295 (N = 367) | $300 (N = 350) | $300 (N = 101) | $263 (N = 83) | $275 (N = 17) | $250 (N = 13) | $250 (N = 15) | $250 (N = 13) | $250 (N = 38) | $275 (N = 22) | $250 (N = 43) | $250 (N = 31) | $320 (N = 77) |

Note:  Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

# Hourly Rates by Practice Area by Geographic Region (continued)
## 2015 Median Hourly Rates

**2015 Median Hourly Rates by Practice Area by Region (Continued)**

| Practice Area by Region | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/ Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Litigation: Personal | $200 (N = 135) | $185 (N = 104) | $200 (N = 20) | $175 (N = 42) | $160 (N = 13) | $160 (N = 11) | $200 (N = 11) | ~ | $160 (N = 9) | $175 (N = 15) | $160 (N = 17) | ~ | $200 (N = 29) |
| Military | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Oil & Gas | $300 (N = 100) | $268 (N = 48) | $300 (N = 14) | $250 (N = 17) | | $250 (N = 7) | | ~ | $250 (N = 18) | ~ | $245 (N = 34) | $250 (N = 25) | $275 (N = 19) |
| Other | $250 (N = 49) | $278 (N = 36) | $250 (N = 19) | $300 (N = 16) | ~ | ~ | ~ | ~ | ~ | $200 | $225 (N = 9) | $250 (N = 12) | $295 (N = 22) |
| Public Utility Law | ~ | ~ | $320 (N = 12) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Real Estate | $275 (N = 150) | $285 (N = 162) | $275 (N = 60) | $250 (N = 57) | $213 (N = 10) | $250 (N = 11) | $250 (N = 9) | $250 | $250 (N = 20) | $250 (N = 11) | $200 (N = 18) | $200 (N = 44) | $275 (N = 35) |
| School Law | $250 (N = 9) | $205 (N = 11) | $249 (N = 6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Securities Law | $400 (N = 26) | $375 (N = 23) | $375 (N = 15) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $465 (N = 7) |
| Social Security Law | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Taxation | $350 (N = 62) | $400 (N = 42) | $325 (N = 20) | $288 (N = 12) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $325 (N = 16) |
| Technology | ~ | $350 (N = 9) | $368 (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Wills-Trusts-Probate | $275 (N = 147) | $275 (N = 134) | $275 (N = 48) | $250 (N = 65) | $225 (N = 7) | $213 (N = 14) | $250 (N = 7) | ~ (N = 11) | $250 (N = 35) | $260 (N = 9) | $250 (N = 32) | $250 (N = 58) | $300 (N = 15) |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

# Hourly Rates by Geographic Region by Years of Experience
## *2015 Median Hourly Rates*

| | 2015 Median Hourly Rates by Region by Years of Experience | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 or less years | 3 to 6 years | 7 to 10 years | 11 to 15 years | 16 to 20 years | 21 to 25 years | Over 25 years |
| **Region by Years of Experience** | | | | | | | |
| Houston-The Woodlands-Sugarland MSA | **$213** (N = 145) | **$250** (N = 211) | **$265** (N = 125) | **$257** (N = 130) | **$300** (N = 92) | **$300** (N = 103) | **$300** (N = 322) |
| Dallas-Fort Worth-Arlington MSA | **$217** (N = 155) | **$250** (N = 210) | **$250** (N = 161) | **$300** (N = 113) | **$300** (N = 99) | **$300** (N = 112) | **$350** (N = 292) |
| Austin-Round Rock MSA | **$225** (N = 44) | **$250** (N = 89) | **$300** (N = 52) | **$300** (N = 65) | **$308** (N = 46) | **$350** (N = 41) | **$306** (N = 112) |
| San Antonio-New Braunfels MSA | **$200** (N = 52) | **$200** (N = 68) | **$250** (N = 39) | **$250** (N = 40) | **$284** (N = 32) | **$288** (N = 14) | **$300** (N = 96) |
| El Paso MSA | ~ | **$175** (N = 9) | ~ | **$233** (N = 6) | **$225** (N = 12) | ~ | **$275** (N = 21) |
| Corpus Christi MSA | **$188** (N = 6) | ~ | ~ | ~ | ~ | ~ | **$269** (N = 24) |
| Beaumont-Port Arthur MSA | ~ | ~ | ~ | ~ | ~ | **$250** (N = 6) | **$275** (N = 19) |
| Central Texas MSAs | ~ | **$214** (N = 14) | ~ | **$215** (N = 9) | ~ | ~ | **$259** (N = 14) |
| East & NE Texas MSAs | **$175** (N = 10) | **$200** (N = 21) | **$240** (N = 12) | **$235** (N = 15) | **$263** (N = 12) | **$275** (N = 19) | **$275** (N = 50) |
| South Texas MSAs | **$160** (N = 6) | **$185** (N = 7) | **$225** | **$200** (N = 13) | **$238** (N = 6) | **$231** (N = 14) | **$250** (N = 28) |
| West Texas MSAs | **$180** (N = 20) | **$200** (N = 34) | **$200** (N = 23) | **$238** (N = 16) | **$250** (N = 12) | **$273** (N = 14) | **$275** (N = 34) |
| Non-Metro Areas | **$175** (N = 8) | **$190** (N = 16) | **$250** (N = 11) | **$225** (N = 19) | **$225** (N = 15) | **$250** (N = 7) | **$250** (N = 78) |
| Out of State/Country | **$191** (N = 10) | **$250** (N = 56) | **$280** (N = 29) | **$295** (N = 35) | **$323** (N = 36) | **$260** (N = 28) | **$307** (N = 84) |

Note:  Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

# Hourly Rates by Geographic Region by Firm Size
## *2015 Median Hourly Rates*

| Firm Size by Region | Solo Practitioners | 2 to 5 attorneys | 6 to 10 attorneys | 11 to 24 attorneys | 25 to 40 attorneys | 41 to 60 attorneys | 61 to 100 attorneys | 101 to 200 attorneys | 201 to 400 | Over 400 |
|---|---|---|---|---|---|---|---|---|---|---|
| Houston-The Woodlands-Sugarland MSA | **$250** (N = 264) | **$250** (N = 306) | **$250** (N = 133) | **$270** (N = 118) | **$250** (N = 65) | **$253** (N = 20) | **$246** (N = 32) | **$350** (N = 33) | **$354** (N = 42) | **$450** (N = 107) |
| Dallas-Fort Worth-Arlington MSA | **$275** (N = 265) | **$270** (N = 301) | **$250** (N = 126) | **$228** (N = 112) | **$250** (N = 86) | **$335** (N = 53) | **$295** (N = 27) | **$360** (N = 25) | **$345** (N = 41) | **$392** (N = 99) |
| Austin-Round Rock MSA | **$268** (N = 110) | **$297** (N = 122) | **$300** (N = 58) | **$295** (N = 44) | **$250** (N = 23) | **$285** (N = 11) | **$250** (N = 7) | **$305** (N = 8) | **$408** (N = 22) | **$459** (N = 40) |
| San Antonio-New Braunfels MSA | **$250** (N = 107) | **$225** (N = 93) | **$216** (N = 50) | **$215** (N = 40) | **$210** (N = 8) | **$263** | ~ | ~ | **$293** (N = 7) | **$421** (N = 16) |
| El Paso MSA | **$250** (N = 17) | **$200** (N = 27) | ~ | **$171** (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ |
| Corpus Christi MSA | **$250** (N = 27) | **$225** | **$208** (N = 10) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Beaumont-Port Arthur MSA | **$230** (N = 9) | **$225** (N = 14) | **$264** (N = 6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Central Texas MSAs | **$213** (N = 15) | **$200** (N = 13) | ~ | **$225** (N = 10) | ~ | ~ | ~ | ~ | ~ | ~ |
| East & NE Texas MSAs | **$250** (N = 48) | **$250** (N = 54) | **$250** (N = 19) | **$248** (N = 14) | ~ | ~ | ~ | ~ | ~ | ~ |
| South Texas MSAs | **$225** (N = 27) | **$230** (N = 21) | **$188** (N = 11) | **$200** (N = 14) | ~ | ~ | ~ | ~ | ~ | ~ |
| West Texas MSAs | **$225** (N = 34) | **$200** (N = 35) | **$224** (N = 22) | **$209** (N = 28) | **$241** (N = 20) | **$205** (N = 10) | ~ | ~ | ~ | ~ |
| Non-Metro Areas | **$200** (N = 79) | **$250** (N = 59) | **$250** (N = 10) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Out of State/Country | **$256** (N = 52) | **$275** (N = 50) | **$225** (N = 33) | **$288** (N = 26) | **$250** (N = 25) | **$308** (N = 9) | **$270** (N = 9) | **$308** (N = 12) | **$368** (N = 19) | **$465** (N = 39) |

*Table title: 2015 Hourly Rate Fact Sheet — Median Hourly Rates by Firm Size and Region*

Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

2015 HOURLY RATE FACT SHEET

# APPENDIX

**Method**

**Data Collection**

Attorney hourly rate information was collected in the Texas Attorney Survey – Status 2015. The questionnaire (Appendix A) was emailed on March 21, 2016, to 94,150 active attorneys licensed by the State Bar of Texas, maintaining active membership in the State Bar of Texas, and who did not opt out of receiving survey mailings.

The survey's results are presented in part by geographic region, which is broken down into 13 economic areas. The metropolitan areas (Metropolitan Statistical Areas or MSAs) were defined by the Federal Office of Management and Budget.

**Response Rate**

The cutoff date of the survey was April 18, 2016. As of the deadline there were 11,793 who completed the questionnaire, for an overall response rate of 12.5 percent. Response rates for each region are shown in the table below. Information below is on respondents who provided information on the county they practiced in.

| 2015 Hourly Rate Fact Sheet - Response Rates | | | | |
|---|---|---|---|---|
| | Active State Bar of Texas Members | % of State Bar Membership | SBOT Survey Respondents | % of Respondents | Response Rate |
| Houston-The Woodlands-Sugarland MSA | 28,224 | 28.6% | 2,711 | 29.1% | 9.6% |
| Dallas-Fort Worth-Arlington MSA | 26,853 | 27.2% | 2,704 | 29.0% | 10.1% |
| Austin-Round Rock MSA | 11,781 | 11.9% | 1,411 | 15.1% | 12.0% |
| San Antonio-New Braunfels MSA | 6,754 | 6.8% | 799 | 8.6% | 11.8% |
| El Paso MSA | 1,278 | 1.3% | 161 | 1.7% | 12.6% |
| Corpus Christi MSA | 1,088 | 1.1% | 134 | 1.4% | 12.3% |
| Beaumont-Port Arthur MSA | 795 | 0.8% | 84 | 0.9% | 10.6% |
| Central Texas MSAs | 1,034 | 1.0% | 140 | 1.5% | 13.5% |
| East & NE Texas MSAs | 2,270 | 2.3% | 284 | 3.0% | 12.5% |
| South Texas MSAs | 1,923 | 1.9% | 219 | 2.3% | 11.4% |
| West Texas MSAs | 2,540 | 2.6% | 332 | 3.6% | 13.1% |
| Non-Metro Areas | 3,417 | 3.5% | 395 | 4.2% | 11.6% |
| Out of State/Country | 10,714 | 10.9% | 1,069 | 11.5% | 10.0% |
| Total attorneys identified by work location | 98,671 | 100.0% | 10,443 | 100.0% | 10.6% |
| Response rate including all attorneys who responded, even if not identified by location | | | 11,793 | | 12.5% |

*Numbers are based on attorneys who have reported the county they practiced in.

2015 HOURLY RATE FACT SHEET

# Regions and Counties in Each Region

**1 Houston-The Woodlands-Sugar Land MSA**
- Austin
- Brazoria
- Chambers
- Fort Bend
- Galveston
- Harris
- Liberty
- Montgomery
- Waller

**2 Dallas-Fort Worth-Arlington MSA**
- Collin
- Dallas
- Denton
- Ellis
- Hood
- Hunt
- Johnson
- Kaufman
- Parker
- Rockwall
- Somervell
- Tarrant
- Wise

**3 Austin-Round Rock MSA**
- Bastrop
- Caldwell
- Hays
- Travis
- Williamson

**4 San Antonio-New Braunfels MSA**
- Atascosa
- Bandera
- Bexar
- Comal
- Guadalupe
- Kendall
- Medina
- Wilson

**5 El Paso MSA**
- El Paso
- Hudspeth

**6 Corpus Christi MSA**
- Aransas
- Nueces
- San Patricio

**7 Beaumont-Port Arthur MSA**
- Hardin
- Jefferson
- Newton
- Orange

## Central Texas MSAs

**8 Waco MSA**
- McLennan
- Falls

**9 Killeen-Temple MSA**
- Bell
- Coryell
- Lampasas

## East & NE Texas MSAs

**10 College Station-Bryan MSA**
- Brazos
- Burleson
- Robertson

**11 Longview MSA**
- Gregg
- Rusk
- Upshur

**12 Sherman-Denison MSA**
- Grayson

**13 Texarkana MSA**
- Bowie

**14 Tyler MSA**
- Smith

**15 Victoria MSA**
- Goliad
- Victoria

**16 Wichita Falls MSA**
- Archer
- Clay
- Wichita

## South Texas MSAs

**17 Brownsville-Harlingen MSA**
- Cameron

**18 Laredo MSA**
- Webb

**19 McAllen-Edinburg-Mission MSA**
- Hidalgo

## West Texas MSAs

**20 Abilene MSA**
- Callahan
- Jones
- Taylor

**21 Amarillo MSA**
- Armstrong
- Carson
- Oldham
- Potter
- Randall

**22 Lubbock MSA**
- Crosby
- Lubbock
- Lynn

**23 Midland MSA**
- Martin
- Midland

**24 Odessa MSA**
- Ector

**25 San Angelo MSA**
- Irion
- Tom Green

2015 HOURLY RATE FACT SHEET

## 26 Non-Metropolitan Counties

| | | | |
|---|---|---|---|
| Anderson | Franklin | Llano | Terrell |
| Andrews | Freestone | Loving | Terry |
| Angelina | Frio | Madison | Throckmorton |
| Bailey | Gaines | Marion | Titus |
| Baylor | Garza | Mason | Trinity |
| Bee | Gillespie | Matagorda | Tyler |
| Blanco | Glasscock | Maverick | Upton |
| Borden | Gonzales | McCulloch | Uvalde |
| Bosque | Gray | McMullen | Val Verde |
| Brewster | Grimes | Menard | Van Zandt |
| Briscoe | Hale | Milam | Walker |
| Brooks | Hall | Mills | Ward |
| Brown | Hamilton | Mitchell | Washington |
| Burnet | Hansford | Montague | Wharton |
| Calhoun | Hardeman | Moore | Wheeler |
| Camp | Harrison | Morris | Wilbarger |
| Cass | Hartley | Motley | Willacy |
| Castro | Haskell | Nacogdoches | Winkler |
| Cherokee | Hemphill | Navarro | Wood |
| Childress | Henderson | Nolan | Yoakum |
| Cochran | Hill | Ochiltree | Young |
| Coke | Hockley | Palo Pinto | Zapata |
| Coleman | Hopkins | Panola | Zavala |
| Collingsworth | Houston | Parmer | |
| Colorado | Howard | Pecos | |
| Comanche | Hutchinson | Polk | |
| Concho | Jack | Presidio | |
| Cooke | Jackson | Rains | |
| Cottle | Jasper | Reagan | |
| Crane | Jeff Davis | Real | |
| Crockett | Jim Hogg | Red River | |
| Culberson | Jim Wells | Reeves | |
| Dallam | Karnes | Refugio | |
| Dawson | Kenedy | Roberts | |
| Deaf Smith | Kent | Runnels | |
| Delta | Kerr | Sabine | |
| De Witt | Kimble | San Augustine | |
| Dickens | King | San Jacinto | |
| Dimmit | Kinney | San Saba | |
| Donley | Kleberg | Schleicher | |
| Duval | Knox | Scurry | |
| Eastland | Lamar | Shackelford | |
| Edwards | Lamb | Shelby | |
| Erath | La Salle | Sherman | |
| Fannin | Lavaca | Starr | |
| Fayette | Lee | Stephens | |
| Fisher | Leon | Sterling | |
| Floyd | Limestone | Stonewall | |
| Foard | Lipscomb | Sutton | |
| | Live Oak | Swisher | |

 State Bar of Texas Attorney Survey -- Status 2015

**MAILING**

Dear Attorney,

The State Bar of Texas needs your help! **Complete the 2015 Texas Attorney Survey and you could win one of five prizes.** Two-hundred participants will each win $10 gift cards, two participants will win an Apple iPad Pro, and two will receive a pair of tickets to one of the following events:

- Dallas Cowboys Regular Season Home Game (game to be determined once schedule is available)
- Houston Texans Regular Season Home Game (game to be determined once schedule is available)
- NASCAR Chase for the Sprint Cup AAA Texas 500 Race
    - Suite tickets including food and beverage
    - VIP credentials into garage/pit area

The Texas Attorney Survey is conducted every other year to provide Texas attorneys with information about the economics of the practice of law. Reports generated from this survey will include detailed breakdowns of income, hourly rates, pro bono services, law school and career satisfaction, and State Bar of Texas Member Services. Results of this survey will be made available at texasbar.com/research.

This year the State Bar of Texas teamed up with Texas A&M University to include questions that touch on the economic and non-economic value of a law degree and career satisfaction. This information should help to provide prospective law students, law schools, and members of the bar with insight on how legal education affects an attorney's career.

This survey is anonymous, and the process is secure. Your email address will be used for the drawings and will then be deleted and not associated with your responses.

Completion of the survey takes about four to eight minutes, depending on your occupation and pro bono experience. **Please complete the survey by 5 p.m. Monday, April 4, 2016.**

Your participation will help ensure you and other Texas attorneys have the most current economic information available.

If you have any questions please feel free to call us at (800) 204-2222, ext. 1724 or email us at research@texasbar.com. Thank you for your help.

Sincerely,
Cory Squires
State Bar of Texas Department of Research and Analysis

17

## SURVEY QUESTIONS

**INSTRUCTIONS**

Each question can be answered by simply selecting a response or filling in a blank. These questions are for information related to calendar year 2015.

Completion of the survey should take, on average, 5 minutes.

Responses will be saved, you may close the survey and return later to complete if needed.

Please complete this questionnaire by 5 p.m. Monday, April 4, 2016.

Thank you for your participation.

**PRIMARY OCCUPATION**

1. **For 2015, what was your primary occupation?**

___ Private law practice                     ___ Other law related
___ For-profit corporate/in-house counsel    ___ Non-law related
___ Non-profit corporate/in-house counsel    ___ Unemployed/Looking for work
___ Full-time judge                          ___ Unemployed/not looking for work
___ Other judicial branch                    ___ Retired/not working
___ Government attorney                       ___ Was not licensed to practice in 2015
___ Law faculty                               ___ Other_____
___ Public interest lawyer

2. **If applicable, what was your job title in 2015?** _____

3. **In calendar year 2015, did you work:**
   ___Full-time ___Part-time ___By Contract ___Not Applicable ___Other

4. **What was your approximate gross personal income (including any bonus) during calendar year 2015?**
   _____

5. **If you received a bonus for 2015, what was it?** _____

6. **How has your income changed in the last year?**
   ___Increased significantly ___Increased moderately ___Remained steady ___Decreased moderately
   ___Decreased significantly

7. **The State Bar of Texas defines pro bono as the provision of the following without an expectation of payment or at a substantially reduced fee:**

   • **legal services to the poor or to a charitable organization that addresses the needs of the poor,**
   • **services that improve the legal process or availability of legal services to the poor,**
   • **legislative, administrative or advocacy for the poor,**
   • **unsolicited, involuntary court appointments.**

   **The Bar's pro bono policy does not define poor; however, it encourages attorneys to serve clients that would qualify for legal aid who live at or below 125% of the federal poverty guidelines ($14,850 for single person, $30,375 for family of 4).**

   **Did you provide any of the above pro bono services in calendar year 2015?** ___Yes ___No

18

**PRIVATE PRACTITIONER – PRACTICE AREA INFORMATION**
*If not a private practitioner, please proceed to question 12.*

8.   **For 2015, if you were in private law practice, how many attorneys, including yourself, worked in your firm?**
    *(Please include attorneys at all locations of your firm in the total.)*

    Number of attorneys (*can be approximate*): _____

9.   **For 2015, if you worked as a private law practitioner, please list the areas of practice that account for *25 percent or more of the time you spent practicing law,* how you billed for your services, and the *typical* rate or fee (*if applicable*) you charged in each area.**
    *(For billing method please specify whether it was an hourly rate, flat fee, contingency fee, or other)*

| Practice Area | Billing Method | Rate | Percent of Practice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

10.  **Please provide the following information on the average number of actual and billable hours worked per week, <u>as an attorney</u> in 2015:**
    ____Actual hours worked per week
    ____Billable hours worked per week

11.  **Please specify your position in calendar year 2015 as a private practitioner:**
    ___Sole Practitioner      ___First-Year Associate    ___Second-Year Associate    ___Third-Year Associate    ___Fourth-Year Associate
    ___Fifth-Year Associate   ___Sixth-Year Associate    ___Seventh-Year Associate  ___Eighth-Year Associate  ___Of Counsel
    ___Non-Equity Partner     ___Equity Partner          ___Managing Partner         ___Other

12.  **What professional licenses or certificates, if any, do you have other than your law license?**
_____

13.  **Did you provide professional services other than legal services in 2015?** ___Yes ___No

14.  **If yes, what other types of professional services did you provide?**
    ___Real Estate Sales/Development/Management
    ___Insurance Sales
    ___Accounting
    ___Financial Planning
    ___Investment Advisor
    ___Registered Securities Representative
    ___Other_____

**PRO BONO**
*If you answered "no" to question 7, please proceed to question 19.*

**Please take a moment to answer a few questions on the pro bono services you performed in 2015. This data will be used to highlight how Texas attorneys are doing their part to help low-income people in our state. Historically, Texas attorneys perform about 2.4 million hours of pro bono services each year.**

15. **Did you provide any free legal services to the poor in 2015?** (*Do not include cases where your clients failed to pay you.)* ___Yes ___No

    **If so, approximately how many total hours did you provide?** _____

    **Approximately how many hours were for:**
    *Please note that these categories do not need to sum to the total hours provided.*
    ___Civil Matters
    ___Criminal Matters
    ___Unsolicited Court Appointments
    ___Legal services to a charitable organization for the poor
    ___Legislative, administrative, or systems advocacy for the poor
    ___Legal services to simplify or improve quality of legal services to the poor

16. **Did you provide any legal services at a substantially reduced fee that benefited the poor in 2015?**
    (*Do not include cases where your clients failed to pay you.)*
    ___Yes ___No

    **If so, approximately how many total hours did you provide?** _____

    **Approximately how many hours were for:**
    *Please note that these categories do not need to sum to the total hours provided.*
    ___Civil Matters
    ___Criminal Matters
    ___Unsolicited Court Appointments

17. **Did you pay actual out-of-pocket expenses related to pro bono or legal services to the poor in 2015?**
    ___Yes ___No

    If so, what was the approximate total amount of the out-of-pocket expenses that you paid in 2015?
    _____

18. **Did you make any direct financial contributions related to legal services to the poor in 2015?**
    ___Yes ___No

    **If so, what was the approximate total amount of the financial contribution you paid in 2015?**
    _____

18. **If you have any comments or suggestions about pro bono services please provide them below:**

    _____
    _____
    _____

20

**VOLUNTARY DEMOGRAPHICS**

The following voluntary demographic information is used to provide detailed economic trends and measure diversity in the practice of law in Texas. The State Bar of Texas follows the U.S. Census Bureau and U.S. Equal Employment Opportunity guidelines for collecting information on sex and race/ethnicity.

**19. In which Texas County was a majority of your work performed (in 2015)?**
*If majority was out-of-state or out-of-country, please note that below.*
_____

**20. Years of experience as an attorney, up to and including calendar year 2015:**

___ 2 or less years   ___ 3 to 6 years
___ 7 to 10 years   ___ 11 to 15 years
___ 16 to 20 years   ___ 21 to 25 years
___ More than 25 years

**21. Age:**

___ 21 to 25 years   ___ 26 to 30 years
___ 31 to 35 years   ___ 36 to 40 years
___ 41 to 45 years   ___ 46 to 50 years
___ 51 to 55 years   ___ 56 to 60 years
___ 61 to 65 years   ___ More than 65 years

**22. Sex:**

___Male   ___Female

**23. Ethnicity:**

___Hispanic or Latino
___Not Hispanic or Latino

**24. Race:**

___White
___Black or African American
___American Indian or Alaska Native
___Asian
___Native Hawaiian or Other Pacific Islander
___Two or More Races
___Other

**LAW SCHOOL/CAREER SATISFACTION**

The purpose of these questions is to study the economic and non-economic value of a law degree and the associated attorney satisfaction with careers and decisions to attend law school. This information will help provide prospective law students and members of the bar with important information about legal careers in Texas.

**25. Which of the following best describes your undergraduate major?**

| | |
|---|---|
| ___ Business | ___ Humanities |
| ___ Criminal justice or law enforcement | ___ Physical science or mathematics |
| ___ Engineering | ___ Social sciences |
| ___ Other_____ | |

**26. Which of the following best describes your class rank upon graduation from college?**

___Top 10th percentile
___Top 25th percentile
___Top 50th percentile
___Top 75th percentile
___Don't know

**27. Which of the following best describes your class rank upon graduation from law school?**

___Top 10th percentile
___Top 25th percentile
___Top 50th percentile
___Top 75th percentile
___Don't know

**28. Approximately how much student loan debt did you incur during law school?**

| | |
|---|---|
| ___None | ___ $100,000 or more |
| ___ $1,000 - $24,999 | |
| ___ $25,000 - $49,999 | |
| ___ $50,000 - $74,999 | |
| ___ $75,000 - $99,999 | |

**29. At this point in your career, how much remaining law school debt do you have?**

| | |
|---|---|
| ___None | ___ $100,000 or more |
| ___ $1,000 - $24,999 | |
| ___ $25,000 - $49,999 | |
| ___ $50,000 - $74,999 | |
| ___ $75,000 - $99,999 | |

**30. On a scale of 1 to 5 please provide your level of satisfaction on the following questions?**

*Please rate your level of satisfaction on a scale of 1 to 5 (1 being Very Dissatisfied and 5 being Very Satisfied).*

___How satisfied are you with your decision to have attended law school?
___ How satisfied are you with your career?

22

**STATE BAR OF TEXAS MEMBER SERVICES**

The State Bar of Texas offers many services to help attorneys in both their professional and personal lives. Within these services you can find access to hundreds of useful programs. The following questions will help measure both awareness of and satisfaction with the current services available to you. In addition, your feedback will help the State Bar understand what services you would like to see offered in the future.

**31. Please provide information on your experience using the following State Bar of Texas Member Services**

*Please rate your level of satisfaction on a scale of 1 to 5 (1 being Very Dissatisfied and 5 being Very Satisfied).*

[**Satisfaction** scale: 1-Very Dissatisfied, 2-Somewhat Dissatisfied, 3-Neither Satisfied nor Dissatisfied, 4-Somewhat Satisfied, 5-Very Satisfied.
**Awareness** scale: 1-Aware of service but have no experience, 2-I am not aware of this service]

| Service | Are you aware of the service (Y/N) | Satisfaction |
|---|---|---|
| Texas Bar CLE | _____ | _____ |
| Client Attorney Assistance Program (CAAP) | _____ | _____ |
| State Bar of Texas Advertising Review | _____ | _____ |
| Texas Lawyers' Assistance Program (TLAP) | _____ | _____ |
| State Bar of Texas Member Benefit Program | _____ | _____ |
| Texas Bar Journal | _____ | _____ |
| Texas Bar Career Center | _____ | _____ |
| Texas Bar Private Insurance Exchange | _____ | _____ |
| Free Legal Research (Fastcase, Casemaker) | _____ | _____ |
| Lawyer Referral and Information Services (LRIS) | _____ | _____ |
| Law Practice Management Program | _____ | _____ |
| State Bar of Texas Attorney Ethics Hotline | _____ | _____ |

**32. Overall, how would you rate the TexasBarCLE's CLE offerings compared with those of other CLE providers?**

*Please rate the following on a scale of 1 to 5 (1 being Much Worse and 5 being Much Better)*
___Live courses
___Live webcasts
___24/7 online classes
___Downloadable audio MP3s of programs
___Online library of CLE articles
___Course books

**33. Please rate the level of importance of each consideration when choosing a particular CLE program:**

*Please rate the following on a scale of 1 to 5 (1 being Not at all Important and 5 being Very Important)*
___Number of MCLE hours
___Course format
___Registration Fee
___Topics relevant to my practice
___Speakers' reputation or expertise
___Length of course
___Location of course
___Course amenities
___Networking

**STATE BAR OF TEXAS MEMBER SERVICES CONTINUED**

**34. How do you currently obtain your major medical health insurance?**

___Through the Texas Bar Private Insurance Exchange
___Local Agent/Broker
___Direct through Insurance Carrier
___HealthCare.gov
___Through my Employer
___I do not currently have major medical health insurance
___Other_____

**35. Do you carry any of the following types of insurance?**

*Please select all that apply.*

___Professional Liability ("Legal Malpractice") Insurance
___Other Non-Legal Professional Liability ("E&O") Insurance
___Cyber Breach Liability Insurance
___Business Owners Insurance
___Employment Practices Liability Insurance
___Other_____

**36. Please indicate whether you have reached out to the Texas Lawyers' Assistance Program (TLAP), on behalf of a lawyer or judge for one of the following mental health or substance use disorders**

*Check all that apply.*

___Depression
___Anxiety
___Alcohol abuse
___Drug abuse
___Suicidal ideation
___Age-related cognitive impairment
___Have not referred anyone
___Other _____

**37. Please indicate any benefits and/or vendors you would like to see offered through the State Bar of Texas Member Benefit Program.**

_____
_____

**38. If you have any additional comments regarding the information collected with this survey, please provide them below:**

_____
_____