# EXHIBIT F

# Ezekiel Perez

| | |
|---|---|
| **From:** | Austin Krist <akrist@clevelandterrazas.com> |
| **Sent:** | Wednesday, April 7, 2021 4:30 PM |
| **To:** | John Muller; wgermany@bsklaw.com; Ezekiel Perez |
| **Cc:** | Tim Cleveland |
| **Subject:** | Conference Regarding DMA's Motion for Attorneys' Fees |

John and William,

DMA intends to file a motion for attorneys' fees later today in connection with the Court's ruling on the Harris SWD Agreement and DMA's related claims for breach of contract and declaratory relief, as well as Defendants' affirmative defenses to those claims.

I'm reaching out because the local bankruptcy rules require the parties to confer regarding claimed rates and hours. Could you please let us know whether you oppose (a) the claimed hourly rates, and (b) the claimed number of hours?

DMA is claiming the following reasonable rates and hours:

| | Rate | Hours | | | Total $ |
|---|---|---|---|---|---|
| | | Interpleader | Deposition* | Pretrial/Trial* | |
| Chris Johns | $ 450 | 45 | 0 | 25.4 | $ 31,695 |
| Christie Hebert | $ 375 | 110 | 0 | 25.3 | $ 50,750 |
| Tim Cleveland | $ 450 | 0 | 14.7 | 56.5 | $ 32,040 |
| Austin Krist | $ 310 | 0 | 0.47 | 57.3 | $ 17,918 |
| David Johns | $ 100 | 2 | 0 | 8.7 | $ 1,067 |
| CT Clerk | $ 85 | 0 | 0 | 9.1 | $ 771 |
| Natalie Wilson | $ 375 | 11.6 | 0 | 0 | $ 4,350 |
| | | | | Total Sum: | $ 138,590 |

*These claimed hours constitute 1/3 of the total hours incurred. For example, Tim Cleveland spent 172 hours preparing for and trying this case, but DMA only claims 1/3 of those hours here (56.5 hours) in connection with the Harris SWD Agreement and Defendants' related affirmative defenses.

Please let me know.

Best,

**Austin H. Krist**
Cleveland Terrazas PLLC
303 Camp Craft Rd., Suite 325
Austin, Texas 78746
akrist@clevelandterrazas.com
(281) 804-8929

1