**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S AGREED MOTION TO CONTINUE DMA PROPERTIES, INC.'S MOTION FOR ATTORNEY'S FEES AND MOTION <u>TO AMEND JUDGMENT</u>**

1

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE RONALD B. KING:

Come Now Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC- Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively the "Debtors"), and file this Agreed Motion to Continue DMA Properties, Inc.'s ("DMA") Motion for Attorney's Fees and Motion to Amend Judgment and in support would respectfully show as follows:

1. On March 24, 2021, the Court rendered its judgment and opinion in this matter, awarding DMA Properties Attorney's Fees in connection with declaratory judgment. On April 7, 2021 DMA filed its' Application for Attorney's Fees and Motion to Amend Judgment, docket #240. On April 21, 2021 debtors filed the response and requested a hearing, docket #250. This Court set a hearing on the motions for June 17, 2021.

2. Since that time, debtor's counsel was set for a time-sensitive hearing on an application for injunction on the same date in Lamar County.

3. Upon learning of the conflict Debtor's Counsel immediately sought to confer with DMA's Counsel. Upon such conference DMA's and Longbranch's Attorneys agreed to continue the hearing to the soonest available date. Parties respectfully request that the court continue this hearing for July 7, 2021, or the soonest available date.

WHEREFORE, PREMISES CONSIDERED, Debtors request that this Court enter an order resetting the hearing for DMA Properties, Inc.'s DMA Properties, Inc.'s Motion for Attorney's Fees and Motion to Amend Judgment to July 7, 2021.

*Signature on Following Page*

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By:    /s/ *John Muller*
     C. John Muller IV
     State Bar No. 24070306
     john.muller@cjma.law
     Ezekiel J. Perez
     State Bar No. 24096782
     Zeke.perez@cjma.law
     111 W. Sunset Rd.
     San Antonio, TX 78209
     Telephone: 210-664-5000
     Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferenced with counsel for DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP by email, and upon such conference they indicated that they are agreed to the relief sought in this motion.

                                                    */s/ John Muller*
                                                    John Muller

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 28th day of May 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

David P. Strolle, Jr.
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
T- (210) 348-6600 ext. 203
F- (210) 366-0892
dstrolle@caglaw.net

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trust

/s/ *John Muller*
C. John Muller IV