IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| v. | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |
| **DMA PROPERTIES, INC.** | § | |
| *Counter-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* | § | |

### ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S AGREED MOTION TOCONTINUE DMA PROPERTIES, INC.'S MOTION FOR ATTORNEY'S FEES AND MOTION TO AMEND JUDGMENT

On this day came to be heard KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors-in-interest to Black Duck Properties, LLC's (the "Debtors") Agreed Motion to Continue DMA Properties, Inc.'s Motion for Attorney's Fees and Motion to Amend Judgment. Finding that good cause exists for the relief requested, and after consideration of all matters before it, the Court is of the opinion that the Debtors' requests should be granted.

It is therefore ORDERED that the hearing on DMA Properties, Inc.'s Motion for Attorney's Fees and Motion to Amend Judgment shall be continued to the date and time set forth above.

###

**AGREED TO BY**

    CJ MULLER & ASSOCIATES, PLLC

    By: /s/ *John Muller*
    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law
    Ezekiel J. Perez
    State Bar No. 24096782
    Zeke.perez@cjma.law
    111 W. Sunset Rd.
    San Antonio, TX 78209
    Telephone: 210-664-5000
    Facsimile: 210-899-1933

    ATTORNEYS FOR DEBTORS


    Cleveland | Terrazas PLLC

    By: */s/ Timothy Cleveland*
    Timothy Cleveland
    State Bar No. 24055318
    Austin H. Krist
    State Bar No. 24106170
    CLEVELAND|TERRAZAS PLLC
    4611 Bee Cave Road, Suite 306B
    Austin, Texas 78746
    512-689-8698
    tcleveland@clevelandterrazas.com
    akrist@clevelandterrazas.com