# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

KrisJenn Ranch LLC, et al.　　　　　　Adversary
　　　　　　　　　　　　　　　　　　　　No. 20 - 5027

v.

DMA Properties, et al.　　　　　　　　Related Appeal
　　　　　　　　　　　　　　　　　　　　No. 5:21-cv-00358

## Acknowledgement of Receipt of Trail Exhibits

Hearing Date: 1/11, 1/12, 1/13, 1/15, 1/21 & 02/11/2021

Description: Four Binders

Received by: _[signature]_

Delivered by: R. Lawson

Date: 06/01/2021