# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| KRISJENN RANCH, LLC § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

## NOTICE OF CONTINUANCE

      PLEASE TAKE NOTICE that the hearing, set for June 7, 2021 has been reset to August 2, 2021, at 2:00 p.m. on the following motion:

**[DOC. NO. 204] DMA PROPERTIES'S MOTION FOR ATTORNEYS' FEES AND MOTION TO AMEND JUDGMENT**

**PLEASE TAKE FURTHER NOTICE** that this hearing will be heard via WEBEX at https://us-courts.webex.com/meet/King-- NO "IN PERSON" APPEARANCE IS REQUIRED. Parties DO NOT need to email for authority to appear by telephone for this matter. DIAL IN INFORMATION IS AS FOLLOWS: (650) 479-3207 Access Code 160-686-6761

Dated: June 3, 2021

                                                  Respectfully Submitted,

                                                  CJMULLER & ASSOCIATES

                                                  By: /s/ *John Muller*
                                                     C. John Muller IV
                                                     State Bar No. 24070306
                                                   john.muller@cjma.law
                                                   Ezekiel J. Perez
                                                   State Bar No. 24096782
                                                   Zeke.perez@cjma.law
                                                   111 W. Sunset Rd.
                                                   San Antonio, TX 78209
                                                   Telephone: 210-664-5000
                                                   Facsimile: 210-899-1933

                                                ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 3rd day of June 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
*Attorneys for DMA Properties, Inc.
and Frank Daniel Moore*

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
*Counsel for Longbranch Energy, LP*

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
*Attorney for Larry Wright*

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

 

                /s/ *John Muller*
                C. John Muller IV