

**The relief described hereinbelow is SO ORDERED.**

Signed June 03, 2021.

_____
Ronald B. King
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| v. § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |
| **DMA PROPERTIES, INC.** § | | |
| *Counter-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* § | | |

## ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S AGREED MOTION TO CONTINUE DMA PROPERTIES, INC.'S MOTION FOR ATTORNEY'S FEES AND MOTION TO AMEND JUDGMENT

On this day came to be heard KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors-in-interest to Black Duck Properties, LLC's (the "Debtors") Agreed Motion to Continue DMA Properties, Inc.'s Motion for Attorney's Fees and Motion to Amend Judgment. Finding that good cause exists for the relief requested, and after consideration of all matters before it, the Court is of the opinion that the Debtors' requests should be granted.

It is therefore ORDERED that the **hearing on DMA Properties, Inc.'s Motion for Attorney's Fees and Motion to Amend Judgment shall be continued to August 2, 2021 @2pm. VIA Webex https://us-courts.webex.com/meet/King.** Mr. Muller shall be responsible for notice to parties.

###

**AGREED TO BY**

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
Ezekiel J. Perez
State Bar No. 24096782
Zeke.perez@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS


Cleveland | Terrazas PLLC

By: */s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com