# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B. King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## RESET
## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/King

    on    **8/4/21 at 09:30 AM**

RESET WEBEX / TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479−3207 Access Code 160−686−6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_castleberry@txwb.uscourts.gov (related document(s): 240 DMA Properties's Motion for Attorneys' Fees and Motion to Amend Judgment (related document (s) 237 Final Judgment (related document(s): 1 Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP) (Order entered on 3/24/2021) filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc. Hearing Scheduled For 8/4/2021 at 9:30 AM at https://us−courts.webex.com/meet/King (Castleberry, Deanna)***RESET PER DIRECTION OF THE COURT FROM 8/2/2021.***

Dated: 7/20/21

                                                      Barry D. Knight
                                                      Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]