**The relief described hereinbelow is SO ORDERED.**

**Signed August 05, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, | § | |
| LLC-SERIES UVALDE RANCH, AND | § | |
| KRISJENN RANCH, LLC-SERIES PIPELINE | § | |
| ROW, AS SUCCESSORS IN INTEREST TO | § | |
| BLACK DUCK PROPERTIES, LLC, | § | |
| PLAINTIFFS, | § | |
| VS. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. AND LONGBRANCH | § | |
| ENERGY, LP, | § | |
| DEFENDANTS. | § | |

ORDER GRANTING IN PART, DENYING IN PART
DMA PROPERTIES'S MOTION FOR ATTORNEYS' FEES AND
MOTION TO AMEND JUDGMENT

On August 4, 2021, came on to be heard *DMA Properties's Motion for Attorneys' Fees and Motion to Amend Judgment* (ECF No. 240). In its *Motion*, DMA requests an award of attorneys' fees in the amount of $116,984.00 related to its declaratory judgment claim based on the Harris SWD

Agreement and moves to amend the *Final Judgment* (ECF No. 237) to add Larry Wright as a liable party with respect to DMA's counterclaim against KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC (collectively, the "KrisJenn Entities") for breach of the Harris SWD Agreement. It appears to the Court that there is good cause to grant the *Motion* in part and deny the *Motion* in part. Accordingly, DMA is granted an award of $100,000.00 in attorneys' fees in connection with its declaratory judgment claim against the KrisJenn Entities. Further, DMA's request to amend the *Final Judgment* to add Larry Wright as a liable party is denied.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **GRANTED IN PART** and **DENIED IN PART**.

It is further **ORDERED** that DMA is **GRANTED** attorneys' fees in the amount of $100,000.00 against KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, payable from the funds held in the Panola County court registry and by KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW.

It is further **ORDERED** that DMA's request to amend the *Final Judgment* to add Larry Wright as a liable party is hereby **DENIED**.

# # #