IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| **v.** § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH,
AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN
INTEREST TO BLACK DUCK PROPERTIES, LLC'S
<u>NOTICE OF APPEAL</u>**

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

Pursuant to 28 U.S.C. §158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy

Procedure, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series

Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors") hereby appeal to the United State District Court for the Western District of Texas from the Summary Judgment, Final Judgment, the accompanying findings of fact and conclusions of law set out in the Opinion, and DMA Properties, Inc.'s award of Attorney's Fees. Dkts. 110, 237, 236, and 267.

The names of all parties to the foregoing pleadings appealed from and the names, addresses, and telephone numbers of their counsel of record are:

Appellant/Plaintiff/Third-Party Defendants: KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row:

>C. John Muller IV
>john.muller@cjma.law
>Ezekiel J. Perez
>zeke.perez@cjma.law
>CJ MULLER & ASSOCIATES, PLLC
>111 W. Sunset Rd.
>San Antonio, Texas 78209
>(210)664-5000

Appellee/Defendant/Third-Party Plaintiff: DMA Properties, Inc.

>Timothy Cleveland
>tcleveland@clevelandterrazas.com
>Austin Krist
>akrist@clevelandterrazas.com
>CLEVELAND TERRAZAS, PLLC
>4611 Bee Cave Rd.
>Austin, Texas 78746
>(512) 689-8698
>
>Christopher S. Johns
>cjohns@johnsandcounsel.com
>Christen Mason Hebert
>chebert@johnsandcounsel.com
>JOHNS & HEBERT, PLLC
>14101 Hwy 290 West, Suite 400A
>Austin, Texas 78737
>(512) 399-3150
>
>Natalie F. Wilson
>nwilson@langleybanack.com

    LANGLEY & BANACK, INC.
    745 E. Mulberry, Suite 700
    San Antonio, Texas 78212
    (210) 736-6600

Appellee/Third-Party Defendant: Larry Wright

    William P. Germany
    wgermany@bsklaw.com
    BAYNE, SNELL, & KRAUSE
    1250 N.E. Loop 410, Suite 725
    San Antonio, Texas 78209
    (210) 824-3278

Appellee/Third-Party Defendant: John Terrill, *pro se*

    12712 Arrowhead Lane
    Oklahoma City, Oklahoma 73120

    Debtors appeal the Summary Judgment, Opinion, Final Judgment and awarded of attorney's fees entered on October 21, 2020, March 24, 2021, and August 6, 2021 attached hereto as Exhibits A, B ,C, and D. Dkts. 110, 236, 237, and 267.

    Dated: August 13, 2021.

                                    Respectfully submitted,

                                    CJ MULLER & ASSOCIATES, PLLC

                                    By: /s/ *John Muller*
                                        C. John Muller IV
                                        State Bar No. 24070306
                                        john.muller@cjma.law
                                        Ezekiel J. Perez
                                        State Bar No. 24096782
                                        zeke.perez@cjma.law
                                        111 W. Sunset Rd.
                                        San Antonio, TX 78209
                                        Telephone: 210-664-5000
                                        Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 13th day of August 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

                                        /s/ *John Muller*
                                        C. John Muller IV