**APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (San Antonio)
## Adversary Proceeding #: 20−05027−rbk

*Assigned to:* Chief Bkptcy Judge Ronald B. King  *Date Filed:* 05/01/20
*Lead BK Case:* 20−50805
*Lead BK Title:* KrisJenn Ranch, LLC
*Lead BK Chapter:* 11
*Demand:*
  *Nature[s] of Suit:*  91 Declaratory judgment
                        21 Validity, priority or extent of lien or other interest in property

*Plaintiff*
−−−−−−−−−−−−−−−−−−−−−−−−
**Krisjenn Ranch, LLC, Krisjenn Ranch,**           represented by **Charles John Muller, IV**
**LLC, Series Uvalde Ranch, Krisjenn**                            Chamberlain Hrdlicka White Williams & Au
**Ranch, LLC, Series Pipeline Row**                               111 W Sunset Rd
410 Spyglass Rd                                                   San Antonio, TX 78209
McQueeney, TX 78123−3418                                          210−664−5000
Tax ID / EIN: 74−2840947                                          Email: john.muller@cjma.law

                                                                  **Ronald J Smeberg**
                                                                  Smeberg Law Firm, PLLC
                                                                  4 Imperial Oaks
                                                                  San Antonio, TX 78248
                                                                  210−695−6684
                                                                  Fax : 210−598−7357
                                                                  Email: ron@smeberg.com

                                                                  **Ronald J. Smeberg**
                                                                  The Smeberg Law Firm, PLLC
                                                                  2010 W Kings Hwy
                                                                  San Antonio, TX 78201−4926
                                                                  (210) 695−6684
                                                                  Fax : (210) 598−7357
                                                                  Email: ron@smeberg.com

V.

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−−
**DMA Properties, Inc.**                           represented by **Timothy Cleveland**
c/o Burns & Black, PLLC                                           CLEVELAND TERRAZAS PLLC
Burns & Black, PLLC                                               4611 Bee Cave Road
750 Rittiman Road                                                 Suite 306B
San Antonio, TX 78209−5500                                        Austin, TX 78746
                                                                  512−689−8698
                                                                  Email: tcleveland@clevelandterrazas.com

                                                                  **Christen Mason Hebert**
                                                                  Johns & Counsel PLLC

1

14101 Hwy 290 West, Suite 400A
Austin, TX 78737
(512) 399–3150
Fax : (512) 572–8005
Email: chebert@johnsandcounsel.com

**Christopher S. Johns**
JOHNS & COUNSEL PLLC
14101 Highway 290 West
Suite 400A
Austin, TX 78737
512–399–3150
Fax : 512–572–8005
Email: cjohns@johnsandcounsel.com

**Austin Hammer Krist**
Cleveland Terrazas PLLC
4611 Bee Cave Road
Suite 306B
Austin, TX 78746
512–291–6144
Email: akrist@clevelandterrazas.com

**Natalie F. Wilson**
Langley & Banack, Inc
745 E Mulberry, Suite 900
San Antonio, TX 78212
210–736–6600
Fax : 210–735–6889
Email: nwilson@langleybanack.com

*Defendant*
—————————————
**Longbranch Energy, LP**       represented by **Michael Black**
c/o Burns & Black, PLLC         BURNS & BLACK PLLC
Burns & Black, PLLC             750 Rittiman Road
750 Rittiman Road               San Antonio, TX 78209
San Antonio, TX 78209–5500      210–829–2022
                                Fax : 210–829–2021
                                Email: mblack@burnsandblack.com

**Michael J. Black**
Burns & Black PLLC
750 Rittiman Road
San Antonio, TX 78209
210 829 2022
Fax : 210 829 2021
Email: mblack@burnsandblack.com

**Jeffery Duke**
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive
Suite 110
Katy, TX 77494
281–394–9778
Fax : 832–201–0649
Email: jduke@dbmmlaw.com

**Austin Hammer Krist**
(See above for address)

2

        **Natalie F. Wilson**
(See above for address)

*Defendant*
------------------------

**TRCG East TX Pipeline LLC**    represented by  **Katrina Angelyn Kershner**
K. Kershner Law
14228 Midway
214
Dallas, TX 75244
214−535−5226
Email: katrina_kershner@yahoo.com

V.

*3rd Pty Defendant*
------------------------

**John Terrill**
12712 Arrowhead Lane
Oklahoma City, OK 73120

*3rd Pty Defendant*
------------------------

**Black Duck Properties, LLC**    represented by  **Ronald J. Smeberg**
410 Spyglass Road    (See above for address)
McQueeney, TX 78123

*3rd Pty Defendant*
------------------------

**Larry Wright**    represented by  **William P Germany**
410 Spyglass Road    Bayne, Snell & Krause
McQueeney, TX 78123    1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209
210−824−3278
Fax : 210−824−3937
Email: wgermany@bsklaw.com

*3rd Pty Defendant*
------------------------

**John Terrill**
12712 Arrowhead Lane
Oklahoma City, OK 73120

*3rd Pty Defendant*
------------------------

**Larry Wright**
410 Spyglass Road
McQueeney, TX 78123

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 08/20/2021 | | 273 | Supplemental Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Austin Hammer Krist for Third |

|  |  |  | Pty Plaintif DMA Properties, Inc. (Krist, Austin) (related document(s): 241 Notice of Appeal filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc. (Attachments: # 1 Ex. A (Opinion and Final Judgment)) (Krist, Austin) (related document(s): 236 Judge's Opinion (related document(s): 1 Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP) (Order entered on 3/24/2021), 237 Final Judgment (related document(s): 1 Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP) (Order entered on 3/24/2021))) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § § § § § § | Chapter 11 |
| KrisJenn Ranch, LLC, | | |
| *Debtor* | | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC, | § § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | Adversary No. 20-05027 |
| v. | | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | | |
| *Defendants*. | | |

| | | |
|---|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, | § § § § § § § § § § § § § § § § | |
| *Counterplaintiffs*, | | |
| v. | | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, Black Duck Properties, LLC, Larry Wright, | | |
| *Counterdefendants*. | | |

1

**APPELLANT'S FIRST SUPPLEMENTAL DESIGNATION OF ITEMS FOR APPELLATE RECORD**

TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Federal Rule of Bankruptcy Procedure 8009, DMA Properties, Inc. and Frank Daniel Moore (together, the "Appellant"), appellant in the appeal noticed on April 7, 2021 [Dkt. 242], submit this Appellant's First Supplemental Designation of Items for Appellate Record ("Appellant's First Supplemental Designation of Record") in the above-captioned case and respectfully requests that the Clerk forward the items listed herein to the District Court for inclusion in the record in connection with the appeal.

Appellant reserves the right to supplement this Appellant's Designation of Record.

Appellant respectfully designates the items listed below (including all exhibits, certificates, and submissions attached thereto) to be included in the appellate record:

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 2. | 251 | KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row, and Larry Wright's Response in Opposition to Motion for Attorneys' Fees and Motion to Amend Judgment | 04/21/2021 |
| 2. | 267 | Order Granting in Part, Denying in Part DMA Properties' Motion for Attorneys' Fees and Motion to Amend Judgment | 08/06/2021 |

Dated: August 20, 2021

Respectfully submitted,

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & HEBERT PLLC
2028 E. Ben White Blvd, Suite 240-1000
Austin, Texas 78741
512-399-3150
512-572-8005 fax
cjohns@johnshebert.com
chebert@johnshebert.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

/s/ Natalie F. Wilson
Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

*Attorneys for Frank Daniel Moore and DMA Properties, Inc.*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a true and correct copy of the above and foregoing instrument was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below.

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

/s/ Christopher S. Johns
Christopher S. Johns