# AMENDED List of Parties to Appeal

*20-5027 In re Krisjenn Ranch, LLC, et al v. DMA Properties, Inc. et al*

### Notice of Appeal – CM/ECF Doc. 269 and 272

## Appellants:

| | | |
|---|---|---|
| **KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC- Series Pipeline Row**<br><br>*(Debtors / Plaintiffs / Third Party Defendants / Appellants)* | Represented by | **Charles John Muller, IV**<br>**Ezekiel J. Perez**<br>CJ Muller & Associates, PLLC<br>111 W. Sunset Road<br>San Antonio, TX 78209<br>210-664-5000<br>Email: john.muller@cjma.law<br>Email: zeke.perez@cjma.law |

## Appellees:

| | | |
|---|---|---|
| **DMA Properties, Inc.**<br><br>*(Defendant / Third Party Plaintiff / Appellee)* | Represented by | **Timothy Cleveland**<br>**Austin Krist**<br>CLEVELAND TERRAZAS PLLC<br>4611 Bee Cave Road<br>Suite 306B<br>Austin, TX 78746<br>512-689-8698<br>Email:<br>tcleveland@clevelandterrazas.com<br>akrist@clevelandterrazas.com<br><br>**Christen Mason Hebert**<br>**Christopher S. Johns**<br>Johns & Hebert, PLLC<br>14101 Hwy 290 West, Suite 400A<br>Austin, TX 78737<br>(512) 399-3150<br>Fax: (512) 572-8005<br>Email:<br>chebert@johnsandcounsel.com<br>cjohns@johnsandcounsel.com<br><br>**Natalie F. Wilson**<br>Langley & Banack, Inc<br>745 E Mulberry, Suite 900<br>San Antonio, TX 78212<br>210-736-6600 |

| | | |
|---|---|---|
| | | 210-735-6889 (fax)<br>nwilson@langleybanack.com |
| **Longbranch Energy, LP**<br><br>*(Defendant / Appellee)* | Represented by | **Jeffery Duke**<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>281-394-9778<br>832-201-0649 (fax)<br>jduke@dbmmlaw.com |

## Interested Party:

| | | |
|---|---|---|
| **United States Trustee - SA12**<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539<br>(210) 472-4640<br>USTPRegion07.SN.ECF@usdoj.gov<br><br>*(UST / Interested Party)* | Represented by | **Shane P. Tobin**<br>903 San Jacinto Blvd.<br>Room 230<br>Austin, TX 78701<br>512-916-5348<br>shane.p.tobin@usdoj.gov |
| **Larry Wright**<br><br>*(Third Party Defendant / Interested Party)* | Represented by | **William P Germany**<br>Bayne, Snell & Krause<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>210-824-3278<br>Fax: 210-824-3937<br>Email: wgermany@bsklaw.com |
| **John Terrill**<br>   12712 Arrowhead Lane<br>   Oklahoma City, OK  73120<br><br>*(Third Party Defendant / Interested Party)* | Represented by | **Pro Se** |

2