THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| KRISJENN RANCH, LLC | § | |
| *Debtor* | § | Case No. 20-50805 |
| | § | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE | § | |
| ROW as successors in interest to | § | |
| BLACKDUCK PROPERTIES, LLC, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| DMA PROPERTIES, INC., and | § | |
| LONGBRANCH ENERGY, LP, | § | Adversary No. 20-05027 |
| *Defendants* | § | |

| | | |
|---|---|---|
| DMA PROPERTIES, INC | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE ROW, | § | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, | § | |
| LARRY WRIGHT, and JOHN TERRILL | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S DESIGNATION OF ITEMS FOR <u>APPELLATE RECORD AND STATEMENT OF ISSUES</u>**

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

COME NOW Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn

Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively

the "Appellants") and submit this Designation of Items for Appellate Record pursuant to Rule

8009 of the Federal Rules of Bankruptcy Procedure and would respectfully request that the Clerk

forward the items listed herein to the District Court appeal record.

Appellants reserve the right to supplement.

Appellants designate the items listed below.

| Filing Date | Designation # | Docket # | Docket Text |
|---|---|---|---|
| 5/1/2020 | | 1 | Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment |
| 5/5/2020 | | 3 | Amended Complaint |
| 6/1/2020 | | 5 | Answer to Complaint |
| 6/1/2020 | | 6 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third-Party Complaint against John Terrill, Black Duck Properties, LLC, Larry Wright (Attachments: # 1 Exhibits) (Krist, Austin) |
| 6/12/2020 | | 14 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third-Party Complaint against John Terrill, Larry Wright (Krist, Austin) |
| 6/29/2020 | | 20 | Answer to Counterclaim |
| 7/6/2020 | | 21 | Answer and Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims |
| 8/14/2020 | | 39 | Third-Party Defendant Larry Wright's Answer and Affirmative Defenses to Third-Party Plaintiff DMA Properties, INC.'S Third-Party Claims |
| 8/14/2020 | | 40 | Third-Party Defendant Larry Wright's Answers and Affirmative Defenses to Frank Daniel Moore's Third-Party Claims |
| 8/14/2020 | | 41 | Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments |
| 9/9/2020 | | 60 | Answer And Affirmative Defenses To Frank Daniel Moore's Counterclaims And Third-Party Claims |

| | | 61 | First Amended Answer and Affirmative Defenses To Third Party Plaintiff DMA Properties, Inc.'s Complaint |
|---|---|---|---|
| 9/9/2020 | | | |
| 10/6/2020 | | 89 | Response |
| 10/7/2020 | | 90 | Supplement To Krisjenn Ranch, LLC Krisjenn Ranch, LLC-Series Uvalde Ranch, And Krisjenn Ranch, LLC Series Pipeline Row, As Successors in Interest To Black Duck Properties, LLC s Response To DMA Properties, Inc.'s Motion For Partial Summary Judgment On DMAs Ownership Interest In The Bigfoot Note Payments |
| 10/12/2020 | | 93 | Reply for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore |
| 10/12/2020 | | 95 | Objection |
| 10/21/2020 | | 110 | Order regarding (related document(s): 41 Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments |
| 10/28/2020 | | 122 | Second Amended Answer and Affirmative Defenses to Third Party Plaintiff DMA Properties, Inc.s Amended Counterclaims and Third Party Complaint |
| 10/28/2020 | | 123 | Second Amended Answer and Affirmative Defenses to Frank Daniel Moores Amended Counterclaims and Third-Party Claims |
| 11/2/2020 | | 138 | Second Amended Adversary Complaint |
| 11/3/2020 | | 139 | Counterclaims and Third Party Claims for Defendant Longbranch Energy, LP |
| 11/3/2020 | | 141 | Second Amended Complaint for Plaintiff |
| 11/17/2020 | | 162 | Larry Wright's Answer & Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Third-Party Claims |
| 11/18/2020 | | 163 | Answer And Affirmative Defenses To Third Party Plaintiff Longbranch Energy, LP's Counterclaims And Third-Party Claims. |
| 11/30/2020 | | 172 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintif DMA Properties, Inc. (Krist, Austin) |
| 11/30/2020 | | 173 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintif Frank Daniel Moore (Krist, Austin) |
| 12/14/2020 | | 186 | Debtors' Third Answer to Moore's Amended Counterclaims and Third-Party Complaint |

| | | | |
|---|---|---|---|
| 12/14/2020 | | 187 | Debtors' Third Answer to DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint |
| 12/14/2020 | | 188 | 3rd Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Amended Third-Party Claims |
| 12/14/2020 | | 189 | Third-Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Third-Party Claims |
| 12/23/2020 | | 197 | Answer for Defendant DMA Properties, Inc |
| 12/23/2020 | | 198 | Answer for Defendant Longbranch Energy, LP. |
| 1/4/2021 | | 201 | Response for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore. |
| 1/4/2021 | | 205 | Proposed Findings of Fact and Conclusions of Law for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 1/6/2021 | | 209 | Amended Deposition Designations for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore |
| 1/8/2021 | | 217 | KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Pipeline ROW, KrisJenn Ranch, LLC-Series Uvalde Ranch and Larry Wright's Proposed Findings of Fact and Conclusions of Law |
| 1/15/2021 | | 221 | Deposition Designations from Deposition of Adam McLeod for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 1/15/2021 | | 222 | Deposition Designations from Deposition of Larry Wright in his capacity as Corporate Representative of KrisJenn Ranch, LLC for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 2/9/2021 | | 226 | Transcript regarding Hearing Held 1/12/21 |
| 2/9/2021 | | 227 | Transcript regarding Hearing Held 1/13/21 |
| 2/10/2021 | | 228 | Transcript regarding Hearing Held 1/21/21 |
| 2/11/2021 | | 229 | Transcript regarding Hearing Held 1/15/21 |
| 3/24/2021 | | 236 | Judge's Opinion |

| 3/24/2021 | | 237 | Final Judgment |
|---|---|---|---|
| 4/7/2021 | | 240 | DMA Properties Motion for Attorneys' Fees and Motion to Amend Judgment |
| 4/21/2021 | | 251 | Joint Response in Opposition to Motion for Attorneys' Fees and Motion to Amend Judgment |
| 6/1/2021 | | 258 | Transcript regarding Hearing Held 2/11/21 |
| 8/6/2021 | | 267 | Order Granting in Part, Denying in Part DMA Properties' Motion for Attorneys' Fees and Motion to Amend Judgment☐ |

Appellants hereby identify the following issues:

1. Whether the Bankruptcy Court erred in granting Summary Judgment that: (1) DMA Properties, Inc. has a 50% direct ownership interest in the Bigfoot promissory note payments; (2) Black Duck could not pledge the promissory note; and (3) KrisJenn Ranch were estopped from asserting KrisJenn Ranch had any interest in DMA's portion of the note payments. (Dkts. 41, 110).

2. Whether the Bankruptcy Court erred in granting a Declaratory Judgment in favor of DMA that, under the terms of the Email Agreement and Harris SWD Agreement, DMA has an ownership interest in 50% of the Bigfoot Note payments. (Dkts. 236, 237).

3. Whether the Bankruptcy Court erred in denying Appellants claims against DMA and Longbranch for Tortious interference with the TCRG Purchase Agreement. (Dkt. 236).

4. Whether the Bankruptcy Court erred in granting, in part, DMA's motion for Attorney's Fees. (Dkts. 240, 267).

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By:  */s/ John Muller*

    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law
    Ezekiel J. Perez
    State Bar No. 24096782
    zeke.perez@cjma.law
    111 W. Sunset Rd.
    San Antonio, TX 78209
    Telephone: 210-664-5000
    Facsimile: 210-899-1933

    ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 26th of August 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
Bayne, Snell, & Krause
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee


 _/s/ John Muller_____
C.  John Muller IV