# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**IN RE:**

**KRISJENN, RANCH, LLC, et al.,**                 **Bankruptcy Case No. 20-05027-RBK**

   *Debtors*.

_____

**DMA PROPERTIES, INC., et al.,**

   *Appellants*,

**v.**                                   **Case No. SA-21-CV-0358-JKP**

**KRISJENN RANCH, LLC,**                      **(Appeal from Opinion in**
**et al.,**                          **Bankruptcy Case No. 20-05027-RBK)**

   *Appellees*.

## ORDER CONSOLIDATING CASES

Before the Court are two motions: (1) *Unopposed Motion to Consolidate Bankruptcy Appeals* (ECF No. 16) and *Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief* (ECF No. 18). The first motion seeks to consolidate this bankruptcy appeal with appeals at issue in Case Nos. 5:21-CV-0359-JKP and 5:21-CV-0775-JKP because all appeals are from a final judgment entered in a single adversary proceeding following a bench trial before the Bankruptcy Court. The latter motion seeks to extend a deadline in this case, at least in part due to the potential consolidation of the three appeals. Based on these filings, the Court issues the following Orders:

(1) The Court **GRANTS** the *Unopposed Motion to Consolidate Bankruptcy Appeals* (ECF No. 16). The Court hereby consolidates Case No. 5:21-CV-0358-JKP, Case No. 5:21-CV-0359-JKP, and Case No. 5:21-CV-0775-JKP for all purposes and designates this case (Case No. 5:21-

CV-0358-JKP) as the lead case. Henceforth all three cases will proceed under Case No. 5:21-CV-00358-JKP and all future filings by the parties shall be made under that case number.

(2) The Court vacates all current deadlines in this case and thus **FINDS MOOT** *Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief* (ECF No. 18). Once consolidation is complete, the Court will issue a single, unified briefing schedule that will control for all consolidated cases.

(3) Presently, for this case, the Bankruptcy Record on Appeal ("ROA") is found at ECF Nos. 4 and 15. The ROA for Case No. 5:21-CV-0359-JKP is found at ECF No. 12 in that case. Similarly, the Appellant in Case No. 5:21-CV-0359-JKP has filed a *Statement of Issues* (ECF No. 13) in that case. **The Clerk of Court shall make that ROA and the** *Statement of Issues* **available in this lead case.**

**IT IS SO ORDERED this 17th day of September 2021.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**