THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| KRISJENN RANCH, LLC § | | |
| *Debtor.* § | | Case No. 20-50805 |
| § | | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE § | | |
| ROW as successors in interest to § | | |
| BLACKDUCK PROPERTIES, LLC, § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| DMA PROPERTIES, INC., and § | | |
| LONGBRANCH ENERGY, LP, § | | Adversary No. 20-05027 |
| *Defendants* § | | |

| | | |
|---|---|---|
| DMA PROPERTIES, INC., FRANK DANIEL § | | |
| MOORE, and LONGBRANCH ENERGRY, § | | |
| LP, § | | |
| *Cross-Plaintiffs/Third-Party Plaintiff* § | | |
| § | | |
| v. § | | |
| § | | |
| KRISJENN RANCH, LLC, § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE ROW, § | | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, § | | |
| LARRY WRIGHT, and JOHN TERRILL § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* | | |

**JOINT DESIGNATION OF ITEMS FOR APPELLATE RECORD**

TO THE HONORABLE CHIEF BANKRUPCY JUDGE RONALD B. KING:

COME NOW Debtors and Plaintiffs KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, and Defendants and Third-Party Plaintiffs Longbranch Energy, LP, and DMA Properties, Inc. (collectively the "Parties"), Appellants in Consolidated Appeal 5:21-CV-00358-JKP and submit this Joint Designation of Items for Appellate Record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and would respectfully request that the Clerk forward the items listed herein to the District Court appeal record. The Parties reserve the right to supplement and designate the items listed below.

| Filing Date | Designation # | Docket # | Docket Text |
|---|---|---|---|
| 05/01/2020 | | 1 | Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment |
| 05/05/2020 | | 3 | Amended Complaint |
| 06/01/2020 | | 5 | Answer to Complaint |
| 06/01/2020 | | 6 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third-Party Complaint against John Terrill, Black Duck Properties, LLC, Larry Wright (Attachments: # 1 Exhibits) (Krist, Austin) |
| 06/05/2020 | | 9 | Frank Daniel Moore's Unopposed Motion to Intervene for Interested Party Frank Daniel Moore. Modified on 6/8/2020 |
| 06/08/2020 | | 11 | Order Regarding (related document(s): 9 Motion to Intervene for Interested Party Frank Daniel Moore. |
| 06/12/2020 | | 14 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third-Party Complaint against John Terrill, Larry Wright (Krist, Austin) |
| 06/24/2020 | | 17 | Statement Regarding Consent filed by Ronald J. Smeberg for 3rd Pty Defendant Black Duck Properties, LLC, Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series |

| | | | |
|---|---|---|---|
| | | | Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |
| 06/24/2020 | | 18 | Statement Regarding Consent for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore |
| 06/29/2020 | | 20 | Answer to Counterclaim |
| 07/06/2020 | | 21 | Answer and Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims |
| 07/24/2020 | | 28 | Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. |
| 08/14/2020 | | 39 | Third-Party Defendant Larry Wright's Answer and Affirmative Defenses to Third-Party Plaintiff DMA Properties, INC.'S Third-Party Claims |
| 08/14/2020 | | 40 | Third-Party Defendant Larry Wright's Answers and Affirmative Defenses to Frank Daniel Moore's Third-Party Claims |
| 08/14/2020 | | 41 | Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments |
| 09/09/2020 | | 60 | Answer And Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims |
| 09/09/2020 | | 61 | First Amended Answer and Affirmative Defenses to Third Party Plaintiff DMA Properties, Inc.'s Complaint |
| 09/14/2020 | | 66 | Response filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc.) |
| 09/15/2020 | | 68 | DMA Properties, Inc.'s Witness & Exhibit List for Hearing on September 22, 2020 filed by Natalie F. Wilson for Defendant DMA Properties, Inc., Third Pty Plaintiff DMA Properties, Inc. (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. |

| | | | |
|---|---|---|---|
| 09/21/2020 | | 72 | Reply for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. |
| 09/22/2020 | | 74 | Order Denying Motion (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc.) (Order entered on 9/22/2020) |
| 10/06/2020 | | 89 | Response |
| 100/7/2020 | | 90 | Supplement To Krisjenn Ranch, LLC Krisjenn Ranch, LLC-Series Uvalde Ranch, And Krisjenn Ranch, LLC Series Pipeline Row, As Successors in Interest to Black Duck Properties, LLC s Response to DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMAs Ownership Interest in The Bigfoot Note Payments |
| 10/12/2020 | | 93 | Reply for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore |
| 10/12/2020 | | 95 | Objection |
| 10/14/2020 | | 100 | Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. Modified on 10/15/2020 |
| 10/14/2020 | | 101 | Unopposed Motion for Leave to Amend for Defendant Longbranch Energy, LP. |
| 10/21/2020 | | 110 | Order regarding (related document(s): 41 Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments |
| 10/28/2020 | | 122 | Second Amended Answer and Affirmative Defenses to Third Party Plaintiff DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint |
| 10/28/2020 | | 123 | Second Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Counterclaims and Third-Party Claims |
| 10/28/2020 | | 124 | Objection Filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series |

| | | | |
|---|---|---|---|
| | | | Pipeline Row. (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. |
| 11/02/2020 | | 138 | Second Amended Adversary Complaint |
| 11/03/2020 | | 139 | Counterclaims and Third-Party Claims for Defendant Longbranch Energy, LP |
| 11/03/2020 | | 140 | Notice of Withdrawal of Document filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 138 Second Amended Adversary Complaint filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 1 Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP (Filing Fee: $ 350.00) (Nature(s) of Suit:(91 (Declaratory judgment)),(21 (Validity, priority or extent of lien or other interest in property))). |
| 11/03/2020 | | 141 | Second Amended Complaint for Plaintiff |
| 11/04/2020 | | 143 | Order Vacating Prior Order |
| 11/09/2020 | | 152 | Order Granting in Part, Denying in Part Longbranch's Unopposed Motion for Leave to Amend (related document(s): 101 Unopposed Motion for Leave to Amend for Defendant Longbranch Energy, LP. |

| Date | | Doc # | Description |
|---|---|---|---|
| 11/12/2020 | | 154 | Order Granting in Part, Denying in Part (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore) (Order entered on 11/12/2020) |
| 11/12/2020 | | 155 | Order Dismissing Objections as Moot (related document(s): 124 Objection filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore)) (Order entered on 11/12/2020) |
| 11/16/2020 | | 161 | Motion to Dismiss New Counterclaims Under Rule 12(b)(6) for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore. Modified on 11/17/2020 |
| 11/17/2020 | | 162 | Larry Wright's Answer & Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Third-Party Claims |
| 11/18/2020 | | 163 | Answer And Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Counterclaims and Third-Party Claims. |
| 11/30/2020 | | 172 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintiff DMA Properties, Inc. (Krist, Austin) |
| 11/30/2020 | | 173 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintiff Frank Daniel Moore (Krist, Austin) |
| 12/04/2020 | | 177 | Response for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. |

| | | | |
|---|---|---|---|
| 12/08/2020 | | 182 | Order Denying Motion (related document(s): [161] Motion to Dismiss New Counterclaims Under Rule 12(b)(6) for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore (related document(s): [138] Second Amended Adversary Complaint filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): [1] Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP)) (Order entered on 12/8/2020) |
| 12/14/2020 | | 186 | Debtors' Third Answer to Moore's Amended Counterclaims and Third-Party Complaint |
| 12/14/2020 | | 187 | Debtors' Third Answer to DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint |
| 12/14/2020 | | 188 | 3rd Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Amended Third-Party Claims |
| 12/14/2020 | | 189 | Third-Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Third-Party Claims |
| 12/23/2020 | | 197 | Answer for Defendant DMA Properties, Inc |
| 12/23/2020 | | 198 | Answer for Defendant Longbranch Energy, LP. |
| 12/30/2020 | | 199 | Proposed Pre-Trial Order for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 01/04/2021 | | 201 | Response for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore. |
| 01/04/2021 | | 202 | Debtor Plaintiff and Third-Party Defendant's Exhibit and Witness List for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde |

| | | | |
|---|---|---|---|
| | | | Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |
| 01/04/2021 | | 203 | Proposed Pre-Trial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |
| 01/04/2021 | | 204 | Exhibit List for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 01/04/2021 | | 205 | Proposed Findings of Fact and Conclusions of Law for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 01/05/2021 | | 206 | Order Regarding (related document(s): [200] Motion for Leave to File Third Amended Complaint for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. |
| 01/05/2021 | | 208 | Deposition Designations for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore |
| 01/06/2021 | | 209 | Amended Deposition Designations for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore |
| 01/08/2021 | | 215 | Modified Debtor Plaintiff and Third-Party Defendant's Exhibit and Witness List for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, |

| | | | |
|---|---|---|---|
| | | | Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |
| 01/08/2021 | | 216 | Modified Proposed Pre-Trial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |
| 01/08/2021 | | 217 | KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Pipeline ROW, KrisJenn Ranch, LLC-Series Uvalde Ranch and Larry Wright's Proposed Findings of Fact and Conclusions of Law |
| 01/10/2021 | | 220 | Amended Exhibit List for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore |
| 01/15/2021 | | 221 | Deposition Designations from Deposition of Adam McLeod for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 01/15/2021 | | 222 | Deposition Designations from Deposition of Larry Wright in his capacity as Corporate Representative of KrisJenn Ranch, LLC for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP |
| 02/09/2021 | | 225 | Transcript regarding Hearing Held 1/11/21 |
| 02/09/2021 | | 226 | Transcript regarding Hearing Held 1/12/21 |
| 02/09/2021 | | 227 | Transcript regarding Hearing Held 1/13/21 |
| 02/10/2021 | | 228 | Transcript regarding Hearing Held 1/21/21 |
| 02/11/2021 | | 229 | Transcript regarding Hearing Held 1/15/21 |
| 02/11/2021 | | 230 | Exhibit Index and Witness List for Hearing Held on February 11, 2021 (related document(s): [1] Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP) |
| 03/24/2021 | | 236 | Judge's Opinion |
| 03/24/2021 | | 237 | Final Judgment |

| | | | |
|---|---|---|---|
| 04/07/2021 | | 240 | DMA Properties Motion for Attorneys' Fees and Motion to Amend Judgment |
| 04/07/2021 | | 241 | Notice of Appeal for Third Pty Plaintiff DMA Properties, Inc. |
| 04/07/2021 | | 242 | Notice of Appeal for Defendant Longbranch Energy, LP |
| 04/21/2021 | | 251 | Joint Response in Opposition to Motion for Attorneys' Fees and Motion to Amend Judgment |
| 06/01/2021 | | 258 | Transcript regarding Hearing Held 2/11/21 |
| 08/06/2021 | | 267 | Order Granting in Part, Denying in Part DMA Properties' Motion for Attorneys' Fees and Motion to Amend Judgment☐ |

Dated: October 28, 2021.

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

 */s/ John Muller*
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
Ezekiel J. Perez
State Bar No. 24096782
zeke.perez@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933

ATTORNEYS FOR KRISJENN RANCH, LLC, KRISJENN RANCH, LLC – SERIES PIPELINE ROW, KRISJENN RANCH, LLC – SERIES UVALDE RANCH

    */s/ Austin Krist*
Timothy Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

Christopher S. Johns
State Bar No. 24044849
Christen Mason Hebert
State Bar No. 24099898
JOHNS & HEBERT PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, Texas 78741
512-399-3150
512-572-8005 fax
cjohns@johnshebert.com
chebert@johnshebert.com

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

ATTORNEYS FOR LONGBRANCH ENERGY AND DMA PROPERTIES

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 28th day of October 2021:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
Bayne, Snell, & Krause
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

                    */s/ John Muller*
                    C. John Muller IV