UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | |
| KRISJENN, RANCH, LLC, dba as KrisJenn Ranch, LLC-Series Uvalde Ranch; Ranch and KrisJenn Ranch, LLC Series Pipeline ROW, | Bankruptcy Case No. 20-50805-RBK (Chapter 11) |
| *Debtor*. | |
| DMA PROPERTIES, INC., et al., | |
| *Appellants*, | |
| v. | Case No. SA-21-CV-0358-JKP |
| KRISJENN RANCH, LLC, et al., | (Consolidated Appeal from Final Judgment and Opinion in Adversary Proceeding No. 20-05027-RBK) |
| *Appellees*. | |

## FINAL JUDGMENT

The Court has considered the issues presented in this appeal and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **AFFIRMS IN PART, REVERSES IN PART, AND REMANDS** this matter to the Bankruptcy Court for further consideration consistent with the Memorandum Opinion and Order of the Court. The appeal is now **TERMINATED** on the active docket of this Court.

**IT IS SO ORDERED this 14th day of March 2023.**

*[signature: Jason Pulliam]*

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**