UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**IN RE:**

| | |
|---|---|
| **KRISJENN, RANCH, LLC, DBA as KRISJENN RANCH, LLC-SERIES UVALDE RANCH;RANCH and KRISJENN RANCH, LLC SERIES PIPELINE ROW,** | Bankruptcy Case No. 20-50805-RBK (CHAPTER 11) |
| *Debtors,* | |

**DMA PROPERTIES, INC., et al.,**

*Appellees,*

v.                                                                Case No. SA-21-CV-0358-JKP

**KRISJENN RANCH, LLC,**                      **(Consolidated Appeal from Final**
**et al.,**                                                       **Judgment and Opinion in Adversary**
                                                                       **Proceeding No. 20-05027-RBK)**

*Appellants.*

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Plaintiffs and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors") in this action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the *Final Judgment* of the United States District Court for the Western District of Texas, San Antonio Division, entered in this matter on March 14, 2023 (Doc. No. 41), and from the Order (I) Granting DMA Properties Inc.'s Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments, and (II) Overruling Krisjenn Ranch, LLC, Krisjenn Ranch, LLC-Series Uvalde

1

Ranch, Krisjenn Ranch, LLC Series Pipeline Row's Objections to DMA's Evidence (Adversary Doc. No. 110) [relates to Adv. Doc. Nos. 41 and 95] filed on October 21, 2020.

The Parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Appellants/Plaintiffs/Third-Party Defendants: KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row:

> C. John Muller IV
> john.muller@cjma.law
> Jason H. Casell
> jason.casell@cjma.law
> CJ MULLER & ASSOCIATES, PLLC
> 111 W. Sunset Rd.
> San Antonio, Texas 78209
> (210)664-5000

Appellee/Defendant/Third-Party Plaintiff: DMA Properties, Inc.

> Timothy Cleveland
> tcleveland@clevelandterrazas.com
> Austin Krist
> akrist@clevelandterrazas.com
> CLEVELAND TERRAZAS, PLLC
> 4611 Bee Cave Rd.
> Austin, Texas 78746
> (512) 689-8698
>
> Christopher S. Johns
> cjohns@johnsandcounsel.com
> Christen Mason Hebert
> chebert@johnsandcounsel.com
> JOHNS & HEBERT, PLLC
> 14101 Hwy 290 West, Suite 400A
> Austin, Texas 78737
> (512) 399-3150

>Natalie F. Wilson
>nwilson@langleybanack.com
>LANGLEY & BANACK, INC.
>745 E. Mulberry, Suite 700
>San Antonio, Texas 78212
>(210) 736-6600

Appellee/Third-Party Defendant: Larry Wright

>William P. Germany
>wgermany@bsklaw.com
>BAYNE, SNELL, & KRAUSE
>1250 N.E. Loop 410, Suite 725
>San Antonio, Texas 78209
>(210) 824-3278

Appellee/Third-Party Defendant: John Terrill, *pro se*

>12712 Arrowhead Lane
>Oklahoma City, Oklahoma 73120

>Respectfully submitted,
>
>CJ MULLER & ASSOCIATES, PLLC
>
>By: /s/ *John Muller*
>   C. John Muller IV
>   State Bar No. 24070306
>   john.muller@cjma.law
>   Jason H. Casell
>   State Bar No. 24063869
>   jason.casell@cjma.law
>   111 W. Sunset Rd.
>   San Antonio, TX 78209
>   Telephone: 210-664-5000
>   Facsimile: 210-899-1933
>
>   ATTORNEYS FOR KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 28th day of March 2023:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

  /s/ *John Muller*
C. John Muller IV