

The relief described hereinbelow is SO ORDERED.

Signed March 31, 2023.

_____
Ronald B. King
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER DISMISSING NOTICE OF APPEAL AND REFUNDING FEE**

The Court considered the *Notice of Appeal to the United States Court of Appeals for the Fifth Circuit* (ECF No. 286) and determined that it should be dismissed because it was filed in the incorrect venue. It is, therefore,

**ORDERED** that the above-referenced *Notice of Appeal* is hereby **DISMISSED**. It is further

**ORDERED** that the Clerk of Court shall refund to the Movant the fee of $298.00 for filing the above-referenced *Notice of Appeal*.

# # #