# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/King

    on    **6/28/23  at  10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 292 Motion for Preliminary Injunction to Preserve Assets Filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc., Defendant Longbranch Energy, LP. Hearing Scheduled For 6/28/2023 at 10:00 AM at https://us−courts.webex.com/meet/King. (Castleberry, Deanna)

Dated: 5/31/23

                                                    Barry D. Knight
                                                    Clerk, U. S. Bankruptcy Court