# United States Court of Appeals
# for the Fifth Circuit

FILED
MAY 25 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

No. 23-50227

United States Court of Appeals
Fifth Circuit
**FILED**
May 25, 2023
Lyle W. Cayce
Clerk

IN THE MATTER OF KRISJENN RANCH, L.L.C; KRIS JENN RANCH, L.L.C. - SERIES UVALDE RANCH; KRISJENN RANCH, L.L.C. - SERIES PIPELINE ROW,

*Debtors,*

DMA PROPERTIES, INCORPORATED; LONGBRANCH ENERGY, L.P.,

*Appellees,*

*versus*

KRISJENN RANCH, L.L.C.; KRISJENN RANCH, L.L.C. SERIES UVALDE RANCH; KRISJENN RANCH, L.L.C. - SERIES PIPELINE ROW, *As Successors in Interest to* BLACK DUCK PROPERTIES, ,

*Appellants,*

LARRY WRIGHT; JOHN TERRILL,

*Appellees.*

---

Appeal from the United States Bankruptcy Court
for the Western District of Texas
USDC No. 5:21-CV-358 -JKP

---

UNPUBLISHED ORDER

No. 23-50227

Before Duncan, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the unopposed motion of appellees DMA Properties and Longbranch Energy to dismiss the appeal for lack of jurisdiction is GRANTED.



A True Copy
Certified order issued May 25, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
MAY 25 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

May 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50227   DMA Properties v. KrisJenn Ranch
USDC No. 5:21-CV-358 — JKP

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Philip Devlin
Mr. Christopher Stephen Johns
Mr. Austin Krist
Mr. Charles John Muller IV
Mr. Andrew R. Seger
Mr. John Terrill
Ms. Natalie Friend Wilson