**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH,
ANDKRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN
INTERESTTO BLACK DUCK PROPERTIES, LLC'S
AGREED MOTION TO CONTINUE DEADLINES RELATED TO
DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP'S
MOTION FOR PRELIMINARY INJUNCTION TO PRESERVE ASSETS
<u>PENDING MEDIATION ON AGREEABLE TERMS</u>**

1

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE RONALD B. KING:

Come Now Debtors, Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest toBlack Duck Properties, LLC (collectively the "Debtors"), and file this Agreed Motion to Continue Deadlines Related to DMA Properties, INC. ("DMA") and Longbranch Energy, LP'S ("Longbranch Energy") Motion for Preliminary Injunction to Preserve Assets Pending Mediation on Agreeable Terms and in support would respectfully show as follows:

1. Beginning on January 11, 2021, the Court held a bench trial on this matter.

2. On April 9, 2021, Defendants filed their Notice of Appeal.

3. On March 15, 2023, United States District Judge Jason Pulliam entered a Final Judgment affirming in part, reversing in part, and remanding this matter to the Bankruptcy Court.

4. On May 23, 2023, Debtors filed a Motion for Status hearing.

5. On May 31, 2023, Third Party Plaintiff DMA and Defendant Longbranch Energy, LP filed a Motion for Preliminary Injunction to Preserve Assets (the "Motion").

6. On May 31, 2023, the Court held a status hearing. Debtor's response to the Motion is due on June 12, 2023, and the Court set the Motion to be heard on June 28, 2023.

7. The Parties have now conferred and agreed to continue all deadlines related to the Motion. If mediation fails, the parties will return to the Court and provide proposed agreed available dates to proceed with the Motion and related discovery matters.

WHEREFORE, PREMISES CONSIDERED, Debtors request that this Court enter an Agreed Order to Continue Deadlines Related to DMA Properties, INC. and Longbranch Energy, LP'S Motion for Preliminary Injunction to Preserve Assets Pending Mediation on Agreeable Terms

Dated: June 9, 2023.

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
   C. John Muller IV
   State Bar No. 24070306
   john.muller@cjma.law
   Jason H. Casell
   State Bar No. 24063869
   jason.casell@cjma.law
   111 W. Sunset Rd.
   San Antonio, TX 78209
   Telephone: 210-664-5000
   Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 9th day of June 2023:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Johns & Counsel PLLC
2028 E. Ben White Blvd.
Suite 240-1000
Austin, Texas 78741
512-399-3150 office
512-572-8005 fax
512-433-9598 mobile
cjohns@johnsandcounsel.com

Timothy Cleveland
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
Attorneys for DMA Properties, Inc.

LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov
United States Trustee

  /s/ John Muller_____
C. John Muller IV

Natalie Wilson