# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     us−courts.webex.com/meet/King

on     **8/22/23  at  10:00 AM**

STATUS Hearing (related document(s): 292 Motion for Preliminary Injunction to Preserve Assets Filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc., Defendant Longbranch Energy, LP. ) Status Hearing Set For 8/22/2023 at 10:00 AM at https://us−courts.webex.com/meet/King (Castleberry, Deanna)***RESET FROM 6/29/2023 − PER ORDER GRANTING ABATEMENT AND MEDIATION***.

Dated:  6/12/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (AP)] [NtcsthrgAPap]