**The parties are directed to keep the courtroom deputy updated as to the progress of obtaining a mediator, scheduling a mediation, and the result of any actual mediation. A status hearing will be scheduled on August 22, 2023, at 10:00 a.m. by Webex. The relief described hereinbelow is SO ORDERED.**



**Signed June 12, 2023.**

_____

**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| v. | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |
| **DMA PROPERTIES, INC.** | § | |
| *Counter-Plaintiff/Third Party Plaintiff* | § | |
| v. | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | **Adversary No. 20-05027** |
| *Counter-Defendants/Third-Party Defendants* | § | |

**AGREED ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC'S AGREED MOTION TO CONTINUE DEADLINES RELATED TO DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP'S MOTION FOR PRELIMINARY INJUNCTION TO PRESERVE ASSETS <u>PENDING MEDIATION ON AGREEABLE TERMS</u>**

On this day came to be heard KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors-in-interest to Black Duck Properties, LLC's (the "Debtors") Agreed Motion to Continue Deadlines Related to DMA Properties, INC. ("DMA") and Longbranch Energy, LP'S ("Longbranch Energy") Motion for Preliminary Injunction to Preserve Assets Pending Mediation on Agreeable Terms. Finding that good cause exists for the relief requested, and after consideration of all matters beforeit, the Court is of the opinion that the Debtors' requests should be granted.

It is therefore ORDERED that the deadlines for DMA Properties, Inc.'s and Longbranch Energy, LP'S Motion for Preliminary Injunction to Preserve Assets and all related deadlines shall be abated and continued pending mediation.

###

**AGREED TO BY**

CJ MULLER & ASSOCIATES, PLLC

By: _/s/ *John Muller*_____
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
Jason H. Casell
State Bar No. 24063869
jason.casell@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS


JOHNS & COUNSEL PLLC

By: _/s/ *Christopher S. Johns* (with permission)_
Christopher S. Johns
2028 E. Ben White Blvd.
Suite 240-1000
Austin, Texas 78741
512-399-3150 office
512-572-8005 fax
512-433-9598 mobile
cjohns@johnsandcounsel.com

Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com