# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

   at   us−courts.webex.com/meet/King

   on  **8/22/23 at 10:00 AM**

STATUS Hearing (related document(s): 292 Motion for Preliminary Injunction to Preserve Assets Filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc., Defendant Longbranch Energy, LP. ) Status Hearing Set For 8/22/2023 at 10:00 AM at https://us−courts.webex.com/meet/King (Castleberry, Deanna)***RESET FROM 6/29/2023 − PER ORDER GRANTING ABATEMENT AND MEDIATION***.

Dated: 6/12/23

                                            Barry D. Knight
                                          Clerk, U. S. Bankruptcy Court

**[Status Hearing Notice (AP)]** [NtcsthrgAPap]

United States Bankruptcy Court

Western District of Texas

Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
    Plaintiff

DMA Properties, Inc.,
    Defendant

Adv. Proc. No. 20-05027-rbk

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 161 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Christen Mason Hebert, Johns & Counsel PLLC, 14101 Hwy 290 West, Suite 400A, Austin, TX 78737-9376 |
| aty | + | Christopher S. Johns, JOHNS & COUNSEL PLLC, 14101 Highway 290 West, Suite 400A, Austin, TX 78737-9376 |
| aty | + | Jeffery Duke, DUKE BANISTER MILLER & MILLER, 22310 Grand Corner Drive, Suite 110, Katy, TX 77494-7467 |
| aty | + | Michael Black, BURNS & BLACK PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| aty | + | Timothy Cleveland, CLEVELAND TERRAZAS PLLC, 4611 Bee Cave Road, Suite 306B, Austin, TX 78746-5284 |
| 3pd | + | Black Duck Properties, LLC, 410 Spyglass Road, McQueeney, TX 78123-3418 |
| 3pp | | DMA Properties, Inc., c/o Burns & Black, PLLC, Burns & Black, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| intp | + | David Strolle, Granstaff Gaedke & Edgmon PC, 5535 Fredericksburg Rd # 110, San Antoino, TX 78229-3553 |
| 3pp | + | Frank Daniel Moore, 88 Wild Swan Lake, Minnesott Beach, NC 28510-8507 |
| 3pd | + | John Terrill, 12712 Arrowhead Lane, Oklahoma City, OK 73120-8829 |
| pla | | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U, 410 Spyglass Rd, McQueeney, TX 78123-3418 |
| 3pd | + | Larry Wright, 410 Spyglass Road, McQueeney, TX 78123-3418 |
| dft | | Longbranch Energy, LP, c/o Burns & Black, PLLC, Burns & Black, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 12 2023 23:00:00 | U.S. Trustees Office, P. O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | * | U.S. Trustees Office, P. O. Box 1539, San Antonio, TX 78295-1539 |
| dft | * | DMA Properties, Inc., c/o Burns & Black, PLLC, Burns & Black, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| 3pd | *+ | John Terrill, 12712 Arrowhead Lane, Oklahoma City, OK 73120-8829 |
| cd | * | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U, 410 Spyglass Rd, McQueeney, TX 78123-3418 |
| cd | * | Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U, 410 Spyglass Rd, McQueeney, TX 78123-3418 |
| 3pd | *+ | Larry Wright, 410 Spyglass Road, McQueeney, TX 78123-3418 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

20-05027-rbk Doc#303 Filed 06/14/23 Entered 06/14/23 23:23:18 Imaged Certificate of Notice Pg 3 of 4

| District/off: 0542-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 161 | Total Noticed: 14 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Austin Hammer Krist | on behalf of Third Pty Plaintif DMA Properties Inc. akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Third Pty Plaintif Frank Daniel Moore akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Interested Party Frank Daniel Moore akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Defendant DMA Properties Inc. akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Defendant Longbranch Energy LP akrist@clevelandkrist.com |
| Charles John Muller, IV | on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john.muller@cjma.law, mary.ables-miller@chamberlainlaw.com,8612883420@filings.docketbird.com |
| Charles John Muller, IV | on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john.muller@cjma.law, mary.ables-miller@chamberlainlaw.com,8612883420@filings.docketbird.com |
| Katrina Angelyn Kershner | on behalf of Defendant TRCG East TX Pipeline LLC katrina_kershner@yahoo.com |
| Laura L. Worsham | on behalf of Creditor McLeod Oil LLC lworsham@jonesallen.com, kmcdonald@jonesallen.com |
| Michael J. Black | on behalf of Defendant Longbranch Energy LP mblack@burnsandblack.com |
| Natalie F. Wilson | on behalf of Interested Party Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Defendant DMA Properties Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Third Pty Plaintif Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Third Pty Plaintif DMA Properties Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Defendant Longbranch Energy LP nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Ronald J Smeberg | on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J Smeberg | on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J. Smeberg | on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com |
| Ronald J. Smeberg | on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 12, 2023 | Form ID: 161 | Total Noticed: 14 |

Ronald J. Smeberg
    on behalf of 3rd Pty Defendant Black Duck Properties LLC ron@smeberg.com, ronaldsmeberg@yahoo.com

William P Germany
    on behalf of 3rd Pty Defendant Larry Wright wgermany@bsklaw.com terri@bsklaw.com

William P Germany
    on behalf of Interested Party Hagan Cohle wgermany@bsklaw.com terri@bsklaw.com

TOTAL: 22