# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | CHAPTER 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § | CASE NO. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | ADVERSARY NO. 20-05027 |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Longbranch Energy, LP, et al. | § § § | |
| *Counterplaintiffs*, | § § § | |
| v. | § § | ADVERSARY NO. 20-05027 |
| KrisJenn Ranch, LLC; Larry Wright, et al., | § § § | |
| *Counterdefendants*. | § § | |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

The parties respectfully request that the Court extend their existing briefing deadlines on remedies following remand of this case from the district court.

1

The parties have been engaged in continuing talks regarding settlement terms since July 21 and believe they are close to finalizing the terms of a settlement with respect to the parties' respective rights and interests in the pipeline right-of-way at issue in this case, as well as related efforts to operationalize and monetize the parties' interests in the same.

The parties now jointly move to extend their existing briefing deadlines to allow the parties to continue to finalize settlement terms in this matter. The parties believe that moving the briefing deadlines will facilitate settlement discussions, which have involved relatively complex issues regarding the transfer and operationalization of the right-of-way as between the interested parties. The Court and the parties can jointly coordinate at the status conference on November 2 regarding resetting this matter for argument if the parties cannot ultimately agree on settlement terms.

## CONCLUSION

The parties thus respectfully request that the Court extend the briefing deadlines in this case as follows:

- DMA, Moore, and Longbranch's briefing shall be due on October 25, 2023.

- Wright and KrisJenn's briefing shall be due on December 1, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher S. Johns | /s/ John Muller |
| Christopher S. Johns | C. John Muller IV |
| State Bar No. 24044849 | State Bar No. 24070306 |
| JOHNS & COUNSEL PLLC | john.muller@cjma.law |
| 2028 East Ben White Boulevard | Jason H. Casell |
| Suite 240-1000 | State Bar No. 24063869 |
| Austin, TX 78741 | jason.casell@cjma.law |
| 512-399-3150 | 111 W. Sunset Rd. |
| 512-572-8005 fax | San Antonio, TX 78209 |
| cjohns@johnsandcounsel.com | Telephone: 210-664-5000 |
| | Facsimile: 210-899-1933 |

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

*Attorneys for Debtors*

Andrew R. Seger
State Bar No. 24046815
KEY TERRELL & SEGER
4825 50th Street, Suite A
Lubbock, Texas 79414
806-793-1906
806-792-2135 fax
aseger@thesegerfirm.com

3

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*


Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, TX 77494
jduke@dbmmlaw.com
*Attorneys for Longbranch Energy*


### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with opposing counsel regarding this motion, and opposing counsel indicated that Wright and KrisJenn do not oppose this motion or the extensions sought herein.

                                       */s/ Austin H. Krist*
                                       Austin H. Krist

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

                                                   */s/ Christopher S. Johns*
                                                   Christopher S. Johns