# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/King

    on    **1/30/24 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 284 District Court Memorandum Opinion and Order by Judge Jason Pulliam, Civil Action Number: SA−21−CV−0358, Affirms in Part, Reverses in Part, and Remands (related document(s): 241 Notice of Appeal filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc., 242 Notice of Appeal filed by Austin Hammer Krist for Defendant Longbranch Energy, LP , 269 Notice of Appeal filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row) (Order entered on 3/15/2023) AND 292 Motion for Preliminary Injunction to Preserve Assets Filed by Austin Hammer Krist for Third Pty Plaintif DMA Properties, Inc., Defendant Longbranch Energy, LP. Hearing Scheduled For 1/30/2024 at 10:00 AM at https://us−courts.webex.com/meet/King. (Castleberry, Deanna)

Dated: 11/2/23

                                          Barry D. Knight
                                          Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]