**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 20-05027 |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., | § § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Longbranch Energy, LP, et al. | § § § | |
| *Counterplaintiffs*, | § § § | |
| v. | § § | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC; Larry Wright, et al., | § § § § | |
| *Counterdefendants*. | § § | |

**DMA AND LONGBRANCH'S REPLY IN SUPPORT
OF BRIEFING ON REMEDIES**

1

On November 8, DMA Properties and Daniel Moore (collectively, "DMA") and Longbranch Energy ("Longbranch") filed twenty-six pages of briefing detailing the additional remedies that they are entitled to in the wake of the district court's ruling as well as the bases for seeking such relief. In response, Wright and his entities have filed a four-page response brief which does not acknowledge or even attempt to rebut most of the points raised by DMA and Longbranch.

Notwithstanding the brevity of his response, Wright is apparently not done litigating the matters raised by this lawsuit. On January 4, 2024, DMA and Longbranch received demand letters from Rafe Schaefer—an attorney at Norton Rose Fulbright—on behalf of Wright and his *new* entity, Express H20 Pipeline & ROW, to which Wright has transferred the right-of-way at issue in this case in violation of this Court's prior orders. *See* Ex. 1 (Demand Letter). The demand letter threatens to bring claims for breach of fiduciary duty and fraud against DMA and Longbranch—arising from the same facts at issue in this lawsuit—unless DMA and Longbranch relinquish their judicially-upheld net-profits interests in the right-of-way *and* pay Wright $5 million.

The problem with Wright's demand letter is that it is threatening to assert claims that (a) have already been decided in this litigation; (b) would have been compulsory counterclaims in this litigation even if not brought; and (c) would be barred by the statute of limitations in any event. And the fact that Wright is now seeking to circumvent this Court by relitigating stale matters is yet further evidence that Wright is continuing to act in bad faith and that Wright has no intention of respecting this Court's rulings or, apparently, even its jurisdiction.

For the reasons stated in their existing briefing, DMA and Longbranch respectfully request the Court provide the relief and remedies sought therein. DMA and Longbranch also respectfully request any other relief to which they may be justly entitled at law or in equity.

Respectfully submitted,

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
COBB & JOHNS PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, TX 78741
512-399-3150
cjohns@cobbjohns.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2024, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

                                                 */s/ Christopher S. Johns*
                                                 Christopher S. Johns