# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC** | § | |
| *Debtor* | § | **Case No. 20-50805** |
| | § | |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE** | § | |
| **ROW as successors in interest to** | § | |
| **BLACKDUCK PROPERTIES, LLC,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DMA PROPERTIES, INC., and** | § | |
| **LONGBRANCH ENERGY, LP,** | § | **Adversary No. 20-05027** |
| *Defendants* | § | |

---

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** | § | |
| *Cross-Plaintiff/Third Party Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC-SERIES** | § | |
| **UVALDE RANCH, and KRISJENN** | § | |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § | **Adversary No. 20-05027** |
| **BLACK DUCK PROPERTIES, LLC,** | § | |
| **LARRY WRIGHT, and JOHN TERRILL** | § | |
| *Cross-Defendants/Third-Party* | § | |
| *Defendants* | § | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS IN INTEREST TO BLACK DUCK PROPERTIES, LLC, AND LARRY WRIGHT'S OBJECTION TO AN ISSUE RAISED BY DEFENDANTS OUTSIDE THE SCOPE OF THE <u>REMAND ORDER</u>**

1

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE RONALD B. KING:

COME NOW Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively the "Debtors"), and Larry Wright ("Wright"), and file this Objection to an Issue Raised by Defendants DMA Properties, Inc. and Longbranch Energy, LP (collectively "Defendants") Outside the Scope of the Remand Order, and in support would respectfully show the Court as follows:

## I.
## BACKGROUND

1.    The District Court remanded this case instructing this Court to "consider the damage model presented to it in the first instance and other gains-based remedies pursued at trial." Case 5:21-cv-00358-JKP [#40] at 38. There are no other issues before this Court.

2.    Under the mandate rule, a "lower court on remand must implement both the letter and the spirit of the appellate court's mandate and may not disregard the explicit directives of that court." *United States v. Matthews*, 312 F.3d 652 ,657 (5th Cir. 2002).

3.    At the last pretrial conference on November 2, 2023, Defendants accused Wright of violating the Court's order and transferring the ROW to another entity he controls. Defendants and the Court are well aware that they must file an adversary proceeding if they wish to adjudicate that matter. Accordingly, the Court ordered Defendants not to brief this issue.

4.    In blatant disregard of the Court's order, Defendants made the above argument in their Briefing on Remedies in an attempt to further besmirch Wright. DMA and Longbranch's Briefing on Remedies [#321] at 11. Debtors and Wright object to any reference by Defendants to this issue as it is well outside the scope of the remand order, and they object to trying this issue by express or implied consent. *See* Fed. R. Civ. P. 15(b)(1) and (2).

WHEREFORE, PREMISES CONSIDERED, Debtors and Wright pray that this Court sustain their Objection to an Issue Raised by Defendants DMA Properties, Inc. and Longbranch Energy, LP Outside the Scope of the Remand Order,  order that the Court will not consider during trial or in its order on remand any reference by Defendants to Wright violating the Court's order and transferring the ROW to another entity he controls, and for such further relief as the Court may deem them justly entitled.

Dated: January 29, 2024

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: _/s/ *John Muller*_____
    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law
    Jason H. Casell
    State Bar No. 24063869
    jason.casell@cjma.law
    111 W. Sunset Rd.
    San Antonio, TX 78209
    Telephone: 210-664-5000
    Facsimile: 210-899-1933
    ATTORNEYS FOR DEBTORS

BAYNE, SNELL & KRAUSE

By: /s/ *William P. Germany*
    William P. Germany
    State Bar No. 24069777
    wgermany@bsklaw.com
    1250 N.E. Loop 410, Suite 725
    San Antonio, TX 78209
    Telephone: 210-824-3278
    Facsimile: 210-824-3937
    ATTORNEY FOR THIRD-PARTY
    DEFENDANT LARRY WRIGHT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 29th day of January 2024:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov
United States Trustee


 /s/ *John Muller*          
C. John Muller IV