IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: <br> **KRISJENN RANCH, LLC** <br> *Debtor* | § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 20-50805 |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW as successors in interest to BLACKDUCK PROPERTIES, LLC,** <br> *Plaintiffs* <br><br> v. <br><br> **DMA PROPERTIES, INC., and LONGBRANCH ENERGY, LP,** <br> *Defendants* | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br> Adversary No. 20-05027 |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** <br> *Cross-Plaintiff/Third Party Plaintiff* <br><br> v. <br><br> **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW, BLACK DUCK PROPERTIES, LLC, LARRY WRIGHT, and JOHN TERRILL** <br> *Cross-Defendants/Third-Party Defendants* | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br> Adversary No. 20-05027 |

## **ORDER**

Upon consideration of Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively, the "Debtors"), and Larry Wright's ("Wright") Objections to an Issue

1

Raised by Defendants DMA Properties, Inc. and Longbranch Energy, LP's (collectively "Defendants") Outside the Scope of the Remand Order, it is the Court's Opinion that the Motion be **GRANTED.**

It is **HEREBY ORDERED** that Debtors' and Wright's Objection to an Issue Raised by Defendants Outside the Scope of the Remand Order is **SUSTAINED**, and the Court will not consider during trial or in its order on remand any reference by Defendants to Wright violating the Court's order and transferring the ROW to another entity he controls.

Dated: _____, 2024

_____
**Hon. Ronald B. King**
**Chief United States Bankruptcy Judge**

# I.
# BACKGROUND

1. The District Court remanded this case instructing this Court to "consider the damage model presented to it in the first instance and other gains-based remedies pursued at trial." Case 5:21-cv-00358-JKP [#40] at 38. There are no other issues before this Court.

2. Under the mandate rule, a "lower court on remand must implement both the letter and the spirit of the appellate court's mandate and may not disregard the explicit directives of that court." *United States v. Matthews*, 312 F.3d 652, 657 (5th Cir. 2002)

3. In their Briefing on Remedies, Defendants argue Wright violated "this Court's order and abruptly transfer[ed] the right-of-way to another entity he controls." DMA and Longbranch's Briefing on Remedies [#321] at 11. Defendants mistake the contractual obligations of the Fourth Amended Chapter 11 Plan with a court order. Chapter 11, Case No. 20-50805-rbk [#211] at 7. Defendants are compelled to file an adversary proceeding if they wish to adjudicate this matter. *In re Stratford of Texas, Inc.*, 635 F.2d 365, 368 (5th Cir. 1981) (finding that a plan of reorganization is akin to a contract between the debtor and its creditors); *In re Guardian Savs. & Loan Ass'n v. Arbors of Houston Assocs. Ltd Partnership* (*In re Arbors of Houston Assocs. Ltd. Partnership*), 172 F.3d 47, 1999 WL 17649, *3 (6th Cir. Jan 4, 1999) (holding that disputes over the meaning of a confirmed plan are settled by state contract law). As with their prior efforts to sanction Wright for not registering the ROW with the TRRC, Defendants have never pursued such claims. This is because they have been informed on multiple occasions, and once in open court, that Wright's new entity, Express H20, LLC, intends to comply with all Obligations of the Fourth Amended Chapter 11 Plan. As such, Debtors and Wright object to any reference by Defendants to this subject matter as it is well outside the scope of the remand order.

3

4. Further, in their Reply Brief on Remedies, Defendants refer to a January 4, 2023, letter received from counsel for Wright and Express H20 Pipeline & ROW, regarding potential claims against DMA and Longbranch. DMA and Longbranch's Briefing on Remedies [#323] at 2. Defendants go on to accuse Wright of "bad faith" and having "no intention of respecting this Court's rulings, or, apparently, even its jurisdiction." *Id.* As referenced above, this is yet another effort by Defendants to besmirch Wright, and as above, Debtors and Wright object to any reference by Defendants to this subject matter as it is also outside the scope of the remand order.

WHEREFORE, PREMISES CONSIDERED, Debtors and Wright pray that this Court sustain their Objections to Issues Raised by Defendants DMA Properties, Inc. and Longbranch Energy, LP Outside Scope of Remand Order and for such further relief as the Court may deem them justly entitled.

Dated: January 29, 2024         Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law
    Jason H. Casell
    State Bar No. 24063869

4

jason.casell@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933
ATTORNEYS FOR DEBTORS

BAYNE, SNELL & KRAUSE

By: /s/ *William P. Germany*
William P. Germany
State Bar No. 24069777
wgermany@bsklaw.com
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209
Telephone: 210-824-3278
Facsimile: 210-824-3937
ATTORNEY FOR THIRD-PARTY
DEFENDANT LARRY WRIGHT

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 29th day of January 2024:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov
United States Trustee

      /s/ *John Muller*
      C. John Muller IV