**The relief described herein below is SO ORDERED.**

Signed _____, 2024

_____
**Hon. Ronald B. King
Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW as successors in interest to** § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | **Adversary No. 20-05027** |
| *Defendants* § | | |

| | |
|---|---|
| **DMA PROPERTIES, INC** § | |
| *Cross-Plaintiff/Third Party Plaintiff* § | |
| § | |

1

| | |
|---|---|
| v. | § |
| | § |
| **KRISJENN RANCH, LLC,** | § |
| **KRISJENN RANCH, LLC-SERIES** | § |
| **UVALDE RANCH, and KRISJENN** | § |
| **RANCH, LLC-SERIES PIPELINE ROW,** | § Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL** | § |
| *Cross-Defendants/Third-Party* | § |
| *Defendants* | § |

## **FINAL JUDGMENT**

On January 11, 2021, came on to be heard this adversary proceeding for trial on the merits. Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively the "Debtors"), and Larry Wright ("Wright") appeared by and through counsel and announced ready for trial. Defendants DMA Properties, Inc. ("DMA") and Longbranch Energy, L.P. ("Longbranch") (collectively "Defendants") appeared by and through counsel of record and announced ready for trial.

The Court heard the testimony of witnesses, received documentary evidence, and heard arguments of counsel over the course of approximately six days. This Final Judgment is based on the record and all applicable principles.

Pursuant to FED. R. BANKR. P. 7052, It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. As to the gains-based remedies, the Court renders judgment that Longbranch and DMA take nothing.

2. All relief not granted herein is denied.

# # #

2