IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: § | | |
| § | | CHAPTER 11 |
| KrisJenn Ranch, LLC, § | | |
| § | | |
| *Debtor* § | | CASE NO. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., § | | |
| § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | |
| § | | ADVERSARY NO. 20-05027 |
| DMA Properties, Inc.; and Longbranch § | | |
| Energy, LP, et al., § | | |
| § | | |
| *Defendants*. § | | |
| § | | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Longbranch § | | |
| Energy, LP, et al. § | | |
| § | | |
| *Counterplaintiffs*, § | | |
| § | | |
| v. § | | |
| § | | ADVERSARY NO. 20-05027 |
| KrisJenn Ranch, LLC; Larry Wright, et § | | |
| al., § | | |
| § | | |
| *Counterdefendants*. § | | |

**DMA AND LONGBRANCH'S MOTION TO STRIKE
UNAUTHORIZED BRIEFING**

DMA Properties and Daniel Moore (collectively, "DMA") and Longbranch Energy ("Longbranch") move to strike the unauthorized postjudgment briefing filed by Larry Wright and the KrisJenn entities (collectively, "KrisJenn").

1

On January 30, the Court held a hearing on remedies and related issues in the wake of the remand of this case from the district court. Before the hearing, the Court set deadlines for both sides to file briefing. DMA and Longbranch's briefing was due—and that briefing was filed—on November 8, 2024. Wright and KrisJenn's briefing was due December 11, 2024, on which they filed a four-page response. The Court also stated that DMA and Longbranch were allowed (but not required) to file a reply to Wright and KrisJenn's briefing before the hearing, so on January 23, DMA and Longbranch filed a one-page reply. No other briefing was filed before the hearing.

Notwithstanding the briefing schedule set by the Court, Wright and KrisJenn have now filed 14 pages of "post-hearing briefing" in two separate briefs—the first filed on February 9 and the second filed on February 16—which attempt to raise new arguments and issues that Wright and KrisJenn (1) did not raise in their original briefing and (2) did not raise in the hearing before the Court.

DMA and Longbranch respectfully move to strike the unauthorized and untimely briefing submitted by Wright and KrisJenn after the hearing. Wright and KrisJenn did not seek leave before filing that briefing, which ignores the briefing schedule this Court set while prejudicially depriving DMA and Longbranch of a chance to respond. If the Court decides to consider any arguments raised by Wright and KrisJenn in their untimely briefing, DMA and Longbranch respectfully request that the Court instruct DMA and Longbranch to respond to those arguments before the Court enters its ruling in this matter.

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
COBB & JOHNS PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, TX 78741
512-399-3150
cjohns@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

#### CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

                                                  */s/ Christopher S. Johns*
                                                  Christopher S. Johns