IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| KRISJENN RANCH, LLC § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE § | | |
| ROW as successors in interest to § | | |
| BLACKDUCK PROPERTIES, LLC, § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| DMA PROPERTIES, INC., and § | | |
| LONGBRANCH ENERGY, LP, § | | Adversary No. 20-05027 |
| *Defendants* § | | |

| | | |
|---|---|---|
| DMA PROPERTIES, INC § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| v. § | | |
| § | | |
| KRISJENN RANCH, LLC, § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE ROW, § | | Adversary No. 20-05027 |
| BLACK DUCK PROPERTIES, LLC, § | | |
| LARRY WRIGHT, and JOHN TERRILL § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AS SUCCESSORS-IN-INTEREST TO BLACK DUCK PROPERTIES, LLC, AND LARRY WRIGHT'S <u>RESPONSE TO DMA PROPERTIES, INC. AND LONGBRANCH ENERGY, LP'S MOTION TO STRIKE UNAUTHORIZED BRIEFING</u>**

-1-

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE RONALD B. KING:

COME NOW Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively the "Debtors"), and Larry Wright ("Wright"), following this Court's hearing of the parties' arguments on January 30, 2024, and file this Response to Defendants DMA Properties, Inc. ("DMA") and Longbranch Energy, LP's ("Longbranch") (collectively "Defendants") Motion to Strike Unauthorized Briefing and in support thereof would respectfully show the Court as follows:

1.	On January 30, 2024, the Court held a brief hearing on remedies following the District Court's remand of this case to "consider the damage model presented to it in the first instance . . . and other gains-based remedies pursued at trial and the knowing participation claims against Wright's various entities." Case 5:21-cv-00358-JKP [#40] at 38. The Court ordered the parties to submit proposed judgments. At the end of the hearing, upon a request from Debtors' counsel, the Court granted permission to Debtors and Wright to file post-hearing briefing in response to Defendants' filing.

2.	Accordingly, Debtors and Wright's February 9, 2024 and February 16, 2024 filings were authorized by the Court and should not be struck.

WHEREFORE, PREMISES CONSIDERED, Debtors and Wright request that this Court deny Defendants' Motion to Strike Unauthorized Briefing and for all other relief, in law or equity, to which Debtors and Wright may be justly entitled.

Dated: February 19, 2024

-3-

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
   C. John Muller IV
   State Bar No. 24070306
   john.muller@cjma.law
   Jason H. Casell
   State Bar No. 24063869
   jason.casell@cjma.law
   111 W. Sunset Rd.
   San Antonio, TX 78209
   Telephone: 210-664-5000
   Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

BAYNE, SNELL & KRAUSE

By: /s/ *William P. Germany*
   William P. Germany
   State Bar No. 24069777
   wgermany@bsklaw.com
   1250 N.E. Loop 410, Suite 725
   San Antonio, TX 78209
   Telephone: 210-824-3278
   Facsimile: 210-824-3937

   ATTORNEY FOR THIRD-PARTY
   DEFENDANT LARRY WRIGHT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 19th day of February 2024:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@burnsandblack.com
Attorneys for Longbranch Energy, LP
and DMA Properties, Inc.

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
Attorneys for DMA Properties, Inc.

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

William Germany
BAYNE, SNELL, & KRAUSE
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
T- (210) 824-3278
F- (210) 824-3937
wgermany@bskaw.net
Attorney for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov
United States Trustee

      /s/ *John Muller*_____
      C. John Muller IV