# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: § | | Chapter 11 |
| § | | |
| KrisJenn Ranch, LLC, § | | |
| § | | |
| *Debtor* § | | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., § | | |
| § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | Adversary No. 20-05027 |
| § | | |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Longbranch Energy, LP, et al. § | | |
| § | | |
| *Counterplaintiffs*, § | | |
| § | | |
| v. § | | Adversary No. 20-05027 |
| § | | |
| KrisJenn Ranch, LLC; Larry Wright, et al., § | | |
| § | | |
| *Counterdefendants*. § | | |

## DMA AND LONGBRANCH'S UNOPPOSED MOTION
## FOR TWO-WEEK EXTENSION OF BRIEFING DEADLINES

DMA Properties, Inc. and Frank Daniel Moore (collectively, "DMA") and Longbranch Energy, LP ("Longbranch") respectfully request a two-week extension of their deadline to submit a motion for attorneys' fees. On March 26, 2024, this Court

1

entered a final judgment awarding reasonable and necessary attorneys' fees to DMA and Longbranch under the Texas Declaratory Judgment Act. Final Judgment [#329]. Under Federal Bankruptcy Rule of Procedure 7054, DMA and Longbranch's motion for attorneys' fees is currently due on April 9, 2024.

DMA and Longbranch now respectfully move to extend that deadline by two weeks to April 23, 2024. This extension is sought for several reasons. First, DMA and Longbranch are currently in the process of retrieving and collecting billing records from their prior firm (Cleveland Terrazas PLLC), which has impacted their ability to timely file a request for attorneys' fees by the current deadline. Second, DMA and Longbranch's counsel have had existing obligations that have impeded DMA and Longbranch's counsel to complete the motion for attorneys' fees by the existing deadline, including a full-day hearing on March 22 and a full-day mediation in another matter on March 28 and intensive summary-judgment briefing for yet another matter that is due in early April (as well as other briefing deadlines and an important hearing in another matter on April 10). This weekend is also Easter, and next weekend DMA's counsel will be out of town in connection with solar eclipse. While DMA and Longbranch intend to make whatever progress they can in drafting the motion for attorneys' fees as expediently as possible under the circumstances, DMA and Longbranch expect that it will take substantial time to review (and appropriately redact) invoices submitted in connection with the motion for attorneys' fees and to draft the motion and supporting declarations from counsel.

Given these circumstances, DMA and Longbranch respectfully request a two-week extension of their deadline to file a motion for attorneys' fees from April 9, 2024 to April 23, 2024. DMA and Longbranch further request that KrisJenn and Wright's briefing in response shall be due two weeks after DMA and Longbranch file their motion for attorney's fees.

The parties have conferred regarding this motion, and KrisJenn and Wright have indicated they do not oppose this motion to extend briefing deadlines.

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
COBB & JOHNS PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, TX 78741
512-399-3150
cjohns@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

### CERTIFICATE OF CONFERENCE

I hereby certify that I called opposing counsel regarding this requested extension on March 29, 2024 and April 1, 2024. Opposing counsel confirmed on April 1, 2024 that they do not oppose this motion.

*/s/ Austin H. Krist*
Austin H. Krist

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

                                                               */s/ Christopher S. Johns*
                                                               Christopher S. Johns