**The relief described hereinbelow is SO ORDERED.**

**Signed April 01, 2024.**



_____
**Ronald B. King**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER DENYING MOTION TO STRIKE**

The Court considered *DMA and Longbranch's Motion to Strike Unauthorized Briefing* (ECF No. 327) and determined that it should be denied.  It is, therefore,

**ORDERED** that the above-referenced *Motion* is hereby **DENIED.**

# # #