

The relief described hereinbelow is SO ORDERED.

Signed April 01, 2024.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC, | § § § | CASE NO. 20-50805-RBK |
| DEBTOR. | § § | CHAPTER 11 |
| | § § § | |
| KRISJENN RANCH, LLC, *ET AL.*, | § § | |
| PLAINTIFFS, | § § § | |
| v. | § § | ADVERSARY NO. 20-05027-RBK |
| DMA PROPERTIES, INC., *ET AL.*, | § § § | |
| DEFENDANTS. | § | |

**ORDER DISMISSING MOTION AS MOOT**

The Court heard *DMA and Longbranch's Motion for Preliminary Injunction to Preserve Assets* (ECF No. 292) and determined that it should be dismissed as moot. It is, therefore,

**ORDERED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT.**

# # #