# List of Parties to Appeal

*20-5027 In re Krisjenn Ranch, LLC, et al v. DMA Properties, Inc. et al*

## Notice of Appeal – CM/ECF Doc. 342

**Appellants:**

| | | |
|---|---|---|
| **KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC- Series Pipeline Row**<br><br>*(Appellants / Plaintiffs / Third-Party Defendants)* | Represented by | **Charles John Muller, IV**<br>CJ Muller & Associates, PLLC<br>111 W. Sunset Road<br>San Antonio, TX 78209<br>210-664-5000<br>Email: john.muller@cjma.law |

**Appellees:**

| | | |
|---|---|---|
| **DMA Properties, Inc.**<br><br>*(Appellee / Defendant / Third-Party Plaintiff)* | Represented by | **Natalie F. Wilson**<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br>(210) 736-6600<br>(210) 735-6889 (fax)<br>nwilson@langleybanack.com<br><br>**Timothy Cleveland**<br>**Austin Hammer Krist**<br>Cleveland Krist, PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>512-689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>**Christopher S. Johns**<br>Cobb & Johns, PLLC<br>14101 Highway 290 West Suite 400A<br>Austin, TX 78737<br>512-399-3150<br>512-572-8005 (fax)<br>cjohns@cobbjohns.com |

| | | |
|---|---|---|
| **Longbranch Energy, LP**<br><br>*(Defendant / Appellee)* | Represented by | **Michael J. Black**<br>Burns & Black PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>210 829 2022<br>210 829 2021 (fax)<br>mblack@burnsandblack.com<br><br>**Timothy Cleveland**<br>**Austin Hammer Krist**<br>Cleveland Krist, PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>512-689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>**Christopher S. Johns**<br>Cobb & Johns, PLLC<br>14101 Highway 290 West Suite 400A<br>Austin, TX 78737<br>512-399-3150<br>512-572-8005 (fax)<br>cjohns@cobbjohns.com |
| **Frank Daniel Moore**<br>88 Wild Swan Lake<br>Minnesott Beach, NC 28510<br><br>*(Appellee / Defendant / Third-Party Plaintiff)* | Represented by | **Natalie F. Wilson**<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br>(210) 736-6600<br>(210) 735-6889 (fax)<br>nwilson@langleybanack.com<br><br>**Timothy Cleveland**<br>**Austin Hammer Krist**<br>Cleveland Krist, PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>512-689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>**Christopher S. Johns**<br>Cobb & Johns, PLLC<br>14101 Highway 290 West Suite 400A<br>Austin, TX 78737 |

| | | |
|---|---|---|
| | | 512-399-3150<br>512-572-8005 (fax)<br>cjohns@cobbjohns.com |
| **Larry Wright**<br><br>**(Appellee / Third-Party Defendant)** | Represented by | **William P. Germany**<br>Germany Law, PLLC<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>210-824-3278<br>Fax: 210-824-3937<br>william@germanlaw.com |
| **John Terrill**<br>12712 Arrowhead Lane<br>Oklahoma City, OK  73120<br><br>**(Appellee / Third-Party Defendant)** | Represented by | **Pro Se** |

## Interested Party:

| | | |
|---|---|---|
| **United States Trustee - SA12**<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br>(210) 472-4640<br>USTPRegion07.SN.ECF@usdoj.gov<br><br>**(UST / Interested Party)** | Represented by | **Erin Coughlin**<br>DOJ-UST<br>615 East Houston Street<br>Suite 533<br>San Antonio, TX 78205<br>210-472-4640<br>erin.coughlin@usdoj.gov |

3