# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | | |
|---|---|---|
| IN RE: **KrisJenn Ranch, LLC**, Debtor(s) | Bankruptcy Case No.: | 20–50805–rbk |
| | Chapter No.: | 11 |

| | | |
|---|---|---|
| **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row** | | |
| Plaintiff | Adversary Proceeding No.: | 20–05027–rbk |
| v. | Judge: | Ronald B King |
| **DMA Properties, Inc. et al.** | | |
| Defendant | | |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Adversary Proceeding No.: 20–05027–rbk . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Plaintiffs Krisjenn Ranch, LLC, Krisjenn Ranch, LLC Series Uvalde Ranch, and Krisjenn Ranch, LLC Series Pipeline Row.**, relates to:

CM/ECF Doc. 110 entered 10/21/2020 – Order regarding [41] Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments filed by Austin Hammer Krist for Third Pty Plaintiff DMA Properties, Inc.
CM/ECF Doc. 236 entered 3/24/2021 – Judge's Opinion [1] Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP).
CM/ECF Doc. 237 entered 3/24/2021 Final Judgment [1] Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP).
CM/ECF Doc. 329 entered 3/26/2024 Final Judgment After Remand.
CM/ECF Doc. 330 entered 3/26/2024 Opinion After Remand.

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Docket Sheet; List of Parties |

**REMARKS**:

Dated: 4/9/24

                                                              Barry D. Knight
                                                         Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

**[LtrTrnNtcDCAP]** [LtrTrnNtcDCAP]