# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | CHAPTER 11 |
| KrisJenn Ranch, LLC, et al., | § § | |
| *Debtor.* | § | CASE NO. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | ADVERSARY NO. 20-05027 |
| DMA Properties, Inc., et al., | § § | |
| *Defendants.* | § § § | |

### DMA PROPERTIES, INC., FRANK DANIEL MOORE, AND LONGBRANCH ENERGY, LP'S
### NOTICE OF APPEAL

TO THE HONORABLE COURT:

1. Pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, Defendants/Third-Party Plaintiffs DMA Properties, Inc. and Frank Daniel Moore and Defendant Longbranch Energy, LP hereby appeal to the United States District Court for the Western District of Texas from the Final Judgment After Remand [Dkt. 329] and the accompanying Opinion After Remand [Dkt. 330] entered by the United States Chief Bankruptcy Judge Ronald B. King on March 26, 2024, in the above-referenced adversary proceeding.

2. **Parties**. The names of all parties to the foregoing Judgment After Remand and Opinion After Remand appealed from—and the names, addresses, and telephone numbers

of their respective attorneys—are as follows:

    a.    Cross-Appellants/Appellees/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP are represented by:

    Christopher S. Johns
    Bill Cobb
    Michael Cotton
    COBB & JOHNS PLLC[1]
    13341 West U.S. Hwy. 290
    Building 2
    Austin, Texas 78737
    512-399-3150
    512-572-8005 fax
    chris@cobbjohns.com
    bill@cobbjohns.com
    michael@cobbjohns.com

    Timothy Cleveland
    Austin Krist
    CLEVELAND | KRIST PLLC[2]
    303 Camp Craft Road
    Suite 325
    West Lake Hills, Texas 78746
    737-900-7107
    tcleveland@clevelandkrist.com
    akrist@clevelandkrist.com

    Natalie F. Wilson
    LANGLEY & BANACK, INC.
    745 East Mulberry
    Suite 700
    San Antonio, Texas 78212
    210-736-6600
    210-735-6889 fax
    nwilson@langleybanack.com

    (DMA Properties, Inc. and Moore only)

---

[1] Formerly Johns & Counsel PLLC.
[2] Formerly Cleveland Terrazas PLLC.

        Michael J. Black
        BURNS & BLACK, PLLC
        750 Rittiman Road
        San Antonio, Texas 78209-5500
        210-829-2020
        210-829-2021 fax
        mblack@burnsandblack.com

        (Longbranch Energy, LP only)

        Jeffrey Duke
        JF DUKE & ASSOCIATES
        11819 Great Oaks Drive
        College Station, Texas 77494
        979-578-3808
        jdukelaw@gmail.com

        (Longbranch Energy, LP only)

b.    Cross-Appellees/Appellants/Plaintiffs/Counter-Defendants/Third-Party Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline Row and Appellees/Third-Party Defendants Black Duck Properties, LLC and Larry Wright are represented by:

        C. John Muller, IV
        CJ MULLER & ASSOCIATES, PLLC
        111 W. Sunset Rd.
        San Antonio, Texas 78209
        210-664-5000
        john.muller@cjma.law

        Ronald J. Smeberg
        THE SMEBERG LAW FIRM, PLLC
        4 Imperial Oaks
        San Antonio, Texas 78248
        210-695-6684
        210-598-7357 fax
        ron@smeberg.com

        (Black Duck Properties, LLC only)

       William P Germany
       GERMANY LAW
       1250 NE Loop 410
       Suite 725
       San Antonio, Texas 78209
       210-824-3278
       210-824-3937 fax
       william@germanylaw.com

       (Larry Wright only)

   c.   Appellee/ Third-Party Defendant John Terrill, *pro se*

       John Terrill
       12712 Arrowhead Lane
       Oklahoma City, Oklahoma 73120

3.   **Opinion and Judgment appealed from:** The Final Judgment After Remand [Dkt. 329] and Opinion After Remand [Dkt. 330] entered on March 26, 2024 in the above-captioned case are attached as **Exhibit A** and **Exhibit B**, respectively.

        Respectfully submitted,

        /s/ *Christopher S. Johns*
        Christopher S. Johns
        Texas Bar No. 24044849
        Bill Cobb
        Texas Bar No. 00796372
        Michael Cotton
        Texas Bar No. 24116229
        COBB & JOHNS PLLC
        13341 West U.S. Hwy. 290
        Building 2
        Austin, Texas 78737
        512-399-3150
        512-572-8005 fax
        chris@cobbjohns.com
        bill@cobbjohns.com
        michael@cobbjohns.com

        /s/ *Timothy Cleveland*
        Timothy Cleveland
        Texas Bar No. 24055318
        Austin Krist
        Texas Bar No. 24106170
        CLEVELAND | KRIST PLLC
        303 Camp Craft Road
        Suite 325
        West Lake Hills, Texas 78746
        737-900-7107
        tcleveland@clevelandkrist.com
        akrist@clevelandkrist.com

        *Attorneys for Cross-Appellants/Appellees DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2024, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

                                                                                                      */s/ Austin H. Krist*
                                                                                                      Austin H. Krist