# List of Parties to Appeal

### 20-5027 In re Krisjenn Ranch, LLC, et al v. DMA Properties, Inc. et al

## Notice of Appeal – CM/ECF Doc. 344

## Appellants:

| | | |
|---|---|---|
| **DMA Properties, Inc.**<br><br>*(Appellant / Defendant / Third-Party Plaintiff)* | Represented by | **Christopher S. Johns**<br>Cobb & Johns, PLLC<br>14101 Highway 290 West Suite 400A<br>Austin, TX 78737<br>512-399-3150<br>512-572-8005 (fax)<br>cjohns@cobbjohns.com<br><br>**Timothy Cleveland**<br>**Austin Hammer Krist**<br>Cleveland Krist, PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>512-689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>**Natalie F. Wilson**<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br>(210) 736-6600<br>(210) 735-6889 (fax)<br>nwilson@langleybanack.com |
| **Frank Daniel Moore**<br>88 Wild Swan Lake<br>Minnesott Beach, NC 28510<br><br>*(Appellant / Third-Party Plaintiff)* | Represented by | **Christopher S. Johns**<br>Cobb & Johns, PLLC<br>14101 Highway 290 West Ste. 400A<br>Austin, TX 78737<br>512-399-3150<br>512-572-8005 (fax)<br>cjohns@cobbjohns.com<br><br>**Timothy Cleveland**<br>**Austin Hammer Krist**<br>Cleveland Krist, PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>512-689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com |

| | | |
|---|---|---|
| | | **Natalie F. Wilson**<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br>(210) 736-6600<br>(210) 735-6889 (fax)<br>nwilson@langleybanack.com |
| **Longbranch Energy, LP**<br><br>*(Appellant / Defendant)* | Represented by: | **Michael Black**<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>210-829-2022<br>210-829-2021 (fax)<br>mblack@burnsandblack.com |

## Appellees:

| | | |
|---|---|---|
| **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row**<br><br>*(Appellee / Plaintiff / Counter Defendant)* | Represented by | **Charles John Muller, IV**<br>Chamberlain Hrdlicka White Williams & Au<br>111 W Sunset Rd<br>San Antonio, TX 78209<br>210-664-5000<br>john.muller@cjma.law |
| **Black Duck Properties, LLC**<br><br>*(Appellee / Third-Party Defendant)* | Represented by | **Ronald J. Smeberg**<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>(210) 695-6684<br>(210) 598-7357 (fax)<br>ron@smeberg.com |
| **Larry Wright**<br><br>*(Appellee / Third-Party Defendant)* | Represented by | **William P. Germany**<br>Germany Law, PLLC<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>210-824-3278<br>Fax: 210-824-3937<br>william@germanlaw.com |
| **John Terrill**<br>12712 Arrowhead Lane<br>Oklahoma City, OK  73120<br><br>*(Appellee / Third-Party Defendant)* | Represented by | **Pro Se** |

**Interested Party:**

| United States Trustee - SA12 | | Erin Coughlin |
|---|---|---|
| US Trustee's Office | Represented by | DOJ-UST |
| 615 E Houston, Suite 533 | | 615 East Houston Street |
| San Antonio, TX 78295-1539 | | Suite 533 |
| (210) 472-4640 | | San Antonio, TX 78205 |
| USTPRegion07.SN.ECF@usdoj.gov | | 210-472-4640 |
| | | erin.coughlin@usdoj.gov |
| *(UST / Interested Party)* | | |