# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | | |
|---|---|---|
| IN RE: **KrisJenn Ranch, LLC** , Debtor(s) | Bankruptcy Case No.: | 20–50805–rbk |
| | Chapter No.: | 11 |

| | | |
|---|---|---|
| **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row** | | |
| Plaintiff | Adversary Proceeding No.: | 20–05027–rbk |
| v. | Judge: | Ronald B King |
| **DMA Properties, Inc. et al.** | | |
| Defendant | | |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Adversary Proceeding No.: 20–05027–rbk . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Defendant/Third–Party Plaintiff DMA Properties, Inc., Third–Party Plaintiff Frank Daniel Moore, Defendant Longbranch Energy, LP**, relates to:

CM/ECF Doc. 329 entered 3/26/2024 Final Judgment After Remand
CM/ECF Doc. 330 entered 3/26/2024 Opinion After Remand

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Docket Sheet; List of Parties |

**REMARKS**:

Dated: 4/10/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Bridget Hardage , Deputy Clerk

**[LtrTrnNtcDCAP]** [LtrTrnNtcDCAP]