# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**IN RE:**

| | |
|---|---|
| **KRISJENN, RANCH, LLC, DBA as KRISJENN RANCH, LLC-SERIES UVALDE RANCH; and KRISJENN RANCH, LLC SERIES PIPELINE ROW,** | Bankruptcy Case No. 20-50805-RBK (CHAPTER 11) |
| *Debtors,* | |
| **DMA PROPERTIES, INC., et al.,** | |
| *Appellees,* | |
| v. | Adversary No. 20-5027-RBK |
| **KRISJENN RANCH, LLC, et al.,** | |
| *Appellants.* | |

### KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW'S MOTION FOR LEAVE OF COURT TO FILE DESIGNATION OF TRANSCRIPT, DESIGNATION OF ITEMS FOR APPELLATE RECORD, AND STATEMENT OF ISSUES

TO THE HONORABLE BANKRUPTCY JUDGE RONALD B. KING:

COME NOW Plaintiffs and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Appellants") and file their First Motion for Leave of Court to File Designation of Transcript, Designation of Items for Appellate Record, and Statement of Issues and would show the Corut as follows:

1. Appellants filed their Notice of Appeal on April 5, 2024. The deadline to file a designation of transcript, designation of items for appellate records, and statement of the

issues was due April 19, 2024.

2.   On April 23, 2024, DMA Properties, Inc. Frank Daniel Moore (collectively "DMA"), Longbranch Energy, LP ( "Longbranch") filed their Motion for Attorney's Fees.

3.   Appellants' response to DMA and Longbranch's Motion for Attorney's Fees is due May 7, 2024.

4.   Appellants request the deadline to submit their designation of transcript, designation of items for appellate records, and statement of issues be extended until two weeks after the final ruling on DMA and Longbranches' Motion for Attorney Fees is entered.

5.   This case is not final because the Court has not ruled on attorney's fees. Appellant's Notice of Appeal should be treated as filed on the date the Court enters judgment on the remaining issue of attorney's fees. FED R. APP. PRO. 4(a)(2).

WHEREFORE, PREMISES CONSIDERED, Appellants request the court grant them leave of the Court and extend the deadline to file their designation of transcript, designation of items for appellate records, and statement of issues until two weeks after the ruling of DMA and Longbranches' Motion for Attorney's Fees is entered, and grant other such relief to which Appellants may be entitled.

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
   C. John Muller IV
   State Bar No. 24070306
   john.muller@cjma.law
   111 W. Sunset Rd.
   San Antonio, TX 78209
   Telephone: 210-664-5000
   Facsimile: 210-899-1933

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 26th day of April 2024:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

William Germany
william@germanylaw.com
GERMANY LAW, PLLC
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
Telephone:  (210) 824-3278

Attorneys for Larry Wright

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee

  /s/ *John Muller*
C. John Muller IV