

**The relief described hereinbelow is SO ORDERED.**

**Signed May 03, 2024.**

                                                         _____
                                                          **Ronald B. King**
                                                   **United States Bankruptcy Judge**

 

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **IN RE:** | |
| **KRISJENN, RANCH, LLC, DBA as KRISJENN RANCH, LLC-SERIES UVALDE RANCH; and KRISJENN RANCH, LLC SERIES PIPELINE ROW,** | Bankruptcy Case No. 20-50805-RBK (CHAPTER 11) |
| *Debtors,* | |
| **DMA PROPERTIES, INC., et al.,** | |
| *Appellees*, | |
| v. | Adversary No. 20-5027-RBK |
| **KRISJENN RANCH, LLC, et al.,** | |

1

### ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW'S MOTION FOR LEAVE

On this date came on to be considered Plaintiff, Counter-Defendants, and Appellants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row's Motion for Leave of Court to File Designation of Transcript, Designation of Items for Appellate Record, and Statement of Issues.

After considering the motion and any arguments of counsel, the Court hereby GRANTS the motion.

**IT IS THEREFORE ORDERED** The Court heard the testimony of witnesses, received documentary evidence, and heard arguments of counsel over the course of approximately six days. This Final Judgment is based on the record and all applicable principles.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Appellants request for leave is GRANTED.

2. Appellants deadline to submit their designation of transcript, designation of items for appellate records, and statement of issues shall be extended until two weeks after the final ruling on DMA and Longbranches' Motion for Attorney's Fees is entered.

3. All relief not granted herein is denied.

#   #   #