# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: § | | |
| § | C|HAPTER 11 |
| KrisJenn Ranch, LLC, et al., § | | |
| § | | |
| *Debtor*. § | C|ASE NO. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., § | | |
| § | | |
| *Appellants/Cross-Appellees*, § | | |
| § | | |
| v. § | | |
| § | A|DVERSARY NO. 20-05027 |
| DMA Properties, Inc., et al., § | | |
| § | | |
| *Appellees/Cross-Appellants*. § | | |

**JOINT CONSOLIDATED STATEMENT OF ISSUES AND DESIGNATION OF ITEMS FOR APPELLATE RECORD FOR DMA PROPERTIES, FRANK DANIEL MOORE, AND LONGBRANCH ENERGY**

Cross-Appellants/Counter-Plaintiffs/Third-Party Plaintiffs DMA Properties Inc., Frank Daniel Moore, and Longbranch Energy, LP appeal the Bankruptcy Court's denial (Doc. 329; Doc. 330) of relief and remedies sought (Doc. 321) for Larry Wright's breach of fiduciary duties, and for the Wright entities' knowing participation in the breaches of those fiduciary duties, with such denied relief and remedies including but not limited to:

(1) disgorgement of, and imposition of a constructive trust on, Wright's direct and (through his entities) indirect interests in the pipeline right-of-way and any proceeds from the same and,

1

(2) in the alternative to those gain-based remedies, damages resulting from Wright's and his entities' actions concerning DMA's and Longbranch's interests in the right-of-way.

This issue is intended to cover all reasonably related subsidiary issues, including but not limited to whether the Bankruptcy Court's decision was based on an erroneous conclusion or application of the law and whether sufficient, substantial, or any evidence supports the Bankruptcy Court's decision on this issue.

Additionally, pursuant to Federal Rule of Bankruptcy Procedure 8009, DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP (together, the "Cross-Appellants"), cross-appellants in the appeal noticed on April 9, 2024 (Doc. 344), submit this Cross-Appellants' Designation of Items to be Included in the Record on Appeal ("Cross-Appellants' Designation of Record") in the above-captioned case and respectfully requests that the Clerk forward the items listed herein to the District Court for inclusion in the record in connection with the appeal.

Cross-Appellants reserve the right to supplement this Cross-Appellants' Designation of Record.

Cross-Appellants respectfully designate the items listed below (including all exhibits and other attachments, certificates, and submissions attached thereto) to be included in the appellate record:

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 1 | Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment | 05/01/2020 |
| 1. | 3 | Amended Complaint | 05/05/2020 |
| 1. | 5 | Answer to Complaint | 06/01/2020 |
| 1. | 6 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third- Party Complaint against John Terrill, | 06/01/2020 |

2

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Black Duck Properties, LLC, Larry Wright (Krist, Austin) | |
| 1. | 9 | Frank Daniel Moore's Unopposed Motion to Intervene for Interested Party Frank Daniel Moore. Modified on 6/8/2020 | 06/05/2020 |
| 1. | 11 | Order Regarding (related document(s): 9 Motion to Intervene for Interested Party Frank Daniel Moore. | 06/08/2020 |
| 1. | 14 | Counterclaim against Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Third- Party Complaint against John Terrill, Larry Wright (Krist, Austin) | 06/12/2020 |
| 1. | 17 | Statement Regarding Consent filed by Ronald J. Smeberg for 3rd Pty Defendant Black Duck Properties, LLC, Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series | 06/24/2020 |
| 1. | | Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | |
| 1. | 18 | Statement Regarding Consent for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore | 06/24/2020 |
| 1. | 20 | Answer to Counterclaim | 06/29/2020 |
| 1. | 21 | Answer and Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims | 07/06/2020 |
| 1. | 28 | Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. | 07/24/2020 |
| 1. | 39 | Third-Party Defendant Larry Wright's Answer and Affirmative Defenses to Third-Party Plaintiff DMA Properties, INC.'S Third-Party Claims | 08/14/2020 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 40 | Third-Party Defendant Larry Wright's Answers and Affirmative Defenses to Frank Daniel Moore's Third-Party Claims | 08/14/2020 |
| 1. | 41 | Motion for Partial Summary Judgment on DMA's Ownership Interest in the Bigfoot Note Payments | 08/14/2020 |
| 1. | 60 | Answer And Affirmative Defenses to Frank Daniel Moore's Counterclaims and Third-Party Claims | 09/09/2020 |
| 1. | 61 | First Amended Answer and Affirmative Defenses to Third Party Plaintiff DMA Properties, Inc.'s Complaint | 09/09/2020 |
| 1. | 66 | Response filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc.) | 09/14/2020 |
| 1. | 68 | DMA Properties, Inc.'s Witness & Exhibit List for Hearing on September 22, 2020 filed by Natalie F. Wilson for Defendant DMA Properties, Inc., Third Pty Plaintiff DMA Properties, Inc. (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net- Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. | 09/15/2020 |
| 1. | 72 | Reply for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore (related document(s): 28 Motion for Partial Summary Judgment on the Interpretation of DMA's Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc. | 09/21/2020 |
| 1. | 74 | Order Denying Motion (related document(s): 28 Motion for Partial Summary Judgment on | 09/22/2020 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | the Interpretation of DMA′s Net-Profits Interest Agreement for Third Pty Plaintiff DMA Properties, Inc.) (Order entered on 9/22/2020) | |
| 1. | 89 | Response | 10/06/2020 |
| 1. | 90 | Supplement To Krisjenn Ranch, LLC Krisjenn Ranch, LLC-Series Uvalde Ranch, And Krisjenn Ranch, LLC Series Pipeline Row, As Successors in Interest to Black Duck Properties, LLC s Response to DMA Properties, Inc.'s Motion for Partial Summary Judgment on DMAs Ownership Interest in The Bigfoot Note Payments | 100/7/2020 |
| 1. | 93 | Reply for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore | 10/12/2020 |
| 1. | 95 | Objection | 10/12/2020 |
| 1. | 100 | Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. Modified on 10/15/2020 | 10/14/2020 |
| 1. | 101 | Unopposed Motion for Leave to Amend for Defendant Longbranch Energy, LP. | 10/14/2020 |
| 1. | 110 | Order regarding (related document(s): 41 Motion for Partial Summary Judgment on DMA′s Ownership Interest in the Bigfoot Note Payments | 10/21/2020 |
| 1. | 122 | Second Amended Answer and Affirmative Defenses to Third Party Plaintiff DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint | 10/28/2020 |
| 1. | 123 | Second Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Counterclaims and Third-Party Claims | 10/28/2020 |
| 1. | 124 | Objection Filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series | 10/28/2020 |

5

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | | Pipeline Row. (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. | |
| 1. | 138 | Second Amended Adversary Complaint | 11/02/2020 |
| 1. | 139 | Counterclaims and Third-Party Claims for Defendant Longbranch Energy, LP | 11/03/2020 |
| 1. | 140 | Notice of Withdrawal of Document filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 138 Second Amended Adversary Complaint filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): 1 Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP (Filing Fee: $ 350.00) (Nature(s) of Suit:(91 (Declaratory judgment)), (21 (Validity, priority or extent of lien or other interest in property))). | 11/03/2020 |
| 1. | 141 | Second Amended Complaint for Plaintiff | 11/03/2020 |
| 1. | 143 | Order Vacating Prior Order | 11/04/2020 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 152 | Order Granting in Part, Denying in Part Longbranch's Unopposed Motion for Leave to Amend (related document(s): 101 Unopposed Motion for Leave to Amend for Defendant Longbranch Energy, LP. | 11/09/2020 |
| 1. | 154 | Order Granting in Part, Denying in Part (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore) (Order entered on 11/12/2020) | 11/12/2020 |
| 1. | 155 | Order Dismissing Objections as Moot (related document(s): 124 Objection filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. (related document(s): 100 Unopposed Motion for Leave to Amend Pleadings for Defendant DMA Properties, Inc., Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore)) (Order entered on 11/12/2020) | 11/12/2020 |
| 1. | 161 | Motion to Dismiss New Counterclaims Under Rule 12(b)(6) for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore. Modified on 11/17/2020 | 11/16/2020 |
| 1. | 162 | Larry Wright's Answer & Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Third-Party Claims | 11/17/2020 |
| 1. | 163 | Answer And Affirmative Defenses to Third Party Plaintiff Longbranch Energy, LP's Counterclaims and Third-Party Claims. | 11/18/2020 |
| 1. | 172 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintiff DMA Properties, Inc. (Krist, Austin) | 11/30/2020 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 173 | Amended Counterclaims and Third-Party Claims for Third Pty Plaintiff Frank Daniel Moore (Krist, Austin) | 11/30/2020 |
| 1. | 177 | Response for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. | 12/04/2020 |
| 1. | 182 | Order Denying Motion (related document(s): [161] Motion to Dismiss New Counterclaims Under Rule 12(b)(6) for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore (related document(s): [138] Second Amended Adversary Complaint filed by Ronald J. Smeberg for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (related document(s): [1] Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP)) (Order entered on 12/8/2020) | 12/08/2020 |
| 1. | 186 | Debtors' Third Answer to Moore's Amended Counterclaims and Third-Party Complaint | 12/14/2020 |
| 1. | 187 | Debtors' Third Answer to DMA Properties, Inc.'s Amended Counterclaims and Third-Party Complaint | 12/14/2020 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 188 | 3rd Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to DMA Properties, Inc.'s Amended Third-Party Claims | 12/14/2020 |
| 1. | 189 | Third-Party Defendant Larry Wright's 2nd Amended Answer and Affirmative Defenses to Frank Daniel Moore's Amended Third-Party Claims | 12/14/2020 |
| 1. | 197 | Answer for Defendant DMA Properties, Inc | 12/23/2020 |
| 1. | 198 | Answer for Defendant Longbranch Energy, LP. | 12/23/2020 |
| 1. | 199 | Proposed Pre-Trial Order for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP | 12/30/2020 |
| 1. | 201 | Response for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore. | 01/04/2021 |
| 1. | 202 | Debtor Plaintiff and Third-Party Defendant's Exhibit and Witness List for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde | 01/04/2021 |
| 1. |  | Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row |  |
| 1. | 203 | Proposed Pre-Trial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/04/2021 |
| 1. | 204 | Exhibit List for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/04/2021 |
| 1. | 205 | Proposed Findings of Fact and Conclusions of Law for Third Pty Plaintiffs DMA Properties, | 01/04/2021 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP | |
| 1. | 206 | Order Regarding (related document(s): [200] Motion for Leave to File Third Amended Complaint for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. | 01/05/2021 |
| 1. | 208 | Deposition Designations for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore | 01/05/2021 |
| 1. | 209 | Amended Deposition Designations for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore | 01/06/2021 |
| 1. | 215 | Modified Debtor Plaintiff and Third-Party Defendant's Exhibit and Witness List for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/08/2021 |
| 1. | 216 | Modified Proposed Pre-Trial Order for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 01/08/2021 |
| 1. | 217 | KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Pipeline ROW, KrisJenn Ranch, LLC-Series Uvalde Ranch and Larry Wright's | 01/08/2021 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Proposed Findings of Fact and Conclusions of Law | |
| 1. | 220 | Amended Exhibit List for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiff Frank Daniel Moore | 01/10/2021 |
| 1. | 221 | Deposition Designations from Deposition of Adam McLeod for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/15/2021 |
| 1. | 222 | Deposition Designations from Deposition of Larry Wright in his capacity as Corporate Representative of KrisJenn Ranch, LLC for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP | 01/15/2021 |
| 1. | 225 | Transcript regarding Hearing Held 1/11/21 | 02/09/2021 |
| 1. | 226 | Transcript regarding Hearing Held 1/12/21 | 02/09/2021 |
| 1. | 227 | Transcript regarding Hearing Held 1/13/21 | 02/09/2021 |
| 1. | 228 | Transcript regarding Hearing Held 1/21/21 | 02/10/2021 |
| 1. | 229 | Transcript regarding Hearing Held 1/15/21 | 02/11/2021 |
| 1. | 230 | Exhibit Index and Witness List for Hearing Held on February 11, 2021 (related document(s): [1] Adversary case 20-05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP) | 02/11/2021 |
| 1. | 236 | Judge's Opinion | 03/24/2021 |
| 1. | 237 | Final Judgment | 03/24/2021 |
| 1. | 240 | DMA Properties Motion for Attorneys' Fees and Motion to Amend Judgment | 04/07/2021 |
| 1. | 241 | Notice of Appeal for Third Pty Plaintiff DMA Properties, Inc. | 04/07/2021 |
| 1. | 242 | Notice of Appeal for Defendant Longbranch Energy, LP | 04/07/2021 |
| 1. | 251 | KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row, and Larry Wright's Response in Opposition to Motion for | 04/21/2021 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Attorneys' Fees and Motion to Amend Judgment | |
| 1. | 258 | Transcript regarding Hearing Held 2/11/21 | 06/01/2021 |
| 1. | 267 | Order Granting in Part, Denying in Part DMA Properties' Motion for Attorneys' Fees and Motion to Amend Judgment7 | 08/06/2021 |
| 1. | 269 | Notice of Appeal filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 08/13/2021 |
| 1. | 270 | Notice to District Court of Filing of Notice of Appeal. Appeal filed by Debtors/Plaintiffs/Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC Series Uvalde Ranch, and Krisjenn Ranch, LLC Series Pipeline Row. Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 5:20-ap-5027 | 08/17/2021 |
| 1. | 272 | First Amended Notice of Appeal filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 08/20/2021 |
| 1. | 275 | Transmission of Record on Appeal to District Court. | 08/20/2021 |
| 1. | 276 | Transmission of Addendum to Record on Appeal to District Court. | 08/24/2021 |
| 1. | 280 | Court Entry: District Court Order Consolidating Cases 5:21-cv-0359 and 5:21-cv-775 under 5:21-cv-0358-JKP as lead case. | 09/20/2021 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 281 | Transmission of Record on Appeal to District Court. | 09/20/2021 |
| 1. | 283 | Transmission of Addendum to Record on Appeal to District Court. | 10/29/2021 |
| 1. | 284 | District Court Memorandum Opinion and Order by Judge Jason Pulliam, Civil Action Number: SA-21-CV- 0358, Affirms in Part, Reverses in Part, and Remands | 03/15/2023 |
| 1. | 285 | District Court Final Judgment by Judge Jason Pulliam, Civil Action Number: SA-21-CV-0358 | 03/15/2023 |
| 1. | 286 | Notice of Appeal filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 03/28/2023 |
| 1. | 287 | Order Dismissing Notice of Appeal and Refunding Fee | 03/21/2023 |
| 1. | 289 | Motion for Status Hearing filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (Muller, Charles) | 05/19/2023 |
| 1. | 290 | STATUS Hearing to Consider and Act Upon the Following: (related document(s): 284 District Court Memorandum Opinion and Order by Judge Jason Pulliam, Civil Action Number: SA-21-CV-0358, Affirms in Part, Reverses in Part, and Remands | 05/23/2023 |
| 1. | 292 | Motion for Preliminary Injunction to Preserve Assets Filed by Austin Hammer Krist for Third Pty Plaintiff DMA Properties, Inc., Defendant Longbranch Energy, LP. | 05/31/2023 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | 297 | USCA Order Dismissing Appeal for Lack of Jurisdiction | 06/05/2023 |
| 1. | 321 | DMA and Longbranch's Briefing on Remedies Filed by Austin Hammer Krist for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP. | 11/08/2023 |
| 1. | 322 | RESPONSE TO DMA AND LONGBRANCHS BRIEFING ON REMEDIES filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (Muller, Charles) | 12/11/2023 |
| 1. | 323 | Response Filed by Austin Hammer Krist for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP. | 01/23/2024 |
| 1. | 324 | Objection To An Issue Raised By Defendants Outside The Scope of the Remand Order Filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. | 01/29/2024 |
| 1. | 325 | Post-Hearing Brief on Remedies filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn | 02/09/2024 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | |
| 1. | 326 | Supplemental Brief/Memorandum of Law In filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. | 02/16/2024 |
| 1. | 327 | Motion to Strike Unauthorized Briefing Filed by Austin Hammer Krist for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP. | 02/16/2024 |
| 1. | 328 | Response to Motion to Strike Unauthorized Briefing filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (Muller, Charles) | 02/19/2024 |
| 1. | 329 | Final Judgment After Remand (related document(s): 3 Amended Complaint filed by Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 03/26/2024 |
| 1. | 330 | Opinion After Remand (related document(s): 3 Amended Complaint filed by Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | 03/26/2024 |
| 1. | 334 | Order Denying Dkt #s 327, 292, and 326 (Order entered on 4/1/2024) | 04/01/2024 |
| 1. | 342 | Notice of Appeal Filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn | 04/05/2024 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| | | Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row | |
| 1. | 343 | Notice to District Court of Filing of Notice of Appeal. Appeal filed by Plaintiffs Krisjenn Ranch, LLC, Krisjenn Ranch, LLC Series Uvalde Ranch, and Krisjenn Ranch, LLC Series Pipeline Row. Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 5:20-ap- 5027 | 04/09/2024 |
| 1. | 344 | Notice of Appeal Filed by Austin Hammer Krist for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Interested Party Frank Daniel Moore | 04/09/2024 |
| 1. | 345 | Notice to District Court of Filing of Notice of Appeal. Appeal filed by Defendant / Third-Party Plaintiff DMA Properties, Inc., Third-Party Plaintiff Frank Daniel Moore, Defendant Longbranch Energy, LP) - Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 5:20-ap-5027 | 04/10/2024 |
| 1. | 348 | Motion for Attorneys′ Fees Filed by Austin Hammer Krist for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintif DMA Properties, Inc.. | 04/23/2024 |
| 1. | 352 | Response and Objections Filed by Charles John Muller IV for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. (Muller, Charles) | 05/07/2024 |
| 1. | 353 | Order Granting DMA′s and Longbranch′s Motion For Attorneys′ Fees, In Part | 05/14/2024 |

| Designation No. | Docket No. | Description | Date |
|---|---|---|---|
| 1. | To be ordered; not yet available | Transcript of Jan. 30, 2024 hearing on post-remand remedies | 1/30/2024 |

Respectfully submitted,

*/s/ Christopher S. Johns*
Christopher S. Johns
Texas Bar No. 24044849
COBB & JOHNS PLLC
13341 W. US Hwy. 290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
Texas Bar No. 24055318
Austin H. Krist
Texas Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*/s/ Natalie F. Wilson*
Natalie F. Wilson
Texas Bar No. 24076779
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore.*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

### CERTIFICATE OF SERVICE

I certify that on May 28, 2024, this filing was served via the Court's electronic transmission facilities on those parties registered for such notice and served via first class mail, postage prepaid on the parties below:

| | |
|---|---|
| Ronald J. Smeberg<br>Charles John Muller, IV<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Shane P. Tobin<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>shane.p.tobin@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | John Terrill<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br><br>*Third Party-Defendant, pro se* |
| Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* | |

                                            */s/ Christopher S. Johns*
                                              Christopher S. Johns