| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |  |
|---|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: | |
| 1. NAME<br>Austin Krist | 2. PHONE NUMBER<br>(737) 900-7107 | | 3. DATE<br>6/11/2024 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>akrist@clevelandkrist.com | 5. CITY<br>Austin | | 6. STATE<br>Texas | 7. ZIP CODE<br>78746 |
| 8. CASE NUMBER<br>20-05027-rbk | 9. JUDGE<br>Ronald B. King | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/30/2024 | 11. TO | |
| 12. CASE NAME<br>KrisJenn Ranch, LLC et al. v. DMA Properties Inc., et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY San Antonio | 14. STATE Texas | |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing held on | |
| [ ] BAIL HEARING | | January 30, 2024 | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED JUN 11 2024 U.S. BANKRUPTCY COURT BY ____ DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed)*

19. DATE
6/11/2024

ESTIMATE TOTAL: 0.00

PROCESSED BY *Daniel Paez*

PHONE NUMBER
210-472-6720 x 5739

TRANSCRIPT TO BE PREPARED BY
ATTN; TONI HUDSON PH#361-949-2988
EXCEPTIONAL REPORTING

COURT ADDRESS
U.S. BANKRUPTCY CLERK'S OFFICE
615 EAST HOUSTON ST., #597
SAN ANTONIO, TX 78205

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 06-11-24 | DP |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY