UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KrisJenn Ranch, LLC, et al, | § | Case No.: __20-50805-rbk__ |
| Debtor(s) | § | |
| KrisJenn Ranch, LLC, et al, | § | |
| Plaintiff(s) | § | Adversary No. __20-5027__ |
| | § | |
| vs. | § | |
| DMA Properties, Inc., et al., | § | |
| Defendant(s) | § | |

ABSTRACT OF JUDGMENT

In the above entitled and numbered cause, a judgment was rendered in this Court and duly entered, or rendered in another United States Bankruptcy Court and registered herein, on, in favor of

DMA Properties, Inc. and Longbranch Energy, LP

against   KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and Kri

in the sum of $  0  with interest at the rate of  5.13  % per annum from  May 14, 2024  .

Attorney fees have been awarded in the sum of $  750,000.00

Costs have been taxed by the Clerk of Court in the sum of $

Credits reflected by returns on execution in the sum of $

Voluntary credits have been applied in the sum of $

I certify that the foregoing is a true and correct abstract of judgment entered or registered in this Court.

DATED: July 18, 2024

BARRY KNIGHT
CLERK OF COURT

By: _Emilio Luna_
Deputy Clerk