B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Texas__

In re __Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row__ ,
Debtor

Case No. __20-50805-rbk__

Chapter __11__

__Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row,__
Plaintiff

v.

__DMA Properties, Inc. and Longbranch Energy, LP,__
Defendant

Adv. Proc. No. __20-05027-rbk__

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
DMA Properties, Inc., Franklin Daniel Moore, and LongBranch Energy, LP
c/o Burns & Black, PLLC
750 Rittiman Road, San Antonio, TX 78209
210-829-2022

Amount of Judgment:
$ 750,000

Other Costs:
$ 0.00

vs.

Name and Address of Judgment Debtor

KrisJenn Ranch, LLC
410 Spyglass Road
McQueeney, TX 78123

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE __WESTERN__ DISTRICT OF __TEXAS__ :
   You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
   You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

__September 26, 2024__
Date

_____
Clerk of the Bankruptcy Court