IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| KRISJENN RANCH, LLC, | § § | Case No. 20-50805 |
| Debtor. | § § | |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW as successors in interest to BLACKDUCK PROPERTIES, LLC, | § § § § § § § § | |
| Plaintiffs | § § | |
| v. | § § | |
| DMA PROPERTIES, INC., and LONGBRANCH ENERGY, LP, | § § § | Adversary No. 20-05027 |
| Defendants | § § | |

___

| | | |
|---|---|---|
| DMA PROPERTIES, INC. | § § | |
| Cross-Plaintiff/Third Party Plaintiff | § § § | |
| v. | § § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, and KRISJENN RANCH, LLC-SERIES PIPELINE ROW. BLACK DUCK PROPERTIES, LLC, LARRY WRIGHT, and JOHN TERRELL, | § § § § § § § | Adversary No. 20-050207 |
| Cross-Defendants/Third-Party Defendants. | § § | |

**KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES
UVALDE RANCH, KRISJENN RANCH, LLC-SERIES PIPELINE ROW'S
AGREED MOTION TO RESET HEARING ON MOTION TO
<u>ENFORCE CONSTRUCTIVE TRUST</u>**

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors" or "KrisJenn") herby file this Unopposed Motion to Reset Hearing on the Motion to Enforce Constructive Trust Filed by Austin Hammer Krist for Third Pty Plaintiff DMA Properties, Inc. an in support of this Motion, KrisJenn respectfully represents as follows:

1. On January 9, 2025, Third Party Plaintiff, DMA Properties, Inc. ("DMA") filed a Motion to Enforce Constructive Trust (the "Motion") [Dkt. No. 368].

2. On January 10, 2025 this Court set the Motion to be heard February 4, 2025 at 10:00 a.m. [Dkt. No. 369].

3. Counsel for KrisJenn is scheduled to be in a deposition for another matter on February 4, 2025, at 9:00 a.m. and will be unable to attend the hearing.

4. Counsel for KrisJenn has conferred with DMA, and they are agreeable to rescheduling the hearing on the condition that it is scheduled for the same week as currently set.

5. Based on the above issue, KrisJenn requests the Court reset the hearing to February 5, 2025 or February 7, 2025.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request that the Court enter an Order resetting the hearing and grant Debtors all other relief they are justly entitled

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: ___/s/ John Muller___
    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law
    111 W. Sunset Road
    San Antonio, Texas 78209
    Telephone: (210) 664-5000
    Facsimile: (210) 899-1933

ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 15th day of January 2025:

Christopher S. Johns
chris@cobbjohns.com
Michael Cotton
michael@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

William Germany
william@germanylaw.com
GERMANY LAW, PLLC
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278

Attorneys for Larry Wright

                                              /s/ *John Muller*
                                              C. John Muller IV