**The relief described hereinbelow is SO ORDERED.**

**Signed January 17, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KRISJENN RANCH, LLC, et al. | § | Case No. 20-50805 |
| | § | |
| Debtor. | § | |
| | | |
| KRISJENN RANCH, LLC, et al. | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20-05027 |
| DMA PROPERTIES, INC., et al. | § | |
| Defendants | § | |
| | | |
| DMA PROPERTIES, INC. | § | |
| Cross-Plaintiff/Third Party Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20-05027 |
| KRISJENN RANCH, LLC, et al. | § | |
| Cross-Defendants/Third-Party Defendants. | § | |

**ORDER GRANTING AGREED MOTION
TO RESET HEARING**

On this day, the Court considered KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row's (collectively "KrisJenn") Agreed Motion to Reset Hearing.

*Order Granting Motion to Reset Hearing*

IT IS THEREFORE ORDERED that KrisJenn's Motion to Reset Hearing is GRANTED.

IT IS FURTHER ORDERED that hearing currently scheduled for February 4, 2025 is Reset to February 5, 2025 @10am via ZOOM @ https://www.zoomgov.com/my/king.txwb Meeting ID:161-6636-6756. Mr. Muller shall be responsible for notice to parties.

PREPARED AND ENTRY REQUESTED BY:

/s/ John Muller
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
CJ Muller & Associates, PLLC
111 W. Sunset Road
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 899-1933

ATTORNEYS FOR DEBTORS