IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| KRISJENN RANCH, LLC, § | | Case No. 20-50805 |
| § | | |
| Debtor. § | | |

_____

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE § | | |
| ROW as successors in interest to § | | |
| BLACKDUCK PROPERTIES, LLC, § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| v. § | | |
| § | | |
| DMA PROPERTIES, INC., and § | | |
| LONGBRANCH ENERGY, LP, § | | Adversary No. 20-05027 |
| § | | |
| Defendants § | | |

_____

| | | |
|---|---|---|
| DMA PROPERTIES, INC. § | | |
| § | | |
| Cross-Plaintiff/Third Party Plaintiff § | | |
| § | | |
| v. § | | |
| § | | |
| KRISJENN RANCH, LLC, § | | |
| KRISJENN RANCH, LLC-SERIES § | | |
| UVALDE RANCH, and KRISJENN § | | |
| RANCH, LLC-SERIES PIPELINE ROW. § | | Adversary No. 20-050207 |
| BLACK DUCK PROPERTIES, LLC, § | | |
| LARRY WRIGHT, and JOHN TERRELL, § | | |
| § | | |
| Cross-Defendants/Third-Party Defendants. § | | |

Page **1** of **3**

## **NOTICE OF FIRM CHANGE**

Please take notice that the undersigned attorney for Third Party Defendant, Larry Wright, is operating under Germany Law, PLLC, and not under Bayne, Snell, and Krause. Please direct all email correspondence and electronic service to my email of william@germanylaw.com. My address, phone number, and fax number will remain the same as listed below in my signature block.

                                                Respectfully submitted,

                                                GERMANY LAW, PLLC
                                                1250 N.E. Loop 410, Suite 725
                                                San Antonio, Texas   78209
                                                Telephone: (210) 824-3278
                                                Telecopier: (210) 824-3937

                                           By:  */s/William P. Germany*
                                                      William P. Germany
                                                      State Bar No. 24069777
                                                     william@germanylaw.com

                                               *ATTORNEYS FOR LARRY WRIGHT*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 31st day of January, 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889
Attorneys for DMA Properties, Inc. and Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax
Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee

  /s/William P. Germany
Attorney for Larry Wright