**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | Chapter 11 |
| KrisJenn Ranch LLC, | § | Case No. 20-50805-rbk |
| *Debtor* | § | |
| | | |
| KRISJENN RANCH, LLC, ET AL | § | Adversary No. 20-05027-RBK |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC, ET AL, | § | |
| Defendants. | § | |

## PROPOSED ORDER SUSTAINING WRIGHT'S OBJECTIONS TO PROPOSED ORDER GRANTING MOTION TO ENFORCE CONSTRUCTIVE TRUST

On this date, the Court considered **Wright's Objections to Proposed Order Granting Motion To Enforce Constructive Trust** [Docket No. 386] and any responses thereto. Having reviewed the parties' briefing and governing law, the Court finds that the Objections be

SUSTAINED.

IT IS, THEREFORE, ORDERED that Defendants' Proposed Order Granting Motion to Enforce Constructive Trust [Docket No. 385] is hereby denied.

                                      Respectfully submitted,

                                      GERMANY LAW, PLLC
                                      1250 NE LOOP 410, Ste. 725
                                      San Antonio, Texas 78209
                                      Telephone: (210) 824-3278
                                      Telecopier: (210) 824-3937

                                      By: */s/William P. Germany*
                                           William P. Germany
                                           State Bar No. 24069777
                                         william@germanylaw.com
                                    *ATTORNEY FOR LARRY WRIGHT*

[###]

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 19th day of February 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee