

**The relief described hereinbelow is SO ORDERED.**

**Signed February 20, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § § | |
| *Debtor.* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § § | |
| *Defendants.* | § § § | |

## ORDER GRANTING
## MOTION TO ENFORCE CONSTRUCTIVE TRUST

On this day, the Court considered DMA Properties, Inc. and Frank Daniel Moore's (collectively, "DMA") Motion to Enforce Constructive Trust [#368] and Defendant Larry Wright's Response [#374] in opposition.[1] Having reviewed the parties' briefing and the governing law, and in furtherance of the Court's continuing and inherent power to enforce its judgment, the Court now enters the following orders:

IT IS ORDERED that DMA's Motion to Enforce Constructive Trust [#368] is GRANTED.

IT IS FURTHER ORDERED that, in accordance with this Court's Final Judgment [#329] imposing a constructive trust on the right-of-way (which remain in the hands of Wright's entity Express H2O Pipeline & ROW, LLC ("Express H2O")) called the Express Pipeline, which runs from Angelina County through Nacogdoches and Rusk Counties and across Shelby County in East Texas ("ROW"),[2] Defendant Larry Wright shall transfer and convey—or cause to be transferred and conveyed—all rights, title, and interest in the ROW to DMA Properties, Inc. within twenty-one (21) days of this order. Wright shall further take all necessary actions in his capacities as Manager and/or Owner of Express H2O to effectuate transfer of all rights, title, and interest in the ROW to DMA Properties, Inc. as provided herein. The equitable conveyance of all rights, title, and

---

[1] Before the hearing, DMA also filed an Amended Motion to Enforce Constructive Trust and Appoint Process Server or Allow Substitute Service [#377], which added requests for assistance in serving a writ of execution on Defendant Larry Wright, but which otherwise continued to raise the same arguments regarding the constructive trust as set forth in DMA's original motion. At the hearing, Wright objected to proceeding on the service issues. The parties then agreed to proceed on the constructive trust arguments raised in DMA's original motion and as fully briefed by Wright in his response.

[2] For the avoidance of doubt, the ROW is comprised of and includes the pipeline system and related facilities, rights-of-way, easements, permits, leases, and other rights and properties situated in the State of Texas as described in the Deed, Conveyance and Assignment from Express Gas Pipeline, LP recorded at Volume 3522, pages 466 to 499 of the Real Property Records of Shelby County, Texas, which are incorporated herein by reference.

3

interest in the ROW to DMA Properties, Inc. shall be subject to the first-monies obligation of $4,700,000 imposed in Wright's favor under the Final Judgment [#329], pursuant to which Wright shall be entitled to receive the first $4,700,000 in rents, royalties, other income, or sale proceeds generated by the ROW.

###

ORDER SUBMITTED BY:

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

4

DMA respectfully requests that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |

5