**The relief described hereinbelow is SO ORDERED.**

**Signed February 20, 2025.**



_____
**Ronald B. King**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re:* | § § | |
| | § | Chapter 11 |
| KrisJenn Ranch LLC, | § | Case No. 20-50805-rbk |
| *Debtor* | § | |
| | | |
| KRISJENN RANCH, LLC, ET AL | § | Adversary No. 20-05027-RBK |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC, ET AL, | § | |
| Defendants. | § | |

## ORDER GRANTING WRIGHT'S MOTION FOR EXPEDITED HEARING

On this date came on for consideration the Motion filed by Larry Wright ("Movant") requesting an expedited hearing on **Wright's Motion To Vacate of Set Aside Any Ruling Or**

**Order Granting Motion To Enforce Constructive Trust**, filed on February 14, 2025 [Docket No. 382].  The Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that **Wright's Motion To Vacate Any Ruling Or Order Granting Motion To Enforce Constructive Trust** is scheduled for **Expedited Hearing** _____ .

**on February 26, 2025 @11am via ZOOM  https://www.zoomgov.com/my/ king.txwb.  or ID: 161-6636-6756.**  Mr. Germany shall be responsible for notice to parties.

        Respectfully submitted,

        GERMANY LAW, PLLC
        1250 NE LOOP 410, Ste. 725
        San Antonio, Texas 78209
        Telephone: (210) 824-3278
        Telecopier: (210) 824-3937

        By:  */s/William P. Germany*
            William P. Germany
            State Bar No. 24069777
            william@germanylaw.com

*ATTORNEY FOR LARRY WRIGHT*

[###]

## **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 14th day of February 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee