IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| **KRISJENN RANCH, LLC** § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC** and § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH,** and **KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| **ROW** as successors in interest to § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **DMA PROPERTIES, INC.,** and § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |

| | | |
|---|---|---|
| **DMA PROPERTIES, INC** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| v. § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH,** and **KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT,** and **JOHN TERRILL** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

## **NOTICE OF EXPEDITED HEARING**

PLEASE TAKE NOTICE that an expedited hearing has been set on February 26, 2025, at 11 a.m. on the following expedited motion:

**[DOC. NO. 382] WRIGHT'S MOTION TO VACATE OR SET ASIDE ANY RULING OR ORDER GRANTING MOTION TO ENFORCE CONSTRUCTIVE TRUST.**

**PLEASE TAKE FURTHER NOTICE** that this expedited hearing will be heard via ZOOM OR TELEPHONE -- NO "IN PERSON" APPEARANCE IS REQUIRED UNTIL AN EVIDENTIARY HEARING IS REQUESTED. Parties DO NOT need to email for authority to appear by telephone for this matter. The zoom link is https://www.zoomgov.com/my/king.txwb. Meeting ID: 161 6636 6756. The conference call in number is 669-254-5252 Meeting ID: 161 6636 6756.

Dated: February 20, 2025.

        Respectfully submitted,

        GERMANY LAW, PLLC
        1250 NE LOOP 410, Ste. 725
        San Antonio, Texas 78209
        Telephone: (210) 824-3278
        Telecopier: (210) 824-3937

        By: ___/s/William P. Germany___
            William P. Germany
            State Bar No. 24069777
            william@germanylaw.com

        *ATTORNEY FOR LARRY WRIGHT*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 20th day of February 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
 United States Trustee

                                                         */s/William P. Germany*