| AO 435 (Rev. 10/23) *Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Austin H. Krist | | 2. PHONE NUMBER<br>(737) 900-7107 | 3. DATE<br>2/24/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>303 Camp Craft Rd Suite 325 | | 5. CITY<br>Austin | 6. STATE TX / 7. ZIP CODE 78746 |
| 8. CASE NUMBER<br>5:20-ap-5027-rbk | 9. JUDGE<br>Ronald B. King | DATES OF PROCEEDINGS<br>10. FROM 11/2/2023 | 11. TO 11/2/2023 |
| 12. CASE NAME<br>KrisJenn Ranch LLC et al. v. DMA Properties et al. | | LOCATION OF PROCEEDINGS<br>13. CITY San Antonio | 14. STATE TX |
| 15. ORDER FOR<br>[X] APPEAL  [ ] NON-APPEAL | [ ] CRIMINAL  [X] CIVIL | [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS | [X] BANKRUPTCY  [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify)<br>Hr'g re: Various Mots. [319] | 11/02/23 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [X] | [X] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED FEB 25 2025 U.S. BANKRUPTCY COURT BY ___KT___ DEPUTY

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE /s/ Austin Krist | PROCESSED BY<br>Krystal Torres | |
| 19. DATE  02/24/2025 | PHONE NUMBER  210-2472-6720 | |
| TRANSCRIPT TO BE PREPARED BY<br>Exceptional | COURT ADDRESS<br>US Bankruptcy Court<br>615 E. Houston ST. Ste 597<br>San Antonio, TX 78205 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | 2/25/25 | KT | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY