IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC, SERIES | § | Adversary No. 20-05027 |
| UVALDE RANCH, KRISJENN RANCH, | § | |
| LLC, SERIES PIPELINE ROW, | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | |
| | § | |
| DMA PROPERTIES, INC., ET AL | § | |
| *Defendants* | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Christopher Julian Sachitano ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Larry Wright in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Sachitano Law, PLLC, with offices at:

Mailing address: 5760 Walden Road, St 230

City, State, Zip: Beaumont, Texas 77707

Telephone: 409-812-2000     Fax: 409-242-6059

Email Address:     sach@sachlaw.com

2. Since 2000, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24014886.

3. Applicant has been admitted to practice before the following state and federal courts:

Court:                              Admission date:

State Courts of Texas                              2000

1

Eastern District of Texas 2008

4. Applicant is presently a member in good standing of the bars of the courts listed above, is not currently suspended or disbarred in any other court.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state.

6. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

7. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Christopher Julian Sachitano to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ Christopher Julian Sachitano*
Christopher Julian Sachitano
State Bar No. 24014886
Sachitano Law, PLLC
5760 Walden Rd, St 230
Beaumont, TX 77707
409.812.2000
409.242-6059 (facsimile)
sach@sachlaw.com
***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a true and correct copy of this motion upon each attorney of record via email and the original upon the Clerk of Court on this the 25th day of February, 2025.

                                            */s/ Christopher Julian Sachitano*
                                            Christopher Julian Sachitano

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
210-829-2022
210-829-2021 (fax)
mblack@burnsandblack.com

Timothy Cleveland
CLEVELAND TERRAZAS PLLC
4611 Bee Cave Road
Suite 306B
Austin, TX 78746
512-689-8698
tcleveland@clevelandterrazas.com

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Corner Drive
Suite 110
Katy, TX 77494
281-394-9778
832-201-0649 (fax)
jduke@dbmmlaw.com

William P Germany
Germany Law, PLLC
1250 NE LOOP 410, STE 725
San Antonio, TX 78209
210-824-3278
210-824-3278 (fax)
william@germanylaw.com

Christen Mason Hebert
Johns & Counsel PLLC
14101 Hwy 290 West, Suite 400A
Austin, TX 78737
(512) 399-3150

(512) 572-8005 (fax)
chebert@johnsandcounsel.com

Christopher S. Johns
JOHNS & COUNSEL PLLC
14101 Highway 290 West
Suite 400A
Austin, TX 78737
512-399-3150
512-572-8005 (fax)
cjohns@johnsandcounsel.com

Katrina Angelyn Kershner
K. Kershner Law
14228 Midway
Dallas, TX 75244
214-535-5226
katrina_kershner@yahoo.com

Austin Hammer Krist
303 Camp Craft Road
Suite 325
Austin, TX 78746
737-900-7107
akrist@clevelandkrist.com

Charles John Muller, IV
CJ Muller & Associates
111 W Sunset Rd
78209
San Antonio, TX 78201
210-664-5000
john.muller@cjma.law

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
(210) 695-6684
(210) 598-7357 (fax)
ron@smeberg.com

Natalie F. Wilson
Langley & Banack, Inc
Trinity Plaza II, Suite 700
745 East Mulberry
San Antonio, TX 78212-3166
(210) 736-6600
(210) 735-6889 (fax)
nwilson@langleybanack.com

Laura L. Worsham
Jones, Allen & Fuquay, LLP
7557 Rambler Road
Suite 500
75231, Ste 8828 Greenville Ave.
Dallas, TX 75243
214-343-7400
lworsham@jonesallen.com