

**The relief described hereinbelow is SO ORDERED.**

**Signed February 26, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC, SERIES | § | Adversary No. 20-05027 |
| UVALDE RANCH, KRISJENN RANCH, | § | |
| LLC, SERIES PIPELINE ROW, | § | |
|     *Plaintiffs* | § | |
| | § | |
| VS. | § | |
| | § | |
| DMA PROPERTIES, INC., ET AL | § | |
|     *Defendants* | § | |

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission Pro Hac Vice filed by Christopher Julian Sachitano ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant may appear on behalf of Larry Wright in the above case. This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

Prepared By:

Christopher Julian Sachitano
State Bar No. 24014886
Sachitano Law, PLLC
5760 Walden Rd, St 230
Beaumont, TX 77707
409.812.2000
sach@sachlaw.com

[###]