#382 Wright's Motion to Vacate or Set Aside Any ruling or Order Granting Motion to enforce Constructive Trust (ORDER REFERRING TO IS NOT YET UPLOADED/SIGNED) filed by William P. Germany for 3rd Pty Defendant Larry Wright.

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Krisjenn Ranch, LLC. vs. DMA Properties, Inc. | | DISTRICT COURT Western (**San Antonio**) |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** Charles Muller, IV Ronald Smeberg | **DEFENDANT'S ATTORNEY** Charles Shelton Timothy Cleveland | **DOCKET NUMBER** 20-5027 (BK 20-50805 K-11) |
| | | **TRIAL DATE(S)** February 26, 2025 |
| **PRESIDING JUDGE** RONALD B. KING | **ELECTRONIC COURT RECORDING OPERATOR** Maxine McGee | **COURTROOM DEPUTY** Deanna Castleberry |

FILED FEB 2 6 2025 U.S. BANKRUPTCY COURT BY ___ DEPUTY

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Wright's Motion to Vacate or Set Aside Any Ruling or Order Granting Motion to Enforce Constructive Trust (Docket No. 382)  ***JUDIFICIAL NOTICE TAKEN*** |
| | 2 | | | | DMA Properties, Inc.'s Response to Wright's Motion to Vacate or Set Aside Any Ruling or Order Granting Motion to Enforce Constructive Trust (Docket No. 395) ***JUDIFICIAL NOTICE TAKEN*** |
| | 3 | | | | DMA Properties, Inc.'s Motion to Enforce Constructive Trust (Docket No. 368) ***JUDIFICIAL NOTICE TAKEN*** |
| | 4 | | | | Wright's Responses to DMA Properties, Inc.'s Motion to Enforce Constructive Trust (Docket No. 374) ***JUDIFICIAL NOTICE TAKEN*** |
| | 5 | | | | Final Judgment After Remand (Docket No. 329) ***JUDIFICIAL NOTICE TAKEN*** |
| | 6 | | | | Hearing Transcript from Hearing re: Motion to Enforce Constructive Trust on February 5, 2025 ***JUDIFICIAL NOTICE TAKEN*** |
| | 7 | | | | Express H2O Pipeline & ROW, LLC (Plaintiffs) First Amended Original Petition (Docket No. 382-2) |
| | | | | | In re: Express H2O Pipeline and ROW, LLC vs. Westlake Chemical OPCO, LP; Case No. CV-00461-24-08; |
| | | | | | In the District Court of Angelina County, Texas ***JUDIFICIAL NOTICE TAKEN*** |
| | 8 | | | | Case Party List |
| | | | | | In re: Express H2O Pipeline and ROW, LLC vs. Westlake Chemical OPCO, LP; Case No. CV-00461-24-08; |
| | | | | | In the District Court of Angelina County, Texas ***JUDIFICIAL NOTICE TAKEN*** |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Declaration of Lourdes Ortiz (Docket No. 382-4) |
| | | | | | In re: Express H2O Pipeline and ROW, LLC vs. Westlake Chemical OPCO, LP; Case No. CV-00461-24-08; |
| | | | | | In the District Court of Angelina County, Texas ***JUDIFICIAL NOTICE TAKEN*** |
| 10 | | | | | Appellants' Reply Brief (Docket No. 12) |
| | | | | | In re: DMA Properties, Inc. et al. v. KrisJenn Ranch, LLC, et al.; Case No. 5:24-cv-00365-XR; Consolidated Appeal from the United States Bankruptcy Court for the Western District of Texas Adversary Proceeding ***JUDIFICIAL NOTICE TAKEN*** |