No. 5:24-cv-00365-XR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DMA Properties, Inc., et al.,
    *Appellants*

v.

KrisJenn Ranch, L.L.C., et al.,
    *Appellees.*

Consolidated Appeal from the United States Bankruptcy Court
For the Western District of Texas Adversary Proceeding 20-05027-RBK

**MOTION FOR LEAVE TO FILE FED. R. BANKR. P. 9024 (FED. R. Civ. P. 60) TO SEEK RELIEF FROM THE BANKRUPTCY TRIAL COURTS FED. R. BANKR. P. 9054 POST FINAL JUDGMENT AWARD ON ATTORNEY'S FEES**

NOW COMES, Defendant, Larry Wright, under Fed. R. Bankr. P. 9024 seeking relief from a post judgment award of attorney's fees under Fed. R. Bankr. P. 9054 award on attorney's fees and shows the Court as follows.

1.    Movant, Larry Wright, seeks leave to file the attached Rule 9024 Motion for Relief from Conflicting Final Judgment and 7054 Order ("Motion for Relief"). The attached Motion for Relief will not and does not affect any of the issues pending appeal but is purely to address the Bankruptcy trial court collateral award of attorney's fees by addressing a conflict between the Final Judgment on Remand [Doc #329] entered on March 26, 2024, and the subsequent order on attorney's fees entered per Fed. R. Bankr. P. 7054 and local bankruptcy rule 7054 on May 14, 2024 [Doc #353].

2. The order on attorney's fees erroneously and mistakenly orders that Larry Wright pay attorney's fees when the Final Judgment on Remand only awarded attorney's fees as specified in paragraphs 4 and 5 as the it lacked jurisdiction to alter or amend the Final Judgment on Remand after April 9, 2024.[1] The Final Judgment on Remand denied all other relief not specifically granted therein.[2] The plenary power of the Bankruptcy Court to alter or amend the Final Judgment on Remand expired on April 9, 2024, leaving on the collateral matter of determining the attorney's fees awarded against the Parties as set forth in the Final Judgment on Remand. After April 9, 2024, the Bankruptcy Trial Court did not have or maintain jurisdiction to alter the final appealable judgment as this appeal had begun, and no issues on appeal were raised in regard to the amount of attorney's fees awarded. For these reasons, Defendant, Larry Wright, requests relief from this court and grant him leave to file the attached, Larry Wright's Rule 9024 Motion for Relief from Conflicting Final Judgment and 7054 Order. The Granting of this motion will have not effect on the issues currently on appealed.

WHEREFORE, Defendant, Larry Wright, prays this court enter an order granting Defendant Larry Wright leave to file the attached Motion for Relief in the Bankruptcy Trial Court. Defendant, Larry Wright, further prays for any and all other relief he is so justly entitled to at law or in equity.

---

[1] [#329] Final Judgment on Remand at pp. 2 and 3, paras. 4 and 5.
[2] Id at p. 3, para. 7.

**Certificate of Compliance**

I hereby certify that this motion satisfies the requirements set forth by Federal Rule of Appellate Procedure 27(d)(2). There are 401 words in this motion.

**Certificate of Conference**

I hereby certify that on April 4, 2025, I conferred via email with Counsel for appellants DMA Properties, Inc., Longbranch Energy, LP, and Frank Daniel Moore, regarding this motion for leave. Mr. Cotton responded that his clients do not oppose the relief requested herein.

**Certificate of Service**

I hereby certify that on April 7, 2025 I caused a copy of the foregoing to be filed by this Court's CM/ECF system, which will serve a copy on all registered users.

Respectfully submitted,

GERMANY LAW, PLLC
1250 NE LOOP 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: */s/William P. Germany*
    William P. Germany
    State Bar No. 24069777
    william@germanylaw.com

*ATTORNEY FOR LARRY WRIGHT*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 7th day of April 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax

Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
 United States Trustee

 Samuel V. Houston, III
 State Bar No. 24041135
 Greta S. McFarling
 State Bar No. 24051024
 Houston Dunn, PLLC
 4040 Broadway St., Suite 515
 San Antonio, Texas 78209
 (210) 775-0882 – Telephone
 (210) 826-0075 – Fax
 sam@hdappeals.com
 greta@hdappeals.com

 *Counsel for Appellees KrisJenn Ranch, LLC and*
 *KrisJenn Ranch LLC-Series Uvalde Ranch and*
 *KrisJenn Ranch, LLC-Series Pipeline Row as*
 *Successors in Interest to Blackduck Properties, LLC*

Michael Cotton
Cobb & Johns, PLLC
13341 W. U.S. Hwy 29, Bldg 2
Austin, Texas 78737
(718) 207-1691
michael@cobbjohns.com