IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KRISJENN RANCH, LLC, | § | Case No. 20-50805 |
| | § | |
| Debtor. | § | |

_____

| | | |
|---|---|---|
| KRISJENN RANCH, LLC and | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE | § | |
| ROW as successors in interest to | § | |
| BLACKDUCK PROPERTIES, LLC, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| DMA PROPERTIES, INC., and | § | |
| LONGBRANCH ENERGY, LP, | § | Adversary No. 20-05027 |
| | § | |
| Defendants | § | |

_____

| | | |
|---|---|---|
| DMA PROPERTIES, INC. | § | |
| | § | |
| Cross-Plaintiff/Third Party Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH, and KRISJENN | § | |
| RANCH, LLC-SERIES PIPELINE ROW. | § | Adversary No. 20-050207 |
| BLACK DUCK PROPERTIES, LLC, | § | |
| LARRY WRIGHT, and JOHN TERRELL, | § | |
| | § | |
| Cross-Defendants/Third-Party Defendants. | § | |

## MOTION TO WITHDRAW AS ATTORNEY FOR LARRY WRIGHT

COMES NOW, William Germany, Counsel for Larry Wright, and submits this his Motion to Withdraw as attorney for Larry Wright, and shows the court as follows:

1. Good cause exists for this Motion due to circumstances that have arisen between the undersigned and Defendant, Larry Wright, that would prevent the undersigned from carrying out the attorney/client relationship. Therefore, the undersigned requests permission from the Court to withdraw as attorney of record for Defendant, Larry Wright. Defendant, Larry Wright, has been notified via email of this Withdraw and the pending deadlines below.

2. There are the following pending deadlines in this matter:

    a) May 28, 2025, is the deadline to appeal Defendant Larry Wright's 9024 Motion for Relief.

    b) June 11, 2025, is the date for the Oral Deposition of Larry Wright.

3. The last known mailing address of Defendant, Larry Wright is:

    **Larry Wright**
    **733 Admiral Benbow Lane**
    **McQueeny, Texas 78123**
    **larrymwright54@gmail.com**.

4. This withdraw of counsel is not sought for delay only, but so that justice may be served.

### Prayer

WHEREFORE, William P. Germany, counsel for Larry Wright, prays the Court allow him to withdraw as counsel for Larry Wright and be discharged as attorney of record for Defendant, Larry Wright and for any and all other relief to which he may be entitled.

Respectfully submitted,

GERMANY LAW, PLLC
1250 NE LOOP 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: */s/William P. Germany*
 William P. Germany
 State Bar No. 24069777
 william@germanylaw.com

*ATTORNEY FOR LARRY WRIGHT*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 22nd day of May, 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698

Attorneys for Longbranch Energy
DMA Properties, Inc., and
Frank Daniel Moore

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San
Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889

Attorneys for DMA Properties, Inc. and
Frank Daniel Moore

Holli Pryor-Baze
State Bar No. 24013357
SKELTON SLUSHER BARNHILL
WATKINS WELLS, PLLC
1616 S. Chestnut St.
Lufkin, Texas 75901
936.632.2300
936.632.6545 (facsimile)
hbaze@ssbww.law
 *Attorneys for Defendant*

| | |
|---|---|
| Jeffery Duke<br>jeff@jfduke.com<br>JF DUKE AND ASSOCIATES<br>11818 Great Oaks Drive<br>College Station, Texas 77494<br><br>Michael Black<br>BURNS & BLACK PLLC<br>mblack@burnsandblack.com<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>Telephone: 210-829-2022<br>Facsimile: 210-829-2021 fax<br><br>Attorneys for Longbranch Energy, LP<br><br>C. John Muller<br>John.muller@cjma.law<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset Rd.<br>San Antonio, Texas 78209 | Christopher Julian Sachitano<br>State Bar No. 24014886<br>Sachitano Law, PLLC<br>5760 Walden Rd, St 230<br>Beaumont, TX 77707<br>409.812.2000<br>409.242-6059 (facsimile)<br>sach@sachlaw.com<br>*Attorneys for Defendant*<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>James.roase@usdog.gov<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>United States Trustee<br><br>Bailey Gene Wingate<br>State Bar No. 24091212<br>Wingate Law, PLLC<br>5760 Walden Rd, St 230<br>Beaumont, TX 77707<br>409.812.2000<br>409.242-6059 (facsimile)<br>bailey@wingatelaw.com<br>***Attorneys for Defendant*** |

          /s/William P. Germany
          Attorney for Larry Wright