**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* § | | |
| § | Chapter 11 | |
| KrisJenn Ranch LLC, § | Case No. 20-50805-rbk | |
| *Debtor* § | | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL § | Adversary No. 20-05027-RBK | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| DMA PROPERTIES, INC, ET AL, § | | |
| Defendants. § | | |

**PROPOSED ORDER GRANTING WILLIAM P. GERMANY'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, LARRY WRIGHT**

On this date, the Court considered William P. Germany's **Motion to Withdraw as Counsel for Defendant, Larry Wright** [Docket No. 426]. Having reviewed the Motions and governing law, the Court finds that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that William P. Germany's Motion to Withdraw as Counsel is GRANTED.

Respectfully submitted,

GERMANY LAW, PLLC
1250 NE LOOP 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: */s/William P. Germany*
    William P. Germany
    State Bar No. 24069777
    william@germanylaw.com

*ATTORNEY FOR LARRY WRIGHT*

###

**AGREED:**

GERMANY LAW, PLLC
1250 NE LOOP 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: */s/William P. Germany*
    William P. Germany
    State Bar No. 24069777
    william@germanylaw.com

    *ATTORNEY FOR LARRY WRIGHT*


DEFENDANT, LARRY WRIGHT
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com.


By: _____
    Larry Wright

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 22nd day of May, 2025:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698
Attorneys for Longbranch Energy

DMA Properties, Inc., and
Frank Daniel Moore
Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: 210-736-6600
Facsimile: (210) 735-6889
Attorneys for DMA Properties, Inc. and

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
BURNS & BLACK PLLC
mblack@burnsandblack.com
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022

Facsimile: 210-829-2021 fax
Attorneys for Longbranch Energy, LP

C. John Muller
John.muller@cjma.law
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee

Samuel V. Houston, III
State Bar No. 24041135
Greta S. McFarling
State Bar No. 24051024
Houston Dunn, PLLC
4040 Broadway St., Suite 515
San Antonio, Texas 78209
(210) 775-0882 – Telephone
(210) 826-0075 – Fax
sam@hdappeals.com
greta@hdappeals.com


*Counsel for Appellees KrisJenn Ranch, LLC and
KrisJenn Ranch LLC-Series Uvalde Ranch and
KrisJenn Ranch, LLC-Series Pipeline Row as
Successors in Interest to Blackduck Properties, LLC*

Michael Cotton
Cobb & Johns, PLLC
13341 W. U.S. Hwy 29, Bldg 2
Austin, Texas 78737
(718) 207-1691
michael@cobbjohns.com