B2640 (Form 2640) (12/15)

# United States Bankruptcy Court
## Western District Of Texas

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row_____, )
                                Debtor               ) Case No. 20-50805-rbk

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row,_____, )
                              Plaintiffs        ) Chapter 11

v.

DMA Properties, Inc., Franklin Daniel Moore, Longbranch Energy, LP,
                              Defendants   ) Adv. Proc. No. 20-05027-rbk

v.

Larry Wright (3rd Party Defendant)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

**Amount of Judgment:** $ 750,000

**Other Costs:** $ 0

vs.

**Name and Address of Judgment Debtor**
KrisJenn Ranch, LLC
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

**Date of Entry of Judgment:**
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE **WESTERN** DISTRICT OF **TEXAS**:
   You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
   You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_May 27th, 2035_
Date

_Estella Benitz Guerado_
Clerk of the Bankruptcy Court