B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Texas__

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC,
Series Uvalde Ranch, KrisJenn Ranch, LLC, Series
Pipeline Row_____ ,
Debtor

)
) Case No. __20-50805__-rbk
)
) Chapter __11__
)

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC,
Series Uvalde Ranch; KrisJenn Ranch, LLC,
Series Pipeline Row,_____ .
Plaintiffs

)
)
)
)

v.

DMA Properties, Inc., Franklin Daniel
Moore, and Longbranch Energy, LP

)
) Adv. Proc. No. 20-05027-rbk
)

Defendants
v.

Larry Wright (3rd Party Defendant)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHALL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Franklin Daniel Moore, and
Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Rd Ste. 325 West Lake Hills, TX 78746
737-802-6925

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

vs.

**Name and Address of Judgment Debtor**
KrisJenn Ranch, LLC-Series Pipeline ROW
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE __WESTERN__ DISTRICT OF __TEXAS__ :
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_May 27th 2025_
Date

_Estella Bonix — Gverado_
Clerk of the Bankruptcy Court