B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

<u>Western</u> District Of <u>Texas</u>

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row

|  |  |
|---|---|
| Debtor | ) Case No. 20-50805-rbk |
| Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row, | ) ) Chapter 11 ) |
| Plaintiffs | ) |
| v. | ) |
| DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP | ) ) Adv. Proc. No. 20-05027-rbk ) |
| Defendants | |
| v. | |
| Larry Wright (3rd Party Defendant) | |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | |
|---|---|
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP c/o Cleveland Krist PLLC 303 Camp Craft Road, Ste. 325, Austin, TX 78746 (737) 802-6925 | Amount of Judgment: $ 750,000 |
| | Other Costs: $ 0 |

vs.

| Name and Address of Judgment Debtor | |
|---|---|
| KrisJenn Ranch, LLC-Series Uvalde Ranch 733 ADMIRAL BENBOW LN MC McQueeney, TX 78123 | Date of Entry of Judgment: March 26, 2024 |

TO THE UNITED STATES MARSHAL FOR THE <u>WESTERN</u> DISTRICT OF <u>TEXAS</u>:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_May 27th, 2025_
Date

_Estella Bitz Guevado_
Clerk of the Bankruptcy Court