B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

## Western District Of Texas

In re  Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch,
KrisJenn Ranch, LLC, Series Pipeline Row

Debtor

| | | |
|---|---|---|
| Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row | ) | Case No. 20-50805-rbk |
| Plaintiffs | ) | Chapter 11 |
| v. | ) | |
| DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, L.P. | ) | Adv. Proc. No. 20-05027-rbk |
| Defendants | ) | |
| v. | | |
| Larry Wright (Third Party Defendant) | | |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
DMA Properties, Inc., Frank Daniel Moore, and
Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

vs.

Name and Address of Judgment Debtor

Larry Wright (3rd Party Defendant)
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Date of Entry of Judgment:

March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE  WESTERN  DISTRICT OF  TEXAS :
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

May 27th, 2025
Date

Estella Benita Jurado
Clerk of the Bankruptcy Court