# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 6636 6756

on **6/10/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 426 Motion to Withdraw Attorney Filed by William P Germany for 3rd Pty Defendant Larry Wright. Hearing Scheduled For 6/10/2025 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 6636 6756 (Castleberry, Deanna)

Dated: 5/29/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]