IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| **KRISJENN RANCH, LLC,** § | | |
| § | | |
| *Debtor* § | | Case No. 20-50805 |
| § | | |
| **KRISJENN RANCH, LLC and** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE** § | | |
| ROW as successors in interest to § | | |
| **BLACKDUCK PROPERTIES, LLC,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **DMA PROPERTIES, INC., and** § | | |
| **LONGBRANCH ENERGY, LP,** § | | Adversary No. 20-05027 |
| *Defendants* § | | |
| § | | |
| **DMA PROPERTIES, INC,** § | | |
| *Cross-Plaintiff/Third Party Plaintiff* § | | |
| § | | |
| v. § | | |
| § | | |
| **KRISJENN RANCH, LLC,** § | | |
| **KRISJENN RANCH, LLC-SERIES** § | | |
| **UVALDE RANCH, and KRISJENN** § | | |
| **RANCH, LLC-SERIES PIPELINE ROW,** § | | Adversary No. 20-05027 |
| **BLACK DUCK PROPERTIES, LLC,** § | | |
| **LARRY WRIGHT, and JOHN TERRILL,** § | | |
| *Cross-Defendants/Third-Party* § | | |
| *Defendants* § | | |

**CJ MULLER & ASSOCIATES, PLLC'S**
<u>**MOTION TO WITHDRAW**</u>

COMES NOW CJ Muller & Associates, PLLC ("CJMA") and moves to withdraw as

counsel of record for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and

*Motion for Withdrawal*                  1

KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC (collectively "KrisJenn") and would respectfully show as follows:

1. Good cause exists for this Motion due to circumstances that have arisen between CJMA and KrisJenn that would prevent CJMA from carrying out the attorney/client relationship. Therefore, the undersigned requests permission from the Court to withdraw as attorney of record for KrisJenn. KrisJenn has been notified via email of this Withdrawal

2. There are no pertinent deadlines at this time, however there is an on-going duty to supplement outstanding Post-Judgment Discovery.

3. KrisJenns' last known address;

> **c/o Larry Wright**
> **733 Admiral Benbow Lane**
> **McQueeny, Texas 78123**
> larrymwright54@gmail.com.

4. This withdrawal of counsel is not sought for delay only, but so that justice may be served.

WHEREFORE PREMISES CONSIDERED, CJMA prays the Court grant its Motion to Withdraw and discharge CJ Muller & Associates, PLLC and its attorneys as attorneys of record for KrisJenn.

Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ John Muller
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357

PROPOSED WITHDRAWN ATTORNEYS

*Motion for Withdrawal* 2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of May 2025, a true and correct copy of the above and foregoing instrument has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698
*Attorneys for Longbranch Energy*
*DMA Properties, Inc., and*
*Frank Daniel Moore*

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: (210)736-6600
Facsimile: (210) 735-6889

Holli Pryor-Baze
hbaze@ssbww.law
State Bar No. 24013357
SKELTON SLUSHER BARNHILLWATKINS WELLS, PLLC
1616 S. Chestnut St.
Lufkin, Texas 75901
Telephone (936) 632-2300
Facsimile: (936) 632-6545
*Attorneys for DMA Properties, Inc. and*
*Frank Daniel Moore*

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
mblack@burnsandblack.com
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax
*Attorneys for Longbranch Energy, LP*

William Germany
william@germanylaw.com
GERMANY LAW, PLLC
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
*Attorneys for Larry Wright*

Christopher Julian Sachitano
State Bar No. 24014886
sach@sachlaw.com
SACHITANO LAW, PLLC
5760 Walden Rd, St 230
Beaumont, TX 77707
Telephone: (409)812.2000
Facsimile: (409) 242-6059

Bailey Gene Wingate
bailey@wingatelaw.com
State Bar No. 24091212
WINGATE LAW, PLLC
 5760 Walden Rd, St 230
Beaumont, TX 77707
Telephone: (409) 812-2000
Facsimile: (409) 242-6059  *Attorneys for Defendant*

*Motion for Withdrawal*　　　　　　　　　　3

OFFICE OF THE UNITED STATES TRUSTEE
James.roase@usdog.gov
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
United States Trustee


     /s/ *John Muller*
C. John Muller IV