IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC,** § | | |
| § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |
| **KRISJENN RANCH, LLC, ET AL,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | **Adversary No. 20-05027** |
| **DMA PROPERTIES, INC., ET AL,** § | | |
| *Defendants* § | | |
| § | | |

*Order Granting CJ Muller & Associates, PLLC*
*Motion for Withdrawal*     1

**ORDER GRANTING CJ MULLER & ASSOCIATES
MOTION FOR WITHDRAWAL**

On this day came to be considered CJ Muller & Associates, PLLC's Motion to Withdraw as Counsel. After reviewing the motion, the Court finds the Motion is well founded and should be GRANTED. It is therefore ORDERED, ADJUDGED and DECREED that CJ Muller & Associates, PLLC and its attorneys are withdrawn as record for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as Successor in Interest to Black Duck Properties, LLC.

SIGNED this _____ day of _____, 2025.

_____
JUDGE PRESIDING

**AGREED**

CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357


By: /s/ John Muller
    C. John Muller IV
    State Bar No. 24070306
    john.muller@cjma.law


Defendant, KrisJenn Ranch, LLC
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

By: _____
    Name: Larry Wright


Defendant, KrisJenn Ranch, LLC-Series Uvalde Ranch
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

By: _____
    Name: Larry Wright


Defendant, KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

By: _____
    Name: Larry Wright

*Order Granting CJ Muller & Associates, PLLC*
*Motion for Withdrawal*      3

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of May 2025, a true and correct copy of the above and foregoing instrument has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Christopher S. Johns
cjohns@cobbjohns.com
COBB AND JOHNS
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
Telephone: (512) 399-3150
Facsimile: (512 572-8005

Timothy Cleveland
tcleveland@clevelandkrist.com
Austin Krist
akrist@clevelandkrist.com
CLEVELAND KRIST PLLC
303 Camp Croft Road, Suite 325
Austin, Texas 78746
Telephone: (512) 689-8698
*Attorneys for Longbranch Energy*
*DMA Properties, Inc., and*
*Frank Daniel Moore*

Natalie Wilson
nwilson@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212
Telephone: (210)736-6600
Facsimile: (210) 735-6889

Holli Pryor-Baze
hbaze@ssbww.law
State Bar No. 24013357
SKELTON SLUSHER BARNHILLWATKINS WELLS, PLLC
1616 S. Chestnut St.
Lufkin, Texas 75901
Telephone (936) 632-2300
Facsimile: (936) 632-6545
*Attorneys for DMA Properties, Inc. and*
*Frank Daniel Moore*

Jeffery Duke
jeff@jfduke.com
JF DUKE AND ASSOCIATES
11818 Great Oaks Drive
College Station, Texas 77494

Michael Black
mblack@burnsandblack.com
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
Telephone: 210-829-2022
Facsimile: 210-829-2021 fax
*Attorneys for Longbranch Energy, LP*

William Germany
william@germanylaw.com
GERMANY LAW, PLLC
1250 NE Loop 410, Ste. 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
*Attorneys for Larry Wright*

Christopher Julian Sachitano
State Bar No. 24014886
sach@sachlaw.com
SACHITANO LAW, PLLC
5760 Walden Rd, St 230
Beaumont, TX 77707
Telephone: (409)812.2000
409.242-6059
Facsimile: (409) 242-6059

Bailey Gene Wingate
bailey@wingatelaw.com
State Bar No. 24091212
WINGATE LAW, PLLC
 5760 Walden Rd, St 230
Beaumont, TX 77707
Telephone: (409) 812-2000
Facsimile: (409) 242-6059  *Attorneys for Defendant*

*Order Granting CJ Muller & Associates, PLLC*
*Motion for Withdrawal*    4

                OFFICE OF THE UNITED STATES TRUSTEE
                James.roase@usdog.gov
                903 San Jacinto Blvd, Room 230
                Austin, Texas 78701
                United States Trustee


                /s/ *John Muller*
                C. John Muller IV