# EXHIBIT B

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Krisjenn Ranch, LLC, et al. | 5:20-ap-5027 |// 
| DEFENDANT | TYPE OF PROCESS |
| DMA Properties et al. | WRIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Krisjenn Ranch, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
410 Spyglass Rd, McQueeney, TX 78123-3418

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lula Ortiz   p:(737) 802-6925
Lortiz@Clevelandkrist.com

Cleveland | Krist PLLC
303 Camp Craft Rd., Suite 325
West Lake Hills, TX 78746

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ DEFENDANT
TELEPHONE NUMBER: 737-802-6925
DATE: 09/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 80
District to Serve No.: 80
Signature of Authorized USMS Deputy or Clerk
Date: 26 Sp 24

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

REMARKS

The individual was unable to be located at address listed.

Form USM-285 Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Krisjenn Ranch, LLC, et al. | 5:20-ap-5027 |
| DEFENDANT | TYPE OF PROCESS |
| DMA Properties et al. | WRIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Krisjenn Ranch, LLC - Series Pipeline Row
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
410 Spyglass Rd, McQueeney, TX 78123-3418

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[ ] PLAINTIFF
[x] DEFENDANT
TELEPHONE NUMBER: 737-802-6925
DATE: 09/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 80
District to Serve No.: 80
Signature of Authorized USMS Deputy or Clerk
Date: 26/sep 24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[x] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date | Time | [ ] am [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
The individual was unable to be located at address listed.

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Krisjenn Ranch, LLC, et al. | 5:20-ap-5027 |
| DEFENDANT | TYPE OF PROCESS |
| DMA Properties et al. | WRIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Krisjenn Ranch, LLC - Series Uvalde Ranch
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
410 Spyglass Rd, McQueeney, TX 78123-3418

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 737-802-6925
DATE: 09/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 4
District of Origin No. 80
District to Serve No. 80
Signature of Authorized USMS Deputy or Clerk
Date: 26/Sept 24

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date
Time ☐ am ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
The individual was unable to be located at address listed.

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Krisjenn Ranch, LLC, et al. | 5:20-ap-5027 |
| DEFENDANT | TYPE OF PROCESS |
| DMA Properties et al. | WRIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Larry Wright
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
410 Spyglass Rd, McQueeney, TX 78123-3418

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [ ] PLAINTIFF [x] DEFENDANT
TELEPHONE NUMBER: 737-802-6925
DATE: 09/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No. 80
District to Serve No. 80
Signature of Authorized USMS Deputy or Clerk
Date: 26 Sep 24

[x] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

REMARKS: The individual was unable to be located at address listed.

Form USM-285
Rev. 03/21