B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

## Western District Of Texas

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row

                              Debtor

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row
                              Plaintiffs

v.

DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, L.P.
                              Defendants

v.

Larry Wright (Third Party Defendant)

Case No. 20-50805-rbk

Chapter 11

Adv. Proc. No. 20-05027-rbk

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

vs.

**Name and Address of Judgment Debtor**
Larry Wright (3rd Party Defendant)
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE __WESTERN__ DISTRICT OF __TEXAS__:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_May 27th 2025_
Date

_Estella Benitez Jurado_
Clerk of the Bankruptcy Court

B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

Western District Of Texas

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row_____, )
                    Debtor ) Case No. 20-50805-rbk

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row,_____, )
                Plaintiffs ) Chapter 11

v.

DMA Properties, Inc., Franklin Daniel Moore, Longbranch Energy, LP, ) Adv. Proc. No. 20-05027-rbk
             Defendants

v.

Larry Wright (3rd Party Defendant)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | Amount of Judgment: |
|---|---|
| DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP<br>c/o Cleveland Krist PLLC<br>303 Camp Craft Road, Ste. 325, Austin, TX 78746<br>(737) 802-6925 | $ 750,000 |

Other Costs: $ 0

vs.

| Name and Address of Judgment Debtor |
|---|
| KrisJenn Ranch, LLC<br>733 ADMIRAL BENBOW LN MC<br>McQueeney, TX 78123 |

Date of Entry of Judgment:

March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:
   You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
   You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

May 27th, 2025
Date

_Estella Benitez Guerado_
Clerk of the Bankruptcy Court

B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

<u>Western</u> District Of <u>Texas</u>

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row

|  |  |
|---|---|
| Debtor | Case No. 20-50805-rbk |
| Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row, | Chapter 11 |
| Plaintiffs | |
| v. | |
| DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP | Adv. Proc. No. 20-05027-rbk |
| Defendants | |
| v. | |
| Larry Wright (3rd Party Defendant) | |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
DMA Properties, Inc., Frank Daniel Moore, and
Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

vs.

Name and Address of Judgment Debtor
KrisJenn Ranch, LLC-Series Uvalde Ranch
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE <u>WESTERN</u> DISTRICT OF <u>TEXAS</u>:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

May 27th, 2025
Date

Estella Borrits Guevara
Clerk of the Bankruptcy Court

B2640 (Form 2640) (12/15)

# United States Bankruptcy Court
Western District Of Texas

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row ,
                                Debtor ) Case No. 20-50805-rbk

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row, ) Chapter 11
                                Plaintiffs

v.

DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP ) Adv. Proc. No. 20-05027-rbk
                                Defendants
v.
Larry Wright (3rd Party Defendant)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHALL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Rd Ste. 325 West Lake Hills, TX 78746
737-802-6925

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

vs.

**Name and Address of Judgment Debtor**
KrisJenn Ranch, LLC-Series Pipeline ROW
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS :
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

May 27th, 2025
Date

_Estella Smith Gerardo_
Clerk of the Bankruptcy Court