B2640 (Form 2640) (12/15)



# United States Bankruptcy Court

_____Western_____ District Of ___Texas___

In re _Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row_____ ,  )
              Debtor         )  Case No. _20-50805-rbk_

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row,_____ ,  )  Chapter _11_
              Plaintiff       )
              v.         )
_DMA Properties, Inc. and Longbranch Energy, LP,_ )  Adv. Proc. No._20-05027-rbk_
            Defendant     )

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | |
|---|---|
| DMA Properties, Inc., Franklin Daniel Moore, and LongBranch Energy, LP<br>c/o Burns & Black, PLLC<br>750 Rittiman Road, San Antonio, TX 78209<br>210-829-2022 | Amount of Judgment:<br>$ 750,000<br><br>Other Costs:<br>$ 0.00 |

vs.

| Name and Address of Judgment Debtor | |
|---|---|
| KrisJenn Ranch, LLC<br>410 Spyglass Road<br>McQueeney, TX 78123 | Date of Entry of Judgment:<br>March 26, 2024 |

TO THE UNITED STATES MARSHAL FOR THE __WESTERN__ DISTRICT OF __TEXAS__ :
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_September 26, 2024_              _/s/ Jaime Boyd_
     Date                                           Clerk of the Bankruptcy Court