IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION SEEKING STAY PENDING APPEAL PURSUANT TO FRBP 8007(a)(1)(A) AND ESTABLISHING BOND AMOUNT**

CAME ON for consideration the *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (the "Motion") filed by KrisJenn Ranch, LLC;

KrisJenn Ranch, LLC–Series Uvalde Ranch; KrisJenn Ranch, LLC–Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright"). The Court, having considered the Motion, the arguments and authorities cited therein, the relevant pleadings, and the record in this case, finds that the Motion should be GRANTED. It is therefore ORDERED that:

1. The enforcement of the *Final Judgment After Remand* entered on March 26, 2024 (Docket No. 329), and the *Order Granting DMA's and Longbranch's Motion for Attorneys' Fees, in Part*, entered on May 14, 2024 (Docket No. 353) (the "Attorney's Fees Order"), is hereby STAYED pending resolution of the appeals filed by Defendants KrisJenn and Wright.

2. Post-judgment discovery and efforts to collect on fees or damages awarded under the Attorney's Fees Order are hereby STAYED pending further order of this Court.

3. All outstanding discovery requests, notices of depositions, and subpoenas are hereby STAYED pending further order of this Court.

4. No bond shall be required in connection with this stay, as the Court finds that the Defendants will not suffer substantial harm during the pendency of the appeal and adequate grounds have been shown to warrant stay without bond under the circumstances.

5. Nothing in this Order shall preclude any party from seeking further relief from this Court as may be warranted during the pendency of the appeal.

6. This Court retains jurisdiction to enforce, interpret, and amend this Order as necessary.

# # # END OF ORDER # # #

*Order prepared and submitted by*:

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757

(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*