## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | **Adversary No. 20-05027-rbk** |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL** | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING MOTION TO QUASH DEPOSITION NOTICES

CAME ON for consideration the *Motion to Quash Deposition Notices* (the "Motion") filed

by KrisJenn Ranch, LLC; KrisJenn Ranch, LLC–Series Uvalde Ranch; KrisJenn Ranch, LLC–

Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright"). The Court, having considered the Motion, the arguments and authorities cited therein, the relevant pleadings, and the record in this case, finds that the Motion should be GRANTED. It is therefore ORDERED that:

1.      The Notices of Deposition attached as Exhibits A-D to the Motion are hereby Quashed pending further order of the Court.

2.      This Court retains jurisdiction to enforce, interpret, and amend this Order as necessary.

# # # END OF ORDER # # #

*Order prepared and submitted by*:

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC;*
*KrisJenn Ranch, LLC-Series Uvalde Ranch;*
*KrisJenn Ranch, LLC-Series Pipeline ROW; and*
*Larry Wright*