IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | (Jointly Administered) |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| DEFENDANTS. | § | |

---

**MOTION FOR EXPEDITED CONSIDERATION OF (I) MOTION SEEKING STAY PENDING APPEAL PURSUANT TO FRBP 8007(A)(1)(A)
AND ESTABLISHING BOND AMOUNT AND (II) MOTION TO QUASH DEPOSITION NOTICES**
*(Reference Docket Nos. 436 and 437)*

---

COMES NOW, KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright") (collectively, the "Movants" or "Defendants") and file this *Motion for Expedited Consideration* ("Motion to Expedite") of (1) *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (Docket No. 436); and (2) *Motion to Quash Deposition Notices* (Docket No. 437) (the "Motions"), and in support thereof, the Movants would respectfully show as follows:

1. <u>Underlying Motions</u>: On June 3, 2025, the Movants filed a *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (Docket No. 436) seeking a stay pending appeal pursuant to Federal Rule of Bankruptcy Procedure ("<u>FRBP</u>") 8007(a)(1)(A) and establishing bond amount to preserve the status quo pending appellate review of this Court's Final Judgment After Remand and its subsequent Attorney's Fees Order awarding $750,000 in fees against KrisJenn and Wright.

2. On June 4, 2025, the Movants filed a *Motion to Quash Deposition Notices* (Docket No. 437) seeking to quash certain deposition notices.

3. <u>Need for Expedited Consideration of the Motions</u>: The above-captioned Defendants have calendared depositions of KrisJenn, Wright, and Express H2O Pipeline & ROW, LLC ("Express H2O") beginning as early as June 11, 2025. KrisJenn and Wright believe the issue raised in the Motions are important and meritorious.

4. The first deposition notice was received on May 21, 2025 and the subpoena for Express H2O was received May 28, 2025. Accordingly, undersigned counsel asserts that the Motions were promptly filed.

5. Further still, undersigned counsel notes that the Court already has a hearing set on the Defendants' *Motion for Substitute Service and to Appoint Process Server* (Docket No. 434) as well as a separate motion for an attorney to withdraw as counsel on June 10, 2025 at 10:00 am. Accordingly, it appears counsel for Defendants is available.

6. <u>Time Estimate for Hearing</u>: Debtor believes 45 minutes for the Motions should be sufficient, given the interim and/or expedited nature of the relief requested.

7. <u>Deadline for when hearing is needed</u>: Movants request a hearing from the Court to be heard Thursday, June 10, 2025 at 10:00 a.m..

**WHEREFORE**, Defendants request that the instant Motion to Expedite be granted and that the Court grants such other relief as the Court deems just and proper.

Dated: June 5, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*

## CERTIFICATE OF CONFERENCE

On June 4, 2025, undersigned counsel emailed counsel for the above captioned Defendants regarding expediting the above-referenced motions and they responded that they oppose the request to expedite on the grounds: 1) they do not think there is sufficient time to have them heard on June 10, 2025; 2) the motion to quash had not yet been filed at the time of the request (the motion for stay pending appeal had); and 3) the Defendants had not had a chance to review the motions or to draft a response.

/s/ *Charlie Shelton*
Charlie Shelton

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system upon the parties receiving electronic notice. Additionally, on June 5, 2025, or within one business day thereof, the foregoing ce was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| COBB AND JOHNS<br>Attn: Christopher S. Johns<br>14101 Highway 290 West, Suite 400A<br>Austin, Texas 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>cjohns@cobbjohns.com<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** | CLEVELAND KRIST PLLC<br>Attn: Timothy Cleveland & Austin Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11818 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | LANGLEY & BANACK, INC.<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212<br>Telephone: 210-736-6600<br>Facsimile: (210) 735-6889<br>nwilson@langleybanack.com<br><br>***Attorneys for DMA Properties, Inc. and Frank Daniel Moore*** |
| BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>Telephone: 210-829-2022<br>Facsimile: 210-829-2021 fax<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** | CJ MULLER & ASSOCIATES, PLLC<br>Attn: C. John Muller<br>111 W. Sunset Rd.<br>San Antonio, Texas 78209<br>Telephone: (210) 664-5000<br>John.muller@cjma.law<br><br>***Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row*** |
| OFFICE OF THE U.S. TRUSTEE<br>Attn: James Rose<br>903 San Jacinto Blvd, Room 230 | THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy |

| | |
|---|---|
| Austin, TX 78701<br>james.rose@usdoj.gov<br><br>***United States Trustee*** | San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>***Counsel for Black Duck Properties, LLC*** |

*/s/ Charlie Shelton*
Charlie Shelton
