**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | |
| § | | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** § | | |
| § | | **CHAPTER 11** |
| **DEBTOR.** § | | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** § | | |
| § | | |
| **PLAINTIFFS,** § | | |
| § | | **Adversary No. 20-05027-rbk** |
| vs. § | | |
| § | | |
| **DMA PROPERTIES, INC. ET AL.** § | | |
| § | | |
| **DEFENDANTS.** § | | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION
SEEKING STAY PENDING APPEAL PURSUANT TO FRBP 8007(A)(1)(A)
AND ESTABLISHING BOND AMOUNT**
*(Reference Docket Nos. 436 and 437)*

On this date, came on for consideration the Motion for Expedited Consideration (the

"Expedited Motion") of (1) *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (Docket No. 436); and (2) *Motion to Quash Deposition Notices* (Docket No. 437) (the "Motions"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motions are scheduled on an expedited basis listed on top of this Order; it is further

**ORDERED** that counsel for the Defendants shall promptly serve a notice of the hearing.

### ### END OF ORDER ###

*Order Prepared By:*

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*