IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

---

**NOTICE OF EXPEDITED HEARINGS**

---

PLEASE TAKE NOTICE that Expedited Hearings on *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (Docket No. 436); and (2) *Motion to Quash Deposition Notices* (Docket No. 437) (the "Motions") filed KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright") (collectively, the "Movants" or "Defendants") are set for **Tuesday, June 10, 2025 at 10:00 A.M.** (Central Prevailing Time) via Zoom at: https://www.zoomgov.com/my/king.txwb or Call: 669-254-5252; Meeting ID: 161 6636 675.

|  |  |
|---|---|
| Dated: June 5, 2025 | Respectfully submitted,<br><br>**HAYWARD PLLC**<br><br>By: */s/ Charlie Shelton*<br>Charlie Shelton<br>Texas State Bar No. 24079317<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100 (Phone/Fax)<br>cshelton@haywardfirm.com<br><br>***Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2025, a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system upon the parties receiving electronic notice. Additionally, on June 5, 2025, or within one business day thereof, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| COBB AND JOHNS<br>Attn: Christopher S. Johns<br>14101 Highway 290 West, Suite 400A<br>Austin, Texas 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>cjohns@cobbjohns.com<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** | CLEVELAND KRIST PLLC<br>Attn: Timothy Cleveland & Austin Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11818 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | LANGLEY & BANACK, INC.<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212<br>Telephone: 210-736-6600<br>Facsimile: (210) 735-6889<br>nwilson@langleybanack.com<br><br>***Attorneys for DMA Properties, Inc. and Frank Daniel Moore*** |
| BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>Telephone: 210-829-2022<br>Facsimile: 210-829-2021 fax<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** | CJ MULLER & ASSOCIATES, PLLC<br>Attn: C. John Muller<br>111 W. Sunset Rd.<br>San Antonio, Texas 78209<br>Telephone: (210) 664-5000<br>John.muller@cjma.law<br><br>***Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row*** |
| OFFICE OF THE U.S. TRUSTEE<br>Attn: James Rose<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701 | THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926 |

| james.rose@usdoj.gov | ron@smeberg.com |
|---|---|
| *United States Trustee* | *Counsel for Black Duck Properties, LLC* |

                                        */s/ Charlie Shelton*
                                        Charlie Shelton