

The relief described hereinbelow is SO ORDERED.

Signed June 05, 2025.

_____
**Ronald B. King**
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION
SEEKING STAY PENDING APPEAL PURSUANT TO FRBP 8007(A)(1)(A)
AND ESTABLISHING BOND AMOUNT**
*(Reference Docket Nos. 436 and 437)*

On this date, came on for consideration the Motion for Expedited Consideration (the

2

"Expedited Motion") of (1) *Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount* (Docket No. 436); and (2) *Motion to Quash Deposition Notices* (Docket No. 437) (the "Motions"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motions are scheduled on an **Expedited basis on June 10, 2025 @10am VIA ZOOM at https://www.zoomgov.com/my/king.txwb** it is further

**ORDERED** that counsel for the Defendants shall promptly serve a notice of the hearing.
### END OF ORDER ###

*Order Prepared By:*

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*