# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFFS' WITNESS AND EXHIBIT LIST FOR HEARINGS
## SET FOR TUESDAY, JUNE 10, 2025
### *(Reference Docket Nos. 436 & 437)*

KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (Collectively, "KrisJenn"); and Larry Wright ("Wright") (together, the "Plaintiffs") reserves the right to call any or all of the following as witnesses at the above-referenced hearings, including, but not limited to, by affidavit, declaration, or proffer.

1. Larry Wright;

2. Any witness called or designated by any other party; and

3. Any rebuttal or impeachment witnesses, as appropriate.

The Debtor reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearings, each as may be amended, and expressly including

any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| | *Motion Seeking Stay Pending Appeal Pursuant to FRBP8007(a)(1)(A) and Establishing Bond Amount (Docket No. 436)* | | |
|---|---|---|---|
| **No.** | **Exhibit** | **Offered** | **Admitted** |
| P-1 | Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount (Docket No. 436) | | |
| P-2 | Writ of Execution to the United States Marshal | | |
| P-3 | Subpoena to Testify at a Deposition in a Civil Action to Corporate Representative for Express H2O Pipeline & ROW, LLC set for June 18, 2025 | | |
| P-4 | Notice of Oral Deposition in Aid of Judgment of Larry Wright | | |
| P-5 | Plaintiff's Second Amended Original Petition<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District | | |
| P-6 | Defendant Westlake Chemical OPCO, LP's Second Amended Original Answer and Petition for Declaratory Judgment<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| P-7 | Agreed Amended Docket Control Order – Level Three<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District | | |
| P-8 | Appellants' Brief<br><br>In re: *DMA Properties, Inc., et al. vs. KrisJenn Ranch, LLC*, eta al.; Case No. 5:24:-cv-00365-XR; In the United States District Court for the Western District of Texas | | |
| P-9 | Proposed Order Granting Motion Seeking Stay Pending Appeal Pursuant to FRBP 8007(a)(1)(A) and Establishing Bond Amount (Docket No. 436-4) | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

| *Motion to Quash Deposition Notices (Docket No. 437)* | | | |
|---|---|---|---|
| **No.** | **Exhibit** | **Offered** | **Admitted** |
| P-1 | Motion to Quash Deposition Notices (Docket No. 437) | | |
| P-2 | Amended Notice of Oral Deposition in Aid of Judgment of Larry Wright | | |
| P-3 | Amended Notice of Oral Deposition in Aid of Judgment of KrisJenn Ranch, LLC | | |

| | | | |
|---|---|---|---|
| P-4 | Amended Notice of Oral Deposition in Aid of Judgment of KrisJenn Ranch, LLC – Series Uvalde Ranch | | |
| P-5 | Amended Notice of Oral Deposition in Aid of Judgement of KrisJenn Ranch, LLC – Series Pipeline ROW | | |
| P-6 | Plaintiff's Second Amended Original Petition<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial Distric | | |
| P-7 | Defendant Westlake Chemical OPCO, LP's Second Amended Original Answer and Petition for Declaratory Judgment<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District | | |
| P-8 | Agreed Amended Docket Control Order – Level Three<br><br>In re: *Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District | | |
| P-9 | Appellants' Brief<br><br>In re: *DMA Properties, Inc., et al. vs. KrisJenn Ranch, LLC*, eta al.; Case No. 5:24:-cv-00365-XR; In the United States District Court for the Western District of Texas | | |
| P-10 | Proposed Order Granting Motion to Quash Deposition Notices (Docket No. 437-5) | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |

| | | | |
|---|---|---|---|
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

Dated: June 9, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on June 9, 2025, or within one business day thereof, the foregoing was served without exhibits via United States First Class Mail to the parties listed below.

| | |
|---|---|
| Christopher S. Johns<br>cjohns@cobbjohns.com<br>COBB AND JOHNS<br>14101 Highway 290 West, Suite 400A<br>Austin, Texas 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** | Timothy Cleveland<br>tcleveland@clevelandkrist.com<br>Austin Krist<br>akrist@clevelandkrist.com<br>CLEVELAND KRIST PLLC<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** |
| Jeffery Duke<br>jeff@jfduke.com<br>JF DUKE AND ASSOCIATES<br>11818 Great Oaks Drive<br>College Station, Texas 77494<br><br>***Attorneys for Longbranch Energy, LP*** | Natalie Wilson<br>nwilson@langleybanack.com<br>LANGLEY & BANACK, INC.<br>745 East Mulberry Avenue, Suite 700 San Antonio, TX 78212<br>Telephone: 210-736-6600<br>Facsimile: (210) 735-6889<br><br>***Attorneys for DMA Properties, Inc. and Frank Daniel Moore*** |
| Michael Black<br>BURNS & BLACK PLLC<br>mblack@burnsandblack.com<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>Telephone: 210-829-2022<br>Facsimile: 210-829-2021 fax<br><br>***Attorneys for Longbranch Energy, LP*** | C. John Muller<br>John.muller@cjma.law<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset Rd.<br>San Antonio, Texas 78209<br>Telephone: (210) 664-5000<br><br>***Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row*** |
| James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov | Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com |

| *United States Trustee* | *Counsel for Black Duck Properties, LLC* |

                                                  */s/ Charlie Shelton*
                                                  Charlie Shelton