B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

Western District Of Texas

Exhibit **P-2**

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row
        Debtor

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row
        Plaintiffs
v.
DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, L.P.
        Defendants
v.
Larry Wright (Third Party Defendant)

Case No. 20-50805-rbk

Chapter 11

Adv. Proc. No. 20-05027-rbk

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

vs.

**Name and Address of Judgment Debtor**
Larry Wright (3rd Party Defendant)
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE **WESTERN** DISTRICT OF **TEXAS**:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

May 27th 2025
Date

*Estella Benitez Jurado*
Clerk of the Bankruptcy Court

P2-0001