#437 *Motion to Quash Deposition Notices Filed by Herbert C Shelton II for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Counter Defendants Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, 3rd Pty Defendant Larry Wright.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Krisjenn Ranch, LLC. vs. DMA Properties, Inc. et.al. | | | | DISTRICT COURT Western (**San Antonio**) | |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY **Charles Muller, IV** | | DEFENDANT'S ATTORNEY **Herbert C. Shelton, II** | | DOCKET NUMBER 20-5027 K (BK 20-50805) | |
| | | | | TRIAL DATE(S) **June 10, 2025** | |
| PRESIDING JUDGE **RONALD B. KING** | | ELECTRONIC COURT RECORDING OPERATOR **Daniel Paez** | | COURTROOM DEPUTY **Krystal Torres** | |

**FILED JUN 1 0 2025 U.S. BANKRUPTCY COURT BY DEPUTY**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 06/10/25 | XXXX | 06/10/25 | Motion to Quash Deposition Notices (Docket No. 437) |
| | 2 | 06/10/25 | XXXX | 06/10/25 | Amended Notice of Oral Deposition in Aid of Judgment of Larry Wright |
| | 3 | 06/10/25 | XXXX | 06/10/25 | Amended Notice of Oral Deposition in Aid of Judgment of KrisJenn Ranch, LLC |
| | 4 | 06/10/25 | XXXX | 06/10/25 | Amended Notice of Oral Deposition in Aid of Judgment of KrisJenn Ranch, LLC – Series Uvalde Ranch |
| | 5 | 06/10/25 | XXXX | 06/10/25 | Amended Notice of Oral Deposition in Aid of Judgement of KrisJenn Ranch, LLC – Series Pipeline ROW |
| | 6 | 06/10/25 | XXXX | 06/10/25 | Plaintiff's Second Amended Original Petition In re: Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial Distric |
| | 7 | 06/10/25 | XXXX | 06/10/25 | Defendant Westlake Chemical OPCO, LP's Second Amended Original Answer and Petition for Declaratory Judgment In re: Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District |
| | 8 | 06/10/25 | XXXX | 06/10/25 | Agreed Amended Docket Control Order – Level Three In re: Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP; Cause No. CV-00461-24-08; In the District Court of Angelina County; 159th/217th Judicial District |
| | 9 | 06/10/25 | XXXX | 06/10/25 | Appellants' Brief In re: DMA Properties, Inc., et al. vs. KrisJenn Ranch, LLC, eta al.; Case No. 5:24:-cv-00365-XR; In the United States District Court for the Western District of Texas |
| | 10 | 06/10/25 | XXXX | 06/10/25 | Proposed Order Granting Motion to Quash Deposition Notices (Docket No. 437-5) |