

**The relief described hereinbelow is SO ORDERED.**

**Signed June 20, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § § | |
| *Debtor.* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § § | |
| *Defendants.* | § § § | |

**ORDER GRANTING DMA AND LONGBRANCH'S
MOTION FOR SUBSTITUTE SERVICE AND TO APPOINT PROCESS SERVER**

On this day, the Court considered the Motion for Substitute Service and to Appoint Process Server filed by DMA Properties and Frank Daniel Moore (collectively, "DMA") and Longbranch Energy ("Longbranch"). Having considered the parties' briefing and arguments at the hearing, as well as the governing law, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED that DMA and Longbranch's Motion for Substitute Service and to Appoint Process Server is GRANTED.

IT IS FURTHER ORDERED that counsel for Larry Wright and the KrisJenn entities shall provide Wright's current address at which he can be served on his own behalf and on behalf of the KrisJenn entities by June 13, 2025.

IT IS FURTHER ORDERED that the Court appoints ATX Process, LLC pursuant to Federal Rule of Civil Procedure 4.1 for the purpose of effectuating service of the writs of execution issued by this Court against Wright and the KrisJenn entities. This appointment shall not preclude efforts by the U.S. Marshal Service to serve or enforce the writs as necessary.

IT IS FURTHER ORDERED that service of the writs of execution against Wright and the KrisJenn entities may be effected through service and acceptance of the writs through counsel for Wright and the KrisJenn entities and by affixing a copy of the writs of execution to the door of Wright's last known address, 733 Admiral Benbow Lane, McQueeney, TX 78123.

###

Order Prepared By:

/s/ *Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

/s/ *Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |