PLAINTIFF'S EXHIBIT 95

Exhibit C

| | |
|---|---|
| From: | Craig Crockett <craig@tcrg.com> |
| Sent: | Tuesday, May 21, 2019 2:34 PM |
| To: | Darin Borders; Larry Wright; cjohns@johnsandcounsel.com; Jens Hansen |
| Cc: | Dstrolle@caglaw.net; John Terrill-Synergy -Silverado; Jens Hansen |
| Subject: | RE: Line |

All

I have reconsidered. I will not be on a call or meeting anyone tomorrow regarding DMDA, Moore, and Borders.

As I see it, my client has roughly 54% of the deal and Black Duck/Wright and Terril have plenty of interest to work out a solution. 54% is already not economic for us and we sure aren't giving up any additional interest to try to resolve claims of regarding DMDA, Moore, and Borders.

Last Friday, the Moore lawyers requested to mediate.

Either attend mediation in the next thirty (30) days, or I will advise Bobby of these claims, which I believe will result in him killing operations permanently. You all doing nothing will get the deal killed in my opinion.

TCRG has no obligation to spend money under the circumstances. While these claims are outstanding, I am instructing our team to put their pens and tools down and stand down on all operations until the claims are resolved.

Craig M. Crockett
General Counsel
Texas Capitalization Resource Group, Inc.
2509 Merrick Street
Fort Worth, Texas 76107
Telephone: 817-626-9898
Telecopier: 817-624-1374
Cell: 817-999-4112
E-Mail: craig@tcrg.com

The contents of this email and any attachments to it may contain privileged and confidential information from Texas Capitalization Resource Group, Inc. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to from Texas Capitalization Resource Group, Inc. or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify from Texas Capitalization Resource Group, Inc. by e-mail immediately.

-----Original Message-----
From: Darin Borders <drborders@yahoo.com>
Sent: Tuesday, May 21, 2019 1:57 PM
To: Larry Wright <larrymwright54@yahoo.com>; cjohns@johnsandcounsel.com
Cc: Dstrolle@caglaw.net; John Terrill-Synergy -Silverado <John@synergyadvisorsgroup.com>; Craig Crockett <craig@tcrg.com>

LONGBRANCH001228

Subject: Re: Line

If there any planned meetings now or in the future  that may prevent litigation please let me know the time and dates and I will be present with council ,

Darin Borders for Longbranch Energy , LP 936-590-0125cell

Sent from my iPhone

> On May 20, 2019, at 2:33 PM, Larry Wright <larrymwright54@yahoo.com> wrote:
>
> Darin-FYI Daniel Moore's attorney has requested a meeting this Wed in Fort Worth with TCRG.  Just making sure you are not represented by the same attorneys.   Please give me a call today or in morning.  John Terrell wants to offer your Company a shot at clearing the line.  Lots of good stuff ahead I'm hoping.
>
> Ty,
> Larry
> 210-288-2806

LONGBRANCH001229

| | |
|---|---|
| **From:** | Darin Borders <drborders@yahoo.com> on behalf of Darin Borders |
| **Sent:** | Monday, December 7, 2020 5:51 AM |
| **To:** | David Johns; Daniel Moore; Chris Johns; Jeffrey Duke |
| **Subject:** | Fwd: Line |

Sent from my iPhone

Begin forwarded message:

> **From:** Craig Crockett <craig@tcrg.com>
> **Date:** May 21, 2019 at 4:13:54 PM CDT
> **To:** Darin Borders <drborders@yahoo.com>, Larry Wright <larrymwright54@yahoo.com>, "cjohns@johnsandcounsel.com" <cjohns@johnsandcounsel.com>, Jens Hansen <jens@tcrg.com>
> **Cc:** "Dstrolle@caglaw.net" <Dstrolle@caglaw.net>, John Terrill-Synergy -Silverado <John@SynergyAdvisorsGroup.com>
> **Subject: Re: Line**
>
> Correction.
>
> TCRG's interest is 84% before payout and 59% after payout. Resolve this
>
> Sent from my iPhone
>
>> On May 21, 2019, at 2:34 PM, Craig Crockett <craig@tcrg.com> wrote:
>>
>> All
>>
>> I have reconsidered. I will not be on a call or meeting anyone tomorrow regarding DMDA, Moore, and Borders.
>>
>> As I see it, my client has roughly 54% of the deal and Black Duck/Wright and Terril have plenty of interest to work out a solution.   54% is already not economic for us and we sure aren't giving up any additional interest to try to resolve claims of regarding DMDA, Moore, and Borders.
>>
>> Last Friday, the Moore lawyers requested to mediate.
>>
>> Either attend mediation in the next thirty (30) days, or I will advise Bobby of these claims, which I believe will result in him killing operations permanently.   You all doing nothing will get the deal killed in my opinion.

LONGBRANCH001230

TCRG has no obligation to spend money under the circumstances. While these claims are outstanding, I am instructing our team to put their pens and tools down and stand down on all operations until the claims are resolved.

Craig M. Crockett

General Counsel

Texas Capitalization Resource Group, Inc.

2509 Merrick Street

Fort Worth, Texas 76107

Telephone: 817-626-9898

Telecopier: 817-624-1374

Cell: 817-999-4112

E-Mail: craig@tcrg.com

The contents of this email and any attachments to it may contain privileged and confidential information from Texas Capitalization Resource Group, Inc. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to from Texas Capitalization Resource Group, Inc. or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify from Texas Capitalization Resource Group, Inc. by e-mail immediately.

-----Original Message-----

From: Darin Borders <drborders@yahoo.com>

Sent: Tuesday, May 21, 2019 1:57 PM

To: Larry Wright <larrymwright54@yahoo.com>; cjohns@johnsandcounsel.com

Cc: Dstrolle@caglaw.net; John Terrill-Synergy -Silverado <John@synergyadvisorsgroup.com>; Craig Crockett <craig@tcrg.com>

Subject: Re: Line

If there any planned meetings now or in the future that may prevent litigation please let me know the time and dates and I will be present with council ,

Darin Borders for Longbranch Energy , LP 936-590-0125cell

LONGBRANCH001231

Sent from my iPhone

> On May 20, 2019, at 2:33 PM, Larry Wright <larrymwright54@yahoo.com> wrote:
>
> Darin-FYI Daniel Moore's attorney has requested a meeting this Wed in Fort Worth with TCRG. Just making sure you are not represented by the same attorneys. Please give me a call today or in morning. John Terrell wants to offer your Company a shot at clearing the line. Lots of good stuff ahead I'm hoping.
>
> Ty,
>
> Larry
>
> 210-288-2806

LONGBRANCH001232