**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | **Adversary No. 20-05027-rbk** |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL** | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION FOR SATISFACTION OF ATTORNEY'S FEES
JUDGMENT BY RECOUPMENT OR SETOFF**

CAME ON for consideration the *Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff* (the "Motion") filed by KrisJenn Ranch, LLC; KrisJenn Ranch, LLC–Series

Uvalde Ranch; KrisJenn Ranch, LLC–Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright"). The Court, having considered the Motion, the arguments and authorities cited therein, the relevant pleadings, and the record in this case, finds that the Motion should be GRANTED. It is therefore ORDERED that:

1. The $750,000 attorney's fees awarded to the Defendants are deemed satisfied under the doctrines of recoupment or setoff.

2. Larry Wright's right to first monies out of the ROW or sales proceeds is reduced to $3,950,000.

3. This Court retains jurisdiction to enforce, interpret, and amend this Order as necessary.

# # #  END OF ORDER  # # #

*Order prepared and submitted by*:

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW; and Larry Wright*