## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | Chapter 11 |
| KrisJenn Ranch LLC, | § | Case No. 20-50805-rbk |
|     *Debtor* | § | |

_____

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL | § | Adversary No. 20-05027-RBK |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC, ET AL, | § | |
|     Defendants. | § | |

## <u>TEMPORARY INJUNCTION ORDER</u>

On this day, the Court considered Wright's Verified Application for Temporary Injunction pursuant to Federal Rule of Civil Procedure 65, and after reviewing the pleadings, evidence, and arguments presented, the Court finds that an injunction to stop interference in the Court's Judgment is merited and necessary. It is therefore **ORDERED** that **Defendants, their agents, employees,**

**attorneys, and all persons acting in concert or participation with them, are hereby**

**TEMPORARILY ENJOINED from:**

a. Communicating directly or indirectly with potential buyers of the ROW or their agents, except through Wright's counsel;

b. Making false or disparaging statements about the ROW, the title of the ROW, or the sale of it;

c. Threatening or initiating baseless litigation against potential buyers for the purpose of interfering with the sale; and

d. Otherwise interfering with Wright's efforts to market or sell the ROW.

This Temporary Injunction shall remain in effect until further order of this Court.

It is **FURTHER ORDERED** that Plaintiff shall post a bond in the amount of **$_____**

pursuant to **Federal Rule of Civil Procedure 65(c)**, as security for the payment of such costs and

damages as may be incurred or suffered by any party who is found to have been wrongfully

enjoined/

SIGNED this ___ day of _____, 2025.