IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AND LARRY WRIGHT'S MOTION TO ABATE; LARRY WRIGHT'S APPLICATION FOR TEMPORARY INJUNCTION AND REQUEST FOR EVIDENTIARY HEARING; AND LARRY WRIGHT'S MOTION FOR SATISFACTION OF ATTORNEY'S FEES JUDGMENT BY RECOUPMENT OR SETOFF**

On this date, came on for consideration the *Motion for Expedited Consideration* ("Motion to Expedite") of the *Motion to Abate* (Docket No. 456), *Application for Temporary Injunction and Request for Evidentiary Hearing* (Docket No. 458), and *Motion for Satisfaction of Attorney's Fees Judgement by Recoupment or Setoff* (Docket No. 457) (collectively, the "Motions") filed by KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright") (collectively, the "Movants"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motions are scheduled on an expedited basis listed on top of this Order; it is further

**ORDERED** that counsel for the Movants shall promptly serve a notice of the hearing.

### ### END OF ORDER ###

*Order Prepared By:*

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for the Movants*