


**The relief described hereinbelow is SO ORDERED.**

**Signed June 27, 2025.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **Adversary No. 20-05027-rbk** |
| **vs.** | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, KRISJENN RANCH, LLC-SERIES PIPELINE ROW, AND LARRY WRIGHT'S MOTION TO ABATE; LARRY WRIGHT'S APPLICATION FOR TEMPORARY INJUNCTION AND REQUEST FOR EVIDENTIARY HEARING; AND LARRY WRIGHT'S MOTION FOR SATISFACTION OF ATTORNEY'S FEES JUDGMENT BY RECOUPMENT OR SETOFF**

On this date, came on for consideration the *Motion for Expedited Consideration* ("Motion to Expedite") of the *Motion to Abate* (Docket No. 456), *Application for Temporary Injunction and Request for Evidentiary Hearing* (Docket No. 458), and *Motion for Satisfaction of Attorney's Fees Judgement by Recoupment or Setoff* (Docket No. 457) (collectively, the "Motions") filed by KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (collectively, "KrisJenn"); and Larry Wright ("Wright") (collectively, the "Movants"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motions are scheduled on an **Expedited basis on July 2, 2025 @10am via zoom https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756**; it is further

**ORDERED** that counsel for the Movants shall promptly serve a notice of the hearing.

###

**END OF ORDER**

***Order Prepared By:***

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for the Movants***