## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF WITHDRAWAL

COME NOW Larry Wright ("Wright") and hereby withdraws the *Wright's Application for Temporary Injunction and Request for Evidentiary Hearing* (Docket No. 458).

Dated: July 1, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
(Bar No. 24079317)
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7101 Phone/Fax
cshelton@haywardfirm.com

***Counsel for Larry Wright***

NOTICE OF WITHDRAWAL     **1** | P a g e

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2025, a true and correct copy of the foregoing Notice was served electronically to all parties receiving notice via the Court's CM/ECF system.

                                      */s/Charlie Shelton*
                                      Charlie Shelton