**The relief described hereinbelow is SO ORDERED.**

**Signed July 02, 2025.**



_____
**Ronald B. King**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC, ET AL, | § § | CASE NO. 20-50805-RBK |
| DEBTOR | § § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, ET AL, | § § | |
| PLAINTIFFS, | § § § | ADVERSARY NO. 20-5027-RBK |
| V. | § § | |
| DMA PROPERTIES, INC., ET AL, | § § | |
| DEFENDANTS. | § | |

**ORDER DENYING MOTION TO ABATE**

On July 2, 2025, came on to be heard Larry Wright's Motion to Abate (the "Motion").

Third-party defendant, Larry Wright ("**Wright**"), and Defendant, DMA Properties, Inc. ("**DMA**"), appeared by and through counsel of record and announced ready. After reviewing the Motion, the response, the documents on file in the adversary proceeding at the time of the hearing, and after hearing the argument of counsel, the Court is of the opinion that the Motion should be denied, for the reasons stated in the findings of fact and conclusions of law stated on the record, pursuant to FED. R. BANKR. P. 7052 and 9014.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby **DENIED**.

# # #