

The relief described hereinbelow is SO ORDERED.

Signed July 02, 2025.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| KRISJENN RANCH, LLC, ET AL, § | CASE NO. 20-50805-RBK | |
| § | | |
| DEBTOR § | CHAPTER 11 | |
| § | | |
| KRISJENN RANCH, LLC, ET AL, § | | |
| § | | |
| PLAINTIFFS, § | | |
| § | ADVERSARY NO. 20-5027-RBK | |
| V. § | | |
| § | | |
| DMA PROPERTIES, INC., ET AL, § | | |
| § | | |
| DEFENDANTS. § | | |

---

**ORDER DISMISSING "WRIGHT'S APPLICATION FOR TEMPORARY INJUNCTION AND REQUEST FOR EVIDENTIARY HEARING"**

On July 2, 2025, came on to be heard "Wright's Application for Temporary Injunction and Request for Evidentiary Hearing" (the "Application").

Third-party defendant, Larry Wright, withdrew the Application and it will be dismissed.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the Application is hereby **DISMISSED**.

# # #