**#456 Motion to Abate Filed by Herbert C Shelton II for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, 3rd Pty Defendant Larry Wright.**

**#457 Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff Filed by Herbert C Shelton II for Plaintiff Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row, 3rd Pty Defendant Larry Wright.**

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Krisjenn Ranch, LLC. vs. DMA Properties, Inc., et. al. | | DISTRICT COURT Western (**San Antonio**) | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY **Charles Shelton** | DEFENDANT'S ATTORNEY **Lulu Ortiz** | DOCKET NUMBER **20-5027 K (20-50805 K-11)** | |
| | | TRIAL DATE(S) **July 2, 2025** | |
| PRESIDING JUDGE **RONALD B. KING** | ELECTRONIC COURT RECORDING OPERATOR **Maxine McGee** | COURTROOM DEPUTY **Deanna Castleberry** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Document #456** <br> *FILED JUL 02 2025 U.S. BANKRUPTCY COURT BY ___ DEPUTY* |
| 1 | | 07/2/25 | XXXX | 07/2/25 | Motion to Abate (Docket No. 456) |
| 2 | | 07/2/25 | XXXX | 07/2/25 | Exhibit A to Motion – Declaration of Lourdes Ortiz (Docket No. 456-1) <br><br> In re: Express H2O Pipeline and Row, LLC v. Westlake Chemical OPCO, LP; Cause No. CV-00461-24-08; In the District Court of Angelina County, Texas; 159th Judicial District |
| 3 | | 07/2/25 | XXXX | 07/2/25 | Exhibit B to Motion – Letter from Andrew Seger with the Office of Key Terrell & Seger LLP to Craig Crockett Dated March 5, 2019 (Docket No. 456-2) <br><br> re: The Twenty Percent Net Profits Overriding Royalty of DMA Properties, Inc., In and to the P-21 Express Pipeline Under Agreement Dated February 7, 2018 and Filed as Instrument Number 2018-9233 In the Official Public Records of Rusk County, Texas On or About December 4, 2018 |
| 4 | | 07/2/25 | XXXX | 07/2/25 | Exhibit C to Motion – Email Thread Dated May 21, 2019 (Docket No. 456-3) |
| 5 | | 07/2/25 | XXXX | 07/2/25 | Plaintiff's Second Amended Original Petition Filed on April 21, 2025 <br><br> In re: Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP; Cause No. 00461-24-08; In the District Court of Angelina County; 159th Judicial District |
| 6 | | 07/2/25 | XXXX | 07/2/25 | Defendant Westlake Chemical OPCO, LP's Second Amended Original Answer and Petition for Declaratory Judgment Filed on May 5, 2025 <br><br> In re: Express H2O Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP; Cause No. 00461-24-08; In the District Court of Angelina County; 159th Judicial District |
| | 7 | 07/2/25 | XXXX | 07/2/25 | Agreed Amended Docket Control Order – Level Three Filed on March 11, 2025 |

| | 8 | 07/2/25 | XXXX | 07/2/25 | Proposed Order Granting Motion to Abate (Docket No. 456-4) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **Document #457** |
| | 1 | 07/2/25 | XXXX | 07/2/25 | Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff (Docket No. 457) |
| | 2 | 07/2/25 | XXXX | 07/2/25 | Proposed Order Granting Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff (Docket No. 457-1) |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page(s)