**All debt (other than ordinary living expenses) of Larry Wright shall be disclosed along with the financial statement and list of assets.**
**The relief described hereinbelow is SO ORDERED.**

**Signed July 08, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § § | |
| *Debtor.* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § § | |
| *Defendants.* | § § § | |

**INTERIM ORDER GRANTING IN PART AND DENYING IN PART
WRIGHT'S MOTION FOR SATISFACTION OF ATTORNEYS' FEES JUDGMENT**

On this day, the Court considered Larry's Wright's Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff [#457]. Having considered the parties' briefing and arguments at the hearing, as well as the governing law, the Court grants the motion in part and denies the motion in part on an interim basis and issues the following interim order:

IT IS ORDERED that Wright's Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff [#457] is GRANTED IN PART and DENIED IN PART ON AN INTERIM BASIS.

IT IS ORDERED that on or before July 15, 2025, Wright shall provide DMA Properties, Longbranch Energy, and Frank Daniel Moore with a financial statement summarizing any and all assets in which Wright owns or claims an interest, directly or indirectly, or which Wright controls, directly or indirectly. The assets to be listed and identified should include but are not limited to: any and all bank accounts, real or personal property (including mineral interests), ownership interests in any business entities (including partnership and membership interests), equipment, vehicles, safety deposit boxes, lock boxes, cash, securities, investments, cryptocurrency, stocks, bonds, notes, trusts, assets held in trust, patents, and intellectual property which Wright owns or in which Wright claims an interest, directly or indirectly.

IT IS FURTHER ORDERED that all other post-judgment discovery in this case is STAYED until August 6, 2025.

IT IS FURTHER ORDERED that execution of the Order on Attorney's Fees [#353] and Writ of Execution [#427] is STAYED until August 6, 2025.

IT IS FURTHER ORDERED that Wright SHALL NOT make any transfers of property, cash, ownership interests in any business entities, or any other assets to any third parties, including but not limited to friends, family, or other business entities, on or

before August 6, 2025. Notwithstanding the foregoing, Wright may continue to incur and pay routine living expenses and bills as necessary in the ordinary course.

IT IS FURTHER ORDERED that Wright shall take immediate affirmative steps to market and sell the mineral interests disclosed and referenced at the hearing held on July 2, 2025 and to otherwise satisfy the Order on Attorneys' Fees [#353].

IT IS FURTHER ORDERED that, in the event the right of way which is called the Express Pipeline ("ROW") is sold or developed before Wright has satisfied the Order on Attorney's Fees [#353], DMA Properties, Frank Daniel Moore, and Longbranch Energy (collectively, "DMA") shall recover and be entitled to receive any outstanding amounts (plus any applicable interest) owed under the Order on Attorney's Fees [#353] out of any income or funds due or payable to Wright from the sale or operation of the ROW. DMA's right of payment and recovery as described herein shall have first priority over any right that Wright may have to receive such income or funds from any sale or operation of the ROW.

IT IS FINALLY ORDERED that the hearing on this motion is RESET and CONTINUED to August 6, 2025, at 10:00 AM.

###

Order Prepared By:

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |

5