# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 6636 6756

on **8/6/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 470 Objections and Request for Protective Order filed by Herbert C. Shelton II for Respondent Express H2O Pipeline & Row, LLC. (related document(s): 431 Notice of Subpoena to Non–party Express H2O Pipeline & ROW, LLC filed by Maria De Lourdes Ortiz for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore. Hearing Scheduled For 8/6/2025 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 6636 6756 (Castleberry, Deanna)

Dated: 7/8/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court