| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

*Please Read Instructions:*

| 1. NAME Charlie Shelton | 2. PHONE NUMBER (737) 881-7103 | 3. DATE 7/9/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL cshelton@haywardfirm.com, svillarreal@haywardfirm.com | 5. CITY Austin | 6. STATE TX | 7. ZIP CODE 78757 |

| 8. CASE NUMBER 20-05027 (Adversary) | 9. JUDGE King | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 7/2/2025 | 11. TO 7/2/2025 |
| 12. CASE NAME Krisjenn Ranch, LLC et al. v. DMA Properties, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Austin | 14. STATE TX |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | 07/02/2025 |
| [x] OPENING STATEMENT (Plaintiff) | 07/02/2025 | All Witnesses | 07/02/2025 |
| [x] OPENING STATEMENT (Defendant) | 07/02/2025 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 07/02/2025 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 07/02/2025 | | |
| [x] OPINION OF COURT | 07/02/2025 | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | **FILED** |
| 3-Day | [x] | [ ] | NO. OF COPIES | | JUL 09 2025 |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | U.S. BANKRUPTCY COURT |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | BY _EL_ DEPUTY |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL 0.00 |
|---|---|
| 18. SIGNATURE /s/ Charlie Shelton | PROCESSED BY *Emilio Linda* |
| 19. DATE 7/9/2025 | PHONE NUMBER (210) 472-6720 |

| TRANSCRIPT TO BE PREPARED BY J & J Court Transcribers, Inc (609) 586-2311 | | | COURT ADDRESS US Bankruptcy Court 615 E Houston St, Suite 597 San Antonio, TX 78205 |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 7/9/25 | EL | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY