# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KRISJENN RANCH, LLC | § | |
| | § | Bankruptcy Case No. 5:20-50805-RBK |
| *Debtor* | § | |

---

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, and | § | |
| KRISJENN RANCH, LLC-SERIES | § | |
| UVALDE RANCH and KRISJENN | § | Case No. SA-24-CV-365-XR |
| RANCH, LLC-SERIES PIPELINE ROW | § | |
| as Successors in Interest to BLACKDUCK | § | *Consolidated* |
| PROPERTIES, LLC | § | |
| *Appellants/Cross-appellees*, | § | Case No. SA-24-CV-367-XR |
| | § | |
| -vs- | § | |
| | § | (Consolidated Appeal from the United |
| DMA PROPERTIES, INC., | § | States Bankruptcy Court for the Western |
| LONGBRANCH ENERGY, LP, | § | District of Texas Adversary Proc. No. 20- |
| and FRANK DANIEL MOORE, | § | 05207-RBK) |
| *Appellees/Cross-appellants*. | | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

For the reasons stated in the Court's Order issued contemporaneously with this Final Judgment, **IT IS ORDERED** that the Bankruptcy Court's Final Judgment After Remand is **AFFIRMED**.

**IT IS FURTHER ORDERED** that KrisJenn Ranch's Motion Seeking Relief from the Bankruptcy Court's Final Judgment (ECF No. 16) and KrisJenn Ranch's Motion for Leave to Amend/Correct Certificate of Conference (ECF No. 17) are **DISMISSED** as **MOOT.**

**IT IS FUTHER ORDERED** that the appeal before this Court is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 11th day of August, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE