

**The relief described hereinbelow is SO ORDERED.**

**Signed August 14, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Debtor.* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

### INTERIM ORDER GRANTING IN PART AND DENYING IN PART WRIGHT'S MOTION FOR SATISFACTION OF ATTORNEYS' FEES JUDGMENT

On this day, the Court further considered Larry's Wright's Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff [#457]. Following the Court's prior interim order on Wright's Motion and in the wake of a hearing on August 6, 2025, regarding Wright's efforts to comply with that interim order, and having considered the parties' briefing and arguments at the hearing, as well as the governing law, the Court issues the following further interim order:

IT IS ORDERED that Wright's Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff [#457] remains GRANTED IN PART and DENIED IN PART ON AN INTERIM BASIS.

IT IS FURTHER ORDERED that post-judgment discovery in this case shall remain STAYED until September 24, 2025.

IT IS FURTHER ORDERED that execution of the Order on Attorney's Fees [#353] and Writ of Execution [#427] shall remain STAYED until September 24, 2025.

IT IS FURTHER ORDERED that, as set forth in the Court's prior interim order and as extended herein, Wright SHALL NOT make any transfers of property, cash, ownership interests in any business entities, or any other assets to any third parties, including but not limited to friends, family, or other business entities, on or before September 24, 2025. Notwithstanding the foregoing, Wright may continue to incur and pay routine living expenses and bills as necessary in the ordinary course.

IT IS FURTHER ORDERED that Wright continue taking immediate affirmative steps to market and sell the mineral interests disclosed and referenced at the hearing held on July 2, 2025 and to otherwise satisfy the Order on Attorneys' Fees [#353].

IT IS FURTHER ORDERED that, in the event the right of way which is called the Express Pipeline ("ROW") is sold or developed before Wright has satisfied the Order on Attorney's Fees [#353], DMA Properties, Frank Daniel Moore, and Longbranch

Energy (collectively, "DMA") shall recover and be entitled to receive any outstanding amounts (plus any applicable interest) owed under the Order on Attorney's Fees [#353] out of any income or funds due or payable to Wright from the sale or operation of the ROW. DMA's right of payment and recovery as described herein shall have first priority over any right that Wright may have to receive such income or funds from any sale or operation of the ROW.

IT IS FINALLY ORDERED that the hearing on this motion is RESET and CONTINUED to September 24, 2025, at 10:00 AM.

###

Order Prepared By:

/s/ Christopher S. Johns
Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

/s/ Timothy Cleveland
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

4

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |