AO 433 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME<br>Lourdes Ortiz | 2. PHONE NUMBER<br>(737) 802-6925 |
| 3. DATE<br>9/15/2025 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>lortiz@clevelandkrist.com | 5. CITY<br>Austin |
| 6. STATE TX | 7. ZIP CODE 78746 |
| 8. CASE NUMBER 5:20-ap-5027 | 9. JUDGE King |
| DATES OF PROCEEDINGS | |
| 10. FROM 2/26/2025 | 11. TO 2/26/2025 |
| 12. CASE NAME<br>KrisJenn Ranch, LLC et al. v. DMA Properties, Inc. et al. | LOCATION OF PROCEEDINGS |
| 13. CITY San Antonio | 14. STATE TX |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Hr'g on Motion to Vacate |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [x] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED
SEP 16 2025
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| 18. SIGNATURE<br>/s/ Lourdes Ortiz | PROCESSED BY<br>*Daniel Paez* |
|---|---|
| 19. DATE<br>9/12/2025 | PHONE NUMBER<br>(210) 427-6720 |

TRANSCRIPT TO BE PREPARED BY

Veritext Legal Solutions
www.veritext.com

COURT ADDRESS

US Bankruptcy Court
615 E Houston St, Suite 597
San Antonio, TX 78205

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 09-16-25 | DP | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY