# TRANSCRIPT ORDER

AO 435 (Rev. 10/23)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Lourdes Ortiz |
| 2 | PHONE NUMBER | (737) 802-6925 |
| 3 | DATE | 9/15/2025 |
| 4 | DELIVERY ADDRESS OR EMAIL | lortiz@clevelandkrist.com |
| 5 | CITY | Austin |
| 6 | STATE | TX |
| 7 | ZIP CODE | 78746 |
| 8 | CASE NUMBER | 5:20-ap-5027 |
| 9 | JUDGE | King |
| 10 | FROM | 8/6/2025 |
| 11 | TO | 8/6/2025 |
| 12 | CASE NAME | KrisJenn Ranch, LLC et al. v. DMA Properties, Inc. et al. |
| 13 | CITY | San Antonio |
| 14 | STATE | TX |

**15. ORDER FOR:** [ ] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL  [ ] CIVIL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [X] BANKRUPTCY  [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | Hr'g on Mot. Recoup/Setoff |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [X] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

FILED SEP 16 2025 U.S. BANKRUPTCY COURT BY BS DEPUTY

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Lourdes Ortiz
19. DATE: 9/12/2025

PROCESSED BY: [signature]
PHONE NUMBER: (210) 427-6720

TRANSCRIPT TO BE PREPARED BY: Veritext Legal Solutions  www.veritext.com

COURT ADDRESS: US Bankruptcy Court, 615 E Houston St, Suite 597, San Antonio, TX 78205

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 9-16-25 | BS | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 9-17-25 | DP | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY