**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC** | § | **CASE NO.: 20-50805-rbk** |
| | § | |
| *Debtor.* | § | |
| | § | |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, *ET AL*.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **Adversary No. 20-05027-RBK** |
| | § | |
| **DMA PROPERTIES, INC., *ET AL*.,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), R. Adam Swick of Akerman LLP hereby enters his appearance in the above-referenced adversary proceeding as co-counsel to DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP and hereby requests that all notices given or required in this adversary proceeding, and all documents, and all other papers served in the in this adversary proceeding, be given to and served upon the undersigned counsel listed below:

R. Adam Swick
**AKERMAN LLP**
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone:     (737) 999-7103
Facsimile:     (512) 623-6701
adam.swick@akerman.com

83251688;1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to any of the parties in the above-referenced adversary proceeding.

Dated: September 23, 2025

Respectfully submitted,

**AKERMAN LLP**

*/s/ R. Adam Swick*
R. Adam Swick, SBN: 24051794
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone:     (737) 999-7103
Facsimile:     (512) 623-6701
adam.swick@akerman.com

*Attorneys for DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 23, 2025 a true and correct copy of the foregoing was served via the Court's Electronic Case Filing System to all parties requesting such service, including the parties on the attached Service List:

*/s/ R. Adam Swick*
R. Adam Swick

2

83251688;1

## SERVICE LIST

| | |
|---|---|
| Christopher S. Johns<br>cjohns@cobbjohns.com<br>COBB AND JOHNS<br>14101 Highway 290 West, Suite 400A<br>Austin, Texas 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** | Timothy Cleveland<br>tcleveland@clevelandkrist.com<br>Austin Krist<br>akrist@clevelandkrist.com<br>CLEVELAND KRIST PLLC<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br><br>***Attorneys for Longbranch Energy DMA Properties, Inc., and Frank Daniel Moore*** |
| Jeffery Duke<br>jeff@jfduke.com<br>JF DUKE AND ASSOCIATES<br>11818 Great Oaks Drive<br>College Station, Texas 77494<br><br>***Attorneys for Longbranch Energy, LP*** | Natalie Wilson<br>nwilson@langleybanack.com<br>LANGLEY & BANACK, INC.<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>Telephone: 210-736-6600<br>Facsimile: (210) 735-6889<br><br>***Attorneys for DMA Properties, Inc. and Frank Daniel Moore*** |
| Michael Black<br>mblack@burnsandblack.com<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>Telephone: 210-829-2022<br>Facsimile: 210-829-2021<br><br>***Attorneys for Longbranch Energy, LP*** | C. John Muller<br>John.muller@cjma.law<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset Rd.<br>San Antonio, Texas 78209<br>Telephone: (210) 664-5000<br><br>***Attorneys for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row*** |
| James Rose<br>james.rose@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br><br>***United States Trustee*** | Ronald J. Smeberg<br>ron@smeberg.com<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br><br>***Attorneys for Black Duck Properties LLC*** |

83251688;1