# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 6636 6756

on **10/29/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 498 Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims Filed by Austin Hammer Krist for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP. Hearing Scheduled For 10/29/2025 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 6636 6756 (Castleberry, Deanna)

Dated: 10/2/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]