

**The relief described hereinbelow is SO ORDERED.**

**Signed October 02, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-50805-RBK |
| KRISJENN RANCH, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (JOINTLY ADMINISTERED) |
| | § | |
| KRISJENN RANCH, LLC ET AL., | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER DENYING MOTION**

On October 2, 2025, the Court held a hearing on Third-Party Defendant Larry Wright's *Motion for Satisfaction of Attorney's Fees Judgment by Recoupment or Setoff* (ECF No. 457) and finds it appropriate to deny the motion for reasons stated on the record. The Court therefore

**DENIES** the *Motion* (ECF No. 457).

# # #