| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Lourdes Ortiz | 2. PHONE NUMBER (737) 802-6925 | 3. DATE 10/2/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL lortiz@clevelandkrist.com | 5. CITY Austin | 6. STATE TX | 7. ZIP CODE 78746 |
| 8. CASE NUMBER 5:20-ap-5027 | 9. JUDGE King | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/24/2025 | 11. TO 9/24/2025 |
| 12. CASE NAME KrisJenn Ranch, LLC et al. v. DMA Properties, Inc. et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Antonio | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

FILED OCT 03 2025 U.S. BANKRUPTCY COURT BY _____ DEPUTY

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Hr'g on Mot. Recoup/Setoff |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE /s/ Lourdes Ortiz | PROCESSED BY Krystal Torres |
|---|---|
| 19. DATE 10/2/2025 | PHONE NUMBER (210) 472-6720 |
| TRANSCRIPT TO BE PREPARED BY ACCESS TRANSCIPTS, LLC 1 (855) 873-2223 | COURT ADDRESS U.S. Bankruptcy Court 615 E. Houston St. Ste. 597 San Antonio, TX 78244 |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | 10/3/25 | KT |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY