B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

<u>Western</u> District Of <u>Texas</u>

In re Krisjenn Ranch, LLC d/b/a KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row

Debtor

Krisjenn Ranch, LLC; KrisJenn Ranch, LLC, Series Uvalde Ranch; KrisJenn Ranch, LLC, Series Pipeline Row,

Plaintiffs

v.

DMA Properties, Inc., Franklin Daniel Moore, and Longbranch Energy, LP

Defendants<br>v.

Larry Wright (3rd Party Defendant)

Case No. 20-50805-rbk

Chapter 11

Adv. Proc. No. 20-05027-rbk

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP
c/o Cleveland Krist PLLC
303 Camp Craft Road, Ste. 325, Austin, TX 78746
(737) 802-6925

Amount of Judgment:
$ 750,000

Other Costs:
$ 0

vs.

**Name and Address of Judgment Debtor**
KrisJenn Ranch, LLC-Series Uvalde Ranch
733 ADMIRAL BENBOW LN MC
McQueeney, TX 78123

Date of Entry of Judgment:
March 26, 2024

TO THE UNITED STATES MARSHAL FOR THE <u>WESTERN</u> DISTRICT OF <u>TEXAS</u>:
   You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
   You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

October 6, 2025
Date

Barry D. Knight
Clerk of the Bankruptcy Court

*Emilio Lunah*
Deputy Clerk



The relief described hereinbelow is SO ORDERED.

Signed March 26, 2024.

_____
Ronald B. King
United States Bankruptcy Judge

A true copy of the original, I certify
BARRY D. KNIGHT
CLERK, U.S. BANKRUPTCY COURT
BY: _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, ET AL, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, ET AL, | § | |
| | § | |
| PLAINTIFFS, | § | ADVERSARY NO. NO. 20-5027-RBK |
| | § | |
| V. | § | |
| | § | |
| DMA PROPERTIES, INC., ET AL, | § | |
| | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT AFTER REMAND

On January 11, 2021, came on to be heard this adversary proceeding for trial on the merits. Plaintiffs, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC ("**KrisJenn**"),

appeared by and through counsel of record and announced ready for trial. Defendants, DMA Properties, Inc. ("**DMA**") and Longbranch Energy, LP ("**Longbranch**"), appeared by and through counsel of record and announced ready for trial. Third-party plaintiff, Frank Daniel Moore ("**Moore**"), and Third-party defendant, Larry Wright ("**Wright**"), appeared in person and by and through counsel of record and announced ready for trial. After a six-day trial and an appeal to United States District Court, this Court renders judgment for the reasons stated by the District Court and in this Court's Opinion After Remand, pursuant to FED. R. BANKR. P. 7052.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Declaratory Judgment is rendered for Defendants, DMA and Longbranch, that the net-profits interests owned by Longbranch Energy, LP and DMA Properties, Inc. are valid and subsisting covenants running with the land in the right of way ("**ROW**") which is called the Express Pipeline.

2. As to DMA's and Moore's claim for breach of fiduciary duty against Wright regarding the unauthorized Black Duck loan, the Court renders judgment that DMA and Moore recover a constructive trust on the ROW in the hands of Express H2O, LLC, because of the unauthorized transfer by KrisJenn of the ROW to Express H2O, LLC.

3. As to the claims of DMA and Moore for damages for breach of fiduciary duty, Larry Wright may recover the $4,700,000 purchase price that he paid for the ROW, prior to the breaches of fiduciary duty, out of income from the ROW or the sales proceeds. After that, DMA and Longbranch will each receive 20% out of the net profits from a sale or future development income of the ROW. Other requested damages are denied.

4. DMA, Moore, and Longbranch are entitled to recover reasonable and necessary attorney's fees under the Texas Declaratory Judgment Act for the issues relating to the

covenant running with the land. The parties may submit a request for attorney's fees within 14 days after the judgment is entered pursuant to FED. R. BANKR. P. 7054 and Bankruptcy Local Rule 7054.

5. Declaratory judgment is rendered in favor of DMA that, under the terms of the Email Agreement and Harris SWD Agreement, DMA has an ownership interest in 50% of the Bigfoot Note payments. Further, the Court awards DMA $175,143.60 from the funds held in the Panola County court registry plus $100,000 in attorney's fees, if not previously paid.

6. All costs of court are taxed to Plaintiff, KrisJenn Ranch, LLC.

7. All relief not specially granted herein is hereby DENIED.

### ###

The relief described hereinbelow is SO ORDERED.

Signed May 14, 2024.

_____
Ronald B. King
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § § | |
| *Debtor.* | § § | Case No. 20-50805-rbk |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 20-5027 |
| DMA Properties, Inc., et al., | § § | |
| *Defendants.* | § § § | |

ORDER GRANTING DMA's AND LONGBRANCH'S MOTION
FOR ATTORNEYS' FEES, In Part

On this day, the Court considered the Motion for Attorneys' Fees filed by DMA Properties and Frank Daniel Moore (collectively, "DMA") and Longbranch Energy

("Longbranch"). Having reviewed the parties' briefing, the governing law, and the case file as a whole, the Court finds the motion is meritorious and should be granted, in part.

It is therefore ORDERED that DMA and Longbranch's Motion for Attorneys' Fees is GRANTED, in part, and that DMA and Longbranch are awarded fees under the Texas Declaratory Judgment Act, the Federal Declaratory Judgment Act, and Texas Civil Practice and Remedies Code § 38.001.

It is further ORDERED that DMA, Moore, and Longbranch are awarded $750,000.00 in reasonable and necessary attorneys' fees in connection with their declaratory, breach of contract, and breach of fiduciary duty claims against Wright; KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; and KrisJenn Ranch, LLC-Series Pipeline ROW.

It is finally ORDERED that DMA, Moore, and Longbranch are awarded conditional appellate fees' in connection with their declaratory, breach of contract, and breach of fiduciary duty claims against Wright; KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; and KrisJenn Ranch, LLC-Series Pipeline ROW in the event of an unsuccessful appeal by Wright or his entities with respect to those claims. Specifically, the Court conditionally awards $30,000 in reasonable and necessary attorneys' fees if the Court's judgment is appealed to the district court, $30,000 in reasonable and necessary attorneys' fees for briefing would be reasonably incurred if this matter is appealed to the Fifth Circuit, and $15,000 in attorneys' fees in connection with oral argument if requested by the Fifth Circuit.

###

Order Prepared By:

/s/ *Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
COBB & JOHNS PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, TX 78741
512-399-3150
cjohns@cobbjohns.com

/s/ *Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*

3

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charles John Muller, IV<br>CJ MULLER & ASSOCIATES, PLLC<br>111 W. Sunset<br>San Antonio, TX 78209<br>ron@smeberg.com<br>john.muller@cjma.law<br><br>*Counsel for KrisJenn Ranch, LLC, Krisjenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>DUKE BANISTER MILLER & MILLER<br>22310 Grand Corner Drive, Suite 110<br>Katy, TX 77494<br>jduke@dbmmlaw.com<br><br>*Counsel for Longbranch Energy, LP* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| William P Germany<br>BAYNE, SNELL & KRAUSE<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 78209<br>wgermany@bsklaw.com<br><br>*Counsel for Larry Wright* | Laura L. Worsham<br>JONES, ALLEN & FUQUAY, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243<br>lworsham@jonesallen.com<br><br>*Counsel for McLeod Oil, LLC* |