# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20–50805–rbk
Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk
Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **09/04/2025** was filed on **10/06/2025**. The following deadlines apply:

The parties have until **October 14, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **October 27, 2025**.

If a request for redaction is filed, the redacted transcript is due **November 6, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **January 5, 2026** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Access Transcripts, LLC (855) 873–2223**, or you may view the document at the clerk's office public terminal.

Dated: 10/7/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Bridget Hardage

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]