# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 6636 6756

on **10/29/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 512 Motion to Quash Subpoena Duces Tecum and Objections to Same Filed by Herbert C Shelton II for Respondent Express H2O Pipeline & Row, LLC. (related document(s): 511 Notice of Subpoena of Express H2O Pipeline & ROW, LLC filed by Maria De Lourdes Ortiz for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Interested Party Frank Daniel Moore). Hearing Scheduled For 10/29/2025 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 6636 6756. (Castleberry, Deanna)

Dated: 10/24/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court