**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC | § § | CASE No. 20-50805-rbk |
| DEBTOR. | § § | CHAPTER 11 (Jointly Administered) |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § § | |
| PLAINTIFFS, | § § | |
| vs. | § § | Adversary No. 20-05027-rbk |
| DMA PROPERTIES, INC. ET AL. | § § | |
| DEFENDANTS. | § § | |

**PLAINTIFFS' & RESPONDENT'S WITNESS AND EXHIBIT LIST FOR HEARINGS SET FOR WEDNESDAY, OCTOBER 29, 2025 AT 10:00 A.M. (CT)**
*(Reference Docket Nos. 498, 512, & 470)*

KrisJenn Ranch, LLC; KrisJenn Ranch, LLC-Series Uvalde Ranch; KrisJenn Ranch, LLC-Series Pipeline ROW (Collectively, "KrisJenn"), Larry Wright ("Wright") (together, the "Plaintiffs"), and H20 Pipeline & ROW, LLC ("H20 Pipeline") (the "Respondent") reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearings, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| | *Hearing on Express H20 Pipeline & ROW, LLC's Motion to Quash Subpoena Duces Tecum and Objection to Same (Docket No. 512) and Objections and Request for Protective Order in Response to Subpoena Served by DMA Properties, Inc., Frank Daniel Moore; and Longbranch Energy, L.P. (Docket No. 470)* | | |
|---|---|---|---|
| **No.** | **Exhibit** | **Offered** | **Admitted** |
| P-1 | Notice of Subpoena of Express H20 Pipeline & ROW, LLC (Docket No. 431) | | |
| P-2 | Objections and Request for Protective Order in Response to Subpoena Served by DMA Properties, Inc.; Frank Daniel Moore; and Longbranch Energy, LP (Docket No. 470) | | |
| P-3 | Notice of Subpoena of Express H20 Pipeline & ROW, LLC (Docket No. 511) | | |
| P-4 | Express H20 Pipeline & ROW, LLC's Motion to Quash Subpoena Duces Tecum and Objections to Same (Docket No. 512) | | |
| P-5 | Proposed Order Express H20 Pipeline & ROW, LLC's Motion to Quash Subpoena Duces Tecum and Objections to Same (Docket No. 512-2) | | |
| P-6 | Final Judgment After Remand (Docket No. 329) | | |
| P-7 | Order on Bankruptcy Appeal (Docket No. 485) | | |
| P-8 | Final Judgment (Docket No. 486) | | |

| | | | |
|---|---|---|---|
| P-9 | Order on Motions for Summary Judgment; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-10 | Order on Plaintiff's Motion for Partial Summary Judgment on Westlake's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-11 | Order on Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-12 | Order on Plaintiff's Amended Motion for Partial Summary Judgment on Defendant's Declaratory Judgment Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| *Hearing on DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498)* | | | |
| P-1 | DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498) | | |
| P-2 | Objection to DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 513) | | |
| P-3 | Final Judgment After Remand (Docket No. 329) | | |
| P-4 | Order on Bankruptcy Appeal (Docket No. 485) | | |
| P-5 | Final Judgment (Docket No. 486) | | |
| P-6 | Order on Motions for Summary Judgment; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-7 | Order on Plaintiff's Motion for Partial Summary Judgment on Westlake's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-8 | Order on Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |


| | | | |
|---|---|---|---|
| P-9 | Order on Plaintiff's Amended Motion for Partial Summary Judgment on Defendant's Declaratory Judgment Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

Dated: October 24, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Plaintiffs, Larry Wright, and H20 Pipeline & ROW, LLC*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 24, 2025, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on October 24, 2025, or within one business day thereof, the foregoing was served without exhibits via United States First Class Mail to the parties listed below.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns, Michael C. Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>chris@cobbjohns.com<br>michael@cobbjohns.com | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com |
| Akerman LLP<br>Attn: Randall Adam Swick<br>500 W. 5th Street, Suite 1210<br>Austin TX 78701<br>Adam.swick@akerman.com | Langley & Banack<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** |
| THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>***Counsel for Black Duck Properties, LLC*** | KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row<br>410 Spyglass Road<br>McQueeney, TX 78123 |
| Larry Wright<br>410 Spyglass Road<br>McQueeney, TX 78123 | U.S. Trustee's Office<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

                                                        */s/ Charlie Shelton*
                                                        Charlie Shelton