Exhibit

P-5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: § § KRISJENN RANCH, LLC, § § Debtor. § | | Case No. 20-50805-rbk Chapter 11 (Jointly Administered) |
| KRISJENN RANCH, LLC, et al., § § Plaintiffs, § § v. § § DMA PROPERTIES, INC., et al., § § Defendants. § | | Adversary No. 20-05027-rbk |

**EXPRESS H2O PIPELINE & ROW, LLC'S MOTION TO QUASH SUBPOENA DUCES TECUM AND OBJECTIONS TO SAME**

CAME ON FOR CONSIDERATION the *Motion to Quash Subpoena Duces Tecum and Objections to Same* (the "Motion") filed by Express H2O Pipeline & ROW, LLC (the "Movant")

in the above-captioned adversary proceeding. The Court, having reviewed the Motion, along with the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "Subpoena") [ECF No. 511] served and the above-captioned Defendants, finding that the legal and factual bases set forth in the Motion establish sufficient cause for the relief granted herein; and adequate notice of the Motion having been given; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Subpoena is hereby quashed.

3. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

# # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
Bach W. Norwood
Texas State Bar No: 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com
bnorwood@haywardfirm.com

***Attorneys for Express H2O Pipeline & Row, LLC***