B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western **District of** Texas

In re KrisJenn Ranch, LLC, et al.
Debtor

Case No. 20-50805

Chapter 11

*(Complete if issued in an adversary proceeding)*

KrisJenn Ranch, LLC, et al.
Plaintiff
v.
DMA Properties, Inc. et al.
Defendant

Adv. Proc. No. 20-05027

DELIVERED
10/20/25
BY: [signature] PSC: 2329
ATX Process, LLC
exp 10/31/26

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Larry Wright

*(Name of person to whom the subpoena is directed)*

☐ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE United States Bankruptcy Court for the Western District of Texas, via Zoom at https://www.zoomgov.com/my/king.txwb | COURTROOM Zoom |
| --- | --- |
| | DATE AND TIME 10/29/2025 at 10:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/17/2025

CLERK OF COURT

_____     OR     [signature] Tim Cl
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* ____DMA Properties, Inc. et al.____, who issues or requests this subpoena, are:

Tim Cleveland, 303 Camp Craft Rd., Suite 325, Austin, Texas 78746, tcleveland@clevelandkrist.com, (512) 689-8698

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit A