IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING LARRY WRIGHT'S MOTION TO QUASH SUBPOENA TO APPEAR AT OCTOBER 29, 2025 HEARING**

CAME ON FOR CONSIDERATION *Larry Wright's Motion to Quash Subpoena to Appear at October 29, 2025 Hearing* (the "Motion") filed by Larry Wright (the "Movant") in the above-captioned adversary proceeding. The Court, having reviewed the Motion, along with the

1 | P a g e

*Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding)* (the "Subpoena") and, finding that the legal and factual bases set forth in the Motion establish sufficient cause for the relief granted herein; and adequate notice of the Motion having been given; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Subpoena is hereby quashed.

3. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

### # # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
Bach W. Norwood
Texas State Bar No: 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com
bnorwood@haywardfirm.com

*Attorneys for Larry Wright*