**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | |
| § | | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** § | | |
| § | | **CHAPTER 11** |
| DEBTOR. § | | **(Jointly Administered)** |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** § | | |
| § | | |
| PLAINTIFFS, § | | |
| § | | **Adversary No. 20-05027-rbk** |
| vs. § | | |
| § | | |
| **DMA PROPERTIES, INC. ET AL.** § | | |
| § | | |
| DEFENDANTS. § | | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF**
**LARRY WRIGHT'S MOTION TO QUASH SUBPOENA**
**TO APPEAR AT OCTOBER 29, 2025 HEARING**

On this date, came on for consideration the *Motion for Expedited Consideration* ("Motion

2 | P a g e

to Expedite") of the *Motion to Quash Subpoena to Appear at October 29, 2025 Hearing* (the "Motion") filed by Larry Wright ("Wright"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motion is scheduled on an expedited basis listed on top of this Order; it is further

**ORDERED** that counsel for Wright shall promptly serve a notice of the hearing.

### ### END OF ORDER ###

*Order Prepared By:*

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Larry Wright*