IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § § | |
| *Debtor* | § § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Adversary No. 20-05027 |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| DMA Properties, Inc. and Longbranch Energy, LP, et al. | § § § | |
| *Counterplaintiffs,* | § § | |
| v. | § § | Adversary No. 20-05027 |
| KrisJenn Ranch, LLC; Larry Wright, et al., | § § § | |
| *Counterdefendants.* | § § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Alexa L. Gervasi of Cobb & Johns PLLC has been retained as additional counsel for Frank Daniel Moore; DMA Properties, Inc; and Longbranch Energy, LP in the above-referenced adversary proceeding, and that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules,

1

the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

Alexa L. Gervasi
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
alexa@cobbjohns.com

Please take further notice that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

Dated: October 28, 2025

Respectfully submitted,

 */s/ Alexa L. Gervasi*
Christopher S. Johns
Texas Bar No. 24044849
Michael C. Cotton
Texas Bar No. 24116229
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com
michael@cobbjohns.com
alexa@cobbjohns.com

Timothy Cleveland
Austin H. Krist
CLEVELAND | KRIST PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Counsel for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I caused a copy of the foregoing to be filed by this Court's CM/ECF system, which will serve a copy on all registered users.

                                          */s/ Lourdes Ortiz*
                                          Lourdes Ortiz