

**Exhibit A**
to DMA's Response to Express H2O's Motion to Quash, Motion for Protective Order, and Objections

Alexa Gervasi <alexa@cobbjohns.com>

## Re: KrisJenn and Express H2O: Post-Judgment Discovery
1 message

**Holli Baze** <hbaze@ssbww.law>                                                           Wed, Oct 8, 2025 at 3:13 PM
To: Alexa Gervasi <alexa@cobbjohns.com>, "cshelton@haywardfirm.com" <cshelton@haywardfirm.com>, "sach@sachlaw.com" <sach@sachlaw.com>
Cc: Chris Johns <chris@cobbjohns.com>, David Johns <david@cobbjohns.com>, Lulú Ortiz <lortiz@clevelandkrist.com>, Austin Krist <akrist@clevelandkrist.com>, Tim Pearson <tim@cobbjohns.com>, "Adam.swick@akerman.com" <Adam.swick@akerman.com>

Express is not a party and will not be deposed in the bankruptcy at this time.

We'll get back to you about Mr. Wright.

Get Outlook for iOS

**From:** Alexa Gervasi <alexa@cobbjohns.com>
**Sent:** Tuesday, October 7, 2025 4:42:05 PM
**To:** cshelton@haywardfirm.com <cshelton@haywardfirm.com>; Holli Baze <hbaze@ssbww.law>; sach@sachlaw.com <sach@sachlaw.com>
**Cc:** Chris Johns <chris@cobbjohns.com>; David Johns <david@cobbjohns.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Austin Krist <akrist@clevelandkrist.com>; Tim Pearson <tim@cobbjohns.com>; Adam.swick@akerman.com <Adam.swick@akerman.com>
**Subject:** KrisJenn and Express H2O: Post-Judgment Discovery

Counsel,

My name is Alexa Gervasi, and I will be working with Chris Johns and co-counsel on the DMA/Longbranch matter. Following the Court's ruling last week, we are proceeding with post judgment discovery. Please let me know which of the following days Larry Wright (individually) and Express H2O (under Rule 30(b)(6)) are available to sit for depositions: October 15, October 16, October 20, or October 21. I believe we can complete both depositions on the same day.

To assist you in identifying the representative(s) for Express H2O, please find attached a draft of the topics we intend to notice. Also, please let me know if, in the interest of preserving judicial resources, you will accept a notice of deposition on behalf of Express H2O, or if you are requiring that we subpoena the deposition under Rule 45.

As you know, time is of the essence, so I would greatly appreciate receiving your response by the end of the day tomorrow, Wednesday, October 8. If we have not heard from you, we will notice the depositions for Monday, October 20.

Thank you,

Alexa

--

Alexa L. Gervasi

**COBB&JOHNS**

Texas Property &

Government Lawyers

www.cobbjohns.com

Cell: (806) 335-6632

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us at (936) 632-2300 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system.