

The relief described hereinbelow is SO ORDERED.

Signed October 29, 2025.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

---

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF
LARRY WRIGHT'S MOTION TO QUASH SUBPOENA
TO APPEAR AT OCTOBER 29, 2025 HEARING**

On this date, came on for consideration the *Motion for Expedited Consideration* ("Motion

2 | P a g e

to Expedite") of the *Motion to Quash Subpoena to Appear at October 29, 2025 Hearing* (the "Motion") filed by Larry Wright ("Wright"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motion is scheduled on an **Expedited Basis on October 29, 2025 @1:30pm Via Zoom https://www.zoomgov.com/my/king.txwb  Meeting ID: 161 6636 6756;** it is further

**ORDERED** that counsel for Wright shall promptly serve a notice of the hearing.

### END OF ORDER ###

*Order Prepared By:*

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Larry Wright*