IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| *Debtor* | § | |
| | § | Case No. 20-50805-RBK |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027-RBK |
| | § | |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., | § § § | |
| *Defendants.* | § | |

**NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED CONSIDERATION OF EXPRESS H2O'S MOTION TO QUASH SUBPOENA**

Noting that the Court already plans to hear Express H2O Pipeline & ROW, LLC's Motion to Quash Subpoena Duces Tecum [# 512] on October 29, 2025, Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP hereby withdraw their Motion for Expedited Consideration of the same [# 526].

Dated: October 29, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Christopher S. Johns
　　　　　　　　　　　　　　　　　　　　Christopher S. Johns
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24044849
　　　　　　　　　　　　　　　　　　　　Michael C. Cotton
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24116229
　　　　　　　　　　　　　　　　　　　　Alexa L. Gervasi
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24147091
　　　　　　　　　　　　　　　　　　　　COBB & JOHNS PLLC
　　　　　　　　　　　　　　　　　　　　13341 West US-290, Building 2
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78737
　　　　　　　　　　　　　　　　　　　　512-399-3150
　　　　　　　　　　　　　　　　　　　　512-572-8005 fax
　　　　　　　　　　　　　　　　　　　　chris@cobbjohns.com
　　　　　　　　　　　　　　　　　　　　michael@cobbjohns.com
　　　　　　　　　　　　　　　　　　　　alexa@cobbjohns.com

　　　　　　　　　　　　　　　　　　　　Timothy Cleveland
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24055318
　　　　　　　　　　　　　　　　　　　　Austin H. Krist
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24106170
　　　　　　　　　　　　　　　　　　　　CLEVELAND | KRIST PLLC
　　　　　　　　　　　　　　　　　　　　4611 Bee Cave Road, Suite 306B
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
　　　　　　　　　　　　　　　　　　　　512-689-8698
　　　　　　　　　　　　　　　　　　　　tcleveland@clevelandkrist.com
　　　　　　　　　　　　　　　　　　　　akrist@clevelandkrist.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2025 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below.

Charlie Shelton
HAYWARD PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757
737-881-7100
cshelton@haywardfirm.com

*Counsel for Larry Wright and Express H2O Pipeline ROW, LLC*

KrisJenn Ranch, LLC
KrisJenn Ranch, LLC—Series Uvalde Ranch
KrisJenn Ranch, LLC—Series Pipeline Row
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

*Debtor and Plaintiff*

Ronald J. Smeberg
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, Texas 78201-4926
ron@smeberg.com

*Counsel for Black Duck Properties, LLC*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, Texas 77494
jeff@jfduke.com

*Counsel for Longbranch Energy, LP*

James Rose
OFFICE OF THE U.S. TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov

*United States Trustee*

Laura L. Worsham
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243
lworsham@jonesallen.com

*Counsel for McLeod Oil, LLC*

    /s/ Lourdes Ortiz
Lourdes Ortiz