

**The relief described hereinbelow is SO ORDERED.**

**Signed October 29, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50805-RBK |
| KRISJENN RANCH, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (JOINTLY ADMINISTERED) |
| | § | |
| KRISJENN RANCH, LLC ET AL., | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC. ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER DISMISSING OBJECTIONS AS MOOT

The Court considered Express H2O Pipeline & Row, LLC's *Objections and Request for Protective Order in Response to Subpoena Served by DMA Properties, Inc.; Frank Daniel Moore; and Longbranch Energy, LP* (ECF No. 470) and the docket in this case and has determined the

*Objections* should be dismissed as moot. It is therefore

**ORDERED** that the *Objections* (ECF No. 470) is **DISMISSED** as moot.

# # #