*#512 Motion to Quash Subpoena Duces Tecum and Objections to Same Filed by Herbert C Shelton II for Respondent Express H2O Pipeline & Row, LLC. (related document(s): [511]) Notice of Subpoena of Express H2O Pipeline & ROW, LLC filed by Maria De Lourdes Ortiz for Defendants DMA Properties, Inc., Longbranch Energy, LP, Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Interested Party Frank Daniel Moore)*

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Krisjenn Ranch, LLC. vs. DMA Properties, Inc. et.al. | | DISTRICT COURT Western (San Antonio) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Herbert Shelton<br>Holli Baze | DEFENDANT'S ATTORNEY<br><br>Austin Krist<br>Alexa Gervasi | DOCKET NUMBER<br>20-5027 (BK 20-50805 K) |
| | | TRIAL DATE(S)<br>October 29, 2025 |
| PRESIDING JUDGE<br><br>RONALD B. KING | ELECTRONIC COURT RECORDING OPERATOR<br>Maxine McGee | COURTROOM DEPUTY<br><br>Deanna Castleberry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 10/29/25 | -------- | -------- | **LARRY WRIGHT** |

FILED
OCT 29 2025
U.S. BANKRUPTCY COURT
BY_____ DEPUTY