# TRANSCRIPT ORDER

AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**FOR COURT USE ONLY**
DUE DATE:

*Please Read Instructions:*

| Field | Value |
|---|---|
| 1. NAME | Mark S. Finkelstein |
| 2. PHONE NUMBER | (713) 446-9804 |
| 3. DATE | 10/30/2025 |
| 4. DELIVERY ADDRESS OR EMAIL | mfinkelstein@smfadlaw.com |
| 5. CITY | Houston |
| 6. STATE | Texas |
| 7. ZIP CODE | 77007 |
| 8. CASE NUMBER | 20-05027-rbk |
| 9. JUDGE | Judge Ronald B. King |
| 10. FROM | 10/29/2025 |
| 11. TO | 10/29/2025 |
| 12. CASE NAME | KrisJenn Ranch, LLC, et al. v. DMA Properties, Inc., et al. |
| 13. CITY | San Antonio |
| 14. STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Full hearing, all motions. | 10/29/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED OCT 31 2025 U.S. BANKRUPTCY COURT BY _____ DEPUTY

## 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *Mark S. Finkelstein*
19. DATE: 10/30/2025

PROCESSED BY: *Alma Sosa*
PHONE NUMBER: (210) 472-6720
COURT ADDRESS: 615 E. Houston St. #597, San Antonio, TX 78205

TRANSCRIPT TO BE PREPARED BY: *Access*

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY

#532