**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | **Chapter 11** |
| **KrisJenn Ranch LLC,** | § | **Case No. 20-50805-rbk** |
| | § | |
| Debtor. | § | |
| | § | |

---

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL** | § | Adversary No. 20-05027-RBK |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC, ET AL,** | § | |
| Defendants. | § | |

---

**ORDER GRANTING WRIGHT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND AUTHORITY OR, ALTERNATIVELY, MOTION TO STAY**

---

CAME ON FOR CONSIDERATION the *Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay* (the "Motion") filed by Larry Wright. The Court finding

1 | P a g e

the Motion should be granted. It is then therefore ORDERED that the Motion is GRANTED. It is further ORDERED that:

1. DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498) is dismissed for lack of subject-matter jurisdiction.

# # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Larry Wright*