**The relief described hereinbelow is SO ORDERED.**

**Signed November 06, 2025.**



_____
**Ronald B. King
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| *Debtor* | § | |
| | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027 |
| | § | |
| DMA Properties, Inc.; and Longbranch Energy, LP, et al., | § | |
| *Defendants.* | § | |

### ORDER GRANTING DMA, MOORE, AND LONGBRANCH'S
### REQUEST FOR EXPEDITED HEARING ON THEIR MOTION TO COMPEL (DOCKET NO. 540)

On this date came on for consideration the motion filed by Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP requesting an expedited hearing on DMA, Moore, and Longbranch's Motion Compel Larry Wright to Attend In-Person Deposition filed on November 4, 2025 (Docket No. 540). The Court finds that the Motion should be granted as set forth below.

It is therefore ORDERED that DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP's Motion to Compel is scheduled for an **Expedited Hearing on November 7, 2025 @10am via ZOOM https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756.**

It is further ORDERED that counsel for Defendants shall promptly serve a notice of the hearing.

###

Order Prepared By:

 /s/ Christopher S. Johns
Christopher S. Johns
Texas Bar No. 24044849
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com
alexa@cobbjohns.com

Timothy Cleveland
Texas Bar No. 24055318
Austin H. Krist
Texas Bar No. 24106170
Lourdes Ortiz
Texas Bar No. 24134904
CLEVELAND | KRIST PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and Frank Daniel Moore*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, TX 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, TX 77494
jeff@jfduke.com

*Attorneys for Longbranch Energy*