AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Charlie Shelton | 2. PHONE NUMBER<br>(737) 881-7103 | 3. DATE<br>11/7/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>cshelton@haywardfirm.com, svillarreal@haywardfirm.com | 5. CITY<br>Austin | 6. STATE TX — 7. ZIP CODE 78757 |
| 8. CASE NUMBER<br>Adv. Proc. No. 20-05027 | 9. JUDGE<br>Ronald B. King | DATES OF PROCEEDINGS<br>10. FROM 11/7/2025 — 11. TO 11/7/2025 |
| 12. CASE NAME<br>KrisJennRach,LLC et al. vs. DMAProperties,inc. et al. | | LOCATION OF PROCEEDINGS<br>13. CITY San Antonio — 14. STATE TX |

15. ORDER FOR

☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☒ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness)<br>All Witnesses | 11/07/2025 |
| ☒ OPENING STATEMENT (Plaintiff) | 11/07/2025 | | |
| ☒ OPENING STATEMENT (Defendant) | 11/07/2025 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 11/07/2025 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 11/07/2025 | | |
| ☒ OPINION OF COURT | 11/07/2025 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☒ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| | |
|---|---|
| 18. SIGNATURE<br>/s/Charlie Shelton | PROCESSED BY |
| 19. DATE<br>11/7/2025 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY