| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

Please Read Instructions:

| 1. NAME Charlie Shelton | | 2. PHONE NUMBER (737) 881-7103 | | 3. DATE 11/7/2025 | |
|---|---|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL cshelton@haywardfirm.com, svillarreal@haywardfirm.com | | 5. CITY Austin | 6. STATE TX | | 7. ZIP CODE 78757 |
| 8. CASE NUMBER Adv. Proc. No. 20-05027 | 9. JUDGE Ronald B. King | DATES OF PROCEEDINGS | | | |
| | | 10. FROM 11/7/2025 | 11. TO 11/7/2025 | | |
| 12. CASE NAME KrisJennRach,LLC et al. vs. DMAProperties,inc. et al. | | LOCATION OF PROCEEDINGS | | | |
| | | 13. CITY San Antonio | 14. STATE TX | | |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 11/07/2025 | All Witnesses | 11/07/2025 |
| ☒ OPENING STATEMENT (Defendant) | 11/07/2025 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 11/07/2025 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 11/07/2025 | | |
| ☒ OPINION OF COURT | 11/07/2025 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☒ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**F I L E D**

**NOV 07 2025**

**U.S. BANKRUPTCY COURT**
BY _____ DEPUTY

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 18. SIGNATURE /s/Charlie Shelton | | PROCESSED BY *Daniel Paez* | |
| 19. DATE 11/7/2025 | | PHONE NUMBER (210) 472-6720 x 5739 | |
| TRANSCRIPT TO BE PREPARED BY ACCESS TRANSCRIPTS, LLC 10100 YOUNGWOOD LN. FISHERS, IN 46038  1 (855) 873-2223 | | COURT ADDRESS U.S. BANKRUPTCY CLERK'S OFFICE 615 E. HOUSTON STREEET, 597 SAN ANTONIO, TX 78205 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11-7-25 | *dp* | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | 11-7-25 | *dp* | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | |
| PARTY RECEIVED TRANSCRIPT | | | | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY