

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* § | | |
| § | Chapter 11 | |
| KrisJenn Ranch LLC, § | Case No. 20-50805-rbk | |
| Debtor. § | | |
| § | | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL § | Adversary No. 20-05027-RBK | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| DMA PROPERTIES, INC, ET AL, § | | |
| Defendants. § | | |

**ORDER ON MOTION TO COMPEL LARRY WRIGHT TO
ATTEND IN-PERSON DEPOSITION**

Having considered Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP's (collectively "DMA") *Motion to Compel Larry Wright to Attend In-person Deposition* and having heard the arguments of Counsel on the same, the Court is of the opinion that the same should be **GRANTED.**

1

It is therefore **ORDERED** Larry Wright appear at an in-person deposition on **November 12, 2025 at 9:00 A.M. (CT)** at the offices of CLEVELAND | KRIST PLLC, 4611 Bee Cave Road, Suite 306B, Austin, Texas 78746.

# # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Larry Wright*