**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | Chapter 11 |
| KrisJenn Ranch LLC, | § | Case No. 20-50805-rbk |
|     *Debtor* | § | |
| | § | |

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL | § | Adversary No. 20-05027-RBK |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC, ET AL, | § | |
|     Defendants. | § | |

## NOTICE OF STAY OF DISCOVERY

On November 12, at 7:51 am, Judge Xavier Rodriguez in the United States District Court of the Western District issued an Order Granting Larry Wright's Emergency Motion to Stay Discovery:

**Docket Text:**

**Text Order GRANTING [2] Emergency Motion to Stay Discovery entered by Judge Xavier Rodriguez. The deposition scheduled for November 12, 2025 at 9:00 a.m. is STAYED pending further order of this Court. Interested parties may file a response to Mr. Wright's mandamus petition and/or stay motion by November 17, 2025 or request an extension of time to do so. (This is a text-only entry generated by the court. There is no document associated with this entry.)**

*See* Exhibit A (ECF Entry).

1

Dated: November 12, 2025          Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on November 12, 2025 thus effecting service on any parties requesting service thereby. The foregoing was also served via United States First Class Mail on November 12, 2025 or within one business day thereof on all persons listed below.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns, Michael C. Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>chris@cobbjohns.com<br>michael@cobbjohns.com | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com |
| Akerman LLP<br>Attn: Randall Adam Swick<br>500 W. 5th Street, Suite 1210<br>Austin TX 78701<br>Adam.swick@akerman.com | Langley & Banack<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** |
| THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>***Counsel for Black Duck Properties, LLC*** | KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row<br>410 Spyglass Road<br>McQueeney, TX 78123 |
| Larry Wright<br>410 Spyglass Road<br>McQueeney, TX 78123 | United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

*/s/ Charlie Shelton*
Charlie Shelton