**Wednesday, November 12, 2025 at 8:47:36 AM Central Standard Time**

**Subject:** Activity in Case 5:25-cv-01452 v. King Order on Motion to Stay
**Date:** Wednesday, November 12, 2025 at 7:52:04 AM Central Standard Time
**From:** TXW_USDC_Notice@txwd.uscourts.gov
**To:** cmecf_notices@txwd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court [LIVE]

### Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 11/12/2025 at 7:51 AM CST and filed on 11/12/2025

**Case Name:** v. King
**Case Number:** [5:25-cv-01452](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING [2] Emergency Motion to Stay Discovery entered by Judge Xavier Rodriguez. The deposition scheduled for November 12, 2025 at 9:00 a.m. is STAYED pending further order of this Court. Interested parties may file a response to Mr. Wright's mandamus petition and/or stay motion by November 17, 2025 or request an extension of time to do so. (This is a text-only entry generated by the court. There is no document associated with this entry.)**

**5:25-cv-01452 Notice has been electronically mailed to:**

Scott C. Skelton     sskelton@ssbww.law, kmurphy@skeltonslusher.com, tneal@skeltonslusher.com

**5:25-cv-01452 Notice has been delivered by other means to:**