

The relief described hereinbelow is SO ORDERED.

Signed November 12, 2025.

                                                                          _____
                                                                                 **Ronald B. King**
                                                          **United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § § § § § | Chapter 11 |
| KrisJenn Ranch, LLC, *Debtor* | | Case No. 20-50805-RBK |
| KrisJenn Ranch, LLC, et al., *Plaintiffs,* v. DMA Properties, Inc.; and Longbranch Energy, LP, et al., *Defendants.* | § § § § § § § § § § | Adversary No. 20-05027-RBK |

### ORDER ON MOTION FOR
### MOTION TO COMPEL LARRY WRIGHT TO ATTEND IN-PERSON DEPOSITION

Having considered Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP's (collectively "DMA") Motion to Compel Larry Wright to Attend In-

person Deposition and having heard the arguments of Counsel on the same, the Court is of the opinion that the same should be GRANTED.

It is therefore ORDERED Larry Wright appear at an in-person deposition on November 12, 2025 at 9:00 A.M. at the offices of CLEVELAND | KRIST PLLC, 4611 Bee Cave Road, Suite 306B, Austin, Texas 78746. Counsel for DMA shall have three and a half hours of time to ask questions.

It is further ORDERED that Larry Wright shall fully and truthfully answer all questions from DMA's counsel related, in any way, to Mr. Wright's personal assets, the Express Pipeline right-of-way (the "ROW"), Express H2O Pipeline & ROW, LLC ("Express H2O"), and any other subject that is in any way related to these proceedings including, but not limited to:

- the transfer of the ROW to Express H2O;
- Express H2O's involvement in *Express H2O Pipeline and ROW, LLC v. Westlake Chemical OPCO, L.P.*, cause no CV-00461-24-08 in the 159th District Court of Angelina County, Texas;
- the assets and liabilities of Express H2O; and
- all contracts and agreements entered into by Express H2O.

It is further ORDERED that Express H2O Pipeline & ROW, LLC serve all non-privileged documents responsive to DMA's subpoena dated October 9, 2025 no later than November 12, 2025 at 9:00 A.M. CST.

# # #

Order Prepared By:

Christopher S. Johns
Texas Bar No. 24044849
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com
alexa@cobbjohns.com

Timothy Cleveland
Texas Bar No. 24055318
Austin H. Krist
Texas Bar No. 24106170
CLEVELAND | KRIST PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Counsel for Longbranch Energy, DMA Properties, and Frank Daniel Moore*