**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |
| | | |
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

## AMENDED CERTIFICATE OF SERVICE

On November 10, 2025, Larry Wright ("Wright") filed a *Notice of Service* (the "Notice") (Docket No. 552) notifying parties in this lawsuit that Wright initiated action 5:25-cv-01452 in the United States District Court for the Western District of Texas along with accompanying exhibits. I hereby certify that on November 10, 2025, the Notice was served via CM/ECF to all parties requesting such service. Additionally, on November 10, 2025, the Notice was served via email on each attorney listed below

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Alexa Gervasi<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>alexa@cobbjohns.com | Cleveland Krist PLLC<br>Attn: Austin H. Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>akrist@clevelandkrist.com |

2 | P a g e

Respectfully submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

AMENDED CERTIFICATE OF SERVICE

2 | P a g e