**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 20-50805-rbk |
| KRISJENN RANCH, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Jointly Administered) |

___

| | | |
|---|---|---|
| KRISJENN RANCH, LLC, ET AL. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | Adversary No. 20-05027-rbk |
| vs. | § | |
| | § | |
| DMA PROPERTIES, INC. ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

**LARRY WRIGHT'S WITNESS AND EXHIBIT LIST FOR HEARINGS
SET FOR WEDNESDAY, NOVEMBER 19, 2025 AT 10:00 A.M. (CT)**
*(Reference Docket Nos. 498 and 542)*

Larry Wright (the "Wright") reserves the right to call any or all of the following as witnesses at the above-referenced hearings, including, but not limited to, by affidavit, declaration, or proffer.

1. Larry Wright;

2. Any witness called or designated by any other party; and

3. Any rebuttal or impeachment witnesses, as appropriate.

Wright reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearings, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| *Hearing on DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498)* | | | |
| P-1 | DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498) | | |
| P-2 | Objection to DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 513) | | |
| P-3 | Final Judgment After Remand (Docket No. 329) | | |
| P-4 | Order on Bankruptcy Appeal (Docket No. 485) | | |
| P-5 | Final Judgment (Docket No. 486) | | |
| P-6 | Order on Motions for Summary Judgment; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-7 | Order on Plaintiff's Motion for Partial Summary Judgment on Westlake's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-8 | Order on Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Suit to Quiet Title Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |

| | | | |
|---|---|---|---|
| P-9 | Order on Plaintiff's Amended Motion for Partial Summary Judgment on Defendant's Declaratory Judgment Claim; Cause No. Cv-00461-24-08; in re: *Express H20 Pipeline & ROW, LLC vs. Westlake Chemical OPCO, L.P.* | | |
| P-10 | KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 211) | | |
| P-11 | Order Confirming KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 234) | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

| *Hearing on Wright's Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay (Docket No. 542)* |
|---|---|---|---|
| No. | Exhibit | Offered | Admitted |
| P-1 | Wright's Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay (Docket No. 542) | | |
| P-2 | Proposed Order Granting Wright's Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay (Docket No. 542-1) | | |
| P-3 | KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 211) | | |
| P-4 | Order Confirming KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 234) | | |
| P-5 | DMA and Longbranch's Briefing on Remedies (Docket No. 321) | | |
| P-6 | Final Judgment After Remand (Docket No. 329) | | |
| P-7 | Opinion After Remand (Docket No. 330) | | |
| P-8 | DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP's Notice of Appeal (Docket No. 344) | | |

5 | P a g e

| | | | |
|---|---|---|---|
| P-9 | Appellants' Brief in re: *DMA Properties, Inc. et al. v. KrisJenn Ranch, LLC, et al.* (Docket No. 6); Case No. 5:24-cv-00365-XR in the United States District Court for the Western District of Texas | | |
| P-10 | Final Judgment (Docket No. 486) | | |
| P-11 | Order on Bankruptcy Appeal (Docket No. 485) | | |
| P-12 | Signed Order on Motions for Summary Judgment filed on July 22, 2025 in re: *Express H20 Pipeline and Row, LLC v. Westlake Chemical OPCO, LP.*, Cause No. CV-00461-24-08, in the District Court of Angelina County, 159th District | | |
| P-13 | Signed Order on Plaintiff's Motion for Partial Summary Judgment on Westlake's Suit to Quiet Title Claim filed on October 22, 2025 in re: *Express H20 Pipeline and Row, LLC v. Westlake Chemical OPCO, LP.*, Cause No. CV-00461-24-08, in the District Court of Angelina County, 159th District | | |
| P-14 | Signed Order on Plaintiff's Amended Motion for Partial Judgment on Defendant's Declaratory Judgment Claim filed on October 22, 2025 in re: *Express H20 Pipeline and Row, LLC v. Westlake Chemical OPCO, LP.*, Cause No. CV-00461-24-08, in the District Court of Angelina County, 159th District | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

Wright reserves the right to supplement or amend the proposed exhibits as may be required. Wright further reserves the right to introduce any impeachment or rebuttal exhibit as may be required. Wright further reserves the right to call any witness introduced by any other party and to call any impeachment or rebuttal witness as may be required.

Dated: November 14, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: */s/Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Larry Wright*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on November 14, 2025, or within one business day thereof, the foregoing was served without exhibits via United States First Class Mail to the parties listed below.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns, Michael C. Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>chris@cobbjohns.com<br>michael@cobbjohns.com | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com |
| Akerman LLP<br>Attn: Randall Adam Swick<br>500 W. 5th Street, Suite 1210<br>Austin TX 78701<br>Adam.swick@akerman.com | Langley & Banack<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** |
| THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>***Counsel for Black Duck Properties, LLC*** | KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row<br>410 Spyglass Road<br>McQueeney, TX 78123 |
| Larry Wright<br>410 Spyglass Road<br>McQueeney, TX 78123 | U.S. Trustee's Office<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

                 */s/ Charlie Shelton*
                 Charlie Shelton