FILED
October 22, 2025 4:00 PM
Meagan Moore
Clerk of District Court
Angelina County, Texas
By: Velasquez, Samantha
Deputy

NO. CV-00461-24-08

| | | |
|---|---|---|
| EXPRESS H2O PIPELINE AND ROW, LLC, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| vs. | § § | ANGELINA COUNTY |
| WESTLAKE CHEMICAL OPCO, LP., | § § § | |
| *Defendant* | § | 159th JUDICIAL DISTRICT |

Exhibit P-8

## ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S SUIT TO QUIET TITLE CLAIM

The Court has considered Plaintiff Express H2O Pipeline and ROW, LLC's Motion for Partial Summary Judgment on Plaintiff's Claim for Suit to Quiet Title against Defendant Westlake Chemical OpCo, LP ("Motion"). After reviewing the Motion, response, and arguments of counsel, the Court finds that the Motion should be **GRANTED.**

Thus, the Court **ORDERS** and **DECLARES** that title to the Gulf Easements[1] is quieted in favor of Plaintiff, and that Defendant, or anyone claiming by, though, or under Defendant, is estopped and prohibited from asserting any further claim or interest inconsistent with this Order. The Court **ORDERS** that this Order be recorded in the real property records for Angelina County and Nacogdoches County, Texas to quiet title to the Gulf Easements referenced herein.

Signed on October _____, 2025.

Signed: 10/22/2025 03:22 PM

_____
HONORABLE JUDGE TODD KASSAW

---

[1] As identified in Plaintiff's Motion and Exhibit A hereto.

1

P8-0001

## Exhibit A – Gulf Easements

"Gulf Easements" refer to the following conveyances by which Plaintiff claims title:

- KrisJenn Ranch, LLC to Express H2O Pipeline & ROW LLC, on or about dated February 22, 2023, recorded as Special Warranty Deed, Instrument No. 2023-1331 in the real property records of Nacogdoches County, Texas.
- TCRG East Texas Pipeline 1, LLC, to KrisJenn Ranch LLC, on or about dated December 20, 2019, recorded as Instrument No. 2020-163 in the real property records of Nacogdoches County and Instrument No. 2020-00390181 in the real property records of Angelina County, Texas.
- Black Duck Properties, LLC to TCRG East Texas Pipeline, LLC, on or about April 3, 2018, recorded as Instrument No. 2018-4273 and filed June 4, 2018, Volume No. 4762, Page 81, in the Real Property Records of Nacogdoches, County, Texas.
- The Express Gas Pipeline, LP to Black Duck Properties, LLC, on or about August 14, 2017, recorded as Instrument No. 2017-6123, Volume 4631, Page 232 of the Real Property records of Nacogdoches County, Texas.
- Lancer Resources, LP to The Express Gas Pipeline, LP, on or about January 5, 2009, recorded as Instrument No. 2009-132878, Volume 2995, Page 116 of the Real Property records of Nacogdoches County, Texas.
- TE Products Pipeline Company, LP, to Lancer Resources Company, on or about July 21, 1992, recorded as Instrument No. 1992-6434, Vol. 824, Page 29 of the Real Property records of Nacogdoches County, Texas.
- Gulf Refining Company and Gulf Oil Company, which are successors in interest to Gulf Pipe Line Company and Gulf Production Company, to TE Products Pipeline Company, LP (fka Texas Eastern Transmission Corporation), on or about November 2, 1959, via Instrument dated December 5, 1959 and recorded at Volume 286, Page 124 of the Real Property records of Nacogdoches, County, Texas.
- Various landowners to Gulf Pipe Line Company and Gulf Production Company between 1907 and 1925.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 107081233
Filing Code Description: No Fee Documents
Filing Description: Letter to Judge Kassaw
Status as of 10/21/2025 9:31 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Andy WTindel | | atindel@andytindel.com | 10/21/2025 9:05:11 AM | SENT |
| Scott CSkelton | | sskelton@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Craig M. Crockett | | craig@crockettfirm.com | 10/21/2025 9:05:11 AM | SENT |
| Tanner Franklin | 24082506 | tanner@thegoodlawyer.com | 10/21/2025 9:05:11 AM | SENT |
| Reies Flores | | rflores@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Tracy Neal | | tneal@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Christin Morgan | | cmorgan@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Emily Adler | | eadler@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Lourdes Ortiz | | lortiz@clevelandkrist.com | 10/21/2025 9:05:11 AM | SENT |
| Todd W.Mensing | | tmensing@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Tammi Byrd | | tbyrd@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Myrna Flores | | mflores@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Austin Krist | | akrist@clevelandkrist.com | 10/21/2025 9:05:11 AM | SENT |
| Yvette Latin | | ylatin@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Holli VirginiaPryor-Baze | | hbaze@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Curtis (Curt) W.Fenley | | cfenley@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Gus Atchison | | gatchison@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Susie Aguilar | | saguilar@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Angee Owens | | aowens@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Melanie Arnold | | melanie@thegoodlawyer.com | 10/21/2025 9:05:11 AM | SENT |
| Eservice Fenley | | EserviceCF3@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Kasey Ratliff | | kratliff@winstead.com | 10/21/2025 9:05:11 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 107081233
Filing Code Description: No Fee Documents
Filing Description: Letter to Judge Kassaw
Status as of 10/21/2025 9:31 AM CST

Case Contacts

| Name | | Email | Timestamp | Status |
|---|---|---|---|---|
| Kasey Ratliff | | kratliff@winstead.com | 10/21/2025 9:05:11 AM | SENT |
| Christopher Robertson | | crobertson@winstead.com | 10/21/2025 9:05:11 AM | SENT |
| Christopher JSachitano | | sach@sachlaw.com | 10/21/2025 9:05:11 AM | SENT |
| Bailey JWingate | | Bailey@wingatelaw.com | 10/21/2025 9:05:11 AM | SENT |
| Matthew Davis | | mdavis@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Michelle Bass | | mbass@sachlaw.com | 10/21/2025 9:05:11 AM | SENT |
| Thomas J. Forestier | | tforestier@winstead.com | 10/21/2025 9:05:11 AM | SENT |

P8-0004