

**The relief described hereinbelow is SO ORDERED.**

**Signed November 19, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADV. PROC. 20-05027 |
| | § | |
| DMA PROPERTIES, INC. & | § | |
| LONGBRANCH ENERGY, LP, ET AL. | § | |
| | § | |
| DEFENDANTS | § | |

## **O**RDER **D**ENYING **M**OTION

The Court considered *DMA's Motion to Strike Wright's Motion to Dismiss or, Alternatively, DMA's Response in Opposition* (ECF No. 560) and determined that it should be denied. It is, therefore,

**O**RDERED that the above-referenced *Motion* is hereby **D**ENIED.

# # #