| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE: |

| 1. NAME Charlie Shelton | 2. PHONE NUMBER (737) 881-7103 | 3. DATE 11/19/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL cshelton@haywardfirm.com, svillarreal@haywardfirm.com | 5. CITY Austin | 6. STATE TX | 7. ZIP CODE 78757 |
| 8. CASE NUMBER Adv. Proc. No. 20-05027 | 9. JUDGE Ronald B. King | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/19/2025 | 11. TO 11/19/2025 |
| 12. CASE NAME KrisJenn Ranch, LLC, et al. vs. DMA Properties, Inc. et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Antonio | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [X] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) All Witnesses | 11/19/2025 |
| [X] OPENING STATEMENT (Plaintiff) | 11/19/2025 | | |
| [X] OPENING STATEMENT (Defendant) | 11/19/2025 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 11/19/2025 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 11/19/2025 | | |
| [X] OPINION OF COURT | 11/19/2025 | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [X] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [X] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED NOV 20 2025 U.S. BANKRUPTCY COURT BY EL DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| 18. SIGNATURE /s/ Charlie Shelton | PROCESSED BY Daniel Paez |
|---|---|
| 19. DATE 11/19/2025 | PHONE NUMBER (210) 472-6720 x 5739 |

| TRANSCRIPT TO BE PREPARED BY J&J COURT TRANSCRIBERS, INC. 268 EVERREEN AVE. (609) 586-2311 HAMILTON, NJ 08619 | COURT ADDRESS U.S. BANKRUPTCY CLERK'S OFFICE 615 E. HOUSTON ST., #597 SAN ANTONIO, TX 78205 | | |
|---|---|---|---|
| ORDER RECEIVED | DATE 11-20-25 | BY DP | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 11-20-25 DP | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY