| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE: |

| 1. NAME<br>Mark S. Finkelstein | 2. PHONE NUMBER<br>(713) 446-9804 | 3. DATE<br>11/19/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>mfinkelstein@smfadlaw.com | 5. CITY<br>Houston | 6. STATE<br>Texas | 7. ZIP CODE<br>77007 |
| 8. CASE NUMBER<br>20-05027-rbk | 9. JUDGE<br>Judge Ronald B. King | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/19/2025 | 11. TO 11/19/2025 |
| 12. CASE NAME<br>KrisJenn Ranch LLC v. DMA Properties Inc. et al. Adv.Proc | LOCATION OF PROCEEDINGS | | |
| | 13. CITY San Antonio | 14. STATE Texas | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing on several Motions. | 11/19/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED NOV 20 2025 U.S. BANKRUPTCY COURT BY EL DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|

18. SIGNATURE
*Mark S. Finkelstein*

PROCESSED BY
*Daniel Paez*

19. DATE
11/19/2025

PHONE NUMBER
(210) 472-6720 X 5739

TRANSCRIPT TO BE PREPARED BY
J&J COURT TRANSCRIBERS, INC.
268 EVERREEN AVE. (609) 586-2311
HAMILTON, NJ 08619

COURT ADDRESS
U.S. BANKRUPTCY CLERK'S OFFICE
615 E. HOUSTON ST., #597
SAN ANTONIO, TX 78205

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 11-20-25 | DP |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | 11-20-25 | DP |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY