# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **11/19/2025** was filed on **11/25/25**. The following deadlines apply:

The parties have until **December 2, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **December 16, 2025**.

If a request for redaction is filed, the redacted transcript is due **December 26, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **February 23, 2026** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **J&J Court Transcribers, INC. (609) 586–2311**, or you may view the document at the clerk's office public terminal.

Dated: 11/25/25

> Barry D. Knight
> Clerk, U. S. Bankruptcy Court
> BY: Maxine McGee

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]