AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| # | Field | Value |
|---|---|---|
| 1. | NAME | Alexa L. Gervasi |
| 2. | PHONE NUMBER | (512) 399-3150 |
| 3. | DATE | 12/23/2025 |
| 4. | DELIVERY ADDRESS OR EMAIL | alexa@cobbjohns.com, david@cobbjohns.com |
| 5. | CITY | Austin |
| 6. | STATE | Texas |
| 7. | ZIP CODE | 78737 |
| 8. | CASE NUMBER | Adv. Proc. No. 20-05027 |
| 9. | JUDGE | Ronald B. King |
| 10. | FROM | 10/29/2025 |
| 11. | TO | 10/29/2025 |
| 12. | CASE NAME | KrisJenn Ranch, LLC, et al. v. DMA Properties, Inc., et al. |
| 13. | CITY | San Antonio |
| 14. | STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) All witnesses | 10/29/2025 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Full hearing, all motions | 10/29/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| 7-Day | [ ] | [ ] | | | |
| 3-Day | [x] | [x] | | | |
| Next-Day | [ ] | [ ] | | | |
| 2-Hour | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed)*

19. DATE 12/23/2025

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY