| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Alexa L. Gervasi | 2. PHONE NUMBER<br>(512) 399-3150 | 3. DATE<br>12/23/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>alexa@cobbjohns.com, david@cobbjohns.com | 5. CITY<br>Austin | 6. STATE<br>Texas | 7. ZIP CODE<br>78737 |
| 8. CASE NUMBER<br>Adv. Proc. No. 20-05027 | 9. JUDGE<br>Ronald B. King | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/29/2025 | 11. TO 10/29/2025 |
| 12. CASE NAME<br>KrisJenn Ranch, LLC, et al. v. DMA Properties, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Antonio | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | All witnesses | 10/29/2025 |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 10/29/2025 |
| [ ] SENTENCING | | Full hearing, all motions | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED JAN 09 2026 U.S. BANKRUPTCY COURT BY _____ DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE<br>*/s/ Alexa Gervasi* | PROCESSED BY<br>Holly J. | | |
| 19. DATE<br>12/23/2025 | PHONE NUMBER<br>(210) 472-6720 | | |
| TRANSCRIPT TO BE PREPARED BY<br>Veritext Legal Solutions, LLC (800) 336-4000 | COURT ADDRESS<br>615 E. Houston St. Rm 597<br>San Antonio, TX 78205 | | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY