# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

- on  **5/12/26 at 10:00 AM**

LIVE IN PERSON Hearing to Consider and Act Upon the Following: (related document(s): 498 Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims Filed by Austin Hammer Krist for Third Pty Plaintiffs DMA Properties, Inc., Frank Daniel Moore, Defendant Longbranch Energy, LP. AND 542 Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay filed by Herbert C. Shelton II for Defendant Larry Wright. Hearing Scheduled For 5/12/2026 at 10:00 AM at SA Courtroom 1. (Castleberry, Deanna)***SET IN OPEN COURT BY JUDGE GARGOTTA – HEARING THIS MATTER FOR JUDGE KING – ESTIMATED TOTAL TIME IS 2 HOURS***.

Dated: 2/19/26

Robert J. Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]