| AO 435<br>(Rev. 04/18)<br>*Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Mark S. Finkelstein | 2. PHONE NUMBER<br>(713) 446-9804 | | 3. DATE<br>2/19/2026 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>msfinkelstein@smfadlaw.com | 5. CITY<br>Houston | | 6. STATE<br>Texas | 7. ZIP CODE<br>77007 |
| 8. CASE NUMBER<br>5:20-ap-5027 | 9. JUDGE<br>Chief Judge Craig Gargotta | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/19/2026 | 11. TO 2/19/2026 | |
| 12. CASE NAME<br>KrisJenn Ranch, LLC, et al. v. DMA Properties Inc., et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY San Antonio | 14. STATE Texas | |

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☒ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Status Hearing | 2/19/26 @10:00am |
| ☐ BAIL HEARING | | | |

FILED
FEB 20 2026
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE<br>*Mark S. Finkelstein* | PROCESSED BY<br>*Daniel Paez* |
|---|---|
| 19. DATE<br>2/19/2026 | PHONE NUMBER<br>210-472-6720 x 5739 |

| TRANSCRIPT TO BE PREPARED BY<br>ACCES TRANSCRIPTS, LLC 1-855-873-2223<br>10100 YOUNGBLOOD LN. FISHER IN 46038 | COURT ADDRESS<br>U.S. BANKRUPTCY CLERK'S OFFICE<br>615 E. HOUSTON ST., #597<br>SAN ANTONIO, TX 78205 | | |
|---|---|---|---|
| ORDER RECEIVED | DATE<br>2-20-26 | *dp* | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 2-20-26 | *dp* | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY