| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
| *Debtor* | § | |
| | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027 |
| | § | |
| DMA Properties, Inc.; and Longbranch | § | |
| Energy, LP, et al., | § | |
| *Defendants.* | § | |

## ALEXA L. GERVASI'S MOTION TO WITHDRAW

Alexa L. Gervasi moves to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP (collectively, the "Defendants"), as she will be joining another firm. Defendants continue to be represented by Christopher S. Johns, Timothy Cleveland, and Austin H. Krist.

## CONCLUSION

For these reasons, Alexa L. Gervasi respectfully ask the Court to allow her to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP.

Dated: April 23, 2026

Respectfully submitted,

 /s/ Alexa L. Gervasi
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
alexa@cobbjohns.com

*Withdrawing Counsel for Longbranch Energy LP,
DMA Properties, Inc., and Frank Daniel Moore*

**CERTIFICATE OF SERVICE**

I certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a true and correct copy to be served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

 */s/ Alexa L. Gervasi*
Alexa L. Gervasi