IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
|    *Debtor* | § | |
| | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
|    *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027 |
| | § | |
| DMA Properties, Inc.; and Longbranch | § | |
| Energy, LP, et al., | § | |
|    *Defendants.* | § | |
| | § | |

**ALEXA L. GERVASI'S FIRST AMENDED MOTION TO WITHDRAW**

Alexa L. Gervasi moves to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP (collectively, the "Defendants"), as she will be joining another firm. Defendants continue to be represented by Christopher S. Johns, Timothy Cleveland, and Austin H. Krist.

**CONCLUSION**

For these reasons, Alexa L. Gervasi respectfully ask the Court to allow her to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP.

Dated: April 29, 2026                    Respectfully submitted,


 /s/ Alexa L. Gervasi
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
alexa@cobbjohns.com

*Withdrawing Counsel for Longbranch Energy LP,*
*DMA Properties, Inc., and Frank Daniel Moore*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2026 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below.

Charlie Shelton
HAYWARD PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757
737-881-7100
cshelton@haywardfirm.com

*Counsel for Larry Wright and Express H2O Pipeline ROW, LLC*

KrisJenn Ranch, LLC
KrisJenn Ranch, LLC—Series Uvalde Ranch
KrisJenn Ranch, LLC—Series Pipeline Row
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

*Debtor and Plaintiff*

Ronald J. Smeberg
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, Texas 78201-4926
ron@smeberg.com

*Counsel for Black Duck Properties, LLC*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
mblack@burnsandblack.com

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, Texas 77494
jeff@jfduke.com

*Counsel for Longbranch Energy, LP*

James Rose
OFFICE OF THE U.S. TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov

*United States Trustee*

Laura L. Worsham
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243
lworsham@jonesallen.com

*Counsel for McLeod Oil, LLC*

 /s/ Alexa L. Gervasi
Alexa L. Gervasi