IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, | § | |
|     *Debtor* | § | |
| | § | Case No. 20-50805-RBK |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027-RBK |
| | § | |
| DMA Properties, Inc.; and Longbranch | § | |
| Energy, LP, et al., | § | |
|     *Defendants.* | § | |

**ORDER ON ALEXA L. GERVASI'S FIRST AMENDED MOTION TO WITHDRAW**

The Court having considered Alexa L. Gervasi's first amended motion to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, is of the opinion that the same should be GRANTED.

It is therefore ORDERED that Alexa L. Gervasi is withdrawn as counsel for Defendants

DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP

SIGNED this _____ day of _____, 2026.

_____
JUDGE PRESIDING

Order Prepared By:

Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
alexa@cobbjohns.com

*Withdrawing Counsel for Longbranch Energy
LP, DMA Properties Inc., and Frank Daniel
Moore*