| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|

**Instructions**

### TRANSCRIPT ORDER

DUE DATE:

| 1. NAME<br>Mark S. Finkelstein | 2. PHONE NUMBER<br>(713) 446-9804 | 3. DATE<br>5/12/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>mfinkelstein@smfadlaw.com | 5. CITY<br>Houston | 6. STATE<br>Texas | 7. ZIP CODE<br>77007 |

| 8. CASE NUMBER<br>5:20-ap-5027 | 9. JUDGE<br>Judge Ronald B. King | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 5/12/2026 | 11. TO 5/12/2026 |

| 12. CASE NAME<br>KrisJenn Ranch, LLC, et al. v. DMA Properties Inc., et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY San Antonio | 14. STATE Texas |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [X] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Hearing | 5/12/2026 @ 10:00 am |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | **FILED** |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | **MAY 1 4 2026** |
| 3-Day | [X] | [X] | NO. OF COPIES | | **U.S. BANKRUPTCY COURT** |
| DAILY | [ ] | [ ] | NO. OF COPIES | | BY _EL_ DEPUTY |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE _Mark S. Finkelstein_ | PROCESSED BY _Emilid Luna_ |
|---|---|
| 19. DATE<br>5/12/2026 | PHONE NUMBER (210) 472-6720 |

| TRANSCRIPT TO BE PREPARED BY<br>Veritext Legal Solutions<br>www.veritext.com | COURT ADDRESS<br>US Bankruptcy Court<br>615 E Houston St, Suite 597<br>San Antonio, TX 78205 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 5/14/26 | EL | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

**Print** **Save As...** **Reset**