# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

Adversary Proceeding No.: 20−05027−rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row et al.**
Plaintiff

v.

**DMA Properties, Inc. et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **05/12/2026** was filed on **05/18/2026**. The following deadlines apply:

The parties have until **May 26, 2026** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **June 8, 2026**.

If a request for redaction is filed, the redacted transcript is due **June 18, 2026**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 17, 2026** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Veritext Legal Solutions (800) 727−6396**, or you may view the document at the clerk's office public terminal.

Dated:  5/18/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court
BY: Bridget Hardage

**[Notice of Filing of Transcript (AP)]** [NtcftddlrrAPap]