**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LARRY WRIGHT,<br>*Petitioner* | §<br>§<br>§<br>§ | |
| -vs- | §<br>§ | Case No. SA-25-CV-01452-XR |
| RONALD B. KING, U.S. BANKRUPTCY<br>JUDGE FOR THE WESTERN DISTRICT<br>OF TEXAS, SAN ANTONIO DIVISION,<br>*Respondent* | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following

Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Larry Wright's petition for a writ of mandamus is **DENIED** for the reasons set forth in the

Court's Order dated June 16, 2026.

It is so **ORDERED**.

**SIGNED** this 16th day of June, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE