CLOSED,HJB

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01452-XR
## Internal Use Only

| | |
|---|---|
| Wright v. King | Date Filed: 11/10/2025 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 06/16/2026 |
| Cause: 28:1651 Petition for Writ of Mandamus | Jury Demand: None |
| | Nature of Suit: 422 Bankruptcy Appeal (801) |
| | Jurisdiction: U.S. Government Defendant |

**Relator**

**Larry Wright**
　　　　　　　　　　　　　　　　　　represented by **Charlie Shelton**
Hayward PLLC
901 S. MoPac Expy., Bldg. 1, Ste. 300
Austin
Austin, TX 78746
737-881-7101
Fax: 737-881-7100
Email: cshelton@haywardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C. Skelton**
Skelton Slusher Barnhill Watkins Wells PLLC
1616 S. Chestnut St.
Lufkin, TX 75901
(936) 632-2300
Fax: (936) 632-6545
Email: sskelton@ssbww.law
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Ronald B. King**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2026 | | Text Order GRANTING IN PART AND DENYING IN PART 14 Motion entered by Judge Xavier Rodriguez. Petitioner seeks reconsideration or clarification of portions of the Court's June 16, 2026, Order 12 denying the Petition for a Writ of Mandamus. In particular, Petitioner takes issue with the Court's statements that the constructive trust imposes an "equitable duty to convey" the Right of Way ("ROW") to Real Parties in Interest ("RPIs"). ECF No. 12 at 7 & 7 n.4. Reconsideration is DENIED. But, to clarify, the statements Petitioner challenges reflect that Wright holds the ROW for RPIs' benefit |

pursuant to the constructive trust and thus has a duty to at some point convey the ROW or associated proceeds to RPIs, subject to Wright's interest. The June 16, 2026, Order does not require Wright to convey the ROW to RPIs, and it does not alter the bankruptcy court's final judgment. Rather, it recognizes that Wright holds the ROW for RPIs' benefit and that the bankruptcy court's discretion in fashioning and enforcing the constructive trust is broad. See ECF No. 12 at 7. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 07/01/2026)