# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

Adversary Proceeding No.: 20–05027–rbk

Judge: Ronald B King

**Krisjenn Ranch, LLC,
Krisjenn Ranch, LLC,
Series Uvalde Ranch,
Krisjenn Ranch, LLC,
Series Pipeline Row et
al.**
Plaintiff

v.

**DMA Properties, Inc. et
al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 6636 6756

on    **7/22/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 606 Motion to Compel Mediation and Continue Show Cause Hearing filed by Herbert C. Shelton II for 3rd Pty Defendant Larry Wright. Hearing Scheduled For 7/22/2026 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 6636 6756 (Castleberry, Deanna)

Dated: 7/13/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]