**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | (Jointly Administered) |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | **Adversary No. 20-05027-rbk** |
| vs. | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| DEFENDANTS. | § | |

**LARRY WRIGHT'S WITNESS AND EXHIBIT LIST FOR HEARING ON LARRY WRIGHT'S MOTION TO COMPEL MEDIATION AND CONTINUE SHOW CAUSE HEARING SET FOR JULY 22, 2026 AT 10:00 A.M. (CT)**
*(Reference Docket No. 606)*

Larry Wright ("Wright") reserves the right to call any or all of the following as witnesses at the above-referenced hearings, including, but not limited to, by affidavit, declaration, or proffer.

1.      Chris Sachitano (Witness in his capacity as Manager of Express H20 only);

2.      Any witness called or designated by any other party; and

3.      Any rebuttal or impeachment witnesses, as appropriate.

Wright reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearings, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| | *Hearing on Wright's Motion to Compel Mediation and to Continue Show Cause Hearing (Docket No. 606)* | | |
|---|---|---|---|
| **No.** | **Exhibit** | **Offered** | **Admitted** |
| W-1 | Hearing Transcript from June 4, 2026 In re: KrisJenn Ranch, LLC Case No. 20-50805 (Docket No. 606-1) | | |
| W-2 | Text Messages Dated June 18 and June 19, 2026 between Larry Wright, Darren Borders, C. Sachitano, and Jeff Duke (Docket No. 606-2) | | |
| W-3 | Email Thread Dated June 30, 2026 to July 6, 2026 between Tim Cleveland, Holli Baze, Charlie Shelton, Austin Krist, Lulu Ortiz, Chris Johns (Docket No. 606-3) | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

Wright reserves the right to supplement or amend the proposed exhibits as may be required. Wright further reserves the right to introduce any impeachment or rebuttal exhibit as may be required. Wright further reserves the right to call any witness introduced by any other party and to call any impeachment or rebuttal witness as may be required.

Dated: July 17, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2026, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on July 17, 2026, or within one business day thereof, the foregoing was served without exhibits via United States First Class Mail to the parties listed below.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns, Michael C. Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>Telephone: (512) 399-3150<br>Facsimile: (512 572-8005<br>chris@cobbjohns.com<br>michael@cobbjohns.com | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Croft Road, Suite 325<br>Austin, Texas 78746<br>Telephone: (512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com |
| Akerman LLP<br>Attn: Randall Adam Swick<br>500 W. 5th Street, Suite 1210<br>Austin TX 78701<br>Adam.swick@akerman.com | Langley & Banack<br>Attn: Natalie Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com |
| JF DUKE AND ASSOCIATES<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, Texas 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy, LP*** | BURNS & BLACK PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, Texas 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy, LP*** |
| THE SMEBERG LAW FIRM, PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>***Counsel for Black Duck Properties, LLC*** | KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row<br>410 Spyglass Road<br>McQueeney, TX 78123 |
| Larry Wright<br>410 Spyglass Road<br>McQueeney, TX 78123 | U.S. Trustee's Office<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

*/s/ Charlie Shelton*
Charlie Shelton