20-05027-rbk Doc#606-1 Filed 07/10/26 Entered 07/10/26 14:42:18 Exhibit A Pg 1 of 7  Page 1

**Exhibit A**

**Exhibit W-1**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
                                    )   CASE NO: 20-50805-rbk
                                    )
KRISJENN RANCH, LLC,                )   San Antonio, Texas
                                    )
            Debtor.                 )   Thursday, June 4, 2026
                                    )
                                    )   1:18 p.m. to 3:12 p.m.
------------------------------)
```

HEARING

BEFORE THE HONORABLE RONALD B. KING
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:               RONALD J. SMEBERG
                          Smeberg Law Firm, PLLC
                          4 Imperial Oaks
                          San Antonio, TX 78248

                          CHARLES JOHN MULLER, IV
                          Chamberlain Hrdlicka White Williams
                          & Au
                          111 W. Sunset Road
                          San Antonio, TX 78209

For Express H2O Pipeline  HERBERT C. SHELTON, II
& Row, LLC:               Hayward PLLC
                          7600 Burnet Road
                          Austin, TX 78757

                          HOLLI PRYOR-BAZE
                          Skelton Slusher Barnhill Watkins
                          Wells
                          1616 S. Chestnut Street
                          Lufkin, TX 75901

For U.S. Trustee:         JIM ROSE
                          US Trustee's Office
                          615 E. Houston
                          San Antonio, TX 78295

W-1 0001

For DMA Properties,        LOURDES LULU ORTIZ
Inc. and Longbranch        Cleveland Krist PLLC
Energy LP:                 303 Camp Craft Road
                           West Lake Hills, TX 78746

                           CHRIS JOHNS
                           Johns & Counsel PLLC
                           13341 W. U.S. Highway 290
                           Austin, TX 78737


ALSO APPEARING:            MR. SACHITANO

Court Reporter:            UNKNOWN

Courtroom Deputy:          UNKNOWN

Transcribed by:            Veritext Legal Solutions
                           330 Old Country Road, Suite 300
                           Mineola, NY 11501
                           Tel: 800-727-6396

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

provisions of the plan and this Court's judgment, Your Honor.

THE COURT: All right. Well, I mean, I have the ultimate trap door on conversation. You know that. So, if they do any foolishness, Mr. Johns, then I will take some serious action. I'll just say that. So, obviously, I don't want them transferring the property, the right of way. So, I'll just say that. And if they do, then they will have you-know-what to pay. Okay, August the 5th at 10 o'clock by Zoom. We'll do the show cause then and I'm sure we'll get everything resolved that day.

MR. JOHNS: Thank you, Your Honor. I'll let you rest.

THE COURT: Thanks for appearing, everyone, and seriously consider some sort of mediation. I mean, is it even worth asking Westlake to engage in the mediation, as well?

MS. PRYOR-BAZE: Your Honor, we've mediated twice with them. They're not --

THE COURT: Okay.

MS. PRYOR-BAZE: They have not been amenable to any real settlement.

THE COURT: Is it, like, all or nothing? "Yeah, you give us what you want and we'll settle with you?" Is that the situation?

MS. PRYOR-BAZE:  I should be careful not disclosing any terms of mediation, but that is --

THE COUT:  No, no, I don't want to hear about settlement negotiations.  But they're just, like -- there's no way.

MS. PRYOR-BAZE:  As of right now, that's been their posture in the case.

THE COURT:  Okay.  So, is Mr. Finkelstein on the call right now?  He usually asks for transcripts of hearing.

MS. PRYOR-BAZE:  I'm sure that Ms. Ortiz will continue to --

THE COURT:  If you look at the docket sheet, you'll see his name in there a lot.

MS. PRYOR-BAZE:  Yes.  Ms. Ortiz's office has collaborated a lot with Westlake, so I'm sure that they'll have the opportunity to work with her to get whatever they need.

MR. JOHNS:  I don't appreciate that kind of comment.  That's just not true.  So, it's uncalled for.  But thank you, Your Honor.

THE COURT:  Okay.  Well, I would look into some sort of mediation.  If you don't think it's fruitful to include Westlake, then that's fine.  But I mean, this thing has got to end someday.  I mean, it's been going for years before I got the case six years ago.  So, I mean, we've got

to stop the bleeding, and I'm talking about the loss of money by all parties.  I mean, you can only go so long on a contingent fee case, and you can only go so long on an hourly case when the attorneys are getting paid by the hour.  So --

MR. JOHNS:  Your Honor --

THE COURT:  -- this is way, way past where it should be.  Yes?

MR. SHELTON:  Your Honor, for what it's worth and this is for all parties, including my side, as well.  A lot of what I hear and I've heard it from the last year is a lot of anger and animosity, which tends to undermine the ability to reach a settlement.  But it also tends to suggest that a mediation may be appropriate.

THE COURT:  Isn't there somebody that's a really good mediation that just keeps you in separate rooms.  You don't have to be in the same room.  If you're in separate rooms, it seems to work better with a really good mediator.  And I can name you some names, but I don't want to favor anyone over another.  But I would hope that that could be something that common sense could prevail.

MR. SHELTON:  Your Honor, Judge Hale, I just had a mediation with him last --

THE COURT:  Judge Hal would be great, yeah.  I'm not --

**W-1 0005**

MR. SHELTON:  -- and he kept the parties separate.

THE COURT:  -- pushing anybody in particular, but Judge Hale is great and he's very common sense and he'll push people to do the right thing.

MR. SHELTON:  Well, we'll certainly communicate about it with our side.  And we're always doing --

THE COURT:  Yeah.  Just think about it and think about it seriously is all I can say.  He knows nothing about this case.  I haven't talked to him about this case.  He doesn't know anything about it, so he would be completely objective and would be amazed at this situation.  All right.  Well --

MR. SHELTON:  Thank you.

THE COURT:  -- we'll see everyone on August the 5th at 10 a.m. by Zoom.

MS. PRYOR-BAZE:  Thank you, Your Honor.

MR. SHELTON:  Thank you, Your Honor.

MR. JOHNS:  Thank you, Your Honor.

THE COURT:  We're in recess.

(Proceedings adjourned at 3:12 p.m.)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  June 16, 2026

W-1 0007