

Exhibit
W-2

Exhibit
B

4 People >

iMessage
Thu, Jun 18 at 12:30 PM

Larry Wright

Darren-Bailey and Chris are tied up till 2:15 today.  They would like to have a conference call with you and Jeff at 2:30 today. Please forward to Jeff and maybe text his number to Bailey or Chris. Chris is the new Mgr of express.  Ty Larry

Thu, Jun 18 at 2:24 PM

Darren  Borders

Jeff is not available today

Larry Wright

Darren -You are welcome to call Bailey

Ok. We are open for a preliminary talk today. We certainly understand if Mr. Dukes is not available today. However, given that we are a truncated timeline, would us having an informal call today work? I will state this is non-binding

iMessage

200560027bbkDDo660622Ffddc001710286Effdeeddd001710E614808808EEhbbiMB2P9g2b55

9:59     ..ıl LTE `42`

**Darren Borders**

> I have not had a chance to discuss with Jeff . I would want to talk with Jeff before any conversation

Fri, Jun 19 at 11:48 AM

> Mr. Borders, it was good to briefly chat again over text yesterday since our initial introduction in San Antonio about two months ago.
>
> I wanted to see if we could find mutual availability to open some dialogue with you and Mr. Dukes? Please advise as to a few options for potential times and dates that we may be able to set up a convenient conference call. Thank you.
>
> Bailey Wingate

**Darren Borders**

> Hi Bailey , I'll be out thru Monday but I think we can set up a call for Tuesday am if that

+   iMessage   🎤

W-2 0002

Case 2:20-cv-00662-FMO Document 60-2 Filed 07/10/26 Entered 07/10/26 14:08:30 Exhibit W-2 Page 3 of 5



DB
JD
LW
CS

4 People >

**Darren Borders**

> Hi Bailey , I'll be out thru Monday but I think we can set up a call for Tuesday am if that works

> We have Court Tuesday morning, but it should not last long. We should be available by lunch time or later that afternoon?

Fri, Jun 19 at 12:35 PM

Darren Borders added Jeff Duke to the conversation.

**Darren Borders**

> I added Jeff , I'm getting on a plane and will be out . Around lunch or shortly after should work

> Ok. Let's tentatively plan on 1:30 Tuesday afternoon. Chris will circulate our conference call number and details. Thank you. Enjoy your weekend.

Chris Sachitano

iMessage

W-2 0003

DB LW JD CS

**Chris Sachitano**

Good afternoon. The conference call credentials are as follows:

(267)930-4000
Guest Code: 750-419-328#

Have a great weekend.

Tuesday 2:46 PM

**Darren Borders**

I have to apologize . I never heard Back from Jeff to get on a call.

Mr. Borders, we appreciate you letting us know what happened. If you are interested in rescheduling, please communicate with Mr. Dukes and provide us with a couple more dates and times this week that you are both available. We will do our best to accommodate your schedule within reason. Thank you.

iMessage

more dates and times this week that you are both available. We will do our best to accommodate your schedule within reason. Thank you.

Jeff Duke

I'm good anytime after an hour from now my name does not have an s on it

JD  Duke

I apologize for the misspelling. We can do 4:15 if that works for Mr. Borders too?

Darren  Borders

DB  Can't this evening . I will get with Jeff and propose a time

Today 9:52 AM

Gentlemen, is there interest in rescheduling our conference call? If so, please advise a couple options on dates and times that you both are available. Thank you.

+  iMessage