| | |
|---|---|
| **From:** | Tim Cleveland |
| **To:** | Holli Baze |
| **Cc:** | Charlie Shelton; Austin Krist; Lulú Ortiz; Chris Johns |
| **Subject:** | Re: Wright/DMA et al -- Settlement Conference |
| **Date:** | Monday, July 6, 2026 10:17:16 PM |
| **Attachments:** | image001.jpg |
| | image002.png |

**Exhibit C**

**Exhibit W-3**

We have given our availability for the next couple weeks. That's when we can do this.

We won't be pushing out the hearing before Judge King in early August.

Sent from my iPhone

> On Jul 6, 2026, at 11:01 AM, Holli Baze <hbaze@ssbww.law> wrote:
>
> Following up here, Tim.  Can we lock in a date with Judge Hale? Thanks.
>
> Get Outlook for iOS
>
> **From:** Holli Baze <hbaze@ssbww.law>
> **Sent:** Thursday, 02 July 2026 17:23:40
> **To:** Tim Cleveland <tcleveland@clevelandkrist.com>; Charlie Shelton <cshelton@haywardfirm.com>
> **Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
> **Subject:** Re: Wright/DMA et al -- Settlement Conference
>
> Let me regroup with our side  but it doesn't seem that we can get client + counsel + mediator in the next couple of weeks.
>
> Can we talk tomorrow about what is driving the urgency?
>
> Thanks,
> Holli
>
> **From:** Tim Cleveland <tcleveland@clevelandkrist.com>
> **Date:** Thursday, July 2, 2026 at 5:15 PM
> **To:** Holli Baze <hbaze@ssbww.law>; Charlie Shelton <cshelton@haywardfirm.com>
> **Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>

**Subject:** Re: Wright/DMA et al -- Settlement Conference

We are open to the mediation setting with everyone below but we need this to happen in the near term, i.e. the next couple weeks.

Tim Cleveland

## Cleveland | Krist PLLC

303 Camp Craft Road, Suite 325
Austin, Texas 78746
tcleveland@clevelandkrist.com
512-689-8698
www.clevelandkrist.com

---

**From:** Holli Baze <hbaze@ssbww.law>
**Sent:** Thursday, July 2, 2026 5:13 PM
**To:** Tim Cleveland <tcleveland@clevelandkrist.com>; Charlie Shelton <cshelton@haywardfirm.com>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
**Subject:** Re: Wright/DMA et al -- Settlement Conference

Checked with Charlie.  Judge Hale has September 1 and 22 available.  The 22nd is better for counsel but we might be able to make September 1 work.  We need to check with our clients of course.

We would like to make one of these work --Judge Hale is an experienced specialist and will understand the pending issues, not to mention he was specifically recommended by Judge King.  Let me know what date works with your group so we can tentatively lock a date in with Judge Hale and block it on our group's counsel.

Thanks,
Holli

---

**From:** Tim Cleveland <tcleveland@clevelandkrist.com>
**Date:** Thursday, July 2, 2026 at 3:06 PM
**To:** Charlie Shelton <cshelton@haywardfirm.com>; Holli Baze <hbaze@ssbww.law>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz

<lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
**Subject:** Re: Wright/DMA et al -- Settlement Conference

Do we have dates from Judge Hale?

Tim Cleveland

## Cleveland | Krist PLLC

303 Camp Craft Road, Suite 325
Austin, Texas 78746
tcleveland@clevelandkrist.com
512-689-8698
www.clevelandkrist.com

---

**From:** Charlie Shelton <cshelton@haywardfirm.com>
**Sent:** Thursday, July 2, 2026 10:30 AM
**To:** Holli Baze <hbaze@ssbww.law>; Tim Cleveland <tcleveland@clevelandkrist.com>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
**Subject:** RE: Wright/DMA et al -- Settlement Conference

I already checked on Hale's availability (and provided absolutely no indication of the case, facts, parties, etc…). I'll forward their response.

***Charlie Shelton***
*Attorney & Counselor*
**Email:** CShelton@HaywardFirm.com
**Direct/Cell:** (737) 881-7101

<image001.jpg>

**Austin:** 7600 Burnet Road, Ste. 530
Austin, Texas  78757
Main/fax: (737) 881-7100
**Dallas:** 10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Main/Fax:  (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** this message from the law firm of Hayward PLLC is privileged, confidential, and exempt from disclosure under applicable law.

If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system.
<image002.png>
*Please consider the environment before printing this e-mail.*

---

**From:** Holli Baze <hbaze@ssbww.law>
**Sent:** Thursday, July 2, 2026 9:55 AM
**To:** Tim Cleveland <tcleveland@clevelandkrist.com>; Charlie Shelton <cshelton@haywardfirm.com>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
**Subject:** Re: Wright/DMA et al -- Settlement Conference

Confirming that those listed below would be present.  We would have to coordinate dates between the parties and the mediator.  Judge King suggested we use Judge Hale — we can check on his availability.

---

**From:** Tim Cleveland <tcleveland@clevelandkrist.com>
**Date:** Thursday, July 2, 2026 at 9:19 AM
**To:** cshelton@haywardfirm.com <cshelton@haywardfirm.com>; Holli Baze <hbaze@ssbww.law>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>; Chris Johns <chris@cobbjohns.com>
**Subject:** Re: Wright/DMA et al -- Settlement Conference

Holli, I will speak with our clients about the proposal you made yesterday.  I wanted to confirm that your proposed ½ day mediation (with everyone present listed below) is something your side would do in the next couple weeks?

Tim Cleveland

## Cleveland | Krist PLLC

303 Camp Craft Road, Suite 325
Austin, Texas 78746
tcleveland@clevelandkrist.com
512-689-8698
www.clevelandkrist.com

**From:** Tim Cleveland <tcleveland@clevelandkrist.com>
**Sent:** Tuesday, June 30, 2026 5:26 PM
**To:** cshelton@haywardfirm.com <cshelton@haywardfirm.com>;
hbaze@ssbww.law <hbaze@ssbww.law>
**Cc:** Austin Krist <akrist@clevelandkrist.com>; Lulú Ortiz <lortiz@clevelandkrist.com>;
Chris Johns <chris@cobbjohns.com>
**Subject:** Wright/DMA et al -- Settlement Conference

**Rule 408 Confidential Settlement Communication**
Charlie and Holli,

DMA and Longbranch would like to make a settlement proposal (in a Rule 408
settlement conference by Zoom)
to Mr. Wright, Ms. Gwynne Wright, and Ms. Kristal Wright (as owners and owner
representatives of Express H2O), and Mr. Sachitano (as Express's manager).  We
would like everyone's agreement to attend this Zoom meeting as a precondition to
making our proposal.  We believe the participants should block at least an hour
for the negotiation.

Our clients are available for to confer on July 8-10 or July 13. If your clients are
amenable, let us know if any of those dates work for you.

Best,

Tim Cleveland

## Cleveland | Krist PLLC

303 Camp Craft Road, Suite 325
Austin, Texas 78746
tcleveland@clevelandkrist.com
512-689-8698
www.clevelandkrist.com

This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us at (936)
632-2300 and ask to speak with the message sender. Also, we would
appreciate your forwarding the message back to us and deleting it from your
system.
This e-mail message contains confidential, privileged information intended solely
for the addressee. Please do not read, copy, or disseminate it unless you are the

addressee. If you have received it in error, please call us at (936) 632-2300 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system.

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us at (936) 632-2300 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system.

**W-3 0006**