## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00358-JKP
## Internal Use Only

DMA Properties, Inc., et al v. KrisJenn Ranch, LLC, et al
Assigned to: Judge Jason K. Pulliam
Member cases:
  5:21-cv-00359-JKP
  5:21-cv-00775-JKP
Case in other court:  TXWB, 20-05027
                    5CCA, 23-50227 (Doc. 42)
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 04/08/2021
Date Terminated: 03/14/2023
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

| | | |
|---|---|---|
| **KrisJenn Ranch, LLC**<br>*Debtor(s)* | represented by | **Charles John Muller , IV**<br>CJ Muller & Associates, PLLC<br>111 W Sunset Rd<br>San Antonio, TX 78209<br>210-664-5000<br>Email: john.muller@cjma.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**In Re**

| | | |
|---|---|---|
| **KrisJenn Ranch, LLC-Series Uvalde Ranch**<br>*Debtors* | represented by | **Charles John Muller , IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**In Re**

| | | |
|---|---|---|
| **KrisJenn Ranch, LLC-Series Pipeline Row**<br>*Debtors* | represented by | **Charles John Muller , IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **DMA Properties, Inc.** | represented by | **Andrew R. Seger**<br>Key Terrell & Seger, LLP<br>4825 50th Street, Suite A<br>Lubbock, TX 79414<br>(806) 793-1906<br>Fax: (806) 793-1979<br>Email: aseger@thesegerfirm.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Austin Krist**
Cleveland Krist PLLC
303 Camp Craft Road
Suite 325
Austin, TX 78746
737-900-7107
Email: akrist@clevelandkrist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christen Mason Hebert**
Johns & Hebert PLLC
2028 East Ben White Blvd
Suite 240-1000
Austin, TX 78741
512-399-3150
Email: chebert@ij.org
*TERMINATED: 01/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher S. Johns**
Johns & Counsel PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, TX 78741
512-399-3150
Fax: 512-572-8005
Email: chris@cobbjohns.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie Friend Wilson**
Langley & Banack, Inc
745 E. Mulberry - Ste 700
San Antonio, TX 78212-3166
(210) 736-6600
Fax: 210/735-6889
Email: nwilson@langleybanack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Cleveland**
Cleveland Krist PLLC
303 Camp Craft Road, Suite 325
Austin, TX 78746
512-689-8698
Email: tcleveland@clevelandkrist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria De Lourdes Ortiz**
Cleveland Krist PLLC
303 Camp Craft Rd, Suite 325

West Lake Hills, TX 78746
737-802-6925
Email: lortiz@clevelandkrist.com
*ATTORNEY TO BE NOTICED*

**Appellant**

**Longbranch Energy, LP**                    represented by   **Austin Krist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher S. Johns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Black**
Burns & Black PLLC
750 Rittiman Road
San Antonio, TX 78209-5500
(210) 829-2022
Fax: 210/829-2021
Email: mblack@burnsandblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie Friend Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria De Lourdes Ortiz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**KrisJenn Ranch, LLC**                    represented by   **Charles John Muller , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezekiel J. Perez**
CJ Muller & Associates, PLLC
111 W Sunset Rd
San Antonio, TX 78209
210-664-5000
Email: zeke.perez@cjma.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald J. Smeberg**

The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684
Email: ron@smeberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**KrisJenn Ranch, LLC Series Uvalde Ranch**

represented by **Charles John Muller , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezekiel J. Perez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald J. Smeberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**KrisJenn Ranch, LLC-Series Pipeline Row**
*As Successors in Interest to Black Duck Properties, LLC*

represented by **Charles John Muller , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezekiel J. Perez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald J. Smeberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Larry Wright**

represented by **William P. Germany**
Bayne, Snell & Krause
1250 NE Loop 410, Suite 725
San Antonio, TX 78209
(210)824-3278
Fax: 210/824-3937
Email: raymond@germanylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

| | | |
|---|---|---|
| **John Terrill** | represented by | **John Terrill**<br>12712 Arrowhead Lane<br>Oklahoma City, OK 73120<br>PRO SE |

**Appellee**

| | | |
|---|---|---|
| **TRCG East TX Pipeline LLC** | represented by | **Katrina Anelyn Kershner**<br>Forshey and Prostok LLP<br>777 Main Street Suite 1290<br>Fort Worth, TX 76102<br>(817) 878-2017<br>Fax: (817) 877-8855<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Appellee**

| | | |
|---|---|---|
| **Black Duck Properties, LLC** | represented by | **Ronald J. Smeberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Appellee**

| | | |
|---|---|---|
| **Uvalde Ranch**<br>*Debtor* | represented by | **Charles John Muller , IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ezekiel J. Perez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald J. Smeberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Attorney/Guardian ad litem**

| | | |
|---|---|---|
| **Attorney Robert Gene Rodery** | represented by | **Robert Rodery**<br>Hilley & Solis, PLLC<br>6243 W Interstate 10, Ste 503<br>San Antonio, TX 78201<br>210-446-5000<br>Fax: 210-446-5001<br>Email: rrodery@hilley-solis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2026 | 50 | Text Order DENYING 48 Appellee's Motion for Clarification of 40 Court's Memorandum Opinion and Order. For the reasons stated in 49 Response in Opposition, the Court finds that it either lacks jurisdiction over this motion given the prior remand to |

the bankruptcy court, or to the extent jurisdiction exists, the motion is untimely under Fed. R. Civ. P. 59(e); not filed within a reasonable time for purposes of Fed. R. Civ. P. 60(b); and provides no basis for reconsideration under either of those rules in any event. The Clerk of Court shall indicate on the docket that this case is closed based upon the termination of the appeal on March 14, 2023. Entered by Judge Jason K. Pulliam. (This is a text-only entry generated by the court. There is no document associated with this entry.) (rw) (Entered: 07/30/2026)