

**The relief described hereinbelow is SO ORDERED.**

**Signed August 05, 2026.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Debtor.* | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER GRANTING
MOTION TO COMPEL MEDIATION, IN PART**

On this day, the Court considered Larry Wright's Motion to Compel Mediation and Continue Show Cause Hearing. Having reviewed the parties' briefing, counsel's arguments, and the governing law, the Court finds the motion should be granted, in part.

IT IS THEREFORE ORDERED that Wright's Motion to Compel Mediation  is GRANTED.  The requested continuance of the Show Cause Hearing is DENIED.

IT IS FURTHER ORDERED that the parties are directed to participate in a full-day mediation session with the Honorable Harlin DeWayne Hale in Dallas, Texas on September 1, 2026.

Shall the parties be unable to participate in mediation with Judge Hale on September 1, 2026, IT IS FURTHER ORDERED that the parties are directed to participate in a full-day mediation session with a qualified neutral on or before September 14, 2026.

IT IS FURTHER ORDERED that the costs of mediation shall be borne equally by the parties unless otherwise agreed or ordered by the Court.

IT IS FURTHER ORDERED that the parties shall file a status report updating the Court on the status of mediation on or before September 15, 2026.

IT IS FURTHER ORDERED that the August 5, 2026 Hearing on the Court's Order to Show Cause (No. 257) is RESET to September 15, 2026 at 10:00am at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756.

###

2

Order Prepared By:

/s/ Christopher S. Johns

Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

/s/ Timothy Cleveland

Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy, DMA*
*Properties, and Frank Daniel Moore*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for DMA Properties and*
*Frank Daniel Moore*

3

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |