**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § | |
| | § | Case No. 20-50805-rbk |
| *Debtor.* | § | |
| | § | (Jointly Administered) |
| | § | |
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary No. 20-05027-rbk |
| | § | |
| DMA Properties, Inc., et al., | § | |
| | § | |
| *Defendants.* | § | |

**LARRY WRIGHT'S MOTION FOR CONTINUANCE OF**
**SEPTEMBER 15, 2026 SHOW CAUSE HEARING**

**TO THE HONORABLE RONALD B. KING, UNITED STATES BANKRUPTCY JUDGE:**

Larry Wright ("Movant") files this Motion for Continuance of the September 15, 2026 Show Cause Hearing, and respectfully shows the Court as follows:

**I.     BACKGROUND**

1.     On May 22, 2026, the Court entered its Order to Show Cause (Doc. 257).

2.     By its Order Granting Motion to Compel Mediation, in Part, signed August 5, 2026, the Court reset the hearing on the Order to Show Cause from August 5, 2026 to September 15, 2026 at 10:00 a.m., to be conducted via Zoom.

3.     At the August 5, 2026 hearing, counsel for Wright, Charlie Shelton, advised the Court that he would need to clear the reset date with co-counsel. Upon conferring with co-counsel and client representatives following that hearing, it became apparent that three members of

1

Movant's counsel and client team have unavoidable, pre-existing conflicts on September 15, 2026, as set forth below.

4.      That same Order also directs the parties to participate in a full-day mediation session with the Honorable Harlin DeWayne Hale on September 1, 2026, or, if the parties are unable to do so, with a qualified neutral on or before September 14, 2026, and to file a status report on the status of mediation on or before September 15, 2026.  The parties have scheduled mediation with Judge Nelms on September 9, 2026.

## II.      GROUNDS FOR CONTINUANCE

5.      Movant respectfully requests a brief continuance of the September 15, 2026 Show Cause Hearing because three members of Movant's counsel and client team have unavoidable, pre-existing conflicts on that date:

a.  Holli Pryor-Baze, counsel for Wright and Express H2O in the Angelina County action, must attend a public board meeting of a county political subdivision for which she serves as Board Counsel and at which her presence is mandatory. The meeting was scheduled in August for September 15 in coordination with multiple other political subdivisions and Texas state representatives and senators, and it cannot be moved. Ms. Pryor-Baze is also set for trial in Nacogdoches County the week of September 21, 2026. *It is anticipated that Ms. Pryor-Baze will be the lead attorney presenting arguments and evidence for Wright at the Show Cause Hearing, so her presence is mandatory.*

b.  Chris Sachitano, counsel for Wright and Express H2O in the Angelina County action and the Manager of Express H2O, has a pending medical appointment at the time of hearing. The appointment was scheduled in July to address a significant

2

medical issue, and any rescheduling would delay medical treatment into October. *It is anticipated that Mr. Sachitano will be required to testify at the Show Cause Hearing on behalf of Express H2O so his presence is mandatory.*

c. Bailey Wingate, counsel for Wright and Express H2O in the Angelina County action, is traveling out of town on a preplanned trip. Significant prepaid expenses for the travel have been incurred, and the trip cannot be rescheduled. *Mr. Wingate is the primary decisionmaker for legal strategy and his participation is expected by Wright.*

6. Each of these conflicts predates the Court's resetting of the hearing to September 15, 2026, and none can be rescheduled without substantial hardship. As set forth above, Ms. Pryor-Baze is expected to present argument on Wright's behalf, and Mr. Sachitano, the Manager of Express H2O, is expected to testify. The board meeting is a mandatory governmental function at which counsel's attendance is required; the trip was planned well in advance and involves significant prepaid expenses; and the medical appointment cannot be moved without delaying necessary treatment.

7. The Show Cause Hearing is a serious, evidentiary proceeding—not a routine or preliminary matter. The Court's Order to Show Cause places at issue significant relief affecting Wright and Express H2O, including the potential conversion of the case and the control and disposition of the right-of-way at the center of this dispute. The parties anticipate presenting testimony and argument at the hearing. Requiring Movant to proceed on September 15, 2026 without the counsel who will argue and the witness who will testify would deprive Movant of a meaningful opportunity to present evidence and argument and would result in significant and unfair prejudice. Given the gravity of the relief at stake, all counsel who will argue and all

witnesses who will testify must be permitted to attend, and a brief continuance is necessary to ensure a full and fair hearing.

8. The continuance is sought in good faith and not for the purpose of delay. This is Movant's first request to continue the September 15, 2026 setting. A brief continuance will not prejudice any party and will permit Movant's counsel and client representatives to appear and meaningfully participate in the hearing.

9. A short continuance is also consistent with the Court's mediation directives. Because the parties are to complete mediation on or before September 14, 2026 and to file a mediation status report on or before September 15, 2026, resetting the Show Cause Hearing to a date after the mediation and status report will allow the parties to complete mediation—which may narrow or resolve the issues before the Court—prior to the hearing.

### III. PROPOSED ALTERNATIVE DATE

10. Movant respectfully requests that the Show Cause Hearing be reset to a date during the week of September 29, 2026, or to such other date thereafter as is convenient to the Court. Movant's counsel will coordinate with opposing counsel and the Court's staff to identify a mutually available date.

### IV. PRAYER

WHEREFORE, Movant Larry Wright respectfully requests that the Court continue the September 15, 2026 Show Cause Hearing and reset it to a date during the week of September 29, 2026, or to such other date as the Court deems appropriate, and grant Movant such other and further relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

**HAYWARD PLLC**

4

By: */s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

- and -

**SKELTON SLUSHER BARNHILL
WATKINS WELLS PLLC**
By: */s/ Holli Pryor-Baze*
Holli Pryor-Baze
hbaze@ssbww.law
State Bar No. 24013357
1616 South Chestnut
Lufkin, Texas 75902-1728
(936) 632-3130
(936) 632-6545 Fax

*ATTORNEYS FOR LARRY WRIGHT*

## CERTIFICATE OF CONFERENCE

Counsel for Movant has previously conferred with opposing counsel via email regarding continuing the September 15, 2026 hearing and opposing counsel has indicated opposition thereto.

/s/ *Charlie Shelton*
Charlie Shelton

## CERTIFICATE OF SERVICE

I certify that on August 11, 2026, a true and correct copy of the foregoing Motion was served upon all parties registered to receive electronic notice in this case via the Court's CM/ECF system.

/s/ *Charlie Shelton*
Charlie Shelton

5