**VERIFICATION BY DECLARATION**

My name is Holli Pryor-Baze, and I am one of the attorneys for Larry Wright in the above-captioned matter and for Express H2O in the Angelina County matter. I am over the age of eighteen, am competent to make this Verification, and have personal knowledge of the facts stated in the foregoing Larry Wright's Motion for Continuance of September 15, 2026 Show Cause Hearing (the "Motion"). I have personal knowledge of the facts stated therein, and they are true and correct. Specifically, the factual statements contained in Paragraphs 5a, 6-8 therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Angelina County, Texas on August __, 2026.

_____
Holli Pryor-Baze

**VERIFICATION BY DECLARATION**

My name is Chris Sachitano, and I am one of the attorneys for Larry Wright in the above-captioned matter and for Express H2O in the Angelina County matter. I am over the age of eighteen, am competent to make this Verification, and have personal knowledge of the facts stated in the foregoing Larry Wright's Motion for Continuance of September 15, 2026 Show Cause Hearing (the "Motion"). I have personal knowledge of the facts stated therein, and they are true and correct. Specifically, the factual statements contained in Paragraphs 5b, 6-8 therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Jefferson County, Texas on August __, 2026.

_____
Chris Sachitano

6