## VERIFICATION BY DECLARATION

My name is Bailey Wingate, and I am one of the attorneys for Larry Wright in the above-captioned matter and for Express H2O in the Angelina County matter. I am over the age of eighteen, am competent to make this Verification, and have personal knowledge of the facts stated in the foregoing Larry Wright's Motion for Continuance of September 15, 2026 Show Cause Hearing (the "Motion"). I have personal knowledge of the facts stated therein, and they are true and correct. Specifically, the factual statements contained in Paragraphs 5c, 6-8 therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Jefferson County, Texas on August 7, 2026.

_____
Bailey Wingate

7