**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **In re:** | |
| **KRISJENN RANCH, LLC,** | **Case No. 20-50805-rbk** |
| | **Chapter 11** |
| **Debtor.** | **(Jointly Administered)** |
| **KRISJENN RANCH, LLC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Adversary No. 20-05027-rbk** |
| **DMA PROPERTIES, et al.,** | |
| **Defendants.** | |

**ORDER GRANTING LARRY WRIGHT'S MOTION FOR CONTINUANCE
OF SEPTEMBER 15, 2026, SHOW CAUSE HEARING**

CAME ON for consideration Larry Wright's *Motion for Continuance of the September 15, 2026, Show Cause Hearing* (the "Motion"). After careful consideration of the Motion and

arguments and facts put forth in support of same, the Court finds it should be granted. Accordingly, it is hereby

1. ORDERED that the Motion is granted; it is further

2. ORDERED that the September 15, 2026, hearing on the Court's Order to Show Cause (Docket No. 257) is continued to the date and time set forth above; it is further

3. ORDERED that the Court retains jurisdiction with respect to the interpretation and enforcement of this Order.

### END OF ORDER ###

Prepared By:

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7101 (tel/fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***