**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | Case No. 20-50805-RBK |
| Debtor. | § | |
| | § | |
| | § | |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## WRIGHT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS

**TO THE HONORABLE RONALD B. KING, UNITED STATES BANKRUPTCY JUDGE:**

Third-party Defendant Larry Wright ("Wright") respectfully files this *Motion for Leave to Exceed Page Limits* (the "Motion") pursuant to Local Bankruptcy Rule 7007-1(a)(2), and in support respectfully shows as follows:

1. Contemporaneously herewith, Wright is filing his Motion for Clarification of the Judgment After Remand (the "Motion for Clarification").

2. Under Local Bankruptcy Rule 7007-1(a)(2), non-dispositive motions filed in adversary proceedings are limited to 10 pages, exclusive of the caption, signature block, certificates, and accompanying documents.

3. Wright's Motion for Clarification is approximately 16 pages in length (excluding caption, signature block, certificates, and exhibits).

4. Good cause exists to grant leave to exceed the 10-page limit. The Motion for Clarification addresses complex real-property and contract principles under Texas law regarding net-profits covenants, anti-perpetuity principles, and restraints on alienation. Furthermore, the Motion must synthesize a lengthy procedural history involving prior appeals, pending post-judgment enforcement motions, and related title litigation in state court, while harmonizing the Judgment After Remand with the confirmed Chapter 11 Plan. Concisely presenting these detailed factual and legal issues required slightly exceeding the standard 10-page limit.

5. Granting this Motion will not prejudice any party and will assist the Court by providing a thorough and complete analysis of the issues.

WHEREFORE, Wright respectfully requests that the Court enter an order granting Wright leave to exceed the 10-page limit set forth in Local Bankruptcy Rule 7007-1(a)(2) and deeming Wright's Motion for Clarification of the Judgment After Remand filed as submitted.

August 14, 2026

Respectfully submitted,

*/s/ Charlie Shelton*
Charlie Shelton
State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, Texas 78757
Telephone/Fax: (737) 881-7100
cshelton@haywardfirm.com

**COUNSEL FOR LARRY WRIGHT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record in the above-captioned adversary proceeding.

<u>*/s/ Charlie Shelton*</u>
Charlie Shelton