**The relief described hereinbelow is SO ORDERED.**

**Signed August 17, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | Case No. 20-50805-RBK |
| Debtor. | § | |
| _______________________________ | § | |
| | § | |
| KRISJENN RANCH, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 20-05027-RBK |
| | § | |
| DMA PROPERTIES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING WRIGHT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Before the Court is Third-party Defendant Larry Wright's ("Wright") *Motion for Leave to Exceed Page Limit* (the "Motion").[1] Having considered: (a) the Motion and (b) the Parties lack

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of opposition to the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor and for the reasons set forth in the record on this Motion, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Wright is granted leave to file this Motion in support of his Motion for Clarification of the Judgment After Remand (the "Motion for Clarification") in a length of up to 16 pages, excluding the table of contents and/or table of authorities included in the Motion for Clarification.

**# # # END OF ORDER # # #**

***Order Prepared By:***

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***