IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>KrisJenn Ranch, LLC,<br><br>*Debtor.* | §<br>§<br>§<br>§<br>§ | Bankruptcy Case No. 20-50805-RBK (Chapter 11) |
| KrisJenn Ranch, LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DMA Properties, Inc. and Longbranch Energy, LP, et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 20-05027 |
| DMA Properties, Inc. and Longbranch Energy, LP, et al.,<br><br>*Counterplaintiffs,*<br><br>v.<br><br>KrisJenn Ranch, LLC; Larry Wright, et al.,<br><br>*Counterdefendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

# DMA AND LONGBRANCH'S MOTION TO EXTEND PAGE LIMIT FOR RESPONSE TO WRIGHT'S MOTION FOR CLARIFICATION

On August 13, Larry Wright filed a Motion for Clarification of the Judgment After Remand. ECF No. 616. Under Local Rule 7007-1, DMA and Longbranch's response is limited to ten (10) pages exclusive of the caption, signature block, certificate of service, and attachment pages. DMA and Longbranch now move for a three (3)-page extension to their page limit to respond to Wright's Motion for Clarification.

Good cause exists to exceed the ten-page limit. First, properly responding to Wright's motion is crucial, as the motion seeks to undo and reverse the Court's judgment more than two years after this Court entered its final judgment on remand, and the relief Wright seeks would squarely contradict the Court's actual ruling. Indeed, Wright's motion addresses complex real-property and contract principles under Texas law regarding net-profits covenants, and DMA and Longbranch need the additional pages to properly address these principles. Additionally, on August 17, 2026, the Court granted Wright six additional pages for his motion, and DMA and Longbranch need a three-page extension to respond to the additional arguments Wright was able to address in his motion. Finally, granting this motion will not prejudice any party and will assist the Court by providing a thorough and complete analysis of the issues.

Accordingly, DMA and Longbranch respectfully request that the Court grant this relief and any other needed so that (a) the page limit for DMA and Longbranch's response in opposition to Wright's Motion for Clarification of the Judgment After Remand be extended to thirteen (13) pages, and (b) the attached response is docketed.

Respectfully submitted,

*/s/ Christopher Johns*
Christopher S. Johns
State Bar No. 24044849
JOHNS & COUNSEL PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@johnsandcounsel.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
Lourdes Ortiz
State Bar. No 24134904
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com
lortiz@clevelandkrist.com

*Attorneys for Longbranch Energy and DMA Properties*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |

*<u>/s/ Lourdes Ortiz</u>*
Lourdes Ortiz