**The relief described hereinbelow is SO ORDERED.**

**Signed August 28, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § | |
| | § | Chapter 11 |
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Debtor*. | § | Case No. 20-50805 |

| | | |
|---|---|---|
| KrisJenn Ranch, LLC, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20-05027 |
| DMA Properties, Inc., et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

# ORDER GRANTING DMA AND LONGBRANCH'S MOTION TO EXTEND PAGE LIMIT FOR RESPONSE TO WRIGHT'S MOTION FOR CLARIFICATION

On this day, the Court considered DMA Properties, Inc. ("DMA") and Longbranch Energy, LP ("Longbranch")'s Motion to Extend Page Limit for Response to Wright's Motion for Clarification (ECF No. 625). Having considered the briefing and the governing law, the Court finds the motion should be granted.

Accordingly, IT IS ORDERED that DMA and Longbranch's Motion to Extend Page Limit for Response to Wright's Motion for Clarification is GRANTED.

IT IS FURTHER ORDERED that the page limit for DMA and Longbranch's Response to Wright's Motion for Clarification (ECF No. 616) shall be 13 pages, exclusive of the caption, signature block, certificate of service, and any attachment pages.

IT IS FURTHER ORDERED that the Clerk of Court shall docket Exhibit 1 (ECF No. 625-1), DMA and Longbranch's Response to Wright's Motion for Clarification.

###

Order Prepared By:

*/s/ Christopher S. Johns*
Christopher S. Johns
State Bar No. 24044849
Michael Cotton
State Bar No. 24116229
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, TX 78737
512-399-3150
chris@cobbjohns.com
michael@cobbjohns.com

*/s/ Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Attorneys for Longbranch Energy and DMA Properties*

Natalie F. Wilson
State Bar No. 24076779
LANGLEY & BANACK
745 East Mulberry Avenue, Suite 700
San Antonio, Texas 78212
210-736-6600
210-735-6889 fax
nwilson@langleybanack.com

*Attorneys for Longbranch and DMA Properties*

DMA and Longbranch respectfully request that the following parties (in addition to counsel list above) receive copies of this order if signed:

| | |
|---|---|
| Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>cshelton@haywardfirm.com<br><br>*Counsel for Larry Wright, KrisJenn Ranch, LLC, KrisJenn Ranch, LLC—Series Uvalde Ranch, KrisJenn Ranch, LLC—Series Pipeline Row* | James Rose<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, TX 78701<br>james.rose@usdoj.gov<br><br>*United States Trustee* |
| Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926<br>ron@smeberg.com<br><br>*Counsel for Black Duck Properties, LLC* | Michael Black<br>BURNS & BLACK PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>Jeffery Duke<br>JF DUKE AND ASSOCIATES<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>*Counsel for Longbranch Energy, LP* |