**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **Adversary No. 20-05027-rbk** |
| **vs.** | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION TO MODIFY ORDER COMPELLING MEDIATION OR, IN THE ALTERNATIVE, TO EXCUSE MEDIATION REQUIREMENT**
***(Reference Docket No. 629)***

COMES NOW, Larry Wright ("Wright") and files this *Motion for Expedited Consideration* ("Motion to Expedite") of *Emergency Motion to Modify Order Compelling Mediation or, in the Alternative, to Excuse Mediation Requirement* (Reference Docket No. 629) (the "Motion"), and in support thereof, Wright would respectfully show as follows:

1. Underlying Motion: On September 3, 2026, Larry Wright filed an emergency motion seeking to modify a prior court order to reduce an upcoming mediation session from a full day to a half day, or alternatively, to excuse the parties from the mediation requirement entirely. The motion additionally requests that the court compel the defendants to provide their written

settlement proposal prior to the mediation so that Wright and his advisors have adequate time to evaluate it.

2. Need for Expedited Consideration of the Motion: Wright believes the Motion should be heard on an expedited basis because the scheduled mediation is fast approaching on September 9, 2026, and the mediator will not confirm the date until the dispute over the session's length is resolved. Additionally, mediation statements are due on September 7, and payment must be received by September 8.

3. Time Estimate for Hearing: Wright believes 15 minutes for the Motion should be sufficient, given the interim and/or expedited nature of the relief requested.

4. Deadline for when hearing is needed: Wright requests a hearing from the Court to be heard by September 4, 2026.

**WHEREFORE**, Wright requests that the instant Motion to Expedite be granted and that the Court grants such other relief as the Court deems just and proper.

Dated: September 4, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

## CERTIFICATE OF CONFERENCE

On September 3, 2026, undersigned counsel emailed counsel for the above captioned Defendants regarding expediting the above-referenced Motion. I have not received a response yet.

/s/ *Charlie Shelton*
Charlie Shelton

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system upon the parties receiving electronic notice.

*/s/ Charlie Shelton*
Charlie Shelton