**The Motion is in all things denied.**

**SO ORDERED.**

**SIGNED this 04th day of September, 2026.**

**RONALD B. KING**
**UNITED STATES BANKRUPTCY JUDGE**

**DENIED**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **Adversary No. 20-05027-rbk** |
| **vs.** | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## ORDER GRANTING MOTION TO MODIFY ORDER COMPELLING MEDIATION

On this day, the Court considered Larry Wright's Motion to Modify Order Compelling Mediation or, in the Alternative, to Excuse Mediation Requirement (the "Motion"). Having reviewed the Motion, the prior Order Granting Motion to Compel Mediation, In Part (Adv. Doc.

613), and the record in this case, the Court finds that the primary relief requested in the Motion should be granted. It is therefore

**1.** **ORDERED** that the Motion is GRANTED as set forth herein; it is further

**2.** **ORDERED** that Defendants DMA Properties, Inc. and Longbranch Energy, LP shall serve their written settlement proposal on all participating parties no later than Friday, September 4, 2026; it is further

**3.** **ORDERED** that the Court's August 5, 2026 Order (Adv. Doc. 613) is hereby modified to permit the parties to participate in a half-day mediation session with Judge Russell Nelms on September 9, 2026. Completion of this half-day session shall fully satisfy the mediation requirement set forth in the August 5, 2026 Order; it is further

**4.** **ORDERED** that all other terms of the August 5, 2026 Order (Adv. Doc. 613) not expressly modified herein, including the September 15, 2026 status report deadline, shall remain in full force and effect.

**# # # END OF ORDER # # #**

DENIED

***Order prepared and submitted by*:**

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***