**The Motion is in all things denied.**

**SO ORDERED.**

**SIGNED this 04th day of September, 2026.**

**RONALD B. KING**
**UNITED STATES BANKRUPTCY JUDGE**

DENIED

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **Adversary No. 20-05027-rbk** |
| **vs.** | § | |
| | § | |
| **DMA PROPERTIES, INC. ET AL.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION TO MODIFY ORDER COMPELLING MEDIATION OR, IN THE ALTERNATIVE, TO EXCUSE MEDIATION REQUIREMENT**

On this date, came on for consideration the *Motion for Expedited Consideration* ("Motion

to Expedite") of *Emergency Motion to Modify Order Compelling Mediation or, in the Alternative, to Excuse Mediation Requirement* (the "Motion"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the above-mentioned Motion is scheduled on an expedited basis listed on top of this Order; it is further

**ORDERED** that counsel for Wright shall promptly serve a notice of the hearing.

**### END OF ORDER ###**

***Order Prepared By:***

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 787587
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

DENIED