AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

FOR COURT USE ONLY
DUE DATE:

Instructions

# TRANSCRIPT ORDER

| | | | |
|---|---|---|---|
| 1. NAME<br>Mark S. Finkelstein | 2. PHONE NUMBER<br>(713) 446-9804 | 3. DATE<br>9/29/2026 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>mfinkelstein@smfadlaw.com | 5. CITY<br>Houston | 6. STATE<br>Texas | 7. ZIP CODE<br>77025 |
| 8. CASE NUMBER 20-50805-rbk & 5:20-ap-5027 | 9. JUDGE<br>Judge Ronald B. King | DATES OF PROCEEDINGS<br>10. FROM 9/29/2026 | 11. TO 9/29/2026 |
| 12. CASE NAME<br>KrisJenn Ranch, LLC, et al. v. DMA Properties Inc., et al. | | LOCATION OF PROCEEDINGS<br>13. CITY San Antonio | 14. STATE Texas |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

FILED
SEP 29 2026
U.S. BANKRUPTCY COURT
BY DEPUTY

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Hearing | 9/29/2026 @ 10:00 am |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE *Mark S. Finkelstein*

PROCESSED BY Daniel Diaz

19. DATE 9/29/2026

PHONE NUMBER 210-472-6720

TRANSCRIPT TO BE PREPARED BY J & J Court Transcribers, Inc
(609) 586-2311
JJcourt@jjcout.com

COURT ADDRESS
U.S. Bankruptcy Court
615 E. Houston St. Ste. 597
San Antonio, T 78205

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

Print Save As... Reset