**The relief described hereinbelow is SO ORDERED.**

**Signed September 30, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL,** | § | **CASE NO. 20-50805-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL,** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **ADVERSARY NO. NO. 20-5027-RBK** |
| **V.** | § | |
| | § | |
| **DMA PROPERTIES, INC., ET AL,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER DENYING MOTION**

On September 29, 2026, came on to be heard Larry Wright's *Motion Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay* (the "Motion," ECF No. 542). Larry Wright, DMA Properties, Inc. ("DMA"), Frank Daniel Moore ("Moore"), and

Longbranch Energy, LP ("Longbranch") appeared by and through counsel of record and announced ready. After hearing the evidence and argument of counsel, the Court is of the opinion that the Motion should be denied.

It is **ORDERED** that the Motion (ECF No. 542) is **DENIED**.

# # #