**The relief described hereinbelow is SO ORDERED.**

**Signed September 30, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL,** | § | **CASE NO. 20-50805-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL,** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | **ADVERSARY NO. NO. 20-5027-RBK** |
| **V.** | § | |
| | § | |
| **DMA PROPERTIES, INC., ET AL,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER DENYING MOTION WITHOUT PREJUDICE**

On September 29, 2026, came on to be heard Larry Wright's *Motion for Clarification of the Judgment After Remand* (the "Motion," ECF No. 616). Larry Wright, DMA Properties, Inc. ("DMA"), Frank Daniel Moore ("Moore"), and Longbranch Energy, LP ("Longbranch") appeared

by and through counsel of record and announced ready. After hearing the evidence and argument of counsel, the Court is of the opinion that the Motion should be denied without prejudice.

It is **ORDERED** that the Motion (ECF No. 616) is **DENIED** without prejudice.

# # #